IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
CLERK'S OFFICE

2004 OCT 25 A 9: 46

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| LASALLE BUSINESS CREDIT, LLC f/k/a ) <br> LASALLE BUSINESS CREDIT, INC., ) <br> ) <br> Plaintiff, ) <br> v. ) <br> GARY C. GITTO, FRANK MILLER, ) <br> CHARLES N. GITTO, JR., NANCY ) <br> GITTO PANAGIOTES, JOHN D. ) <br> TERSIGNI, KATHLEEN M. CARLAND, ) <br> WILLIAM DEAKIN, JANICE CHAISSON, ) <br> HELEN KOZAK, KINGSDALE CORP. ) <br> d/b/a J&J CHEMICAL DISTRIBUTORS, ) <br> and TRADEX CORPORATION, ) <br> ) <br> Defendants, ) <br> and ) <br> ) <br> FLEET NATIONAL BANK, CLINTON ) <br> SAVINGS BANK, SOVEREIGN BANK, ) <br> COMMERCE BANK & TRUST ) <br> COMPANY, FIDELITY COOPERATIVE ) <br> BANK, BANKNORTH, N.A., ) <br> FIDELITY INVESTMENTS, INC., ) <br> LEOMINSTER CREDIT UNION, and ) <br> LEHMAN BROTHERS, INC., ) <br> ) <br> Trustee Process Defendants, ) <br> ) <br> and ) <br> ) <br> FIDELITY INVESTMENTS, INC., ) <br> DIRECT WOOD & PAPER PRODUCTS, ) <br> INC., GITTO SALES CORPORATION, ) <br> J-TAN SALES & MARKETING, INC., ) <br> HEMISPHERE DISTRIBUTION ) <br> CORPORATION, LEHMAN BROTHERS, ) <br> INC., and AWG, LLC, ) <br> ) <br> Reach-and-Apply Defendants. ) | Case No. <br><br> 04 12227 DPW |

04 12227 DPW

## MOTION PURSUANT TO LOCAL RULE 83.5.3(b) OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS FOR ADMISSION OF BRET A. RAPPAPORT, ERIC S. REIN AND BETHANY N. SCHOLS PRO HAC VICE

Christopher J. Panos, a member of the bar of the United States District Court for the District of Massachusetts, who has, concurrent with this motion, filed an appearance in this matter, moves for entry of an order authorizing Bret A. Rappaport, Eric S. Rein and Bethany N. Schols to practice *pro hac vice* before the United States District Court for the District of Massachusetts to represent LaSalle Business Credit, LLC, a Delaware limited liability company, in the above-captioned proceedings, pursuant to Local Rule 83.5.3(b) of the United States District Court for the District of Massachusetts. In support thereof, the certificates of Bret A. Rappaport, Eric S. Rein and Bethany N. Schols, required by Local Rule 83.5.3(b) of the United States District Court for the District of Massachusetts are attached hereto as Exhibits A - C.

Dated: October 25, 2004

Christopher J. Panos (BBO#555273)
Craig and Macauley
 Professional Corporation
600 Atlantic Avenue
Boston, MA 02210
(617) 367-9500

<u>Exhibit A</u>

I, Bret A. Rappaport, hereby certify, pursuant to Local Rule 83.5.3(b) of the United States District Court for the District of Massachusetts, that I am eligible for admission *pro hac vice* to this Court, am admitted to practice in Illinois, the United States District Court for the Northern District of Illinois, the United States Court of Appeals for the Seventh Circuit and the United States Supreme Court, and am in good standing in every jurisdiction where I have been admitted to practice. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

Sworn to under the penalties of perjury.

Dated: October 11, 2004

Bret A. Rappaport
Schwartz, Cooper, Greenberger & Krauss, Chtd.
180 N. LaSalle Street, Suite 2700
Chicago, IL 60601
Telephone: 312-346-1300
Telecopier: 312-782-8416

04 12227 DPW

<u>Exhibit B</u>

I, Eric S. Rein, hereby certify, pursuant to Local Rule 83.5.3(b) of the United States District Court for the District of Massachusetts, that I am eligible for admission *pro hac vice* to this Court, am admitted to practice in Illinois, Florida, the United States District Court for the Northern District of Illinois and the United States Court of Appeals for the Fourth and Seventh Circuit, and am in good standing in every jurisdiction where I have been admitted to practice. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

Sworn to under the penalties of perjury.

Dated: October 11, 2004

Eric S. Rein
Schwartz, Cooper, Greenberger & Krauss, Chtd.
180 N. LaSalle Street, Suite 2700
Chicago, IL 60601
Telephone: 312-346-1300
Telecopier: 312-782-8416

<u>Exhibit C</u>

I, Bethany N. Schols, hereby certify, pursuant to Local Rule 83.5.3(b) of the United States District Court for the District of Massachusetts, that I am eligible for admission *pro hac vice* to this Court, am admitted to practice in Illinois, the United States District Court for the Northern District of Illinois and the United States Court of Appeals for the Seventh Circuit, and am in good standing in every jurisdiction where I have been admitted to practice. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

Sworn to under the penalties of perjury.

Dated: October 11, 2004

Bethany N. Schols
Schwartz, Cooper, Greenberger & Krauss, Chtd.
180 N. LaSalle Street, Suite 2700
Chicago, IL 60601
Telephone: 312-346-1300
Telecopier: 312-782-8416