IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
AT CLERK'S OFFICE
2004 OCT 25  A 9:47

U.S. DISTRICT COURT
DISTRICT OF MASS.

LASALLE BUSINESS CREDIT, LLC f/k/a )
LASALLE BUSINESS CREDIT, INC.,   )
                                 )
         Plaintiff,              )
                                 )   Case No.
    v.                           )
GARY C. GITTO, FRANK MILLER,     )
CHARLES N. GITTO, JR., NANCY     )
GITTO PANAGIOTES, JOHN D.        )   04  12227 DPW
TERSIGNI, KATHLEEN M. CARLAND,   )
WILLIAM DEAKIN, JANICE CHAISSON, )
HELEN KOZAK, KINGSDALE CORP.     )
d/b/a J&J CHEMICAL DISTRIBUTORS, )
and TRADEX CORPORATION,          )
                                 )
         Defendants,             )
                                 )
    and                          )
                                 )
FLEET NATIONAL BANK, CLINTON     )
SAVINGS BANK, SOVEREIGN BANK,    )
COMMERCE BANK & TRUST            )
COMPANY, FIDELITY COOPERATIVE    )
BANK, BANKNORTH, N.A.,           )
FIDELITY INVESTMENTS, INC.,      )
LEOMINSTER CREDIT UNION, and     )
LEHMAN BROTHERS, INC.,           )
                                 )
    Trustee Process Defendants,  )
                                 )
    and                          )
                                 )
FIDELITY INVESTMENTS, INC.,      )
DIRECT WOOD & PAPER PRODUCTS,    )
INC.,GITTO SALES CORPORATION,    )
J-TAN SALES & MARKETING, INC.,   )
HEMISPHERE DISTRIBUTION          )
CORPORATION, LEHMAN BROTHERS,    )
INC., and AWG, LLC,              )
                                 )
    Reach-and-Apply Defendants.  )

270365.1 042314-34311

## AFFIDAVIT OF STEVEN SNYDER

Steven Snyder, being duly sworn on oath, states and affirms the following facts in support of the Complaint of Plaintiff, LaSalle Business Credit, LLC f/k/a LaSalle Business Credit, Inc. ("LaSalle"):

1. Affiant is over the age of 21 and is the president and owner of Steven Snyder & Associates, Inc., a private investigation and security consulting firm.

2. Affiant has provided professional private investigative services throughout the United States since 1983. Affiant specializes in financial investigations that include the identification and location of assets. Since 1983, Affiant has been employed by law firms, financial institutions, corporations, the United States Department of Justice, the Federal Deposit Insurance Corporation and other governmental agencies to identify and locate assets.

3. If sworn as a witness, Affiant could competently testify to the facts stated herein.

4. On or about September 22, 2004, legal counsel for LaSalle requested that Affiant perform an investigation to identify the assets of Gary C. Gitto ("Gary Gitto"), Frank Miller, Charles N. Gitto, Jr. ("Charles Gitto"), Nancy Gitto Panagiotes, John D. Tersigni ("John Tersigni"), Kathleen M. Carland ("Kathleen Carland"), William Deakin, Janice Chaisson, Helen Kozak, Kingsdale Corporation d/b/a J&J Chemical Distributors ("J&J Chemical") and Tradex Corporation ("Tradex").

5. Utilizing public records, proprietary computer databases, resources within the United States financial community, records maintained by banks and other financial institutions and inquiries performed within the United States financial community, the Affiant began to identify, locate and verify assets held by the above-described persons and entities.

6. The results of the inquiries are as follows:

270365.1 042314-34311

**Gary Gitto**

7.  Gary Gitto has an interest in the real property located at 51 Meyer Hill Drive, Acton, MA 01720-4083.

8.  Gary Gitto has an interest in the real property locate at 1406 N. Ocean Boulevard, Unit 101, Pompano Beach, FL and 2130 Spyglass Lane, Vero Beach, FL.

9.  Gary Gitto has an interest in AWG, LLC; Direct Wood & Paper Products, Inc.; and Gitto Sales Corporation.

10. Gary Gitto is the owner of a 2000 39' Ryco Marine custom boat, the Lori G, registered in Massachusetts.

11. Gary Gitto is the owner of a 50' Hatteras boat registered in Florida.

12. Gary Gitto maintains accounts at Fleet National Bank and Clinton Savings Bank.

13. Gary Gitto, d/b/a Equitech Technologies maintains accounts at Fleet National Bank and Commerce Bank & Trust Company.

**Frank Miller**

14. Frank Miller has an interest in the real property located at 95 Kettle Hole Road, Bolton, MA 01740.

15. Frank Miller has an interest in the real property located at 20 Sea Gate Dr., Naples, FL and 60 Sea Gate Dr., Unit 706, Naples, FL.

16. Frank Miller maintains accounts at Fleet Bank, Clinton Savings Bank and Fidelity Investment, Inc.

**Charles Gitto**

17. Charles Gitto has an interest in the real property located at 18 Nancy Court, Leominster, MA 01453-3480.

18. Charles Gitto has an interest in the real property located at 295 River Way Drive, Vero Beach, FL and 1300 36th Avenue, Vero Beach, FL.

19. Charles Gitto maintains accounts at Fleet National Bank and Clinton Savings Bank.

**Nancy Gitto Panagiotes**

20. Nancy Gitto Panagiotes has an interest in the real property located at 656 Strawberry Hill Road, Concord, MA 01742-5406.

21. Nancy Gitto Panagiotes has an interest in the real property located at 120 River Way Drive, Vero Beach, FL.

22. Nancy Gitto Panagiotes maintains accounts at Fleet Bank and Sovereign Bank.

**John Tersigni**

23. John Tersigni has an interest in the real property located at 24 Field Road, Leominster, MA 01453 and 686 Main Street, Leominster, MA 01453.

24. John Tersigni has an interest in J-Tan Sales & Marketing, Inc.

25. John Tersigni maintains accounts at BankNorth N.A. and Fidelity Cooperative Bank.

**Kathleen Carland**

26. Kathleen Carland has an interest in the real property located at 11 S. South Street, Auburn, MA.

27. Kathleen Carland maintains an account at BankNorth N.A.

28. Kathleen Carland has an interest in Hemisphere Distribution Corporation.

**Janice Chaisson**

29. Janice Chaisson has an interest in the real property located at 17 Grove Street, Clinton, MA.

30. Janice Chaisson maintains an account at Leominster credit Union.

**Helen Kozak**

31. Helen Kozak has an interest in the real property located at 87 Greenwood Place, Gardner, MA.

32. Helen Kozak maintains an account at Fleet Bank.

**Tradex**

33. Tradex has an interest in the real property located at 140 Leominster-Shirley Road, Lunenburg, MA.

**William Deakin**

34. William Deakin has an interest in the real property located at 206 Hathaway Road, Acushnet, MA.

35. William Deakin has an interest in the vacant lot of real property with the tract number 6541003011 located on Rene street, Acushnet, MA.

36. William Deakin maintains an account at Sovereign Bank.

FURTHER AFFIANT SAYETH NOT.

_____
Steven Snyder

Subscribed and sworn to before me
this ____ day of October, 2004.


_____
Notary Public

My commission expires:

- 5 -

270365.1 042314-34311