IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LASALLE BUSINESS CREDIT, LLC f/k/a )<br>LASALLE BUSINESS CREDIT, INC., )<br>)<br>Plaintiff, )<br>v. )<br>GARY C. GITTO, FRANK MILLER, )<br>CHARLES N. GITTO, JR., NANCY )<br>GITTO PANAGIOTES, JOHN D. )<br>TERSIGNI, KATHLEEN M. CARLAND, )<br>WILLIAM DEAKIN, JANICE CHAISSON,)<br>HELEN KOZAK, KINGSDALE CORP. )<br>d/b/a J&J CHEMICAL DISTRIBUTORS, )<br>and TRADEX CORPORATION, )<br>)<br>Defendants, )<br>and )<br>)<br>FLEET NATIONAL BANK, CLINTON )<br>SAVINGS BANK, SOVEREIGN BANK, )<br>COMMERCE BANK & TRUST )<br>COMPANY, FIDELITY COOPERATIVE )<br>BANK, BANKNORTH, N.A., )<br>FIDELITY INVESTMENTS, INC., )<br>LEOMINSTER CREDIT UNION, and )<br>LEHMAN BROTHERS, INC., )<br>)<br>Trustee Process Defendants, )<br>)<br>and )<br>)<br>FIDELITY INVESTMENTS, INC., )<br>DIRECT WOOD & PAPER PRODUCTS, )<br>INC., GITTO SALES CORPORATION, )<br>J-TAN SALES & MARKETING, INC., )<br>HEMISPHERE DISTRIBUTION )<br>CORPORATION, LEHMAN BROTHERS, )<br>INC., and AWG, LLC, )<br>)<br>Reach-and-Apply Defendants. ) | Case No.<br><br>04 1222_ _ _ W |

FINDING AND ORDER FOR APPROVAL
OF ATTACHMENTS ON TRUSTEE PROCESS

Upon an *Ex Parte Motion for Approval of Attachments on Trustee Process*, and upon consideration thereof, the Court hereby finds that there is a reasonable likelihood that the plaintiff will recover judgment in an amount equal to or greater than the amount of the attachment over and above any liability insurance known or reasonably believed to be available and that there is a clear danger that the defendant if notified in advance of attachment on trustee process will withdraw the goods or credits from the hands or possession of the trustee and remove them from the state, will conceal them, or there is immediate danger that the defendant will dissipate the credits, or damage or destroy the goods to be attached on trustee process.

Therefore, the Court hereby approves the attachment on trustee in the amount of $30,000,000 subject to all applicable exemptions and limitations provided by law, of all goods, effects or credits of FRANK MILLER deposited with or in the control of Clinton Savings Bank, Fleet National Bank, Fidelity Investments, Inc., or any of them.

Dated: *October 25, 2004*

*Douglas P. Woodlock*
United States District Judge