IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
CLERK'S OFFICE

2004 OCT 25  A 9: 47

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| LASALLE BUSINESS CREDIT, LLC f/k/a ) <br> LASALLE BUSINESS CREDIT, INC., ) <br> ) <br> Plaintiff, ) <br> v. ) <br> GARY C. GITTO, FRANK MILLER, ) <br> CHARLES N. GITTO, JR., NANCY ) <br> GITTO PANAGIOTES, JOHN D. ) <br> TERSIGNI, KATHLEEN M. CARLAND, ) <br> WILLIAM DEAKIN, JANICE CHAISSON,) <br> HELEN KOZAK, KINGSDALE CORP. ) <br> d/b/a J&J CHEMICAL DISTRIBUTORS, ) <br> and TRADEX CORPORATION, ) <br> ) <br> Defendants, ) <br> and ) <br> ) <br> FLEET NATIONAL BANK, CLINTON ) <br> SAVINGS BANK, SOVEREIGN BANK, ) <br> COMMERCE BANK & TRUST ) <br> COMPANY, FIDELITY COOPERATIVE ) <br> BANK, BANKNORTH, N.A., ) <br> FIDELITY INVESTMENTS, INC., ) <br> LEOMINSTER CREDIT UNION, and ) <br> LEHMAN BROTHERS, INC., ) <br> ) <br> Trustee Process Defendants, ) <br> ) <br> and ) <br> ) <br> FIDELITY INVESTMENTS, INC., ) <br> DIRECT WOOD & PAPER PRODUCTS, ) <br> INC., GITTO SALES CORPORATION, ) <br> J-TAN SALES & MARKETING, INC., ) <br> HEMISPHERE DISTRIBUTION ) <br> CORPORATION, LEHMAN BROTHERS, ) <br> INC., and AWG, LLC, ) <br> ) <br> Reach-and-Apply Defendants. ) | Case No. <br><br> **04 - 12227 DPW** |

ORDER TO SHOW CAUSE AND TEMPORARY
RESTRAINING ORDER PRESERVING THE STATUS QUO

TO: Gary C. Gitto, Frank Miller, Charles N. Gitto, Jr., Nancy Gitto Panagiotes, John D.

Tersigni, Kathleen M. Carland, William Deakin, Janice Chaisson, Helen Kozak, Kingsdale Corp. D/B/A J&J Chemical Distributors, and Tradex Corporation ("Defendants"):

Upon a showing made by plaintiff LaSalle Business Credit, LLC f/k/a LaSalle Business Credit, Inc. ("LaSalle") in the *Emergency Motion For Temporary Restraining Order, And, After Hearing, A Preliminary Injunction Preserving The Status Quo*, together will all supporting papers, including the Complaint and the affidavits of Matthew Stilwell and Steven Snyder, it appears to the Court that unless restrained by order of this Court, the plaintiff will suffer immediate and irreparable injury, loss or damage before notice can be given and the Defendants can be heard in opposition to the granting of a temporary restraining order:

IT IS ORDERED that Gary C. Gitto, Frank Miller, Charles N. Gitto, Jr., Nancy Gitto Panagiotes, John D. Tersigni, Kathleen M. Carland, William Deakin, Janice Chaisson, Helen Kozak, Kingsdale Corp. D/B/A J&J Chemical Distributors, and Tradex Corporation must appear before this Court on *Tuesday, November 2, 2004* at *8:45 a.m.* in *Courtroom One* and show cause why a preliminary injunction should not issue, pending the decision of the Court in this action.

IT IS FURTHER ORDERED that, pending this hearing on the preliminary injunction, Gary C. Gitto, Frank Miller, Charles N. Gitto, Jr., Nancy Gitto Panagiotes, John D. Tersigni, Kathleen M. Carland, William Deakin, Janice Chaisson, Helen Kozak, Kingsdale Corp. D/B/A J&J Chemical Distributors, and Tradex Corporation, and each of their officers, agents, servants, employees, attorneys, beneficiaries and all persons in active concert or participation with them who receive actual notice of this Order, by

3

personal service or otherwise, are restrained from assigning, alienating, selling, transferring, pledging, encumbering, concealing, hypothecating or disposing of any of their assets pending further order of this Court.

Dated: _October 25, 2004_

_____
United States District Judge

3