IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LASALLE BUSINESS CREDIT, LLC f/k/a )<br>LASALLE BUSINESS CREDIT, INC.,      )<br>                                                                  )<br>                        Plaintiff,                      )<br>           v.                                                    )<br>GARY C. GITTO, FRANK MILLER,       )<br>CHARLES N. GITTO, JR., NANCY        )<br>GITTO PANAGIOTES, JOHN D.             )<br>TERSIGNI, KATHLEEN M. CARLAND, )<br>WILLIAM DEAKIN, JANICE CHAISSON,)<br>HELEN KOZAK, KINGSDALE CORP.      )<br>d/b/a J&J CHEMICAL DISTRIBUTORS,  )<br>and TRADEX CORPORATION,              )<br>                                                                  )<br>                        Defendants,                  )<br>      and                                                      )<br>                                                                  )<br>FLEET NATIONAL BANK, CLINTON    )<br>SAVINGS BANK, SOVEREIGN BANK, )<br>COMMERCE BANK & TRUST             )<br>COMPANY, FIDELITY COOPERATIVE )<br>BANK, BANKNORTH, N.A.,                    )<br>FIDELITY INVESTMENTS, INC.,          )<br>LEOMINSTER CREDIT UNION, and   )<br>LEHMAN BROTHERS, INC.,                  )<br>                                                                  )<br>      Trustee Process Defendants,        )<br>                                                                  )<br>      and                                                      )<br>                                                                  )<br>FIDELITY INVESTMENTS, INC.,          )<br>DIRECT WOOD & PAPER PRODUCTS,)<br> INC.,GITTO SALES CORPORATION,  )<br>J-TAN SALES & MARKETING, INC.,    )<br>HEMISPHERE DISTRIBUTION            )<br>CORPORATION, LEHMAN BROTHERS, )<br> INC., and AWG, LLC,                           )<br>                                                                  )<br>      Reach-and-Apply Defendants.    ) | Case No.<br><br>04 12227 DPW |

FINDING AND ORDER OF APPROVAL OF
<u>ATTACHMENT OF REAL PROPERTY OF NANCY GITTO PANAGIOTES</u>

Upon an *Ex Parte Motion for Approval of Attachment*, and upon consideration thereof the court hereby finds that there is a reasonable likelihood that the plaintiff will recover judgment, including interest and costs, in an amount equal to or greater than the amount of the attachment approved herein over and above any liability insurance available to satisfy a judgment, and there is a clear danger that if notified in advance of attachment of the property, defendant will convey it, remove it from the state, conceal it, damage or destroy the property to be attached.

WHEREUPON the Court hereby approves the attachment of any right, title or interest of defendant NANCY GITTO PANAGIOTES in or to any real property located in the Commonwealth of Massachusetts in the amount of $ 30,000,000        .

Dated: *October 25, 2004*

_____
United States District Judge