IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LASALLE BUSINESS CREDIT, LLC f/k/a ) <br> LASALLE BUSINESS CREDIT, INC., ) <br>  ) <br> Plaintiff, ) <br> v. ) <br> GARY C. GITTO, FRANK MILLER, ) <br> CHARLES N. GITTO, JR., NANCY ) <br> GITTO PANAGIOTES, JOHN D. ) <br> TERSIGNI, KATHLEEN M. CARLAND, ) <br> WILLIAM DEAKIN, JANICE CHAISSON,) <br> HELEN KOZAK, KINGSDALE CORP. ) <br> d/b/a J&J CHEMICAL DISTRIBUTORS, ) <br> and TRADEX CORPORATION, ) <br>  ) <br> Defendants, ) <br> and ) <br>  ) <br> FLEET NATIONAL BANK, CLINTON ) <br> SAVINGS BANK, SOVEREIGN BANK, ) <br> COMMERCE BANK & TRUST ) <br> COMPANY, FIDELITY COOPERATIVE ) <br> BANK, BANKNORTH, N.A., ) <br> FIDELITY INVESTMENTS, INC., ) <br> LEOMINSTER CREDIT UNION, and ) <br> LEHMAN BROTHERS, INC., ) <br>  ) <br> Trustee Process Defendants, ) <br>  ) <br> and ) <br>  ) <br> FIDELITY INVESTMENTS, INC., ) <br> DIRECT WOOD & PAPER PRODUCTS, ) <br> INC.,GITTO SALES CORPORATION, ) <br> J-TAN SALES & MARKETING, INC., ) <br> HEMISPHERE DISTRIBUTION ) <br> CORPORATION, LEHMAN BROTHERS, ) <br> INC., and AWG, LLC, ) <br>  ) <br> Reach-and-Apply Defendants. ) | Case No. <br><br> 04 - 12227 DPW |

FINDING AND ORDER OF
APPROVAL OF ATTACHMENT OF BOAT

Upon an ex parte motion for approval of attachment, and upon consideration thereof the court hereby finds that there is a reasonable likelihood that the plaintiff will recover judgment, including interest and costs, in an amount equal to or greater than the amount of the attachment approved herein over and above any liability insurance available to satisfy a judgment, and there is a clear danger that if notified in advance of attachment of the property, defendant will convey it, remove it from the state, conceal it, damage or destroy the property to be attached. Further, this Court finds that the plaintiff has a good claim and reasonable expectation of recovering an amount, exclusive of all costs, equal at least to one-third of the amount of damages claimed.

WHEREUPON the Court hereby approves an attachment in the amount of $30,000,000 of any and all right, title and interest of defendant Gary C. Gitto in a 2000 39 foot Ryco Marine custom boat, the "Lori G.", registered in Massachusetts, and orders Gary C. Gitto to disclose the location of said vessel to counsel to LaSalle within 3 days of service hereof so that a keeper may be appointed to assume care and custody of the vessel.

Dated: October 25, 2004

_____
United States District Judge