## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

LASALLE BUSINESS CREDIT, LLC f/k/a
LASALLE BUSINESS CREDIT, INC.,

      Plaintiff,

v.

Case No. 04-12227 DPW

GARY C. GITTO, FRANK MILLER, CHARLES
N. GITTO, JR., NANCY GITTO-PANAGIOTES,
JOHN D. TERSIGNI, KATHLEEN M. CARLAND,
WILLIAM DEAKIN, JANICE CHAISSON, HELEN
KOZAK, KINGSDALE CORP. d/b/a J&J CHEMICAL
DISTRIBUTORS, and TRADEX CORPORATION,

      Defendants,

and

FLEET NATIONAL BANK, CLINTON SAVINGS
BANK, SOVEREIGN BANK, COMMERCE BANK
& TRUST COMPANY, FIDELITY COOPERATIVE
BANK, BANKNORTH, N.A., FIDELITY
INVESTMENTS, INC., LEOMINSTER CREDIT
UNION, and LEHMAN BROTHERS, INC.,

      Trustee Process Defendants,

and

FIDELITY INVESTMENTS, INC., DIRECT WOOD
& PAPER PRODUCTS, INC., GITTO SALES
CORPORATION, J-TAN SALES & MARKETING,
INC., HEMISPHERE DISTRIBUTION
CORPORATION, LEHMAN BROTHERS, INC., and
AWG, LLC,

      Reach-and-Apply Defendants.

## NOTICE OF APPEARANCE

Pursuant to United States District Court Local Rule 83.5.2 and Local Rule 5.1(a)(1), please enter the appearances of Ian Crawford and Tyler E. Chapman, on behalf of the Defendant Nancy Gitto-Panagiotes in the above-captioned action.

Respectfully submitted,

NANCY GITTO-PANAGIOTES

By her attorneys,

Ian Crawford (BBO#544475)
Tyler E. Chapman (BBO#637852)
Todd & Weld LLP
28 State Street
Boston, MA  02109
(617) 720-2626

DATED:  November 1, 2004

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by (hand) (mail) on  11/1/04