IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LASALLE BUSINESS CREDIT, LLC f/k/a<br>LASALLE BUSINESS CREDIT, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>GARY C. GITTO, FRANK MILLER, CHARLES<br>N. GITTO, JR., NANCY GITTO-PANAGIOTES,<br>JOHN D. TERSIGNI, KATHLEEN M. CARLAND,<br>WILLIAM DEAKIN, JANICE CHAISSON, HELEN<br>KOZAK, KINGSDALE CORP. d/b/a J&J CHEMICAL<br>DISTRIBUTORS, and TRADEX CORPORATION,<br><br>    Defendants,<br><br>and<br><br>FLEET NATIONAL BANK, CLINTON SAVINGS<br>BANK, SOVEREIGN BANK, COMMERCE BANK<br>& TRUST COMPANY, FIDELITY COOPERATIVE<br>BANK, BANKNORTH, N.A., FIDELITY<br>INVESTMENTS, INC., LEOMINSTER CREDIT<br>UNION, and LEHMAN BROTHERS, INC.,<br><br>    Trustee Process Defendants,<br><br>and<br><br>FIDELITY INVESTMENTS, INC., DIRECT WOOD<br>& PAPER PRODUCTS, INC., GITTO SALES<br>CORPORATION, J-TAN SALES & MARKETING,<br>INC., HEMISPHERE DISTRIBUTION<br>CORPORATION, LEHMAN BROTHERS, INC., and<br>AWG, LLC,<br><br>    Reach-and-Apply Defendants. | Case No. 04-12227 DPW |

**MOTION OF NANCY GITTO-PANAGIOTES TO DISSOLVE ATTACHMENTS
OF REAL PROPERTY AND ON TRUSTEE PROCESS**

Pursuant to Fed. R. Civ. P. 64 and Mass. R. Civ. P. 4.1(g) and 4.2(h), Defendant Nancy Gitto-Panagiotes hereby moves to dissolve (1) the Attachment of Real Property of Nancy Gitto-Panagiotes; and (2) the Attachment on Trustee Process (with respect to Nancy Gitto-Panagiotes), each of which entered *ex parte* on October 25, 2004. Ms. Gitto-Panagiotes respectfully refers this Court to the *Memorandum of Law of Nancy Gitto-Panagiotes in Opposition to Preliminary Injunctions Preserving the Status Quo and in the Form of Real-and-Apply Attachments and in Support of Motion to Dissolve Attachments of Real Property and on Trustee Process* filed herewith and, for the reasons set forth therein, respectfully requests that this Court GRANT this Motion in its entirety.

Respectfully submitted,

NANCY GITTO-PANAGIOTES

By her attorneys,

*/s/ Ian Crawford*
Ian Crawford (BBO#544475)
Tyler E. Chapman (BBO#637852)
Todd & Weld LLP
28 State Street
Boston, MA 02109
(617) 720-2626

DATED: November 1, 2004

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by (hand) (mail) on 11/1/04 and 11/2/04

*/s/ Ian C.*

2