IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LASALLE BUSINESS CREDIT, LLC f/k/a ) <br> LASALLE BUSINESS CREDIT, INC.,  ) <br> ) <br> Plaintiff,  ) <br> v.  ) <br> GARY C. GITTO, FRANK MILLER,  ) <br> CHARLES N. GITTO, JR., NANCY  ) <br> GITTO PANAGIOTES, JOHN D.  ) <br> TERSIGNI, KATHLEEN M. CARLAND,  ) <br> WILLIAM DEAKIN, JANICE CHAISSON, ) <br> HELEN KOZAK, KINGSDALE CORP.  ) <br> d/b/a J&J CHEMICAL DISTRIBUTORS,  ) <br> and TRADEX CORPORATION,  ) <br> ) <br> Defendants,  ) <br> and  ) <br> ) <br> FLEET NATIONAL BANK, CLINTON  ) <br> SAVINGS BANK, SOVEREIGN BANK,  ) <br> COMMERCE BANK & TRUST  ) <br> COMPANY, FIDELITY COOPERATIVE  ) <br> BANK, BANKNORTH, N.A.,  ) <br> FIDELITY INVESTMENTS, INC.,  ) <br> LEOMINSTER CREDIT UNION, and  ) <br> LEHMAN BROTHERS, INC.,  ) <br> ) <br> Trustee Process Defendants,  ) <br> ) <br> and  ) <br> ) <br> FIDELITY INVESTMENTS, INC.,  ) <br> DIRECT WOOD & PAPER PRODUCTS, ) <br> INC., GITTO SALES CORPORATION,  ) <br> J-TAN SALES & MARKETING, INC.,  ) <br> HEMISPHERE DISTRIBUTION  ) <br> CORPORATION, LEHMAN BROTHERS, ) <br> INC., and AWG, LLC,  ) <br> ) <br> Reach-and-Apply Defendants.  ) | Case No. 04-12227-DPW |

WRIT OF ATTACHMENT

To the Sheriffs of the several counties of the Commonwealth of Massachusetts and their Deputies:

We command you to attach the goods or estate of defendant GARY C. GITTO, to the value of $30,000,000, as prayed for by plaintiff LaSalle Business Credit, LLC of Chicago, Illinois, whose attorney is Christopher J. Panos, Craig and Macauley Professional Corporation, of 600 Atlantic Ave., Boston, Massachusetts., in an action brought by said plaintiff LaSalle Business Credit, LLC against said defendant GARY C. GITTO in the United States District Court for the District of Massachusetts, and make due return of this writ with your doings thereon.

The complaint in this case was filed on October 25, 2004. The attachment was approved on October 25, 2004, by Judge Douglas P. Woodlock, in the amount of $30,000,000.

Dated: *October 27, 2004*

*Douglas P. Woodlock*
United States District Judge