IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LASALLE BUSINESS CREDIT, LLC f/k/a<br>LASALLE BUSINESS CREDIT, INC.,<br><br>      Plaintiff,<br><br>v.<br><br>GARY C. GITTO, FRANK MILLER, CHARLES<br>N. GITTO, JR., NANCY GITTO-PANAGIOTES,<br>JOHN D. TERSIGNI, KATHLEEN M. CARLAND,<br>WILLIAM DEAKIN, JANICE CHAISSON, HELEN<br>KOZAK, KINGSDALE CORP. d/b/a J&J CHEMICAL<br>DISTRIBUTORS, and TRADEX CORPORATION,<br><br>      Defendants,<br><br>and<br><br>FLEET NATIONAL BANK, CLINTON SAVINGS<br>BANK, SOVEREIGN BANK, COMMERCE BANK<br>& TRUST COMPANY, FIDELITY COOPERATIVE<br>BANK, BANKNORTH, N.A., FIDELITY<br>INVESTMENTS, INC., LEOMINSTER CREDIT<br>UNION, and LEHMAN BROTHERS, INC.,<br><br>      Trustee Process Defendants,<br><br>and<br><br>FIDELITY INVESTMENTS, INC., DIRECT WOOD<br>& PAPER PRODUCTS, INC., GITTO SALES<br>CORPORATION, J-TAN SALES & MARKETING,<br>INC., HEMISPHERE DISTRIBUTION<br>CORPORATION, LEHMAN BROTHERS, INC., and<br>AWG, LLC,<br><br>      Reach-and-Apply Defendants. | Case No. 04-12227 DPW |

**PROPOSED ORDER ON PRELIMINARY INJUNCTIONS AND EX PARTE
ATTACHMENTS AS TO DEFENDANT NANCY GITTO-PANAGIOTES**

Upon the *Motion of Nancy Gitto-Panagiotes to Dissolve Attachments of Real Property and on Trustee Process* and the accompanying *Memorandum of Law of Nancy Gitto-Panagiotes in Opposition to Preliminary Injunctions Preserving the Status Quo and in the Form of Real-and-Apply Attachments and in Support of Motion to Dissolve Attachments of Real Property and on Trustee Process*, and upon consideration thereof, the Court hereby finds that Plaintiff has not met its burden to establish a reasonable likelihood of succeeding on the merits of its claim for civil conspiracy against Defendant Nancy Gitto-Panagiotes and, further, that Plaintiff has not established that it is likely to recover a judgment of $30,000,000 against her. The Court also finds that Plaintiff has not established that it will suffer irreparable harm if the requested, preliminary injunctions do not issue nor has Plaintiff established that the balance of the harms favors granting such injunctive relief.

Therefore, the Court hereby orders as follows:

1. That "the attachment on trustee in the amount of $30,000,000 subject to all applicable exemptions and limitations provided by law, of all goods, effects or credits of NANCY GITTO PANAGIOTES deposited with or in the control of Fleet National Bank, Sovereign Bank, or any of them" which this Court entered on October 25, 2004 be, and hereby is, DISSOLVED;

2. That "the attachment of any right, title or interest of defendant NANCY GITTO PANAGIOTES in or to any real property located in the Commonwealth of Massachusetts in the amount of $30,000,000" which this Court entered on October 25, 2004 be, and hereby is, DISSOLVED;

3. That the *Ex Parte Motion for Equitable Attachments in the Form of Reach-And-Apply Injunctions* is DENIED in its entirety with respect to Defendant Nancy Gitto-Panagiotes only and the temporary restraining order which entered on October 25, 2004 pursuant to that Ex Parte Motion be, and hereby is, terminated;

4. That the *Emergency Motion for Temporary Restraining Order, and After Hearing, a Preliminary Injunction Preserving the Status Quo* is DENIED in its entirety with respect to Defendant Nancy Gitto-Panagiotes only and the temporary restraining order which entered on October 25, 2004 pursuant to that Emergency Motion be, and hereby is, terminated.

DATED: _____

                                                      _____
                                                      Hon. Douglas P. Woodlock
                                                      United States District Judge