UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____
                                           )
LASALLE BUSINESS CREDIT, LLC f/k/a         )
LASALLE BUSINESS CREDIT, INC.,             )
                    Plaintiff,             )
v.                                         )
                                           )
GARY C. GITTO, FRANK MILLER,               )
CHARLES N. GITTO, JR.,                     )
NANCY GITTO PANAGIOTES,                    )
JOHN D. TERSIGNI, KATHLEEN M.              )
CARLAND, WILLIAM DEAKIN,                   )
JANICE CHAISSON, HELEN KOZAK,              )
KINGSDALE CORP. d/b/a J&J CHEMICAL         )
DISTRIBUTORS, and TRADEX                   )
CORPORATION,                               )
                    Defendants,            )
and                                        )
                                           )
FLEET NATIONAL BANK, CLINTON               )
SAVINGS BANK, SOVEREIGN BANK,              )
COMMERCE BANK & TRUST COMPANY,             )
FIDELITY COOPERATIVE BANK,                 )
BANKNORTH, N.A., FIDELITY                  )
INVESTMENTS, INC., LEOMINSTER              )
CREDIT UNION and LEHMAN                    )
BROTHERS, INC.,                            )
          Trustee Process Defendants,      )
and                                        )
                                           )
FIDELITY INVESTMENTS, INC., DIRECT         )
WOOD & PAPER PRODUCTS, INC.,               )
GITTO SALES CORPORATION, J-TAN             )
SALES & MARKETING, INC., HEMISPHERE        )
DISTRIBUTION CORPORATION,                  )
LEHMAN BROTHERS, INC., and AWG, LLC,       )
          Reach-and-Apply Defendants       )
                                           )
_____)

**NOTICE OF APPEARANCE**

I, William T. Harrington, hereby file my appearance on behalf of defendant William F. Deakin.

    /s/ William T. Harrington
William T. Harrington (BBO No 564445)
Glynn, Landry, Harrington, & Rice, LLP
10 Forbes Road, Suite 270
Braintree, MA 02184
(781) 356-1749

Dated: November 3, 2004