UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No. 04-12227 (DPW)

|  |  |
|---|---|
| LASALLE BUSINESS CREDIT, LLC f/k/a LASALLE BUSINESS CREDIT, INC. | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| GARY C. GITTO, et al, | ) ) |
| Defendants | ) ) |

## NOTICE OF APPEARANCE

Please notice the appearance of the below-signed as counsel on behalf of defendant Gary C. Gitto.

Respectfully submitted,
Gary C. Gitto,
By his attorney,

/s/ *Max D. Stern*
Max D. Stern, BBO #479560
Stern, Shapiro, Weissberg & Garin, LLP
90 Canal Street, 5th Floor
Boston, MA 02114
(617) 742-5800

Dated: November 4, 2004
G:\SSWG\Gitto\LaSalle Business Credit\LaSalle v. Gitto\appearance of MDS.wpd