UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No. 04-12227 (DPW)

| | |
|---|---|
| LASALLE BUSINESS CREDIT, LLC f/k/a LASALLE BUSINESS CREDIT, INC. | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| GARY C. GITTO, et al, | ) ) |
| Defendants | ) ) |

## **ORDER**

Plaintiff shall serve upon defendant Gary C. Gitto, on or before November 19, 2004, a separate statement, for each paragraph of the complaint that makes factual allegations against him, of all facts in support of each allegation and the source of those facts, identifying by name, address and telephone number each person on whom plaintiff has relied for support of each allegation and identifying the evidence each such person is believed to have. Thereafter defendant will be allowed to depose those persons identified for the purpose of preparing for the December 10, 2004 hearing, and all parties may participate in those depositions.

Dated                                                                                   United States District Court Judge

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No. 04-12227 (DPW)

| | |
|---|---|
| LASALLE BUSINESS CREDIT, LLC f/k/a LASALLE BUSINESS CREDIT, INC. | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| GARY C. GITTO, et al, | ) ) |
| Defendants | ) ) |

## **ORDER**

Plaintiff shall serve upon defendant Gary C. Gitto, on or before November 19, 2004, a separate statement, for each paragraph of the complaint that makes factual allegations against him, of all facts in support of each allegation and the source of those facts, identifying by name, address and telephone number each person on whom plaintiff has relied for support of each allegation and identifying the evidence each such person is believed to have. Thereafter defendant will be allowed to depose those persons identified for the purpose of preparing for the December 10, 2004 hearing, and all parties may participate in those depositions.

Dated                                                                  United States District Court Judge