THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

Case No.  04CV12227DPW

---

LASALLE BUSINESS CREDIT, LLC f/k/a )
LASALLE BUSINESS CREDIT, IN., )
        Plaintiff )
 )
v. )
 )
GARY C. GITTO, FRANK MILLER, CHARLES )
N. GITTO, JR., NANCY GITTO PANAGIOTES, )
JOHN D. TERSIGNI, KATHLEEN M. CARLAND,)
WILLIAM DEAKIN, JANICCE CHAISSON, )
HELEN KOZAK, KINGSDALE CORP. d/b/a )
J&J CHEMICAL DISTRIBUTORS, and )
TRADEX CORPORATION, )
        Defendants )
 )
and )
 )
FLEET NATIONAL BANK, CLINTON )
SAVINGS BANK, SOVEREIGN BANK, )
COMMERCE BANK & TRUST COMPANY, )
BANKNORTH, N.A., FIDELITY INVESTMENTS)
INC., LEOMINISTER CREDIT UNION, and )
LEHMAN BROTHERS, INC., )
        Trustee Process Defendants )
 )
and )
 )
FIDELITY INVESTMENTS, INC., DIRECT )
WOOD & PAPER PRODUCTS, INC., GITTO )
SALES CORPORATION, J-TAN SALES & )
MARKETING, INC., HEMISPHERE )
DISTRIBUTION CORPORATION, LEHMAN )
BROTHERS, INC., and AWG, LLC., )
        Reach and Apply Defendants )

---

**FINDING AND ORDER DISSOLVING TEMPORARY RESTRAINING ORDER
AND ATTACHMENT OF
REAL PROPERTY OF CHARLES N. GITTO, JR.**

After hearing, at which both parties were present, and upon consideration of Charles N. Gitto, Jr.'s Motion to Dissolve Temporary Restraining Order and Attachment of Real Property, the court hereby finds that there is no reasonable likelihood that the plaintiff will recover judgment, against Charles N. Gitto, Jr., and therefore, dissolves the attachment of any right, title or interest of defendant Charles N. Gitto, Jr. in or to any real property located in the Commonwealth of Massachusetts in the amount of $30,000,000.

Dated: _____

_____
United States District Judge