UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
Case No.  04CV12227DPW

| | |
|---|---|
| LASALLE BUSINESS CREDIT, LLC f/k/a<br>LASALLE BUSINESS CREDIT, INC.,<br>        Plaintiff<br><br>v.<br><br>GARY C. GITTO, FRANK MILLER, CHARLES<br>N. GITTO, JR., NANCY GITTO PANAGIOTES,<br>JOHN D. TERSIGNI, KATHLEEN M. CARLAND,<br>WILLIAM DEAKIN, JANICCE CHAISSON,<br>HELEN KOZAK, KINGSDALE CORP. d/b/a<br>J&J CHEMICAL DISTRIBUTORS, and<br>TRADEX CORPORATION,<br>        Defendants<br><br>and<br><br>FLEET NATIONAL BANK, CLINTON<br>SAVINGS BANK, SOVEREIGN BANK,<br>COMMERCE BANK & TRUST COMPANY,<br>BANKNORTH, N.A., FIDELITY INVESTMENTS<br>INC., LEOMINISTER CREDIT UNION, and<br>LEHMAN BROTHERS, INC.,<br>        Trustee Process Defendants<br><br>and<br><br>FIDELITY INVESTMENTS, INC., DIRECT<br>WOOD & PAPER PRODUCTS, INC., GITTO<br>SALES CORPORATION, J-TAN SALES &<br>MARKETING, INC., HEMISPHERE<br>DISTRIBUTION CORPORATION, LEHMAN<br>BROTHERS, INC., and AWG, LLC.,<br>        Reach and Apply Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

NOTICE OF APPEARANCE

      Please enter my appearance in the above-captioned matter on behalf of defendant Charles N. Gitto.

                                                /s/ Juliane Balliro
                                                Juliane Balliro (BBO # 029010)
                                                Perkins Smith & Cohen LLP
                                                One Beacon Street
                                                Boston, MA  02108
                                                (617) 854-4000

Dated:  November 5, 2004