## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LASALLE BUSINESS CREDIT, LLC f/k/a )<br>LASALLE BUSINESS CREDIT, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>GARY C. GITTO, FRANK MILLER, )<br>CHARLES N. GITTO, JR., NANCY )<br>GITTO PANAGIOTES, JOHN D. )<br>TERSIGNI, KATHLEEN M. CARLAND, )<br>WILLIAM DEAKIN, JANICE CHAISSON,)<br>HELEN KOZAK, KINGSDALE CORP. )<br>d/b/a J&J CHEMICAL DISTRIBUTORS, )<br>and TRADEX CORPORATION, )<br>)<br>Defendants, )<br>and )<br>)<br>FLEET NATIONAL BANK, CLINTON )<br>SAVINGS BANK, SOVEREIGN BANK, )<br>COMMERCE BANK & TRUST )<br>COMPANY, FIDELITY COOPERATIVE )<br>BANK, BANKNORTH, N.A., )<br>FIDELITY INVESTMENTS, INC., )<br>LEOMINSTER CREDIT UNION, and )<br>LEHMAN BROTHERS, INC., )<br>)<br>Trustee Process Defendants, )<br>)<br>and )<br>)<br>FIDELITY INVESTMENTS, INC., )<br>DIRECT WOOD & PAPER PRODUCTS, )<br>INC.,GITTO SALES CORPORATION, )<br>J-TAN SALES & MARKETING, INC., )<br>HEMISPHERE DISTRIBUTION )<br>CORPORATION, LEHMAN BROTHERS, )<br>INC., and AWG, LLC, )<br>)<br>Reach-and-Apply Defendants. ) | Case No. 04-12227-DPW |

## ORDER DISSOLVING ATTACHMENT ON TRUSTEE PROCESS

Based upon sworn affidavits and supporting documents provided to plaintiff LaSalle Business Credit, LLC ("LaSalle") demonstrating that defendant Janice Chaisson has no interest in the funds held in Leominster Credit Union Savings Account 40016038 (the "Account"), LaSalle has voluntarily agreed to release any claim to funds held in the Account.

IT IS ORDERED:

1. The attachment on trustee process on Leominster Credit Union Savings Account 40016038, jointly held by Janice Chaisson and Derrick Chaisson, is dissolved as of the date hereof;

2. This Order shall not affect other attachments of property, goods, effects or credits of Janice Chaisson previously ordered by this Court, including funds held by Leominster Credit Union other than those held in Leominster Credit Union Savings Account 40016038; and

3. This Order shall be without prejudice to any future motion for attachment of Leominster Credit Union Savings Account 40016038 or other accounts or property of Janice Chaisson that LaSalle may present to the Court on a future date.

Dated: *November 5, 2004*

*Douglas P. Woodlock*
United States District Judge