IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LASALLE BUSINESS CREDIT, LLC f/k/a ) <br> LASALLE BUSINESS CREDIT, INC.,  ) <br>                                       ) <br>           Plaintiff,                  ) <br>      v.                               ) <br>                                       ) <br> GARY C. GITTO, FRANK MILLER,          ) <br> CHARLES N. GITTO, JR., NANCY          ) <br> GITTO PANAGIOTES, JOHN D.             ) <br> TERSIGNI, KATHLEEN M. CARLAND,        ) <br> WILLIAM DEAKIN, JANICE CHAISSON,)    <br> HELEN KOZAK, KINGSDALE CORP.          ) <br> d/b/a J&J CHEMICAL DISTRIBUTORS,      ) <br> and TRADEX CORPORATION,               ) <br>                                       ) <br>           Defendants,                 ) <br>      and                              ) <br>                                       ) <br> FLEET NATIONAL BANK, CLINTON          ) <br> SAVINGS BANK, SOVEREIGN BANK,         ) <br> COMMERCE BANK & TRUST                 ) <br> COMPANY, FIDELITY COOPERATIVE         ) <br> BANK, and BANKNORTH, N.A.,            ) <br>                                       ) <br>      Trustee Process Defendants,      ) <br>                                       ) <br>      and                              ) <br>                                       ) <br> FIDELITY INVESTMENTS, INC.,           ) <br> DIRECT WOOD & PAPER PRODUCTS,         ) <br>  INC., GITTO SALES CORPORATION,       ) <br> J-TAN SALES & MARKETING, INC.,        ) <br> HEMISPHERE DISTRIBUTION               ) <br> CORPORATION, and AWG, LLC,            ) <br>                                       ) <br>      Reach-and-Apply Defendants.      ) <br> _____) | Case No. 04-12227-DPW |

273338.1 042314-34311

## SUPPLEMENTAL AFFIDAVIT OF MATTHEW STILWELL

Matthew Stilwell, being duly sworn on oath, states and affirms the following facts in support of the Complaint of Plaintiff, LaSalle Business Credit LLC f/k/a LaSalle Business Credit, Inc. ("LaSalle"):

1. Affiant is a Vice President and Regional Audit Manager of LaSalle and has authority to make this affidavit on its behalf.

2. Affiant is a keeper of the books and records of LaSalle, which books and records are made and maintained in the ordinary course of business of LaSalle. Those books and records include the loans made by LaSalle to Gitto Global Corporation ("Gitto Global").

3. If sworn as a witness, Affiant could competently testify to the facts stated herein.

4. Charles N. Gitto, Jr. ("Charles Gitto") was the Chairman of the Board of Gitto Global. He was also the owner of Tradex Corporation ("Tradex") that owned and leased the real estate in Lunenberg, Massachusetts to Gitto Global for $31,085 per month.

5. Charles Gitto had an office on the second floor of Gitto Global's building. He was at Gitto Global every day overseeing production. He lead daily production meetings to discuss inventory needs with the operations manager, plant manager, shipping manager, sales manager, etc.

6. Charles Gitto received daily production, sales and inventory reports. These were reports of actual sales and inventory. He also knew of the second set of books that Janice Chaisson maintained of fictitious sales. He further had instructed at least one of his operations managers, Bruce Spaziani, to overstate the value of the inventory on hand.

7. Charles Gitto would request from Rita Bartlett that checks be issued to Tradex and him, without any supporting documentation or explanation.

- 3 -

8.  Besides any compensation, in my review, these checks to Charles Gitto included at least interest payments of $10,000, consulting fees of $44,300 and an unaccounted for disbursements of $320,948.

9.  In excess of rent payments, in my review, these checks to Tradex included at least interest payments of $230,090, prepaid rent of $217,061, consulting fees of $34,000 and unaccounted for disbursements of $134,546. Some of these payments went to pay for work performed on Charles Gitto's residence.

10. Charles Gitto bought an $80,000 Land Rover through use of Gitto Global's American Express card.

**FURTHER AFFIANT SAYETH NOT.**

_____
Matthew Stilwell

Subscribed and sworn to before me
this _____ day of November, 2004.

_____
Notary Public

My commission expires:

```
         NOTARIAL SEAL
  ANNE L. GROMBALL, Notary Public
    City of Philadelphia, Phila. County
  My Commission Expires October 30, 2006
```