**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| LASALLE BUSINESS CREDIT, LLC f/k/a )<br>LASALLE BUSINESS CREDIT, INC.,      )<br>                                                     )<br>                       Plaintiff,              )<br>        v.                                         )<br>GARY C. GITTO, et al.,                    )<br>                                                     )<br>                       Defendants,         )<br>        and                                      )<br>                                                     )<br>FLEET NATIONAL BANK, et al.,      )<br>                                                     )<br>        Trustee Process Defendants,    )<br>                                                     )<br>        and                                      )<br>                                                     )<br>FIDELITY INVESTMENTS, INC.,      )<br>et al.,                                             )<br>                                                     )<br>        Reach-and-Apply Defendants.   ) | Case No. 04-12227-DPW |

<u>PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT</u>

Plaintiff LaSalle Business Credit, LLC ("LaSalle") files this Corporate Disclosure Statement pursuant to Rule 7.3(A) of the Local Rules of this Court.

LaSalle is a wholly owned subsidiary of LaSalle National Leasing Corporation, which is a wholly owned subsidiary of LaSalle Bank National Association, a federally insured national banking association, which provides funding to LaSalle.

November 12, 2004

Respectfully submitted,

LASALLE BUSINESS CREDIT, LLC

By: _____
One of its attorneys

Christopher J. Panos (BBO# 555273)
Patrick W. Manzo (BBO# 651891)
Craig and Macauley Professional
Corporation
Federal Reserve Plaza
600 Atlantic Avenue
Boston, MA  02210
Phone: (617) 367-9500
Fax:   (617) 742-1788

Eric S. Rein
Bret A. Rappaport
Bethany N. Schols
Schwartz, Cooper, Greenberger & Krauss,
Chtd.
180 N. LaSalle Street, Suite 2700
Chicago, IL  60601
Phone:  (312) 346-1300
Fax:  (312) 782-8416

## Certificate of Service

I, Patrick W. Manzo, hereby certify that on November 12, 2004 a true copy of the above document was served upon each party or counsel of record for each party by Federal Express.

_____
Patrick W. Manzo