AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of    MASSACHUSETTS

LASALLE BUSINESS CREDIT, LLC f/k/a
LASALLE BUSINESS CREDIT, INC.

**SUMMONS IN A CIVIL ACTION**

V.

GARY C. GITTO, FRANK MILLER, CHARLES N. GITTO, JR.,
NANCY GITTO PANAGIOTES, JOHN D. TERSIGNI, KATHLEEN
M. CARLAND, WILLIAM DEAKIN, JANICE CHAISSON, HELEN
KOZAK, KINGSDALE CORP. d/b/a J&J CHEMICAL
DISTRIBUTORS, and TRADEX CORPORATION, - Defendants,
FLEET NATIONAL BANK, CLINTON SAVINGS BANK,
SOVEREIGN BANK, COMMERCE BANK & TRUST COMPANY,
FIDELITY CO-OPERATIVE BANK, BANKNORTH, N.A.,
FIDELITY INVESTMENTS, INC., LEOMINSTER CREDIT UNION,
and LEHMAN BROTHERS, INC., - Trustee Process Defendants,
FIDELITY INVESTMENTS, INC., DIRECT WOOD & PAPER
PRODUCTS, INC., GITTO SALES CORPORATION, J-TAN SALES
& MARKETING, INC., HEMISPHERE DISTRIBUTION
CORPORATION, AWG, LLC, and LEHMAN BROTHERS, INC., -
Reach-and-Apply Defendants

04 12227 DPW

TO: (Name and address of Defendant)

William Deakin
~~140 Leominster-Shirley Road~~
~~Gianna Park~~
Lunenburg, MA 01462

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Christopher J. Panos, Esq.
Craig and Macauley Professional Corporation
Federal Reserve Plaza
600 Atlantic Avenue
Boston, MA 02210

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONI ANASTAS

CLERK     DATE

(By) DEPUTY CLERK

UNITED STATES DISTRICT COURT
District of Massachusetts

I hereby certify and return that today, October 27, 2004, I served a true and attested copy of the within Summons together with a copy of the Complaint with Exhibits; Civil Action Cover Sheet; Motion for Admission Pro Hac Vice; Affidavits of Matthew Stilwell and Steven Snyder; Motion to Attach Real Property and Order; Motion for Trustee Process and Orders; Motion to Reach and Apply and Order; and Motion for Status Quo TRO / Injunction and Order in this action upon the within named **William Deakin**, by leaving said copies at 206 Hathaway Road, Acushnet, MA *his/her* last and usual abode. Furthermore, later this same day I mailed (first class postage prepaid) additional true and attested copies to the within named William Deakin, at 206 Hathaway Road, Acushnet, MA .

I declare under the penalty of perjury under the laws of the United States of America that the foregoing information is true and correct. Executed on October 27, 2004.

Arthur Montgomery, Constable
& Disinterested Person over Age 18

Service & Travel:$135.00

**Butler and Witten**
Boston, MA
(617) 325-6455