AO 440 (Rev. 8/01) Summons in a Civil Action

## UNITED STATES DISTRICT COURT

District of   MASSACHUSETTS

LASALLE BUSINESS CREDIT, LLC f/k/a
LASALLE BUSINESS CREDIT, INC.

**SUMMONS IN A CIVIL ACTION**

V.

GARY C. GITTO, FRANK MILLER, CHARLES N. GITTO, JR., NANCY GITTO PANAGIOTES, JOHN D. TERSIGNI, KATHLEEN M. CARLAND, WILLIAM DEAKIN, JANICE CHAISSON, HELEN KOZAK, KINGSDALE CORP. d/b/a J&J CHEMICAL DISTRIBUTORS, and TRADEX CORPORATION, - Defendants, FLEET NATIONAL BANK, CLINTON SAVINGS BANK, SOVEREIGN BANK, COMMERCE BANK & TRUST COMPANY, FIDELITY CO-OPERATIVE BANK, BANKNORTH, N.A., FIDELITY INVESTMENTS, INC., LEOMINSTER CREDIT UNION, and LEHMAN BROTHERS, INC., - Trustee Process Defendants, FIDELITY INVESTMENTS, INC., DIRECT WOOD & PAPER PRODUCTS, INC., GITTO SALES CORPORATION, J-TAN SALES & MARKETING, INC., HEMISPHERE DISTRIBUTION CORPORATION, AWG, LLC, and LEHMAN BROTHERS, INC., - Reach-and-Apply Defendants

04  12227 DPW

TO: (Name and address of Defendant)

Fleet National Bank
100 Federal Street
Boston, MA 02109

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Christopher J. Panos, Esq.
Craig and Macauley Professional Corporation
Federal Reserve Plaza
600 Atlantic Avenue
Boston, MA 02210

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

ANASTAS
CLERK

OCT 25 2004
DATE

(By) DEPUTY CLERK

74713

**UNITED STATES DISTRICT COURT**
**District of Massachusetts**

I hereby certify and return that today, October 27, 2004, at 12:15 PM, I served a true and attested copy of the within Summons together with a copy of the Summons to Trustee; Complaint with Exhibits; Civil Action Cover Sheet; Motion for Admission Pro Hac Vice; Affidavits of Matthew Stilwell and Steven Snyder; Motion for Trustee Process and Order as to Gary Gitto; Motion for Trustee Process and Order as to Frank Miller; Motion for Trustee Process and Order as to Charles N. Gitto; Motion for Trustee Process and Order as to Nancy Gitto Panagiotes; Motion for Trustee Process and Order as to Helen Kozak; and Motion for Status Quo TRO / Injunction and Order in this action upon the within named **Fleet National Bank**, by giving in hand to Steve Austin Agent in Charge authorized to accept service. Said service was effected at: Fleet National Bank, 100 Federal Street, Boston, MA 02109.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing information is true and correct. Executed on October 27, 2004.

_____
**Francis Davis,** Constable
& Disinterested Person over Age 18.

Service: $45.00

**Butler and Witten**
Boston, MA
(617) 325-6455