AO 440 (Rev. 8/01) Summons in a Civil Action

FILED
IN CLERK'S OFFICE

# UNITED STATES DISTRICT COURT 3 ⋅ P 12: 3⋅

### District of    MASSACHUSETTS

DISTRICT OF COURT
DISTRICT OF MASS.

LASALLE BUSINESS CREDIT, LLC f/k/a
LASALLE BUSINESS CREDIT, INC.

**SUMMONS IN A CIVIL ACTION**

### V.

GARY C. GITTO, FRANK MILLER, CHARLES N. GITTO, JR.,
NANCY GITTO PANAGIOTES, JOHN D. TERSIGNI, KATHLEEN
M. CARLAND, WILLIAM DEAKIN, JANICE CHAISSON, HELEN
KOZAK, KINGSDALE CORP. d/b/a J&J CHEMICAL
DISTRIBUTORS, and TRADEX CORPORATION, - Defendants,
FLEET NATIONAL BANK, CLINTON SAVINGS BANK,
SOVEREIGN BANK, COMMERCE BANK & TRUST COMPANY,
FIDELITY CO-OPERATIVE BANK, BANKNORTH, N.A.,
FIDELITY INVESTMENTS, INC., LEOMINSTER CREDIT UNION,
and LEHMAN BROTHERS, INC., - Trustee Process Defendants,
FIDELITY INVESTMENTS, INC., DIRECT WOOD & PAPER
PRODUCTS, INC., GITTO SALES CORPORATION, J-TAN SALES
& MARKETING, INC., HEMISPHERE DISTRIBUTION
CORPORATION, AWG, LLC, and LEHMAN BROTHERS, INC., -
Reach-and-Apply Defendants

**04    12227 DPW**

TO: (Name and address of Defendant)

Clinton Savings Bank
200 Church Street
Clinton, MA  01510

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Christopher J. Panos, Esq.
Craig and Macauley Professional Corporation
Federal Reserve Plaza
600 Atlantic Avenue
Boston, MA  02210

an answer to the complaint which is served on you with this summons, within _____ 20 _____ days after service of this
summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the
relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of
this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

(By) DEPUTY CLERK

OCT 2 5 2004

DATE

746 P₀

## UNITED STATES DISTRICT COURT
### District of Massachusetts

I hereby certify and return that today, October 27, 2004, at 10:35 AM, I served a true and attested copy of the within Summons together with a copy of the Summons to Trustee; Complaint with Exhibits; Civil Action Cover Sheet; Motion for Admission Pro Hac Vice; Affidavits of Matthew Stilwell and Steven Snyder; Motion for Trustee Process and Order as to Gary C. Gitto; Motion for Trustee Process and Order as to Frank Miller; Motion for Trustee Process and Order as to Charles N. Gitto; and Motion for Status Quo TRO / Injunction and Order upon the within named **Clinton Savings Bank**, by giving in hand to Cathy Frost Agent in Charge authorized to accept service. Said service was effected at: Clinton Savings Bank, 200 Church Street, Clinton, MA 01510.

I declare under the penalty of perjury under the laws of the United States of America
that the foregoing information is true and correct. Executed on October 27, 2004.

**David H. Sullivan,** Constable
& Disinterested Person over Age 18.

Service: $45.00

**Butler and Witten**
Boston, MA
(617) 325-6455