AO 440 (Rev. 8/01) Summons in a Civil Action

FILED
IN CLERKS OFFICE

NOV -3 P 12: 31

# UNITED STATES DISTRICT COURT

District of   MASSACHUSETTS

LASALLE BUSINESS CREDIT, LLC f/k/a
LASALLE BUSINESS CREDIT, INC.

**SUMMONS IN A CIVIL ACTION**

V.

GARY C. GITTO, FRANK MILLER, CHARLES N. GITTO, JR.,
NANCY GITTO PANAGIOTES, JOHN D. TERSIGNI, KATHLEEN
M. CARLAND, WILLIAM DEAKIN, JANICE CHAISSON, HELEN
KOZAK, KINGSDALE CORP. d/b/a J&J CHEMICAL
DISTRIBUTORS, and TRADEX CORPORATION, - Defendants,
FLEET NATIONAL BANK, CLINTON SAVINGS BANK,
SOVEREIGN BANK, COMMERCE BANK & TRUST COMPANY,
FIDELITY CO-OPERATIVE BANK, BANKNORTH, N.A.,
FIDELITY INVESTMENTS, INC., LEOMINSTER CREDIT UNION,
and LEHMAN BROTHERS, INC., - Trustee Process Defendants,
FIDELITY INVESTMENTS, INC., DIRECT WOOD & PAPER
PRODUCTS, INC., GITTO SALES CORPORATION, J-TAN SALES
& MARKETING, INC., HEMISPHERE DISTRIBUTION
CORPORATION, AWG, LLC, and LEHMAN BROTHERS, INC., -
Reach-and-Apply Defendants

04  12227 DPW

TO: (Name and address of Defendant)

Sovereign Bank
One Federal Street
Boston, MA  02109

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Christopher J. Panos, Esq.
Craig and Macauley Professional Corporation
Federal Reserve Plaza
600 Atlantic Avenue
Boston, MA  02210

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

(By) DEPUTY CLERK

DATE  OCT 25 2004

7V698

**UNITED STATES DISTRICT COURT**
**District of Massachusetts**

I hereby certify and return that today, October 27, 2004, at 12:40 PM, I served a true and attested copy of the within Summons together with a copy of the Summons to Trustee; Complaint with Exhibits; Civil Action Cover Sheet; Motion for Admission Pro Hac Vice; Affidavits of Matthew Stilwell and Steven Snyder; Motion for Trustee Process and Order as to Nancy Gitto Panagiotes; Motion for Trustee Process and Order as to William Deakin; and Motion for Status Quo TRO / Injunction and Order upon the within named **Sovereign Bank**, by giving in hand to Gail Gordon Agent in Charge authorized to accept service. Said service was effected at: Sovereign Bank, 75 State Street, Boston, MA 02109.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing information is true and correct. Executed on October 27, 2004.

_Francis Davis_
**Francis Davis,** Constable
& Disinterested Person over Age 18.

Service: $45.00

**Butler and Witten**
Boston, MA
(617) 325-6455