AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of     MASSACHUSETTS

LASALLE BUSINESS CREDIT, LLC f/k/a
LASALLE BUSINESS CREDIT, INC.

**SUMMONS IN A CIVIL ACTION**

V.

GARY C. GITTO, FRANK MILLER, CHARLES N. GITTO, JR., NANCY GITTO PANAGIOTES, JOHN D. TERSIGNI, KATHLEEN M. CARLAND, WILLIAM DEAKIN, JANICE CHAISSON, HELEN KOZAK, KINGSDALE CORP. d/b/a J&J CHEMICAL DISTRIBUTORS, and TRADEX CORPORATION, - Defendants, FLEET NATIONAL BANK, CLINTON SAVINGS BANK, SOVEREIGN BANK, COMMERCE BANK & TRUST COMPANY, FIDELITY CO-OPERATIVE BANK, BANKNORTH, N.A., FIDELITY INVESTMENTS, INC., LEOMINSTER CREDIT UNION, and LEHMAN BROTHERS, INC., - Trustee Process Defendants, FIDELITY INVESTMENTS, INC., DIRECT WOOD & PAPER PRODUCTS, INC., GITTO SALES CORPORATION, J-TAN SALES & MARKETING, INC., HEMISPHERE DISTRIBUTION CORPORATION, AWG, LLC, and LEHMAN BROTHERS, INC., - Reach-and-Apply Defendants

04 12227 DPW

TO: (Name and address of Defendant)

Hemisphere Distribution Corporation
434 Old Connecticut Path
Framingham, MA 01701

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Christopher J. Panos, Esq.
Craig and Macauley Professional Corporation
Federal Reserve Plaza
600 Atlantic Avenue
Boston, MA 02210

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS
CLERK

OCT 25 2004
DATE

(By) DEPUTY CLERK

74708

I hereby certify and return that today, October 30, 2004, I served a true and attested copy of the within Summons; Civil Action Cover Sheet; Motion for Admission Pro Hac Vice; Complaint with Exhibits; Affidavits of M. Stilwell and S. Snyder; Motion to Reach and Apply and Order; Motion for Status Quo TRO/Injunction and Order in this action upon the within named Hemisphere Distribution Corporation, by giving in hand to Kathleen M. Carland, Officer. Said service was effected at: Hemisphere Distribution Corporation, c/o Kathleen M. Carland, Officer, 11 South Street, Auburn, MA.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing information is true and correct. Executed on October 30, 2004.

_____
**David H. Sullivan**, Constable
& Disinterested Person over Age 18.

Service & Travel: $273.00

**Butler and Witten**
Boston, MA
(617) 325-6455