# ❋ Sovereign Bank

TRUSTEE'S ANSWER                                         EFFECTS

## THE COMMONWEALTH OF MASSACHUSETTS
## UNITED STATES DISTRICT COURT

**LaSalle Business Credit LLC**

v

CIVIL ACTION:
04-12227 DPW

**Nancy Panagiotes Gitto, William Deakin**

## ANSWER OF ALLEGED TRUSTEE

And now Sovereign Bank, summoned as trustee of the principal defendants **Nancy Panagiotes Gitto, William Deakin,** in the above-entitled action, and appears by Susan R. Davison, its Manager, and makes answer that it had in its hand subject to attachment the sum of **Ten Thousand Three Hundred Twenty Six Dollars and Forty Eight Cents ($10,326.48)** Standing in the name of William Deakin, and of this the said Susan R. Davison submits herself to examination upon her oath..

The foregoing answer is made and subscribed to under the penalties of perjury.

Sovereign Bank

By _Susan R. Davison_

**Susan R. Davison**
**Manager**
Mail Stop: MA1 MB3-02-10
P.O. Box 841005
Boston, MA  02284
Phone (617) 533-1109
Fax (617) 533-1188

**November 9, 2004**