IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LASALLE BUSINESS CREDIT, LLC f/k/a<br>LASALLE BUSINESS CREDIT, INC.,<br><br>Plaintiff,<br><br>v.<br><br>GARY C. GITTO, FRANK MILLER, CHARLES N. GITTO, JR., NANCY GITTO PANAGIOTES, JOHN D. TERSIGNI, KATHLEEN M. CARLAND, WILLIAM DEAKIN, JANICE CHAISSON, HELEN KOZAK, KINGSDALE CORP. d/b/a J&J CHEMICAL DISTRIBUTORS, and TRADEX CORPORATION,<br><br>Defendants,<br><br>and<br><br>FLEET NATIONAL BANK, CLINTON SAVINGS BANK, SOVEREIGN BANK, COMMERCE BANK & TRUST COMPANY, FIDELITY COOPERATIVE BANK, BANKNORTH, N.A., FIDELITY INVESTMENTS, INC., LEOMINSTER CREDIT UNION, and LEHMAN BROTHERS, INC.,<br><br>Trustee Process Defendants,<br><br>and<br><br>FIDELITY INVESTMENTS, INC., DIRECT WOOD & PAPER PRODUCTS, INC., GITTO SALES CORPORATION, J-TAN SALES & MARKETING, INC., HEMISPHERE DISTRIBUTION CORPORATION, LEHMAN BROTHERS, INC., and AWG, LLC,<br><br>Reach and Apply Defendants. | Case No. 04 CV 12227 DPW<br><br>FILED<br>IN CLERK'S OFFICE<br>2004 NOV 12 P 12: 09<br>U.S. DISTRICT COURT<br>DISTRICT OF MASS. |

## ANSWER OF REACH AND APPLY AND TRUSTEE PROCESS DEFENDANT LEHMAN BROTHERS INC.

The Reach and Apply and Trustee Process Defendant Lehman Brothers Inc. ("Lehman") hereby submits the following as its answer to the Complaint:

1–22. Lehman is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraphs 1 through 22 of the Complaint.

23. Admitted.

24–29. Lehman is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraphs 24 through 29 of the Complaint..

30. Admitted.

31–246. Lehman is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraphs 31 through 246 of the Complaint.

## COUNT XXIV – Trustee Process

247. Lehman incorporates its answers to the previous paragraphs.

248. Lehman admits that it holds the following:

    A. Brokerage Account Number 834-65465, in the name of Gary C. Gitto, containing cash and securities valued at approximately $295.00.

    B. Individual Retirement Account Number 844-90574, in the name of Gary Charles Gitto, containing cash and securities valued at approximately $342,866.00.

249. This paragraph contains legal opinions and conclusions for which no answer is required. Further answering, Lehman states that prior to service of process on it in this action, it had been served with a restraining order and trustee process summons in the case of ORIX Financial Services, Inc. v. Gary C. Gitto, et al, Suffolk County (Mass.), Civil Action No. 04-4414-B.

250-273. Lehman is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraphs 250 through 273 of the Complaint.

## COUNT XXV – Reach and Apply

274. Lehman incorporates its answers to the previous paragraphs.

275. Lehman denies that Gitto has any interest in Lehman other than that disclosed in answer to paragraph 248.

2

3

276.   This paragraph contains legal opinions and conclusions for which no answer is required.

277.   This paragraph contains legal opinions and conclusions for which no answer is required.

Signed under the pains and penalties of perjury this 12th day of November, 2004.

                                                LEHMAN BROTHERS INC.
By Its Duly Authorized Representative

_____
Thomas Hommel

Counsel for Lehman Brothers, Inc.:
Christopher P. Litterio, Esquire
BBO#551098
Ruberto, Israel & Weiner, P.C.
100 North Washington Street
Boston, MA  02114-2128
(617) 742-4200

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail by hand on 11/12/04

U:\PM\CPL\Lehman\LaSalle\Pleadings\Answer.doc