AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of MASSACHUSETTS

FILED
IN CLERK'S OFFICE
2004 NOV 10 P 1:30
U.S. DISTRICT COURT
DISTRICT OF MASS.

LASALLE BUSINESS CREDIT, LLC f/k/a
LASALLE BUSINESS CREDIT, INC.

SUMMONS IN A CIVIL ACTION

V.

GARY C. GITTO, FRANK MILLER, CHARLES N. GITTO, JR.,
NANCY GITTO PANAGIOTES, JOHN D. TERSIGNI, KATHLEEN
M. CARLAND, WILLIAM DEAKIN, JANICE CHAISSON, HELEN
KOZAK, KINGSDALE CORP. d/b/a J&J CHEMICAL
DISTRIBUTORS, and TRADEX CORPORATION, - Defendants,
FLEET NATIONAL BANK, CLINTON SAVINGS BANK,
SOVEREIGN BANK, COMMERCE BANK & TRUST COMPANY,
FIDELITY CO-OPERATIVE BANK, BANKNORTH, N.A.,
FIDELITY INVESTMENTS, INC., LEOMINSTER CREDIT UNION,
and LEHMAN BROTHERS, INC., - Trustee Process Defendants,
FIDELITY INVESTMENTS, INC., DIRECT WOOD & PAPER
PRODUCTS, INC., GITTO SALES CORPORATION, J-TAN SALES
& MARKETING, INC., HEMISPHERE DISTRIBUTION
CORPORATION, AWG, LLC, and LEHMAN BROTHERS, INC., -
Reach-and-Apply Defendants

04  12227 DPW

TO: (Name and address of Defendant)

Kingsdale Corp. d/b/a
J&J Chemical Corp.
50 Independence Drive
Ayer, MA 01434

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Christopher J. Panos, Esq.
Craig and Macauley Professional Corporation
Federal Reserve Plaza
600 Atlantic Avenue
Boston, MA 02210

an answer to the complaint which is served on you with this summons, within  20  days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS
CLERK

OCT 25 2004
DATE

(By) DEPUTY CLERK

74719
74985

I hereby certify and return that today, November 4, 2004, I served a true and attested copy of the within Summons; Civil Action Cover Sheet; Motion for Admission Pro Hac Vice; Complaint with Exhibits; Affidavits of Matthew Stilwell and Steven Snyder; Motion to Attach Real Property and Order; Motion to Reach and Apply and Order; Motion for Status Quo TRO/Injunction and Order in this action upon the within named Kingsdale Corp. d/b/a J&J; Chemical Corp., by giving in hand to Thomas J. Sullivan, Officer. Said service was effected at: Kingsdale Corp. d/b/a J&J; Chemical Corp., c/o Thomas J. Sullivan, Officer, 15 Open Trail Drive, Sandwich, MA .

I declare under the penalty of perjury under the laws of the United States of America that the foregoing information is true and correct. Executed on November 4, 2004.

_____
Stephen B. Minkofsky, Constable
& Disinterested Person over Age 18.


Service & Travel:$326.00


**Butler and Witten**
Boston, MA
(617) 325-6455