NOV. 3. 2004 12:20PM   CRAIG AND MACAULEY                          NO. 432   P. 8

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of MASSACHUSETTS

LASALLE BUSINESS CREDIT, LLC f/k/a
LASALLE BUSINESS CREDIT, INC.

V.

GARY C. GITTO, FRANK MILLER, CHARLES N. GITTO, JR.,
NANCY GITTO PANAGIOTES, JOHN D. TERSIGNI, KATHLEEN
M. CARLAND, WILLIAM DEAKIN, JANICE CHAISSON, HELEN
KOZAK, KINGSDALE CORP. d/b/a J&J CHEMICAL
DISTRIBUTORS, and TRADEX CORPORATION, - Defendants,
FLEET NATIONAL BANK, CLINTON SAVINGS BANK,
SOVEREIGN BANK, COMMERCE BANK & TRUST COMPANY,
FIDELITY CO-OPERATIVE BANK, BANKNORTH, N.A.,
FIDELITY INVESTMENTS, INC., LEOMINSTER CREDIT UNION,
and LEHMAN BROTHERS, INC., - Trustee Process Defendants,
FIDELITY INVESTMENTS, INC., DIRECT WOOD & PAPER
PRODUCTS, INC., GITTO SALES CORPORATION, J-TAN SALES
& MARKETING, INC., HEMISPHERE DISTRIBUTION
CORPORATION, AWG, LLC, and LEHMAN BROTHERS, INC., -
Reach-and-Apply Defendants

FILED
IN CLERKS OFFICE
2004 NOV 10 P 1:30
U.S. DISTRICT COURT
DISTRICT OF MASS.

SUMMONS IN A CIVIL ACTION

04   12227 DPW

TO: (Name and address of Defendant)

Direct Wood & Paper Products, Inc.
5 Commonwealth Avenue
Suite #2-A
Natick, MA 01760

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Christopher J. Panos, Esq.
Craig and Macauley Professional Corporation
Federal Reserve Plaza
600 Atlantic Avenue
Boston, MA 02210

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS
CLERK

/s/ signature

(By) DEPUTY CLERK

OCT 25 2004
DATE

74717
10/9/10

I hereby certify and return that today, November 6, 2004, I served a true and attested copy of the within Summons; Civil Action Cover Sheet; Motion for Admission Pro Hac Vice; Complaint with Exhibits; Affidavits of Matthew Stilwell and Steven Snyder; Motion to Reach and Apply and Order; Motion for Status Quo TRO/Injunction and Order in this action upon the within named Direct Wood and Paper Products Inc., by giving in hand to Gary C. Gitto, President.  Said service was effected at: Direct Wood and Paper Products Inc., c/o Gary Gitto, President, 51 Meyer Hill Drive, Acton, MA .

I declare under the penalty of perjury under the laws of the United States of America that the foregoing information is true and correct. Executed on November 6, 2004.

**David H. Sullivan,** Constable
& Disinterested Person over Age 18.

Service & Travel: $130.00

**Butler and Witten**
Boston, MA
(617) 325-6455