## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LASALLE BUSINESS CREDIT, LLC f/k/a LASALLE BUSINESS CREDIT, INC., <br><br> Plaintiff, <br><br> v. <br><br> GARY C. GITTO, FRANK MILLER, CHARLES N. GITTO, JR., NANCY GITTO PANAGIOTES, JOHN D. TERSIGNI, KATHLEEN M. CARLAND, WILLIAM DEAKIN, JANICE CHAISSON, HELEN KOZAK, KINGSDALE CORP. d/b/a J&J CHEMICAL DISTRIBUTORS, and TRADEX CORPORATION, <br><br> Defendants, <br><br> and <br><br> FLEET NATIONAL BANK, CLINTON SAVINGS BANK, SOVEREIGN BANK, COMMERCE BANK & TRUST COMPANY, FIDELITY COOPERATIVE BANK, BANKNORTH, N.A., FIDELITY INVESTMENTS, INC., LEOMINSTER CREDIT UNION, and LEHMAN BROTHERS, INC., <br><br> Trustee Process Defendants, <br><br> and <br><br> FIDELITY INVESTMENTS, INC., DIRECT WOOD & PAPER PRODUCTS, INC., GITTO SALES CORPORATION, J-TAN SALES & MARKETING, INC., HEMISPHERE DISTRIBUTION CORPORATION, LEHMAN BROTHERS, INC., and AWG, LLC, <br><br> Reach-and-Apply Defendants. | Case No. 04-12227-DPW <br><br>  |

## WRIT OF ATTACHMENT

To the Sheriffs of the several counties of the Commonwealth of Massachusetts and their Deputies:

We command you to attach the goods or estate of defendant GARY C. GITTO, to the value of $30,000,000, as prayed for by plaintiff LaSalle Business Credit, LLC of Chicago, Illinois, whose attorney is Christopher J. Panos, Craig and Macauley Professional Corporation, of 600 Atlantic Ave., Boston, Massachusetts., in an action brought by said plaintiff LaSalle Business Credit, LLC against said defendant GARY C. GITTO in the United States District Court for the District of Massachusetts, and make due return of this writ with your doings thereon.

The complaint in this case was filed on October 25, 2004. The attachment was approved on October 25, 2004, by Judge Douglas P. Woodlock, in the amount of $30,000,000.

Dated: *October 27, 2004*

_____
United States District Judge

## Proof of Attachment and Service

Barnstable ss.

October 29, 2004

By virtue of this writ, I this day at **12:40pm** attached all the right, title and interest that the within named defendant **Gary C. Gitto** now **has** in and to any and all real estate, situate within the County of Barnstable, not exempt by law from levy or attachment. And on **October 29, 2004** I deposited a true and attested copy of this writ, with my said attachment endorsed thereon at the Barnstable Registry of Deeds. And afterward on **November 5, 2004** I mailed via U.S. First Class Mail, a true and attested copy of this writ with my said attachment endorsed thereon to the said defendant at **51 Meyer Hill Drive Acton, MA 01720.**

| | |
|---|---|
| Service | 20.00 |
| Copies | 15.00 |
| Travel | 3.20 |
| Postage & Handling | 4.50 |
| Registry Fee | 75.50 |
| | 118.20 |

_____
Kerry Kennedy-Murphy
Deputy Sheriff