RECEIVED
Clerk's Office
U DC, Mass.
Date  11/15/04
By       M.P.
Deputy Clerk

*Commonwealth of Massachusetts*

Suffolk, ss.                                      Civil Action No. 04-12227 DPW

**LaSalle Business Credit, LLC**

Plaintiff(s)

                                                  *Answer of the Garnishee*
vs.                                               *Fleet National Bank*

**Gary C. Gitto, et al**

Defendant(s)

and

**Fleet National Bank**

Trustee

---

*And now the Fleet National Bank, a national banking association summoned as trustee of the defendent(s) in the above-entitled action, appears Sandra Allen, authorized official, who makes an answer that at the time of service the plaintiff's writ upon it, Fleet National Bank is holding $0.00 in the name of Frank Miller.*

*Signed under the pains and penalties of perjury.*

Fleet National Bank

By /s/ Sandra Allen      Date: 11/8/04
Sandra Allen
**Legal Order Processing**
*5701 Horatio Street*
*Utica, NY 13502*