RECEIVED
Clerk's Office
USDC, Mass.
Date _____11/15/04_____
By _____M.P_____
Deputy Clerk

*Commonwealth of Massachusetts*

Suffolk, ss.                                                                 Civil Action No. 04-12227 DPW

*LaSalle Business Credit, LLC*

*Plaintiff(s)*

vs.                                                                          *Answer of the Garnishee*
                                                                             *Fleet National Bank*

*Gary C. Gitto, et al*

*Defendant(s)*

and

*Fleet National Bank*

*Trustee*

---

*And now the Fleet National Bank, a national banking association summoned as trustee of the defendent(s) in the above-entitled action, appears Sandra Allen, authorized official, who makes an answer that at the time of service the plaintiff's writ upon it, Fleet National Bank is holding $0.00 in the name of Charles Gitto.*

*Signed under the pains and penalties of perjury.*

*Fleet National Bank*

By _____[signature]_____    Date: __11/8/04__
*Sandra Allen*
*Legal Order Processing*
*5701 Horatio Street*
*Utica, NY 13502*