RECEIVED
Clerk's Office
USDC, Mass.
Date  11/15/04
By      M.P.
Deputy Clerk

*Commonwealth of Massachusetts*

Suffolk, ss.                                        Civil Action No. 04-12227 DPW

LaSalle Business Credit, LLC

Plaintiff(s)

                                                    Answer of the Garnishee
                                                    Fleet National Bank
vs.

Gary C. Gitto, et al

Defendant(s)

and

Fleet National Bank

Trustee

---

*And now the Fleet National Bank, a national banking association summoned as trustee of the defendent(s) in the above-entitled action, appears Sandra Allen, authorized official, who makes an answer that at the time of service the plaintiff's writ upon it, Fleet National Bank is holding $0.00 in the name of Nancy Gitto Panagiotes.*

Signed under the pains and penalties of perjury.

Fleet National Bank

By _____    Date: 11/8/04
Sandra Allen
Legal Order Processing
5701 Horatio Street
Utica, NY 13502