RECEIVED
Clerk's Office
USDC, Mass.
Date  11/15/04
By  M.P.
Deputy Clerk

*Commonwealth of Massachusetts*

Suffolk, ss.                                                                                   Civil Action No. 04-12227 DPW

*LaSalle Business Credit, LLC*

*Plaintiff(s)*

vs.                                                                                            *Answer of the Garnishee*
                                                                                               *Fleet National Bank*

*Gary C. Gitto, et al*

*Defendant(s)*

*and*

*Fleet National Bank*

*Trustee*

---

*And now the Fleet National Bank, a national banking association summoned as trustee of the defendent(s) in the above-entitled action, appears Sandra Allen, authorized official, who makes an answer that at the time of service the plaintiff's writ upon it, Fleet National Bank is holding $0.00 in the name of Helen Kozak.*

*Signed under the pains and penalties of perjury.*

Fleet National Bank

By _____   Date: 11/8/04
Sandra Allen
Legal Order Processing
5701 Horatio Street
Utica, NY 13502