RECEIVED
Clerk's Office
Mass.
Date _____ 11/15/04
By _____ M.P.
Deputy Clerk

*Commonwealth of Massachusetts*

*Suffolk, ss.*                                                            *Civil Action No.04-12227 DPW*

*LaSalle Business Credit, LLC*

*Plaintiff(s)*

                                                                          *Answer of the Garnishee*
*vs.*                                                                     *Fleet National Bank*

*Gary C. Gitto, et al*

*Defendant(s)*

*and*

*Fleet National Bank*

*Trustee*

_____

*And now the Fleet National Bank, a national banking association summoned as trustee of the defendant(s) in the above-entitled action, appears Sandra Allen, authorized official, who makes an answer that at the time of service the plaintiff's writ upon it, Fleet National Bank is holding $1,036.15 in the name of Gary Gitto.*

*Signed under the pains and penalties of perjury.*

*Fleet National Bank*

By _____          Date: __11/8/04__
*Sandra Allen*
*Legal Order Processing*
*5701 Horatio Street*
*Utica, NY 13502*