UNITED STATES DISTRICT COURT DISTRICT OF MASSACHUSETTS

**TRUSTEE WRIT**

FILED
IN CLERKS OFFICE
Case No. 04-12227 DPW

2004 NOV -3 P 12: 31

U.S. DISTRICT COURT
DISTRICT OF MASS.

LaSalle Business Credit, LLC , **Plaintiff(s)**

V.

Gary C. Gitto, et al. , **Defendant(s)**

Commerce Bank & Trust Co. , **Trustee**

**SUMMONS TO TRUSTEE**

To the above-named Trustee:

  You are hereby summoned and required to file, within 20 days after service of this summons upon you, exclusive of the day of service, a disclosure under oath of what goods, effects or credits, if any, of the defendant Gary Gitto of Acton, MA, are in your hands or possession at the time of the service of this summons upon you which may be taken on execution issued upon such judgment, if any, as the plaintiff, LaSalle Business Credit, LLC, of New York, NY, whose attorney is Christopher J. Panos, Esq., of Craig and Macauley Professional Corporation, 600 Atlantic Ave., Boston, Massachusetts 02210 may recover in an action brought against the said defendant in this Court to the value of $30,000,000 against each defendant. Such goods, effects or credits are hereby attached. If you do not do so, judgment by default will be taken against you and you will be adjudged trustee as alleged.

  The complaint in this case was filed on October 25, 2004. This attachment was approved on October 25, 2004 by Judge Douglas P. Woodlock, in the amount of $30,000,000.

  If the credits of the said defendant which are in your hands or possession include wages for personal labor or personal services of said defendant, you are hereby notified that an amount not exceeding $125.00 per week of such wages are exempt from this attachment and you are directed to pay over such exempted amount to said defendant in the same manner and at the same time as each such amount would have been paid if this attachment had not been made.

  If the said credits include a pension payable to said defendant which is not otherwise exempt by law from attachment, you are hereby notified that an amount not exceeding $100.00 for each week which has elapsed since the last preceding payment under such pension was payable to said defendant, and $100.00 per week hereafter, are exempt from this attachment and you are directed to pay over such exempted amounts to said defendant in the same manner and at the same time as each such amount would have been paid if this attachment had not been made.

  If you are a trust company, savings bank, cooperative bank, credit union, national banking association, or any other banking institution doing business in the Commonwealth, and, if the credits of the said defendant in your hands include an account or accounts in the name of any natural person, you are hereby notified that pursuant to Massachusetts General Laws, c.246, Section 28A, $500.00 owned by the said defendant (if a natural person) are exempt from this attachment (a joint account to be treated for this purpose as if each depositor owned one-half of the amount thereof). No business, trust, or organization shall be entitled to this exemption, and no natural person shall be entitled to more than a $500.00 exemption at any one time.

Dated this 25th day of October 2004.

TONY ANASTAS
CLERK OF COURT

By: _____
Deputy Clerk

UNITED STATES DISTRICT COURT
District of Massachusetts

I hereby certify and return that today, October 27, 2004, at 11:20 AM, I served a true and attested copy of the within Summons to Trustee together with a copy of the USDC Summons; Complaint with Exhibits; Civil Action Cover Sheet; Motion for Admission Pro Hac Vice; Affidavits of Matthew Stilwell and Steven Snyder; Motion for Trustee Process and Order as to Gary C. Gitto; and Motion for Status Quo TRO / Injunction and Order in this action upon the within named **Commerce Bank and Trust Company**, by giving in hand to Ms. Chance Morrow Agent in Charge authorized to accept service. Said service was effected at: Commerce Bank and Trust Company, 386 Main Street, Worcester, MA 01608.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing information is true and correct. Executed on October 27, 2004.

_____
**David H. Sullivan,** Constable
& Disinterested Person over Age 18.


Service & Travel: $95.00


**Butler and Witten**
Boston, MA
(617) 325-6455