IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LASALLE BUSINESS CREDIT, LLC f/k/a LASALLE BUSINESS CREDIT, INC., <br><br> Plaintiff, <br><br> v. <br><br> GARY C. GITTO, FRANK MILLER, CHARLES N. GITTO, JR., NANCY GITTO-PANAGIOTES, JOHN D. TERSIGNI, KATHLEEN M. CARLAND, WILLIAM DEAKIN, JANICE CHAISSON, HELEN KOZAK, KINGSDALE CORP. d/b/a J&J CHEMICAL DISTRIBUTORS, and TRADEX CORPORATION, <br><br> Defendants, <br><br> and <br><br> FLEET NATIONAL BANK, CLINTON SAVINGS BANK, SOVEREIGN BANK, COMMERCE BANK & TRUST COMPANY, FIDELITY COOPERATIVE BANK, BANKNORTH, N.A., FIDELITY INVESTMENTS, INC., LEOMINSTER CREDIT UNION, and LEHMAN BROTHERS, INC., <br><br> Trustee Process Defendants, <br><br> and <br><br> FIDELITY INVESTMENTS, INC., DIRECT WOOD & PAPER PRODUCTS, INC., GITTO SALES CORPORATION, J-TAN SALES & MARKETING, INC., HEMISPHERE DISTRIBUTION CORPORATION, LEHMAN BROTHERS, INC., and AWG, LLC, <br><br> Reach-and-Apply Defendants. | Case No. 04-12227 DPW |

STIPULATION BETWEEN PLAINTIFF AND DEFENDANT
<u>NANCY GITTO-PANAGIOTES</u>

The plaintiff LaSalle Business Credit, LLC f/k/a LaSalle Business Credit, Inc. and the defendant Nancy Gitto-Panagiotes hereby stipulate and agree that the time by which Gitto-Panagiotes must answer or otherwise respond to the Complaint in this action be extended up to and including January 14, 2005.

| LASALLE BUSINESS CREDIT, LLC F/K/A LASALLE BUSINESS CREDIT, INC. | NANCY GITTO-PANAGIOTES |
|---|---|
| By its attorney, | By her attorney, |
| /s/ Christopher J. Panos | /s/ Ian Crawford |
| Christopher J. Panos (BBO#555273) Craig and Macauley Professional Corporation Federal Reserve Plaza 600 Atlantic Avenue Boston, MA 02210 (617) 367-9500 | Ian Crawford (BBO#544475) Todd & Weld LLP 28 State Street Boston, MA 02109 (617) 720-2626 |

DATED: November 17, 2004

2