IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| LASALLE BUSINESS CREDIT, LLC f/k/a ) <br> LASALLE BUSINESS CREDIT, INC.,       ) <br>                                                               ) <br>              Plaintiff,                             ) <br>        v.                                                 )  Case No. 04-12227-DPW <br> GARY C. GITTO, et al.                         ) <br>              Defendants,                       ) <br>        and                                              ) <br>                                                               ) <br> FLEET NATIONAL BANK, et al.       ) <br>        Trustee Process Defendants,  ) <br>                                                               ) <br>        and                                              ) <br>                                                               ) <br> FIDELITY INVESTMENTS, et al.      ) <br>        Reach-and-Apply Defendants ) | |

**STIPULATION BETWEEN PLAINTIFF AND
<u>DEFENDANT WILLIAM F. DEAKIN</u>**

The plaintiff LaSalle Business Credit, LLC, f/k/a LaSalle Business Credit, Inc. and the defendant William Deakin hereby stipulate and agree that the time by which Deakin must answer or otherwise respond to the Complaint in this action be extended up to and including December 2, 2004.

| | |
|---|---|
| **LASALLE BUSINESS CREDIT, LLC** | **WILLIAM DEAKIN** |
| | |
| By:  /s/ Christopher J. Panos (WTH) | By:  /s/ William T. Harrington |
| Christopher J. Panos (BBO# 555273) | William T. Harrington |
| Patrick W. Manzo (BBO# 651891) | Glynn, Landry, Harrington & Rice, LLP |
| Craig and Macauley Professional Corporation | 10 Forbes Road, Suite 270 |
| Federal Reserve Plaza | Boston, MA 02184 |
| 600 Atlantic Avenue | Phone: (781) 356-1749 |
| Boston, MA 02210 | Fax: (781) 356-3393 |
| Phone: (617) 367-9500 | |
| Fax:   (617) 742-1788 | |

Eric S. Rein
Bret A. Rappaport
Bethany N. Schols
Schwartz, Cooper, Greenberger & Krauss, Chtd.
180 N. LaSalle Street, Suite 2700
Chicago, IL 60601
Phone: (312) 346-1300
Fax: (312) 782-8416

Date: November 17, 2004