UNITED STATES DISTRICT COURT DISTRICT OF MASSACHUSETTS

04-12227 DPW

LASALLE BUSINESS CREDIT, LLC )
(Plaintiff) )
)
v. )
) TRUSTEE'S ANSWER
)
GARV C. GITTO, ET AL. )
(Defendant) )
)
)
BANKNORTH, N.A. dba )
BANKNORTH MASSACHUSETTS )
(Trustee Defendant) )

Now comes Banknorth, N.A., by and through its keeper of the books and records, and says: At the time of service of the Summons, the alleged Trustee had goods, effects, or credits of the named Defendant available for attachment in the amount of $2,828.30 standing in the name "KATHLEEN M. CARLAND" with respect to which the Bank wishes to submit to the court, pursuant to M.G. L. c. 246 14, the question whether the Bank is chargeable as trustee upon such facts.

Now comes Banknorth, N.A., by and through its keeper of the books and records, and also says: At the time of service of the Summons, the alleged Trustee had no goods, effects, or credits in the name of "JOHN TERSIGNI" in its possession.

SIGNED UNDER THE PENALTIES OF PERJURY THIS 4th DAY OF November 2004.

BANKNORTH, N.A.

BY: _____

Nicole C. Russell
Legal Process Team Leader
Legal Department
Banknorth, N.A.

STATE OF MAINE                           November 4, 2004
CUMBERLAND, SS.

Personally appeared the above-named Nicole C. Russell, who acknowledged that the foregoing Disclosure was true to the best of her knowledge and belief.

Before me,

_____
Deanna M. Seebaugh, Notary Public
DEANNA M. SEEBAUGH
Notary Public, Maine
My Commission Expires January 16, 2009