IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LASALLE BUSINESS CREDIT, LLC f/k/a LASALLE BUSINESS CREDIT, INC., <br><br> Plaintiff, <br><br> v. <br><br> GARY C. GITTO, FRANK MILLER, CHARLES N. GITTO, JR., NANCY GITTO-PANAGIOTES, JOHN D. TERSIGNI, KATHLEEN M. CARLAND, WILLIAM DEAKIN, JANICE CHAISSON, HELEN KOZAK, KINGSDALE CORP. d/b/a J&J CHEMICAL DISTRIBUTORS, and TRADEX CORPORATION, <br><br> Defendants, <br><br> and <br><br> FLEET NATIONAL BANK, CLINTON SAVINGS BANK, SOVEREIGN BANK, COMMERCE BANK & TRUST COMPANY, FIDELITY COOPERATIVE BANK, BANKNORTH, N.A., FIDELITY INVESTMENTS, INC., LEOMINSTER CREDIT UNION, and LEHMAN BROTHERS, INC., <br><br> Trustee Process Defendants, <br><br> and <br><br> FIDELITY INVESTMENTS, INC., DIRECT WOOD & PAPER PRODUCTS, INC., GITTO SALES CORPORATION, J-TAN SALES & MARKETING, INC., HEMISPHERE DISTRIBUTION CORPORATION, LEHMAN BROTHERS, INC., and AWG, LLC, <br><br> Reach-and-Apply Defendants. | Case No. 04-12227 DPW |

**ORDER ON PRELIMINARY INJUNCTIONS AND EX PARTE ATTACHMENTS
AS TO DEFENDANT NANCY GITTO-PANAGIOTES**

Upon the *Motion of Nancy Gitto-Panagiotes to Dissolve Attachments of Real Property and on Trustee Process* and the accompanying *Memorandum of Law of Nancy Gitto-Panagiotes in Opposition to Preliminary Injunctions Preserving the Status Quo and in the Form of Real-and-Apply Attachments and in Support of Motion to Dissolve Attachments of Real Property and on Trustee Process*, and upon consideration thereof, the Court hereby finds, upon the record currently before the Court, that Plaintiff has not met its burden to establish a reasonable likelihood of succeeding on the merits of its claim for civil conspiracy against Defendant Nancy Gitto-Panagiotes and, further, that Plaintiff has not established that it is likely to recover a judgment of $30,000,000 against her and also finds that Plaintiff has not established that it will suffer irreparable harm if the requested, preliminary injunctions do not issue nor has Plaintiff established that the balance of the harms favors granting such injunctive relief. This determination is without prejudice to reassertion of a request for interlocutory relief as to the defendant upon a fuller record.

Therefore, the Court hereby orders as follows:

1. That "the attachment on trustee in the amount of $30,000,000 subject to all applicable exemptions and limitations provided by law, of all goods, effects or credits of NANCY GITTO PANAGIOTES deposited with or in the control of Fleet National Bank, Sovereign Bank, or any of them" which this Court entered on October 25, 2004 be, and hereby is, DISSOLVED;

2. That "the attachment of any right, title or interest of defendant NANCY GITTO PANAGIOTES in or to any real property located in the Commonwealth of

Massachusetts in the amount of $30,000,000" which this Court entered on October 25, 2004 be, and hereby is, DISSOLVED;

3. That the *Ex Parte Motion for Equitable Attachments in the Form of Reach-And-Apply Injunctions* is DENIED in its entirety with respect to Defendant Nancy Gitto-Panagiotes only and the temporary restraining order which entered on October 25, 2004 pursuant to that Ex Parte Motion be, and hereby is, terminated;

4. That the *Emergency Motion for Temporary Restraining Order, and After Hearing, a Preliminary Injunction Preserving the Status Quo* is DENIED in its entirety with respect to Defendant Nancy Gitto-Panagiotes only and the temporary restraining order which entered on October 25, 2004 pursuant to that Emergency Motion be, and hereby is, terminated.

DATED: November 2, 2004

_____
Hon. Douglas P. Woodlock
United States District Judge

3