IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LASALLE BUSINESS CREDIT, LLC f/k/a )<br>LASALLE BUSINESS CREDIT, INC.,    )<br>                                                              )<br>               Plaintiff,                             )<br>     v.                                                  )<br>                                                              )<br>GARY C. GITTO, et al.,                     )<br>                                                              )<br>               Defendants,                       )<br>     and                                                )<br>                                                              )<br>FLEET NATIONAL BANK, et al.,          )<br>                                                              )<br>     Trustee Process Defendants,      )<br>                                                              )<br>     and                                                )<br>                                                              )<br>FIDELITY INVESTMENTS, INC.,            )<br>et al.,                                                  )<br>                                                              )<br>     <u>Reach-and-Apply Defendants.</u>    ) | Case No.  04-122227-DPW |

**STIPULATION AND ORDER REGARDING EXPEDITED
<u>DISCOVERY FOR HEARING ON CONTINUATION OF INJUNCTIVE RELIEF</u>**

On November 5, 2004, this Court entered or continued certain injunctive relief requested by Plaintiff LaSalle Business Credit, LLC ("LaSalle"). On that date, this Court ordered the parties to appear on December 10, 2004, for a further hearing, at which time the Court will hear additional evidence from LaSalle in support of the injunctive relief granted, as well as evidence in opposition to that relief from the affected parties. In order to allow the parties to conduct certain discovery in advance of the time provided under the Federal Rules of Civil procedure, the undersigned parties stipulate and the Court hereby ORDERS:

LaSalle and any party against whom injunctive relief has been entered may take discovery, including depositions, on an expedited basis, of any party or non-party. Such depositions or other discovery shall be without prejudice to further or additional depositions or discovery by such parties or non-parties to prepare for trial in the underlying action. The

following schedule is hereby established by agreement of the undersigned parties with respect to such discovery:

    a)  Any party wishing to serve interrogatories or a request for production of documents shall serve such request or interrogatories so as to be received on or before November 11, 2004. Responses thereto shall be served so as to be received, and documents shall be made available for inspection and copying, on or before November 19, 2004.

    b)  All depositions shall be concluded on or before December 8, 2004, and, where possible, scheduled on or before December 3, 2004.  Those parties who intend to decline to provide deposition testimony in reliance on the privilege against self-incrimination shall so inform counsel for LaSalle by correspondence delivered on or before November 12, 2004.

November 18, 2004                                           Respectfully submitted,

| **LASALLE BUSINESS CREDIT, LLC** | **GARY C. GITTO** |
|---|---|
| By:_____/s/ Christopher J. Panos_____ <br> Christopher J. Panos (BBO# 555273) <br> Patrick W. Manzo (BBO# 651891) <br> Craig and Macauley Professional Corporation <br> Federal Reserve Plaza <br> 600 Atlantic Avenue <br> Boston, MA  02210 <br> Phone: (617) 367-9500 <br> Fax:   (617) 742-1788 <br> <br> Eric S. Rein <br> Bret A. Rappaport <br> Bethany N. Schols <br> Schwartz, Cooper, Greenberger & Krauss, Chtd. <br> 180 N. LaSalle Street, Suite 2700 <br> Chicago, IL  60601 <br> Phone:  (312) 346-1300 <br> Fax:  (312) 782-8416 | By:_____/s/ Max D. Stern_____ <br> David L. Kelston, Esq. <br> Adkins Kelston & Zavez, PC <br> 90 Canal Street <br> Boston, MA  02114 <br> Phone:  617-367-1040 <br> Fax:  617-742-8280 <br> <br> Max D. Stern, Esq. <br> Stern, Shapiro, Weissberg & Garin, LLP <br> 90 Canal Street, 5th Floor <br> Boston,  MA  02114 <br> Phone:  617-742-5800 <br> Fax:  617-742-5858 |

| | |
|---|---|
| **JANICE CHAISSON** | **CHARLES N. GITTO, JR.** |
| By:   /s/ Edward W. McIntyre<br>Edward W. McIntyre, Esq.<br>162 Church Street<br>Clinton, MA 01510-2500<br>Phone: 978-368-1251<br>Fax: 978-368-8132 | By:   /s/ Juliane Balliro<br>Juliane Balliro, Esq.<br>Barbara S. Green Whitbeck<br>Perkins Smith & Cohen, LLP<br>1 Beacon Street<br>Boston, MA 02108<br>Phone: 617-854-4000<br>Fax: 617-854-4040 |
| **NANCY GITTO PANAGIOTES** | **WILLIAM DEAKIN** |
| By:   /s/ Ian Crawford<br>Ian Crawford, Esq.<br>Todd & Weld LLP<br>28 State Street<br>Boston, MA 02109<br>Phone: 617-720-2626<br>Fax: 617-227-5777 | By:   /s/ William T. Harrington<br>William T. Harrington<br>Glynn Landry Harrington & Rice, LLP<br>10 Forbes Road<br>Braintree, MA 02184<br>Phone: 781-356-1399<br>Fax: 781-356-3393 |
| | **HELEN KOZAK** |
| | By: /s/ David M. Losier<br>David M. Losier, Esq.<br>Burns & Levinson LLP<br>125 Summer Street<br>Boston, MA 02110-1624<br>Phone: 617-345-3694<br>Fax: 617-345-3299 |

**IT IS SO ORDERED.**

Dated: _____                    _____
                                                                          United States District Judge

## Certificate of Service

I, Christopher J. Panos, hereby certify that on November 18, 2004 a true copy of the above document was served upon each party or counsel for each party by either electronic means or Federal Express.

    /s/ Christopher J. Panos
Christopher J. Panos