IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LASALLE BUSINESS CREDIT, LLC f/k/a LASALLE BUSINESS CREDIT, INC.,<br><br>  Plaintiff,<br><br>v.<br><br>GARY C. GITTO, FRANK MILLER, CHARLES N. GITTO, JR., NANCY GITTO PANAGIOTES, JOHN D. TERSIGNI, KATHLEEN M. CARLAND, WILLIAM DEAKIN, JANICE CHAISSON, HELEN KOZAK, KINGSDALE CORP. d/b/a J&J CHEMICAL DISTRIBUTORS, and TRADEX CORPORATION,<br><br>  Defendants,<br><br>and<br><br>FLEET NATIONAL BANK, CLINTON SAVINGS BANK, SOVEREIGN BANK, COMMERCE BANK & TRUST COMPANY, FIDELITY COOPERATIVE BANK, BANKNORTH, N.A., FIDELITY INVESTMENTS, INC., LEOMINSTER CREDIT UNION, and LEHMAN BROTHERS, INC.,<br><br>  Trustee Process Defendants,<br><br>and<br><br>FIDELITY INVESTMENTS, INC., DIRECT WOOD & PAPER PRODUCTS, INC., GITTO SALES CORPORATION, J-TAN SALES & MARKETING, INC., HEMISPHERE DISTRIBUTION CORPORATION, LEHMAN BROTHERS, INC., and AWG, LLC,<br><br>  <u>Reach-and-Apply Defendants.</u> | Case No. 04-122227-DPW |

FILED
IN CLERKS OFFICE

2004 NOV -3  P 12: 31

DISTRICT COURT
DISTRICT OF MASS.

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing has been set for **Friday, November 5, 2004 at 11:00 a.m.** before the Honorable Douglas P. Woodlock, in United States District Court, 1

Courthouse Way, Boston, Massachusetts 02210. The hearing is set to consider the Plaintiff's Motion for Limited Expedited Discovery filed on November 1, 2004. The Court has established Thursday, November 4, 2004 at 4:00 p.m. as the date and time by which oppositions, if any, should be filed with the Court.

November 2, 2004

Respectfully submitted,

LASALLE BUSINESS CREDIT, LLC

By: _____
One of its attorneys

Christopher J. Panos (BBO# 555273)
Patrick W. Manzo (BBO# 651891)
Craig and Macauley Professional Corporation
Federal Reserve Plaza
600 Atlantic Avenue
Boston, MA  02210
Phone: (617) 367-9500
Fax:   (617) 742-1788

Eric S. Rein
Bret A. Rappaport
Bethany N. Schols
Schwartz, Cooper, Greenberger & Krauss, Chtd.
180 N. LaSalle Street, Suite 2700
Chicago, IL  60601
Phone: (312) 346-1300
Fax: (312) 782-8416

## CERTIFICATE OF SERVICE

I, Christopher J. Panos, an attorney, hereby certify that I caused true and correct copies of the foregoing Notice of Hearing to be served upon the parties listed below, by Facsimile unless otherwise indicated.

1. John D. Tersigni                             By Federal Express
   24 Field Road
   Leominster, MA  01453

2. Kathleen M. Carland                          By Federal Express
   4 South Street
   Auburn, MA 01501-2814

3. William Deakin                               By Federal Express
   206 Hawthaway Road
   Acushnet, MA  02743-1611

4. Kingsdale Corp. d/b/a                        By Federal Express
   J&J Chemical Distributors
   19 Snead Drive
   Mashpee, MA  02649-3218

5. Tradex Corporation                           By Federal Express
   c/o Michael P. Angeline
   16 Military Road
   Worcester, MA  01609-1627

6. Fleet National Bank
   100 Federal Street
   Boston, MA  02109

7. Clinton Savings Bank
   200 Church Street
   Clinton, MA  01510

8. Commerce Bank & Trust Company
   386 Main Street
   Worcester, MA  01608

9. Fidelity Investments, Inc.
   82 Devonshire Street
   Boston, MA  02109

10. David L Kelston, Esq.
    Adkins Kelston & Zavez, PC
    90 Canal Street
    Boston, MA  02114

11. Stephen M. Rodolakis, Esq.
    MacCarthy Pojani & Hurley, LLP
    Attorneys at Law
    446 Main Street
    Worcester, MA  01608

12. Ian Crawford, Esq.
    Todd & Weld LLP
    28 State Street
    Boston, MA  02109

13. Edward W. McIntyre, Esq.
    162 Church Street
    Clinton, MA  01510

14. Christopher P Litterio, Esq.
    Ruberto, Israel & Weiner, P.C.
    100 North Washington Street
    Boston, MA  02114-2128

15. Juliane Balliro, Esq.
    Perkins Smith & Cohen
    1 Beacon Street
    Boston, MA  02108

November 2, 2004

_____
Christopher J. Panos

4