UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No. 04-12227 (DPW)

| | |
|---|---|
| LASALLE BUSINESS CREDIT, LLC f/k/a LASALLE BUSINESS CREDIT, INC. | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| GARY C. GITTO, et al, | ) ) |
| Defendants | ) ) ) |

## GARY C. GITTO'S MOTION TO STAY

Defendant Gary C. Gitto ("Gitto") respectfully moves to stay this case as to the claims against him, excepting the present preliminary injunction matters (*i.e.*, Gitto acknowledges plaintiff's right to seek security), and he attaches a proposed order. In support of this motion, he states as follows.

1.  While the instant complaint is vague as to its accusations against him – Gitto is typically accused of "directing" the wrongful acts of others without further detail or explanation[1] – it is clear that plaintiff is alleging both civil wrongs and criminal acts, including bank fraud.

2.  Not surprisingly, and known to the parties in this case, a concurrent criminal investigation is underway, with a grand jury sitting in this court and currently

---

[1] *See, e.g.*, Complaint at paras. 61, 70, 73, 79, 81, 83, 87, 97, 114-117, etc.

subpoenaing witnesses and evidence. Gitto is, it appears likely, a target of the grand jury.

3. In light of this, and as Gitto has suggested earlier in court and later informed the parties, he must invoke his Fifth Amendment privilege in response to discovery requests aimed at exploring his involvement in the events at issue in the complaint.

4. If these civil proceedings continue against him, then, Gitto is put in the position where, because of his inability to defend himself without potentially waiving his privilege, the case, at least against him, becomes not contested litigation but a quick march toward default or essentially uncontested summary judgment.

5. The caselaw, however, and argues for a stay – at least so long as the grand jury is sitting – in this case. *Microfinancial, Inc. v. Premier Holidays International, Inc.*, 385 F.3d 72, 77-78 (1st Cir. 2004) delineates the factors this court should consider when deciding whether to stay this case because of parallel criminal proceedings.

> Notwithstanding that each instance is sui generis, the case law discloses five factors that typically bear on the decisional calculations: (i) the interests of the civil plaintiff in proceeding expeditiously with the civil litigation, including the avoidance of any prejudice to the plaintiff should a delay transpire; (ii) the hardship to the defendant, including the burden placed upon him should the cases go forward in tandem; (iii) the convenience of both the civil and criminal courts; (iv) the interests of third parties; and (v) the public interest.

*Id.* at 78.

6. Here the factors favor the stay requested. It will not prejudice plaintiff, who will have litigated fully its requests for preliminary relief and thus will have whatever

security it is entitled to; it will prevent extreme hardship to defendant, who otherwise must risk criminal exposure to avoid defaulting in this case, and who must try to protect himself simultaneously in two arenas with his assets already restrained; and the convenience of the courts, the interests of third parties, and the public interest all seem served by the brief stay now requested while the grand jury does its work to serve the public interest.

Accordingly, Gary C. Gitto requests that the proposed order be entered, and he further requests that he be allowed additionally to brief this matter after the court decides the motion for preliminary injunction.

Respectfully submitted,

Gary C. Gitto,

By his attorneys,

Max D. Stern, BBO #479560
Stern, Shapiro, Weissberg & Garin, LLP
90 Canal Street, 5th Floor
Boston, MA 02114
(617) 742-5800

David L. Kelston, BBO #267310
Adkins, Kelston & Zavez, P.C.
90 Canal Street, 5th Floor
Boston, MA 02114
(617) 367-1040

Dated: November 18, 2004

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No. 04-12227 (DPW)

| | |
|---|---|
| LASALLE BUSINESS CREDIT, LLC f/k/a<br>LASALLE BUSINESS CREDIT, INC.<br><br>Plaintiff,<br><br>v.<br><br>GARY C. GITTO, et al,<br><br>Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## **ORDER**

Upon review of the papers and arguments, it is ordered that these proceedings be stayed as to defendant Gary C. Gitto pending further order of the court; it is further ordered that the parties shall report to the court monthly their understanding of the status of the criminal proceedings.

_____            _____
Dated                                                                        United States District Court Judge