IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LASALLE BUSINESS CREDIT, LLC f/k/a ) <br> LASALLE BUSINESS CREDIT, INC., ) <br> ) <br> Plaintiff, ) <br> v. ) <br> GARY C. GITTO, FRANK MILLER, ) <br> CHARLES N. GITTO, JR., NANCY ) <br> GITTO PANAGIOTES, JOHN D. ) <br> TERSIGNI, KATHLEEN M. CARLAND, ) <br> WILLIAM DEAKIN, JANICE CHAISSON,) <br> HELEN KOZAK, KINGSDALE CORP. ) <br> d/b/a J&J CHEMICAL DISTRIBUTORS, ) <br> and TRADEX CORPORATION, ) <br> ) <br> Defendants, ) <br> and ) <br> ) <br> FLEET NATIONAL BANK, CLINTON ) <br> SAVINGS BANK, SOVEREIGN BANK, ) <br> COMMERCE BANK & TRUST ) <br> COMPANY, FIDELITY COOPERATIVE ) <br> BANK, BANKNORTH, N.A., ) <br> FIDELITY INVESTMENTS, INC., ) <br> LEOMINSTER CREDIT UNION, and ) <br> LEHMAN BROTHERS, INC., ) <br> ) <br> Trustee Process Defendants, ) <br> ) <br> and ) <br> ) <br> FIDELITY INVESTMENTS, INC., ) <br> DIRECT WOOD & PAPER PRODUCTS, ) <br> INC.,GITTO SALES CORPORATION, ) <br> J-TAN SALES & MARKETING, INC., ) <br> HEMISPHERE DISTRIBUTION ) <br> CORPORATION, LEHMAN BROTHERS, ) <br> INC., and AWG, LLC, ) <br> ) <br> Reach-and-Apply Defendants.         ) | Case No. 04-12227-DPW |

**<u>PRELIMINARY INJUNCTION PRESERVING THE STATUS QUO</u>**

TO GARY C. GITTO, FRANK MILLER, CHARLES N. GITTO, JR., JOHN D. TERSIGNI,

KATHLEEN M. CARLAND, WILLIAM DEAKIN, JANICE CHAISSON, KINGSDALE CORP. d/b/a J&J CHEMICAL DISTRIBUTORS, and TRADEX CORPORATION:

Upon motion by plaintiff LaSalle Business Credit, LLC f/k/a LaSalle Business Credit, Inc. ("LaSalle") and after hearings held on November 2, and November 5, 2004, and after consideration of the Complaint and the affidavits of Matthew Stilwell and Steven Snyder, with good cause appearing to permit an orderly adversary hearing on an expedited discovery basis:

IT IS ORDERED that GARY C. GITTO, FRANK MILLER, CHARLES N. GITTO, JR., JOHN D. TERSIGNI, KATHLEEN M. CARLAND, WILLIAM DEAKIN, JANICE CHAISSON, KINGSDALE CORP. d/b/a J&J CHEMICAL DISTRIBUTORS, and TRADEX CORPORATION and each of their officers, agents, servants, employees, attorneys, beneficiaries and all persons in active concert or participation with them who receive actual notice of this Order, by personal service or otherwise, are restrained from assigning, alienating, selling, transferring, pledging, encumbering, concealing, hypothecating or disposing of any of their assets pending further order of this Court.

IT IS FURTHER ORDERED that the parties shall appear on December 10, 2004 at 9:00 a.m. at which time LaSalle shall present further evidence supporting the continuance of this preliminary injunction. LaSalle shall have the same burden under the Rules of Civil Procedure at that hearing as required with respect to the initial motion

IT IS FURTHER ORDERED that this Order shall be without prejudice to motions for modification hereof.

Dated: _November 5, 2004_

_____
United States District Judge