IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LASALLE BUSINESS CREDIT, LLC f/k/a LASALLE BUSINESS CREDIT, INC.,<br><br>Plaintiff,<br><br>v.<br><br>GARY C. GITTO, FRANK MILLER, CHARLES N. GITTO, JR., NANCY GITTO PANAGIOTES, JOHN D. TERSIGNI, KATHLEEN M. CARLAND, WILLIAM DEAKIN, JANICE CHAISSON, HELEN KOZAK, KINGSDALE CORP. d/b/a J & J CHEMICAL DISTRIBUTORS, and TRADEX CORPORATION,<br><br>Defendants,<br><br>FLEET NATIONAL BANK, CLINTON SAVINGS BANK, SOVEREIGN BANK, COMMERCE BANK & TRUST COMPANY, FIDELITY COOPERATIVE BANK, BANKNORTH, N.A., FIDELITY INVESTMENTS, INC., LEOMINSTER CREDIT UNION, LEHMAN BROTHERS, INC., DIRECT WOOD & PAPER PRODUCTS, INC. GITTO SALES CORPRATION, J-TAN SALES & MARKETING, INC., HEMISPHERE DISTRICUTION CORPORATION, and AWG, LLC,<br><br>Reach and Apply and Trustee Defendants. | CIVIL ACTION<br>NO. 04 CV 12227 DPW |

## ANSWER OF TRUSTEE AND REACH AND APPLY DEFENDANT FIDELITY BROKERAGE SERVICES LLC

Defendant, FIDELITY BROKERAGE SERVICES LLC ("Fidelity"), misnamed herein as Fidelity Investments, Inc., hereby answers the Complaint of Plaintiff, LASALLE BUSINESS CREDIT, LLC:

1. – 21. Fidelity lacks sufficient information and belief to answer the allegations of these paragraphs and, basing its denial on that ground, denies each and every allegation contained therein.

LITDOCS:291434.1

22. Fidelity admits that Fidelity Brokerage Services LLC has places of business throughout the Commonwealth of Massachusetts and maintains an office at 82 Devonshire Street, Boston, Massachusetts. Fidelity further admits that it maintains a securities brokerage account registered to Frank Miller as Trustee of the Frank Miller Money Purchase Plan (the "Account") which has been restricted pursuant to Plaintiff's Summons to Trustee dated October 25, 2004 and will remain restricted until further order of the Court. The value of the Account may fluctuate with the market as it contains securities. As of September 30, 2004, the Account was valued at $947.14.

23. Fidelity lacks sufficient information and belief to answer the allegations of this paragraph and, basing its denial on that ground, denies each and every allegation contained therein.

24. Fidelity admits that Fidelity Brokerage Services LLC has places of business throughout the Commonwealth of Massachusetts and maintains an office at 82 Devonshire Street, Boston, Massachusetts. Fidelity further admits that it maintains a securities brokerage account registered Frank Miller as Trustee of the Frank Miller Money Purchase Plan which has been restricted pursuant to Plaintiff's Summons to Trustee dated October 25, 2004 and will remain restricted until further order of the Court.

25. – 243. Fidelity lacks sufficient information and belief to answer the allegations of these paragraphs and, basing its denial on that ground, denies each and every allegation contained therein.

244. No response to this allegation is necessary. To the extent a response is required, Fidelity denies the allegations contained therein.

245. Fidelity admits that it maintains a securities brokerage account registered to Frank Miller as Trustee of the Frank Miller Money Purchase Plan which has been restricted pursuant to Plaintiff's Summons to Trustee dated October 25, 2004 and will remain restricted until further order of the Court.

246. This paragraph contains prayers for relief and as such, no response is required. To the extent a response is required, Fidelity denies the allegations contained therein.

247. – 265. Fidelity lacks sufficient information and belief to answer the allegations of these paragraphs and, basing its denial on that ground, denies each and every allegation contained therein.

266. No response to this allegation is necessary. To the extent a response is required, Fidelity denies the allegations contained therein.

267. Fidelity admits that it maintains a securities brokerage account registered to Frank Miller as Trustee of the Frank Miller Money Purchase Plan which has been restricted pursuant to Plaintiff's Summons to Trustee dated October 25, 2004 and will remain restricted until further order of the Court.

268. This paragraph contains a legal conclusion and thus no response is necessary. To the extent a response is required, Fidelity denies the allegations contained therein.

269. This paragraph contains prayers for relief and as such, no response is required. To the extent a response is required, Fidelity denies the allegations contained therein.

270. – 277. Fidelity lacks sufficient information and belief to answer the allegations of these paragraphs and, basing its denial on that ground, denies each and every allegation contained therein.

FIDELITY BROKERAGE SERVICES LLC
By its attorney,

_____
Colleen A. Hankins  BBO# 640011
FMR Corp.
82 Devonshire St., Mailzone F6B
Boston, MA 02109
(617) 563-6415

Dated: November 17, 2004

## CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that a true and correct copy of the foregoing and attachments hereto, if any, has been served on the following by first-class mail, postage prepaid, this 17th day of November, 2004:

Christopher J. Panos
Craig and Maccauley
Federal Reserves Plaza
600 Atlantic Avenue
Boston, MA 02210

_____
Colleen A. Hankins

LITDOCS:291434.1                    -4-