IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE

2004 NOV 18  A 9: 55

U.S. DISTRICT COURT
DISTRICT OF MASS.

CASE NO. 04-12227-DPW

|  |  |
|---|---|
| LASALLE BUSINESS CREDIT, LLC f/k/a LASALLE BUSINESS CREDIT, INC., <br> Plaintiff, <br><br> v. <br><br> GARY C. GITTO, FRANK MILLER, CHARLES N. GITTO, JR., NANCY GITTO PANAGIOTES, JOHN D. TERSIGNI, KATHLEEN M. CARLAND, WILLIAM DEAKIN, JANICE CHAISSON, HELEN KOZAK, KINGSDALE CORP. d/b/a J&J CHEMICAL DISTRIBUTORS, and TRADEX CORPORATION, <br> Defendant, <br><br> and <br><br> CLINTON SAVINGS BANK, et al., <br> Trustee Process Defendants, <br><br> and <br><br> FIDELITY INVESTMENTS, INC., et al., <br> Reach-and-Apply Defendants. | **ANSWER OF TRUSTEE PROCESS DEFENDANT CLINTON SAVINGS BANK** <br><br> **DEMAND FOR TRIAL BY JURY** |

NOW COMES Clinton Savings Bank, Trustee in this matter, and

says that at the time of the service of the Trustee Summons, it

had no goods, effects or credits of Gary C. Gitto, Frank Miller

and/or Charles Gitto in its possession available for the

Plaintiff.

FURTHER ANSWERING, Trustee Process Defendant Clinton

Savings Bank sets forth the following defenses, to wit:

## FIRST DEFENSE

Plaintiff has not filed a bond as mandated by M.G.L. c. 246, §1.

## SECOND DEFENSE

The Complaint improperly names Clinton Savings Bank as a party, contrary to Rule 17, Fed. R. Civ. P., because Clinton Savings Bank is not a real party in interest.

## THIRD DEFENSE

Counts XIV, XV and XVI of the Complaint fail to state claims upon which relief can be granted because there is no cause of action known as Trustee Process.

WHEREFORE, the Trustee prays that it be discharged and for its costs.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS _____ DAY OF NOVEMBER, 2004.

CLINTON SAVINGS BANK

By: _____

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| LASALLE BUSINESS CREDIT, LLC f/k/a )<br>LASALLE BUSINESS CREDIT, INC., )<br>                Plaintiff, )<br>)<br>v. )<br>)<br>GARY C. GITTO, FRANK MILLER, )<br>CHARLES N. GITTO, JR., NANCY GITTO )<br>PANAGIOTES, JOHN D. TERSIGNI, )<br>KATHLEEN M. CARLAND, WILLIAM )<br>DEAKIN, JANICE CHAISSON, )<br>HELEN KOZAK, KINGSDALE CORP. d/b/a )<br>J&J CHEMICAL DISTRIBUTORS, and )<br>TRADEX CORPORATION, )<br>                Defendant, )<br>)<br>and )<br>)<br>CLINTON SAVINGS BANK, et al., )<br>    Trustee Process Defendants, )<br>)<br>and )<br>)<br>FIDELITY INVESTMENTS, INC., et al., )<br>    Reach-and-Apply Defendants. ) | CASE NO. 04-12227 DPW |

## CERTIFICATE OF SERVICE

I, Paul J. O'Riordan, hereby certify that on the 17th day of November, 2004, I caused the Answer of Clinton Savings Bank to Trustee Summons to be served by mailing same first-class mail, postage prepaid to Christopher J. Panos, Esq., CRAIG & MACCAULEY, P.C., 600 Atlantic Avenue, Boston, MA 02210.

CLINTON SAVINGS BANK
by its attorneys:

J. Robert Seder (BBO# 450260)
Paul J. O'Riordan (BBO# 552786)
SEDER & CHANDLER
339 Main Street
Worcester, MA 01608
(508) 757-7721