UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LASALLE BUSINESS CREDIT, LLC f/k/a LASALLE BUSINESS CREDIT, INC., <br><br> Plaintiff, <br><br> v. <br><br> GARY C. GITTO, FRANK MILLER, CHARLES N. GITTO, JR., NANCY GITTO PANAGIOTES, JOHN D. TERSIGNI, KATHLEEN M. CARLAND, WILLIAM DEAKIN, JANICE CHAISSON, HELEN KOZAK, KINGSDALE CORP. d/b/a J&J CHEMICAL DISTRIBUTORS, and TRADEX CORPORATION, <br><br> Defendants, <br><br> and <br><br> FLEET NATIONAL BANK, CLINTON SAVINGS BANK, SOVEREIGN BANK, COMMERCE BANK & TRUST COMPANY, FIDELITY COOPERATIVE BANK, BANKNORTH, N.A.., FIDELITY INVESTMENTS, INC., LEOMINSTER CREDIT UNION, and LEHMAN BROTHERS, INC., <br><br> Trustee Process Defendants, <br><br> and <br><br> FIDELITY INVESTMENTS, INC., DIRECT WOOD & PAPER PRODUCTS, INC., GITTO SALES CORPORATION, J-TAN SALES & MARKETING, INC., HEMISPHERE DISTRIBUTION CORPORATION, LEHMAN BROTHERS, INC., and AWG, LLC, <br><br> <u>Reach-and-Apply Defendants.</u> | Case No. 04-12227-DPW |

**ANSWER OF DEFENDANT KATHLEEN M. CARLAND**

Defendant Kathleen M. Carland ("Carland") responds to the numbered paragraphs of the Complaint of the plaintiff LaSalle Business Credit, LLC f/k/a LaSalle Business Credit, Inc. ("LaSalle") as follows:

## JURISDICTION

1. This paragraph consists of a statement of law to which no response is required. To the extent that this paragraph purports to allege facts, Carland is without knowledge and information sufficient to form a belief as to the truth of the allegations in the paragraph.

## VENUE

2. This paragraph consists of a statement of law to which no response is required. To the extent that this paragraph purports to allege facts, Carland is without knowledge and information sufficient to form a belief as to the truth of the allegations in the paragraph.

## PARTIES

3 - 8. Carland is without knowledge and information sufficient to form a belief as to the truth of the allegations in these paragraphs.

9. Admitted that Kathleen Carland is an individual, denied as to the remainder of the paragraph.

10 - 27. Carland is without knowledge and information sufficient to form a belief as to the

2

truth of the allegations in these paragraphs.

28. As to the first sentence, Carland is without knowledge and information sufficient to form a belief as to the truth of the allegations. Denied as to the remainder of the paragraph.

29. Carland is without knowledge and information sufficient to form a belief as to the truth of the allegations in this paragraph.

30. Carland is without knowledge and information sufficient to form a belief as to the truth of the allegations in this paragraph.

## FACTUAL ALLEGATIONS

31 - 56. Carland is without knowledge and information sufficient to form a belief as to the truth of the allegations in these paragraphs.

57. Denied as to the allegations concerning Carland. As to the remainder of the paragraph, Carland is without knowledge and information sufficient to form a belief as to the truth of the allegations in the paragraph.

58 - 83. Carland is without knowledge and information sufficient to form a belief as to the truth of the allegations in these paragraphs.

84. Denied that Kathleen Carland confirmed the balance due to Gitto Global. As to

the remainder of the paragraph, Carland is without knowledge and information sufficient to form a belief as to the truth of the allegations.

85. Denied as to the allegations concerning Carland. As to the remainder of the paragraph, Carland is without knowledge and information sufficient to form a belief as to the truth of the allegations in the paragraph.

86 - 90. Carland is without knowledge and information sufficient to form a belief as to the truth of the allegations in these paragraphs.

## COUNT I
## CIVIL RICO

91. Carland repeats and realleges her responses to paragraphs 1 though 90 above.

92. This paragraph consists of legal conclusions to which no response is required. To the extent that this paragraph purports to allege facts, such allegations against Carland are denied. As to the remaining parties, Carland is without knowledge and information sufficient to form a belief as to the truth of the allegations in the paragraph.

93. This paragraph consists of legal conclusions to which no response is required. To the extent that this paragraph purports to allege facts, such allegations against Carland are denied. As to the remaining parties, Carland is without knowledge and information sufficient to form a belief as to the truth of the allegations in the paragraph.

4

94. This paragraph consists of legal conclusions to which no response is required. To the extent that this paragraph purports to allege facts, such allegations against Carland are denied. As to the remaining parties, Carland is without knowledge and information sufficient to form a belief as to the truth of the allegations in the paragraph.

95. Carland is without knowledge and information sufficient to form a belief as to the truth of the allegations in this paragraph.

96 - 111. Carland is without knowledge and information sufficient to form a belief as to the truth of the allegations in these paragraphs.

112. Denied as to the allegations concerning Carland. As to the remainder of the paragraph, Carland is without knowledge and information sufficient to form a belief as to the truth of the allegations in the paragraph.

113 - 115. Carland is without knowledge and information sufficient to form a belief as to the truth of the allegations in these paragraphs.

116. Denied.

117. Carland is without knowledge and information sufficient to form a belief as to the truth of the allegations in this paragraph.

118. Carland is without knowledge and information sufficient to form a belief as to the truth of the allegations in this paragraph.

119. Denied as to the allegations concerning Carland. As to the remainder of the paragraph, Carland is without knowledge and information sufficient to form a belief as to the truth of the allegations in the paragraph.

120. This paragraph consists of legal conclusions to which no response is required. To the extent that this paragraph purports to allege facts, such allegations against Carland are denied. As to the remaining parties, Carland is without knowledge and information sufficient to form a belief as to the truth of the allegations in the paragraph.

121. This paragraph consists of legal conclusions to which no response is required. To the extent that this paragraph purports to allege facts, such allegations against Carland are denied. As to the remaining parties, Carland is without knowledge and information sufficient to form a belief as to the truth of the allegations in the paragraph.

122. This paragraph consists of legal conclusions to which no response is required. To the extent that this paragraph purports to allege facts, such allegations against Carland are denied. As to the remaining parties, Carland is without knowledge and information sufficient to form a belief as to the truth of the allegations in the paragraph.

123. This paragraph consists of legal conclusions to which no response is required. To the extent that this paragraph purports to allege facts, such allegations against Carland are denied. As to the remaining parties, Carland is without knowledge and information sufficient to form a belief as to the truth of the allegations in the paragraph.

124. This paragraph consists of legal conclusions to which no response is required. To the extent that this paragraph purports to allege facts, such allegations against Carland are denied. As to the remaining parties, Carland is without knowledge and information sufficient to form a belief as to the truth of the allegations in the paragraph.

To the extent that a response is required to the paragraph below paragraph 124, the allegations against Carland are denied. As to the remaining parties, Carland is without knowledge and information sufficient to form a belief as to the truth of the allegations in the paragraph.

## COUNT II
## BANK FRAUD

125. Carland repeats and realleges her responses to paragraphs 1 though 90 above.

126. Carland is without knowledge and information sufficient to form a belief as to the truth of the allegations in the paragraph.

127. Denied as to the allegations concerning Carland. As to the remainder of the paragraph, Carland is without knowledge and information sufficient to form a belief as to the

truth of the allegations in the paragraph.

128 - 130. Carland is without knowledge and information sufficient to form a belief as to the truth of the allegations in these paragraphs.

131. Denied.

132 - 135. Carland is without knowledge and information sufficient to form a belief as to the truth of the allegations in these paragraphs.

136. Denied as to the allegations concerning Carland. As to the remainder of the paragraph, Carland is without knowledge and information sufficient to form a belief as to the truth of the allegations in the paragraph.

137. Carland is without knowledge and information sufficient to form a belief as to the truth of the allegations in this paragraph.

138. Carland is without knowledge and information sufficient to form a belief as to the truth of the allegations in this paragraph.

To the extent that a response is required to the paragraph below paragraph 138, the allegations against Carland are denied. As to the remaining parties, Carland is without knowledge and information sufficient to form a belief as to the truth of the allegations in the paragraph.

## COUNT III
## USE OF DECEPTIVE TRADE PRACTICES
## IN VIOLATION OF ALM GL CH. 93 A, §§ 2, 11

139.    Carland repeats and realleges her responses to paragraphs 1 though 90 above.

140.    This paragraph consists of legal conclusions to which no response is required. To the extent that this paragraph purports to allege facts, such allegations against Carland are denied. As to the remaining parties, Carland is without knowledge and information sufficient to form a belief as to the truth of the allegations in the paragraph.

141.    Carland is without knowledge and information sufficient to form a belief as to the truth of the allegations in these paragraphs.

142.    This paragraph consists of legal conclusions to which no response is required. To the extent that this paragraph purports to allege facts, such allegations against Carland are denied. As to the remaining parties, Carland is without knowledge and information sufficient to form a belief as to the truth of the allegations in the paragraph.

143.    Denied as to the allegations concerning Carland. As to the remainder of the paragraph, Carland is without knowledge and information sufficient to form a belief as to the truth of the allegations in the paragraph.

144.    This paragraph consists of legal conclusions to which no response is required. To the extent that this paragraph purports to allege facts, such allegations against Carland are denied. As to the remaining parties, Carland is without knowledge and information sufficient to form a belief as to the truth of the allegations in the paragraph.

145.    Carland is without knowledge and information sufficient to form a belief as to the truth of the allegations in this paragraph.

146.    Carland is without knowledge and information sufficient to form a belief as to the truth of the allegations in this paragraph.

147.    Carland is without knowledge and information sufficient to form a belief as to the truth of the allegations in this paragraph.

148.    Denied.

149 - 152.    Carland is without knowledge and information sufficient to form a belief as to the truth of the allegations in these paragraphs.

153.    Denied as to the allegations concerning Carland. As to the remainder of the paragraph, Carland is without knowledge and information sufficient to form a belief as to the truth of the allegations in the paragraph.

154. Denied as to the allegations concerning Carland. As to the remainder of the paragraph, Carland is without knowledge and information sufficient to form a belief as to the truth of the allegations in the paragraph.

155. Carland is without knowledge and information sufficient to form a belief as to the truth of the allegations in this paragraph.

156. Carland is without knowledge and information sufficient to form a belief as to the truth of the allegations in this paragraph.

To the extent that a response is required to the paragraph below paragraph 156, the allegations against Carland are denied. As to the remaining parties, Carland is without knowledge and information sufficient to form a belief as to the truth of the allegations in the paragraph.

## COUNT IV
## COMMON LAW CONSPIRACY TO DEFRAUD

157. Carland repeats and realleges her responses to paragraphs 1 though 90 above.

158. Denied as to the allegations concerning Carland. As to the remainder of the paragraph, Carland is without knowledge and information sufficient to form a belief as to the truth of the allegations in the paragraph.

159 - 161. Carland is without knowledge and information sufficient to form a belief as to

the truth of the allegations in these paragraphs.

162. Denied as to the allegations concerning Carland. As to the remainder of the paragraph, Carland is without knowledge and information sufficient to form a belief as to the truth of the allegations in the paragraph.

163 - 166. Carland is without knowledge and information sufficient to form a belief as to the truth of the allegations in these paragraphs.

167. Denied.

168 - 174. Carland is without knowledge and information sufficient to form a belief as to the truth of the allegations in these paragraphs.

To the extent that a response is required to the paragraph below paragraph 174, the allegations against Carland are denied. As to the remaining parties, Carland is without knowledge and information sufficient to form a belief as to the truth of the allegations in the paragraph.

## COUNT V
## CIVIL CONSPIRACY

175. Carland repeats and realleges her responses to paragraphs 1 though 90 above.

176. Denied as to the allegations concerning Carland. As to the remainder of the

paragraph, Carland is without knowledge and information sufficient to form a belief as to the truth of the allegations in the paragraph.

177.   Carland is without knowledge and information sufficient to form a belief as to the truth of the allegations in this paragraph.

178.   Carland is without knowledge and information sufficient to form a belief as to the truth of the allegations in this paragraph.

179.   Carland is without knowledge and information sufficient to form a belief as to the truth of the allegations in this paragraph.

180.   Denied as to the allegations concerning Carland. As to the remainder of the paragraph, Carland is without knowledge and information sufficient to form a belief as to the truth of the allegations in the paragraph.

181.   Carland is without knowledge and information sufficient to form a belief as to the truth of the allegations in this paragraph.

182.   Carland is without knowledge and information sufficient to form a belief as to the truth of the allegations in this paragraph.

183.   Carland is without knowledge and information sufficient to form a belief as to the

truth of the allegations in this paragraph.

184.   Carland is without knowledge and information sufficient to form a belief as to the truth of the allegations in this paragraph.

To the extent that a response is required to the paragraph below paragraph 184, the allegations against Carland are denied. As to the remaining parties, Carland is without knowledge and information sufficient to form a belief as to the truth of the allegations in the paragraph.

## COUNT VI though COUNT XVI

185 - 225.   Carland is without knowledge and information sufficient to form a belief as to the truth of the allegations in these paragraphs.

## COUNT XVII
## TRUSTEE PROCESS

226.   Carland repeats and realleges her responses to paragraphs 1 though 90 above.

227.   Admitted.

228.   This paragraph consists of a legal conclusion to which no response is required. To the extent that this paragraph purports to allege facts, such allegations are denied.

## COUNT XVIII though COUNT XXVII

229 - 261.  Carland is without knowledge and information sufficient to form a belief as to the truth of the allegations in these paragraphs.

## COUNT XXVIII
## REACH AND APPLY

262. Carland repeats and realleges her responses to paragraphs 1 though 90 above.

263. Denied.

264. This paragraph consists of legal argument to which no response is required. To the extent that this paragraph purports to allege facts, such allegations are denied.

265. This paragraph consists of legal argument to which no response is required. To the extent that this paragraph purports to allege facts, Carland is without knowledge and information sufficient to form a belief as to the truth of the allegations in the paragraph.

## COUNT XXIX though COUNT XXXI

266 - 277.  Carland is without knowledge and information sufficient to form a belief as to the truth of the allegations in these paragraphs.

## **AFFIRMATIVE DEFENSES**

## **FIRST AFFIRMATIVE DEFENSE**

The Complaint fails to state a claim upon which relief can be granted.

## SECOND AFFIRMATIVE DEFENSE

This action is barred because the Complaint fails to join persons and entities needed for just adjudication

## THIRD AFFIRMATIVE DEFENSE

This action is barred because the claims are not alleged with the requisite specificity.

## FOURTH AFFIRMATIVE DEFENSE

This action is barred by the statute of frauds.

## FIFTH AFFIRMATIVE DEFENSE

The signatures purporting to be Carland's on all instruments set forth in the Complaint or otherwise relied upon in support of the allegations contained therein are not genuine.

## SIXTH AFFIRMATIVE DEFENSE

Carland did not knowingly or otherwise participate in any of the fraudulent schemes or artifices alleged in the Complaint.

## SEVENTH AFFIRMATIVE DEFENSE

Carland did not knowingly or otherwise make any false representations regarding Gitto Global's finances to LaSalle.

## EIGHTH AFFIRMATIVE DEFENSE

Carland did not engage in trade or commerce with Gary Gitto, Frank Miller, John Tersigni, Janice Chaisson, Helen Kozak, William Deakin and J&J Chemical.

## NINTH AFFIRMATIVE DEFENSE

Carland did not engage in unfair or deceptive acts or practices declared unlawful under Section 2 of the Deceptive Trade Practices Act.

## TENTH AFFIRMATIVE DEFENSE

Carland did not knowingly or otherwise use deceptive acts or practices for the purpose of inducing LaSalle to enter into a Loan and Security Agreement with Gitto Global or to advance funds under the revolving loans described in the Complaint.

## ELEVENTH AFFIRMATIVE DEFENSE

Carland did not knowingly or otherwise conspire with Gary Gitto, Frank Miller, John Tersigni, Janice Chaisson, Helen Kozak, William Deakin and J&J Chemical to defraud LaSalle as alleged in the complaint.

## TWELFTH AFFIRMATIVE DEFENSE

Carland did not have a common design with Gary Gitto, Frank Miller, John Tersigni, Janice Chaisson, Helen Kozak, Nancy Gitto Panagiotes, William Deakin, J&J Chemical, and Tradex to defraud LaSalle.

### THIRTEENTH AFFIRMATIVE DEFENSE

Carland did not create a fictitious customer, Hemisphere Distribution Corporation ("Hemisphere"), represent it was a customer of Gitto Global, or create any of the false documents referenced in the Complaint.

### FOURTEENTH AFFIRMATIVE DEFENSE

Carland has no interest in Hemisphere and has not received any money, property, or payments from Hemisphere, Gitto Global, or any of the persons or entities named in the Complaint.

### FIFTEENTH AFFIRMATIVE DEFENSE

Carland reserves the right to add such additional defenses as become apparent during the course of discovery.

### DEMAND FOR JURY TRIAL

Carland demands a jury trial on all issues so triable.

KATHLEEN M. CARLAND,
By her attorneys,


_____
Bruce A. Singal, BBO #464420
Michelle R. Peirce, BBO #557316
Donoghue, Barrett & Singal, P.C.
One Beacon Street, Suite 1320
Boston, MA 02108
(617) 720-5090

Dated:   November 23, 2004

## CERTIFICATE OF SERVICE

I, Michelle R. Peirce, hereby certify that I have caused copies of Answer of Defendant Kathleen M. Carland to be served upon counsel of record, by first class mail, postage prepaid, this 23rd day of November, 2004.

_____
Michelle R. Peirce