IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LASALLE BUSINESS CREDIT, LLC f/k/a<br>LASALLE BUSINESS CREDIT, INC.,<br><br>    Plaintiff,<br><br> v.<br><br>GARY C. GITTO, FRANK MILLER,<br>CHARLES N. GITTO, JR., NANCY<br>GITTO PANAGIOTES, JOHN D.<br>TERSIGNI, KATHLEEN M. CARLAND,<br>WILLIAM DEAKIN, JANICE CHAISSON,<br>HELEN KOZAK, KINGSDALE CORP.<br>d/b/a J&J CHEMICAL DISTRIBUTORS,<br>and TRADEX CORPORATION,<br><br>    Defendants,<br> and<br><br>FLEET NATIONAL BANK, CLINTON<br>SAVINGS BANK, SOVEREIGN BANK,<br>COMMERCE BANK & TRUST<br>COMPANY, FIDELITY COOPERATIVE<br>BANK, BANKNORTH, N.A.,<br>FIDELITY INVESTMENTS, INC.,<br>LEOMINSTER CREDIT UNION, and<br>LEHMAN BROTHERS, INC.,<br><br>   Trustee Process Defendants,<br><br> and<br><br>FIDELITY INVESTMENTS, INC.,<br>DIRECT WOOD & PAPER PRODUCTS,<br>INC., GITTO SALES CORPORATION,<br>J-TAN SALES & MARKETING, INC.,<br>HEMISPHERE DISTRIBUTION<br>CORPORATION, LEHMAN BROTHERS,<br>INC., and AWG, LLC,<br><br>   Reach-and-Apply Defendants. | Case No. 04-122227-DPW |

**NOTICE OF APPEARANCE**

Please enter the appearance of the undersigned counsel for the defendant, Janice Chaisson, in the above-captioned action.

JANICE CHAISSON,
BY HER ATTORNEY,

*/s/ Edward W. McIntyre*

EDWARD W. MCINTYRE, BBO 335770
162 CHURCH STREET
CLINTON, MA  01510
978 368 1251, EXT 12
978 368 8132, FAX
EdwardWMcIntyre@comcast.net

Certificate of Service

I, Edward W. McIntyre, hereby certify that I have caused a true copy of the foregoing document to be served upon counsel of record, by first class mail; postage prepaid, this 22nd day of November 2204.

*/s/ Edward W. McIntyre*
EDWARD W. MCINTYRE