IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LASALLE BUSINESS CREDIT, LLC f/k/a LASALLE BUSINESS CREDIT, INC., <br><br>Plaintiff, <br><br>v. <br><br>GARY C. GITTO, et al., <br><br>Defendants, <br>and <br><br>FLEET NATIONAL BANK, et al., <br><br>Trustee Process Defendants, <br><br>and <br><br>FIDELITY INVESTMENTS, INC., et al., <br><br>Reach-and-Apply Defendants. | Case No. 04-12227-DPW |

AFFIDAVIT OF ROGER DELISLE

Roger DeLisle, being duly sworn on oath states and affirms the following facts:

1. I was hired by Gary Gitto and Charles Gitto at Gitto Global Corporation ("Gitto Global") in October 1996 as an engineer and became Vice President of Engineering in or about the year 2002.

2. Charles Gitto had a prominent (leading) role in overseeing the operations at Gitto Global, while Gary Gitto ran sales and Frank Miller ran accounting. Charles Gitto would contact me since I began my employment about (i) manufacturing issues when the equipment was not operating properly, (ii) product issues when customers complained about the compounds, (iii) facilities issues when problems arose about Gitto Global's building and (iv) personal issues.

3. The personal issues I was asked to handle for Charles Gitto concerned maintenance of Charles Gitto's residence. I would make sure if something broke at the home that it was fixed. If a contractor needed to do work, I would hire and supervise that contractor. Until about a year ago, some of the invoices for the work at Charles Gitto's home would come to Gitto Global's office and would be paid by the company. In order to track my budget expenses, I would often assign the account number "62200" to any non-business related invoices given to me for approval. It is my understanding that the accounting department would then assign these payments to a separate account on the books. Approximately one year ago, Gary Gitto instructed me either orally or by memorandum that the company will no longer pay for this work and this practice stopped.

4. In addition to overseeing outside contractor's work at Charles Gitto's residence, I would on occasion coordinate the efforts of Gitto Global employees, Oren White and Kevin White, for repairs at the residence and Oren White for picking up the trash there every other week day. Oren White and/or Kevin White also did spring and fall projects (i.e. storage and placement of outdoor furniture and gas grill) at Frank Miller's residence..

5. Gitto Global also paid for work on Gary Gitto's residence, including work for plumbing and on the heating/air conditioner system.

6. Charles Gitto ran production meetings when he was in the office. Since I was employed, I attended these meetings that took place typically once a day. In these meetings, I learned that Charles Gitto knew Gitto Global's customers, the operation, when customers would have problems and how to handle those problems to maintain relationships.

7. On or about September 14, 2004, Helen Kozak called and asked me to get Oren White to remove boxes from Gary Gitto's office. I located Oren White, who said he already

knew to remove the boxes. I later went to Gary Gitto's office and saw approximately 20 banker file boxes that were packed up. I then saw Oren White arrive at the office with a 2 wheel truck to remove the boxes and I thought he was taking them to Charles Gitto's garage.

8. Upon leaving Gary Gitto's office and walking down the hall, I saw Maria Miller who asked me to move boxes from Frank Miller's office to the lobby. Upon walking into Frank's office, I observed approximately 8-9 boxes containing miscellaneous items including unknown documents. Frank Miller then came into the office and I asked Frank if this means goodbye. Frank said "no, it is just in case." I then carried these boxes to the first floor lobby.

**FURTHER AFFIANT SAYETH NOT.**

_____
Roger DeLisle

Subscribed and sworn to before me
this 19th day of November, 2004.

_____
Notary Public

My commission expires:

3

COMMONWEALTH OF MASSACHUSETTS

WORCESTER, ss                                                   November 19, 2004

On this 19th day of November, 2004, before me, the undersigned notary public, personally appeared Roger DeLisle, proved to me through satisfactory evidence of identification, which were Mass. Driver's License, to be the person whose name is signed on the preceding or attached document, and who swore or affirmed to me that the contents of the document are truthful and accurate to the best of his knowledge and belief.

CHRISTOPHER MALONEY
Notary Public
Commonwealth of Massachusetts
My Commission Expires
August 28, 2009

Notary Public
My commission expires _____