IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LASALLE BUSINESS CREDIT, LLC f/k/a LASALLE BUSINESS CREDIT, INC., <br><br> Plaintiff, <br> v. <br> GARY C. GITTO, et al., <br><br> Defendants, <br> and <br><br> FLEET NATIONAL BANK, et al., <br><br> Trustee Process Defendants, <br><br> and <br><br> FIDELITY INVESTMENTS, INC., et al., <br><br> Reach-and-Apply Defendants. | Case No. 04-12227-DPW |

AFFIDAVIT OF RITA BARTLETT

Rita Bartlett, being duly sworn on oath states and affirms the following facts:

1. I have been employed at Gitto Global Corporation ("Gitto Global") since October 1997 handling accounts payable. I was hired by Charles Gitto.

2. If sworn as a witness, I could competently testify to the facts stated herein.

3. In accounts payable, the new invoices for payment would come to me. I would place a stamp on the invoice for the proper person to sign off. I would get the receiving documents (purchase orders, shipment receipt, vendors' paper work) from Robyn Merchant. After matching up paperwork, the invoices were then given to proper department heads for them

to approve and sign-off (Roger Delisle, Dave Minardi, Dean Childs, etc.). I would then enter approved invoices into the system for payment.

4. The recurring monthly invoices for cell phones, car leases and rent I would pay automatically. All other invoices required approval for payment by Roger Delisle, Dave Minardi, or Dean Childs and sometimes Gary Gitto or Charles Gitto, Frank Miller or William Deakin. Once I got approval, I prepared the appropriate check when instructed.

5. Helen Kozak, who was the administrative assistant for Gary and Charles Gitto, would prepare check requests for payments to Gary Gitto or Charles Gitto and deliver them to me. Most of the time there was no supporting paperwork. I would prepare the checks only after showing check request to William Deakin, Frank Miller or both. Payments to Gary Gitto were sometimes paid to Equitech Technologies. Payments to Frank Miller, Gary Gitto and Charles Gitto sometimes included payments on their personal credit cards or payments for personal items on company credit cards and I was rarely given any supporting papers. Whenever there was a personal payment without clarification, I would classify it in the "Loan Account" on the company's ledger.

6. When there were invoices from large chemical suppliers such as Shintech, Shawnee, East Coast Trading, Great Lakes, Crompton, Sunitomo or Color Compounds & Consultants, Etc. none of these invoices were ever entered into the computer. I was told by William Deakin and Frank Miller to give them the invoice and they would determine what would go into my drawer, the "secret garden". They would also decide which of these invoices to pay and tell me when to do so. I would then prepare the appropriate check.

7. William Deakin, over the last year or so, would give me daily a computer-generated sheet for J & J Chemical Distributors, setting forth invoice numbers, vendor numbers,



2

the amount purchased and the amount per pound. I was to prepare a check to pay each invoice. Sometimes there could be ten separate checks. As I was told by William Deakin, I would give these checks to Deakin or Janice Chaisson. There were never any supporting documents, such as invoices and receiving records.

8. On September 16, 2004, I saw Helen Kozak packing boxes in William Deakin's office and saw Orin White move these boxes with a hand truck. I was unable to see whether boxes had been packed in Janice Chaisson's office because a door blocked my view.

**FURTHER AFFIANT SAYETH NOT.**

_____
Rita Bartlett

COMMONWEALTH OF MASSACHUSETTS

WORCESTER, ss                                November 22, 2004

On this 22th day of November, 2004, before me, the undersigned notary public, personally appeared Rita Bartlett, proved to me through satisfactory evidence of identification, which were ___MDL___, to be the person whose name is signed on the preceding document, and who swore or affirmed to me that the contents of the document are truthful and accurate to the best of her knowledge and belief.


CHRISTOPHER MALONEY
Notary Public
Commonwealth of Massachusetts
My Commission Expires
August 28, 2009

_____
Notary Public
My commission expires _____