IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRIT OF MASSACHUSETTS

| | |
|---|---|
| LASALLE BUSINESS CREDIT, LLC f/k/a ) <br> LASALLE BUSINESS CREDIT, INC., ) <br> ) <br> **Plaintiff,** ) <br> ) <br> v. ) <br> ) <br> GARY C. GITTO, FRANK MILLER, CHARLES N. ) <br> GITTO, JR., NANCY GITTO PANAGIOTES, ) <br> JOHN D. TERSIGNI, KATHLEEN M. CARLAND, ) <br> WILLIAM DEAKIN, JANICE CHAISSON, HELEN ) <br> KOZEK, KINGSDALE CORP. d/b/a J&J CHEMICAL ) <br> DISTRIBUTORS, and TRADEX CORPORATION, ) <br> ) <br> **Defendants,** ) <br> ) <br> and ) <br> ) <br> FLEET NATIONAL BANK, CLINTON SAVINGS ) <br> BANK, SOVEREIGN BANK, COMMERCE BANK ) <br> & TRUST COMPANY, FIDELITY COOPERATIVE ) <br> BANK, BANKNORTH, N.A., FIDELITY ) <br> INVESTMENTS, INC., LEOMINSTER CREDIT ) <br> UNION, and LEHMAN BROTHERS, INC., ) <br> ) <br> and ) <br> ) <br> FIDELITY INVESTMENTS, INC., DIRECT WOOD ) <br> & PAPER RODCUTS, INC., GITTO SALES ) <br> CORPORATION, J-TAN SALES & MARKETING, ) <br> INC., HEMISPHERE DISTRIBUTION ) <br> CORPORATION, LEHMAN BROTHERS, INC., and ) <br> AWG, LLC, ) <br> ) <br> **Reach-and-Apply-Defendants,** ) | Case No. 04-12227-DPW |

**DEFENDANTS', CHARLES N. GITTO, JR. AND TRADEX, MOTION TO
DISMISS UNDER FEDERAL RULES OF CIVIL PROCEDURE 12(B)(6)**

Pursuant to Fed. R. Civ. P. 12(b)(6), defendants Charles N. Gitto, Jr. and Tradex Corporation, hereby move to dismiss the Plaintiff's complaint for failure to state a claim upon which relief may be granted.

This motion should be allowed since the Complaint fails to set forth any facts, even when viewed in a light most favorable to the plaintiff, that defendants substantially assisted in furtherance of a tortious plan, as required to prove participation in a civil conspiracy.

In support of this Motion, defendants direct the court's attention to their Memorandum in Support of Defendant's Motion to Dismiss Under Federal Rules of Civil Procedure 12(b)(6).

        Respectfully submitted,

        Charles N. Gitto, Jr.
        Tradex Corporation
        By their attorneys,

        /s/ Juliane Balliro
        Juliane Balliro, BBO # 029010
        Barbara Green Whitbeck, BBO # 634343
        Perkins Smith & Cohen LLP
        One Beacon Street
        Boston, MA  02108
        617) 854-4000

Dated: November 30, 2004

30822-5