IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| LASALLE BUSINESS CREDIT, LLC f/k/a ) <br> LASALLE BUSINESS CREDIT, INC.,      ) <br>         Plaintiff,      ) <br>   v.      ) <br> GARY C. GITTO, et al.      ) <br>         Defendants,      ) <br>   and      ) <br>          ) <br> FLEET NATIONAL BANK, et al.      ) <br>     Trustee Process Defendants,   ) <br>   and      ) <br> FIDELITY INVESTMENTS, et al.      ) <br>     Reach-and-Apply Defendants ) | Case No. 04-12227-DPW |

### DEFENDANT WILLIAM DEAKIN'S MOTION TO STAY

The defendant William Deakin ("Deakin") hereby respectfully moves this honorable court to stay this case as to the claims against him (except for the present preliminary injunction matters), and he attaches a proposed order. In support, Deakin relies on the accompanying Memorandum in Support.

### Local Rule 7.1(A)(2) Certificate

Pursuant to Local Rule 7.1(A)(2), undersigned counsel certifies that he has conferred with counsel for plaintiff and attempted in good faith to resolve the issues raised in this motion.

WHEREFORE, the defendant William Deakin respectfully requests that the proposed order be entered.

**WILLIAM DEAKIN**,
by his attorney,

/s/ William T. Harrington
William T. Harrington (BBO No 564445)
Glynn, Landry, Harrington, & Rice, LLP
10 Forbes Road, Suite 270
Braintree, MA 02184
(781) 356-1749

Dated: November 30, 2004

CERTIFICATE OF SERVICE

I, William T. Harrington, hereby certify that, on November 30, 2004, I filed this document with the Court electronically via the Court's CM/ECF system and that I served by first class mail a copy of this documents upon each counsel and party pro se party of record who has not signed up to receive electronic notice.

/s/ William T. Harrington
William T. Harrington

2