# EXHIBIT A

## RESIGNATION

I, Gary C. Gitto, hereby resign as Chief Executive Officer and Treasurer of Gitto Global Corporation, effective immediately.

*Gary C. Gitto*

Date:  September 16, 2004

{J:\CLIENTS\l\l\071668\0100\00473362.DOC;1}