# EXHIBIT C

```
   From: RRein@scgk.com <RRein@scgk.com>
     To: Max D. Stern <mdstern@sswg.com>
   Date: Monday, November 29, 2004 2:57:56 PM
Subject: LaSalle's request to produce documents from Gary Gitto
 Folder: Inbox - Known/Max D. Stern
```

Understood. We will proceeding with an emergency motion.

Rick Rein
Schwartz, Cooper, Greenberger & Krauss, Chtd.
180 N. LaSalle Street, Suite 2700
Chicago, IL 60601
(312) 845 - 5106
fax: (312) 264-2467
THIS EMAIL MESSAGE IS FOR THE EXCLUSIVE AND CONFIDENTIAL USE OF THE
DESIGNATED AND INTENDED RECIPIENT, AND ANY OTHER DISTRIBUTION OR USE IS
UNAUTHORIZED AND STRICTLY PROHIBITED.  IF YOU HAVE RECEIVED THIS EMAIL
MESSAGE IN ERROR, PLEASE CONTACT THE SENDER BY TELEPHONE OR EMAIL AND
DELETE THIS MESSAGE.  THANK YOU.


&lt;RRein@scgk.com&gt;          "Max D. Stern"          To:     Max D.
                          &lt;mdstern@sswg.com&gt;
cc:
                                                    Subject: Re[2]: LaSalle's request
                          11/29/2004 01:44 PM                to produce documents from Gary Gitto

                          Please respond to
                          "Max D. Stern"


Rick -- I assume that you received my voice mail of this morning:  we
will continue to assert the Fifth Amendment in response to your
document production request.

Max D. Stern
Stern Shapiro Weissberg & Garin LLP
90 Canal St.
5th Floor
Boston, MA 02114
tel 617.742.5800
fax 617.742.5858
mdstern@sswg.com
www.sswg.com

----Original Message----
Wednesday, November 24, 2004,  2:43:05 PM, you wrote:

Rsc> yes




Rsc> Rick Rein
Rsc> Schwartz, Cooper, Greenberger & Krauss, Chtd.
Rsc> 180 N. LaSalle Street, Suite 2700
Rsc> Chicago, IL 60601
Rsc> (312) 845 - 5106
Rsc> fax: (312) 264-2467
Rsc> THIS EMAIL MESSAGE IS FOR THE EXCLUSIVE AND CONFIDENTIAL USE OF THE
Rsc> DESIGNATED AND INTENDED RECIPIENT, AND ANY OTHER DISTRIBUTION OR USE

IS

Rsc> UNAUTHORIZED AND STRICTLY PROHIBITED.  IF YOU HAVE RECEIVED THIS EMAIL
Rsc> MESSAGE IN ERROR, PLEASE CONTACT THE SENDER BY TELEPHONE OR EMAIL AND
Rsc> DELETE THIS MESSAGE.  THANK YOU.




Rsc> "Max D. Stern" <mdstern@sswg.com>
Rsc> 11/24/2004 11:04 AM
Rsc> Please respond to "Max D. Stern"




Rsc>         To:     <rrein@scgk.com>
Rsc>         cc:
Rsc>         Subject:        LaSalle's request to produce documents from

Gary Gitto


Rsc> To confirm my understanding, your position is that Mr. Gitto must
Rsc> produce, notwithstanding any personal Fifth Amendment privilege, all
Rsc> "corporate records," in the requested categories, which are in his
Rsc> possession.  You define "corporate records" as:

```
Rsc> (1) all documents which concern any corporation listed in your
Rsc> request, including any document generated by any listed company, or
Rsc> generated by an employee of a company, or generated by anybody else
Rsc> but concerning a listed company; and,
Rsc> (2) all documents removed from the Gitto-Global company on or about
Rsc> September 15.


Rsc> Please let me know if I have misunderstood this in any way.


Rsc> I will call you Monday morning regarding this.  Have a happy holiday.




Rsc> Max D. Stern
Rsc> Stern Shapiro Weissberg & Garin LLP
Rsc> 90 Canal St.
Rsc> 5th Floor
Rsc> Boston, MA 02114
Rsc> 617.742.5800
Rsc> (fax) 617.742.5858
Rsc> mdstern@sswg.com
Rsc> www.sswg.com
```