IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LASALLE BUSINESS CREDIT, LLC f/k/a LASALLE BUSINESS CREDIT, INC., <br><br> Plaintiff, <br><br> v. <br><br> GARY C. GITTO, FRANK MILLER, CHARLES N. GITTO, JR., NANCY GITTO PANAGIOTES, JOHN D. TERSIGNI, KATHLEEN M. CARLAND, WILLIAM DEAKIN, JANICE CHAISSON, HELEN KOZAK, KINGSDALE CORP. d/b/a J&J CHEMICAL DISTRIBUTORS, and TRADEX CORPORATION, <br><br> Defendants, <br><br> and <br><br> FLEET NATIONAL BANK, CLINTON SAVINGS BANK, SOVEREIGN BANK, COMMERCE BANK & TRUST COMPANY, FIDELITY COOPERATIVE BANK, BANKNORTH, N.A., FIDELITY INVESTMENTS, INC., LEOMINSTER CREDIT UNION, and LEHMAN BROTHERS, INC., <br><br> Trustee Process Defendants, <br><br> and <br><br> FIDELITY INVESTMENTS, INC., DIRECT WOOD & PAPER PRODUCTS, INC., GITTO SALES CORPORATION J-TAN SALES & MARKETING, INC., HEMISPHERE DISTRIBUTION CORPORATION, LEHMAN BROTHERS, INC., and AWG, LLC, <br><br> <u>Reach-and-Apply Defendants.</u> | Case No. 04-12227 DPW |

**MOTION BY NON-PARTIES CHARLES L. GLERUM AND
CHOATE, HALL & STEWART FOR AN ORDER TO QUASH SUBPOENAS
<u>AND FOR THE ENTRY OF A PROTECTIVE ORDER</u>**

The Bankruptcy Court, acting pursuant to 11 U.S.C. § 1104(d), appointed Charles L. Glerum, Esq. and the law firm of Choate, Hall & Stewart (collectively, the "Examiner") as Bankruptcy Examiner in the case titled In re Gitto Global Corporation, United States Bankruptcy Court, District of Massachusetts, Western Division, 04-45386-JBR. The Examiner is charged to investigate the affairs of Gitto Global Corporation on behalf of the Bankruptcy Court. The Examiner is not a party to this action. Nonetheless, on November 24, 2004, Gary C. Gitto, a defendant herein, served discovery subpoenas (the "Subpoenas") on Mr. Glerum and on the chief investigator at Choate, Hall & Stewart, James A. Ring.

Pursuant to Federal Rule of Civil Procedure 45(c)(3)(A), the Examiner moves that the Court quash the Subpoenas. In addition or in the alternative, pursuant to Federal Rule of Civil Procedure 26(c), the Examiner moves that the Court enter a protective order that discovery not be had by any party from the Examiner.

The grounds for this Motion are set forth in the accompanying Memorandum In Support Of Motion By Non-Parties Charles L. Glerum and Choate, Hall & Stewart For An Order To Quash Subpoenas And For The Entry Of A Protective Order. The Subpoenas should be quashed and a protective order entered because (I) the Examiner is not subject to civil discovery; and (II) Gary C. Gitto does not have any *bona fide* need to take discovery of the Examiner.

Attached to this Motion are the following exhibits:

A. In re Baldwin United Corporation, 46 B.R. 314, 316 (Bankr. S.D. Ohio 1985);

B. Vietnam Veterans Foundation v. Erdman, 1987 WL 9033 at *2 (D.D.C. Mar. 19, 1987);

C. *Motion of United States Trustee to Appoint Chapter 11 Trustee*, dated Oct. 7, 2004, In re Gitto Global Corporation, Bankr. D. Mass., W. Div. (No. 04-45386-JBR);

D. *Order on Motion of the United States Trustee to Appoint a Chapter 11 Trustee, or, in the Alternative, to Appoint an Examiner Pursuant to 11 U.S.C. § 1104(c)(2)*, dated Oct. 14, 2004, In re Gitto Global Corporation, Bankr. D. Mass., W. Div. (No. 04-45386-JBR);

E. *Order Allowing Application for and Certification of Appointment of Chapter 11 Examiner*, dated Oct. 19, 2004, In re Gitto Global Corporation, Bankr. D. Mass., W. Div. (No. 04-45386-JBR);

F. Subpoena directed to James A. Ring, dated Nov. 23, 2004; and

G. Subpoena directed to Charles Glerum, dated Nov. 23, 2004

## REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1(D), the Examiner requests a hearing on this motion. The Examiner avers that oral argument may be of assistance to the Court.

Dated: November 29, 2004

Respectfully submitted,
CHARLES L. GLERUM, P.C. and CHOATE, HALL & STEWART, as Chapter 11 Examiner

_____
Charles L. Glerum, P.C. (BBO# 195240)
Robert M. Buchanan, Jr., P.C. (BBO# 545910)
John F. Ventola (BBO# 567972)
Lisa E. Herrington (BBO# 655678)
CHOATE, HALL & STEWART
Exchange Place
53 State Street
Boston, Massachusetts 02109
(617) 248-5000

I HEREBY CERTIFY THAT A TRUE COPY OF THE ABOVE DOCUMENT WAS SERVED UPON THE ATTORNEY OF RECORD FOR EACH OTHER PARTY BY MAIL/HAND ON DATE 11-29-04 SIGNATURE _____

## CERTIFICATION

I certify, in accordance with Federal Rules of Civil Procedure 26(c) and Local Rule 7.1(A)(2), that I have conferred with counsel for Gary C. Gitto in a good faith effort to resolve the issues raised in the above motion.

_____
Robert M. Buchanan, Jr., P.C. (BBO# 545910)

Dated: November 29, 2004

3773137v1