UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No. 04-12227 (DPW)

| | |
|---|---|
| LASALLE BUSINESS CREDIT, LLC f/k/a <br> LASALLE BUSINESS CREDIT, INC. <br><br> Plaintiff, <br><br> v. <br><br> GARY C. GITTO, et al, <br><br> Defendants | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## CERTIFICATE OF CONFERENCE PURSUANT TO L.R. 7.1(A)(2)

Pursuant to L.R. 7.1(A)(2), I certify that counsel for defendant Garry C. Gitto ("defendant") has conferred in good faith with plaintiff's counsel in an attempt to resolve the issue of defendant's previously filed Motion To Stay, but that the parties cannot reach an agreement and plaintiff will oppose the Motion.

Respectfully submitted,

Gary C. Gitto,

By his attorneys,

*David L. Kelston* (/s/)
David L. Kelston, BBO #267310
Adkins, Kelston & Zavez, P.C.
90 Canal Street, 5th Floor
Boston, MA 02114
(617) 367-1040

        and

        Max D. Stern, BBO
        #479560
        Stern, Shapiro, Weissberg & Garin, LLP
        90 Canal Street, 5th Floor
        Boston, MA 02114
        (617) 742-5800

Dated: December 1, 2004