IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LASALLE BUSINESS CREDIT, LLC f/k/a LASALLE BUSINESS CREDIT, INC., <br><br> Plaintiff, <br><br> v. <br><br> GARY C. GITTO, et al., <br><br> Defendants, <br><br> and <br><br> FLEET NATIONAL BANK, et al., <br><br> Trustee Process Defendants, <br><br> and <br><br> FIDELITY INVESTMENTS, INC., et al., <br><br> Reach-and-Apply Defendants. | Case No. 04-12227-DPW |

MOTION PURSUANT TO LOCAL RULE 83.5.3(b) OF
THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF
MASSACHUSETTS FOR ADMISSION OF JOHN L. CONLON, PRO HAC VICE

Christopher J. Panos, a member of the bar of the United States District Court for the District of Massachusetts, who has filed an appearance in this matter, moves for entry of an order authorizing John L. Conlon to practice *pro hac vice* before the United States District Court for the District of Massachusetts to represent LaSalle Business Credit, LLC, a Delaware limited liability company, in the above-captioned proceedings, pursuant to Local Rule 83.5.3(b) of the United States District Court for the District of Massachusetts. In support thereof, the certificate of John L. Conlon, required by Local

Rule 83.5.3(b) of the United States District Court for the District of Massachusetts, is attached hereto as Exhibit A.

Dated: December __/__, 2004

                                                      Christopher J. Panos (BBO#555273)
                                                    Craig and Macauley
                                                       Professional Corporation
                                                    600 Atlantic Avenue
                                                    Boston, MA 02210
                                                   (617) 367-9500

Exhibit A

I, John L. Conlon, hereby certify, pursuant to Local Rule 83.5.3(b) of the United States District Court for the District of Massachusetts, that I am eligible for admission *pro hac vice* to this Court, am admitted to practice in Illinois and California, and am in good standing in every jurisdiction where I have been admitted to practice. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

Sworn to under the penalties of perjury.

Dated: December 1, 2004

John L. Conlon
Schwartz, Cooper, Greenberger & Krauss, Chtd.
180 N. LaSalle Street, Suite 2700
Chicago, IL 60601
Telephone: 312-346-1300
Telecopier: 312-782-8416

**Certificate of Service**

I, Patrick W. Manzo, hereby certify that on December 2, 2004 a true copy of the above document was served upon each party or counsel of record for each party by Federal Express or electronic means.

Patrick W. Manzo

SERVICE LIST
LaSalle Business Credit, LLC
United States District Court
District of Massachusetts
C.A. No. 04-12227(DPW)

David L. Kelston, Esq.
Adkins Kelston & Zavez, PC
90 Canal Street
Boston, MA 02114
dkelston@akzlaw.com

David M. Losier, Esq.
Burns & Levinson LLP
125 Summer Street
Boston, MA 02109
dkelston@akzlaw.com

Edward W. McIntyre, Esq.
162 Church Street
Clinton, MA 01510-2500
EdwardWMcIntyre@comcast.net

Ian Crawford, Esq.
Todd & Weld LLP
28 State Street
Boston, MA 02109
icrawford@toddweld.com

John D. Tersigni                    By Federal Express
24 Field Road
Leominster, MA 01453

Max D. Stern, Esq.
Stern, Shapiro, Weissberg & Garin, LLP
90 Canal Street
Boston, MA 02114
mdstern@sswg.com

Michael B. Galvin, Esq.
Dwyer & Collora LLP
600 Atlantic Avenu
Boston, MA 02210
mgalvin@dwyercollora.com

Michelle R. Peirce, Esq.
Donoghue Barrett & Singal, P.C.
One Beacon Street, Suite 1320
Boston, MA 02108-3113
mpeirce@dbslawfirm.com

Stephen M. Rodolakis, Esq.
MacCarthy Pojani & Hurley LLP
446 Main Street
Worcester, MA 01608
srodolakis@mphllp.com

William T. Harrington, Esq.
Glynn Landry Harrington & Rice LLP
10 Forbes Road
Braintree, MA 02184
wharrington.glhr@verizon.net