IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

LASALLE BUSINESS CREDIT, LLC f/k/a )
LASALLE BUSINESS CREDIT, INC.,     )
                                   )
            Plaintiff,             )
                                   )
     v.                            )     Case No. 04-12227 DPW
                                   )
GARY C. GITTO, FRANK MILLER,       )
CHARLES N. GITTO, JR., NANCY       )
GITTO PANAGIOTES, JOHN D.          )
TERSIGNI, KATHLEEN M. CARLAND,     )
WILLIAM DEAKIN, JANICE CHAISSON,   )
HELEN KOZAK, KINGSDALE CORP.       )
d/b/a J&J CHEMICAL DISTRIBUTORS,   )
and TRADEX CORPORATION,            )
                                   )
            Defendants,             )
     and                           )
                                   )
FLEET NATIONAL BANK, CLINTON       )
SAVINGS BANK, SOVEREIGN BANK,      )
COMMERCE BANK & TRUST              )
COMPANY, FIDELITY COOPERATIVE      )
BANK, BANKNORTH, N.A.,             )
FIDELITY INVESTMENTS, INC.,        )
LEOMINSTER CREDIT UNION, and       )
LEHMAN BROTHERS, INC.,             )
                                   )
     Trustee Process Defendants,   )
                                   )
     and                           )
                                   )
FIDELITY INVESTMENTS, INC.,        )
DIRECT WOOD & PAPER PRODUCTS,      )
INC., GITTO SALES CORPORATION      )
J-TAN SALES & MARKETING, INC.,     )
HEMISPHERE DISTRIBUTION            )
CORPORATION, LEHMAN BROTHERS,      )
INC., and AWG, LLC,                )
                                   )
     Reach-and-Apply Defendants.   )

**NOTICE OF WITHDRAWAL BY NON-PARTIES CHARLES L. GLERUM AND
CHOATE, HALL & STEWART OF THEIR MOTION FOR AN ORDER TO
QUASH SUBPOENAS AND FOR THE ENTRY OF A PROTECTIVE ORDER**

Charles L. Glerum and Choate, Hall & Stewart (collectively, the "Examiner"),[1] who are not parties to this action, hereby give notice of the withdrawal of their Motion By Non-Parties Charles L. Glerum and Choate, Hall & Stewart For An Order To Quash Subpoenas And For The Entry Of A Protective Order (the "Motion").

On November 24, 2004, Gary C. Gitto, a defendant herein, served discovery subpoenas (the "Subpoenas") on Mr. Glerum and on the chief investigator at Choate, Hall & Stewart, James A. Ring. Subsequent to the filing of the Motion, Defendant Gitto withdrew the Subpoenas. Consequently, the Motion is moot, and the Examiner withdraws the Motion.

Dated: December 1, 2004

Respectfully submitted,
CHARLES L. GLERUM, P.C. and CHOATE,
HALL & STEWART, as Chapter 11 Examiner

_____
Charles L. Glerum, P.C. (BBO# 195240)
Robert M. Buchanan, Jr., P.C. (BBO# 545910)
John F. Ventola (BBO# 567972)
Lisa E. Herrington (BBO# 655678)
CHOATE, HALL & STEWART
Exchange Place
53 State Street
Boston, Massachusetts 02109
(617) 248-5000

I HEREBY CERTIFY THAT A TRUE COPY OF THE ABOVE DOCUMENT WAS SERVED UPON THE ATTORNEY OF RECORD FOR EACH OTHER PARTY BY MAIL/HAND ON + FACSIMILE
DATE 12/1/04 SIGNATURE _____

---

[1] The Bankruptcy Court, acting pursuant to 11 U.S.C. § 1104(d), appointed Charles L. Glerum, Esq. and the law firm of Choate, Hall & Stewart as Bankruptcy Examiner in the case titled In re Gitto Global Corporation, United States Bankruptcy Court, District of Massachusetts, Western Division, 04-45386-JBR. The Examiner is charged to investigate the affairs of Gitto Global Corporation on behalf of the Bankruptcy Court.

3774499v1

## Service List

Christopher J. Panos
Craig & Macauley, P.C.
Federal Reserve Plaza
600 Atlantic Avenue
Boston, MA  02210
617-367-9500
Fax:  617-742-1788
Email:  panos@craigmacauley.com

Max D. Stern
Stern, Shapiro, Weissberg & Garin
90 Canal Street
Boston, MA  02114-2022
617-742-5800
Fax:  617-742-5858
Email:  mdstern@sswg.com

Barbara S. Green Whitbeck
Perkins, Smith & Cohen, LLP
One Beacon Street
Boston, MA  02108
617-854-4219
Fax:  617-854-4040
Email:  bwhitbeck@pscboston.com

Ian Crawford
Todd & Weld LLP
28 State Street
31st Floor
Boston, MA  02109
617-720-2626
Fax:  617-227-5777
Email:  icrawford@toddweld.com

Bruce A. Singal
Donoghue, Barrett & Singal, PC
Suite 1320
One Beacon Street
Boston, MA  02108-3113
617-720-5090
Fax:  617-720-5092
Email:  bsingal@dbslawfirm.com

William T. Harrington
Glynn, Landry, Harrington & Rice, LLP
Ten Forbes Road
Suite 270
Braintree, MA  02184
781-356-1749
Fax: 781-356-3393
Email: wharrington.glhr@verizon.net

Colleen A. Hankins
FMR Corp.
82 Devonshire Street, F6B
Boston, MA  02109
617-563-6415
Fax: 617-476-3128

Christopher P. Litterio
Ruberto, Israel & Weiner, P.C.
100 North Washington Street
Boston, MA  02114
617-742-4200
Fax: 617-742-2355
Email: CPL@riw.com

J. Robert Seder
Seder & Chandler
339 Main Street
Suite 300
Worcester, MA  01608
508-757-7721
Fax: 508-831-0955
Email: jrseder@sederlaw.com

3773392v1