UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No. 04-12227 (DPW)

|  |  |
|---|---|
| LASALLE BUSINESS CREDIT, LLC f/k/a LASALLE BUSINESS CREDIT, INC. | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| GARY C. GITTO, et al, | ) ) |
| Defendants | ) ) |

**DEFENDANT GARY C. GITTO'S MOTION TO SUBMIT**
**HIS PROPOSED FINDINGS AND RULINGS WITHIN TWO**
**BUSINESS DAYS OF THE CONCLUSION OF THE HEARING**

This Court has instructed the parties to submit their proposed findings and rulings on the preliminary injunction matter by today. Defendant respectfully asks for leave to submit his proposed findings and rulings, or other written submissions, within two days of the conclusion of the hearing on the preliminary injunction. Defendant states as his reason that he will be better able to respond to plaintiff's evidence at that time.

Respectfully submitted,
Gary C. Gitto,
By his attorneys,

/s/ *Max D. Stern*
Max D. Stern, BBO #479560
Stern, Shapiro, Weissberg & Garin, LLP
90 Canal Street, 5th Floor
Boston, MA 02114
(617) 742-5800

David L. Kelston, BBO #267310
Adkins, Kelston & Zavez, P.C.
90 Canal Street, 5th Floor
Boston, MA 02114
(617) 367-1040

Dated: December 6, 2004

## **CERTIFICATE OF CONFERENCE PURSUANT TO L.R. 7.1(A)(2)**

 Pursuant to L.R. 7.1(A)(2), I certify that I conferred in good faith with plaintiff's counsel in an attempt to resolve the issue of this Motion by leaving a voice-mail message with Attorney Christopher Panos on December 6, 2004.

            /s/ *Noah Rosmarin*
            Noah Rosmarin