IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LASALLE BUSINESS CREDIT, LLC f/k/a LASALLE BUSINESS CREDIT, INC., <br><br> Plaintiff, <br><br> v. <br><br> GARY C. GITTO, et al., <br><br> Defendants, <br> and <br><br> FLEET NATIONAL BANK, et al., <br><br> Trustee Process Defendants, <br><br> and <br><br> FIDELITY INVESTMENTS, INC., et al., <br><br> Reach-and-Apply Defendants. | Case No. 04-12227-DPW |

AFFIDAVIT OF ROBYN MERCHANT

Robyn Merchant, being duly sworn on oath states and affirms the following facts:

1. I have been employed at Gitto Global Corporation ("Gitto Global") in inventory control since November 1, 1998.

2. If sworn as a witness, I could competently testify to the facts stated herein.

3. In inventory control, I report to Frank Miller and Maria Miller. As a part of my job, I would give them the daily production reports. Also, every day, I would take millman reports that showed the inventory at the beginning and the end of the day, what was produced that day, tote numbers and what good and "off spec" goods had been produced. I would then take this information and put it into a master production report that indicated the customer name,

compound, lot number, pounds on an annual and monthly basis, and the good and "off spec" product. This report was sent daily to Charles Gitto, Gary Gitto, Frank Miller, ~~Maria Miller~~ and others. I would also enter the information from the millman reports into the computer.

4. On a daily basis, I would also handle receiving. When raw material was received, I would match the bill of lading with the purchase order, enter the information in the computer and give the documents to Rita Bartlett.

5. *[— Karen Richard Received month end report until David Minardi took over Purchasing, then]* ~~As of the beginning of 1999~~, at each month end, I would run an inventory report that showed what the production was for the month and give the report to Maria Miller. Maria would then tell me what quantities or prices to adjust. For instance, as to the raw materials, I would adjust the price for FR720 from $2.25 to $17.50 and increase the price for Teflon. ~~Once Gitto Global began to buy Vitrolite, I would decrease the prices for Vitron and DE83R.~~ As for the Vitrolite products, Gitto Global had 1,440,000 pounds of Vitrolite 325 that was never used. This product needed to be ground in order to be used as Vitrolite 800, a much higher priced product. If the inventory values needed to be increased, the quantity of Vitrolite 800 would be increased and the Vitrolite 325 would be decreased, respectively, to give the appearance that it had been used. Further, the values of the finished products, F~~C649~~ *569R*, FC683, GPE 80 and GPE 80405, were adjusted.

6. After I made the adjustments in the computer, I gave the revised report to William Deakin. He would then tell me if the adjustments were okay or if there needed to be a certain further dollar adjustment. *[He needed to check with Frank]* If there was a need for further adjustments, I would tell Maria, who would tell me what inventory to adjust further.

7. When LaSalle Business Credit's auditors were coming, a physical inventory count would be made on the weekend before the visit. The inventory report would then be adjusted to

2

*RM*

match the physical count. I would also increase the value of FR720 to $17.50. These new reports would be given to Frank Miller and Maria Miller.

8.     I attended the production meetings generally run by Charles Gitto, the Chairman of the Board. He would receive the daily production report. Based on this report, he knew what orders had been ~~placed~~ produced and what needed to be shipped. At the meetings, Charles Gitto told us what to produce, which orders to fill and what schedule to keep. He told us what to make and when to ship on a daily basis. He received copies of the sales orders.

**FURTHER AFFIANT SAYETH NOT.**

*Robyn Merchant*
Robyn Merchant


COMMONWEALTH OF MASSACHUSETTS

WORCESTER, ss                                        November 22, 2004

On this 22th day of November, 2004, before me, the undersigned notary public, personally appeared Robyn Merchant, proved to me through satisfactory evidence of identification, which were ____MDL____, to be the person whose name is signed on the preceding document, and who swore or affirmed to me that the contents of the document are truthful and accurate to the best of her knowledge and belief.

CHRISTOPHER MALONEY
Notary Public
Commonwealth of Massachusetts
My Commission Expires
August 28, 2009

Notary Public
My commission expires _____