IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LASALLE BUSINESS CREDIT, LLC f/k/a<br>LASALLE BUSINESS CREDIT, INC.,<br><br>   Plaintiff,<br>v.<br>GARY C. GITTO, et al.,<br><br>   Defendants,<br>and<br><br>FLEET NATIONAL BANK, et al.,<br><br>   Trustee Process Defendants,<br><br>and<br><br>FIDELITY INVESTMENTS, INC.,<br>et al.,<br><br>   Reach-and-Apply Defendants. | Case No. 04-12227-DPW |

## AFFIDAVIT OF DAVID MINARDI

David Minardi, being duly sworn on oath states and affirms the following facts:

1. I am in charge of purchasing at Gitto Global Corporation ("Gitto Global"), where I have worked since 1992.

2. If sworn as a witness, I could testify to the facts stated herein.

3. I have handled purchasing since 2000 and before that I handled scheduling [for 1 1/2 to 2 years] at Gitto Global. With regard to purchasing, I handle the purchase of raw materials, packaging and office supplies needed by Gitto Global.

4. Frank Miller and Marcia Miller managed the inventory at Gitto Global since I began my employment. When inventory needed to be counted for the end of the fiscal year or

because of an upcoming bank audit, Robyn Merchant and I would arrange for employees to count the inventory. ~~After each of these counts was completed,~~ Frank Miller would tell me to change the identity of certain compounds ~~in inventory.~~ I, in turn, would tell Keith Haase in scheduling about each change. ~~I saw~~ Haase print *ed* out a compound formula vendor form from the computer, white out the information from the computer and change the compound description and lot number as instructed by Frank Miller. The changed compound would then be put out for production.

5. The "mislabled" compounds would just sit on the dock as unsold inventory. I would keep notes of the change in a three-ring binder that had been previously maintained by my predecessor, Karen Richard, ~~who had been making similar entries since 1999~~. These entries "consisted of materials that have been put on the floor for inventory over the years that where made of one product and marked as another." These notes ~~marked "Products Mislabeled"~~ were given to Frank Miller and I kept a copy in the notebook.

6. Beginning in 1997, I attended production meetings that took place at least three times a week. These meetings were conducted by Charles Gitto, the Chairman of the Board of Gitto Global, and attended by those persons handling scheduling, purchasing, sales, maintenance, inventory, plant, lab and certain technicians. At each meeting, Charles Gitto would direct a discussion about past due, pending and future sales orders, production scheduling and inventory to produce the product to make the orders. There were regular discussions about not paying vendors so that raw materials could not be obtained to make the products. Charles Gitto would instruct me to talk to Frank Miller about payment and about 90% of the time, Frank Miller would then say "we are working on it." I would then tell Charles Gitto what Frank Miller said.



**FURTHER AFFIANT SAYETH NOT.**

_____
David Minardi

COMMONWEALTH OF MASSACHUSETTS

WORCESTER, ss					November 19, 2004

On this 19th day of November, 2004, before me, the undersigned notary public, personally appeared David Minardi, proved to me through satisfactory evidence of identification, which were ____MDL____, to be the person whose name is signed on the preceding document, and who swore or affirmed to me that the contents of the document are truthful and accurate to the best of his knowledge and belief.

CHRISTOPHER MALONEY
Notary Public
Commonwealth of Massachusetts
My Commission Expires
August 28, 2009

_____
Notary Public
My commission expires _____

3