IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LASALLE BUSINESS CREDIT, LLC f/k/a LASALLE BUSINESS CREDIT, INC., <br><br> Plaintiff, <br><br> v. <br><br> GARY C. GITTO, et al., <br><br> Defendants, <br><br> and <br><br> FLEET NATIONAL BANK, et al., <br><br> Trustee Process Defendants, <br><br> and <br><br> FIDELITY INVESTMENTS, INC., et al., <br><br> Reach-and-Apply Defendants. | Case No. 04-12227-DPW |

## AFFIDAVIT OF STEVEN SNYDER

Steven Snyder, being duly sworn on oath, states and affirms the following facts:

1. Affiant is over the age of 21 and is the president and owner of Steven Snyder & Associates, Inc., a private investigation and security consulting firm.

2. Affiant has provided professional private investigative services throughout the United States since 1983. Affiant specializes in financial investigations that include the identification and location of assets. Since 1983, Affiant has been employed by law firms, financial institutions, corporations, the United States Department of Justice, the Federal Deposit Insurance Corporation and other governmental agencies to identify and locate assets.

3. If sworn as a witness, Affiant could competently testify to the facts stated herein.

276902.1 042314-34311

- 2 -

4. On or about September 22, 2004, legal counsel for LaSalle Business Credit, LLC ("LaSalle") requested that Affiant perform an investigation to identify the assets of Gary C. Gitto, Frank Miller, Charles N. Gitto, Jr., Nancy Gitto Panagiotes, John D. Tersigni, Kathleen M. Carland, William Deakin, Janice Chaisson, Helen Kozak, Kingsdale Corporation d/b/a J&J Chemical Distributors ("J&J Chemical") and Tradex Corporation.

5. Pursuant to the investigation Affiant conducted at the request of legal counsel for LaSalle, Affiant on November 23, 2004 was, with the approval of the examiner appointed by the Bankruptcy Court, present at the offices of Gitto Global Corporation, 140 Leominster—Shirley Road, Lunenburg, Massachusetts. At that time, Affiant located a file marked "Guaranty Business Credit" in a four-drawer lateral file drawer located outside the office of Charles N. Gitto, Jr. The file contained a copy of a letter dated May 24, 2002 from Charles N. Gitto, Jr. to Mr. Michael D. Haddad, President—CEO, Guaranty Business Credit, with six attached pages. A copy of that letter and its attached pages are attached hereto as Exhibit A.

FURTHER AFFIANT SAYETH NOT.

_____
Steven Snyder

Subscribed and sworn to before me
this 2nd day of December, 2004.

_____
Notary Public

My commission expires:

My Commission Expires
3-2-2006

# **<u>Exhibit A</u>**



# The Gitto/Global Corporation

May 24, 2002

Mr. Michael D. Haddad
President – CEO
Guaranty Business Credit
8333 Douglas Avenue, #530
Dallas, Texas 75225

Dear Mike:

It was a pleasure talking to you today.

Per your request, I've spoken to Frank Miller and our CFO, William Deakin. I am attaching the summary aging for your perusal.

As you can see from this summary aging, there are no receivables of consequence going over 90 days on May 31. The larger amount of receivables to collect are in the 61 to 90 day column. These are March invoices that will be collected in June.

If you have a need for further elaboration, please feel free to contact me.

Very truly yours,

Charles N. Gitto, Jr.

CNG/hk

CC:  Frank Miller                                    Gary C. Gitto
     William Deakin


Charles N. Gitto, Jr.
*Chairman of the Board*

*Excellence in Compounding Technology*

140 Leominster-Shirley Road, Gianna Park
P.O. Box 120, Lunenburg, MA 01462
(978) 537-8261
Admin./Exec. Fax (978) 840-4645
Sales/General Fax (978) 534-8362
E-Mail: gitto-global.com

THE GITTO/GLOBAL CORPORATION
ACCOUNTS RECEIVABLE AGEING SUMMARY                                                                    PGM: AR01
5/24/02   12:11:57                                                                                     PAGE:
AGEING DATE:   5/31/2002

| CUSTOMER | BALANCE | CURRENT | 31 - 60 | 61 - 90 | OVER 90 |
|---|---|---|---|---|---|
| 01766  U NOVA HOSE CORPORATION | 8198.30 | 5500.00 | 2698.30 | | |
| 01901  V.G. PLASTICA INC. | 8307.63 | 8307.63 | | | |
| 00702  VELCO CHEMICALS, INC. | 2688013.15 | | 630724.75 | 2057288.40 | |
| 01886  VIAM | 8309.84 | 3427.56 | 4882.28 | | |
| 00713  WASCO PRODUCTS | 4815.58 | | 4815.58 | | |
| 00704  WHITNEY BLAKE | 4163.30 | | 4163.30 | | |
| 01706  WIRETEK | 8429.00 | 1140.00 | 1571.80 | 5717.20 | |
| 01340  ZEBULON INDUSTRIES | 2780545.60 | | 900451.75 | 1880093.85 | |
| GRAND TOTALS | 27865176.07 | 3688132.24 | 9255393.09 | 14109101.95 | 812548.79 |
| PERCENTAGE DISTRIBUTION | | 13.23 | 33.21 | 50.63 | 2.93 |

```
THE GITTO/GLOBAL CORPORATION                                                              PGM: AR014
ACCOUNTS RECEIVABLE AGEING  SUMMARY                                                       PAGE:    3
 5/24/02     12:11:57
AGEING DATE:   5/31/2002
```

| CUSTOMER | | BALANCE | CURRENT | 31 - 60 | 61 - 90 | OVER 90 | |
|---|---|---:|---:|---:|---:|---:|---:|
| 00287 | GEHR INDUSTRIES | | | | | | |
| 01348 | GENERAL CABLE | 38240.24 | 33400.64 | 4839.60 | | | |
| 01899 | GENERAL CABLE TN | 42296.12 | | | 28451.12 | 13845.00 | 32.73 |
| 01032 | GENESIS CABLE | 2338728.32 | 378553.00 | 541865.31 | 1305929.92 | 112380.09 | 4.80 |
| 01382 | GeoSpace Co. | | | | | | |
| 01073 | GI PLASTEK | | | | | | |
| 00185 | GNB INDUSTRIAL POWER | 5955.20 | | 1825.00 | 4130.20 | | |
| 01269 | GNB INDUSTRIAL POWER | 818817.00 | | 580733.00 | 234934.00 | 3150.00 | .38 |
| 01147 | GNB INDUSTRIAL POWER  FLOWOOD | 363021.94 | 306541.14 | 56480.80 | | | |
| 00186 | HARDIGG BATTERY PRODUCTS | 216881.59 | 71260.45 | 137999.19 | 7621.95 | | |
| 00632 | HELIX-HITEMP | | | | | | |
| 01958 | HEMISPHERE DIST CORP. | 3013801.75 | | 990937.25 | 2022864.50 | | |
| 01650 | HI TECH ENVIROMENTAL PRODUCTS | | | | | | |
| 01548 | HITACHI SHIN DIN CABLE LTD. | 59700.00 | | 4500.00 | 40800.00 | 14400.00 | 24.12 |
| 00191 | HITACHI CABLE, INC. | 3065672.89 | 605601.52 | 880709.17 | 1536212.45 | 43149.75 | 1.40 |
| 00461 | HOWLAND TECHNOLOGIES | 5128.00 | 5128.00 | | | | |
| 01815 | ICONEX TOOLING INC. | 6331.59 | | | | 6331.59 | 100.00 |
| 01964 | INDUSTRIAL ROYER, S.A. DE C.V. | 36283.02 | 6085.02 | 30198.00 | | | |
| 02034 | IPEX INC. | 25500.00 | 5100.00 | 20400.00 | | | |
| 00070 | ISOTEC INC. | 2739040.26 | 285026.27 | 837165.85 | 1549310.73 | 67537.41 | 2.46 |
| 01966 | J/TAN SALES & MARKETING | 2743746.05 | 226800.00 | 1012494.50 | 1504451.55 | | |
| 01230 | JANOR WIRE | 2810.00 | | 2810.00 | | | |
| 00492 | KANAFLEX | 92420.94 | 64838.73 | 27582.21 | | | |
| 00387 | KAZ INC. | 39565.00 | 2895.00 | 36670.00 | | | |
| 01695 | KMS PLASTICS LLC | | | | | | |

THE GITTO/GLOBAL CORPORATION                                                              PGM: AR01
ACCOUNTS RECEIVABLE AGEING SUMMARY                                                          PAGE:
5/24/02   12:11:57
AGEING DATE: 5/31/2002

| CUSTOMER | | BALANCE | CURRENT | 31 - 60 | 61 - 90 | OVER 90 | |
|---|---|---|---|---|---|---|---|
| 01747 | KRONE DIGITAL | 156874.08 | 57720.00 | 1474.08 | 57720.00 | 39960.00 | 25.47 |
| 00862 | LAKE ELECTRONIC CABLE | 757858.00 | 199485.10 | 299802.90 | 106800.00 | 151770.00 | 20.02 |
| 00128 | LAMICO INC. | 31548.50 | 31548.50 | | | | |
| 01982 | LAPP USA | 23194.04 | 21560.00 | 1634.04 | | | |
| 01850 | LES MAITRESS VERRIERS | 4181.45 | | 4181.45 | | | |
| 01821 | MART PLASTICS CHEMICAL CO. | 7967.67 | 4624.62 | 3343.05 | | | |
| 00359 | MERCURY WIRE & CABLE | 9418.80 | 1522.80 | 7896.00 | | | |
| 00415 | MEYER WIRE & CABLE | | | | | | |
| 00742 | MILLER WIRE AND CABLE | 17035.63 | 5328.69 | 3426.94 | | 8280.00 | 48.60 |
| 01919 | MOLDAMATIC | 37319.10 | 11557.00 | 25762.10 | | | |
| 00078 | JAMES MONROE WIRE & CABLE | 43956.27 | 24607.84 | 7930.92 | 11417.51 | | |
| 00200 | MONTROSE PRODUCTS COMPANY | 48298.38 | 28798.74 | 19499.64 | | | |
| 01361 | MOULEURS DE BEAUCE | 10400.00 | | 10400.00 | | | |
| 00557 | MYLEC | | | | | | |
| 01208 | NEW LINE COLORS | 3778.60 | | | | 3778.60 | 100.00 |
| 01874 | NEXGEN HOSE INC. | 1652.40 | | 1652.40 | | | |
| 02018 | NYPRO Mexico | 101939.34 | | 8338.80 | 93600.00 | .54 | |
| 01974 | OMEGAFLEX | | | | | | |
| 00211 | PANDUIT CORPORATION | 5740.00 | 5740.00 | | | | |
| 00768 | PIGGOTT WIRE & CABLE | 48.60- | | | 48.60- | | |
| 00654 | PLASTIMOLD PRODUCTS INC. | 9313.80 | | 4560.00 | | 4753.80 | 51.04 |
| 00696 | PLASTIFAB INDUSTRIES, INC | 15655.00 | 15655.00 | | | | |
| 00897 | PLASTIPRO | | | | | | |
| 02036 | POLYMER DEPOT | | | | | | |
| 01970 | POWER BATTERY IBERVILLE LTC | | | | | | |

THE GITTO/GLOBAL CORPORATION  
ACCOUNTS RECEIVABLE AGEING   SUMMARY  
5/24/02    12:11:57  
AGEING DATE:   5/31/2002  

PGM:  AR01  
PAGE:

| CUSTOMER | | BALANCE | CURRENT | 31 - 60 | 61 - 90 | OVER 90 | |
|---|---|---:|---:|---:|---:|---:|---:|
| 01114 | PRECISION CABLE MFG.  (TX) | | | | | | |
| 01932 | PROTOTYPE PLASTIC EXT. | 1099.21 | | | 1099.21 | | |
| 00088 | RALLYE FOOTWEAR, INC. | 288343.28 | 139214.09 | 117603.71 | 30619.12 | 906.36 | .31 |
| 00314 | RAYCHEM HTS/TYCO FLOW CONTROL | 63360.00 | | 63360.00 | | | |
| 01949 | REXAM SUSSEX | 114225.93 | 69765.93 | 44460.00 | | | |
| 02024 | RICHARDSON MOLDING INC. | 194070.40 | 62870.40 | 70400.00 | 60800.00 | | |
| 00341 | ROCKBESTOS-SURPRENANT CABLE | 21910.80 | 9884.83 | 12025.97 | | | |
| 00068 | ROMIKA USA INC. | 382123.29 | 18444.43 | 287839.30 | 60067.06 | 15772.50 | 4.12 |
| 01809 | SAB BROCKSKES | | | | | | |
| 01518 | Shuman Plastics | 1190.00 | | 1190.00 | | | |
| 01834 | SIGMA WIRE PRODUCTS | 1803.61 | | 1803.61 | | | |
| 01181 | SINCLAIR & RUSH | 9720.96 | | 9720.96 | | | |
| 01506 | SOUTHWIRE CORPORATION STARK | 290908.10 | 85140.00 | 43348.10 | 115500.00 | 46920.00 | 16.12 |
| 00474 | SPORTSMAN'S PLASTICS | | | | | | |
| 01718 | STERILTE CORPORATION | 111360.00 | 36480.00 | 74880.00 | | | |
| 00095 | STIXCO | 60722.50 | | 41472.50 | 19250.00 | | |
| 01546 | SUPERIOR ESSEX CABLE | | | | | | |
| 00883 | SUPERVISION INTERNATIONAL INC. | 2036.73 | | 2036.73 | | | |
| 01254 | SWENSON COMPANY | 99.75- | 99.75- | | | | |
| 00544 | TELESCOPE CASUAL FURNITURE | 30691.84 | | 30691.84 | | | |
| 00100 | TEXAS BOOT | 11413.80 | | | | 11413.80 | 100.00 |
| 01903 | TIMBERLAND CFD DOMINICANA | 126759.06 | 41133.60 | 68974.67 | 6960.00 | 9690.79 | 7.64 |
| 00146 | TIMBERLAND/OUTDOOR FOOTWEAR | 329093.52 | 42255.26 | 162086.59 | 13920.00 | 110831.67 | 33.67 |
| 01956 | TRANSNAV S.A. DE C.V. | 11734.17 | | 1275.08 | 4064.00 | 6395.09 | 54.49 |
| 01876 | TYCO - MADISON | | | | | | |

```
THE GITTO/GLOBAL CORPORATION                                                          PGM:  AR01
ACCOUNTS RECEIVABLE AGEING  SUMMARY                                                   PAGE:
5/24/02    12:11:57
AGEING DATE:  5/31/2002
```

| CUSTOMER | | BALANCE | CURRENT | 31 - 60 | 61 - 90 | OVER 90 | |
|---|---|---|---|---|---|---|---|
| 00567 | COMTRAN INCORPORATED | 18217.80 | 18217.80 | | | | |
| 01652 | CONDUMEX, INC | 1842.40 | | 1842.40 | | | |
| 01009 | CORD SPECIALTIES | | | | | | |
| 00047 | DATA GUIDE CABLE CORPORATION | | | | | | |
| 00048 | DEARBORN WIRE & CABLE | 14574.90 | 3174.90 | 11400.00 | | | |
| 01581 | DEBELENE PLASTICS | 4026.04 | | | | 4026.04 | 100.00 |
| 00188 | DEKKO HEATING TECHNOLOGIES | 139710.00 | 47650.00 | 46840.00 | 45220.00 | | |
| 02031 | DOMINICAN SHOE | | | | | | |
| 00052 | EAGLE ELECTRIC MFG. CO. | 50125.47 | 13123.53 | 29694.46 | 7307.48 | | |
| 01554 | EAST COAST PLASTICS | 2449.02 | 2449.02 | | | | |
| 00118 | EASTMAN WIRE & CABLE | 98463.76 | 22910.80 | 36561.84 | 25408.88 | 13582.24 | 13.79 |
| 01927 | EVENFLO COMPANY, INC. | 3947.63 | | 3947.63 | | | |
| 02046 | CEAC - EXIDE TECHNOLOGIES | 98560.00 | 98560.00 | | | | |
| 02041 | EXIDE/SONALUR | 40040.00 | 40040.00 | | | | |
| 00974 | EXPOSITION E.R.A. LTD | 5276.80 | | 5276.80 | | | |
| 01186 | EXT INC. | 809.10 | | 809.10 | | | |
| 00656 | ENGINEERED YARNS COMPANY | 109957.33 | 33245.85 | 76711.48 | | | |
| 01478 | FLEXAUST COMPANY | 64990.55 | | 3306.55 | 44324.00 | 17360.00 | 26.71 |
| 01980 | FLEXIBLE TECHNOLOGIES | 1545.66 | 1545.66 | | | | |
| 01025 | FORD WIRE & CABLE | 38272.65 | | | | 38272.65 | 100.00 |
| 00291 | FOWLER PRODUCTS INC. | 398.38- | | 398.38- | | | |
| 02043 | FRANCISCO ESPEJO | | | | | | |
| 01947 | TITEFLEX/GASTITE | 268648.50 | 51766.50 | 170059.50 | 16222.50 | 30600.00 | 11.39 |
| 00436 | GATEWAY PLASTICS, INC. | 30000.00 | 30000.00 | | | | |
| 01678 | GB PLASTIQUE | 4687.50 | | | | 4687.50 | 100.00 |

```
THE GITTO/GLOBAL CORPORATION                                                                    PGM: AR01
ACCOUNTS RECEIVABLE AGEING  SUMMARY                                                             PAGE:
 5/24/02    12:11:57
AGEING DATE:   5/31/2002
```

| CUSTOMER | | BALANCE | CURRENT | 31 - 60 | 61 - 90 | OVER 90 | |
|---|---|---|---|---|---|---|---|
| 00536 | ACCUMA | 633382.27 | 106644.77 | 12987.50 | 513750.00 | | |
| 01275 | ACTUONE CORPORATION | 1813.62 | | | | 1813.62 | 100.00 |
| 01994 | ADVANCED RECYCLING LLC | 841.20 | 841.20 | | | | |
| 00482 | ALPHA WIRE COMPANY | 14767.80 | 12255.90 | 2511.90 | | | |
| 01101 | ALTERNATIVE RUBBER | 3914.40 | 2080.40 | 1834.00 | | | |
| 00015 | AMERICAN INSULATED WIRE CORP. | 56657.16 | 19543.16 | 37114.00 | | | |
| 00012 | AMERICAN ELECTRIC CABLE | 85691.55 | 35139.86 | 16968.19 | 12655.50 | 20928.00 | 24.42 |
| 00751 | AMERICAN MOLDING CORP | | | | | | |
| 00017 | ARENS CONTROLS | 990.00 | | 990.00 | | | |
| 00753 | ATLAS WIRE AND CABLE | 36172.61 | 12360.61 | 23812.00 | | | |
| 00132 | AUTAC INC. | 6602.25 | 6602.25 | | | | |
| 01220 | BACAB S.A. | 32940.00 | 32940.00 | | | | |
| 00028 | BECKSON INDUSTRIAL PRODUCTS | 5987.85 | 5987.85 | | | | |
| 00332 | BERKSHIRE ELECTRIC | 24615.78 | 8272.00 | 16343.78 | | | |
| 01542 | BERRAY INDUSTRIES CO., LTD. | | | | | | |
| 01195 | BRIDGEWATER TECH | 199398.48 | 36738.72 | 83393.88 | 79265.88 | | |
| 00034 | BROCKTON PLASTICS, INC. | 46972.16 | 10815.20 | 30524.96 | 5632.00 | | |
| 00020 | BSCC ROME CABLE | 19972.21 | 10654.49 | 9317.72 | | | |
| 00037 | BURTON WIRE | 43386.26 | 12580.79 | 1115.07 | 21238.65 | 8451.75 | 19.48 |
| 00563 | CABLE TECHNOLOGY | 2376.00 | 2376.00 | | | | |
| 00802 | COAST WIRE & PLASTICS | 1560.00 | | | | 1560.00 | 100.00 |
| 00039 | COLEMAN CABLE SYSTEMS | 11598.65 | 11598.65 | | | | |
| 01912 | COLEMAN CABLE/MID AMERICAN GRP | 11330.58 | 11330.58 | | | | |
| 02029 | COLORS FOR PLASTICS, INC. | 45600.00 | | 45600.00 | | | |
| 00040 | COLORS COMPOUNDS & CONSULTANTS | 1079586.29 | 63843.71 | 437239.69 | 578502.89 | | |