IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LASALLE BUSINESS CREDIT, LLC f/k/a <br> LASALLE BUSINESS CREDIT, INC., <br><br> Plaintiff, <br><br> v. <br> GARY C. GITTO, et al., <br><br> Defendants, <br> and <br><br> FLEET NATIONAL BANK, et al., <br><br> Trustee Process Defendants, <br><br> and <br><br> FIDELITY INVESTMENTS, INC., et al., <br><br> Reach-and-Apply Defendants. | Case No. 04-12227-DPW |

AFFIDAVIT OF ~~ORIN~~ OREN WHITE

~~Orin~~ OREN White, being duly sworn on oath states and affirms the following facts:

1. I am employed to handle maintenance at Gitto Global Corporation ("Gitto Global").

2. If sworn as a witness, I could competently testify to the facts stated herein.

3. On September 15, 2004, I was told by Roger DeLisle to report to Helen Kozak to help remove boxes from Gary Gitto's office. I then went to Gary Gitto's office and neither Helen Kozak nor Gary Gitto was there. I then removed 7-8 boxes from Gary Gitto's office and one box from Charles Gitto's office, along with his model airplane. I put these boxes and the airplane in the black pickup truck of ~~Gitto Global~~ OREN WHITE and as instructed by Helen Kozak, took these

Case 1:04-cv-12227-DPW    Document 144    Filed 12/06/2004    Page 2 of 2

boxes to Charles Gitto's residence. When I got to the residence, I was told by Kristan Gitto, Charles' wife, to put the boxes in the basement. Charles Gitto came down to the basement as I was unloading the boxes to make sure they were placed in the right place.

4. At the end of the day on September 16, 2004, Helen Kozak asked me to come to William Deakin's office. When I went to the office, there were 3-4 packed boxes. I saw Helen Kozak in Janice Chaisson's office putting papers in 2 boxes. She asked me to move the boxes in Deakin's and Chaisson's offices, which I loaded into the black ~~pickup truck~~ GITTO GLOBAL. Helen Kozak also requested that I go to Dean Childs' office and I saw her packing 2-3 boxes there. I was asked to load these boxes as well. As I was loading the boxes, Charles Gitto came outside and asked me to take the boxes to his home and put them on the left side of his garage. When I went to the home, the garage was open and I placed the boxes as requested in the garage.

**FURTHER AFFIANT SAYETH NOT.**

_____
~~Orin~~ White
OREN

### COMMONWEALTH OF MASSACHUSETTS

WORCESTER, ss                                                                November 19, 2004

On this 19th day of November, 2004, before me, the undersigned notary public, personally appeared Orin White, proved to me through satisfactory evidence of identification, which were ___MDL_____, to be the person whose name is signed on the preceding document, and who swore or affirmed to me that the contents of the document are truthful and accurate to the best of his/her knowledge and belief.



CHRISTOPHER MALONEY
Notary Public
Commonwealth of Massachusetts
My Commission Expires
August 28, 2009

_____
Notary Public
My commission expires _____

2

ow