IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LASALLE BUSINESS CREDIT, LLC f/k/a )<br>LASALLE BUSINESS CREDIT, INC.,       )<br>                                                                  )<br>              Plaintiff,                            )<br>      v.                                                      )<br>GARY C. GITTO, et al.,                          )<br>                                                                  )<br>              Defendants,                       )<br>      and                                                   )<br>                                                                  )<br>FLEET NATIONAL BANK, et al.,          )<br>                                                                  )<br>      Trustee Process Defendants,       )<br>                                                                  )<br>      and                                                   )<br>                                                                  )<br>FIDELITY INVESTMENTS, INC.,           )<br>et al.,                                                         )<br>                                                                  )<br>      <u>Reach-and-Apply Defendants.</u>   ) | Case No. 04-12227-DPW |

**MOTION TO EXCEED PAGE LIMITS**

LaSalle Business Credit, LLC ("LaSalle") respectfully moves this Court to allow LaSalle to file a Hearing Memorandum which exceeds the page limitation set forth in the Court's standard Pre-Trial Order.

Plaintiffs have filed and served numerous motions seeking prejudgment security. The Court has set a hearing date for December 10, 2004, and instructed the parties to use the format set forth in its standard Pre-Trial Order as a guide when preparing a Hearing Memorandum. That Pre-Trial Order limits pages to twenty pages. Because of the large number of Defendants in this matter, the numerous source of evidence, and the relief sought, LaSalle has found it necessary to exceed the limit of twenty pages. LaSalle has made a diligent effort to keep the number of pages in their papers to a minimum, however, in an effort to inform the Court of the

relevant facts and law, it has proven necessary to exceed the Court's ordered page limitations. Therefore, LaSalle believes good cause has been shown for an exception to be made to the Court's Pre-Trial Order. At present, Plaintiffs expect their Hearing Memorandum to be approximately 25 pages.

December 6, 2004

Respectfully submitted,

LASALLE BUSINESS CREDIT, LLC

By: _____
One of its attorneys

Christopher J. Panos (BBO# 555273)
Patrick W. Manzo (BBO# 651891)
Craig and Macauley Professional Corporation
Federal Reserve Plaza
600 Atlantic Avenue
Boston, MA  02210
Phone: (617) 367-9500
Fax:   (617) 742-1788

Eric S. Rein
Bret A. Rappaport
Bethany N. Schols
Schwartz, Cooper, Greenberger & Krauss, Chtd.
180 N. LaSalle Street, Suite 2700
Chicago, IL  60601
Phone: (312) 346-1300
Fax: (312) 782-8416

### Certificate of Service

I hereby certify that a true copy of the above document was served upon each other party by via either electronic means or U.S. Mail on December 7, 2004.

_____
Patrick W. Manzo

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LASALLE BUSINESS CREDIT, LLC f/k/a )<br>LASALLE BUSINESS CREDIT, INC.,       )<br>                                                                )<br>                    Plaintiff,                         )<br>         v.                                                  )<br>GARY C. GITTO, et al.,                        )<br>                                                                )<br>                    Defendants,                    )<br>         and                                              )<br>                                                                )<br>FLEET NATIONAL BANK, et al.,         )<br>                                                                )<br>         Trustee Process Defendants,   )<br>                                                                )<br>         and                                              )<br>                                                                )<br>FIDELITY INVESTMENTS, INC.,         )<br>et al.,                                                      )<br>                                                                )<br>         Reach-and-Apply Defendants.  ) | Case No. 04-12227-DPW |

## [PROPOSED] ORDER

Having found good cause, the Court grants the Plaintiffs' motion to file a Hearing Memorandum which will exceed the page limitations set forth in the Court's standard Pre-Trial Order for Trial Memorandum.

_____
United States District Court