IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LASALLE BUSINESS CREDIT, LLC f/k/a )<br>LASALLE BUSINESS CREDIT, INC.,   )<br>                                                            )<br>                         Plaintiff,           )<br>v.                                                        )<br>                                                            )<br>GARY C. GITTO, et al.,                     )<br>                                                            )<br>                         Defendants,      )<br>         and                                           )<br>                                                            )<br>FLEET NATIONAL BANK, et al.,       )<br>                                                            )<br>         Trustee Process Defendants,  )<br>                                                            )<br>         and                                           )<br>                                                            )<br>FIDELITY INVESTMENTS, INC., et al., )<br>                                                            )<br>         Reach-and-Apply Defendants.  )<br>_____ ) | Case No. 04-12227-DPW |

## APPENDIX OF DOCUMENTS TO
## AFFIDAVIT OF MATTHEW STILLWELL

Christopher J. Panos
Patrick W. Manzo
Craig and Macauley Professional Corporation
Federal Reserve Plaza
600 Atlantic Avenue
Boston, MA 02210
Phone: (617) 367-9500
Fax:    (617) 742-1788

Eric S. Rein
John L. Conlon
Bethany N. Schols
Schwartz, Cooper, Greenberger & Krauss, Chtd.
180 N. LaSalle Street, Suite 2700
Chicago, IL 60601
Phone: (312) 346-1300
Fax: (312) 782-8416

Dated: December 6, 2004

277135.1 042314-34311

**TABLE OF CONTENTS**

| Appendix Exhibit No. | Description of Document |
|---|---|
| A | Louis J. Pellegrine, Jr. Invoice |
| B | Check-Kite Spread Sheet |
| C | J&J Chemical Payable List |
| D | Summary of Checks Payable to J&J Chemical |
| E | Summary of Checks from J&J Chemical |
| F | Blank Zebulon, Velco and Hemisphere Checks |
| G | Actual Account Receivable Agings |
| H | Fictitious Account Receivable Agings |
| I | Chart detailing checks believed to be part of conspiracy |
| J | Memo to Miller from Gary Gitto re: Equitech Technologies |
| K | Excerpts from 2004 General Ledger Statements |
| L | LaSalle Borrowing Base Certificate - Miller |
| M | LaSalle Borrowing Base Certificate - Miller |
| N | LaSalle Borrowing Base Certificate – Chaisson |
| O | LaSalle Borrowing Base Certificate – Chaisson |
| P | Copies of returned checks, totaling $11,890,588 |
| Q | LaSalle Business Credit, Inc. Field Examination Summary (Audit Dates 7/23/02 – 7/26/02) |
| R | LaSalle Business Credit, Inc. Field Examination Summary (Audit Dates 11/12/02 – 11/15/02) |
| S | LaSalle Business Credit, Inc. Field Examination Summary (Audit Dates 4/14/03 – 4/17/03) |
| T | LaSalle Business Credit, Inc. Field Examination Summary (Audit Dates 8/19/03 – 8/22/03) |
| U | LaSalle Business Credit, Inc. Field Examination Summary (Audit Dates 2/10/04 – 2/13/04) |
| V | LaSalle Business Credit, Inc. Recurring Audit of Gitto Global Corporation |
| W | Hitachi Cable's confirmation of accounts receivable balances |
| X | Zebulon Industries' confirmation of accounts receivable balances |
| Y | CCCs' confirmation of accounts receivable balance |
| Z | Zebulon Industries' confirmation of accounts receivable balances |
| AA | Hemisphere Distribution's confirmation of accounts receivable balances |
| BB | Hitachi Cable's confirmation of accounts receivable balances |
| CC | J/Tan Sales' confirmation of accounts receivable balances |