IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LASALLE BUSINESS CREDIT, LLC f/k/a )<br>LASALLE BUSINESS CREDIT, INC.,   )<br>                                                                 )<br>            Plaintiff,                                       )<br>   v.                                                          )<br>                                                                 )<br>GARY C. GITTO, FRANK MILLER,       )<br>CHARLES N. GITTO, JR., NANCY         )<br>GITTO PANAGIOTES, JOHN D.             )<br>TERSIGNI, KATHLEEN M. CARLAND,  )<br>WILLIAM DEAKIN, JANICE CHAISSON,)<br>HELEN KOZAK, KINGSDALE CORP.      )<br>d/b/a J&J CHEMICAL DISTRIBUTORS,  )<br>and TRADEX CORPORATION,              )<br>                                                                 )<br>            Defendants,                                  )<br>   and                                                       )<br>                                                                 )<br>FLEET NATIONAL BANK, CLINTON    )<br>SAVINGS BANK, SOVEREIGN BANK,  )<br>COMMERCE BANK & TRUST              )<br>COMPANY, FIDELITY COOPERATIVE )<br>BANK, BANKNORTH, N.A.,                   )<br>FIDELITY INVESTMENTS, INC.,           )<br>LEOMINSTER CREDIT UNION, and    )<br>LEHMAN BROTHERS, INC.,                  )<br>                                                                 )<br>            Trustee Process Defendants,       )<br>                                                                 )<br>   and                                                       )<br>                                                                 )<br>FIDELITY INVESTMENTS, INC.,            )<br>DIRECT WOOD & PAPER PRODUCTS, )<br>INC., GITTO SALES CORPORATION      )<br>J-TAN SALES & MARKETING, INC.,     )<br>HEMISPHERE DISTRIBUTION               )<br>CORPORATION, LEHMAN BROTHERS, )<br>INC., and AWG, LLC,                                 )<br>                                                                 )<br>            Reach-and-Apply Defendants.      ) | Case No. 04-12227 DPW |

**MOTION BY NON-PARTIES CRAIG JALBERT, CHARLES L. GLERUM
AND CHOATE, HALL & STEWART TO QUASH SUBPOENAS**

The Bankruptcy Court, acting pursuant to 11 U.S.C. § 1104(d), appointed Charles L. Glerum, Esq. and the law firm of Choate, Hall & Stewart as Bankruptcy Examiner (collectively, the "Examiner") in the case titled In re Gitto Global Corporation, United States Bankruptcy Court, District of Massachusetts, Western Division, 04-45386-JBR. The Examiner is charged to investigate the affairs of Gitto Global Corporation on behalf of the Bankruptcy Court. The Examiner is not a party to this action.

This past Monday, December 6, Plaintiff LaSalle Business Credit ("LaSalle") asked the Bankruptcy Court to grant permission for Jalbert to present testimony in this action. LaSalle sought to present Jalbert's testimony on two subjects. The Bankruptcy Court denied LaSalle's motion, ruling that the Examiner and his professionals shall not give testimony.

Notwithstanding the ruling of the Bankruptcy Court, on Tuesday, December 7, LaSalle served two subpoenas ("the Subpoenas") seeking the very same testimony from Jalbert. LaSalle's Subpoenas seek to compel Mr. Jalbert to provide testimony on the same two aspects of his work on behalf of the Bankruptcy Court. LaSalle's first Subpoena is directed to "Craig Jalbert, as Custodian of Certain Records of Gitto Global." LaSalle's second Subpoena is directed to "Craig Jalbert."

Pursuant to Federal Rule of Civil Procedure 45(c)(3)(A), the Examiner moves that the Court quash the Subpoenas. The grounds for this Motion are set forth in the accompanying Memorandum In Support Of Motion By Non-Parties Craig Jalbert, Charles L. Glerum, and Choate, Hall & Stewart For An Order To Quash Subpoenas. The Subpoenas should be quashed because (I) the Bankruptcy Court has already ruled against LaSalle; (II) the Examiner is not subject to civil discovery; and (III) LaSalle should not be permitted to burden the Examiner unduly.

Attached to this Motion are the following exhibits:

A. *In re Baldwin United Corporation*, 46 B.R. 314 (Bankr. S.D. Ohio 1985);

B. *Vietnam Veterans Foundation v. Erdman*, 1987 WL 9033 at *2 (D.D.C. Mar. 19, 1987);

C. *Motion of United States Trustee to Appoint Chapter 11 Trustee*, dated Oct. 7, 2004, In re Gitto Global Corporation, Bankr. D. Mass., W. Div. (No. 04-45386-JBR);

D. *Order on Motion of the United States Trustee to Appoint a Chapter 11 Trustee, or, in the Alternative, to Appoint an Examiner Pursuant to 11 U.S.C. § 1104(c)(2)*, dated Oct. 14, 2004, In re Gitto Global Corporation, Bankr. D. Mass., W. Div. (No. 04-45386-JBR);

E. *Order Allowing Application for and Certification of Appointment of Chapter 11 Examiner*, dated Oct. 19, 2004, In re Gitto Global Corporation, Bankr. D. Mass., W. Div. (No. 04-45386-JBR);

F. *Order Authorizing The Retention Of Verdolino & Lowey, P.C. As Forensic Accountants*, dated November 11, 2004;

G. *Emergency Motion of LaSalle Business Credit LLC for an Order Authorizing the Examiner to Provide Two Affidavits of Craig Jalbert to LaSalle Business Credit LLC*, dated December 2, 2004;

H. *Interested Party William F. Deakin's Opposition to Emergency Motion of LaSalle Business Credit LLC for an Order Authorizing the Examiner to Provide Two Affidavits of Craig Jalbert to LaSalle Business Credit LLC*, dated December 3, 2004;

I. *Objection of Charles Gitto to the Emergency Motion of LaSalle Business Credit LLC for an Order Authorizing the Examiner to Provide Two Affidavits of Craig Jalbert to LaSalle Business Credit LLC*, dated December 3, 2004;

J. *Limited Opposition of Gary Gitto to Motion of LaSalle Business Credit LLC for Order Authorizing Examiner to Provide Two Affidavits of Craig Jalbert and Request for Equal Access*, dated December 3, 2004;

K. *Transcript (Unofficial) of 12/6/04 Motion Hearing*;

L. *United States Bankruptcy Court District of Massachusetts Proceeding Memorandum/Order*, dated December 6, 2004;

M. Subpoena directed to Craig Jalbert, "as Custodian of Certain Records of Gitto Global," dated December 6, 2004; and

N. Subpoena directed to Craig Jalbert, dated December 6, 2004.

**REQUEST FOR ORAL ARGUMENT**

Pursuant to Local Rule 7.1(D), the Examiner requests a hearing on this motion. The Examiner avers that oral argument may be of assistance to the Court. The Examiner requests

-3-

that this motion be heard before the preliminary injunction hearing commences in this action on December 10, 2004.

Dated: December ___, 2004

                          Respectfully submitted,
                          CRAIG JALBERT, CHARLES L. GLERUM, P.C.
                          and CHOATE, HALL & STEWART, as Chapter 11 Examiner

                          _____
                          Charles L. Glerum, P.C. (BBO# 195240)
                          Robert M. Buchanan, Jr., P.C. (BBO# 545910)
                          John F. Ventola (BBO# 567972)
                          Lisa E. Herrington (BBO# 655678)
                          CHOATE, HALL & STEWART
                          Exchange Place
                          53 State Street
                          Boston, Massachusetts 02109
                          (617) 248-5000

## CERTIFICATION

I certify, in accordance with Local Rule 7.1(A)(2), that I have conferred with counsel for LaSalle Business Credit, LLC in a good faith effort to resolve the issues raised in the above motion.

                          _____
                          Robert M. Buchanan, Jr., P.C. (BBO# 545910)

Dated: December ___, 2004

I HEREBY CERTIFY THAT A TRUE COPY OF THE ABOVE DOCUMENT WAS SERVED UPON THE ATTORNEY OF RECORD FOR EACH OTHER PARTY BY MAIL/HAND ON DATE:_____ SIGNATURE_____

-4-

3776991v1