AO 187 (Rev. 7/87) Exhibit and Witness List

# United States District Court
## DISTRICT OF MASSACHUSETTS

LaSalle Business Credit v. Gary Gitto et al

**EXHIBIT AND WITNESS LIST**

PRESIDING JUDGE: Woodlock, DJ
PLAINTIFF'S ATTORNEY:
CASE NUMBER: 04-12227
DEFENDANT'S ATTORNEY:
TRIAL DATE(S): 12-10-04
COURT REPORTER: Pam Owens
COURTROOM DEPUTY: Michelle Rynne

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| ✓ | | 12-10-04 | | | 9 new Affidavits of Robyn Merchant |
| ✓ | | | | | Affidavits of David Minardi |
| ✓ | | | | | Affidavit of Steven Snyder |
| ✓ | | | | | Affidavit of Roger Delisle |
| ✓ | | | | | Affidavit of Oren White |
| ✓ | | | | | Affidavit of Rita Bartlett |
| ✓ | | | | | Affidavit of Matthew Stillwell (#152) |
| ✓ | | (Charles Gitto) Ex.A,t | | | Collection of Documents Marked cnj Bates # 1-163 |
| ✓ | | (C. Gitto) | | | 11,10,8,7,5,3,4 from 12/1 Depo |
| ✓ | | (C. Gitto) | | | FM 011620A-03 |
| ✓ | 12-10-04 | | | | Matthew Stillwell testifies |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of ___ Pages