**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

LASALLE BUSINESS CREDIT, LLC f/k/a )
LASALLE BUSINESS CREDIT, INC.,　　 )
　　　　　　　　　　　　　　　　 )
　　　　　　Plaintiff,　　　　　　 )
　　　v.　　　　　　　　　　　　 )　Case No. 04-12227-DPW
GARY C. GITTO, et al.,　　　　　　 )
　　　　　　　　　　　　　　　　 )
　　　　　　Defendants,　　　　　 )
　　　and　　　　　　　　　　　 )
　　　　　　　　　　　　　　　　 )
FLEET NATIONAL BANK, et al.,　　　 )
　　　　　　　　　　　　　　　　 )
　　　Trustee Process Defendants,　 )
　　　　　　　　　　　　　　　　 )
　　　and　　　　　　　　　　　 )
　　　　　　　　　　　　　　　　 )
FIDELITY INVESTMENTS, INC.,　　　 )
et al.,　　　　　　　　　　　　　 )
　　　　　　　　　　　　　　　　 )
　　　Reach-and-Apply Defendants.　 )

**JOINT MOTION FOR ENTRY OF A THIRD ORDER SUPPLEMENTING
THE PRELIMINARY INJUNCTION PRESERVING THE STATUS QUO**

Plaintiff LaSalle Business Credit f/k/a LaSalle Business Credit, Inc. ("LaSalle") and

Defendant Helen Kozak ("Kozak") request that the Court enter an Order, in the form submitted

herewith, supplementing the *Preliminary Injunction Preserving the Status Quo* entered by the

Court on November 5, 2004. In support hereof, LaSalle states the following:

1.　　　On November 5, 2004, Judge Woodlock entered an injunction to preserve the

status quo of Kozak's assets. The injunction allowed Kozak to make certain

specific uses of her assets in order to pay usual and ordinary living and legal

expenses.

2.　　　Ms. Kozak has, with the consent of LaSalle and the Court, recently sold certain

real estate and now proposes to use $15,000 of proceeds from that sale to defray

certain legal expenses.  LaSalle has no objection to this proposal.

3.      Kozak and LaSalle have agreed upon the terms and language of the attached third

supplement to the *Preliminary Injunction Preserving the Status Quo.*

Wherefore, LaSalle requests that the Court enter an Order supplementing the *Preliminary*

*Injunction Preserving the Status Quo* in the form attached hereto.


December 17, 2004                                    Respectfully submitted,


**LASALLE BUSINESS CREDIT, LLC**          **HELEN KOZAK**



By:  /s/ Patrick W. Manzo                        By:   /s/ David M. Losier
Christopher J. Panos (BBO# 555273)        David M. Losier, Esq.
Patrick W. Manzo (BBO# 651891)           Burns & Levinson LLP
Craig and Macauley Professional Corporation   125 Summer Street
Federal Reserve Plaza                            Boston, MA 02110-1624
600 Atlantic Avenue                              Phone: 617-345-3694
Boston, MA  02210                                Fax: 617-345-3299
Phone: (617) 367-9500
Fax:   (617) 742-1788

Eric S. Rein
Bret A. Rappaport
Bethany N. Schols
Schwartz, Cooper, Greenberger & Krauss,
Chtd.
180 N. LaSalle Street, Suite 2700
Chicago, IL  60601
Phone:  (312) 346-1300
Fax:  (312) 782-8416

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| LASALLE BUSINESS CREDIT, LLC f/k/a )<br>LASALLE BUSINESS CREDIT, INC.,　　　)<br>　　　　　　　　　　　　　　　　　　)<br>　　　　　　　Plaintiff,　　　　　　)<br>　　　v.　　　　　　　　　　　　　　)<br>GARY C. GITTO, et al.,　　　　　　　)<br>　　　　　　　　　　　　　　　　　　)<br>　　　　　　　Defendants,　　　　　)<br>　　　and　　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　　　)<br>FLEET NATIONAL BANK, et al.,　　　　)<br>　　　　　　　　　　　　　　　　　　)<br>　　　Trustee Process Defendants,　　)<br>　　　　　　　　　　　　　　　　　　)<br>　　　and　　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　　　)<br>FIDELITY INVESTMENTS, INC.,　　　　)<br>et al.,　　　　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　　　)<br>　　　Reach-and-Apply Defendants.　 ) | Case No. 04-12227-DPW |

**THIRD SUPPLEMENT TO PRELIMINARY
INJUNCTION PRESERVING THE STATUS QUO**

By agreement of the affected parties it is hereby ORDERED that the *Preliminary Injunction Preserving the Status Quo* ("Injunction") entered on November 5, 2004, is hereby modified to include the following:

**HELEN KOZAK**

Notwithstanding any other provision of the Injunction to the contrary, Defendant Helen Kozak may spend up to $15,000 of proceeds derived from the sale of her primary residence, located at 87 Greenwood Place, Gardner, Massachusetts, on or about December 1, 2004 , provided that such expenditure is solely to pay legal expenses.

4

Dated: _____


_____

United States District Judge