IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LASALLE BUSINESS CREDIT, LLC f/k/a )<br>LASALLE BUSINESS CREDIT, INC.,    )<br>                                                              )<br>            Plaintiff,                               )<br>    v.                                                   )<br>GARY C. GITTO, et al.,                   )<br>                                                              )<br>            Defendants,                         )<br>    and                                                 )<br>                                                              )<br>FLEET NATIONAL BANK, et al.,     )<br>                                                              )<br>    Trustee Process Defendants,      )<br>                                                              )<br>    and                                                 )<br>                                                              )<br>FIDELITY INVESTMENTS, INC.,       )<br>et al.,                                                  )<br>                                                              )<br>    Reach-and-Apply Defendants.  ) | Case No. 04-12227-DPW |

### THIRD SUPPLEMENT TO PRELIMINARY
### INJUNCTION PRESERVING THE STATUS QUO

By agreement of the affected parties it is hereby ORDERED that the *Preliminary Injunction Preserving the Status Quo* ("Injunction") entered on November 5, 2004, is hereby modified to include the following:

**HELEN KOZAK**

Notwithstanding any other provision of the Injunction to the contrary, Defendant Helen Kozak may spend up to $15,000 of proceeds derived from the sale of her primary residence, located at 87 Greenwood Place, Gardner, Massachusetts, on or about December 1, 2004, provided that such expenditure is solely to pay legal expenses.

3

Dated: *December 20, 2004*

_____
United States District Judge

4