CRAIG AND MACAULEY
PROFESSIONAL CORPORATION
COUNSELLORS AT LAW

FEDERAL RESERVE PLAZA
600 ATLANTIC AVENUE
BOSTON, MASSACHUSETTS 02210
TELEPHONE (617) 367-9500
TELECOPIER (617) 742-1788

pmanzo@craigmacauley.com

December 16, 2004

**BY ELECTRONIC MAIL AND U.S. MAIL**

Ms. Michelle Rynne
Courtroom Clerk to Judge Douglas P. Woodlock
John Joseph Moakley Courthouse
United State District Court
1 Courthouse Way
Suite 2300
Boston, MA 02210

RE:    LaSalle Business Credit, LLC v. Gary Gitto, et al. 04-12227-DPW

Dear Ms. Rynne:

At the hearing on December 10, 2004, Judge Woodlock ordered the parties to designate and submit those portions of the deposition transcripts of Michael Tenaglia, Robert Paulhus, and Thomas Doherty (the "Transcripts") that the parties desired the Court to consider relative to the hearing.

I have conferred with counsel and attach hereto portions of the Transcripts identified by LaSalle Business Credit, LLC, Charles N. Gitto, Jr., and Tradex Corporation. I have also annotated thereon the objections of Charles N. Gitto, Jr., and Tradex Corporation to a portion of the deposition transcript of Thomas Doherty.

I have not filed the enclosed in order to avoid cluttering the docket. Please advise me if the Court desires that these documents be filed and docketed. Copies of the complete transcripts were handed up to the Court at the December 10 hearing.

Thank you for your assistance.

Best regards,

/s/  Patrick W. Manzo

Enclosures
PWM/jlt

cc:    All counsel of record and unrepresented parties on the attached service list (by electronic mail or U.S. Mail)

**SERVICE LIST**
**LaSalle Business Credit, LLC**
**United States District Court**
**District of Massachusetts**
**C.A. No.  04-12227(DPW)**

David L. Kelston, Esq.
Adkins Kelston & Zavez, PC
90 Canal Street
Boston, MA 02114
dkelston@akzlaw.com

David M. Losier, Esq.
Burns & Levinson LLP
125 Summer Street
Boston, MA 02109
dkelston@akzlaw.com

Edward W. McIntyre, Esq.
162 Church Street
Clinton, MA 01510-2500
EdwardWMcIntyre@comcast.net

Ian Crawford, Esq.
Todd & Weld LLP
28 State Street
Boston, MA 02109
icrawford@toddweld.com

John D. Tersigni                    By U.S. Mail
24 Field Road
Leominster, MA 01453

Max D. Stern, Esq.
Stern, Shapiro, Weissberg & Garin, LLP
90 Canal Street
Boston, MA 02114
mdstern@sswg.com

Michael B. Galvin, Esq.
Dwyer & Collora LLP
600 Atlantic Avenue
Boston, MA 02210
mgalvin@dwyercollora.com


Michelle R. Peirce, Esq.
Donoghue Barrett & Singal, P.C.
One Beacon Street, Suite 1320
Boston, MA 02108-3113
mpeirce@dbslawfirm.com

Stephen M. Rodolakis, Esq.
MacCarthy Pojani & Hurley LLP
446 Main Street
Worcester, MA 01608
srodolakis@mphllp.com

William T. Harrington, Esq.
Glynn Landry Harrington & Rice LLP
10 Forbes Road
Braintree, MA 02184
wharrington.glhr@verizon.net