UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LASALLE BUSINESS CREDIT, LLC f/k/a<br>LASALLE BUSINESS CREDIT, INC.,<br><br>    Plaintiff,<br><br>  v.<br><br>GARY C. GITTO, FRANK MILLER,<br>CHARLES N. GITTO, JR., NANCY<br>GITTO PANAGIOTES, JOHN D.<br>TERSIGNI, KATHLEEN M. CARLAND,<br>WILLIAM DEAKIN, JANICE CHAISSON,<br>HELEN KOZAK, KINGSDALE CORP.<br>d/b/a J&J CHEMICAL DISTRIBUTORS,<br>and TRADEX CORPORATION,<br><br>    Defendants,<br><br>  and<br><br>FLEET NATIONAL BANK, CLINTON<br>SAVINGS BANK, SOVEREIGN BANK,<br>COMMERCE BANK & TRUST<br>COMPANY, FIDELITY COOPERATIVE<br>BANK, BANKNORTH, N.A..,<br>FIDELITY INVESTMENTS, INC.,<br>LEOMINSTER CREDIT UNION, and<br>LEHMAN BROTHERS, INC.,<br><br>  Trustee Process Defendants,<br><br>  and<br><br>FIDELITY INVESTMENTS, INC.,<br>DIRECT WOOD & PAPER PRODUCTS,<br>INC., GITTO SALES CORPORATION,<br>J-TAN SALES & MARKETING, INC.,<br>HEMISPHERE DISTRIBUTION<br>CORPORATION, LEHMAN BROTHERS,<br>INC., and AWG, LLC,<br><br>  Reach-and-Apply Defendants. | Case No. 04-12227-DPW |

**DEFENDANT KATHLEEN M. CARLAND'S MOTION TO STAY**

The defendant Kathleen M. Carland ("Carland") hereby respectfully moves this honorable court to stay this case as to the claims against her (except for the present preliminary injunction matters). In support, Carland relies on the accompanying Memorandum in Support.

### Local Rule 7.1(A)(2) Certification

Pursuant to Local Rule 7.1(A)(2), undersigned counsel certifies that she has conferred with counsel for plaintiff and attempted in good faith to resolve the issues raised in this motion.

KATHLEEN M. CARLAND,
By her attorney,

_/s/    Michelle R. Peirce_
Bruce A. Singal, BBO #464420
Michelle R. Peirce, BBO #557316
Donoghue, Barrett & Singal, P.C.
One Beacon Street, Suite 1320
Boston, MA  02108
(617) 720-5090

Dated:   December 29, 2004

### CERTIFICATE OF SERVICE

I, Michelle R. Peirce, hereby certify that I have caused copies of the foregoing document to be served upon counsel of record, by first class mail, postage prepaid, this 29th day of December, 2004.

_/s/    Michelle R. Peirce_
Michelle R. Peirce