2

1    APPEARANCES (Con'd):

2       MAX D. STERN, ESQ., Stern, Shapiro, Weissberg &
        Garin, 90 Canal Street, Boston, Massachusetts
3       02114, on behalf of Gary C. Gitto, Defendant

4       JULIANE BALLIRO, ESQ. AND BARBARA S. GREEN
          WHITBECK, ESQ., Perkins, Smith & Cohen, LLP,
5       One Beacon Street, Boston, Massachusetts  02108,
        on behalf of Charles N. Gitto, Defendant

6
        WILLIAM T. HARRINGTON, ESQ., Glynn, Landry,
7         Harrington & Rice, LLP, Ten Forbes Road,
        Suite 270, Braintree, Massachusetts 02184,
8         on behalf of William Deakin, Defendant

9       ROBERT M. BUCHANAN, JR., ESQ., Choate, Hall &
        Stewart, Exchange Place, 53 State Street,
10        Boston, Massachusetts  02109-2804, on behalf
        of Defendant

11
        DAVID M. LOSIER, ESQ., Burns & Levinson,
12        125 Summer Street, Boston, Massachusetts  02110,
        on behalf of Defendant

13
        JOHN CONLON, ESQ., Pro Hac Vice

14

15

16

17

18                    Courtroom No.  1 - 3rd Floor
                    1 Courthouse Way
19                    Boston, Massachusetts 02210
                    9:20 A.M. - 12:00 P.M.
20

21
                Pamela R. Owens - Official Court Reporter
22            John Joseph Moakley District Courthouse
                1 Courthouse Way - Suite 3200

Boston, Massachusetts 02210

24

Method of Reporting:  Computer-Aided Transcription

25

3

1              MATTHEW STILWELL, SWORN

2                  CROSS-EXAMINATION

3          THE COURT:  You may inquire.

4      BY MS. BALLIRO:

5      Q    Sir, would you please identify yourself?

6      A    Matthew Stilwell.

7      Q    And where are you employed?

8      A    LaSalle Business Credit.

9      Q    And for how long have you been employed at LaSalle

10    Business Credit?

11    A    I've been at LaSalle for three years, and I have

12    tenure for about seven years with an acquisition of

13    Mellon Business Credit.

14    Q    And what are your duties at LaSalle?

15    A    I am the Regional Audit Manager for the northeast

16    portion of the country.

17    Q    And did you, in fact, conduct some audit

18    examinations in connection with this matter?

19    A    Yes, I did.

20    Q    Sir, I want to direct your attention to an

21    affidavit. It's one of several that you prepared in

22    connection with this litigation, --

23    A    Okay.

24    Q    -- specifically an affidavit dated December 6th of

25    2004.

4

1         THE COURT: Do the plaintiffs have a copy that

2    you can put up --

3    Q    Mr. Stilwell, I want to direct your attention to

4    paragraph 18 on page four of that affidavit.

5    A    Okay.

6    Q    If you'd look just at the end of the preceding

7    paragraph (17), you wrote that you made a chart of

8    certain checks that you incorporated into an Appendix

9    Exhibit Number "I". Do you see that?

10    A    Yes.

11    Q    Are you familiar with Exhibit Number I?

12    A    I saw it. I think I am. I just want to make sure.

13    Q    Do you recall if Exhibit I was also an exhibit

14    that's marked as number 7 to your deposition?

15    A    Okay, probably a listing involving disbursements.

16         MS. BALLIRO: May I approach the witness, Your

17    Honor?

18         THE COURT: Yes.

19     Q    I'm just going to place a document before you, sir.

20     A    Correct.

21     Q    Take a moment to examine it. Can you tell me if

22         that looks like Exhibit I to your affidavit?

23     A    Yes. That is it.

24     Q    Okay. If you could just keep that in front of you.

25         I want to direct your attention first, sir, to sub-

5

1         paragraph (b) of paragraph 18 --

2     Q    Correct.

3     Q    -- of your affidavit. And subparagraph (b) states

4         that Tradex and Tradex International received funds -- I

5         believe you're saying these are in the years 2004 and

6         2004 -- interest payments of 230,090; do you see that?

7     A    Right.

8     Q    Okay. And that was based upon checks that you

9         found during the course of your investigation; is that

10        right?

11     A    To actually base it -- to actually categorize it as

12        interest payments and prepaid rent, consulting fees, and

13        then the other unaccounted disbursements, the first

14         three -- oh, excuse me -- the first two interest

15        payments and rent, to be categorized under those

16         definitions were specific to the general ledger.

17    Q   Okay.

18    A   That's what actually was reflected on the general

19    ledger.

20    Q   Okay.  So there were -- did you find checks payable

21    to Tradex and Tradex International for interest payments

22    in the total amounts of 230,090?

23    A   From the standpoint of -- I found several checks

24    payable to Tradex International, as you can see on my

25    exhibit.  Several of the checks to Tradex and Tradex

6

1    International had no supporting documentation to the

2    check.

3    Q   Okay.

4    A   So it's tough for me to actually cross-reference

5    the check amount of what the check was for back to what

6    the categorization it was on the general ledger.

7    Q   All right.  Let's focus for a moment just on the

8    checks.

9    A   Okay.

10    Q   Okay.  Did you actually physically go through a

11    series of checks?

12    A   Yes.

13    Q   Okay.  And these were checks that had been returned

14    from the bank?

15   A   Yes, canceled checks.

16   Q   And they were contained in bank statements located

17   at the Gitto Global Headquarters; is that correct?

18   A   Correct.

19   Q   And you went through checks and you found -- well,

20   strike that.  You also looked at a disbursement ledger

21   or journal; is that correct?

22   A   There was a disbursement register, too, within the

23   subsidiary records.

24   Q   Okay.  So you didn't create Exhibit Number I?  This

25   was something that you retrieved from Gitto Global

7

1   Headquarters?

2   A   This here?

3   Q   Yes.

4   A   I created this.

5   Q   You created it?

6   A   Yes.  I went through every canceled check and I

7   made photocopies of them and I created this listing.

8   Q   Okay.  And what caused you to categorize the

9   230,090 appearing in subparagraph (b) of paragraph 18 as

10   interest payments to Tradex and Tradex International?

11   A   That's the way it was categorized under the general

12   ledger.

13    Q    Okay.  And the general ledger was a document that

14    you used in preparing Exhibit Number I?

15    A    Exhibit Number I -- this exhibit?

16    Q    This exhibit.

17    A    No.  What I used to prepare this was actually the

18    canceled checks, the monthly canceled checks that went

19    through with the bank statements.

20    Q    Okay.  So the figure in the designation "Interest

21    Payments" that appears in your affidavit is based upon a

22    ledger that you found or located at Gitto Global?

23    A    Yes, their records.

24    Q    But Exhibit Number I is based actually upon checks

25    that you --

8

1    A    On a compilation of the disbursements, yes.

2    Q    When you say a compilation of the disbursements,

3    let's just be clear for the record.  You're talking

4    about checks?

5    A    Checks, correct.

6    Q    Now, did you receive or have you received in

7    connection with this litigation any invoices from Tradex

8    in any of the amounts that match or equal the checks you

9    have listed on Exhibit I --

10    A    No.

11   Q    In the category of interest payments?

12   A    No.

13   Q    Okay.  Did you ever ask to see those?

14   A    Yes, I did.  But the person who was handling the

15   the payables, Rita Barlett, was on vacation that week

16   when I was in there.  So I didn't -- I looked in the

17   drawer and I didn't actually see any invoices for

18   Tradex.

19   Q    All right.  Do you know if there -- as you sit here

20   today, do you know whether there were any invoices from

21   Tradex reflecting interest due on loans to Tradex from

22   Gitto Global?

23   A    No.

24   Q    And if you don't know whether they exist, you don't

25   know in what amounts, correct?

9

1   A    Correct.  Now -- well, from the standpoint of what

2   amounts particularly, no.  Like I said, this amount here

3   was derived from -- they're actually a general ledger.

4   Q    Okay.  The next category of documents or numbers,

5   consulting fees of $34,000.

6   A    Correct.

7   Q    Where does that $34,000 number come from?

8   A    I think that that also was designated on the

general ledger as consulting fees to Tradex.

10  Q  Okay.

11  A  I can't really recall specifically if it was from

12  there or I did actually see one individual check that I

13  was able to identify based on some sort of backup that I

14  would have had or through interview at a later point

15  in time. But I can't recall consulting fees was

16  specifically identified on the general ledger or not. I

17  could find out.

18  Q  Okay. Did the general ledger break down the checks

19  and the check numbers that accounted for the total

20  amount?

21  A  No. The subsidiary -- the cash disbursement record

22  journal would, but it wouldn't have a reason as to what

23  the checks were for.

24  Q  Okay. So the cash disbursements journal identified

25  the check numbers that went with those particular

10

1  categories?

2  A  Correct.

3  Q  Okay. And did you go to the cash disbursements

4  journal to locate the check numbers for the items that,

5  for example, appeared under consulting fees number you

6  you put in your affidavit?

7    A    Let me restate that. The cash disbursement journal

8    isn't by type of disbursement. It's by just check

9    number and who the payee is.

10    Q    All right.

11    A    So you can't tell what the actual disbursement is

12    for by looking at the cash disbursements journal.

13    Q    Okay. So, for example, the cash disbursements

14    journal doesn't contain a category called Consulting

15    Fees?

16    A    Right.

17    Q    Basically, these totals here would have been

18    derived by either Bill Deakin or Frank Miller when they

19    prepared the general ledger. And that's where they're

20    spelled out, interest payments and rent and so forth.

21    As I do recall, there were some backup invoices from the

22    standpoint of the rent that was paid on Tradex, a few of

23    them. But other than that, obviously with the amount of

24    checks that I saw, there was another Tradex file

25    somewhere that I could not locate.

11

1    A    Well, was it your understanding --

2         MS. BALLIRO: And, Your Honor, I actually

3    believe we have a stipulation on this.

4    A    And those are probably at the ones that were just

5    loose, I think, on Rita Bartlett's desk or in her "in"

6    box or --

7    Q    Okay.  Well, let's back up for one moment.

8    A    Okay.

9    Q    Was it your understanding that Gitto Global had a

10    lease agreement with Tradex for the payment of rent --

11    A    Yes, it was.

12    Q    -- for which they occupied?

13    A    Yes, it was that -- yes, it was.

14    Q    And did you ever see a copy of the written lease

15    agreement?

16    A    No.

17    Q    Did you ever ask to see a copy of the written

18    lease agreement?

19    A    Me personally, no.

20        MS. BALLIRO:  Your Honor, if we could have a

21    stipulation that there was a written lease agreement

22    between Tradex and Gitto Global for monthly payments in

23    the amount of $31,085.93?

24        THE COURT:  All right.  Is that agreeable?

25        MR. REIN:  I'll stipulate that there's a

12

1    written lease agreement.  I don't think that's what the

2    number is.  I have seen correspondence where they are

3    changing the amount. The agreement the lease, if she

4    wants to submit it later on, we have no objection to it.

5         MS. BALLIRO:  I'll do that, Your Honor.

6         THE COURT:  All right.

7         MS. BALLIRO:  There were some amendments to

8    the lease. I'll submit the entire packet.

9         THE COURT:  All right.

10        BY MS. BALLIRO:

11   Q    Well, at some point, did you come to the

12   understanding at some point during your investigation

13   that the monthly rent payments made by Gitto Global to

14   Tradex were in the approximate amount of $31,000 a

15   month?

16   A    I had seen checks of those amounts.  As a matter of

17   fact, I think they are included in my schedule.

18   Q    Okay. And is that the prepaid rent figure you have

19   in the amount of $217,061?

20   A    Is that part of those -- of these checks being

21   disbursed?  Yes, that would be related to that number.

22   Q    Okay. So, was there anything other than the

23   $31,000 checks that you saw in this ledger or that you

24   saw checks for that you included in your prepaid rent

25   figure of 217,061 in paragraph (b) of subparagraph --

1    A    Well, let's backtrack again. I didn't compile this

2    total.  This total was in the general ledger.  This was

3    -- like I said, it was compiled by the comptroller or

4    the CFO when they did the books and records.

5    Q    All right.  Well, let's back up for a moment.  My

6    question to you simply is:  Does that prepaid rent

7    figure of $217,061 --

8    A    Right.

9    Q    -- that appears in subparagraph (b), paragraph

10    (18) of your affidavit --

11    A    Yes.

12    Q    -- does that represent a compilation of those

13    $31,000 or so checks that appeared in that ledger?  Did

14    you ever add them up to see if they added up?

15    A    No, no.

16    Q    You never added them up?

17    A    No.  I never added them up.  No.  Because the

18    checks that I've scheduled here go back for two years.

19    It would be tough for me to identify which checks were

20    in this number.  I would need to see Bill Deakin's work

21    paper as to how he compiled this number.

22    Q    Okay.  Without Bill Deakin's work paper --

23    A    Or Frank Miller, whoever it was.

24    Q    -- did you see any individual checks, lump sum

25    checks in the amount of about $217,000?

14

1    A    No, I did not see one check for $217,000.

2    Q    And where did the designation "prepaid rent" come

3    from?

4    A    The designation prepaid rent?

5    Q    Yes.

6    Q    You'd have as to ask Bill Deakin.  Obviously,

7    that's an accounting term.  Prepaid rent normally is

8    rent that is prepaid before it's due.

9    Q    Did it come from the disbursement ledger?

10   A    No.

11   Q    Where did it come from?

12   A    It came from the general ledger.

13   Q    The general ledger?

14   A    Account.

15   Q    Okay.  So you pulled that designation right off the

16   general ledger?

17   A    Correct.

18   Q    Your next category is Consulting Fees?

19   A    Correct.

20   Q    Consulting fees of $34,000?

21   A    Correct.

22   Q    Where did you get the designation and the amount of

23   the consulting fees listed in subparagraph (b) of

24   paragraph (18)?

25   A    I've already said I can't really recall.  But I

15

1    would think that -- I'm pretty sure that was also the

2    designation of the general ledger. I mean, it could

3    have possibly been on a check, but I think it's actually

4    -- no, that wasn't a general ledger designation. I can

5    remember now. I could be confident on that.

6    Q   Okay. And did the general ledger both designate

7    the category and the amount, the total amount of

8    $34,000?

9    A   Correct.

10   Q   And was there any indication on any of the other

11   records that you looked at that indicated what these

12   consulting fees were for?

13   A   No.

14   Q   Did you locate any document that indicated --

15   A   No.

16   Q   -- what the consulting fees were for? And over

17   what period of time were these consulting fees paid?

18   A   I could not tell you.

19   Q   Okay. You have a final category here in sub-

20   paragraph (b) of paragraph (18) entitled "Unaccounted

21   for Disbursements" --

22   A   Correct.

23   Q   -- of 134 thousand -- excuse me -- 546; do you see

24   that?

16

1   Q   Now, was there a category as with the other

2   categories in subparagraph (b) called, "Unaccounted for

3   Disbursements" in the general ledger?

4   A   No.  I think that with the unaccounted

5   disbursements were is the differential between the

6   checks that I had actually identified that cleared the

7   bank to Tradex and the actual amounts that were

8   categorized in the general ledger.

9   Q   Okay.  How did you --

10   A   So, in theory -- and I'd have to run a tape on

11   this.  But if you were to look at the Tradex checks, I

12   think that the differential would lie in the difference

13   between the Tradex disbursements.  I'd have to actually

14   recheck this.  I'm not positive that I actually picked

15   up the interest payments if they were actually paid via

16   through check or not.  Because as I'm looking at the

17   disbursements that were scheduled and to look at the

18   time frame involved on these disbursements, how they

19   were related to these numbers here, it looks as if

20   the disbursements include the prepaid rent.  From the

21   standpoint of the interest payments, that could possibly

22   have been done through wire versus actual checks,

23  because the only other disbursements I'm looking at on

24  the Tradex, which all pretty much in total have the

25  amount of $3125, probably close to around 40 or 50 of

17

1   them, I would have to think that that would be the

2   unaccounted disbursements and that the interest payments

3   were paid in a different method than checks.  But I'm

4   not sure.

5   Q   Okay.  And you say you would have to think that.

6   What led you to say you would have to think that the

7   payments that are set forth on Exhibit I to your

8   affidavit are not, in fact, interest payments?

9   A   I'm sorry?  On this exhibit here?

10  Q   Yes.

11      A   Yeah.  I'm just -- I'm just --

12  Q   Assuming it?

13      A   -- assuming it, right --

14  Q   So your --

15      A   -- at this point in time because the records that I

16  have gone through when I was out there, obviously, Mr.

17  Deakin wasn't with with the company any more and neither

18   was Mr. Miller or the Gittos.

19  Q   I understand that, sir.  But what you've testified

20  to is that you're assuming that the checks -- for

2    example, the checks that appear in Exhibit F to your

22    affidavit in the amount of $3,125 -- are not interest

23    payments made from Gitto Global to Tradex, but fall into

24    some other category that you've created called

25    Unaccounted for Disbursements.  Is that correct or not

18

1    correct, sir?

2    A    Or it could be vice versa.

3    Q    Or it could be that.  But you're assuming that as

4    well, correct?

5    A    Well, obviously, yes.  I'm assuming that.

6    Q    I see.

7    A    Because I told you that the --

8    Q    Sir, there is no question before you.

9    A    Okay.  Thank you.

10    Q    Did you make similar assumptions under subparagraph

11    (c) of paragraph (18) with respect to Charles Gitto?

12    A    Yes.

13    Q    So you don't know if, for example, the unaccounted

14    for disbursements you set forth in paragraph sub (c) in

15    paragraph -- subparagraph (c) of paragraph (18) of your

16    affidavit in the amount of $320,948 might also fall into

17    one of the other categories you've listed in that sub-

18    paragraph?

19    A    Interest payments and consulting fees?

20    Q    Yes.

21    A    Well, interest payments and consulting fees were

22    identified as such.

23    Q    On the general ledger?

24    A    Correct. Then I had all the the other

25    disbursements that had no supporting documentation.


19

1    Q    Now, when you say they had no supporting

2    documentation, are you saying that the supporting

3    document wasn't attached to the disbursements journal?

4    A    There was no -- there was no invoice to support the

5    checks.

6    Q    Okay. So, with respect to the documents that you

7    had available at your disposal, you could find no

8    invoices to back up the checks that were written --

9    A    Correct.

10    Q    -- you've put in the unaccounted for disbursements

11    category?

12    A    Yes.

13    Q    Okay. So you don't know if they were legitimate

14    disbursements, correct?

15    A    Correct.

16    Q    And you don't know if they were illegitimate

17    disbursements, correct?

18    A    Correct.

19    Q    You're just saying that you couldn't account for

20    those disbursements?

21    A    Correct.

22    Q    Because you couldn't locate the backup that went

23    with those disbursements?

24    A    Correct.

25    Q    Now, when you looked at the general ledger, did

                                    20

1    you -- was there any backup attached or contained in

2    whatever folder or location where you found the general

3    ledger with respect to any of the items contained in

4    that ledger?

5    A    No.

6    Q    And when you went to the checks, did you attempt to

7    pull out all of the checks that were written to Charles

8    Gitto?

9    A    Yes.

10    Q    Okay.  And did you, in fact, segregate those off

11    into separate categories?

12    A    Right on -- it's right on the first page listed

13    here.

14    Q    Okay.  So, if you look at subparagraph (c) of

15    paragraph (16) of your affidavit, what that represents

16    is actual checks that you located that were written out

17    to Charles N. Gitto?

18    A    Correct.

19    Q    Okay.  And some of them had a notation somewhere on

20    the check that they were interest payments?

21    A    No.

22    Q    Okay.  So, how did you determine which checks that

23    were made out to Charles Gitto were for interest

24    payments?

25    A    The interest payments were designated on the

21

1    general ledger just as they were for Tradex

2    International.

3    Q    Okay.  But did the general ledger include check

4    numbers?

5    A    No.

6    Q    So, how did you know that the check numbers that

7    you chose to match up to the items in the general ledger

8    that were designated as interest payments were actually

9    those checks?

10    A    I could not match them up.

11    Q    Well, then how did you arrive at the number for

12    interest payments?

13    A    Well, what -- no, it designated in the general

14    language what the check was for, namely interest

15    payments just like with Tradex.

16    Q    So there was no check number in the general ledger?

17    A    Correct.

18    Q    Okay.

19    A    This is a general ledger categorization of a

20    disbursement.

21    Q    My question for you, sir, is:  If there was no

22    notation on the checks, how did you determine which

23    checks went into the interest payments category for

24    purposes of your --

25    A    I didn't -- I didn't try to determine if a check

22

1    was in that category or try to do a reconciliation

2    between what check was disbursed versus what that

3    category amount is.  This is what was categorized on

4    their general ledger.  I assumed again that basically if

5    they categorized $10,000 in interest payments that went

6    out to Charlie Gitto and 44,000 in consulting fees, that's

7    all the general ledger was spelling out in disbursements

8    to him as the payee.  I took the difference between that

9    and all the unsupported checks that were of the canceled

10    checks that I've schedule out here and said that they're