## AMENDMENT OF LEASE

This amends the Agreement of Lease ("the Lease"), dated September 18, 1992, between THE GITTO CORPORATION (now known as "Tradex ~~Acquisition~~ Corporation") and GLOBAL PRODUCTS CORPORATION (now known as "Gitto/Global Corporation").

The parties agree as follows:

1. For the period March 1, 1995, and thereafter, the "Rental", as set forth at paragraph two of the Lease shall be increased to the amount of Thirty-one Thousand Eighty-five ($31,085.00) Dollars per month.

In all other respects, the Lease shall remain unchanged, and in full force and effect.

Executed as a sealed instrument as of this  1ST  day of March, 1995.


TRADEX ACQUISITION CORPORATION        GITTO/GLOBAL CORPORATION
(Landlord)                            (Tenant)

By _____          By _____
   Its President                         Its President


lit.g/G1532.100/mpa86/lease.am95