### EXHIBIT A - BUSINESS AND COLLATERAL LOCATIONS

Attached to and made a part of that certain Loan and Security Agreement of even date herewith between GITTO GLOBAL CORPORATION ("Borrower") and LASALLE BUSINESS CREDIT, INC. ("Lender").

A.    Borrower's Business Locations (please indicate which location is the principal place of business and at which locations originals and all copies of Borrower's books, records and accounts are kept).

    1.    140 Leominster-Shirley Road, Lunenburg, MA 01462 (Main Corporate Office)

    2.

    3.

B.    Other locations of Collateral (including, without limitation, warehouse locations, processing locations, consignment locations) and all post office boxes of Borrower. Please indicate the relationship of such location to Borrower (i.e. public warehouse, processor, etc.).

    1.    232 Airport Road, Fitchburg, MA 01420 (Warehouse Facility)

    2.

    3.

C.    Bank Accounts of Borrower (other than those at LaSalle Bank National Association):

| | Bank (with address) | Account Number | Type of Account |
|---|---|---|---|
| 1. | Fleet Bank<br>1 Main Street<br>Leominster, MA 01453 | 9418508136 | Blocked Account |
| 2. | Fleet Bank<br>1 Main Street<br>Leominster, MA 01453 | 005467425 | Payroll Account |
| 3. | | | |

## EXHIBIT B - Compliance Certificate

Attached to and made a part of that certain Loan and Security Agreement, as it may be amended in accordance with its terms from time to time, including all exhibits attached thereto (the "Agreement") of even date herewith between GITTO GLOBAL CORPORATION ("Borrower") and LASALLE BUSINESS CREDIT, INC. ("Lender").

This Certificate is submitted pursuant to paragraph 11(b) of the Agreement.

The undersigned hereby certifies to Lender that as of the date of this Certificate:

1.    The undersigned is the _____ of the Borrower.

2.    There exists no event or circumstance which is or which with the passage of time, the giving of notice, or both would constitute an Event of Default, as that term is defined in the Agreement, or, if such an event or circumstance exists, a writing attached hereto specifies the nature thereof, the period of existence thereof and the action that Borrower has taken or proposes to take with respect thereto.

3.    No material adverse change in the condition, financial or otherwise, business, property, or results of operations of Borrower has occurred since the date of the last Compliance Certificate or the date last financial statements delivered prior to closing, whichever is more recent, or, if such a change has occurred, a writing attached hereto specifies the nature thereof and the action that Borrower has taken or proposes to take with respect thereto.

4.    Borrower is in compliance with the representations, warranties and covenants in the Agreement, or, if Borrower is not in compliance with any representations, warranties or covenants in the Agreement, a writing attached hereto specifies the nature thereof, the period of existence thereof and the action that Borrower has taken or proposes to take with respect thereto.

5.    The financial statements of the Borrower being concurrently delivered herewith have been prepared in accordance with generally accepted accounting principles consistently applied and there have been no material changes in accounting policies or financial reporting practices of the Borrower since the date of the last Compliance Certificate or the date last financial statements delivered prior to closing, whichever is more recent or, if any such

change has occurred, such changes are set forth in a writing attached hereto.

28.    6.    Attached hereto is a true and correct calculation of the financial covenants contained in the Agreement.

BORROWER:

GITTO GLOBAL CORPORATION

By:    _____(SEAL)
      Name: _____
      Title: _____

## SCHEDULE 1

### LIFE INSURANCE POLICIES

| INSURER | POLICY NO. | INSURED | OWNER |
|---|---|---|---|
| Jefferson-Pilot Life Insurance Company | JC5105478 | Frank Miller | Gary Gitto |
| Jefferson-Pilot Life Insurance Company | JC5105479 | Gary Gitto | Frank Miller |
| First Colony Life Insurance Company | 2,958,202 | Gary Gitto | Frank Miller |
| GE Life and Annuity Assurance Company | N02757323 | Frank Miller | Gary Gitto |

## SCHEDULE 1.1

## <u>PERMITTED LIENS</u>

**[None]**

## SCHEDULE 11(i)

## <u>AFFILIATE TRANSACTIONS</u>

**[None]**

## SCHEDULE 11(j)

### NAMES AND TRADENAMES

**[None]**

## SCHEDULE 11(n)

## <u>INDEBTEDNESS</u>

### [None]

# SCHEDULE 11(p)

## PARENTS, SUBSIDIARIES AND AFFILIATES

**[None]**

# SCHEDULE 11(r)

## EMPLOYEE MATTERS

[Attached]

## SCHEDULE 11(r)

## ENVIRONMENTAL

[Attached]

## SCHEDULE 17(a)

### CLOSING DOCUMENT LIST

[Attached]