IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| LASALLE BUSINESS CREDIT, LLC f/k/a ) <br> LASALLE BUSINESS CREDIT, INC., ) <br> Plaintiff, ) <br> v. ) <br> GARY C. GITTO, et al. ) <br> Defendants, ) <br> and ) <br> ) <br> FLEET NATIONAL BANK, et al. ) <br> Trustee Process Defendants, ) <br> ) <br> and ) <br> ) <br> FIDELITY INVESTMENTS, et al. ) <br> Reach-and-Apply Defendants ) <br> ) | Case No. 04-12227-DPW |

## JOINT MOTION FOR ENTRY OF A FOURTH ORDER SUPPLEMENTING THE PRELIMINARY INJUNCTION PRESERVING THE STATUS QUO

Plaintiff LaSalle Business Credit f/k/a LaSalle Business Credit, Inc. ("LaSalle") and Defendant William Deakin ("Deakin") request that the Court enter an Order, in the form submitted herewith, supplementing the Preliminary Injunction Preserving the Status Quo entered by the Court on November 5, 2004. In support hereof, LaSalle and Deakin state the following:

1.      On November 5, 2004, Judge Woodlock entered an injunction to preserve the status quo of Deakin's assets. The injunction allowed Deakin to make certain specific uses of her assets in order to pay usual and ordinary living and legal expenses.

2.      Deakin and LaSalle have agreed upon the terms and language of the attached Fourth Supplement to the Preliminary Injunction Preserving the Status Quo.

Wherefore, LaSalle and Deakin request that the Court enter an Order supplementing the Preliminary Injunction Preserving the Status Quo in the form attached hereto.

Respectfully submitted,

The Plaintiff,

**LASALLE BUSINESS CREDIT, LLC**

By:  */s/ Patrick W. Manzo*
Christopher J. Panos (BBO# 555273)
Patrick W. Manzo (BBO# 651891)
Craig and Macauley Professional Corporation
Federal Reserve Plaza
600 Atlantic Avenue
Boston, MA 02210
Phone: (617) 367-9500
Fax:  (617) 742-1788

Eric S. Rein
Bret A. Rappaport
Bethany N. Schols
Schwartz, Cooper, Greenberger & Krauss, Chtd.
180 N. LaSalle Street, Suite 2700
Chicago, IL 60601
Phone: (312) 346-1300
Fax: (312) 782-8416

The Defendant,
**WILLIAM DEAKIN**,
by his attorney,


*/s/ William T. Harrington*
William T. Harrington (BBO No 564445)
Glynn, Landry, Harrington, & Rice, LLP
10 Forbes Road, Suite 270
Braintree, MA 02184
(781) 356-1749

Dated:  January 3, 2005