**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| LASALLE BUSINESS CREDIT, LLC f/k/a )<br>LASALLE BUSINESS CREDIT, INC., )<br> )<br>         Plaintiff, )<br>  v. )<br>GARY C. GITTO, et al., )<br> )<br>         Defendants, )<br>  and )<br> )<br>FLEET NATIONAL BANK, et al., )<br> )<br>  Trustee Process Defendants, )<br> )<br>  and )<br> )<br>FIDELITY INVESTMENTS, INC., )<br>et al., )<br> )<br>  Reach-and-Apply Defendants. ) | Case No. 04-12227-DPW |

**JOINT MOTION FOR ENTRY OF A FIFTH ORDER SUPPLEMENTING
THE PRELIMINARY INJUNCTION PRESERVING THE STATUS QUO**

Plaintiff LaSalle Business Credit f/k/a LaSalle Business Credit, Inc. ("LaSalle") and Defendant Gary C. Gitto ("Gary Gitto") request that the Court enter an Order, in the form submitted herewith, supplementing the *Preliminary Injunction Preserving the Status Quo* entered by the Court on November 5, 2004. In support hereof, LaSalle states the following:

1. On November 5, 2004, Judge Woodlock entered an injunction to preserve the status quo of Gary Gitto's assets. The injunction allowed Gary Gitto to make certain specific uses of borrowed money in order to pay usual and ordinary living and legal expenses.

2. Gary Gitto has secured employment and proposes to modify the preliminary

injunction to allow him to make certain specific uses of money earned by him in order to pay usual and ordinary living and legal expenses. LaSalle has no objection to this proposal.

3. Gary Gitto and LaSalle have agreed upon the terms and language of the attached fourth supplement to the *Preliminary Injunction Preserving the Status Quo.*

Wherefore, LaSalle requests that the Court enter an Order supplementing the *Preliminary Injunction Preserving the Status Quo* in the form attached hereto.

January 10, 2005                                        Respectfully submitted,

**LASALLE BUSINESS CREDIT, LLC**                        **GARY C. GITTO**

By:  /s/ Patrick W. Manzo                               By:   /s/ Max D. Stern
Christopher J. Panos (BBO# 555273)                      David L. Kelston, Esq.
Patrick W. Manzo (BBO# 651891)                          Adkins Kelston & Zavez, PC
Craig and Macauley Professional Corporation             90 Canal Street
Federal Reserve Plaza                                   Boston, MA 02114
600 Atlantic Avenue                                     Phone: 617-367-1040
Boston, MA 02210                                        Fax: 617-742-8280
Phone: (617) 367-9500
Fax:   (617) 742-1788                                   Max D. Stern, Esq.
                                                        Stern, Shapiro, Weissberg & Garin, LLP
Eric S. Rein                                            90 Canal Street, 5th Floor
Bret A. Rappaport                                       Boston, MA 02114
Bethany N. Schols                                       Phone: 617-742-5800
Schwartz, Cooper, Greenberger & Krauss,                 Fax: 617-742-5858
Chtd.
180 N. LaSalle Street, Suite 2700
Chicago, IL 60601
Phone: (312) 346-1300
Fax: (312) 782-8416

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| LASALLE BUSINESS CREDIT, LLC f/k/a )<br>LASALLE BUSINESS CREDIT, INC.,      )<br>                                                                   )<br>            Plaintiff,                                       )<br>     v.                                                         )<br>GARY C. GITTO, et al.,                           )<br>                                                                   )<br>            Defendants,                                )<br>     and                                                      )<br>                                                                   )<br>FLEET NATIONAL BANK, et al.,              )<br>                                                                   )<br>      Trustee Process Defendants,          )<br>                                                                   )<br>     and                                                      )<br>                                                                   )<br>FIDELITY INVESTMENTS, INC.,              )<br>et al.,                                                         )<br>                                                                   )<br>     Reach-and-Apply Defendants.       ) | Case No. 04-12227-DPW |

**FIFTH SUPPLEMENT TO PRELIMINARY
INJUNCTION PRESERVING THE STATUS QUO**

By agreement of the affected parties it is hereby ORDERED that the *Preliminary Injunction Preserving the Status Quo* ("Injunction") entered on November 5, 2004, is hereby modified to include the following:

**GARY GITTO**

Notwithstanding any other provision of the Injunction to the contrary, Defendant Gary Gitto may borrow money on an unsecured basis (as to assets of defendant) or receive cash gifts from third parties and spend up to $4,400 per week of such funds or of funds that he has earned as compensation from any third-party unaffiliated employer, provided that such funds are used solely to pay legal expenses or ordinary and necessary living expenses consisting of food,

3

utilities, mortgage payments, tuition and other current school expenses, clothing, medical expenses, insurance, spousal or child support obligations, necessary maintenance of real property and motor vehicles, vehicle leases, fuel for heating or motor vehicles.  Nothing in the Injunction shall be construed to prohibit Gary Gitto from borrowing money on an unsecured basis (as to assets of defendant) or receiving cash gifts from third parties who are aware of this order where such funds are paid directly by the lender or gift giver to a third party providing goods or services to defendant or to a family member of defendant.  Gary Gitto may pay amounts in excess of the amounts provided herein only with the written consent of LaSalle or by further order of this Court.

Dated: _____

_____
United States District Judge