IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LASALLE BUSINESS CREDIT, LLC f/k/a LASALLE BUSINESS CREDIT, INC., <br><br> Plaintiff, <br> v. <br> GARY C. GITTO, et al., <br><br> Defendants, <br> and <br><br> FLEET NATIONAL BANK, et al., <br><br> Trustee Process Defendants, <br><br> and <br><br> FIDELITY INVESTMENTS, INC., et al., <br><br> Reach-and-Apply Defendants. | Case No. 04-12227-DPW |

**JOINT MOTION FOR ENTRY OF A FIFTH ORDER SUPPLEMENTING
THE PRELIMINARY INJUNCTION PRESERVING THE STATUS QUO**

Plaintiff LaSalle Business Credit f/k/a LaSalle Business Credit, Inc. ("LaSalle") and Defendant Gary C. Gitto ("Gary Gitto") request that the Court enter an Order, in the form submitted herewith, supplementing the *Preliminary Injunction Preserving the Status Quo* entered by the Court on November 5, 2004. In support hereof, LaSalle states the following:

1. On November 5, 2004, Judge Woodlock entered an injunction to preserve the status quo of Gary Gitto's assets. The injunction allowed Gary Gitto to make certain specific uses of borrowed money in order to pay usual and ordinary living and legal expenses.

2. Gary Gitto has secured employment and proposes to modify the preliminary

injunction to allow him to make certain specific uses of money earned by him in order to pay usual and ordinary living and legal expenses. LaSalle has no objection to this proposal.

3.  Gary Gitto and LaSalle have agreed upon the terms and language of the attached fourth supplement to the *Preliminary Injunction Preserving the Status Quo*.

Wherefore, LaSalle requests that the Court enter an Order supplementing the *Preliminary Injunction Preserving the Status Quo* in the form attached hereto.

January 10, 2005                                    Respectfully submitted,

**LASALLE BUSINESS CREDIT, LLC**                    **GARY C. GITTO**


By: /s/ Patrick W. Manzo                            By:   /s/ Max D. Stern
Christopher J. Panos (BBO# 555273)                  David L. Kelston, Esq.
Patrick W. Manzo (BBO# 651891)                      Adkins Kelston & Zavez, PC
Craig and Macauley Professional Corporation         90 Canal Street
Federal Reserve Plaza                               Boston, MA  02114
600 Atlantic Avenue                                 Phone: 617-367-1040
Boston, MA  02210                                   Fax: 617-742-8280
Phone: (617) 367-9500
Fax:   (617) 742-1788                               Max D. Stern, Esq.
                                                    Stern, Shapiro, Weissberg & Garin, LLP
Eric S. Rein                                        90 Canal Street, 5th Floor
Bret A. Rappaport                                   Boston, MA  02114
Bethany N. Schols                                   Phone: 617-742-5800
Schwartz, Cooper, Greenberger & Krauss,             Fax: 617-742-5858
Chtd.
180 N. LaSalle Street, Suite 2700
Chicago, IL  60601
Phone: (312) 346-1300
Fax: (312) 782-8416