IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LASALLE BUSINESS CREDIT, LLC f/k/a <br> LASALLE BUSINESS CREDIT, INC., <br><br> Plaintiff, <br> v. <br> GARY C. GITTO, et al., <br><br> Defendants, <br> and <br><br> FLEET NATIONAL BANK, et al., <br><br> Trustee Process Defendants, <br><br> and <br><br> FIDELITY INVESTMENTS, INC., et al., <br><br> Reach-and-Apply Defendants. | Case No. 04-12227-DPW |

## FIFTH SUPPLEMENT TO PRELIMINARY INJUNCTION PRESERVING THE STATUS QUO

By agreement of the affected parties it is hereby ORDERED that the *Preliminary Injunction Preserving the Status Quo* ("Injunction") entered on November 5, 2004, is hereby modified to include the following:

### GARY GITTO

Notwithstanding any other provision of the Injunction to the contrary, Defendant Gary Gitto may borrow money on an unsecured basis (as to assets of defendant) or receive cash gifts from third parties and spend up to $4,400 per week of such funds or of funds that he has earned as compensation from any third-party unaffiliated employer, provided that such funds are used solely to pay legal expenses or ordinary and necessary living expenses consisting of food,

3

utilities, mortgage payments, tuition and other current school expenses, clothing, medical expenses, insurance, spousal or child support obligations, necessary maintenance of real property and motor vehicles, vehicle leases, fuel for heating or motor vehicles. Nothing in the Injunction shall be construed to prohibit Gary Gitto from borrowing money on an unsecured basis (as to assets of defendant) or receiving cash gifts from third parties who are aware of this order where such funds are paid directly by the lender or gift giver to a third party providing goods or services to defendant or to a family member of defendant. Gary Gitto may pay amounts in excess of the amounts provided herein only with the written consent of LaSalle or by further order of this Court.

Dated: January 10, 2005

_____
United States District Judge