## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

LASALLE BUSINESS CREDIT, LLC f/k/a
LASALLE BUSINESS CREDIT, INC.,,

          Plaintiff,

v.

GARY C. GITTO, et al.,

          Defendants.

and

FLEET NATIONAL BANK, et al.

   Trustee  Process Defendants,

and

DIRECT WOOD & PAPER PRODUCTS, et al.,

   Reach-and-Apply Defendants.

Case No. 04-12227-DPW

### NOTICE OF APPEARANCE

       Please enter my appearance for Defendant Louis J. Pellegrine, Jr. in the above-captioned action.

By:  /s/ Robert P. Sherman_____
     Robert P. Sherman (BBO# 458540)
     Nixon Peabody LLP
     100 Summer Street
     Boston, MA  02110
     (617) 345-1000

Dated:  January 14, 2005

BOS1453665

## CERTIFICATE OF SERVICE

I certify that a true copy of the foregoing document was served upon the following: Colleen A. Hankins, Esq., FMR Corp., 82 Devonshire Street, F6B, Boston, MA 02109; John L. Conlon, Esq., Schwartz, Cooper, Greenberger & Krauss, 180 N. LaSalle Street, Suite 2700, Chicago, IL 60601; David L. Kelston, Esq., Adkins Kelston & Zavez, PC, 90 Canal Street, Boston, MA 02114; John D. Tersigni, 24 Field Road, Leominster, MA 01453; Stephen M. Rodolakis, Esq., MacCarthy Pojani & Hurley LLP, 446 Main Street, Worcester, MA 01608, by first class mail on January 14, 2005.

/s/ Robert P. Sherman
Robert P. Sherman

BOS1453665.1