**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| LASALLE BUSINESS CREDIT, LLC f/k/a LASALLE BUSINESS CREDIT, INC., <br><br> Plaintiff, <br><br> v. <br><br> GARY C. GITTO, FRANK MILLER, CHARLES N. GITTO, JR., NANCY GITTO-PANAGIOTES, JOHN D. TERSIGNI, KATHLEEN M. CARLAND, WILLIAM DEAKIN, JANICE CHAISSON, HELEN KOZAK, KINGSDALE CORP. d/b/a J&J CHEMICAL DISTRIBUTORS, and TRADEX CORPORATION, <br><br> Defendants, <br><br> and <br><br> FLEET NATIONAL BANK, CLINTON SAVINGS BANK, SOVEREIGN BANK, COMMERCE BANK & TRUST COMPANY, FIDELITY COOPERATIVE BANK, BANKNORTH, N.A., FIDELITY INVESTMENTS, INC., LEOMINSTER CREDIT UNION, and LEHMAN BROTHERS, INC., <br><br> Trustee Process Defendants, <br><br> and <br><br> FIDELITY INVESTMENTS, INC., DIRECT WOOD & PAPER PRODUCTS, INC., GITTO SALES CORPORATION, J-TAN SALES & MARKETING, INC., HEMISPHERE DISTRIBUTION CORPORATION, LEHMAN BROTHERS, INC., and AWG, LLC, <br><br> Reach-and-Apply Defendants. | Case No. 04-12227 DPW |

**FURTHER STIPULATION BETWEEN PLAINTIFF AND DEFENDANT
<u>NANCY GITTO-PANAGIOTES</u>**

The plaintiff LaSalle Business Credit, LLC f/k/a LaSalle Business Credit, Inc. and the defendant Nancy Gitto-Panagiotes hereby stipulate and agree that the time by which Gitto-Panagiotes must answer or otherwise respond to the Amended Complaint in this action be extended up to and including March 15, 2005.

LASALLE BUSINESS CREDIT, LLC                    NANCY GITTO-PANAGIOTES
F/K/A LASALLE BUSINESS CREDIT, INC.

By its attorney,                                By her attorney,


/s/ Eric Rein                                   /s/ Ian Crawford
_____               _____
Eric Rein                                       Ian Crawford (BBO#544475)
Schwartz, Cooper, Greenberger & Krauss, Chtd.   Todd & Weld LLP
180 N. LaSalle Street, Suite 2700               28 State Street
Chicago, IL  60601                              Boston, MA  02109
(312) 346-1300                                  (617) 720-2626

Christopher J. Panos (BBO#555273)
Craig and Macauley Professional Corporation
Federal Reserve Plaza
600 Atlantic Avenue
Boston, MA  02210
(617) 367-9500

DATED:  January 14, 2005