UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LASALLE BUSINESS CREDIT, LLC f/k/a<br>LASALLE BUSINESS CREDIT, INC.,<br><br>Plaintiff,<br><br>v.<br><br>GARY C. GITTO, FRANK MILLER, MARIA MILLER<br>CHARLES N. GITTO, JR., NANCY GITTO<br>PANAGIOTES, LOUIS J. PELLEGRINE, JR., JOHN D.<br>TERSIGNI, KATHLEEN M. CARLAND, WILLIAM<br>DEAKIN, JANICE CHAISSON, HELEN KOZAK,<br>KINGSDALE CORP. d/b/a J&J CHEMICAL<br>DISTRIBUTORS, TRADEX INTERNATIONAL<br>CORPORATION and TRADEX CORPORATION,<br><br>Defendants,<br><br>and<br><br>FLEET NATIONAL BANK, CLINTON SAVINGS<br>BANK, SOVEREIGN BANK, COMMERCE BANK &<br>TRUST COMPANY, FIDELITY COOPERATIVE<br>BANK, BANKNORTH, N.A.., LEOMINSTER CREDIT<br>UNION, FIDELITY INVESTMENTS, INC., LEHMAN<br>BROTHERS, INC., TD WATERHOUSE, and LEGG<br>MASON, INC.,<br><br>Trustee Process Defendants,<br><br>and<br><br>DIRECT WOOD & PAPER PRODUCTS, INC., GITTO<br>SALES CORPORATION, J-TAN SALES &<br>MARKETING, INC., HEMISPHERE DISTRIBUTION<br>CORP., FIDELITY INVESTMENTS, INC., AWG, LLC,<br>LEHMAN BROTHERS, INC., TD WATERHOUSE,<br>SUPERIOR POLYMERS CORPORATION, and<br>LEGG MASON, INC.,<br><br>Reach-and-Apply Defendants. | Case No. 04-12227-DPW |

**ASSENTED-TO MOTION TO ENLARGE TIME
TO RESPOND TO FIRST AMENDED COMPLAINT**

Defendant Kathleen M. Carland ("Carland") hereby moves that this Court enlarge by one (1) week from Thursday, January 20, 2005 up to and including Thursday, January 27, 2005, the deadline for defendant Carland to file a response to Plaintiff's First Amended Complaint. As grounds for this motion, defendant Carland needs additional time to review and prepare a response to the Complaint. Plaintiff's counsel has assented to this motion.

WHEREFORE, the defendant Carland requests that her motion to enlarge time be allowed.

KATHLEEN M. CARLAND,
By her attorneys,

Bruce A. Singal, BBO #464420
Michelle R. Peirce, BBO #557316
Donoghue, Barrett & Singal, P.C.
One Beacon Street, Suite 1320
Boston, MA  02108
(617) 720-5090

Dated:   January 20, 2005

ASSENTED TO:

Patrick Manzo /MRP
Patrick W. Manzo
Craig and Macauley, P.C.
Federal Reserve Plaza
600 Atlantic Avenue
Boston, Massachusetts  02210

## CERTIFICATE OF SERVICE

I, Michelle R. Peirce, hereby certify that I have caused copies of Assented-To Motion to Enlarge Time to Respond to First Amended Complaint to be served upon counsel of record, by first class mail, postage prepaid, this 20th day of January, 2005.

_____
Michelle R. Peirce