**EXHIBIT A**

Jan 24 2005 5:31PM    RANKIN & SULTAN    617-742-0701    p.2
Received:  1/18/05 12:38PM;    5087983537 -> Rankin & Sultan;   Page 2
01/18/2005 TUE 12:32 FAX 5087983537    MANGELINI    ☒002

AO88 (Rev 1/94) Subpoena in a Civil Case

Issued by the
# UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

A True Copy:
Attest:

- LASALLE BUSINESS CREDIT, LLC f/k/a
  LASALLE BUSINESS CREDIT, INC.

  V.

GARY C. GITTO, et al

**SUBPOENA IN A CIVIL CASE**

Case Number: 04-12227-DPW

TO:  Bowditch & Dewey LLP
     ATTN: Michael P. Angelini, Esq.
     311 Main Street
     Worcester, MA 01615

TRUE COPY ATTEST
D. H. Sullivan
CONSTABLE

☐ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
| --- | --- |
|  | DATE AND TIME |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
| --- | --- |

☒ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):
Please see Exhibit A.

| PLACE Craig and Macauley Professional Corporation, 600 Atlantic Avenue, 29th Fl., Boston, MA 02210 | DATE AND TIME 01/27/2005 |
| --- | --- |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
| --- | --- |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
| --- | --- |
| [signature] Attorney for Plaintiff, LaSalle Business Credit, LLC | 1/17/05 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER Patrick W. Manzo, Esq., Craig and Macauley Professional Corporation, Federal Reserve Plaza, 600 Atlantic Avenue, Boston, MA 02210

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on next page)

[1] If action is pending in district other than district of issuance, state district under case number.

Received    Jan-24-05  04:30pm    From-617 742 0701    To-PERKINS SMITH    Page 02

## EXHIBIT A

### (Bowditch & Dewey LLP)

A. The entire contents of files related to Charles N. Gitto or Gary C. Gitto and titled as follows:

1. Charles N. Gitto re Goldman Sachs.
2. Charles N. Gitto re Prenuptial Agreement.
3. Charles N. Gitto re Gary Gitto (Notes and Mortgages).
4. Charles N. Gitto re Irrevocable Trust C.
5. Charles N. Gitto re Gitto Family Trust.
6. Charles N. Gitto re estate planning.
7. Charles N. Gitto re estate plan.
8. Charles N. Gitto re personal.
9. Sale of Crocker Pond cabin.
10. Sale of 89 Spice Lane, Osterville, MA.
11. Vero Beach refinancing.
12. Gary C. Gitto Irrevocable Trust.
13. Estate Planning.
14. Florida real estate.
15. Real estate purchase, Mirick Road, Leominster.
16. Sale of Unit 4, Meyer Hill Drive, Acton.
17. Purchase of 6 Daniels Lane, Carlisle.
18. 61 Foot Carlington (Gary and Lori Gitto).
19. Estate planning.
20. Life insurance.
21. Acton property.
22. Lunenburg property purchase.
23. Purchase of condominium, Acton, Massachusetts.
24. Three Guns Nominee Trust.
25. Frank and Maria Miller re estate plan, with various sub-files.

B. Any and all billing statements reflecting legal or other services performed for on behalf of Gitto Global, Charles N. Gitto, Frank Miller or Maria Miller.