UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LASALLE BUSINESS CREDIT, LLC f/k/a<br>LASALLE BUSINESS CREDIT, INC.,<br><br>      Plaintiff,<br><br> v.<br><br>GARY C. GITTO, FRANK MILLER, MARIA MILLER<br>CHARLES N. GITTO, JR., NANCY GITTO<br>PANAGIOTES, LOUIS J. PELLEGRINE, JR., JOHN D.<br>TERSIGNI, KATHLEEN M. CARLAND, WILLIAM<br>DEAKIN, JANICE CHAISSON, HELEN KOZAK,<br>KINGSDALE CORP. d/b/a J&J CHEMICAL<br>DISTRIBUTORS, TRADEX INTERNATIONAL<br>CORPORATION and TRADEX CORPORATION,<br><br>      Defendants,<br><br> and<br><br>FLEET NATIONAL BANK, CLINTON SAVINGS<br>BANK, SOVEREIGN BANK, COMMERCE BANK &<br>TRUST COMPANY, FIDELITY COOPERATIVE<br>BANK, BANKNORTH, N.A.., LEOMINSTER CREDIT<br>UNION, FIDELITY INVESTMENTS, INC., LEHMAN<br>BROTHERS, INC., TD WATERHOUSE, and LEGG<br>MASON, INC.,<br><br>      Trustee Process Defendants,<br><br> and<br><br>DIRECT WOOD & PAPER PRODUCTS, INC., GITTO<br>SALES CORPORATION, J-TAN SALES &<br>MARKETING, INC., HEMISPHERE DISTRIBUTION<br>CORP., FIDELITY INVESTMENTS, INC., AWG, LLC,<br>LEHMAN BROTHERS, INC., TD WATERHOUSE,<br>SUPERIOR POLYMERS CORPORATION, and<br>LEGG MASON, INC.,<br><br>      Reach-and-Apply Defendants. | Case No. 04-12227-DPW |

**ANSWER OF DEFENDANT KATHLEEN M. CARLAND**

Defendant Kathleen M. Carland ("Carland") responds to the numbered paragraphs of the First Amended Complaint of the plaintiff LaSalle Business Credit, LLC f/k/a LaSalle Business Credit, Inc. ("LaSalle") as follows:

## JURISDICTION

1. This paragraph consists of a statement of law to which no response is required. To the extent that this paragraph purports to allege facts, Carland is without knowledge and information sufficient to form a belief as to the truth of the allegations in this paragraph.

## VENUE

2. This paragraph consists of a statement of law to which no response is required. To the extent that this paragraph purports to allege facts, Carland is without knowledge and information sufficient to form a belief as to the truth of the allegations in this paragraph.

## PARTIES

3 - 8. Carland is without knowledge and information sufficient to form a belief as to the truth of the allegations in these paragraphs.

9. Carland is without knowledge and information sufficient to form a belief as to the truth of the allegations in this paragraph.

10. Carland is without knowledge and information sufficient to form a belief as to the truth of the allegations in this paragraph.

11. Admitted that Kathleen Carland is an individual, denied as to the remainder of this paragraph.

12. - 32. Carland is without knowledge and information sufficient to form a belief as to the truth of the allegations in these paragraphs.

33. As to the first sentence of this paragraph, Carland is without knowledge and information sufficient to form a belief as to the truth of the allegations. Denied as to the remainder of this paragraph.

34. – 38. Carland is without knowledge and information sufficient to form a belief as to the truth of the allegations in these paragraphs.

## GENERAL FACTUAL ALLEGATIONS

39. - 49. Carland is without knowledge and information sufficient to form a belief as to the truth of the allegations in these paragraphs.

50. Carland is without knowledge and information sufficient to form a belief as to the truth of the allegations in this paragraph. Denied as to the allegation that Carland benefited from the check-kiting scheme.

51. - 54. Carland is without knowledge and information sufficient to form a belief as to the truth of the allegations in these paragraphs.

## COUNT I
## CIVIL RICO

55. Carland repeats and realleges her responses to paragraphs 1 though 54 above.

56.- 57. Carland is without knowledge and information sufficient to form a belief as to the truth of the allegations in these paragraphs.

58. This paragraph consists of legal conclusions to which no response is required. To the extent that this paragraph purports to allege facts, such allegations against Carland are denied. As to the remaining parties, Carland is without knowledge and information sufficient to form a belief as to the truth of the allegations in this paragraph.

59.     This paragraph consists of legal conclusions to which no response is required. To the extent that this paragraph purports to allege facts, such allegations against Carland are denied. As to the remaining parties, Carland is without knowledge and information sufficient to form a belief as to the truth of the allegations in this paragraph.

60.     Denied as to the allegations concerning Carland. As to the remainder of the paragraph, Carland is without knowledge and information sufficient to form a belief as to the truth of the allegations in this paragraph.

61.     Denied as to the allegations concerning Carland. As to the remainder of the paragraph, Carland is without knowledge and information sufficient to form a belief as to the truth of the allegations in this paragraph.

62. - 70.   Carland is without knowledge and information sufficient to form a belief as to the truth of the allegations in these paragraphs.

71.     Denied as to the allegations concerning Carland. As to the remainder of the paragraph, Carland is without knowledge and information sufficient to form a belief as to the truth of the allegations in this paragraph.

72. - 136.   Carland is without knowledge and information sufficient to form a belief as to the truth of the allegations in these paragraphs.

137.    Denied as to the allegations concerning Carland in subparagraph (c). As to the remainder of the paragraph, Carland is without knowledge and information sufficient to form a belief as to the truth of the allegations in this paragraph.

138.    Denied.

139. - 142.   Carland is without knowledge and information sufficient to form a belief as to the truth of the allegations in these paragraphs.

143. Denied as to the allegations concerning Carland. As to the remainder of the paragraph, Carland is without knowledge and information sufficient to form a belief as to the truth of the allegations in this paragraph.

144. - 145. Carland is without knowledge and information sufficient to form a belief as to the truth of the allegations in these paragraphs.

146. Denied.

147. - 149. Carland is without knowledge and information sufficient to form a belief as to the truth of the allegations in these paragraphs.

150 - 153. Denied as to the allegations concerning Carland. As to the remainder of these paragraphs, Carland is without knowledge and information sufficient to form a belief as to the truth of the allegations in these paragraphs.

To the extent that a response is required to the paragraph below paragraph 153, the allegations against Carland are denied. As to the remaining parties, Carland is without knowledge and information sufficient to form a belief as to the truth of the allegations in the paragraph.

## COUNT II
## CONSPIRACY TO DEFRAUD

154. Carland repeats and realleges her responses to paragraphs 1 though 153 above.

155. Denied as to the allegations concerning Carland. As to the remainder of this paragraph, Carland is without knowledge and information sufficient to form a belief as to the truth of the allegations in this paragraph.

156. - 158. Carland is without knowledge and information sufficient to form a belief as to the truth of the allegations in these paragraphs.

5

159. Denied as to the allegations concerning Carland. As to the remainder of this paragraph, Carland is without knowledge and information sufficient to form a belief as to the truth of the allegations in this paragraph.

160. - 166. Carland is without knowledge and information sufficient to form a belief as to the truth of the allegations in these paragraphs.

167. Denied.

168. - 175. Carland is without knowledge and information sufficient to form a belief as to the truth of the allegations in these paragraphs.

To the extent that a response is required to the paragraph below paragraph 175, the allegations against Carland are denied. As to the remaining parties, Carland is without knowledge and information sufficient to form a belief as to the truth of the allegations in the paragraph.

## COUNT III
## USE OF DECEPTIVE TRADE PRACTICES
## IN VIOLATION OF MASS. GEN. L. c. 93A, § 2

176. Carland repeats and realleges her responses to paragraphs 1 though 175 above.

177. - 181. Denied as to the allegations concerning Carland. As to the remainder of these paragraphs, Carland is without knowledge and information sufficient to form a belief as to the truth of the allegations in these paragraphs.

182. - 186. Carland is without knowledge and information sufficient to form a belief as to the truth of the allegations in these paragraphs.

187. Denied.

188. - 191. Carland is without knowledge and information sufficient to form a belief as to the truth of the allegations in these paragraphs.

192. - 193. Denied as to the allegations concerning Carland. As to the remainder of these paragraphs, Carland is without knowledge and information sufficient to form a belief as to the truth of the allegations in these paragraphs.

194. - 195. Carland is without knowledge and information sufficient to form a belief as to the truth of the allegations in these paragraphs.

To the extent that a response is required to the paragraph below paragraph 195, the allegations against Carland are denied. As to the remaining parties, Carland is without knowledge and information sufficient to form a belief as to the truth of the allegations in the paragraph.

## COUNT IV
## CIVIL CONSPIRACY TO DEFRAUD

196. Carland repeats and realleges her responses to paragraphs 1 though 195 above.

197. Denied as to the allegations concerning Carland. As to the remainder of this paragraph, Carland is without knowledge and information sufficient to form a belief as to the truth of the allegations in this paragraph.

198. - 201. Carland is without knowledge and information sufficient to form a belief as to the truth of the allegations in these paragraphs.

202. Denied as to the allegations concerning Carland. As to the remainder of this paragraph, Carland is without knowledge and information sufficient to form a belief as to the truth of the allegations in this paragraph.

203. - 209. Carland is without knowledge and information sufficient to form a belief as to the truth of the allegations in these paragraphs.

To the extent that a response is required to the paragraph below paragraph 209, the allegations against Carland are denied. As to the remaining parties, Carland is without knowledge and information sufficient to form a belief as to the truth of the allegations in the paragraph.

## COUNT V
## BREACH OF GUARANTY

210. Carland repeats and realleges her responses to paragraphs 1 though 209 above.

211. - 216. Carland is without knowledge and information sufficient to form a belief as to the truth of the allegations in these paragraphs.

To the extent that a response is required to the paragraph below paragraph 216, the allegations against Carland are denied. As to the remaining parties, Carland is without knowledge and information sufficient to form a belief as to the truth of the allegations in the paragraph.

## COUNT VI
## BREACH OF GUARANTEES

217. Carland repeats and realleges her responses to paragraphs 1 though 216 above.

218. - 223. Carland is without knowledge and information sufficient to form a belief as to the truth of the allegations in these paragraphs.

To the extent that a response is required to the paragraph below paragraph 223, the allegations against Carland are denied. As to the remaining parties, Carland is without knowledge and information sufficient to form a belief as to the truth of the allegations in the paragraph.

## COUNT VII
## TRUSTEE PROCESS

224. Carland repeats and realleges her responses to paragraphs 1 though 223 above.

225. - 226. Carland is without knowledge and information sufficient to form a belief as to the truth of the allegations in these paragraphs.

## COUNT VIII
## TRUSTEE PROCESS

227. Carland repeats and realleges her responses to paragraphs 1 though 226 above.

228. - 229. Carland is without knowledge and information sufficient to form a belief as to the truth of the allegations in these paragraphs.

## COUNT IX
## TRUSTEE PROCESS

230. Carland repeats and realleges her responses to paragraphs 1 though 229 above.

231. - 232. Carland is without knowledge and information sufficient to form a belief as to the truth of the allegations in these paragraphs.

## COUNT X
## TRUSTEE PROCESS

233. Carland repeats and realleges her responses to paragraphs 1 though 232 above.

234. - 235. Carland is without knowledge and information sufficient to form a belief as to the truth of the allegations in these paragraphs.

## COUNT XI
## TRUSTEE PROCESS

236. Carland repeats and realleges her responses to paragraphs 1 though 235 above.

237. - 238. Carland is without knowledge and information sufficient to form a belief as to the truth of the allegations in these paragraphs.

## COUNT XII
## TRUSTEE PROCESS

239.   Carland repeats and realleges her responses to paragraphs 1 though 238 above.

240. - 241.   Carland is without knowledge and information sufficient to form a belief as to the truth of the allegations in these paragraphs.

## COUNT XIII
## TRUSTEE PROCESS

242.   Carland repeats and realleges her responses to paragraphs 1 though 241 above.

243. - 244.   Carland is without knowledge and information sufficient to form a belief as to the truth of the allegations in these paragraphs.

## COUNT XIV
## TRUSTEE PROCESS

245.   Carland repeats and realleges her responses to paragraphs 1 though 244 above.

246. - 247.   Carland is without knowledge and information sufficient to form a belief as to the truth of the allegations in these paragraphs.

## COUNT XV
## TRUSTEE PROCESS

248.   Carland repeats and realleges her responses to paragraphs 1 though 247 above.

249. - 250.   Carland is without knowledge and information sufficient to form a belief as to the truth of the allegations in these paragraphs.

## COUNT XVI
## TRUSTEE PROCESS

251.   Carland repeats and realleges her responses to paragraphs 1 though 250 above.

252. - 253.   Carland is without knowledge and information sufficient to form a belief as to the truth of the allegations in these paragraphs.

## COUNT XVII
## TRUSTEE PROCESS

254. Carland repeats and realleges her responses to paragraphs 1 though 253 above.

255. - 256. Carland is without knowledge and information sufficient to form a belief as to the truth of the allegations in these paragraphs.

## COUNT XVIII
## TRUSTEE PROCESS

257. Carland repeats and realleges her responses to paragraphs 1 though 256 above.

258. - 259. Carland is without knowledge and information sufficient to form a belief as to the truth of the allegations in these paragraphs.

## COUNT XIX
## TRUSTEE PROCESS

260. Carland repeats and realleges her responses to paragraphs 1 though 259 above.

261. - 262. Carland is without knowledge and information sufficient to form a belief as to the truth of the allegations in these paragraphs.

## COUNT XX
## TRUSTEE PROCESS

263. Carland repeats and realleges her responses to paragraphs 1 though 262 above.

264. - 265. Carland is without knowledge and information sufficient to form a belief as to the truth of the allegations in these paragraphs.

## COUNT XXI
## TRUSTEE PROCESS

266. Carland repeats and realleges her responses to paragraphs 1 though 265 above.

267. - 268. Carland is without knowledge and information sufficient to form a belief as to the truth of the allegations in these paragraphs.

## COUNT XXII
## TRUSTEE PROCESS

269. Carland repeats and realleges her responses to paragraphs 1 though 268 above.

270. - 271. Carland is without knowledge and information sufficient to form a belief as to the truth of the allegations in these paragraphs.

## COUNT XXIII
## TRUSTEE PROCESS

272. Carland repeats and realleges her responses to paragraphs 1 though 271 above.

273. Admitted.

274. This paragraph consists of a legal conclusion to which no response is required. To the extent that this paragraph purports to allege facts, such allegations are denied.

## COUNT XXIV
## TRUSTEE PROCESS

275. Carland repeats and realleges her responses to paragraphs 1 though 274 above.

276. - 277. Carland is without knowledge and information sufficient to form a belief as to the truth of the allegations in these paragraphs.

## COUNT XXV
## TRUSTEE PROCESS

278. Carland repeats and realleges her responses to paragraphs 1 though 277 above.

279. - 280. Carland is without knowledge and information sufficient to form a belief as to the truth of the allegations in these paragraphs.

## COUNT XXVI
## TRUSTEE PROCESS

281.   Carland repeats and realleges her responses to paragraphs 1 though 280 above.

282. - 283.   Carland is without knowledge and information sufficient to form a belief as to the truth of the allegations in these paragraphs.

## COUNT XXVII
## TRUSTEE PROCESS

284.   Carland repeats and realleges her responses to paragraphs 1 though 283 above.

285. - 286.   Carland is without knowledge and information sufficient to form a belief as to the truth of the allegations in these paragraphs.

## COUNT XXVIII
## TRUSTEE PROCESS

287.   Carland repeats and realleges her responses to paragraphs 1 though 286 above.

288. - 289.   Carland is without knowledge and information sufficient to form a belief as to the truth of the allegations in these paragraphs.

## COUNT XXIX
## TRUSTEE PROCESS

290.   Carland repeats and realleges her responses to paragraphs 1 though 289 above.

291. - 292.   Carland is without knowledge and information sufficient to form a belief as to the truth of the allegations in these paragraphs.

## COUNT XXX
## TRUSTEE PROCESS

293.   Carland repeats and realleges her responses to paragraphs 1 though 292 above.

294. - 295.   Carland is without knowledge and information sufficient to form a belief as to the truth of the allegations in these paragraphs.

## COUNT XXXI
## TRUSTEE PROCESS

296.    Carland repeats and realleges her responses to paragraphs 1 though 295 above.

297. - 298.    Carland is without knowledge and information sufficient to form a belief as to the truth of the allegations in these paragraphs.

## COUNT XXXII
## REACH AND APPLY

299.    Carland repeats and realleges her responses to paragraphs 1 though 298 above.

300. - 302.    Carland is without knowledge and information sufficient to form a belief as to the truth of the allegations in these paragraphs.

## COUNT XXXIII
## REACH AND APPLY

303.    Carland repeats and realleges her responses to paragraphs 1 though 302 above.

304. - 306.    Carland is without knowledge and information sufficient to form a belief as to the truth of the allegations in these paragraphs.

## COUNT XXXIV
## REACH AND APPLY

307.    Carland repeats and realleges her responses to paragraphs 1 though 306 above.

308. - 310.    Carland is without knowledge and information sufficient to form a belief as to the truth of the allegations in these paragraphs.

## COUNT XXXV
## REACH AND APPLY

311.    Carland repeats and realleges her responses to paragraphs 1 though 310 above.

312.    Denied.

313. This paragraph consists of legal argument to which no response is required. To the extent that this paragraph purports to allege facts, such allegations are denied.

314. This paragraph consists of legal argument to which no response is required. To the extent that this paragraph purports to allege facts, Carland is without knowledge and information sufficient to form a belief as to the truth of the allegations in the paragraph.

## COUNT XXXVI
## REACH AND APPLY

315. Carland repeats and realleges her responses to paragraphs 1 though 314 above.

316. - 318. Carland is without knowledge and information sufficient to form a belief as to the truth of the allegations in these paragraphs.

## COUNT XXXVII
## REACH AND APPLY

319. Carland repeats and realleges her responses to paragraphs 1 though 318 above.

320. - 322. Carland is without knowledge and information sufficient to form a belief as to the truth of the allegations in these paragraphs.

## COUNT XXXVIII
## REACH AND APPLY

323. Carland repeats and realleges her responses to paragraphs 1 though 322 above.

324. - 326. Carland is without knowledge and information sufficient to form a belief as to the truth of the allegations in these paragraphs.

## COUNT XXXVIX
## REACH AND APPLY

327. Carland repeats and realleges her responses to paragraphs 1 though 326 above.

328. - 330. Carland is without knowledge and information sufficient to form a belief as to the truth of the allegations in these paragraphs.

## COUNT XXXL
## REACH AND APPLY

331.   Carland repeats and realleges her responses to paragraphs 1 though 330 above.

332. - 334.   Carland is without knowledge and information sufficient to form a belief as to the truth of the allegations in these paragraphs.

## COUNT XXXLI
## REACH AND APPLY

335.   Carland repeats and realleges her responses to paragraphs 1 though 334 above.

336. - 338.   Carland is without knowledge and information sufficient to form a belief as to the truth of the allegations in these paragraphs.

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

The First Amended Complaint fails to state a claim upon which relief can be granted.

### SECOND AFFIRMATIVE DEFENSE

This action is barred because the First Amended Complaint fails to join persons and entities needed for just adjudication

### THIRD AFFIRMATIVE DEFENSE

This action is barred because the claims are not alleged with the requisite specificity.

### FOURTH AFFIRMATIVE DEFENSE

This action is barred by the statute of frauds.

### FIFTH AFFIRMATIVE DEFENSE

The signatures purporting to be Carland's on all instruments set forth in the First Amended Complaint or otherwise relied upon in support of the allegations contained therein are not genuine.

**SIXTH AFFIRMATIVE DEFENSE**

Carland did not knowingly or otherwise participate in any of the fraudulent schemes or artifices alleged in the First Amended Complaint.

**SEVENTH AFFIRMATIVE DEFENSE**

Carland did not knowingly or otherwise make any false representations regarding Gitto Global's finances to LaSalle.

**EIGHTH AFFIRMATIVE DEFENSE**

Carland did not engage in trade or commerce with Gary Gitto, Frank Miller, John Tersigni, Janice Chaisson, Helen Kozak, William Deakin and J&J Chemical.

**NINTH AFFIRMATIVE DEFENSE**

Carland did not engage in unfair or deceptive acts or practices declared unlawful under Section 2 of the Deceptive Trade Practices Act.

**TENTH AFFIRMATIVE DEFENSE**

Carland did not knowingly or otherwise use deceptive acts or practices for the purpose of inducing LaSalle to enter into a Loan and Security Agreement with Gitto Global or to advance funds under the revolving loans described in the First Amended Complaint.

**ELEVENTH AFFIRMATIVE DEFENSE**

Carland did not knowingly or otherwise conspire with Gary Gitto, Frank Miller, John Tersigni, Janice Chaisson, Helen Kozak, William Deakin and J&J Chemical to defraud LaSalle as alleged in the complaint.

## TWELFTH AFFIRMATIVE DEFENSE

Carland did not have a common design with Gary Gitto, Frank Miller, John Tersigni, Janice Chaisson, Helen Kozak, Nancy Gitto Panagiotes, William Deakin, J&J Chemical, and Tradex to defraud LaSalle.

## THIRTEENTH AFFIRMATIVE DEFENSE

Carland did not create a fictitious customer, Hemisphere Distribution Corporation ("Hemisphere"), represent it was a customer of Gitto Global, or create any of the false documents referenced in the First Amended Complaint.

## FOURTEENTH AFFIRMATIVE DEFENSE

Carland has no interest in Hemisphere and has not received any money, property, or payments from Hemisphere, Gitto Global, or any of the persons or entities named in the First Amended Complaint.

## FIFTEENTH AFFIRMATIVE DEFENSE

Carland reserves the right to add such additional defenses as become apparent during the course of discovery.

## DEMAND FOR JURY TRIAL

Carland demands a jury trial on all issues so triable.

                      KATHLEEN M. CARLAND,
                      By her attorneys,


                      */s/   Michelle R. Peirce*
                      Bruce A. Singal, BBO #464420
                      Michelle R. Peirce, BBO #557316
                      Donoghue, Barrett & Singal, P.C.
                      One Beacon Street, Suite 1320
                      Boston, MA  02108
                      (617) 720-5090

Dated:   January 27, 2005

### CERTIFICATE OF SERVICE

    I, Michelle R. Peirce, hereby certify that I have caused copies of Answer of Defendant Kathleen M. Carland to be served upon counsel of record, by first class mail, postage prepaid, this 27th day of January, 2005.


                      */s/   Michelle R. Peirce*
                      Michelle R. Peirce