08/18/2004 10:11 FAX 1 508 831 0955    SEDER CHANDLER                    ☒002/024



CLINTON SAVINGS BANK
200 Church Street
Clinton, MA  01510

August 18, 2004

Kingsdale Corp.
50 Independence Drive
Ayer, MA  01432

    Re:  Line of Credit Facility with Clinton Savings Bank
        (the "Lender") in favor of Kingsdale Corp.
        ("Kingsdale")

Gentlemen:

    This will confirm that the Lender has, subject to the terms of a letter agreement dated July 23, 2004 and of a Revolving Credit Note dated July 23, 2004 (the "Note"), established a line of credit facility in the maximum amount of (i) $8,400,000.00 from July 23, 2004 through and including August 1, 2004, and (ii) $8,000,000.00 from August 2, 2004 to August 13, 2004 (the "Line") for the benefit of Kingsdale Corp. ("Kingsdale"), the sole purpose of which is to provide for payments of checks drawn on Kingsdale's demand deposit account with the Lender against uncollected funds, each of which payments constitutes a loan by the Lender to Kingsdale, and upon which interest, at the rate of four percent (4%) over the Prime Rate of interest accrues. The Line will, in accordance with the terms of the Note, terminate on August 16, 2004 (the "Maturity Date").

    Kingsdale has requested that the Lender amend the Note to extend the Maturity Date to September 15, 2004. The Lender is willing to grant such request, but only upon the terms and conditions set forth herein.

    Effective as of the date hereof, the Note is amended as follows:

    Any and all references to Maturity Date shall mean
    September 15, 2004.

Except as amended hereby, the Note is hereby ratified, reaffirmed and confirmed.

    In consideration of the extension of the Maturity Date, Kingsdale shall pay to the Lender an extension fee of $40,000.00, of which $20,000.00 is due as of the date hereof and $20,000.00 is due upon the Maturity Date or upon the occurrence of an Event

Kingsdale Corp.
August 18, 2004
Page 2

of Default (whichever shall first occur). This extension fee is in addition to any other fees set forth in the Note. This extension fee is an obligation of Kingsdale secured by any and all security granted by Kingsdale to the Bank and guaranteed by all Guarantors of Kingsdale's obligations to the Bank.

Contemporaneously with the execution hereof and in consideration of the extension of the Maturity Date:

1. Gary C. Gitto shall execute and deliver to the Bank an unlimited guaranty of the obligations of Kingsdale to the Lender;

2. Tradex Corp. will execute and deliver to the Lender an unlimited deficiency guaranty of the obligations of Kingsdale to the Lender;

3. Charles N. Gitto, Jr. will execute and deliver to the Lender an unlimited deficiency guaranty of the obligations of Kingsdale to the Lender; and

4. Frank Miller (and his wife) will execute and deliver to the Lender a mortgage securing his obligations under his guaranty dated July 23, 2004.

Each of the Guarantors hereby consent to the extension of the Maturity Date and ratify, reaffirm and confirm their obligations under their respective guaranties.

On or before August 23, 2004, Kingsdale and/or the Guarantors shall cause to be delivered the following to the Bank:

1. an updated closing schedule (updating the document entitled "Gitto Global Estimated Closing Schedule" dated July 22, 2004, previously provided to the Bank), detailing any outstanding tasks remaining to be done with respect to the sale of assets of Gitto Global Corporation to VitroTech Corporation;

2. all financial information provided by Gitto Global Corporation to LaSalle Business Credit, Inc. (or any other party) from May 1, 2004 to August 23, 2004 pursuant to Sections 9(b) and 9(c) of that certain Loan and Security Agreement dated July 25, 2002; to the extent the same has been provided to LaSalle or any other party

3. any and all financial statements, including, without limitation, balance sheets, statements of income, retained earnings and cash flows prepared by or for Kingsdale with respect to all or any portion of fiscal 2003 and fiscal 2004, along with Kingsdale's federal and state income tax returns for the years 2002 and 2003; ~~and to the same~~ to the extent the same has been prepared; and

4. any and all proposals and/or commitments from lenders, investors and other funding sources that VitroTech Corporation may use to fund the purchase of certain assets of Gitto Global Corporation. to the extent the same are available to Gitto Global Corp.

Kingsdale and each of the Guarantors shall use their best efforts to arrange a conference call between the Lender and senior officers of VitroTech Corporation on or before August 23, 2004 to enable the Lender to inquire as to the status of the potential purchase of assets referenced above.

If Kingsdale and the Guarantors agree with the terms of this letter, please so indicate by signing a copy of this letter below, and return the same to me.

Very truly yours,

CLINTON SAVINGS BANK

By: _____
, title

Accepted and agreed this 18th day of August, 2004:

KINGSDALE CORP.

By: _/s/ Frank Miller - PRES_
, title

TRADEX CORP.

By: _/s/ [signature]_ Pres
, title

Kingsdale Corp.
August 18, 2004
Page 4


GITTO GLOBAL CORPORATION

By: _____
                                , title

_____
Gary C. Gitto

_____
Charles N. Gitto, Jr.

_____
Frank Miller