

# Legg Mason Wood Walker, Inc.
Member New York Stock Exchange, Inc./Member SIPC

## ACCOUNT STATEMENT

PAGE 2 OF 28

ACCOUNT NO. 396-02621   CHARLES N GITTO JR   DECEMBER 1-DECEMBER 31, 2004

CHARLES N GITTO JR
18 NANCY COURT
LEOMINSTER MA 01453-3480

**YOUR FINANCIAL ADVISOR:**

JOE DENICOLA/KATHYLEEN WRIGHT (6JD)
Legg Mason Wood Walker Inc
125 High Street, 30TH FL
Boston, MA 02110-2704
(617) 737-3530   (800) 333-6673

**INVESTMENT OBJECTIVES:**

1. Income & Growth
2. Short Term Growth

If you have any questions concerning these objectives, your objectives have changed, or there have been changes in your financial situation, please contact your Financial Advisor promptly.

**ACCOUNT VALUE**

| | |
|---|---|
| as of December 31, 2004 | ( $791.53) |
| as of November 30, 2004 | $621,045.80 |

**MESSAGE**

We at Legg Mason would like to wish you a happy New Year. This month, the featured article from our Legg Mason Wealth Advisors is on comprehensively managing your wealth. It's a great overview for your 2005 planning.

See enclosed client statement disclosure for important information

Visit us at www.leggmason.com

TOP:39602621   SUB:39602621   FA:6JD   SHNAME:GITTO   CHARLES  N  JR   PERIOD:20041231   DATE:20050102



**Legg Mason Wood Walker, Inc.**
Member New York Stock Exchange, Inc./Member SIPC

## ACCOUNT STATEMENT

PAGE 3 OF 28

ACCOUNT NO. 396-02621   CHARLES N GITTO JR   DECEMBER 1-DECEMBER 31, 2004

### ACCOUNT VALUE

| | as of 12/31/04 | as of 11/30/04 |
|---|---:|---:|
| Equities | $0.00 | $79,850.00 |
| Corporate Bonds | 0.00 | 100,125.00 |
| Municipal Bonds | 0.00 | 503,064.65 |
| Mutual Funds | 0.00 | 51,293.45 |
| Limited Partnerships | 0.00 | 115,435.00 |
| Sub Total: | $0.00 | $849,768.10 |
| Cash Balance | ($791.53) | ($228,722.30) |
| **TOTAL:** | **($791.53)** | **$621,045.80** |

### CASH ACTIVITY SUMMARY

| | This Period |
|---|---:|
| Beginning Cash & Money Market Fund Balance | ($228,722.30) |
| Income/Distributions Paid In Cash | 2,012.50 |
| Securities Bought | 0.00 |
| Securities Sold/Redeemed | 0.00 |
| Margin Interest Charged | (791.53) |
| Reinvestments | 0.00 |
| Withdrawals | (25,000.00) |
| Miscellaneous | 251,709.80 |
| Ending Cash & Money Market Fund Balance | ($791.53) |

### SECURED LINE OF CREDIT INFORMATION (MARGIN)

| | as of 12/31/04 |
|---|---:|
| Outstanding Balance | 0.00 |
| Average Outstanding Balance | (156,325.00) |
| Interest Rate | 5.88% |
| Margin Interest This Period | (791.53) |
| Margin Interest YTD | (12,051.36) |

### INCOME & DISTRIBUTION SUMMARY

| | This Period | Year to Date |
|---|---:|---:|
| Credit Interest | $0.00 | $19.55 |
| Dividends | 1,825.00 | 2,425.00 |
| Interest | 187.50 | 23,572.87 |
| Partnership Distributions | 0.00 | 8,181.50 |
| ST Capital Gains | 0.00 | 682.42 |
| LT Capital Gains | 0.00 | 82.75 |
| **TOTAL:** | **$2,012.50** | **$34,964.09** |
| Taxable Income | 1,825.00 | 3,126.97 |
| Tax Exempt Income | 187.50 | 23,572.87 |
| Other Distributions | 0.00 | 8,264.25 |
| Additional Information | | |
| Interest Purchased | $0.00 | ($4,107.03) |

### GAIN / (LOSS) SUMMARY

| REALIZED | This Period | Year to Date |
|---|---:|---:|
| Short Term Gain/(Loss) | $0.00 | ($5,838.00) |
| Net Realized Gain/(Loss) | $0.00 | ($5,838.00) |

TOP:39607621   SUB:39607621   FA:6JD   SHNAME:GITTO   CHARLES   N   JR   PERIOD:20041231   DATE:20050102



# ACCOUNT STATEMENT

Legg Mason Wood Walker, Inc.
Member New York Stock Exchange, Inc./Member SIPC

PAGE 4 OF 28

ACCOUNT NO. 396-02621  CHARLES N GITTO JR  DECEMBER 1-DECEMBER 31, 2004

## PORTFOLIO SUMMARY

CASH AND CASH EQUIVALENTS:   100.00% of Portfolio

| | Cash Balance | Margin | Net Balance |
|---|---|---|---|
| Ending Balance | ($791.53) | | ($791.53) |

## INCOME AND DISTRIBUTION ACTIVITY

| Date | Transaction | Quantity | Description | Additions | Subtractions |
|---|---|---|---|---|---|
| 12/01 | INTEREST | | LUNENBURG MASS G/O DUE 06/01/2008 2.500 REG INT ON 15000 BND REC 11/15/04 PAY 12/01/04 | $187.50 | |
| 12/30 | DIVIDEND | | AMERICAN CAPITAL STRATEGIES LTD CASH DIV ON 2500 SHS REC 11/15/04 PAY 12/30/04 | 1,825.00 | |

TOTAL INCOME AND DISTRIBUTION ACTIVITY:  $2,012.50  ($0.00)

Dividends & Interest:  2,012.50

**NET TOTAL:**  **$2,012.50**

## OTHER ACTIVITY

| Date | Transaction | Quantity | Description | Additions | Subtractions |
|---|---|---|---|---|---|
| 12/09 | WIRE OUT | | FUNDS WIRE MARINE BANK AND TRUST CHARLES N GITTO JR | | ($25,000.00) |
| 12/09 | WIRE FEE | | FUNDS WIRE FEE | | (20.00) |

TOP:39602621   SUB:39602621   FA:6JD   SHNAME:GITTO  CHARLES  N JR   PERIOD:20041231   DATE:20050102

**LEGG MASON**

ACCOUNT STATEMENT

Legg Mason Wood Walker, Inc.
Member New York Stock Exchange, Inc./Member SIPC

ACCOUNT NO. 396-02621   CHARLES N GITTO JR   DECEMBER 1-DECEMBER 31, 2004

PAGE 5 OF 28

## OTHER ACTIVITY (continued)

| Date | Transaction | Quantity | Description | Additions | Subtractions |
|---|---|---|---|---|---|
| 12/20 | TRANSFER | | TFR TO ACCT 396-00898-2 PER CLIENT LETTER GITTO | 253,554.80 | |
| 12/20 | TRANSFER | 2,500- | AMERICAN CAPITAL STRATEGIES LTD TFR TO ACCT 396-00898-1 PER CLIENT LETTER GITTO | | |
| 12/20 | TRANSFER | 3,099,302- | **HENDERSON INTERNATIONAL OPPORTUNITIES FUND CLASS A TFR TO ACCT 396-00898-1 PER CLIENT LETTER GITTO | | |
| 12/20 | TRANSFER | 1,500- | PENN VA RESOURCE PARTNERS L P COM UNIT REPTG LTD PARTNERSHIP TFR TO ACCT 396-00898-2 PER CLIENT LETTER GITTO | | |
| 12/20 | TRANSFER | 1,000- | SUNOCO LOGISTICS PARTNERS LP COM UNITS TFR TO ACCT 396-00898-2 PER CLIENT LETTER GITTO | | |
| 12/20 | TRANSFER | 50,000- | MASSACHUSETTS ST G/O RFDG SERIES D 5,000 DUE 10/01/27 TFR TO ACCT 396-00898-2 PER CLIENT LETTER GITTO | | |
| 12/20 | TRANSFER | 15,000- | LUNENBURG MASS G/O 2,500 DUE 06/01/08 TFR TO ACCT 396-00898-2 PER CLIENT LETTER GITTO | | |
| 12/20 | TRANSFER | 200,000- | MASSACHUSETTS ST G/O CONS LN-SER C 5,000 DUE 09/01/05 TFR TO ACCT 396-00898-2 PER CLIENT LETTER GITTO | | |

# LEGG MASON

**ACCOUNT STATEMENT**

Legg Mason Wood Walker, Inc.
Member New York Stock Exchange, Inc./Member SIPC

ACCOUNT NO. 396-02621  CHARLES N GITTO JR  DECEMBER 1-DECEMBER 31, 2004

PAGE 6 OF 28

## OTHER ACTIVITY (continued)

| Date | Transaction | Quantity | Description | Additions | Subtractions |
|---|---|---|---|---|---|
| 12/20 | TRANSFER | 70,000- | BOSTON MASS G/O SER A<br>TFR TO ACCT 396-00898-2<br>4.000 DUE 01/01/17<br>PER CLIENT LETTER<br>GITTO | | |
| 12/20 | TRANSFER | 35,000- | MASSACHUSETTS ST HEALTH & EDL<br>FACS AUTH REV WORCESTER ST<br>3.000 DUE 11/01/06<br>COLLEGE<br>TFR TO ACCT 396-00898-2<br>PER CLIENT LETTER<br>GITTO | | |
| 12/20 | TRANSFER | 25,000- | MASSACHUSETTS ST DEV FIN AGY<br>REV PARK SCH<br>4.875 DUE 09/01/29<br>TFR TO ACCT 396-00898-1<br>PER CLIENT LETTER<br>GITTO | | |
| 12/20 | TRANSFER | 100,000- | MASSACHUSETTS ST HEALTH & EDL<br>FACS AUTH RFDG-CAREGROUP<br>5.000 DUE 07/01/25<br>ISSUE-SER A<br>TFR TO ACCT 396-00898-2<br>PER CLIENT LETTER<br>GITTO | | |
| 12/20 | TRANSFER | 100,000- | LBH SPX SUNS 2<br>66% PART SUNS ON S&P 500 INDEX<br>DUE 12/26/06<br>100% MIN REDEMPTION DEC06-MAT<br>TFR TO ACCT 396-00898-2<br>PER CLIENT LETTER<br>GITTO | | (1,825.00) |
| 12/31 | TRANSFER | | TFR TO ACCT 396-00898-1<br>PER PREVIOUS LETTER<br>GITTO | | (791.53) |
| 12/31 | INTEREST | | INT FR 11/30 THRU 12/30 @ 5.880%<br>BAL  AVBAL 156,325 | | |
| TOTAL OTHER ACTIVITY: | | | | $253,554.80 | ($27,636.53) |



**Legg Mason Wood Walker, Inc.**
Member New York Stock Exchange, Inc./Member SIPC

## ACCOUNT STATEMENT

PAGE 7 OF 28

ACCOUNT NO. 396-02621   CHARLES N GITTO JR   DECEMBER 1-DECEMBER 31, 2004

### OTHER ACTIVITY (continued)

| Date | Transaction | Quantity | Description | Additions | Subtractions |
|---|---|---|---|---|---|

Withdrawals: (25,000.00)
Fees: (20.00)
Miscellaneous: 251,729.80
Margin Interest: (791.53)

**NET TOTAL OTHER ACTIVITIES:   $225,918.27**

***** END OF STATEMENT FOR ACCOUNT 396-02621 *****

Important regulatory message:
Legg Mason Wood Walker, Incorporated ("LMWW") is subject to the requirements of the Securities and Exchange Commission's Uniform Net Capital Rule ("Rule 15c3-1") and the rules of the securities exchanges of which it is a member. LMWW has elected to use the alternative method of computing net capital permitted by Rule 15c3-1, which requires that it maintain minimum net capital of two percent of aggregate debits, as defined. New York Stock Exchange rules stipulate that a member organization may not expand its business, equity capital may not be withdrawn, nor may cash dividends be paid if resulting net capital would fall below specified levels. At October 31, 2004, LMWW had net capital, as defined, of $320,712,000, which exceeded the required net capital of $24,408,000.
A copy of LMWW's consolidated statement of financial condition may be obtained at no cost, by accessing our website at www.leggmason.com or by calling us toll-free 1-877-534-4627.

TOP:39602621   SUB:39602621   FA:6D   SHNAME:GITTO   CHARLES   N   JR   PERIOD:20041231   DATE:20050102