

PREMIER ACCOUNT

**ACCOUNT STATEMENT**

Legg Mason Wood Walker, Inc.
Member New York Stock Exchange, Inc./Member SIPC

ACCOUNT NO. 396-00898   CHRISTA GITTO   DECEMBER 1-DECEMBER 31, 2004                                PAGE 8 OF 28

**YOUR FINANCIAL ADVISOR:**

JOE DENICOLA/KATHYLEEN WRIGHT (6JD)
Legg Mason Wood Walker Inc
125 High Street, 30TH FL
Boston, MA 02110-2704
(617) 737-3530   (800) 333-6673

CHRISTA GITTO
18 NANCY COURT
LEOMINSTER MA  01453-3480

**INVESTMENT OBJECTIVES:**

1. Long Term Growth            3. Speculation
2. Short Term Growth

If you have any questions concerning these objectives, your objectives have changed, or there have been changes in your financial situation, please contact your Financial Advisor promptly.

## ACCOUNT VALUE

| | |
|---|---|
| as of December 31, 2004 | $889,898.64 |
| as of November 30, 2004 | $330,177.11 |

## MESSAGE

We at Legg Mason would like to wish you a happy New Year. This month, the featured article from our Legg Mason Wealth Advisors is on comprehensively managing your wealth. It's a great overview for your 2005 planning.

See enclosed client statement disclosure for important information

Visit us at www.leggmason.com



**PREMIER ACCOUNT**

**ACCOUNT STATEMENT**

Legg Mason Wood Walker, Inc.
Member New York Stock Exchange, Inc./Member SIPC

ACCOUNT NO. 396-00898  CHRISTA GITTO  DECEMBER 1-DECEMBER 31, 2004                               PAGE 9 OF 28

## ACCOUNT VALUE

|  | as of 12/31/04 | as of 11/30/04 |
|---|---|---|
| Equities | $316,510.00 | $230,996.00 |
| REITs | 0.00 | 90,281.20 |
| Corporate Bonds | 102,000.00 | 0.00 |
| Municipal Bonds | 533,050.55 | 29,119.80 |
| Mutual Funds | 53,617.92 | 0.00 |
| Limited Partnerships | 221,250.00 | 0.00 |
| Sub Total: | $1,226,428.47 | $350,397.00 |
| Cash Balance | ( 336,529.83) | ( 20,219.89) |
| TOTAL: | $889,898.64 | $330,177.11 |

## INCOME & DISTRIBUTION SUMMARY

|  | This Period | Year to Date |
|---|---|---|
| Dividends | $120.00 | $225.53 |
| TOTAL: | $120.00 | $225.53 |
| ▼ Taxable Income | 120.00 | 225.53 |
| Additional Information |  |  |
| Interest Purchased | $0.00 | ( $353.44) |

## CASH ACTIVITY SUMMARY

|  | This Period | Year to Date |
|---|---|---|
| Beginning Cash & Money Market Fund Balance | ($20,219.89) | N/A |
| Income/Distributions Paid In Cash | 120.00 | 225.53 |
| Funds Added | 0.00 | 380,121.02 |
| Securities Bought | (100,000.00) | (445,943.00) |
| Securities Sold/Redeemed | 89,557.09 | 89,557.09 |
| Margin Interest Charged | (647.70) | (647.70) |
| Premier Checks | (53,499.53) | (82,639.53) |
| Withdrawals | 0.00 | (25,000.00) |
| Miscellaneous | (251,839.80) | (252,203.24) |
| Ending Cash & Money Market Fund Balance | ($336,529.83) | N/A |

## SECURED LINE OF CREDIT INFORMATION (MARGIN)

|  | as of 12/31/04 |
|---|---|
| Outstanding Balance | (337,749.00) |
| Average Outstanding Balance | (110,503.00) |
| Interest Rate | 5.88% |
| Margin Interest This Period | (602.00) |
| Margin Interest YTD | (602.00) |

## GAIN / (LOSS) SUMMARY

UNREALIZED

|  | as of 12/31/04 |
|---|---|
| Short Term Gain/(Loss) | $19,756.00 |
| Long Term Gain/(Loss) | 0.00 |



PREMIER ACCOUNT

ACCOUNT STATEMENT

**Legg Mason Wood Walker, Inc.**
Member New York Stock Exchange, Inc./Member SIPC

ACCOUNT NO. 396-00898   CHRISTA GITTO   DECEMBER 1-DECEMBER 31, 2004                               PAGE 10 OF 28

### GAIN / (LOSS) SUMMARY (continued)

Net Unrealized Gain/(Loss)                              $19,756.00

REALIZED

|  | This Period | Year to Date |
|---|---|---|
| Short Term Gain/(Loss) | ($1,093.00) | ($1,093.00) |
| Net Realized Gain/(Loss) | ($1,093.00) | ($1,093.00) |

Note: Positions for which the original cost and/or acquired date are not known are not included in the above totals. Please refer to the Portfolio Summary and Realized Gain/Loss sections for more information.

### PORTFOLIO SUMMARY

Bond Ratings are provided by Moody's/Standard & Poor's respectively. For more information about bond ratings please contact your Financial Advisor.
The calculation of unrealized gains/losses is prepared from cost basis information provided by you, your Financial Advisor, or our transaction files. Please contact your Financial Advisor should you need to amend the reported information.
Positions for which the original cost and/or acquisition date are not known will not be included in Unrealized Gain/Loss totals. These positions will be highlighted with letters "N/A" in the Unrealized Gain/Loss column.
Cost basis on zero coupon bonds has not been adjusted for accrued OID and thus no gain or loss calculations are performed.
An 'L' next to the Unrealized Gain or Loss indicates a long term gain/loss, and 'S' indicates a short term gain/loss.

CASH AND CASH EQUIVALENTS:    ( 37.82)% of Portfolio

Cash Balance

|  | Margin | Net Balance |
|---|---|---|
| Ending Balance | ( $336,529.83) | ( $336,529.83) |



**PREMIER ACCOUNT**

**ACCOUNT STATEMENT**

Legg Mason Wood Walker, Inc.
Member New York Stock Exchange, Inc./Member SIPC

ACCOUNT NO. 396-00898   CHRISTA GITTO   DECEMBER 1–DECEMBER 31, 2004

PAGE 11 OF 28

**EQUITIES :   35.57% of Portfolio**

| Quantity | Description | Symbol | Unit Cost | Date Acquired | Total Cost Basis | Current Price | Market Value | Unrealized Gain/Loss | Estimated Annual Income | Current Yield |
|---|---|---|---|---|---|---|---|---|---|---|
| 2,500 | AMERICAN CAPITAL STRATEGIES LTD | ACAS | $31.60 | 09/21/04 | $79,000 | $33.35 | $83,375.00 | $4,375 S | $7,300 | 8.75% |
| 4,600 | GMH COMMUNITIES TRUST | GCT | 12.00 | 10/28/04 | 55,200 | 14.10 | 64,860.00 | 9,660 S | 2,944 | 4.53% |
| 3,000 | NUVEEN EQUITY PREMIUM INCOME FUND | JPZ | 20.00 | 10/26/04 | 60,000 | 20.25 | 60,750.00 | 750 S | 5,112 | 8.41% |
| 2,500 | PIMCO FLOATING RATE STRATEGY FUND | PFN | 20.00 | 10/26/04 | 50,000 | | 48,875.00 | (1,125) S | | |
| 3,000 | | | 20.00 | 10/26/04 | 60,000 | | 58,650.00 | (1,350) S | | |
| 5,500 | SUB TOTAL | | 20 | | 110,000 | 19.55 | 107,525.00 | (2,475) | 6,023 | 5.60% |
| | MARKET VALUE OF EQUITIES | | | | | | $316,510.00 | $12,310 | $21,379 | 6.75% |

**CORPORATE BONDS :   11.46% of Portfolio**

| Quantity | Description | Bond Ratings | Unit Cost | Date Acquired | Total Cost Basis | Current Price | Market Value | Unrealized Gain/Loss | Estimated Annual Income | Current Yield |
|---|---|---|---|---|---|---|---|---|---|---|
| 100,000 | LBH SPX SUNS 2<br>66% PART SUNS ON S&P 500 INDEX<br>100% MIN REDEMPTION DEC06-MAT<br>INTEREST FROM DATE 12/26/01<br>DATED DATE 12/20/01<br>DUE 12/26/2006<br>CUSIP 524908DW7 | A2<br>A | N/A | 02/06/04 | N/A | $102.00 | $102,000.00 | N/A | | |
| | MARKET VALUE OF CORPORATE BONDS | | | | | | $102,000.00 | $0 | | |

TOP:39602621   SUB:39600898   FA:6JD   SHNAME:GITTO   CHRISTA   PERIOD:20041231   DATE:20050102

LEGG MASON

PREMIER ACCOUNT

ACCOUNT STATEMENT

Legg Mason Wood Walker, Inc.
Member New York Stock Exchange, Inc./Member SIPC

ACCOUNT NO. 396-00898 CHRISTA GITTO DECEMBER 1-DECEMBER 31, 2004

MUNICIPAL BONDS : 59.90% of Portfolio

| Quantity | Description | Bond Ratings | Unit Cost | Date Acquired | Total Cost Basis | Current Price | Market Value | Unrealized Gain/Loss | Estimated Annual Income | Estimated Current Yield |
|---|---|---|---|---|---|---|---|---|---|---|
| 200,000 | MASSACHUSETTS ST G/O CONS LN-SER C DATED DATE 09/01/99 DUE 09/01/2005 5.000% MS 01 CUSIP 575827VF4 | AA2 AA- | N/A | 02/06/04 | N/A | $101.917 | $203,834.00 | N/A S | $10,000 | 4.90% |
| 35,000 | MASSACHUSETTS ST HEALTH & EDL FACS AUTH REV WORCESTER ST COLLEGE DATED DATE 12/01/02 AMBAC INSURED DUE 11/01/2006 3.000% MN 01 CUSIP 57585KP44 | AAA AAA | 102.89 | 05/07/04 | 36,010 | 101.32 | 35,462.00 | ( 548) S | 1,050 | 2.96% |
| 15,000 | LUNENBURG MASS G/O DATED DATE 06/01/03 FGIC INSURED DUE 06/01/2008 2.500% JD 01 CUSIP 550408CE6 | AAA AAA | 99.05 | 05/07/04 | 14,857 | 100.222 | 15,033.30 | 176 S | 375 | 2.49% |
| 70,000 | BOSTON MASS G/O SER A DATED DATE 02/01/04 PAR CALL 01/01/2014 MBIA INSURED DUE 01/01/2017 4.000% JJ 01 CUSIP 1008526R8 | AAA AAA | 98.05 | 05/07/04 | 68,635 | 100.676 | 70,473.20 | 1,838 S | 2,800 | 3.97% |
| 100,000 | MASSACHUSETTS ST HEALTH & EDL FACS AUTH RFDG-CAREGROUP ISSUE-SER A DATED DATE 01/15/98 PAR CALL 07/01/2010 MBIA INSURED DUE 07/01/2025 5.000% JJ 01 CALL 07/01/08 102.000 CUSIP 57585KTZ1 | AAA AAA | 100.00 | 05/17/04 | 100,000 | 102.80 | 102,800.00 | 2,800 S | 5,000 | 4.86% |
| 50,000 | MASSACHUSETTS ST G/O RFDG SERIES D DATED DATE 10/23/03 PAR CALL 10/01/2013 DUE 10/01/2027 5.000% AO 01 CUSIP 57582NSS5 | AA2 AA- | 100.00 | 05/17/04 | 50,000 | 103.282 | 51,641.00 | 1,641 S | 2,500 | 4.84% |
| 30,000 | MASSACHUSETTS ST DEV FIN AGY REV PARK SCH DATED DATE 08/18/04 PAR CALL 09/01/2009 DUE 09/01/2029 4.875% MS 01 CUSIP 57583F5M9 | A3 S&P rating-N/A | 100.31 | 11/09/04 | 30,093 | | 29,349.30 | ( 744) S | | |

TOP:39602621 SUB:39600898 FA:6JD SHNAME:GITTO CHRISTA PERIOD:20041231 DATE:20050102



# LEGG MASON

**PREMIER ACCOUNT**

**ACCOUNT STATEMENT**

Legg Mason Wood Walker, Inc.
Member New York Stock Exchange, Inc./Member SIPC

ACCOUNT NO. 396-00898  CHRISTA GITTO  DECEMBER 1-DECEMBER 31, 2004

PAGE 13 OF 28

## MUNICIPAL BONDS (continued)

| Quantity | Description | Bond Ratings | Unit Cost | Date Acquired | Total Cost Basis | Current Price | Market Value | Unrealized Gain/Loss | Estimated Annual Income | Current Yield |
|---|---|---|---|---|---|---|---|---|---|---|
| 25,000 | | | 100.31 | 11/09/04 | 25,078 | | 24,457.75 | ( 620) S | | |
| 55,000 | SUB TOTAL | | 100.31 | | 55,171 | 97.831 | 53,807.05 | ( 1,364) | 2,681 | 4.98% |
| | MARKET VALUE OF MUNICIPAL BONDS | | | | | | $533,050.55 | $4,543 | $24,406 | 4.57% |

## MUTUAL FUNDS :  6.03% of Portfolio

| Quantity | Description | Symbol | Unit Cost | Date Acquired | Total Cost Basis | Current Price | Market Value | Unrealized Gain/Loss | Estimated Annual Income | Current Yield |
|---|---|---|---|---|---|---|---|---|---|---|
| 3,052.503 | **HENDERSON INTERNATIONAL OPPORTUNITIES FUND CLASS A | HFOAX | $16.38 | 07/02/04 | $50,000 | | $52,808.30 | $2,808 S | | |
| 46.799 | REINVESTMENTS | | 16.35 | Various | 765 | | 809.62 | 45 S | | |
| 3,099.302 | SUB TOTAL | | 16.38 | | 50,765 | 17.30 | 53,617.92 | 2,853 | | |
| | MARKET VALUE OF MUTUAL FUNDS | | | | | | $53,617.92 | $2,853 | | |

## LIMITED PARTNERSHIPS :  24.86% of Portfolio

| Quantity | Description | Symbol | Unit Cost | Date Acquired | Total Cost Basis | Current Price | Market Value | Unrealized Gain/Loss | Estimated Annual Income | Current Yield |
|---|---|---|---|---|---|---|---|---|---|---|
| 5,000 | FIDUCIARY / CLAYMORE MLP OPPORTUNITY FD | FMO | $20.00 | 12/22/04 | $100,000 | $20.01 | $100,050.00 | $50 S | | |
| 1,500 | PENN VA RESOURCE PARTNERS L P COM UNIT REPTG LTD PARTNERSHIP | PVR | N/A | 02/06/04 | N/A | 52.10 | 78,150.00 | N/A S | 3,375 | 4.31% |
| 1,000 | SUNOCO LOGISTICS PARTNERS LP COM UNITS | SXL | N/A | 02/06/04 | N/A | 43.05 | 43,050.00 | N/A S | 2,450 | 5.69% |
| | MARKET VALUE OF LIMITED PARTNERSHIPS | | | | | | $221,250.00 | $50 | $5,825 | 2.63% |

TOP:39602621    SUB:39600898    FA:6JD    SHNAME:GITTO    CHRISTA    PERIOD:20041231    DATE:20050102



**PREMIER ACCOUNT**

**ACCOUNT STATEMENT**

Legg Mason Wood Walker, Inc.
Member New York Stock Exchange, Inc./Member SIPC

ACCOUNT NO. 396-00898  CHRISTA GITTO  DECEMBER 1-DECEMBER 31, 2004                                PAGE 14 OF 28

The unrealized gain/loss shown does not necessarily represent the change in value versus your original investment because the cost basis may include additional shares that have been acquired through reinvestment. You or your tax advisor should verify data used for year-end tax reporting.

Purchases of securities may not be properly designated as Reinvestments and/or Systematic Purchases if you owned securities at Legg Mason prior to 02/1997 or have transferred securities into your account from another institution.

## TRADE ACTIVITY

| Date | Transaction | Quantity | Description | Price | Additions | Subtractions |
|---|---|---|---|---|---|---|
| 12/14 | YOU SOLD | 1,000- | LASALLE HOTEL PROPERTIES SBI<br>TRADE MADE BY US AS YOUR AGENT | $31.56 | $31,459.26 | |
| 12/21 | YOU SOLD | 1,600- | U STORE IT TRUST REIT<br>TRADE MADE BY US AS YOUR AGENT | 16.55 | 25,998.53 | |
| 12/23 | YOU SOLD | 500- | LASALLE HOTEL PROPERTIES SBI<br>AVG PRICE SHOWN-DETAILS ON REQ<br>TRADE MADE BY US AS YOUR AGENT | 31.69 | 15,535.91 | |
| 12/23 | YOU SOLD | 1,000- | U STORE IT TRUST REIT<br>TRADE MADE BY US AS YOUR AGENT | 16.91 | 16,563.39 | |
| 12/28 | YOU BOUGHT | 5,000 | FIDUCIARY / CLAYMORE MLP OPPORTUNITY FD<br>YOUR FINANCIAL ADVISOR RECEIVED COMPENSATION AS A RESULT OF THIS TRANSACTION.<br>SEE THE PROSPECTUS FOR MORE INFORMATION<br>TRADE MADE ON PRINCIPAL BASIS | 20 | | (100,000.00) |
| **TOTAL TRADE ACTIVITY:** | | | | | **$89,557.09** | **($100,000.00)** |

Total Buys:              (100,000.00)
Total Sells/Redemptions:    89,557.09

**NET TOTAL:**           **($10,442.91)**



# LEGG MASON
PREMIER ACCOUNT

## ACCOUNT STATEMENT
Legg Mason Wood Walker, Inc.
Member New York Stock Exchange, Inc./Member SIPC

ACCOUNT NO. 396-00898   CHRISTA GITTO   DECEMBER 1-DECEMBER 31, 2004                    PAGE 15 OF 28

## INCOME AND DISTRIBUTION ACTIVITY

| Date | Transaction | Quantity | Description | Additions | Subtractions |
|---|---|---|---|---|---|
| 12/15 | DIVIDEND | | LASALLE HOTEL PROPERTIES SBI<br>CASH DIV ON 1500 SHS<br>REC 11/30/04 PAY 12/15/04 | $120.00 | |

| TOTAL INCOME AND DISTRIBUTION ACTIVITY: | | $120.00 | ( $0.00) |
|---|---|---|---|
| Dividends & Interest: | 120.00 | | |
| **NET TOTAL:** | **$120.00** | | |

## PREMIER CHECK ACTIVITY

| Date Posted | Check# | Check Date | Memo | Payee | Expense Code | Additions | Subtractions |
|---|---|---|---|---|---|---|---|
| 12/09 | 105 | 12/01 | | REASSURE AMER LIFE | | | ( $3,837.60) |
| 12/17 | 106 | 12/01 | | GITTO GLOBAL | | | ( 1,164.60) |
| 12/21 | 107 | 12/10 | | AMEX | | | ( 11,297.33) |
| 12/17 | 108 | 12/12 | | PERKINS SMITH + COHEN | | | ( 25,000.00) |
| 12/16 | 108 | 12/12 | | PERKINS SMITH + COHEN | | | ( 25,000.00) |
| 12/20 | 108 | 12/20 | CHECK REVERSAL | PERKINS SMITH + COHEN | | 25,000.00 | |
| 12/14 | 110 | 12/11 | | CHARLES GITTO | | | ( 5,000.00) |
| 12/30 | 112 | 12/27 | | CHARLES GITTO | | | ( 3,600.00) |
| 12/30 | 113 | 12/27 | | TRADEX CORP | | | ( 3,600.00) |
| SUBTOTAL: | | | | | | $25,000.00 | ( $78,499.53) |
| TOTAL PREMIER CHECKS: | ($53,499.53) | | | | | | |

TOP:39602621   SUB:39600898   FA:6JD   SHNAME:GITTO   CHRISTA   PERIOD:20041231   DATE:20050102



**LEGG MASON**

PREMIER ACCOUNT

**ACCOUNT STATEMENT**

Legg Mason Wood Walker, Inc.
Member New York Stock Exchange, Inc./Member SIPC

ACCOUNT NO. 396-00898   CHRISTA GITTO   DECEMBER 1-DECEMBER 31, 2004

PAGE 16 OF 28

## OTHER ACTIVITY

| Date | Transaction | Quantity | Description | Additions | Subtractions |
|---|---|---|---|---|---|
| 12/06 | TRANSFER | | EXTENSION FEE | | ($10.00) |
| 12/10 | TRANSFER | | PREPAYMENT FEE | | (25.00) |
| 12/10 | INTEREST | | INTEREST ADJ TRANSACTION $24067.49/5DAYS@ 7.50% | | (24.73) |
| 12/14 | PURCHASE | 7,342.04 | LEGG MASON CASH RESERVE TRUST | | (7,342.04) |
| 12/14 | REDEMPTION | 5,000- | LEGG MASON CASH RESERVE TRUST FUNDS REDEEMED | 5,000.00 | |
| 12/16 | PURCHASE | 120 | LEGG MASON CASH RESERVE TRUST | | (120.00) |
| 12/16 | REDEMPTION | 2,462.04- | LEGG MASON CASH RESERVE TRUST FUNDS REDEEMED | 2,462.04 | |
| 12/17 | TRANSFER | | PREPAYMENT FEE | | (25.00) |
| 12/17 | TRANSFER | | PREPAYMENT FEE | | (25.00) |
| 12/17 | INTEREST | | INTEREST ADJ TRANSACTION $22537.96/5DAYS @ 7.5% | | (17.75) |
| 12/20 | TRANSFER | | TFR FROM ACCT 396-02621-2 PER CLIENT LETTER GITTO | | (253,554.80) |
| 12/20 | TRANSFER | 2,500 | AMERICAN CAPITAL STRATEGIES LTD TFR FROM ACCT 396-02621-1 PER CLIENT LETTER GITTO | | |
| 12/20 | TRANSFER | 3,099.302 | **HENDERSON INTERNATIONAL OPPORTUNITIES FUND CLASS A TFR FROM ACCT 396-02621-1 PER CLIENT LETTER GITTO | | |

TOP:39602621   SUB:39600898   FA:6JD   SHNAME:GITTO   CHRISTA   PERIOD:20041231   DATE:20050102



**PREMIER ACCOUNT**

**ACCOUNT STATEMENT**

Legg Mason Wood Walker, Inc.
Member New York Stock Exchange, Inc./Member SIPC

ACCOUNT NO. 396-00898   CHRISTA GITTO   DECEMBER 1-DECEMBER 31, 2004                                                   PAGE 17 OF 28

**OTHER ACTIVITY** (continued)

| Date | Transaction | Quantity | Description | Additions | Subtractions |
|------|-------------|----------|-------------|-----------|--------------|
| 12/20 | TRANSFER | 1,500 | PENN VA RESOURCE PARTNERS L P<br>COM UNIT REPTG LTD PARTNERSHIP<br>TFR FROM ACCT 396-02621-2<br>PER CLIENT LETTER<br>GITTO | | |
| 12/20 | TRANSFER | 1,000 | SUNOCO LOGISTICS PARTNERS LP<br>COM UNITS<br>TFR FROM ACCT 396-02621-2<br>PER CLIENT LETTER<br>GITTO | | |
| 12/20 | TRANSFER | 50,000 | MASSACHUSETTS ST G/O RFDG<br>SERIES D<br>5.000 DUE 10/01/27<br>TFR FROM ACCT 396-02621-2<br>PER CLIENT LETTER<br>GITTO | | |
| 12/20 | TRANSFER | 15,000 | LUNENBURG MASS G/O<br>TFR FROM ACCT 396-02621-2<br>2.500 DUE 06/01/08<br>PER CLIENT LETTER<br>GITTO | | |
| 12/20 | TRANSFER | 200,000 | MASSACHUSETTS ST G/O CONS<br>LN-SER C<br>5.000 DUE 09/01/05<br>TFR FROM ACCT 396-02621-2<br>PER CLIENT LETTER<br>GITTO | | |
| 12/20 | TRANSFER | 70,000 | BOSTON MASS G/O SER A<br>TFR FROM ACCT 396-02621-2<br>4.000 DUE 01/01/17<br>PER CLIENT LETTER<br>GITTO | | |
| 12/20 | TRANSFER | 35,000 | MASSACHUSETTS ST HEALTH & EDL<br>FACS AUTH REV WORCESTER ST<br>3.000 DUE 11/01/06<br>COLLEGE<br>TFR FROM ACCT 396-02621-2<br>PER CLIENT LETTER<br>GITTO | | |



**LEGG MASON**

PREMIER ACCOUNT

**ACCOUNT STATEMENT**

Legg Mason Wood Walker, Inc.
Member New York Stock Exchange, Inc./Member SIPC

ACCOUNT NO. 396-00898   CHRISTA GITTO   DECEMBER 1-DECEMBER 31, 2004       PAGE 18 OF 28

## OTHER ACTIVITY (continued)

| Date | Transaction | Quantity | Description | Additions | Subtractions |
|---|---|---|---|---|---|
| 12/20 | TRANSFER | 25,000 | MASSACHUSETTS ST DEV FIN AGY REV PARK SCH 4.875 DUE 09/01/29 TFR FROM ACCT 396-02621-1 PER CLIENT LETTER GITTO | | |
| 12/20 | TRANSFER | 100,000 | MASSACHUSETTS ST HEALTH & EDL FACS AUTH RFDG-CAREGROUP 5.000 DUE 07/01/25 ISSUE-SER A TFR FROM ACCT 396-02621-2 PER CLIENT LETTER GITTO | | |
| 12/20 | TRANSFER | 100,000 | LBH SPX SUNS 2 66% PART SUNS ON S&P 500 INDEX DUE 12/26/06 100% MIN REDEMPTION DEC06-MAT TFR FROM ACCT 396-02621-2 PER CLIENT LETTER GITTO | | |
| 12/21 | TRANSFER | | PREPAYMENT FEE | | (25.00) |
| 12/31 | INTEREST | | NOVEMBER LATE CHARGE | | (45.70) |
| 12/31 | INTEREST | | INT FR 11/30 THRU 12/30 @ 5.880% BAL 337,749 AVBAL 110,503 | | (559.52) |
| 12/31 | TRANSFER | | TFR FROM ACCT 396-02621-1 PER PREVIOUS LETTER GITTO | 1,825.00 | |

TOTAL OTHER ACTIVITY:                                                                                               $9,287.04        ($261,774.54)

Money Market Purchases:        (7,462.04)
Money Market Redemptions:       7,462.04
Miscellaneous:                (251,839.80)
Margin Interest:                 (647.70)

**NET TOTAL OTHER ACTIVITIES:**    **($252,487.50)**



**PREMIER ACCOUNT**

**ACCOUNT STATEMENT**

Legg Mason Wood Walker, Inc.
Member New York Stock Exchange, Inc./Member SIPC

ACCOUNT NO. 396-00898  CHRISTA GITTO  DECEMBER 1-DECEMBER 31, 2004                                    PAGE 19 OF 28

## REALIZED GAINS AND (LOSSES) THIS PERIOD

| Description | Sale Date | Date Acquired | Quantity | Cost | Net Proceeds | Realized Gain/(Loss) | Long/Short Term |
|---|---|---|---|---|---|---|---|
| LASALLE HOTEL PROPERTIES | 12/09/04 | 11/16/04 | 1,000- | $32,700 | $31,459.00 | ($1,241.00) | S |
|  | 12/20/04 | 11/16/04 | 500- | 16,350 | 15,536.00 | (814.00) | S |
| U STORE IT TRUST REIT | 12/16/04 | 10/21/04 | 1,600- | 25,600 | 25,999.00 | 399.00 | S |
|  | 12/20/04 | 10/21/04 | 1,000- | 16,000 | 16,563.00 | 563.00 | S |
| NET TOTAL: |  |  |  |  |  | ($1,093.00) |  |
| SHORT TERM: |  |  |  |  |  | ($1,093.00) |  |
| LONG TERM: |  |  |  |  |  | $0.00 |  |

Important regulatory message:
Legg Mason Wood Walker, Incorporated ("LMWW") is subject to the requirements of the Securities and Exchange Commission's Uniform Net Capital Rule ("Rule 15c3-1") and the rules of the securities exchanges of which it is a member. LMWW has elected to use the alternative method of computing net capital permitted by Rule 15c3-1, which requires that it maintain minimum net capital of two percent of aggregate debits, as defined. New York Stock Exchange rules stipulate that a member organization may not expand its business, equity capital may not be withdrawn, nor may cash dividends be paid if resulting net capital would fall below specified levels. At October 31, 2004, LMWW had net capital, as defined, of $320,712,000, which exceeded the required net capital of $24,408,000.
A copy of LMWW's consolidated statement of financial condition may be obtained at no cost, by accessing our website at www.leggmason.com or by calling us toll-free 1-877-534-4627.

***** END OF STATEMENT FOR ACCOUNT 396-00898 *****