```
                                        STATEMENT OF ACCOUNTS

                                           66204948930            X

                                        STATEMENT  PERIOD
                                          FROM     THROUGH
                                        11-01-04  11-30-04    7

                                        PAGE     1 OF     1

              TRADEX INTERNATIONAL CORP
              18 NANCY CT
              LEOMINSTER MA 01453                 1  ENCLOSURES
                                                                        0
FREE BUSINESS CHECKING                  ACCOUNT: 66204948930

   PREVIOUS        DEPOSITS/         CHECKS/          SERVICE      ENDING
STATEMENT BALANCE  CREDITS    1      DEBITS    3       FEES        BALANCE
   2,607.82         634.27         3,001.39           .00          240.70


                                     DEPOSITS/  CHECKS/
DATE  ACTIVITY DESCRIPTION REFERENCE   CREDITS   DEBITS        BALANCE

11-01  BEGINNING BALANCE                                       2,607.82
11-08  CHECK         1009  04342101440          2,340.12         267.70
11-09  CHECK         1010  04379007090            634.27
11-09  INSUFFICIENT FUNDS                         27.00
       FEE                                                       393.57-
11-10  CHECK RETURNED      90003601967  634.27
             1010                                                240.70
11-30  ENDING BALANCE                                            240.70


                     CHECK SUMMARY
            * INDICATES SKIP IN CHECK NUMBERS

   CHECK NO         AMOUNT       CHECK NO        AMOUNT
     1009          2,340.12       1010 R         634.27
TOTAL NUMBER OF CHECKS    1  TOTAL AMOUNT OF CHECKS   2,340.12


SERVICE FEE BALANCE INFORMATION FROM 11-01-04 THROUGH 11-30-04
AVERAGE LEDGER BALANCE           793.92  AVERAGE COLLECTED BALANCE    793.92
MINIMUM LEDGER BALANCE           393.57- MINIMUM COLLECTED BALANCE    393.57-
AVG. INVESTABLE BALANCE          793.92
```

```
                                           STATEMENT OF ACCOUNTS

                                              66204948930            X

                                           STATEMENT   PERIOD
                                              FROM     THROUGH
                                           12-01-04   12-31-04   7

                                           PAGE     1 OF     1
             TRADEX INTERNATIONAL CORP
             18 NANCY CT
             LEOMINSTER MA 01453                      2  ENCLOSURES
                                                                             0
FREE BUSINESS CHECKING                  ACCOUNT:  66204948930

   PREVIOUS      DEPOSITS/          CHECKS/           SERVICE         ENDING
STATEMENT BALANCE CREDITS     2     DEBITS      3      FEES          BALANCE
    240.70        10,500.00         10,573.00          .00            167.70


                                        DEPOSITS/   CHECKS/
DATE  ACTIVITY DESCRIPTION REFERENCE     CREDITS    DEBITS          BALANCE

12-01 BEGINNING BALANCE                                              240.70
12-10 RETL ITNET TFR FROM  00077900000    500.00
      CKG #66204948955                                               740.70
12-14 CHECK         1004   04113803240                  73.00        667.70
12-16 DEPOSIT              04568304780  10,000.00                 10,667.70
12-29 CHECK         1012   04360609480              10,000.00
12-29 RETL INTERNET TFR TO 00077900000                 500.00
      CKG #66204950209                                               167.70
12-31 ENDING BALANCE                                                 167.70


                         CHECK SUMMARY
                * INDICATES SKIP IN CHECK NUMBERS

   CHECK NO              AMOUNT        CHECK NO              AMOUNT
     1004                 73.00          1012*            10,000.00
TOTAL NUMBER OF CHECKS      2    TOTAL AMOUNT OF CHECKS   10,073.00


SERVICE FEE BALANCE INFORMATION FROM 12-01-04 THROUGH 12-31-04
AVERAGE LEDGER BALANCE        4,698.31  AVERAGE COLLECTED BALANCE    3,085.40
MINIMUM LEDGER BALANCE          167.70  MINIMUM COLLECTED BALANCE      167.70
AVG. INVESTABLE BALANCE       3,085.40
```

```
DDDHIST                 Demand Deposit Display History           3037       01/13/05
  Acct 66204948930                     Request ALLTRANS
  Alpha key  TRADEINT01    Last stmt 12/31/04

  S --Date--   ----Description-----  -Serial Nbr-   -Reference-        ------Amount------
  * 12/10/04   RETL ITNET TFR FROM         4        00077900000               500.00
               CKG #66204948955
  * 12/10/04   DAILY BALANCE                                                  740.70
  * 12/14/04   CHECK                    1004        04113803240               (73.00)
  * 12/14/04   DAILY BALANCE                                                  667.70
  * 12/16/04   DEPOSIT                               04568304780            10,000.00
  * 12/16/04   DAILY BALANCE                                               10,667.70
  * 12/29/04   CHECK                    1012        04360609480           (10,000.00)
  * 12/29/04   RETL INTERNET TFR TO        6        00077900000              (500.00)
               CKG #66204950209
  * 12/29/04   DAILY BALANCE                                                  167.70
    01/05/05   CHECK                    1013        04129107300              (149.47)
    01/05/05   DAILY BALANCE                                                   18.23
                  _ DDDHISTREQ   _ DDDHISTBAL   _ DDDMAIN   _ DDDACCT   _ DDDINT
  Last page of information.                                              GN20000I02
  COMMAND ===> _____
          F2=Retrieve    F3=Exit         F4=CRFwindow
  F7=Backward
```



CaptureDate:12-16-2004 Account:66204948930 AltAcct:66204948930 Amount:$10,000.00 RT:563755203 TC:20
ApplicationID:1 OrigTC:0 SerialNumber:0 CaptureSite:620 DbCr:C EndPoint:0 AdjustmentFlag:- Onus\Transit:-



CaptureDate:12-16-2004 Account:103284 AltAcct:0 Amount:$10,000.00 RT:67014246 TC:1 ApplicationID:998 OrigTC:1
SerialNumber:2073 CaptureSite:620 DbCr:D EndPoint:62560016 AdjustmentFlag:- Onus\Transit:-




```
CaptureDate:11-08-2004 Account:66204948930 AltAcct:66204948930 Amount:$2,340.12 RT:11075150 TC:90 ApplicationID:1
OrigTC:0 SerialNumber:1009 CaptureSite:610 DbCr:D EndPoint:0 AdjustmentFlag:- Onus\Transit:-
```




```
CaptureDate:11-09-2004 Account:66204948930 AltAcct:66204948930 Amount:$634.27 RT:11075150 TC:90 ApplicationID:1
OrigTC:0 SerialNumber:1010 CaptureSite:610 DbCr:D EndPoint:0 AdjustmentFlag:- Onus\Transit:-
```




```
CaptureDate:12-14-2004 Account:66204948930 AltAcct:66204948930 Amount:$73.00 RT:11075150 TC:90 ApplicationID:1
OrigTC:0 SerialNumber:1004 CaptureSite:610 DbCr:D EndPoint:0 AdjustmentFlag:- Onus\Transit:-
```




```
CaptureDate:12-29-2004 Account:66204948930 AltAcct:66204948930 Amount:$10,000.00 RT:11075150 TC:90
ApplicationID:1 OrigTC:0 SerialNumber:1012 CaptureSite:610 DbCr:D EndPoint:0 AdjustmentFlag:- Onus\Transit:-
```

```
CaptureDate:01-05-2005 Account:66204948930 AltAcct:66204948930 Amount:$149.47 RT:11075150 TC:90 ApplicationID:1
OrigTC:0 SerialNumber:1013 CaptureSite:610 DbCr:D EndPoint:0 AdjustmentFlag:- Onus\Transit:-
```