```
                                        STATEMENT OF ACCOUNTS

                                        66204950209              X

                                       STATEMENT   PERIOD
                                         FROM     THROUGH
                                       11-01-04   11-30-04    7

                                        PAGE    1 OF     2

            CHRISTA GITTO
            CHARLES N GITTO JR
            18 NANCY CT                         9  ENCLOSURES
            LEOMINSTER MA 01453
                                                                            0
TOTALLY FREE CHECKING                      ACCOUNT:  66204950209

    PREVIOUS       DEPOSITS/         CHECKS/           SERVICE        ENDING
STATEMENT BALANCE  CREDITS     5     DEBITS     18      FEES         BALANCE
    2,765.95       17,548.00         18,955.96          .00          1,357.99


                                       DEPOSITS/    CHECKS/
DATE  ACTIVITY DESCRIPTION  REFERENCE   CREDITS     DEBITS         BALANCE

11-01 BEGINNING BALANCE                                             2,765.95
11-01 CHECK           1591  04383201050                 47.30       2,718.65
11-03 DEPOSIT               04559808950    5,000.00                 7,718.65
11-04 CHECK           1602  04374003960                717.50       7,001.15
11-05 DEP RET               90002700405              5,000.00
11-05 CHECK           1601  04122204090              2,548.00
11-05 INSUFFICIENT FUNDS                                27.00
      FEE
11-05 DEP ITEM RET FEE                                  10.00
      1 AT     $10.00                                                 583.85-
11-08 CHECK RETURNED        90003601396    2,548.00
      1601
11-08 DEPOSIT               04353703050    5,000.00
11-08 DEPOSIT               04583501500    3,000.00                 9,964.15
11-09 CHECK           1598  04375004880                411.14       9,553.01
11-10 CHECK           1605  04386607730                640.00       8,913.01
11-15 AMERICAN EXPRESS      00077900000                500.00
      ELEC REMIT
      041113060287489                                               8,413.01
11-17 DEPOSIT               04533604370    2,000.00
11-17 AMERICAN EXPRESS      00077900000              4,632.02
      ELEC REMIT
      041116060134982
11-17 RETL INTERNET TFR TO  00077900000                800.00
      CKG #66204948955
11-17 RETL INTERNET TFR TO  00077900000                500.00
      CKG #66204948955
11-17 CHECK           1609  04533907540                280.00       4,200.99
11-18 CHECK           1608  04165801230                560.00       3,640.99
11-26 CHECK           1607  04336603920              1,000.00
11-26 CHECK           1603  04336603910                500.00       2,140.99
11-29 DISCOVER E-PAYMENT    00077900000                 37.00
      041126
      601100193062546                                               2,103.99
11-30 CHECK           1606  04458506980                746.00       1,357.99
11-30 ENDING BALANCE                                                1,357.99
```

```
                                         STATEMENT OF ACCOUNTS

                                            66204950209              X

                                         STATEMENT   PERIOD
                                           FROM      THROUGH
                                         11-01-04    11-30-04    7

                                         PAGE      2 OF     2

            CHRISTA GITTO
            CHARLES N GITTO JR
            18 NANCY CT                                  9  ENCLOSURES
            LEOMINSTER MA 01453
                                                                              0
TOTALLY FREE CHECKING                       ACCOUNT:  66204950209

                              CHECK SUMMARY
                      * INDICATES SKIP IN CHECK NUMBERS
    CHECK NO           AMOUNT         CHECK NO             AMOUNT
      1591              47.30          1605*               640.00
      1598*            411.14          1606                746.00
      1601*R         2,548.00          1607              1,000.00
      1602             717.50          1608                560.00
      1603             500.00          1609                280.00
TOTAL NUMBER OF CHECKS      9   TOTAL AMOUNT OF CHECKS   4,901.94


SERVICE FEE BALANCE INFORMATION FROM 11-01-04 THROUGH 11-30-04
AVERAGE LEDGER BALANCE        5,005.72  AVERAGE COLLECTED BALANCE      4,272.38
MINIMUM LEDGER BALANCE          583.85- MINIMUM COLLECTED BALANCE        583.85-
```

```
                                          STATEMENT OF ACCOUNTS

                                             66204950209              X

                                          STATEMENT  PERIOD
                                             FROM     THROUGH
                                          12-01-04   12-31-04    7

                                          PAGE    1 OF    3
          CHRISTA GITTO
          CHARLES N GITTO JR
          18 NANCY CT                               25  ENCLOSURES
          LEOMINSTER MA 01453
                                                                      0
TOTALLY FREE CHECKING                 ACCOUNT: 66204950209

    PREVIOUS         DEPOSITS/          CHECKS/           SERVICE        ENDING
STATEMENT BALANCE  CREDITS    10      DEBITS    34         FEES          BALANCE
     1,357.99       16,347.00         13,576.81            .00          4,128.18


                                        DEPOSITS/   CHECKS/
DATE  ACTIVITY DESCRIPTION REFERENCE     CREDITS    DEBITS         BALANCE

12-01 BEGINNING BALANCE                                            1,357.99
12-01 DEPOSIT             04598102580     580.00
12-01 WTHDRWL             04598102620                 580.00       1,357.99
12-06 RETL ITNET TFR FROM 00077900000    2,500.00
      CKG #66204948955
12-06 CAPITAL ONE         00077900000                  92.55
      ONLINE PMT
      433839960234021                                              3,765.44
12-07 CHECK          1611 04328403390                 345.00
12-07 CHECK          1619 04149507290                 196.85
12-07 CAPITAL ONE         00077900000                 194.38
      ONLINE PMT
      434139960204445
12-07 CHECK          1614 04334800010                  34.00       2,995.21
12-08 NEW ACCOUNT BONUS   90020801162      25.00
12-08 CHECK          1612 04360805510                 210.81
12-08 CHECK          1616 04615100230                 102.26
12-08 CHECK          1615 04615100240                  90.65
12-08 CHECK          1618 04615200440                  56.71
12-08 CHECK          1617 04615200240                  47.22       2,512.56
12-09 AMERICAN EXPRESS    00077900000                 564.86
      ELEC REMIT
      041208060140305                                              1,947.70
12-10 RETL ITNET TFR FROM 00077900000    2,500.00
      CKG #66204948955                                             4,447.70
12-13 DEPOSIT             04550404480    5,290.00
12-13 CHECK          1610 04239209020                 221.88       9,515.82
12-15 CHECK          1625 04636800230                 851.68
12-15 CHECK          1624 04330104510                 384.53
12-15 CHECK          1628 04636800220                 221.13
12-15 CHECK          1626 04636804370                 154.42
12-15 CHECK          1613 04130109920                  47.34
12-15 CHECK          1623 04256108710                  44.85       7,811.87
12-16 DEPOSIT             04568304800      284.00
12-16 CHECK          1620 04138208500                1,164.60
12-16 CHECK          1627 04333202220                1,000.00
12-16 CASH CHK       1629 04568307610                 350.00
12-16 CAPITAL ONE         00077900000                 160.14
      ONLINE PMT
      435039960157934
```

```
                                    STATEMENT OF ACCOUNTS

                                        66204950209           X

                                    STATEMENT   PERIOD
                                      FROM      THROUGH
                                    12-01-04   12-31-04    7

                                    PAGE    2 OF    3

          CHRISTA GITTO
          CHARLES N GITTO JR
          18 NANCY CT                         25  ENCLOSURES
          LEOMINSTER MA 01453
                                                                0
TOTALLY FREE CHECKING                   ACCOUNT: 66204950209

                                    DEPOSITS/   CHECKS/
DATE  ACTIVITY DESCRIPTION REFERENCE  CREDITS    DEBITS         BALANCE

12-16 CHECK            1621 04333200320           94.13        5,327.00
12-17 CHECK            1622 04828408360          103.00        5,224.00
12-20 CHECK            1630 04209304510          490.00        4,734.00
12-22 CHECK            1633 04833200680          300.00
12-22 CHECK             101 04248201690           50.00        4,384.00
12-24 DEPOSIT               04523509240  284.00
12-24 AMERICAN EXPRESS      00077900000         1,672.89
      ELEC REMIT
      041223060122667                                          2,995.11
12-27 DISCOVER E-PAYMENT    00077900000          123.93
      041224
      601100193062546                                          2,871.18
12-28 BLOOMINGDALES         00077900000         3,000.00
      ONLINE PMT 041228
      CKF171421420POS
12-28 INSUFFICIENT FUNDS                          27.00
      FEE                                                        155.82-
12-29 DEPOSIT               04542209280 3,884.00
12-29 RETL ITNET TFR FROM   00077900000   500.00
      CKG #66204948930
12-29 RETL ITNET TFR FROM   00077900000   500.00
      CKG #66204948955
12-29 CHECK            1632 04869806950          300.00
12-29 CHECK            1631 04869806960          300.00        4,128.18
12-31 ENDING BALANCE                                           4,128.18


                            CHECK SUMMARY
                  * INDICATES SKIP IN CHECK NUMBERS

   CHECK NO            AMOUNT         CHECK NO            AMOUNT
        101             50.00            1622             103.00
       1610*           221.88            1623              44.85
       1611            345.00            1624             384.53
       1612            210.81            1625             851.68
       1613             47.34            1626             154.42
       1614             34.00            1627           1,000.00
       1615             90.65            1628             221.13
       1616            102.26            1629             350.00
       1617             47.22            1630             490.00
       1618             56.71            1631             300.00
       1619            196.85            1632             300.00
       1620          1,164.60            1633             300.00
       1621             94.13
TOTAL NUMBER OF CHECKS      25   TOTAL AMOUNT OF CHECKS   7,161.06
```

```
                                        STATEMENT OF ACCOUNTS

                                           66204950209            X

                                        STATEMENT  PERIOD
                                          FROM     THROUGH
                                        12-01-04  12-31-04   7

                                        PAGE      3 OF    3
         CHRISTA GITTO
         CHARLES N GITTO JR
         18 NANCY CT                               25  ENCLOSURES
         LEOMINSTER MA 01453
                                                                    0
TOTALLY FREE CHECKING                ACCOUNT:  66204950209


SERVICE FEE BALANCE INFORMATION FROM 12-01-04 THROUGH 12-31-04
AVERAGE LEDGER BALANCE        3,919.92  AVERAGE COLLECTED BALANCE    3,013.79
MINIMUM LEDGER BALANCE          155.82- MINIMUM COLLECTED BALANCE      155.82-
```

```
Page: 1 Document Name: untitled

DDDHIST                Demand Deposit Display History              3037       01/13/05
  Acct 66204950209_____          Request ALLTRANS_____
  Alpha key  GITTOC..01   Last stmt 12/31/04

 S --Date--   ----Description-----  -Serial Nbr-    -Reference-    ------Amount------
 * 12/29/04   RETL ITNET TFR FROM           7       00077900000             500.00
              CKG #66204948955
 * 12/29/04   CHECK                      1632       04869806950            (300.00)
 * 12/29/04   CHECK                      1631       04869806960            (300.00)
 * 12/29/04   DAILY BALANCE                                               4,128.18
   01/03/05   CHECK                      1640       04239209670            (700.43)
   01/03/05   CHECK                      1638       04748507980            (599.39)
   01/03/05   CHECK                      1641       04240807100            (393.75)
   01/03/05   CHECK                      1647       04462102790            (125.00)
   01/03/05   CHECK                      1644       04240808880             (15.00)
   01/03/05   DAILY BALANCE                                               2,294.61
   01/04/05   CHECK                      1645       04252900040            (221.88)

                   _ DDDHISTREQ  _ DDDHISTBAL  _ DDDMAIN  _ DDDACCT  _ DDDINT
 There is additional information before and after this page.          GN20000I03
 COMMAND ===> _____
          F2=Retrieve    F3=Exit       F4=CRFwindow
 F7=Backward  F8=Forward
```

Date: 1/14/2005 Time: 9:33:20 AM

```
Page: 1 Document Name: untitled
```

```
DDDHIST                Demand Deposit Display History          3037      01/13/05

  Acct 66204950209                        Request ALLTRANS
  Alpha key  GITTOC..01   Last stmt 12/31/04

S --Date--   ----Description-----  -Serial Nbr-   -Reference-       ------Amount------
  01/04/05   CHECK                     1642       04328102800              (94.61)
  01/04/05   DAILY BALANCE                                                1,978.12
  01/05/05   DEPOSIT                              04582101180                284.00
  01/05/05   CHECK                     1639       04355504350              (11.80)
  01/05/05   DAILY BALANCE                                                2,250.32
  01/06/05   RETL ITNET TFR FROM          8       00077900000             4,000.00
             CKG #66204948955
  01/06/05   DAILY BALANCE                                                6,250.32
  01/07/05   CHECK                     1643       04383101320              (19.95)
  01/07/05   DAILY BALANCE                                                6,230.37
  01/10/05   CITI-CLICK 2 PAY                     00077900000           (1,000.00)
             PAYMENT
             HDB*DCRXL957CTP
                    _ DDDHISTREQ  _ DDDHISTBAL  _ DDDMAIN  _ DDDACCT   _ DDDINT
There is additional information before and after this page.        GN20000I03
COMMAND ===> _____
         F2=Retrieve   F3=Exit        F4=CRFwindow
F7=Backward  F8=Forward
```

Date: 1/14/2005 Time: 9:33:22 AM

```
Page: 1 Document Name: untitled

DDDHIST                 Demand Deposit Display History           3037     01/13/05
  Acct 66204950209_____              Request ALLTRANS_____
  Alpha key  GITTOC..01    Last stmt 12/31/04

 S --Date--   ----Description-----  -Serial Nbr-   -Reference-      ------Amount------
   01/10/05   CHECK                    1650        04826001470             (503.16)
   01/10/05   CHECK                    1652        04226603380              (31.37)
   01/10/05   DAILY BALANCE                                              4,695.84
   01/11/05   CHECK                    1849        04774201560              (61.52)
   01/11/05   CHECK                    1651        04774201550              (44.59)
   01/11/05   DAILY BALANCE                                              4,589.73
   01/13/05   CHASE CARD SERV          1655        00077900000           (1,000.00)
              ACHPAYMENT 050112
              1655


                   _ DDDHISTREQ    _ DDDHISTBAL    _ DDDMAIN    _ DDDACCT    _ DDDINT
 Last page of information.                                                GN20000I02
 COMMAND ===> _____
         F2=Retrieve    F3=Exit        F4=CRFwindow
 F7=Backward
```

Date: 1/14/2005 Time: 9:33:23 AM



CaptureDate:11-03-2004 Account:66204950209 AltAcct:66204950209 Amount:$5,000.00 RT:563755203 TC:20 ApplicationID:1 OrigTC:0 SerialNumber:0 CaptureSite:620 DbCr:C EndPoint:0 AdjustmentFlag:- Onus\Transit:-



CaptureDate:11-03-2004 Account:66204948955 AltAcct:66204948955 Amount:$5,000.00 RT:11075150 TC:90 ApplicationID:1 OrigTC:0 SerialNumber:1037 CaptureSite:620 DbCr:D EndPoint:0 AdjustmentFlag:- Onus\Transit:-




CaptureDate:11-08-2004 Account:66204950209 AltAcct:66204950209 Amount:$5,000.00 RT:56375520 TC:20 ApplicationID:1
OrigTC:0 SerialNumber:0 CaptureSite:610 DbCr:C EndPoint:0 AdjustmentFlag:- Onus\Transit:-

Tradex Corporation — Check #1037 — 11/2/2004 — $5,000.00 — Pay to the order of Christa Gitto — Five-Thousand and 00/100

CaptureDate:11-08-2004 Account:66204948955 AltAcct:66204948955 Amount:$5,000.00 RT:11075150 TC:90 ApplicationID:1
OrigTC:0 SerialNumber:1037 CaptureSite:610 DbCr:D EndPoint:0 AdjustmentFlag:- Onus\Transit:-




```
CaptureDate:11-08-2004 Account:66204950209 AltAcct:66204950209 Amount:$3,000.00 RT:56375520 TC:20 ApplicationID:1
OrigTC:0 SerialNumber:0 CaptureSite:620 DbCr:C EndPoint:0 AdjustmentFlag:- Onus\Transit:-
```




```
CaptureDate:11-08-2004 Account:4519959568574 AltAcct:0 Amount:$3,000.00 RT:44000804 TC:101 ApplicationID:998
OrigTC:101 SerialNumber:0 CaptureSite:620 DbCr:D EndPoint:62560018 AdjustmentFlag:- Onus\Transit:-
```




CaptureDate:11-17-2004 Account:66204950209 AltAcct:66204950209 Amount:$2,000.00 RT:56375520 TC:20 ApplicationID:1
OrigTC:0 SerialNumber:0 CaptureSite:620 DbCr:C EndPoint:0 AdjustmentFlag:- Onus\Transit:-




CaptureDate:11-17-2004 Account:12268801 AltAcct:0 Amount:$1,000.00 RT:67014246 TC:1951 ApplicationID:998
OrigTC:1951 SerialNumber:0 CaptureSite:620 DbCr:D EndPoint:62560016 AdjustmentFlag:- Onus\Transit:-

CaptureDate:11-17-2004 Account:4519959568574 AltAcct:0 Amount:$1,000.00 RT:44000804 TC:130 ApplicationID:998
OrigTC:130 SerialNumber:0 CaptureSite:620 DbCr:D EndPoint:62560018 AdjustmentFlag:- Onus\Transit:-




CaptureDate:12-01-2004 Account:66204950209 AltAcct:66204950209 Amount:$580.00 RT:56375520 TC:20 ApplicationID:1
OrigTC:0 SerialNumber:0 CaptureSite:620 DbCr:C EndPoint:0 AdjustmentFlag:- Onus\Transit:-




CaptureDate:12-01-2004 Account:88880448 AltAcct:0 Amount:$290.00 RT:11375245 TC:0 ApplicationID:998 OrigTC:0
SerialNumber:19075497 CaptureSite:620 DbCr:D EndPoint:62560029 AdjustmentFlag:- Onus\Transit:-

CaptureDate:12-01-2004 Account:88880448 AltAcct:0 Amount:$290.00 RT:11375245 TC:0 ApplicationID:998 OrigTC:0
SerialNumber:19135915 CaptureSite:620 DbCr:D EndPoint:62560029 AdjustmentFlag:- Onus\Transit:-

**CASH OUT CREDIT**

TELLER NUMBER: 002

BRANCH NUMBER: 662

120104 002 662 072    $580.00 CO

580.00

⑆5637⑆9904⑆    ⑈000066200 2⑈

0459812610  >011075158<
R015 013 P6 SOVEREIGN
12/01/2004

CaptureDate:12-01-2004 Account:662002 AltAcct:662002 Amount:$580.00 RT:56379904 TC:0 ApplicationID:996 OrigTC:0 SerialNumber:0 CaptureSite:620 DbCr:C EndPoint:0 AdjustmentFlag:- Onus\Transit:- SequenceNumber:459812610 IRD:0

**Sovereign Bank New England**
**CHECKING ACCOUNT WITHDRAWAL** — DEBIT

CUSTOMER NAME: Crista Citto
DATE OF WITHDRAWAL: Dec 1/04
WRITTEN AMOUNT: Five hundred & eighty ——— xx/100
CUSTOMER SIGNATURE: Florida

DD Uth  Date 12/01/04 12:11 Tlr 002
A/H 6620495020s    Seq 0072  662
Amt    $580.00

ACCOUNT NUMBER: 66204950209    $ 580.00

⑆5637⑆5561⑆

0459812620  >011075158<
R015 013 P1 SOVEREIGN
12/01/2004

CaptureDate:12-01-2004 Account:66204950209 AltAcct:66204950209 Amount:$580.00 RT:56375561 TC:61 ApplicationID:1 OrigTC:0 SerialNumber:0 CaptureSite:620 DbCr:D EndPoint:0 AdjustmentFlag:- Onus\Transit:-