


CaptureDate:11-03-2004 Account:66204950209 AltAcct:66204950209 Amount:$5,000.00 RT:563755203 TC:20
ApplicationID:1 OrigTC:0 SerialNumber:0 CaptureSite:620 DbCr:C EndPoint:0 AdjustmentFlag:- Onus\Transit:-




CaptureDate:11-08-2004 Account:66204950209 AltAcct:66204950209 Amount:$5,000.00 RT:56375520 TC:20 ApplicationID:1
OrigTC:0 SerialNumber:0 CaptureSite:610 DbCr:C EndPoint:0 AdjustmentFlag:- Onus\Transit:-

CaptureDate:11-08-2004 Account:66204950209 AltAcct:66204950209 Amount:$3,000.00 RT:56375520 TC:20 ApplicationID:1
OrigTC:0 SerialNumber:0 CaptureSite:620 DbCr:C EndPoint:0 AdjustmentFlag:- Onus\Transit:-




CaptureDate:12-16-2004 Account:66204950209 AltAcct:66204950209 Amount:$284.00 RT:56375520 TC:20 ApplicationID:1
OrigTC:0 SerialNumber:0 CaptureSite:620 DbCr:C EndPoint:0 AdjustmentFlag:- Onus\Transit:-

CaptureDate:12-16-2004 Account:88880448 AltAcct:0 Amount:$284.00 RT:11375245 TC:0 ApplicationID:998 OrigTC:0
SerialNumber:19270322 CaptureSite:620 DbCr:D EndPoint:62560029 AdjustmentFlag:- Onus\Transit:-



```
CaptureDate:11-03-2004 Account:66204950209 AltAcct:66204950209 Amount:$5,000.00 RT:563755203 TC:20
ApplicationID:1 OrigTC:0 SerialNumber:0 CaptureSite:620 DbCr:C EndPoint:0 AdjustmentFlag:- Onus\Transit:-
```



```
CaptureDate:11-08-2004 Account:66204950209 AltAcct:66204950209 Amount:$5,000.00 RT:56375520 TC:20 ApplicationID:1
OrigTC:0 SerialNumber:0 CaptureSite:610 DbCr:C EndPoint:0 AdjustmentFlag:- Onus\Transit:-
```



```
CaptureDate:11-09-2004 Account:66204950209 AltAcct:66204950209 Amount:$411.14 RT:11075150 TC:90 ApplicationID:1
OrigTC:0 SerialNumber:1598 CaptureSite:610 DbCr:D EndPoint:0 AdjustmentFlag:- Onus\Transit:-
```



```
CaptureDate:11-10-2004 Account:66204950209 AltAcct:66204950209 Amount:$640.00 RT:1107515 TC:90 ApplicationID:1
OrigTC:0 SerialNumber:1605 CaptureSite:610 DbCr:D EndPoint:0 AdjustmentFlag:- Onus\Transit:-
```

```
CaptureDate:11-17-2004 Account:66204950209 AltAcct:66204950209 Amount:$280.00 RT:11075150 TC:90 ApplicationID:1
OrigTC:0 SerialNumber:1609 CaptureSite:620 DbCr:D EndPoint:0 AdjustmentFlag:- Onus\Transit:-
```



CaptureDate:11-18-2004 Account:66204950209 AltAcct:66204950209 Amount:$560.00 RT:11075150 TC:90 ApplicationID:1
OrigTC:0 SerialNumber:1608 CaptureSite:610 DbCr:D EndPoint:0 AdjustmentFlag:- Onus\Transit:-

 

CaptureDate:11-26-2004 Account:66204950209 AltAcct:66204950209 Amount:$500.00 RT:11075150 TC:90 ApplicationID:1
OrigTC:0 SerialNumber:1603 CaptureSite:610 DbCr:D EndPoint:0 AdjustmentFlag:- Onus\Transit:-

 

CaptureDate:11-26-2004 Account:66204950209 AltAcct:66204950209 Amount:$1,000.00 RT:11075150 TC:90 ApplicationID:1
OrigTC:0 SerialNumber:1607 CaptureSite:610 DbCr:D EndPoint:0 AdjustmentFlag:- Onus\Transit:-

 

CaptureDate:11-30-2004 Account:66204950209 AltAcct:66204950209 Amount:$746.00 RT:11075150 TC:90 ApplicationID:1
OrigTC:0 SerialNumber:1606 CaptureSite:620 DbCr:D EndPoint:0 AdjustmentFlag:- Onus\Transit:-

 

CaptureDate:12-07-2004 Account:66204950209 AltAcct:66204950209 Amount:$345.00 RT:1107515 TC:90 ApplicationID:1
OrigTC:0 SerialNumber:1611 CaptureSite:610 DbCr:D EndPoint:0 AdjustmentFlag:- Onus\Transit:-



CaptureDate:12-07-2004 Account:66204950209 AltAcct:66204950209 Amount:$34.00 RT:11075150 TC:90 ApplicationID:1
OrigTC:0 SerialNumber:1614 CaptureSite:610 DbCr:D EndPoint:0 AdjustmentFlag:- Onus\Transit:-




CaptureDate:12-07-2004 Account:66204950209 AltAcct:66204950209 Amount:$196.85 RT:11075150 TC:90 ApplicationID:1
OrigTC:0 SerialNumber:1619 CaptureSite:610 DbCr:D EndPoint:0 AdjustmentFlag:- Onus\Transit:-




CaptureDate:12-08-2004 Account:66204950209 AltAcct:66204950209 Amount:$210.81 RT:1107515 TC:90 ApplicationID:1
OrigTC:0 SerialNumber:1612 CaptureSite:610 DbCr:D EndPoint:0 AdjustmentFlag:- Onus\Transit:-




CaptureDate:12-08-2004 Account:66204950209 AltAcct:66204950209 Amount:$90.65 RT:11075150 TC:90 ApplicationID:1
OrigTC:0 SerialNumber:1615 CaptureSite:630 DbCr:D EndPoint:0 AdjustmentFlag:- Onus\Transit:-




CaptureDate:12-08-2004 Account:66204950209 AltAcct:66204950209 Amount:$102.26 RT:1107515 TC:90 ApplicationID:1
OrigTC:0 SerialNumber:1616 CaptureSite:630 DbCr:D EndPoint:0 AdjustmentFlag:- Onus\Transit:-



```
CaptureDate:12-08-2004 Account:66204950209 AltAcct:66204950209 Amount:$47.22 RT:1107515 TC:90 ApplicationID:1
OrigTC:0 SerialNumber:1617 CaptureSite:630 DbCr:D EndPoint:0 AdjustmentFlag:- Onus\Transit:-
```

 

```
CaptureDate:12-08-2004 Account:66204950209 AltAcct:66204950209 Amount:$56.71 RT:11075150 TC:90 ApplicationID:1
OrigTC:0 SerialNumber:1618 CaptureSite:630 DbCr:D EndPoint:0 AdjustmentFlag:- Onus\Transit:-
```

 

```
CaptureDate:12-13-2004 Account:66204950209 AltAcct:66204950209 Amount:$221.88 RT:1107515 TC:90 ApplicationID:1
OrigTC:0 SerialNumber:1610 CaptureSite:610 DbCr:D EndPoint:0 AdjustmentFlag:- Onus\Transit:-
```

 

```
CaptureDate:12-15-2004 Account:66204950209 AltAcct:66204950209 Amount:$47.34 RT:11075150 TC:90 ApplicationID:1
OrigTC:0 SerialNumber:1613 CaptureSite:610 DbCr:D EndPoint:0 AdjustmentFlag:- Onus\Transit:-
```

 

```
CaptureDate:12-15-2004 Account:66204950209 AltAcct:66204950209 Amount:$44.85 RT:11075150 TC:90 ApplicationID:1
OrigTC:0 SerialNumber:1623 CaptureSite:610 DbCr:D EndPoint:0 AdjustmentFlag:- Onus\Transit:-
```

```
CaptureDate:12-15-2004 Account:66204950209 AltAcct:66204950209 Amount:$851.68 RT:11075150 TC:90 ApplicationID:1
OrigTC:0 SerialNumber:1625 CaptureSite:630 DbCr:D EndPoint:0 AdjustmentFlag:- Onus\Transit:-
```

```
CaptureDate:12-15-2004 Account:66204950209 AltAcct:66204950209 Amount:$154.42 RT:1107515 TC:90 ApplicationID:1
OrigTC:0 SerialNumber:1626 CaptureSite:630 DbCr:D EndPoint:0 AdjustmentFlag:- Onus\Transit:-
```

```
CaptureDate:12-15-2004 Account:66204950209 AltAcct:66204950209 Amount:$221.13 RT:11075150 TC:90 ApplicationID:1
OrigTC:0 SerialNumber:1628 CaptureSite:630 DbCr:D EndPoint:0 AdjustmentFlag:- Onus\Transit:-
```

```
CaptureDate:12-16-2004 Account:66204950209 AltAcct:66204950209 Amount:$94.13 RT:1107515 TC:90 ApplicationID:1
OrigTC:0 SerialNumber:1621 CaptureSite:610 DbCr:D EndPoint:0 AdjustmentFlag:- Onus\Transit:-
```

```
CaptureDate:12-16-2004 Account:66204950209 AltAcct:66204950209 Amount:$1,000.00 RT:1107515 TC:90 ApplicationID:1
OrigTC:0 SerialNumber:1627 CaptureSite:610 DbCr:D EndPoint:0 AdjustmentFlag:- Onus\Transit:-
```




```
CaptureDate:12-16-2004 Account:66204950209 AltAcct:66204950209 Amount:$350.00 RT:11075150 TC:57 ApplicationID:1
OrigTC:0 SerialNumber:1629 CaptureSite:620 DbCr:D EndPoint:0 AdjustmentFlag:- Onus\Transit:-
```




```
CaptureDate:12-17-2004 Account:66204950209 AltAcct:66204950209 Amount:$103.00 RT:11075150 TC:90 ApplicationID:1
OrigTC:0 SerialNumber:1622 CaptureSite:610 DbCr:D EndPoint:0 AdjustmentFlag:- Onus\Transit:-
```




```
CaptureDate:12-20-2004 Account:66204950209 AltAcct:66204950209 Amount:$490.00 RT:11075150 TC:90 ApplicationID:1
OrigTC:0 SerialNumber:1630 CaptureSite:610 DbCr:D EndPoint:0 AdjustmentFlag:- Onus\Transit:-
```

```
CaptureDate:12-22-2004 Account:66204950209 AltAcct:66204950209 Amount:$50.00 RT:11075150 TC:90 ApplicationID:1
OrigTC:0 SerialNumber:101 CaptureSite:610 DbCr:D EndPoint:0 AdjustmentFlag:- Onus\Transit:-
```

**CHECKING ACCOUNT DEPOSIT**

DATE OF DEPOSIT: 12/24/04
CUSTOMER NAME: Charles N. Gitto

ACCOUNT NUMBER: 66204950209    $ 284.00



CaptureDate:12-24-2004 Account:66204950209 AltAcct:66204950209 Amount:$284.00 RT:56375520 TC:20 ApplicationID:1
OrigTC:0 SerialNumber:0 CaptureSite:620 DbCr:C EndPoint:0 AdjustmentFlag:- Onus\Transit:-

Commonwealth of Massachusetts
Division of Unemployment Assistance    19-341248

PAY ***TWO HUNDRED EIGHTY-FOUR AND 00/100    **284.00

TO THE ORDER OF: CHARLES N GITTO
18 NANCY CT
LEOMINSTER    MA    01453-3480

12/20/04

CaptureDate:12-24-2004 Account:88880448 AltAcct:0 Amount:$284.00 RT:11375245 TC:0 ApplicationID:998 OrigTC:0
SerialNumber:19341248 CaptureSite:620 DbCr:D EndPoint:62560029 AdjustmentFlag:- Onus\Transit:-




CaptureDate:12-29-2004 Account:66204950209 AltAcct:66204950209 Amount:$3,884.00 RT:56375520 TC:20 ApplicationID:1
OrigTC:0 SerialNumber:0 CaptureSite:620 DbCr:C EndPoint:0 AdjustmentFlag:- Onus\Transit:-




CaptureDate:12-29-2004 Account:4519959568574 AltAcct:0 Amount:$3,600.00 RT:44000804 TC:112 ApplicationID:998
OrigTC:112 SerialNumber:0 CaptureSite:620 DbCr:D EndPoint:62560018 AdjustmentFlag:- Onus\Transit:-

CaptureDate:12-29-2004 Account:88880448 AltAcct:0 Amount:$284.00 RT:11375245 TC:0 ApplicationID:998 OrigTC:0
SerialNumber:19420331 CaptureSite:620 DbCr:D EndPoint:62560029 AdjustmentFlag:- Onus\Transit:-




CaptureDate:01-05-2005 Account:66204950209 AltAcct:66204950209 Amount:$284.00 RT:56375520 TC:20 ApplicationID:1
OrigTC:0 SerialNumber:0 CaptureSite:620 DbCr:C EndPoint:0 AdjustmentFlag:- Onus\Transit:-

CaptureDate:01-05-2005 Account:88880448 AltAcct:0 Amount:$284.00 RT:11375245 TC:0 ApplicationID:998 OrigTC:0
SerialNumber:19490262 CaptureSite:620 DbCr:D EndPoint:62560029 AdjustmentFlag:- Onus\Transit:-



CaptureDate:12-29-2004 Account:66204950209 AltAcct:66204950209 Amount:$300.00 RT:11075150 TC:90 ApplicationID:1
OrigTC:0 SerialNumber:1631 CaptureSite:610 DbCr:D EndPoint:0 AdjustmentFlag:- Onus\Transit:-

 

CaptureDate:12-29-2004 Account:66204950209 AltAcct:66204950209 Amount:$300.00 RT:11075150 TC:90 ApplicationID:1
OrigTC:0 SerialNumber:1632 CaptureSite:610 DbCr:D EndPoint:0 AdjustmentFlag:- Onus\Transit:-

 

CaptureDate:01-03-2005 Account:66204950209 AltAcct:66204950209 Amount:$599.39 RT:1107515 TC:90 ApplicationID:1
OrigTC:0 SerialNumber:1638 CaptureSite:630 DbCr:D EndPoint:0 AdjustmentFlag:- Onus\Transit:-

 

CaptureDate:01-03-2005 Account:66204950209 AltAcct:66204950209 Amount:$700.43 RT:11075150 TC:90 ApplicationID:1
OrigTC:0 SerialNumber:1640 CaptureSite:610 DbCr:D EndPoint:0 AdjustmentFlag:- Onus\Transit:-

 

CaptureDate:01-03-2005 Account:66204950209 AltAcct:66204950209 Amount:$393.75 RT:11075150 TC:90 ApplicationID:1
OrigTC:0 SerialNumber:1641 CaptureSite:610 DbCr:D EndPoint:0 AdjustmentFlag:- Onus\Transit:-

 

CaptureDate:01-03-2005 Account:66204950209 AltAcct:66204950209 Amount:$15.00 RT:11075150 TC:90 ApplicationID:1
OrigTC:0 SerialNumber:1644 CaptureSite:610 DbCr:D EndPoint:0 AdjustmentFlag:- Onus\Transit:-

 

CaptureDate:01-03-2005 Account:66204950209 AltAcct:66204950209 Amount:$125.00 RT:11075150 TC:90 ApplicationID:1
OrigTC:0 SerialNumber:1647 CaptureSite:620 DbCr:D EndPoint:0 AdjustmentFlag:- Onus\Transit:-

 

CaptureDate:01-04-2005 Account:66204950209 AltAcct:66204950209 Amount:$94.61 RT:11075150 TC:90 ApplicationID:1
OrigTC:0 SerialNumber:1642 CaptureSite:610 DbCr:D EndPoint:0 AdjustmentFlag:- Onus\Transit:-

 

CaptureDate:01-04-2005 Account:66204950209 AltAcct:66204950209 Amount:$221.88 RT:1107515 TC:90 ApplicationID:1
OrigTC:0 SerialNumber:1645 CaptureSite:610 DbCr:D EndPoint:0 AdjustmentFlag:- Onus\Transit:-

CaptureDate:01-05-2005 Account:66204950209 AltAcct:66204950209 Amount:$11.80 RT:11075150 TC:90 ApplicationID:1
OrigTC:0 SerialNumber:1639 CaptureSite:610 DbCr:D EndPoint:0 AdjustmentFlag:- Onus\Transit:-




CaptureDate:01-07-2005 Account:66204950209 AltAcct:66204950209 Amount:$19.95 RT:11075150 TC:90 ApplicationID:1
OrigTC:0 SerialNumber:1643 CaptureSite:610 DbCr:D EndPoint:0 AdjustmentFlag:- Onus\Transit:-




CaptureDate:01-10-2005 Account:66204950209 AltAcct:66204950209 Amount:$503.16 RT:11075150 TC:90 ApplicationID:1
OrigTC:0 SerialNumber:1650 CaptureSite:610 DbCr:D EndPoint:0 AdjustmentFlag:- Onus\Transit:-




CaptureDate:01-10-2005 Account:66204950209 AltAcct:66204950209 Amount:$31.37 RT:1107515 TC:90 ApplicationID:1
OrigTC:0 SerialNumber:1652 CaptureSite:610 DbCr:D EndPoint:0 AdjustmentFlag:- Onus\Transit:-




CaptureDate:01-11-2005 Account:66204950209 AltAcct:66204950209 Amount:$44.59 RT:11075150 TC:90 ApplicationID:1
OrigTC:0 SerialNumber:1651 CaptureSite:630 DbCr:D EndPoint:0 AdjustmentFlag:- Onus\Transit:-

CaptureDate:01-11-2005 Account:66204950209 AltAcct:66204950209 Amount:$61.52 RT:1107515 TC:90 ApplicationID:1
OrigTC:0 SerialNumber:1849 CaptureSite:630 DbCr:D EndPoint:0 AdjustmentFlag:- Onus\Transit:-