```
                                    STATEMENT OF ACCOUNTS
                                       66204948955           X

                                    STATEMENT  PERIOD
                                       FROM    THROUGH
                                    11-01-04  11-30-04    7

                                    PAGE     1 OF     2
         TRADEX CORP
         18 NANCY CT
         LEOMINSTER MA  01453                 33  ENCLOSURES
                                                                   0
FREE BUSINESS CHECKING              ACCOUNT:  66204948955

      PREVIOUS        DEPOSITS/       CHECKS/        SERVICE         ENDING
  STATEMENT BALANCE   CREDITS    5   DEBITS    36     FEES          BALANCE
         516.21       40,385.93      37,762.18        .00          3,139.96


                                           DEPOSITS/   CHECKS/
  DATE  ACTIVITY DESCRIPTION  REFERENCE     CREDITS    DEBITS        BALANCE
  11-01 BEGINNING BALANCE                                             516.21
  11-01 DEPOSIT               04547205780   31,085.93              31,602.14
  11-02 CHECK          1016   04285502190              149.33
  11-02 CHECK          1011   04333705610              132.00      31,320.81
  11-03 CHECK          1037   04559808960             5,000.00     26,320.81
  11-04 CHECK RETURNED        90003601577   5,000.00
        1037
  11-04 UNAVAILABLE FUNDS     90003601576                27.00
        FEE
  11-04 CHECK          1009   04223800360              427.15      30,866.66
  11-05 CHECK          1014   04134600360              176.50
  11-05 CHECK          1010   04134600370              174.11
  11-05 CHECK          1019   04128505180              158.00      30,358.05
  11-08 CHECK          1037   04353703060             5,000.00
  11-08 CHECK          1022   04344302130             1,000.00
  11-08 CHECK          1018   04341903590              840.00
  11-08 CHECK          1034   04149608490              665.00
  11-08 CHECK          1031   04328102150              500.00
  11-08 CHECK          1024   04338900800              457.34
  11-08 CHECK          1036   04338901550              105.66      21,790.05
  11-09 CHECK          1030   04370409100           13,472.26
  11-09 CHECK          1032   04378408840              400.02
  11-09 CHECK          1044   04379007440              259.60
  11-09 CHECK          1027   04379008240              232.59
  11-09 CHECK          1023   04867500640               35.00       7,390.60
  11-10 CHECK          1043   04391309060             1,332.52
  11-10 CHECK          1021   04183004020              602.24
  11-10 CHECK          1020   04305104670              412.44
  11-10 CHECK          1033   04392100880              153.02       4,890.38
  11-12 CHECK          1042   04281709880             1,000.00
  11-12 CHECK          1025   04877601740              347.42
  11-12 CHECK          1028   04880207390              221.88
  11-12 CHECK          1039   04877701780              144.84       3,176.24
  11-15 CHECK          1047   04117209460             1,839.07
  11-15 CHECK           104   04809103480              163.25       1,173.92
  11-16 CHECK          1049   04142709220             1,038.90
  11-16 CHECK          1051   04377807300              855.63
  11-16 INSUFFICIENT FUNDS                              27.00
        FEE
                                                                      747.61-
  11-17 DEPOSIT               04533604350    3,000.00
```

```
                                          STATEMENT OF ACCOUNTS

                                              66204948955              X

                                          STATEMENT   PERIOD
                                             FROM     THROUGH
                                           11-01-04   11-30-04    7

                                          PAGE     2 OF     2
              TRADEX CORP
              18 NANCY CT
              LEOMINSTER MA 01453                   33  ENCLOSURES
                                                                                 0
FREE BUSINESS CHECKING                        ACCOUNT:  66204948955

                                      DEPOSITS/   CHECKS/
DATE   ACTIVITY DESCRIPTION  REFERENCE  CREDITS    DEBITS        BALANCE

11-17  RETL ITNET TFR FROM   00077900000   800.00
       CKG #66204950209
11-17  RETL ITNET TFR FROM   00077900000   500.00
       CKG #66204950209                                          3,552.39
11-18  CHECK           1026  04325602390              184.49     3,367.90
11-22  CHECK           1041  04657909750               72.94     3,294.96
11-29  CHECK           1040  04273803100              155.00     3,139.96
11-30  ENDING BALANCE                                            3,139.96


                                 CHECK SUMMARY
                      * INDICATES SKIP IN CHECK NUMBERS

     CHECK NO           AMOUNT          CHECK NO          AMOUNT
         104            163.25           1030*         13,472.26
        1009*           427.15           1031             500.00
        1010            174.11           1032             400.00
        1011            132.00           1033             153.02
        1014*           176.50           1034             665.00
        1016*           149.33           1036*            105.66
        1018*           840.00           1037 R         5,000.00
        1019            158.00           1037*          5,000.00
        1020            412.44           1039*            144.84
        1021            602.24           1040             155.00
        1022          1,000.00           1041              72.94
        1023             35.00           1042           1,000.00
        1024            457.34           1043           1,332.52
        1025            347.42           1044             259.60
        1026            184.49           1047*          1,839.07
        1027            232.59           1049*          1,038.90
        1028            221.88           1051*            855.63
TOTAL NUMBER OF CHECKS     33   TOTAL AMOUNT OF CHECKS  32,708.18


SERVICE FEE BALANCE INFORMATION FROM 11-01-04 THROUGH 11-30-04
AVERAGE LEDGER BALANCE    10,381.42  AVERAGE COLLECTED BALANCE   6,772.82
MINIMUM LEDGER BALANCE       747.61- MINIMUM COLLECTED BALANCE   4,765.12-
AVG. INVESTABLE BALANCE    6,772.82
```

```
                              STATEMENT OF ACCOUNTS
                                  66204948955            X

                              STATEMENT    PERIOD
                                 FROM     THROUGH
                              12-01-04    12-31-04    7

                              PAGE      1 OF    2

         TRADEX CORP
         18 NANCY CT
         LEOMINSTER MA 01453            25  ENCLOSURES
                                                             0
FREE BUSINESS CHECKING               ACCOUNT: 66204948955

     PREVIOUS        DEPOSITS/        CHECKS/       SERVICE        ENDING
STATEMENT BALANCE    CREDITS    2     DEBITS   29   FEES           BALANCE
     3,139.96        34,685.93        32,012.11     .00            5,813.78


                                      DEPOSITS/    CHECKS/
DATE  ACTIVITY DESCRIPTION REFERENCE   CREDITS     DEBITS          BALANCE

12-01 BEGINNING BALANCE                                            3,139.96
12-01 DEPOSIT              04598102560 31,085.93                  34,225.89
12-06 RETL INTERNET TFR TO 00077900000              2,500.00
      CKG #66204950209
12-06 CHECK           1052 04127601820                175.00
12-07 CHECK           1061 04138508520             13,472.26
12-07 CHECK           1058 04344209920                105.66      17,972.97
12-08 CHECK           1055 04351703270              1,500.00
12-08 CHECK           1057 04360405450                600.00
12-08 CHECK           1054 04285503710                367.50      15,505.47
12-10 RETL INTERNET TFR TO 00077900000              2,500.00
      CKG #66204950209
12-10 RETL INTERNET TFR TO 00077900000                500.00
      CKG #66204948930                                            12,505.47
12-13 CHECK           1053 04236800490                147.26
12-13 CHECK           1059 04188504820                 30.00
12-13 CHECK           1060 04236800500                 28.51      12,299.70
12-14 CHECK           1077 04363204690                500.00      11,799.70
12-15 CHECK           1073 04129409180              1,500.00
12-15 CHECK           1076 04130009220                525.83
12-15 CHECK           1072 04313809140                194.38
12-15 CHECK           1067 04313709910                109.90       9,469.59
12-16 CHECK           1071 04138200050              1,500.00
12-16 CHECK           1066 04269401380              1,167.14
12-16 CHECK           1078 04333200310                102.50       6,699.95
12-17 CHECK           1074 04356205680              1,500.00
12-17 CHECK           1064 04829404050                150.00       5,049.95
12-20 CHECK           1075 04386303850              1,600.00
12-20 CHECK           1068 04310205430                259.60
12-20 CHECK           1065 04165307240                225.00
12-20 CHECK           1062 04310207540                152.50
12-20 CHECK           1063 04310207530                 61.00
12-20 CHECK           1070 04165704650                 38.07       2,713.78
12-29 DEPOSIT              04542209260  3,600.00
12-29 RETL INTERNET TFR TO 00077900000                500.00
      CKG #66204950209                                             5,813.78
12-31 ENDING BALANCE                                               5,813.78
```

```
                                        STATEMENT OF ACCOUNTS

                                           66204948955              X

                                        STATEMENT   PERIOD
                                           FROM     THROUGH
                                        12-01-04   12-31-04      7

                                        PAGE       2 OF    2
              TRADEX CORP
              18 NANCY CT
              LEOMINSTER MA 01453                  25  ENCLOSURES

                                                                    0
FREE BUSINESS CHECKING              ACCOUNT:  66204948955
```

```
                         CHECK SUMMARY
               * INDICATES SKIP IN CHECK NUMBERS
   CHECK NO          AMOUNT         CHECK NO          AMOUNT
     1052            175.00           1066          1,167.14
     1053            147.26           1067            109.90
     1054            367.50           1068            259.60
     1055          1,500.00           1070*            38.07
     1057*           600.00           1071          1,500.00
     1058            105.66           1072            194.38
     1059             30.00           1073          1,500.00
     1060             28.51           1074          1,500.00
     1061         13,472.26           1075          1,600.00
     1062            152.50           1076            525.83
     1063             61.00           1077            500.00
     1064            150.00           1078            102.50
     1065            225.00
TOTAL NUMBER OF CHECKS    25    TOTAL AMOUNT OF CHECKS   26,012.11


SERVICE FEE BALANCE INFORMATION FROM 12-01-04 THROUGH 12-31-04
AVERAGE LEDGER BALANCE       12,466.60  AVERAGE COLLECTED BALANCE    7,104.36
MINIMUM LEDGER BALANCE        2,713.78  MINIMUM COLLECTED BALANCE    2,213.78
AVG. INVESTABLE BALANCE       7,104.36
```

Page: 1 Document Name: untitled

```
DDDHIST              Demand Deposit Display History          3037    01/13/05
 Acct 66204948955               Request ALLTRANS
 Alpha key  TRADEX..01   Last stmt 12/31/04

 S --Date--    ----Description-----  -Serial Nbr-  -Reference-     ------Amount------
 * 12/20/04    CHECK                      1063     04310207530              (61.00)
 * 12/20/04    CHECK                      1070     04165704650              (38.07)
 * 12/20/04    DAILY BALANCE                                              2,713.78
 * 12/29/04    DEPOSIT                             04542209260             3,600.00
 * 12/29/04    RETL INTERNET TFR TO          7     00077900000              (500.00)
               CKG #66204950209
 * 12/29/04    DAILY BALANCE                                              5,813.78
   01/03/05    CHECK                      1081     04239301530              (354.52)
   01/03/05    DAILY BALANCE                                              5,459.26
   01/04/05    DEPOSIT                             04567506090            31,085.93
   01/04/05    CHECK                      1082     04327801730              (149.62)
   01/04/05    DAILY BALANCE                                             36,395.57
   01/05/05    CASH CHK                   1086     04582102500            (1,000.00)
                _ DDDHISTREQ  _ DDDHISTBAL  _ DDDMAIN   _ DDDACCT   _ DDDINT
 There is additional information before and after this page.           GN20000I03
 COMMAND ===> _____
            F2=Retrieve   F3=Exit       F4=CRFwindow
 F7=Backward  F8=Forward
```

Date: 1/14/2005 Time: 9:32:36 AM

```
DDDHIST                 Demand Deposit Display History          3037      01/13/05
 Acct 66204948955                        Request ALLTRANS
 Alpha key  TRADEX..01    Last stmt 12/31/04

 S --Date--   ----Description-----  -Serial Nbr-  -Reference-   ------Amount------
   01/05/05   CHECK                     1069      04355503520          (155.00)
   01/05/05   CHECK                     1080      04348506750          (120.78)
   01/05/05   DAILY BALANCE                                           35,119.79
   01/06/05   RETL INTERNET TFR TO         8      00077900000        (4,000.00)
              CKG #66204950209
   01/06/05   DAILY BALANCE                                           31,119.79
   01/07/05   CHECK                     1079      04205603650       (13,472.26)
   01/07/05   DAILY BALANCE                                           17,647.53
   01/10/05   CHECK                     1084      04826001990        (3,200.00)
   01/10/05   CITI-CLICK 2 PAY                    00077900000        (1,000.00)
              PAYMENT
              C25C9R@Q*5L9CTP
   01/10/05   CHECK                     1091      04226601660          (380.00)
              _ DDDHISTREQ  _ DDDHISTBAL  _ DDDMAIN  _ DDDACCT  _ DDDINT
 There is additional information before and after this page.         GN20000I03
 COMMAND ===>
            F2=Retrieve   F3=Exit         F4=CRFwindow
 F7=Backward  F8=Forward
```

```
Page: 1 Document Name: untitled
```

```
DDDHIST              Demand Deposit Display History            3037      01/13/05

 Acct 66204948955_____           Request ALLTRANS_____
 Alpha key TRADEX..01   Last stmt 12/31/04

S --Date--  ----Description-----  -Serial Nbr-  -Reference-      ------Amount------
  01/10/05  CHECK                     1083      04826300580              (52.60)
  01/10/05  DAILY BALANCE                                              13,014.93
  01/11/05  CHECK                     1092      04176007460           (2,600.00)
  01/11/05  CHECK                     1090      04346308880             (281.48)
  01/11/05  DAILY BALANCE                                              10,133.45
  01/12/05  CHECK                     1089      04101907360           (3,270.09)
  01/12/05  CHECK                     1088      04101907350           (1,603.20)
  01/12/05  CHECK                     1094      04101907370             (500.00)
  01/12/05  DAILY BALANCE                                               4,760.16

                   _ DDDHISTREQ   _ DDDHISTBAL   _ DDDMAIN    _ DDDACCT   _ DDDINT
Last page of information.                                                GN20000I02
COMMAND ===> _____
            F2=Retrieve   F3=Exit       F4=CRFwindow
F7=Backward
```

CaptureDate:11-01-2004 Account:66204948955 AltAcct:66204948955 Amount:$31,085.93 RT:563755203 TC:20
ApplicationID:1 OrigTC:0 SerialNumber:0 CaptureSite:620 DbCr:C EndPoint:0 AdjustmentFlag:- Onus\Transit:-

CaptureDate:11-01-2004 Account:5590079660 AltAcct:0 Amount:$31,085.93 RT:71923022 TC:0 ApplicationID:998 OrigTC:0
SerialNumber:1126 CaptureSite:620 DbCr:D EndPoint:62560016 AdjustmentFlag:- Onus\Transit:-




CaptureDate:11-17-2004 Account:66204948955 AltAcct:66204948955 Amount:$3,000.00 RT:56375520 TC:20 ApplicationID:1
OrigTC:0 SerialNumber:0 CaptureSite:620 DbCr:C EndPoint:0 AdjustmentFlag:- Onus\Transit:-

CaptureDate:11-17-2004 Account:4519959568574 AltAcct:0 Amount:$3,000.00 RT:44000804 TC:129 ApplicationID:998
OrigTC:129 SerialNumber:0 CaptureSite:620 DbCr:D EndPoint:62560018 AdjustmentFlag:- Onus\Transit:-



CaptureDate:12-01-2004 Account:66204948955 AltAcct:66204948955 Amount:$31,085.93 RT:563755203 TC:20
ApplicationID:1 OrigTC:0 SerialNumber:0 CaptureSite:620 DbCr:C EndPoint:0 AdjustmentFlag:- Onus\Transit:-




CaptureDate:12-01-2004 Account:5590079660 AltAcct:0 Amount:$31,085.93 RT:71923022 TC:0 ApplicationID:998 OrigTC:0
SerialNumber:1270 CaptureSite:620 DbCr:D EndPoint:62560016 AdjustmentFlag:- Onus\Transit:-



CaptureDate:11-02-2004 Account:66204948955 AltAcct:66204948955 Amount:$132.00 RT:11075150 TC:90 ApplicationID:1
OrigTC:0 SerialNumber:1011 CaptureSite:610 DbCr:D EndPoint:0 AdjustmentFlag:- Onus\Transit:-

 

CaptureDate:11-02-2004 Account:66204948955 AltAcct:66204948955 Amount:$149.33 RT:11075150 TC:90 ApplicationID:1
OrigTC:0 SerialNumber:1016 CaptureSite:610 DbCr:D EndPoint:0 AdjustmentFlag:- Onus\Transit:-

 

CaptureDate:11-03-2004 Account:66204948955 AltAcct:66204948955 Amount:$5,000.00 RT:11075150 TC:90 ApplicationID:1
OrigTC:0 SerialNumber:1037 CaptureSite:620 DbCr:D EndPoint:0 AdjustmentFlag:- Onus\Transit:-

 

CaptureDate:11-04-2004 Account:66204948955 AltAcct:66204948955 Amount:$427.15 RT:11075150 TC:90 ApplicationID:1
OrigTC:0 SerialNumber:1009 CaptureSite:610 DbCr:D EndPoint:0 AdjustmentFlag:- Onus\Transit:-



CaptureDate:11-05-2004 Account:66204948955 AltAcct:66204948955 Amount:$174.11 RT:1107515 TC:90 ApplicationID:1
OrigTC:0 SerialNumber:1010 CaptureSite:610 DbCr:D EndPoint:0 AdjustmentFlag:- Onus\Transit:-

```
CaptureDate:11-05-2004 Account:66204948955 AltAcct:66204948955 Amount:$176.50 RT:1107515 TC:90 ApplicationID:1
OrigTC:0 SerialNumber:1014 CaptureSite:610 DbCr:D EndPoint:0 AdjustmentFlag:- Onus\Transit:-
```

```
CaptureDate:11-05-2004 Account:66204948955 AltAcct:66204948955 Amount:$158.00 RT:11075150 TC:90 ApplicationID:1
OrigTC:0 SerialNumber:1019 CaptureSite:610 DbCr:D EndPoint:0 AdjustmentFlag:- Onus\Transit:-
```

```
CaptureDate:11-08-2004 Account:66204948955 AltAcct:66204948955 Amount:$840.00 RT:11075150 TC:90 ApplicationID:1
OrigTC:0 SerialNumber:1018 CaptureSite:610 DbCr:D EndPoint:0 AdjustmentFlag:- Onus\Transit:-
```

```
CaptureDate:11-08-2004 Account:66204948955 AltAcct:66204948955 Amount:$1,000.00 RT:11075150 TC:90 ApplicationID:1
OrigTC:0 SerialNumber:1022 CaptureSite:610 DbCr:D EndPoint:0 AdjustmentFlag:- Onus\Transit:-
```

```
CaptureDate:11-08-2004 Account:66204948955 AltAcct:66204948955 Amount:$457.34 RT:11075150 TC:90 ApplicationID:1
OrigTC:0 SerialNumber:1024 CaptureSite:610 DbCr:D EndPoint:0 AdjustmentFlag:- Onus\Transit:-
```



CaptureDate:11-08-2004 Account:66204948955 AltAcct:66204948955 Amount:$500.00 RT:11075150 TC:90 ApplicationID:1
OrigTC:0 SerialNumber:1031 CaptureSite:610 DbCr:D EndPoint:0 AdjustmentFlag:- Onus\Transit:-

CaptureDate:11-08-2004 Account:66204948955 AltAcct:66204948955 Amount:$105.66 RT:11075150 TC:90 ApplicationID:1
OrigTC:0 SerialNumber:1036 CaptureSite:610 DbCr:D EndPoint:0 AdjustmentFlag:- Onus\Transit:-



CaptureDate:11-08-2004 Account:66204948955 AltAcct:66204948955 Amount:$5,000.00 RT:11075150 TC:90 ApplicationID:1
OrigTC:0 SerialNumber:1037 CaptureSite:610 DbCr:D EndPoint:0 AdjustmentFlag:- Onus\Transit:-



CaptureDate:11-09-2004 Account:66204948955 AltAcct:66204948955 Amount:$35.00 RT:11075150 TC:90 ApplicationID:1
OrigTC:0 SerialNumber:1023 CaptureSite:610 DbCr:D EndPoint:0 AdjustmentFlag:- Onus\Transit:-



CaptureDate:11-09-2004 Account:66204948955 AltAcct:66204948955 Amount:$232.59 RT:11075150 TC:90 ApplicationID:1
OrigTC:0 SerialNumber:1027 CaptureSite:610 DbCr:D EndPoint:0 AdjustmentFlag:- Onus\Transit:-



CaptureDate:11-09-2004 Account:66204948955 AltAcct:66204948955 Amount:$13,472.26 RT:11075150 TC:90
ApplicationID:1 OrigTC:0 SerialNumber:1030 CaptureSite:610 DbCr:D EndPoint:0 AdjustmentFlag:- Onus\Transit:-



CaptureDate:11-09-2004 Account:66204948955 AltAcct:66204948955 Amount:$400.00 RT:1107515 TC:90 ApplicationID:1
OrigTC:0 SerialNumber:1032 CaptureSite:610 DbCr:D EndPoint:0 AdjustmentFlag:- Onus\Transit:-



CaptureDate:11-09-2004 Account:66204948955 AltAcct:66204948955 Amount:$259.60 RT:11075150 TC:90 ApplicationID:1
OrigTC:0 SerialNumber:1044 CaptureSite:610 DbCr:D EndPoint:0 AdjustmentFlag:- Onus\Transit:-



CaptureDate:11-10-2004 Account:66204948955 AltAcct:66204948955 Amount:$602.24 RT:1107515 TC:90 ApplicationID:1
OrigTC:0 SerialNumber:1021 CaptureSite:610 DbCr:D EndPoint:0 AdjustmentFlag:- Onus\Transit:-

CaptureDate:11-10-2004 Account:66204948955 AltAcct:66204948955 Amount:$153.02 RT:11075150 TC:90 ApplicationID:1
OrigTC:0 SerialNumber:1033 CaptureSite:610 DbCr:D EndPoint:0 AdjustmentFlag:- Onus\Transit:-