

CaptureDate:11-10-2004 Account:66204948955 AltAcct:66204948955 Amount:$1,332.52 RT:11075150 TC:90 ApplicationID:1
OrigTC:0 SerialNumber:1043 CaptureSite:610 DbCr:D EndPoint:0 AdjustmentFlag:- Onus\Transit:-




CaptureDate:11-12-2004 Account:66204948955 AltAcct:66204948955 Amount:$347.42 RT:11075150 TC:90 ApplicationID:1
OrigTC:0 SerialNumber:1025 CaptureSite:610 DbCr:D EndPoint:0 AdjustmentFlag:- Onus\Transit:-




CaptureDate:11-12-2004 Account:66204948955 AltAcct:66204948955 Amount:$221.88 RT:1107515 TC:90 ApplicationID:1
OrigTC:0 SerialNumber:1028 CaptureSite:610 DbCr:D EndPoint:0 AdjustmentFlag:- Onus\Transit:-




CaptureDate:11-12-2004 Account:66204948955 AltAcct:66204948955 Amount:$144.84 RT:11075150 TC:90 ApplicationID:1
OrigTC:0 SerialNumber:1039 CaptureSite:610 DbCr:D EndPoint:0 AdjustmentFlag:- Onus\Transit:-




CaptureDate:11-12-2004 Account:66204948955 AltAcct:66204948955 Amount:$1,000.00 RT:1107515 TC:90 ApplicationID:1
OrigTC:0 SerialNumber:1042 CaptureSite:610 DbCr:D EndPoint:0 AdjustmentFlag:- Onus\Transit:-



```
CaptureDate:11-15-2004 Account:66204948955 AltAcct:66204948955 Amount:$163.25 RT:11075150 TC:90 ApplicationID:1
OrigTC:0 SerialNumber:104 CaptureSite:610 DbCr:D EndPoint:0 AdjustmentFlag:- Onus\Transit:-
```

 

```
CaptureDate:11-15-2004 Account:66204948955 AltAcct:66204948955 Amount:$1,839.07 RT:11075150 TC:90 ApplicationID:1
OrigTC:0 SerialNumber:1047 CaptureSite:610 DbCr:D EndPoint:0 AdjustmentFlag:- Onus\Transit:-
```

 

```
CaptureDate:11-16-2004 Account:66204948955 AltAcct:66204948955 Amount:$1,038.90 RT:11075150 TC:90 ApplicationID:1
OrigTC:0 SerialNumber:1049 CaptureSite:610 DbCr:D EndPoint:0 AdjustmentFlag:- Onus\Transit:-
```

 

```
CaptureDate:11-16-2004 Account:66204948955 AltAcct:66204948955 Amount:$855.63 RT:1107515 TC:90 ApplicationID:1
OrigTC:0 SerialNumber:1051 CaptureSite:610 DbCr:D EndPoint:0 AdjustmentFlag:- Onus\Transit:-
```

```
CaptureDate:11-18-2004 Account:66204948955 AltAcct:66204948955 Amount:$184.49 RT:11075150 TC:90 ApplicationID:1
OrigTC:0 SerialNumber:1026 CaptureSite:610 DbCr:D EndPoint:0 AdjustmentFlag:- Onus\Transit:-
```



CaptureDate:11-29-2004 Account:66204948955 AltAcct:66204948955 Amount:$155.00 RT:11075150 TC:90 ApplicationID:1
OrigTC:0 SerialNumber:1040 CaptureSite:610 DbCr:D EndPoint:0 AdjustmentFlag:- Onus\Transit:-



CaptureDate:12-06-2004 Account:66204948955 AltAcct:66204948955 Amount:$175.00 RT:11075150 TC:90 ApplicationID:1
OrigTC:0 SerialNumber:1052 CaptureSite:610 DbCr:D EndPoint:0 AdjustmentFlag:- Onus\Transit:-




CaptureDate:12-07-2004 Account:66204948955 AltAcct:66204948955 Amount:$105.66 RT:11075150 TC:90 ApplicationID:1
OrigTC:0 SerialNumber:1058 CaptureSite:610 DbCr:D EndPoint:0 AdjustmentFlag:- Onus\Transit:-




CaptureDate:12-07-2004 Account:66204948955 AltAcct:66204948955 Amount:$13,472.26 RT:11075150 TC:90
ApplicationID:1 OrigTC:0 SerialNumber:1061 CaptureSite:610 DbCr:D EndPoint:0 AdjustmentFlag:- Onus\Transit:-

Case 1:04-cv-12227-DPW    Document 183-8    Filed 01/28/2005    Page 4 of 12





```
CaptureDate:12-29-2004 Account:66204948955 AltAcct:66204948955 Amount:$3,600.00 RT:56375520 TC:20 ApplicationID:1
OrigTC:0 SerialNumber:0 CaptureSite:620 DbCr:C EndPoint:0 AdjustmentFlag:- Onus\Transit:-
```

```
CaptureDate:12-29-2004 Account:4519959568574 AltAcct:0 Amount:$3,600.00 RT:44000804 TC:113 ApplicationID:998
OrigTC:113 SerialNumber:0 CaptureSite:620 DbCr:D EndPoint:62560018 AdjustmentFlag:- Onus\Transit:-
```

**CHECKING ACCOUNT DEPOSIT**

DATE OF DEPOSIT: Jan 4/04
CUSTOMER NAME: Tradex Corp.

CASH: 31085.93
SUB-TOTAL: 31085.93

ACCOUNT NUMBER: 66204948955
TOTAL DEPOSIT: $31085.93
:56375520:

CaptureDate:01-04-2005 Account:66204948955 AltAcct:66204948955 Amount:$31,085.93 RT:56375520 TC:20
ApplicationID:1 OrigTC:0 SerialNumber:0 CaptureSite:620 DbCr:C EndPoint:0 AdjustmentFlag:- Onus\Transit:-

---

SPECIALTY RESINS, LLC
140 LEOMINSTER SHIRLEY RD.
LUNENBURG, MA 01462

1008
DATE 12/30/04

PAY TO THE ORDER OF: Tradex Corporation — $31,085.93
Thirtyone and eighty-five and 93/100 DOLLARS

Banknorth
Massachusetts

MEMO: January 2005
"001008" :211370545: 8243101825"

For deposit only
66204948955

CaptureDate:01-04-2005 Account:8243101825 AltAcct:0 Amount:$31,085.93 RT:211370545 TC:0 ApplicationID:998
OrigTC:0 SerialNumber:1008 CaptureSite:620 DbCr:D EndPoint:62560013 AdjustmentFlag:- Onus\Transit:-





CaptureDate:12-08-2004 Account:66204948955 AltAcct:66204948955 Amount:$367.50 RT:11075150 TC:90 ApplicationID:1
OrigTC:0 SerialNumber:1054 CaptureSite:610 DbCr:D EndPoint:0 AdjustmentFlag:- Onus\Transit:-



CaptureDate:12-08-2004 Account:66204948955 AltAcct:66204948955 Amount:$1,500.00 RT:11075150 TC:90 ApplicationID:1
OrigTC:0 SerialNumber:1055 CaptureSite:610 DbCr:D EndPoint:0 AdjustmentFlag:- Onus\Transit:-



CaptureDate:12-08-2004 Account:66204948955 AltAcct:66204948955 Amount:$600.00 RT:11075150 TC:90 ApplicationID:1
OrigTC:0 SerialNumber:1057 CaptureSite:610 DbCr:D EndPoint:0 AdjustmentFlag:- Onus\Transit:-



CaptureDate:12-13-2004 Account:66204948955 AltAcct:66204948955 Amount:$147.26 RT:11075150 TC:90 ApplicationID:1
OrigTC:0 SerialNumber:1053 CaptureSite:610 DbCr:D EndPoint:0 AdjustmentFlag:- Onus\Transit:-

CaptureDate:12-13-2004 Account:66204948955 AltAcct:66204948955 Amount:$30.00 RT:11075150 TC:90 ApplicationID:1
OrigTC:0 SerialNumber:1059 CaptureSite:610 DbCr:D EndPoint:0 AdjustmentFlag:- Onus\Transit:-



CaptureDate:12-13-2004 Account:66204948955 AltAcct:66204948955 Amount:$28.51 RT:11075150 TC:90 ApplicationID:1
OrigTC:0 SerialNumber:1060 CaptureSite:610 DbCr:D EndPoint:0 AdjustmentFlag:- Onus\Transit:-

 

CaptureDate:12-14-2004 Account:66204948955 AltAcct:66204948955 Amount:$500.00 RT:11075150 TC:90 ApplicationID:1
OrigTC:0 SerialNumber:1077 CaptureSite:610 DbCr:D EndPoint:0 AdjustmentFlag:- Onus\Transit:-

 

CaptureDate:12-15-2004 Account:66204948955 AltAcct:66204948955 Amount:$194.38 RT:11075150 TC:90 ApplicationID:1
OrigTC:0 SerialNumber:1072 CaptureSite:610 DbCr:D EndPoint:0 AdjustmentFlag:- Onus\Transit:-

 

CaptureDate:12-15-2004 Account:66204948955 AltAcct:66204948955 Amount:$1,500.00 RT:11075150 TC:90 ApplicationID:1
OrigTC:0 SerialNumber:1073 CaptureSite:610 DbCr:D EndPoint:0 AdjustmentFlag:- Onus\Transit:-

 

CaptureDate:12-15-2004 Account:66204948955 AltAcct:66204948955 Amount:$525.83 RT:11075150 TC:90 ApplicationID:1
OrigTC:0 SerialNumber:1076 CaptureSite:610 DbCr:D EndPoint:0 AdjustmentFlag:- Onus\Transit:-




CaptureDate:12-16-2004 Account:66204948955 AltAcct:66204948955 Amount:$1,167.14 RT:1107515 TC:90 ApplicationID:1
OrigTC:0 SerialNumber:1066 CaptureSite:610 DbCr:D EndPoint:0 AdjustmentFlag:- Onus\Transit:-




CaptureDate:12-16-2004 Account:66204948955 AltAcct:66204948955 Amount:$1,500.00 RT:11075150 TC:90 ApplicationID:1
OrigTC:0 SerialNumber:1071 CaptureSite:610 DbCr:D EndPoint:0 AdjustmentFlag:- Onus\Transit:-




CaptureDate:12-16-2004 Account:66204948955 AltAcct:66204948955 Amount:$102.50 RT:1107515 TC:90 ApplicationID:1
OrigTC:0 SerialNumber:1078 CaptureSite:610 DbCr:D EndPoint:0 AdjustmentFlag:- Onus\Transit:-




CaptureDate:12-17-2004 Account:66204948955 AltAcct:66204948955 Amount:$150.00 RT:11075150 TC:90 ApplicationID:1
OrigTC:0 SerialNumber:1064 CaptureSite:610 DbCr:D EndPoint:0 AdjustmentFlag:- Onus\Transit:-

CaptureDate:12-20-2004 Account:66204948955 AltAcct:66204948955 Amount:$152.50 RT:11075150 TC:90 ApplicationID:1
OrigTC:0 SerialNumber:1062 CaptureSite:610 DbCr:D EndPoint:0 AdjustmentFlag:- Onus\Transit:-



CaptureDate:12-20-2004 Account:66204948955 AltAcct:66204948955 Amount:$61.00 RT:11075150 TC:90 ApplicationID:1
OrigTC:0 SerialNumber:1063 CaptureSite:610 DbCr:D EndPoint:0 AdjustmentFlag:- Onus\Transit:-

 

CaptureDate:12-20-2004 Account:66204948955 AltAcct:66204948955 Amount:$225.00 RT:11075150 TC:90 ApplicationID:1
OrigTC:0 SerialNumber:1065 CaptureSite:610 DbCr:D EndPoint:0 AdjustmentFlag:- Onus\Transit:-

 

CaptureDate:12-20-2004 Account:66204948955 AltAcct:66204948955 Amount:$259.60 RT:11075150 TC:90 ApplicationID:1
OrigTC:0 SerialNumber:1068 CaptureSite:610 DbCr:D EndPoint:0 AdjustmentFlag:- Onus\Transit:-

 

CaptureDate:12-20-2004 Account:66204948955 AltAcct:66204948955 Amount:$38.07 RT:1107515 TC:90 ApplicationID:1
OrigTC:0 SerialNumber:1070 CaptureSite:610 DbCr:D EndPoint:0 AdjustmentFlag:- Onus\Transit:-

 

CaptureDate:12-20-2004 Account:66204948955 AltAcct:66204948955 Amount:$1,600.00 RT:11075150 TC:90 ApplicationID:1
OrigTC:0 SerialNumber:1075 CaptureSite:610 DbCr:D EndPoint:0 AdjustmentFlag:- Onus\Transit:-



CaptureDate:01-03-2005 Account:66204948955 AltAcct:66204948955 Amount:$354.52 RT:11075150 TC:90 ApplicationID:1
OrigTC:0 SerialNumber:1081 CaptureSite:610 DbCr:D EndPoint:0 AdjustmentFlag:- Onus\Transit:-




CaptureDate:01-04-2005 Account:66204948955 AltAcct:66204948955 Amount:$149.62 RT:11075150 TC:90 ApplicationID:1
OrigTC:0 SerialNumber:1082 CaptureSite:610 DbCr:D EndPoint:0 AdjustmentFlag:- Onus\Transit:-




CaptureDate:01-05-2005 Account:66204948955 AltAcct:66204948955 Amount:$155.00 RT:11075150 TC:90 ApplicationID:1
OrigTC:0 SerialNumber:1069 CaptureSite:610 DbCr:D EndPoint:0 AdjustmentFlag:- Onus\Transit:-




CaptureDate:01-05-2005 Account:66204948955 AltAcct:66204948955 Amount:$120.78 RT:1107515 TC:90 ApplicationID:1
OrigTC:0 SerialNumber:1080 CaptureSite:610 DbCr:D EndPoint:0 AdjustmentFlag:- Onus\Transit:-




CaptureDate:01-05-2005 Account:66204948955 AltAcct:66204948955 Amount:$1,000.00 RT:11075150 TC:57 ApplicationID:1
OrigTC:0 SerialNumber:1086 CaptureSite:620 DbCr:D EndPoint:0 AdjustmentFlag:- Onus\Transit:-

<400>



CaptureDate:01-07-2005 Account:66204948955 AltAcct:66204948955 Amount:$13,472.26 RT:11075150 TC:90
ApplicationID:1 OrigTC:0 SerialNumber:1079 CaptureSite:610 DbCr:D EndPoint:0 AdjustmentFlag:- Onus\Transit:-

 

CaptureDate:01-10-2005 Account:66204948955 AltAcct:66204948955 Amount:$52.60 RT:11075150 TC:90 ApplicationID:1
OrigTC:0 SerialNumber:1083 CaptureSite:610 DbCr:D EndPoint:0 AdjustmentFlag:- Onus\Transit:-

 

CaptureDate:01-10-2005 Account:66204948955 AltAcct:66204948955 Amount:$3,200.00 RT:11075150 TC:90 ApplicationID:1
OrigTC:0 SerialNumber:1084 CaptureSite:610 DbCr:D EndPoint:0 AdjustmentFlag:- Onus\Transit:-

 

CaptureDate:01-10-2005 Account:66204948955 AltAcct:66204948955 Amount:$380.00 RT:11075150 TC:90 ApplicationID:1
OrigTC:0 SerialNumber:1091 CaptureSite:610 DbCr:D EndPoint:0 AdjustmentFlag:- Onus\Transit:-

 

CaptureDate:01-11-2005 Account:66204948955 AltAcct:66204948955 Amount:$281.48 RT:1107515 TC:90 ApplicationID:1
OrigTC:0 SerialNumber:1090 CaptureSite:610 DbCr:D EndPoint:0 AdjustmentFlag:- Onus\Transit:-



CaptureDate:01-11-2005 Account:66204948955 AltAcct:66204948955 Amount:$2,600.00 RT:1107515 TC:90 ApplicationID:1
OrigTC:0 SerialNumber:1092 CaptureSite:610 DbCr:D EndPoint:0 AdjustmentFlag:- Onus\Transit:-



CaptureDate:01-12-2005 Account:66204948955 AltAcct:66204948955 Amount:$1,603.20 RT:11075150 TC:90 ApplicationID:1
OrigTC:0 SerialNumber:1088 CaptureSite:610 DbCr:D EndPoint:0 AdjustmentFlag:- Onus\Transit:-



CaptureDate:01-12-2005 Account:66204948955 AltAcct:66204948955 Amount:$3,270.09 RT:11075150 TC:90 ApplicationID:1
OrigTC:0 SerialNumber:1089 CaptureSite:610 DbCr:D EndPoint:0 AdjustmentFlag:- Onus\Transit:-



CaptureDate:01-12-2005 Account:66204948955 AltAcct:66204948955 Amount:$500.00 RT:11075150 TC:90 ApplicationID:1
OrigTC:0 SerialNumber:1094 CaptureSite:610 DbCr:D EndPoint:0 AdjustmentFlag:- Onus\Transit:-