**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| LASALLE BUSINESS CREDIT, LLC f/k/a )<br>LASALLE BUSINESS CREDIT, INC.,   )<br>                                             )<br>                Plaintiff,    )<br>v.                                     )<br>                                           )<br>GARY C. GITTO, et al.,          )<br>                                           )<br>              Defendants,   )<br>and                                 )<br>                                           )<br>FLEET NATIONAL BANK, et al.,   )<br>                                           )<br>Trustee Process Defendants,   )<br>                                           )<br>and                                 )<br>                                           )<br>FIDELITY INVESTMENTS, INC., et al.,  )<br>                                           )<br>Reach-and-Apply Defendants.   )<br>_____) | Case No. 04-12227-DPW |

**AFFIDAVIT OF MATTHEW STILWELL**

Matthew Stilwell, being duly sworn on oath, states and affirms the following facts:

1. I am the regional audit manager and vice president for LaSalle Business Credit LLC ("LaSalle") and have authority to make this affidavit on its behalf.

2. If sworn as a witness, I could competently testify to the facts herein.

3. On September 20, 2004, I went to Gitto Global Corporation ("Gitto Global") to be in charge of an investigation of the financial condition of the company and the business operations over the last few years while LaSalle had been in a lending relationship with the company under a revolving loan.

4. During my investigation at Gitto Global, I found a Verizon Wireless bill that was sent to Hemisphere Distribution Corp, but which contained the address for Louis J. Pellegrine,

282833.1 042314-34311

- 2 -

Jr., not Hemisphere. In addition, I found a check for payment of that Verizon Wireless bill from Louis J. Pellegrine, Jr. A copy of that bill and check is attached hereto.

**FURTHER AFFIANT SAYETH NOT.**

                                            Matthew Stilwell

Subscribed and sworn to before me
this 18th day of January, 2005.

_____
Notary Public

My commission expires:

```
NOTARIAL SEAL
ANNE L. GROMBALL, Notary Public
City of Philadelphia, Phila. County
My Commission Expires October 30, 2006
```

282833.1 042314-34311