IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LASALLE BUSINESS CREDIT, LLC f/k/a LASALLE BUSINESS CREDIT, INC., <br><br> Plaintiff, <br><br> v. <br><br> GARY C. GITTO, FRANK MILLER, CHARLES N. GITTO, JR., NANCY GITTO PANAGIOTES, JOHN D. TERSIGNI, KATHLEEN M. CARLAND, WILLIAM DEAKIN, JANICE CHAISSON, HELEN KOZAK, KINGSDALE CORP. d/b/a J&J CHEMICAL DISTRIBUTORS, and TRADEX CORPORATION, <br><br> Defendants, <br><br> and <br><br> FLEET NATIONAL BANK, CLINTON SAVINGS BANK, SOVEREIGN BANK, COMMERCE BANK & TRUST COMPANY, FIDELITY COOPERATIVE BANK, BANKNORTH, N.A., FIDELITY INVESTMENTS, INC., LEOMINSTER CREDIT UNION, and LEHMAN BROTHERS INC., <br><br> Trustee Process Defendants, <br><br> and <br><br> FIDELITY INVESTMENTS, INC., DIRECT WOOD & PAPER PRODUCTS, INC., GITTO SALES CORPORATION, J-TAN SALES & MARKETING, INC., HEMISPHERE DISTRIBUTION CORPORATION, LEHMAN BROTHERS INC., and AWG, LLC, <br><br> Reach and Apply Defendants. | Case No. 04 CV 12227 DPW |

**MOTION OF LEHMAN BROTHERS INC. TO
MODIFY RESTRAINING ORDER (ASSENTED TO BY PLAINTIFF)**

Lehman Brothers Inc. ("Lehman"), a Trustee Process and Reach and Apply Defendant, hereby respectfully requests that this Honorable Court modify the Restraining Order entered by the Court on or about October 25, 2004, as that Order applies to Lehman.  In support of this motion, Lehman states the following:

1.     The Defendant, Gary C. Gitto ("Gitto") maintained two (2) brokerage accounts at Lehman: Account Number 834-65465, in the name of Gary C. Gitto, containing cash and securities valued at approximately $295.00, and Individual Retirement Account Number 844-90574, in the name of Gary Charles Gitto, containing cash and securities valued at approximately $342,866.00.

2.     On or about October 7, 2004, Suffolk County Superior Court entered an Order for the issuance of a Summons to Trustee authorizing the attachment of Gitto's goods, effects or credits in the hands of Lehman in the amount of $1,500,000.00, and a restraining order preventing Lehman from distributing proceeds from the accounts to Gitto.  *See Orix Financial Services, Inc. v. Gary C. Gitto and Frank Miller and Lehman Brothers, et al*, Suffolk Superior Court, C.A. No. 04-04414 (the "State Court Action").

3.     Thereafter, on or about October 25, 2004, this Court entered a similar Summons to Trustee and Restraining order with respect to the Lehman account.  Specifically, this Court's Order prohibits Lehman from: "offsetting, assigning, alienating, transferring, pledging, encumbering, concealing, hypothecating or otherwise disposing of any money, property, interests or payments owed to Gary C. Gitto."

4.     Plaintiff in the State Court Action has filed a Motion To Default Gitto and a Motion to Charge the Trustee, Lehman, which, if allowed, would require Lehman to pay over Gitto's assets to the Plaintiff in the State Court Action arguably in violation of this Court's Order.

5. Lehman seeks modification of this Court's Order only insofar as it will allow Lehman to comply with the orders of the court in the State Court Action without being in contempt of this Court's Order. Lehman attaches a draft order for the Court's consideration.

6. In further support of this motion, Lehman states that plaintiff assents to this motion.

                Respectfully submitted,
                LEHMAN BROTHERS INC.
                By its Attorneys,


                _/s/ Brian K. French_____
                Christopher P. Litterio, BBO#551098
                Brian K. French, BBO #637856
                RUBERTO, ISRAEL & WEINER, P.C.
                100 North Washington Street
                Boston, MA  02114-2128
                (617) 742-4200

Dated: February 7, 2005