IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LASALLE BUSINESS CREDIT, LLC f/k/a<br>LASALLE BUSINESS CREDIT, INC.,<br><br>Plaintiff,<br><br>v.<br><br>GARY C. GITTO, FRANK MILLER, CHARLES N. GITTO, JR., NANCY GITTO PANAGIOTES, JOHN D. TERSIGNI, KATHLEEN M. CARLAND, WILLIAM DEAKIN, JANICE CHAISSON, HELEN KOZAK, KINGSDALE CORP. d/b/a J&J CHEMICAL DISTRIBUTORS, and TRADEX CORPORATION,<br><br>Defendants,<br><br>and<br><br>FLEET NATIONAL BANK, CLINTON SAVINGS BANK, SOVEREIGN BANK, COMMERCE BANK & TRUST COMPANY, FIDELITY COOPERATIVE BANK, BANKNORTH, N.A., FIDELITY INVESTMENTS, INC., LEOMINSTER CREDIT UNION, and LEHMAN BROTHERS INC.,<br><br>Trustee Process Defendants,<br><br>and<br><br>FIDELITY INVESTMENTS, INC., DIRECT WOOD & PAPER PRODUCTS, INC., GITTO SALES CORPORATION, J-TAN SALES & MARKETING, INC., HEMISPHERE DISTRIBUTION CORPORATION, LEHMAN BROTHERS INC., and AWG, LLC,<br><br>Reach and Apply Defendants. | Case No. 04 CV 12227 DPW |

**ORDER ON MOTION OF LEHMAN BROTHERS INC. TO
MODIFY RESTRAINING ORDER (ASSENTED TO BY PLAINTIFF)**

On Motion of Lehman Brothers Inc., and with the assent of plaintiff, the Court hereby modifies the Order to Show Cause and Temporary Restraining Order Approving Equitable Attachments in the Form of Reach and Apply Injunctions (the "Restraining Order") as follows:

1. Notwithstanding the Restraining Order, Lehman Brothers Inc. may comply with any orders of the Suffolk County Superior Court in the matter captioned *Orix Financial Services, Inc. v. Gary C. Gitto and Frank Miller and Lehman Brothers, et al*, Suffolk Superior Court, C.A. No. 04-04414 (the "State Court Action").

2. The Restraining Order shall otherwise remain in effect.

Dated: *February 8, 2005*

_____
Woodlock, J.
United States District Court