IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LASALLE BUSINESS CREDIT, LLC f/k/a )<br>LASALLE BUSINESS CREDIT, INC.,       )<br>                                                                  )<br>                              Plaintiff,              )<br>       v.                                                     )     Case No. 04-12227-DPW<br>                                                                  )<br>GARY C. GITTO, et al.,                           )<br>                                                                  )<br>                              Defendants.       )<br>_____) | |

### AFFIDAVIT OF JAMES D. THOMPSON

James D. Thomas, being duly sworn on oath, states and affirms the following facts in connection with Plaintiff's Motion for Default Judgment:

1. Affiant is the group senior vice president of LaSalle Bank National Association and has the authority to make this affidavit on behalf of LaSalle Business Credit LLC. LaSalle Business Credit is a limited liability company organized and existing under the laws of the State of Delaware, with executive offices in Chicago, Illinois. LaSalle Business Credit is a wholly-owned subsidiary of LaSalle National Leasing Corporation, which is a wholly-owned subsidiary of LaSalle Bank National Association, a federally-insured national banking association which provides funding to LaSalle Business Credit.

2. Affiant is in charge of loan administration at LaSalle Bank and as such, is overseeing collection of the indebtedness owed by Gitto Global Corporation.

3. Affiant is a keeper of the books and records of LaSalle Bank and LaSalle Business Credit and those records are made and maintained in the ordinary course of their business. One of the records made and maintained is the loan transaction involving Gitto Global Corporation.

285981.1 042314-34311

4.    LaSalle Business Credit is the owner and holder of the Revolving Note, Loan and Security Agreement, Gary Gitto limited guaranty and Frank Miller limited guaranty and all rights thereunder.

5.    As of February 2, 2005, there is due and owing for principal prior to the bankruptcy petition of Gitto Global for principal of $27,757,797.27 and interest of $4,316.99 and post-petition principal of $275,000 and interest of $1,890.62.

FURTHER AFFIANT SAYETH NOT.

_____
James D. Thompson

Subscribed and sworn to before me
this 8th day of February, 2005.

_____
Notary Public

My commission expires:

"OFFICIAL SEAL"
CHERYL L. LYONS
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 7/15/2007