

Account number
**508 872-6270 895 006 6**
Billing period    May 11 - Jun 10, 2002

B91

HEMISPHERE DIST CORP
434 OLD CONN PA
FRAMINGHAM MA    01701-4541

Total amount due   $260.41

**Payable upon receipt.**

Amount enclosed  $ 260 .41

Please make your check payable to Verizon
and write your account number on check.

VERIZON
PO BOX 28007
LEHIGH VALLEY PA 18002-8007

0200508872627089500062103    022200000017227000000002604108

Hemisphere Distribution Co.

LOUIS J. PELLEGRINE, JR. CPA, PC
CLIENTS ESCROW ACCT.
434 OLD CONN. PATH
FRAMINGHAM, MA  01701

53-7185/2113
2488001655

183

DATE  July 12, 2002

PAY TO THE
ORDER OF  Verizon                                $ 260.41

Two hundred sixty and 41/00                     DOLLARS

Auburndale Co-operative Bank
AUBURNDALE, NEWTONVILLE, WABAN, & WAYLAND
MASSACHUSETTS

MEMO  508-872-6270 895 0066

⑆211371858⑆  2488001655⑈  0183

**Ex. 15b**