UNITED STATES DISTRICT COURT
For The
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LASALLE BUSINESS CREDIT, LLC f/k/a <br> LASALLE BUSINESS CREDIT, INC., <br>          Plaintiff <br><br> v. <br><br> GARY C. GITTO, et als, <br>          Defendants <br><br> and <br><br> FLEET NATIONAL BANK, et al. <br><br>          Trustee Process Defendants <br><br> and <br><br> FIDELITY INVESTMENTS, INC., et al <br><br>          Reach and Apply Defendants | Case No. 04CV12227DPW |

## MOTION TO MODIFY PRELIMINARY INJUNCTION PRESERVING THE STATUS QUO

The Defendant, Charles N. Gitto, Jr., through Counsel, respectfully moves that this Honorable Court modify the current preliminary injunction to provide as follows:

Notwithstanding any other provision of the Injunction to the contrary, Defendant Charles N. Gitto, Jr. may make the following expenditures in the following amounts and for the following purposes:

    1.    One Hundred Forty Two Thousand Eight Hundred ($142,800) Dollars to pay his estimated federal income taxes for 2004.

2. Twelve Thousand Four Hundred ($12,400) Dollars to pay his estimated state income taxes for 2004.

3. Fifty Thousand ($50,000) Dollars for payment of outstanding legal fees.

4. Three Thousand Sixty Six ($3,066.00) for payment of real estate taxes due on 18 Nancy Court, Leominster, MA.

5. Up to Eighteen Thousand ($18,000) per month, provided that such expenditures are solely to pay ordinary and necessary living expenses consisting of food, utilities, mortgage payments, tuition and other current school expenses, clothing, medical expenses, insurance, spousal or child support obligations, necessary maintenance of real property and motor vehicles, vehicle leases, fuel for heating or motor vehicles. Nothing in this injunction shall be construed to prohibit Charles N. Gitto, Jr. from borrowing money on an unsecured basis (as to assets of defendant) or receiving cash gifts from third parties who are aware of this order where such funds are paid directly by the lender or gift giver to a third party providing goods or services to defendant or to a family member of defendant. Tradex Corporation is permitted to make such payments as compensation to or on behalf of Charles N. Gitto.

In support of the within motion, the defendant, through counsel states that the

requested expenditures are both reasonable and necessary in order that he may (1) meet his tax obligations, (2) defend the within action, and (3) meet his monthly living expenses.

Respectfully Submitted:<br>
Charles N. Gitto, Jr.<br>
Through his counsel,<br><br>

/s/ Juliane Balliro<br>
Juliane Balliro (BBO # 029010)<br>
Perkins Smith & Cohen LLP<br>
One Beacon Street<br>
Boston, MA  02108<br>
(617) 854-4000

Dated:  February 11, 2005