**EXHIBIT A**

**Grassia, Murphy & Lupan**

5 COMMONWEALTH ROAD
NATICK, MASSACHUSETTS 01760-1526
PH: 508.650.9252  FX: 508.650.9846

**By Hand**

December 9, 2004

Mr. Charles Gitto, Jr.
18 Nancy Court
Leominster, MA 01453

   *Re:*  *Estate Planning*
      *Our file no. 4398*

Dear Charlie:

  Please accept this note as a reiteration of my telephone call of this morning.

  Having reviewed your estate plan, I suggest that you shift your Legg Mason account into Christa's account and that Christa sign and deliver the margin papers to Joe Denicola. This will benefit your estate tax situation.

  Write Joe Denicola a letter authorizing him to make that change and specify that it is for estate tax purposes.

  As always, I am pleased to be of service.

       Warm regards,

       Thomas C. Grassia

TCG:kl

K:\ESTATE\4398\LtGittos.doc

# CHARLES N. GITTO, JR.
## 18 NANCY COURT
## LEOMINSTER, MA 01453

December 10, 2004

Joseph Denicola
Legg Mason
125 High Street
Floor 30
Boston, MA 02110

Dear Mr. Denicola,

Tom Grassia has recommended that Christa and I create a better balance in our estate and that as a part of that, we would like to merge my Legg Mason account into Christa's. This letter authorizes you to do so. It is my understanding that this will benefit our estate tax picture.

I am enclosing Christa's margin forms as requested.

Very truly yours,

Charles N. Gitto, Jr.