**EXHIBIT B**

# CHARLES N. GITTO, JR.
## 18 NANCY COURT
## LEOMINSTER, MA  01453

February 4, 2005

Joseph Denicola
Legg Mason
125 High Street
Floor 30
Boston, MA  02110

Dear Mr. Denicola,

Tom Grassia has advised Charlie and I incorrectly to merge accounts on December 10th, 2004.  We would like return the Legg Mason accounts back to individual accounts again.  The amount in Charles' account prior to the move was $621, 045.80.  We understand the market does fluctuate and would like you to reconcile appropriately.  This letter authorizes you to do so.

Very truly yours,

Christa Gitto