**EXHIBIT C**

```
            LAHEY CLINIC HOSPITAL
        41 MALL RD / ATTN CASHIER DEPT
              BURLINGTON MA 01805


        THURSDAY, NOVEMBER 18, 2004 @ 09:08A


    AMEX MERCHANT # : M518290001001
    CARD TYPE . . . : AMERICAN EXPRESS
    CARD NUMBER . . : @***********3013
    INVOICE NUM . . : 1673013
    TOTAL . . . . . : 10000.00 (CREDIT SALE)
    AUTH CODE . . . : 103272



    X_____
      SIGNATURE


            THANK YOU
            COME AGAIN

        RETAIN THIS COPY FOR YOUR RECORDS
    TOP COPY-MERCHANT BOTTOM COPY-CUSTOMER
```

*C. Gito*

*Lahey Clinic — Medical —*
*Charles*

# *INVOICE*

*Invoice Date:12-10-04*

Tradex Corp
Attn: Charles Gitto Jr
18 Nancy Court
Leominster, MA 01453
RE: Medical Reimbursement Expenses for December 2004


Payments made by The Gitto Global Corporation:    $0.00

Monthly Total of Invoices pd by the Lawson, Marino & Bertera Ins. Agency Inc:
$2600.00


*Total Amount Due:* $2600.00

Lawson, Marino & Bertera Insurance Agency, Inc.
PO Box 2792
Springfield MA 01101-2792


If you have any questions, please don't hesitate to call Lori L. Newsome at 413/781-5170

**RETURN THIS FORM TO THE RECEPTIONIST**

**TO FILE INSURANCE.** Complete the personal information on your insurance claim form. ATTACH THIS COPY and mail to your insurance company. This copy contains all of the information the doctor is required to supply.

**ATTENDING DENTIST'S STATEMENT**
ADA Dental Procedures and Nomenclature

| | | FEE |
|---|---|---|
| **DIAGNOSTIC** | | |
| D0120 | Periodic oral examination | $ |
| D0110 | Initial oral examination | $ |
| D0140 | Emergency oral examination | $ |
| D0220 | Intra-oral radiograph-First Film | $ |
| D0230 | Intra-oral radiograph-add. # | $ |
| D0274 | Bitewings - four films | $ |
| D0277 | Bitewings - seven films | $ |
| D0210 | Panoramic film | $ |
| D0330 | Consultation | $ |
| D9310 | | $ |
| D0470 | Diagnostic Class | $ |

| **PREVENTIVE** | | |
|---|---|---|
| D1110 | Adult prophylaxis | $ |
| D1120 | Child prophylaxis | $ |
| D1203 | Fluoride treatment | $ |
| D1351 | Sealant Per Tooth # | $ |
| D9910 | Periodontal Maintenance | $ |
| D4341 | Periodontal Scaling and | $ |
| | Root Planing Per Quadrant | |
| D4355 | Periodontal Scaling Perform | $ |
| | In the Presence of Gingival inflamma | |
| **RESTORATIVE** | | |
| D9630 | Chemotherapeutic Agent | $ |
| | Silver amalgam restorations | |
| | Code     Tooth     Surface/ | |
| D21. __ /__ /__ | Fee | $ |
| D21. __ /__ /__ | | $ |
| D21. __ /__ /__ | | $ |
| D21. __ /__ /__ | | $ |
| D2951  Pin Retention Per Tooth # | $ |
| | Composite/resin restorations | |
| D23. __ /__ /__ | Tooth | $ |
| D23. __ /__ /__ | | $ |
| D23. __ /__ /__ | | $ |
| D27. __ /__ /__ | | $ |
| D2950  Crown buildup inc. pins # | $ |
| D2954  Post & Core # | $ |
| D2249  Crical Crown Lengthening # | $ |

| **ENDODONTICS** | | |
|---|---|---|
| D3110 | Pulp Cap Direct # | $ |
| D3120 | Pulp Cap Indirect # | $ |
| D7310 | Root Canal Therapy | $ |
| | D33__    D33__ | |

| **PERIODONTICS** | | |
|---|---|---|
| D4210 | Gingivectomy or gingivoplasty | $ |
| | per quadrant, # | |
| D4220 | Gingival Curettage | $ |
| D4211 | Gingivectomy or gingivoplasty | $ |
| | per tooth, # | |

| **DENTURES** | | |
|---|---|---|
| D5110 | Upper D5130 Immediate Denture | $ |
| D5120 | Lower D5140 Immediate Denture | $ |
| D5213 | Upper Partial Denture | $ |
| D5214 | Lower Partial Denture | $ |
| D5660 | Additional Clasp | $ |
| D5650 | Additional Tooth | $ |
| D5710 | Duplicate Upper Denture | $ |
| D5711 | Duplicate Lower Denture | $ |
| **FIXED BRIDGES** | | |
| D67__ | Bridge Abutment     Tooth | $ |
| D62__ | Bridge Pontics     Tooth | $ |
| | D82__     D82__ | |
| | D67__     D07__     D07__ | |

| **SURGERY** | | |
|---|---|---|
| D7140 | Simple Extraction | $ |
| | D71__     D71__ | |
| | D71__     D71__ | |
| | D72__     D72__ | |
| D7210 | Surgical extraction | $ |
| | D72__     D72__ | |
| D7310 | Alveoplasty in conjunction | $ |
| | w/extractions per quadrant # | |
| D7320 | Alveoplasty not in conjunction | $ |
| | w/extractions per quadrant # | |
| D7285 | Biopsy of Oral Tissue # | $ |
| D7510 | Incision & Drainage of Abscess # | $ |
| **OTHER** | | |
| D9310 | Local Anesthetic | $ |
| D9951 | Occlusal Adjustment # | $ |
| D7880 | TMJ Appliance | $ |
| D5982 | Surgical Stent | $ |
| D9310 | Application/Desensitizing Medicament # | $ |

☐ THIS IS A PRE-TREATMENT ESTIMATE
Circled fees are for services performed
Today's          Treatment
Charges $          Estimate $

**VERO DENTAL GROUP**
Medical Arts Center – 1300 36th Street, Suite F
VERO BEACH, FL 32960
PHONE: (772) 567-1025 – FAX (772) 778-6697
Reconstruction & General Dentistry

**RAYMOND A. DELLA PORTA, D.M.D., P.A.**
SS # 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     ID # BL-2220111     LIC # 4552
**RAYMOND A. DELLA PORTA, II D.M.D.**
SS # 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     LIC # 13741

N A M E _____

No.  **19882**

Date of Service _____