**EXHIBIT D**

# Town of Lunenburg
# Board of Assessors

Harald M. Scheid, Regional Tax Assessor

January 21, 2005

S & E Specialty Polymers
140 Leominster-Shirley Road
Lunenburg, MA  01462

RE:  Allocation of Assessment and Taxes

Greetings,

Per your request, I am herein providing a breakdown of the fiscal year 2005 taxes for the industrial plant with 6.96 acres that your company is leasing from Tradex Corporation, and the remaining acreage.

**Industrial Plant with 6.96 Acres**
| | |
|---|---|
| Land assessment | $373,100 |
| Building assessment | 1,452,300 |
| Total | $1,825,400 |
| Tax Rate | $13.34/$1,000 |
| FY2005 Tax | $24,350.84 |

**Remaining Industrial Land – 5.19 Acres**
| | |
|---|---|
| Land assessment | $278,200 |
| Tax Rate | $13.34/$1,000 |
| FY2005 Tax | $3,711.18 |

This tax allocation does not attempt to allocate 1st and 2nd quarter tax payments, nor should this letter be deemed to be a division of the property accounts. Both parcels continue to be billed as one taxable unit.

Harald M. Scheid, Regional Tax Assessor
Town of Lunenburg

THIS DOCUMENT HAS A GRADUATED BACKGROUND, DARK TO LIGHT. THE REVERSE SIDE INCLUDES AN ARTIFICIAL WATERMARK.

**Tradex Corporation**
18 Nancy Court
Leominster, MA 01453

Sovereign Bank
11 Park Street
Leominster, MA 01453

**1120**

5-7515
110

| REFERENCE | DATE | CHECK NO. | AMOUNT |
|---|---|---|---|
| | 1/31/2005 | 1120 | **893.55 |

PAY   *EIGHT-HUNDRED-NINETY-THREE AND 55/100* * * * * * * * * * * * * * * * * * * * * * *   Dollars

TO THE ORDER OF   **Town of Lunuenburg**

Bill # 4104

⑆001120⑆ ⑈011075150⑈ 6620494895⑆

---

Tradex Corporation                                                           1120

| REFERENCE NO | DESCRIPTION | INVOICE DATE | INVOICE AMOUNT | DISCOUNT TAKEN | AMOUNT PAID |
|---|---|---|---|---|---|
| | | | | | |

| CHECK DATE | CHECK NO. | PAYEE | DISCOUNTS TAKEN | CHECK AMOUNT |
|---|---|---|---|---|
| 1/31/2005 | 1120 | Town of Lunuenburg | 0.00 | 893.55 |