**EXHIBIT E**

Jan 31 05 04:04p                                                                                     p.7

**CITY OF LEOMINSTER**
Office of Treasurer/Collector
25 WEST ST
LEOMINSTER MA 01453-5699
TREASURER/COLLECTOR:
David R. Laplante

TAX RATE PER $1,000
RESID. 1   OPEN SP. 2   COMM'L 3   INDUST. 4
11.76       11.76         11.76       11.76

Based on assessments as of January 1, 2004, your Real Estate Tax for fiscal year beginning July 1, 2004 and ending June 30, 2005 on the parcel of real estate described below is as follows:

| BILL DATE | BILL NUMBER |
|---|---|
| 12/31/04 | 00005657 |

**PROPERTY DESCRIPTION**
LOCATION:       18  NANCY CT
PARCEL:         0359-00002-00000
BOOK-PAGE: 03700/273
Property class: 0001010
Property value:   913600
Area:       7.73  acre(s)

ABATEMENT APPLICATION DUE IN ASSESSOR'S OFFICE: 2/01/2005

SPECIAL ASSESSMENTS
Type   Amount   Comm Int Tot

qc#7392 LeoReal T32 P1 ******AUTO**5-DIGIT 01453

GITTO CHARLES N   JR
18 NANCY CT
LEOMINSTER MA 01453-3480

Actual real estate tax         10743.94
Preliminary tax                  5468.00
Net actual tax                   5275.94
Tax paid                         5468.00
3RD QTR DUE 2/01/05:             2637.97
4TH QTR DUE 5/02/05:             2637.97

*Paid*

TAXPAYER'S COPY - THIS TOP PORTION TO BE RETAINED AS YOUR RECEIPT. IF PAYING IN PERSON - PLEASE BRING THIS COPY WITH YOU.   THIS FORM APPROVED BY COMMISSIONER OF REVENUE

To remit by mail: fold and tear at perforation and insert with payee's address showing in window of return envelope

Owner of Record:

GITTO CHARLES N   JR
18 NANCY CT
LEOMINSTER MA 01453

Please mail to: CITY OF LEOMINSTER, PO BOX 531 MEDFORD MA 02155-0006. Office Hours: Mon, Tues, Wed, Fri: 8:30-4:00, Thurs: 8:30-5:30, TEL 978/534-7509
COLLECTOR: David R. Laplante
See back of bill for additional details

**CITY OF LEOMINSTER**
Office of Treasurer/Collector
PO BOX 531
MEDFORD MA 02155-0006

FY 2005 REAL ESTATE TAX BILL
Based on assessments as of January 1, 2004, your Real Estate Tax for fiscal year beginning July 1, 2004 and ending June 30, 2005 on the parcel of real estate described below is as follows:

| BILL DATE | BILL NUMBER |
|---|---|
| 4/01/05 | 00005657 |

**PROPERTY DESCRIPTION**
LOCATION:       18  NANCY CT
PARCEL:         0359-00002-00000
BOOK-PAGE: 03700/273
Property class: 0001010
Property value:   913600
Area:       7.73  acre(s)

SPECIAL ASSESSMENTS
Type   Amount   Comm Int Tot

Actual real estate tax         10743.94
Preliminary tax                  5468.00
Net actual tax                   5275.94
Tax paid                         5468.00
4TH QTR DUE 5/02/05:             2637.97

0430208200570000565720000263797 3