IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE
2005 FEB 10 P 4: 37
U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| LASALLE BUSINESS CREDIT, LLC f/k/a LASALLE BUSINESS CREDIT, INC., <br><br> Plaintiff, <br><br> v. <br><br> GARY C. GITTO, FRANK MILLER, MARIA MILLER, CHARLES N. GITTO, JR., NANCY GITTO PANAGIOTES, LOUIS J. PELLEGRINE, JR., JOHN D. TERSIGNI, KATHLEEN M. CARLAND, WILLIAM DEAKIN, JANICE CHAISSON, HELEN KOZAK, KINGSDALE CORP. d/b/a J&J CHEMICAL DISTRIBUTORS, TRADEX INTERNATIONAL CORPORATION, and TRADEX CORPORATION, <br><br> Defendants, <br> and <br><br> FLEET NATIONAL BANK, CLINTON SAVINGS BANK, SOVEREIGN BANK, COMMERCE BANK & TRUST COMPANY, FIDELITY COOPERATIVE BANK, BANKNORTH, N.A., LEOMINSTER CREDIT UNION, FIDELITY INVESTMENTS, INC., LEHMAN BROTHERS, INC., TD WATERHOUSE, and LEGG MASON, INC., <br><br> Trustee Process Defendants, <br><br> and <br><br> DIRECT WOOD & PAPER PRODUCTS, INC., GITTO SALES CORPORATION, J-TAN SALES & MARKETING, INC., HEMISPHERE DISTRIBUTION CORP., FIDELITY INVESTMENTS, Inc., AWG, LLC, LEHMAN BROTHERS, INC., TD WATERHOUSE, SUPERIOR POLYMERS CORPORATION, and LEGG MASON, INC., <br><br> Reach-and-Apply Defendants. | Case No. 04-12227-DPW |

**APPEARANCE**

To the Clerk of this court and all parties of record:

Please enter our appearance as counsel in this case for T.D. Waterhouse Investor Services, Inc.

We certify that we are admitted to practice in this court.

                                              T.D. WATERHOUSE INVESTOR SERVICES, INC.,
By its attorneys,

Pete S. Michaels, BBO#553535
psm@michaelsward.com
Derek C. Anderson, BBO# 645895
dca@michaelsward.com
Deborah G. Evans, BBO# 631142
dge@michaelsward.com
MICHAELS & WARD, LLP
One Liberty Square
Boston, MA 02109
(617) 350-4040

Dated: February 10, 2005

2

## CERTIFICATE OF SERVICE

I hereby certify that on this day a true copy of the above document was served on the following via first class mail:

Christopher J. Panos, Esq.
Patrick W. Manzo, Esq.
Craig and Macauley Professional Corporation
Federal Reserve Plaza
600 Atlantic Avenue
Boston, MA  02210

Eric S. Rein, Esq.
John L. Conlon, Esq.
Bethany N. Schols, Esq.
Schwartz, Cooper, Greenberger & Krauss, Chtd.
180 N. LaSalle Street, Suite 2700
Chicago, IL  60601