IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2005 FEB 10 P 4: 37

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| LASALLE BUSINESS CREDIT, LLC f/k/a<br>LASALLE BUSINESS CREDIT, INC.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>GARY C. GITTO, FRANK MILLER, MARIA MILLER, CHARLES N. GITTO, JR., NANCY GITTO PANAGIOTES, LOUIS J. PELLEGRINE, JR., JOHN D. TERSIGNI, KATHLEEN M. CARLAND, WILLIAM DEAKIN, JANICE CHAISSON, HELEN KOZAK, KINGSDALE CORP. d/b/a J&J CHEMICAL DISTRIBUTORS, TRADEX INTERNATIONAL CORPORATION, and TRADEX CORPORATION,<br><br>　　　　Defendants,<br>　and<br><br>FLEET NATIONAL BANK, CLINTON SAVINGS BANK, SOVEREIGN BANK, COMMERCE BANK & TRUST COMPANY, FIDELITY COOPERATIVE BANK, BANKNORTH, N.A., LEOMINSTER CREDIT UNION, FIDELITY INVESTMENTS, INC., LEHMAN BROTHERS, INC., TD WATERHOUSE, and LEGG MASON, INC.,<br><br>　　　　Trustee Process Defendants,<br><br>　and<br><br>DIRECT WOOD & PAPER PRODUCTS, INC., GITTO SALES CORPORATION, J-TAN SALES & MARKETING, INC., HEMISPHERE DISTRIBUTION CORP., FIDELITY INVESTMENTS, Inc., AWG, LLC, LEHMAN BROTHERS, INC., TD WATERHOUSE, SUPERIOR POLYMERS CORPORATION, and LEGG MASON, INC.,<br><br>　　　　Reach-and-Apply Defendants. | Case No. 04-12227-DPW |

**Corporate Disclosure Statement of T.D. Waterhouse Investor Services, Inc.**

Pursuant to FRCP 7.1, T.D. Waterhouse Investor Services, Inc. hereby states that it is a wholly-owned subsidiary of T.D. Waterhouse Group, Inc., which is itself a wholly-owned subsidiary of The Toronto Dominion Bank, a public company.

          T.D. WATERHOUSE INVESTOR SERVICES, INC.,
          By its attorneys,

          Pete S. Michaels, BBO#553535
          psm@michaelsward.com
          Derek C. Anderson, BBO# 645895
          dca@michaelsward.com
          Deborah G. Evans, BBO# 631142
          dge@michaelsward.com
          MICHAELS & WARD, LLP
          One Liberty Square
          Boston, MA 02109
          (617) 350-4040

Dated: February 10, 2005

## CERTIFICATE OF SERVICE

    I hereby certify that on this day a true copy of the above document was served on the following via first class mail:

Christopher J. Panos, Esq.
Patrick W. Manzo, Esq.
Craig and Macauley Professional Corporation
Federal Reserve Plaza
600 Atlantic Avenue
Boston, MA  02210

Eric S. Rein, Esq.
John L. Conlon, Esq.
Bethany N. Schols, Esq.
Schwartz, Cooper, Greenberger & Krauss, Chtd.
180 N. LaSalle Street, Suite 2700
Chicago, IL  60601