**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| LASALLE BUSINESS CREDIT, LLC f/k/a )<br>LASALLE BUSINESS CREDIT, INC.,    )<br>                                                             )<br>                    Plaintiff,              )<br>        v.                                              )     Case No. 04-12227-DPW<br>                                                             )<br>GARY C. GITTO, et al.,                  )<br>                                                             )<br>                    Defendants.         )<br>_____ ) | |

**PLAINTIFF'S MEMORANDUM IN OPPOSITION**
**TO DEFENDANT CHARLES N. GITTO, JR.'S MOTION TO**
<u>**MODIFY PRELIMINARY INJUNCTION PRESERVING THE STATUS QUO**</u>

Plaintiff, LaSalle Business Credit, LLC ("LaSalle") hereby oppose the Motion to Modify the Preliminary Injunction Preserving the Status Quo [#191] (the "Motion") of Defendant Charles N. Gitto, Jr. ("Charles"). In support hereof, LaSalle refers the Court to the exhibits attached hereto and further states:

1.      Charles seeks to modify the Preliminary Injunction in order spend substantial sums to satisfy alleged tax and other expenses. LaSalle opposes this modification on the grounds that the amount Charles proposes to spend is both unreasonable and unsupported by evidence of the underlying obligations.

2.      Charles proposes to pay $142,800 dollars for alleged estimated federal income taxes, and $12,400 for estimated state income taxes. He does not, however, supply any evidence to support the amounts of these obligations. <u>Exhibit A</u> attached hereto is Charles's W-2 from Gitto Global (the "W-2"). The W-2 indicates income of $205,002. In addition, <u>Exhibit B</u> attached hereto is a spreadsheet of checks from the LaSalle disbursement account, payable to

Charles, in a sum total of $400,974. LaSalle is unable to reconcile these checks with the W-2 and therefore cannot determine on which amount Charles proposes to pay tax.

3. Charles proposes to pay $50,000 in outstanding legal fees. While LaSalle understands that Charles should be able to spend reasonable sums in order to pay counsel in this case and those related to this action, LaSalle is concerned by the amount and wishes to understand the potential available sources for payment. LaSalle also notes that Charles has caused Tradex Corporation to pay $10,000 in counsel fees to counsel for Gary Gitto[1]. Therefore, any amounts which Charles is allowed to pay for counsel fees should be reduced correspondingly.

4. LaSalle does not object to Charles's payment of $3,066 for real estate taxes in his home at 18 Nancy Court, Leominster, Massachusetts.

5. Finally, LaSalle does not object to Charles expending reasonable sums for ordinary course living expenses. Charles's request to spend $18,000 a month, or $216,000 on an annualized basis, is exceedingly high. Further, this amount is unsupported by any sort of budget or cost estimates. His request for $18,000 a month is particularly surprising in light of the fact that it is two and one-half times the living expenses agreed to by Charles and LaSalle in a previous modification of the Preliminary Injunction [#61].

## Conclusion

In conclusion, while LaSalle is willing to cooperate with Charles to modify the Preliminary Injunction in order to allow the payment of reasonable and necessary expenses, LaSalle cannot agree to Charles's motion as it is presently constituted. Accordingly, LaSalle

---

[1] LaSalle also notes that this payment was in violation of the Preliminary Injunction.

- 3 -

requests that the Court deny Charles's motion or require further evidence of Mr. Gitto's proposed expenditures and all available sources of funds.

Dated:  February 25, 2005

Respectfully submitted,

LASALLE BUSINESS CREDIT, LLC

By:     /s/ Patrick W. Manzo
        One of its attorneys

Christopher J. Panos (BBO# 555273)
Patrick W. Manzo (BBO# 651891)
Craig and Macauley Professional Corporation
Federal Reserve Plaza
600 Atlantic Avenue
Boston, MA  02210
Phone: (617) 367-9500, Fax: (617) 742-1788

Eric S. Rein
John L. Conlon
Bethany N. Schols
Schwartz, Cooper, Greenberger & Krauss, Chtd.
180 N. LaSalle Street, Suite 2700
Chicago, IL  60601
Phone:  (312) 346-1300, Fax:  (312) 782-8416