**Gitto Global**
**2004 Non-Payroll Payments to Charles Gitto per General Ledger**

| Vend # | Vend Name | Check # | Check Date | Check Amt | Trx Year |
|---|---|---|---|---|---|
| 40067 | CHARLES N. GITTO, JR. | 35357 | 05-Jan-04 | $ 416.00 | 2004 |
| 40067 | CHARLES N. GITTO, JR. | 35488 | 07-Jan-04 | $ 435.98 | 2004 |
| 40067 | CHARLES N. GITTO, JR. | 35947 | 15-Jan-04 | $ 658.40 | 2004 |
| 40067 | CHARLES N. GITTO, JR. | 36089 | 20-Jan-04 | $ 648.14 | 2004 |
| 40067 | CHARLES N. GITTO, JR. | 36681 | 04-Feb-04 | $ 724.83 | 2004 |
| 40067 | CHARLES N. GITTO, JR. | 37170 | 11-Feb-04 | $ 778.94 | 2004 |
| 40067 | CHARLES N. GITTO, JR. | 37481 | 19-Feb-04 | $ 465.80 | 2004 |
| 40067 | CHARLES N. GITTO, JR. | 37803 | 24-Feb-04 | $ 173.70 | 2004 |
| 40067 | CHARLES N. GITTO, JR. | 38058 | 01-Mar-04 | $ 500.00 | 2004 |
| 40067 | CHARLES N. GITTO, JR. | 38059 | 01-Mar-04 | $ 500.00 | 2004 |
| 40067 | CHARLES N. GITTO, JR. | 38060 | 01-Mar-04 | $ 134.00 | 2004 |
| 40067 | CHARLES N. GITTO, JR. | 40171 | 14-Apr-04 | $ 900.00 | 2004 |
| 40067 | CHARLES N. GITTO, JR. | 40648 | 22-Apr-04 | $ 700.00 | 2004 |
| 40067 | CHARLES N. GITTO, JR. | 40649 | 22-Apr-04 | $ 124.65 | 2004 |
| 40067 | CHARLES N. GITTO, JR. | 40966 | 28-Apr-04 | $ 347.10 | 2004 |
| 40067 | CHARLES N. GITTO, JR. | 40967 | 28-Apr-04 | $ 5,693.00 | 2004 |
| 40067 | CHARLES N. GITTO, JR. | 41395 | 07-May-04 | $ 317.58 | 2004 |
| 40067 | CHARLES N. GITTO, JR. | 41960 | 19-May-04 | $ 337.09 | 2004 |
| 40067 | CHARLES N. GITTO, JR. | 42580 | 01-Jun-04 | $ 1,500.00 | 2004 |
| 40067 | CHARLES N. GITTO, JR. | 43407 | 16-Jun-04 | $ 71.87 | 2004 |
| 40067 | CHARLES N. GITTO, JR. | 43569 | 18-Jun-04 | $ 209.49 | 2004 |
| 40067 | CHARLES N. GITTO, JR. | 44090 | 29-Jun-04 | $ 41.60 | 2004 |
| 40067 | CHARLES N. GITTO, JR. | 44091 | 29-Jun-04 | $ 468.85 | 2004 |
| 40067 | CHARLES N. GITTO, JR. | 44180 | 01-Jul-04 | $ 7,000.00 | 2004 |
| 40067 | CHARLES N. GITTO, JR. | 44520 | 08-Jul-04 | $ 1,500.00 | 2004 |
| 40067 | CHARLES N. GITTO, JR. | 44884 | 15-Jul-04 | $ 514.18 | 2004 |
| 40067 | CHARLES N. GITTO, JR. | 44885 | 15-Jul-04 | $ 3,140.96 | 2004 |
| 40067 | CHARLES N. GITTO, JR. | 45215 | 21-Jul-04 | $ 1,289.60 | 2004 |
| 40067 | CHARLES N. GITTO, JR. | 45216 | 21-Jul-04 | $ 137.35 | 2004 |
| 40067 | CHARLES N. GITTO, JR. | 45217 | 21-Jul-04 | $ 153.90 | 2004 |
| 40067 | CHARLES N. GITTO, JR. | 45218 | 21-Jul-04 | $ 127.42 | 2004 |
| 40067 | CHARLES N. GITTO, JR. | 45833 | 02-Aug-04 | $ 7,000.00 | 2004 |
| 40067 | CHARLES N. GITTO, JR. | 46060 | 06-Aug-04 | $ 738.86 | 2004 |
| 40067 | CHARLES N. GITTO, JR. | 46061 | 06-Aug-04 | $ 327.75 | 2004 |
| 40067 | CHARLES N. GITTO, JR. | 46192 | 09-Aug-04 | $ 25,000.00 | 2004 |
| 40067 | CHARLES N. GITTO, JR. | 46193 | 09-Aug-04 | $ 25,000.00 | 2004 |
| 40067 | CHARLES N. GITTO, JR. | 46194 | 09-Aug-04 | $ 25,000.00 | 2004 |
| 40067 | CHARLES N. GITTO, JR. | 46195 | 09-Aug-04 | $ 25,000.00 | 2004 |
| 40067 | CHARLES N. GITTO, JR. | 46268 | 10-Aug-04 | $ 1,568.70 | 2004 |
| 40067 | CHARLES N. GITTO, JR. | 46391 | 12-Aug-04 | $ 392.30 | 2004 |
| 40067 | CHARLES N. GITTO, JR. | 46543 | 16-Aug-04 | $ 1,500.00 | 2004 |
| 40067 | CHARLES N. GITTO, JR. | 46879 | 23-Aug-04 | $ 25,000.00 | 2004 |
| 40067 | CHARLES N. GITTO, JR. | 46880 | 23-Aug-04 | $ 25,000.00 | 2004 |
| 40067 | CHARLES N. GITTO, JR. | 46881 | 23-Aug-04 | $ 25,000.00 | 2004 |
| 40067 | CHARLES N. GITTO, JR. | 46885 | 23-Aug-04 | $ 25,000.00 | 2004 |
| 40067 | CHARLES N. GITTO, JR. | 46886 | 23-Aug-04 | $ 25,000.00 | 2004 |

**Gitto Global**
**2004 Non-Payroll Payments to Charles Gitto per General Ledger**

| Vend # | Vend Name | Check # | Check Date | Check Amt | Trx Year |
|---|---|---|---|---|---|
| 40067 | CHARLES N. GITTO, JR. | 46887 | 23-Aug-04 | $ 25,000.00 | 2004 |
| 40067 | CHARLES N. GITTO, JR. | 46888 | 23-Aug-04 | $ 25,000.00 | 2004 |
| 40067 | CHARLES N. GITTO, JR. | 46890 | 23-Aug-04 | $ 25,000.00 | 2004 |
| 40067 | CHARLES N. GITTO, JR. | 46897 | 23-Aug-04 | $ 25,000.00 | 2004 |
| 40067 | CHARLES N. GITTO, JR. | 46898 | 23-Aug-04 | $ 25,000.00 | 2004 |
| 40067 | CHARLES N. GITTO, JR. | 47117 | 26-Aug-04 | $ 250.00 | 2004 |
| 40067 | CHARLES N. GITTO, JR. | 47118 | 26-Aug-04 | $ 644.85 | 2004 |
| 40067 | CHARLES N. GITTO, JR. | 47119 | 26-Aug-04 | $ 438.96 | 2004 |
| 40067 | CHARLES N. GITTO, JR. | 47462 | 02-Sep-04 | $ 7,000.00 | 2004 |
| 40067 | CHARLES N. GITTO, JR. | 47694 | 07-Sep-04 | $ 650.10 | 2004 |
| 40067 | CHARLES N. GITTO, JR. | 47695 | 07-Sep-04 | $ 452.41 | 2004 |
| | | | | $ 400,974.36 | 2004 Total |