IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LASALLE BUSINESS CREDIT, LLC f/k/a ) <br> LASALLE BUSINESS CREDIT, INC.,   ) <br>                                                           ) <br>               Plaintiff,                            ) <br>       v.                                              )     Case No. 04-12227-DPW <br>                                                           ) <br> GARY GITTO, et al.,                         ) <br>                                                           ) <br>               Defendants.                      ) <br> _____) | |

**ADDENDUM TO PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT AND ENTRY OF SEPARATE AND FINAL JUDGMENT ON COUNT VI OF THE FIRST AMENDED COMPLAINT FOR BREACH OF GUARANTY BY FRANK MILLER**

Plaintiff LaSalle Business Credit, LLC ("LaSalle"), files this Addendum to Plaintiff's *Motion for Default Judgment and Entry of Separate and Final Judgment on Counts V and VI of the First Amended Complaint for Breach of Guaranty* [#188] (the "Motion") and requests that the Court enter separate and final default judgment against Defendant Frank Miller in the amount of $2,500,000. In support hereof, LaSalle refers the Court to the Motion, and the amended affidavit of James D. Thompson, filed herewith, and states as follows:

1.  At a hearing held on February 15, 2005 (the "Hearing"), the Court granted the Motion as to Frank Miller and entered a default against Miller on Count VI of LaSalle's First Amended Complaint. At that hearing, LaSalle informed the Court that it intended to file an amended affidavit of James D. Thompson. That amended affidavit is filed herewith.

2.  LaSalle incorporates the Motion by reference and requests that this Court enter a separate and final default judgment against Frank Miller in the amount of $2.5 million. LaSalle relies on the arguments and authorities cited in the Motion.

WHEREFORE, Plaintiff, LaSalle Business Credit LLC, prays for an order as follows:

- 2 -

(1) Directing the entry of a final judgment against Defendant, Frank Miller, in the amount of $2,500,000, pursuant to Count VI of the First Amended Complaint.

(3) An express determination that there is no just reason for delay in entry of that Judgment.

Dated: February 18, 2005                          Respectfully submitted,

                                                  LASALLE BUSINESS CREDIT, LLC


                                                  By:       /s/ Patrick W. Manzo
                                                          One of its attorneys

Christopher J. Panos (BBO# 555273)
Patrick W. Manzo (BBO# 651891)
Craig and Macauley Professional Corporation
Federal Reserve Plaza
600 Atlantic Avenue
Boston, MA  02210
Phone: (617) 367-9500, Fax: (617) 742-1788

Eric S. Rein
John L. Conlon
Bethany N. Schols
Schwartz, Cooper, Greenberger & Krauss, Chtd.
180 N. LaSalle Street, Suite 2700
Chicago, IL  60601
Phone:  (312) 346-1300, Fax:  (312) 782-8416