UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| In re GITTO GLOBAL CORPORATION,   *<br>    Debtor   *<br>   * | Chapter 11<br>Case No. 04-45386-JBR |
| CHARLES GITTO and TRADEX   *<br>CORP.,   *<br>    Appellant   *<br>   * | |
| vs.   *<br>   * | |
| WORCESTER TELEGRAN & GAZETTE   *<br>CORP., MEDIANEWS GROUP, INC.,   *<br>CHARLES L. GLERUM, EXAMINER,   *<br>and PHOEBE MORSE, UNITED STATES   *<br>TRUSTEE,   *<br>    Respondents   * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### NOTICE OF APPEAL

Appellants, Charles Gitto and Tradex Corporation, appeal under U.S.C. § 158(a) from the order of the bankruptcy judge, Joel B. Rosenthal, entered in this adversary proceeding on the 9th day of February 2005.

The names of all parties to the order appealed from and the names, addresses and telephone numbers of their respective attorneys are as follows:

Worcester Telegram & Gazette Corporation    Melissa G. Liazos, Esq.
Bingham McCutchen LLP
150 Federal Street
Boston, MA 02110
617-951-8000

MediaNews Group, Inc.    Peter J. Caruso, Esq.
Caruso & Caruso, LLP
One Elm Square
Andover, MA 01810
978-475-2200

| | |
|---|---|
| Charles L. Glerum, Examiner | Lisa E. Herrington, Esq.<br>Choate Hall & Stewart<br>53 State Street<br>Boston, MA 02109<br>617-248-5021 |
| Phoebe Morse, U.S. Trustee | Richard T. King, Esq.<br>Lisa D. Tingue, Esq.<br>Office of the U.S. Trustee<br>446 Main Street, 14th floor<br>Worcester, MA 01608<br>508-793-0555 |

Respectfully submitted,
Charles Gitto and Tradex Corporation,
By their attorneys,


　　　/s/ Juliane Balliro
Juliane Balliro (BBO# 028010)
Paul A. Leoni (BBO# 657490)
Perkins Smith & Cohen, LLP
One Beacon Street
Boston, MA 02108
617-854-4000

Dated: February 22, 2005

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

```
*************************************
In re GITTO GLOBAL CORPORATION,     *
     Debtor                          *
                                     *   Chapter 11
CHARLES GITTO and TRADEX             *   Case No. 04-45386-JBR
CORP.,                               *
     Appellant                       *
                                     *
vs.                                  *
                                     *
WORCESTER TELEGRAN & GAZETTE         *
CORP., MEDIANEWS GROUP, INC.,        *
CHARLES L. GLERUM, EXAMINER,         *
and PHOEBE MORSE, UNITED STATES      *
TRUSTEE,                             *
     Respondents                     *
*************************************
```

## STATEMENT OF ELECTION

Pursuant to Federal Rule of Bankruptcy Procedure 8001(e), appellants Charles Gitto and Tradex Corporation hereby elect to have their appeal, the notice of which is filed contemporaneously on this date, be heard by the United States District Court.

Mr. Gitto and Tradex Corporation note that this appeal is related to the pending case of LaSalle Business Credit v. Gary Gitto, et al., No. 04-12227-DPW.

                                           Respectfully submitted,
                                           Charles Gitto and Tradex Corporation,
                                           By their attorneys,

                                           /s/ Juliane Balliro
                                           Juliane Balliro (BBO# 028010)
                                           Paul A. Leoni (BBO# 657490)
                                           Perkins Smith & Cohen, LLP
                                           One Beacon Street
                                           Boston, MA 02108
                                           617-854-4000

Dated: February 22, 2005