IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

```
                                          )
LASALLE BUSINESS CREDIT, LLC f/k/a )
LASALLE BUSINESS CREDIT, INC.,            )
                    Plaintiff,            )
          v.                              )
GARY C. GITTO, et al.                     )
                         Defendants,      )
          and                             )
                                          )
FLEET NATIONAL BANK, et al.               )   Case No. 04-12227-DPW
                 Trustee Process Defendants,  )
                                          )
          and                             )
                                          )
FIDELITY INVESTMENTS, et al.              )
                 Reach-and-Apply Defendants )
                                          )
```

## FOURTH SUPPLEMENT TO PRELIMINARY INJUNCTION PRESERVING THE STATUS QUO

By agreement of the affected parties it is hereby ORDERED that the Preliminary Injunction Preserving the Status Quo ("Injunction") entered on November 5, 2004, is hereby modified to include the following:

**WILLIAM DEAKIN:**

Notwithstanding any other provision of the Injunction to the contrary, Defendant William Deakin ("Deakin") may spend up to $3,416.00 per month, provided that such expenditures are solely to pay ordinary and necessary living expenses consisting of food, utilities, mortgage payments, tuition and other current school expenses, clothing, medical expenses, insurance, spousal or child support obligations, necessary maintenance of real property and motor vehicles, vehicle leases, fuel for heating or motor vehicles. Additionally, Mr. Deakin may pay up to $10,000 in additional legal expenses and up to $2,000 in holiday expenses.

Nothing in the Injunction shall be construed to prohibit Deakin from borrowing money on an unsecured basis (as to assets of defendant) or receiving cash gifts from third parties who are aware of this order where such funds are paid directly by the lender or gift giver to a third party providing goods or services to defendant or to a family member of defendant.

In addition, the plaintiff LaSalle Business Credit, LLC ("LaSalle") has consented to dissolve the attachment on trustee process on Deakin's account held by Sovereign Bank, and such attachment is hereby DISSOLVED. Any funds withdrawn from any such accounts belonging to Deakin shall remain subject to the terms of the Injunction as modified hereby.

Deakin may pay amounts in excess of the amounts provided herein only with the written consent of LaSalle or by further order of this Court.

Dated: ~~January~~ *February* 8 , 2005

_____
United States District Judge