IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LASALLE BUSINESS CREDIT, LLC f/k/a )<br>LASALLE BUSINESS CREDIT, INC.,   )<br>                                                              )<br>               Plaintiff,                           )<br>      v.                                             )     Case No. 04-12227-DPW<br>                                                              )<br>GARY C. GITTO, et al.,                 )<br>                                                              )<br>               Defendants.                     )<br>                                                              ) | |

**ADDENDUM TO PLAINTIFF'S MEMORANDUM IN
OPPOSITION TO DEFENDANT CHARLES N. GITTO, JR.'S MOTION TO
MODIFY PRELIMINARY INJUNCTION PRESERVING THE STATUS QUO**

On February 18, 2005, Plaintiff, LaSalle Business Credit, LLC ("LaSalle") filed a Memorandum in Opposition to a Motion to Modify the Preliminary Injunction Preserving the Status Quo [#191] filed by Defendant Charles N. Gitto, Jr. ("Charles"). In paragraph 3 of that filing, LaSalle stated that Charles had caused Tradex Corporation to pay the sum of $10,000 to counsel for Defendant Gary C. Gitto in violation of a preliminary injunction entered by this Court. It has come to LaSalle's attention that the payment to Gary Gitto's counsel was made by "Tradex International Corporation", and not Tradex Corporation. Although Tradex International Corporation was not subject to an injunction at the time of the payment, the payment, as a transfer from Charles Gitto, was still in violation of the Court's order enjoining Charles Gitto from transferring funds.

- 2 -

Dated: February 24, 2005                    Respectfully submitted,

                                              LASALLE BUSINESS CREDIT, LLC

                                              By:    /s/ Patrick W. Manzo
                                                      One of its attorneys

Christopher J. Panos (BBO# 555273)
Patrick W. Manzo (BBO# 651891)
Craig and Macauley Professional Corporation
Federal Reserve Plaza
600 Atlantic Avenue
Boston, MA  02210
Phone: (617) 367-9500, Fax: (617) 742-1788

Eric S. Rein
John L. Conlon
Bethany N. Schols
Schwartz, Cooper, Greenberger & Krauss, Chtd.
180 N. LaSalle Street, Suite 2700
Chicago, IL  60601
Phone: (312) 346-1300, Fax: (312) 782-8416