AO 440 (Rev. 8/01) Summons in a Civil Action

UNITED STATES DISTRICT COURT

District of     MASSACHUSETTS

LASALLE BUSINESS CREDIT, LLC f/k/a
LASALLE BUSINESS CREDIT, INC.,

        Plaintiff,

v.

GARY C. GITTO, et al.,

        Defendants,

and

FLEET NATIONAL BANK, et al.,

    Trustee Process Defendants,

and

FIDELITY INVESTMENTS, INC.,
et al.,

    Reach-and-Apply Defendants.

**SUMMONS IN A CIVIL ACTION**

04-CV-12227

TO: (Name and address of Defendant)

Tradex International Corporation
c/o Juliane Balliro, Esq.
Perkins, Smith & Cohen LLP
One Beacon Street
Boston, MA 02108

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Christopher J. Panos, Esq.
Craig and Macauley Professional Corporation
Federal Reserve Plaza
600 Atlantic Avenue
Boston, MA 02210

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

(By) DEPUTY CLERK

2-25-05

DATE

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | DATE<br>January 20, 2005 |
| NAME OF SERVER *(PRINT)*<br>Patrick W. Manzo | TITLE<br>Attorney |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): Service of Complaint was made upon and accepted by Juliane Balliro, Esq., counsel to Tradex International Corporation.

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on __2/25/05__    _____
           Date              Signature of Server

_Cony + Mccauley, 600 Atlantic Ave, Boston, MA_
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.