IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LASALLE BUSINESS CREDIT, LLC f/k/a<br>LASALLE BUSINESS CREDIT, INC.,<br><br>        Plaintiff,<br>v.<br>GARY C. GITTO, et al.,<br><br>        Defendants,<br>and<br><br>FLEET NATIONAL BANK, et al.,<br><br>        Trustee Process Defendants,<br><br>and<br><br>FIDELITY INVESTMENTS, INC.,<br>et al.,<br><br>        Reach-and-Apply Defendants. | Case No. 04-12227-DPW |

## FINDING AND ORDER FOR APPROVAL
## OF ATTACHMENTS ON TRUSTEE PROCESS

Upon a *Motion for Approval of Attachments on Trustee Process*, and upon consideration thereof, the Court hereby finds that there is a reasonable likelihood that the plaintiff will recover judgment in an amount equal to or greater than the amount of the attachment over and above any liability insurance known or reasonably believed to be available and that there is a clear danger that the defendants if notified in advance of attachment on trustee process will withdraw the goods or credits from the hands or possession of the trustee and remove them from the state, will conceal them, or there is immediate danger that the defendant will dissipate the credits, or damage or destroy the goods to be attached on trustee process.

Therefore, the Court hereby approves the attachment on trustee process in the amount of $30,000,000 subject to all applicable exemptions and limitations provided by law, of all goods, effects or credits of Charles N. Gitto, Jr., or Frank Miller up to the amount of $30,000,000 deposited with or in the control of TD Waterhouse or its affiliate, National Investor Services Corp., Fleet National Bank, Clinton Savings Bank, Fidelity Investments, Inc., or Legg Mason, Inc., or any of its affiliates (the "Trustee Process Defendants").

Dated: _Feb 25 2005_

_William G. Young_
United States District Judge