IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LASALLE BUSINESS CREDIT, LLC f/k/a )<br>LASALLE BUSINESS CREDIT, INC., )<br>)<br>Plaintiff, )<br>v. )<br>GARY C. GITTO, et al., )<br>)<br>Defendants, )<br>and )<br>)<br>FLEET NATIONAL BANK, et al., )<br>)<br>Trustee Process Defendants, )<br>)<br>and )<br>)<br>FIDELITY INVESTMENTS, INC., )<br>et al., )<br>)<br>Reach-and-Apply Defendants. ) | Case No. 04-12227-DPW |

**PRELIMINARY INJUNCTION PRESERVING
THE STATUS QUO AS TO TRADEX INTERNATIONAL**

TO: Tradex International Corporation ("Defendant"):

Upon a showing made by plaintiff LaSalle Business Credit, LLC f/k/a LaSalle Business Credit, Inc. ("LaSalle") it appears to the Court that unless enjoined by order of this Court, the plaintiff will suffer immediate and irreparable injury, loss or damage.

IT IS ORDERED that pending further order of this Court, Tradex International Corporation, and each of its officers, agents, servants, employees, attorneys, beneficiaries and all persons in active concert or participation with them who receive actual notice of this Order, by personal service or otherwise, are restrained from assigning, alienating, selling, transferring, pledging, encumbering, concealing, hypothecating or disposing of any of its assets pending further order of this Court.

Dated: _Feb 25, 2005_

_William G. Young_
United States District Judge