UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No. 04-12227 (DPW)

|  |  |
|---|---|
| LASALLE BUSINESS CREDIT, LLC f/k/a LASALLE BUSINESS CREDIT, INC. | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| GARY C. GITTO, et al, | ) ) |
| Defendants | ) ) |

**STIPULATION AS TO PRODUCTION
OF GARY GITTO DOCUMENTS BY BOWDITCH & DEWEY**

In respect to the subpoena issued by plaintiff to Bowditch & Dewey LLP, the plaintiff and defendant Gary C. Gitto stipulate and agree that any waiver by Gary C. Gitto of any privilege or protection as to any document or statement constitutes a waiver only as to said document or statement and will not constitute any more general waiver of the privilege or protection.

| | |
|---|---|
| Gary C. Gitto, | LaSalle Business Credit, LLC |
| By his attorney | By its attorney |
| /s/ *Max D. Stern* | /s/ *Christopher J. Panos* |
| Max D. Stern | Christopher J. Panos |
| BBO No. 479560 | Craig & Macauley, PC |
| Stern, Shapiro, Weissberg & Garin, LLP | Federal Reserve Plaza |
| 90 Canal Street, Suite 500 | 600 Atlantic Avenue |
| Boston, MA 02114-2022 | Boston, MA 02210 |

Dated: March 3, 2005
G:\SSWG\Gitto\LaSalle Business Credit\LaSalle v. Gitto\Stiiputation as to production by B&D.wpd