UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No. 04-12227 (DPW)

| | |
|---|---|
| LASALLE BUSINESS CREDIT, LLC f/k/a | ) |
| LASALLE BUSINESS CREDIT, INC. | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) |
| GARY C. GITTO, et al, | ) |
| Defendants | ) |
| | ) |

**ASSENTED TO MOTION OF GARY C. GITTO TO EXTEND THE TIME TO
RESPOND TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AND ENTRY
OF SEPARATE AND FINAL JUDGMENT**

Defendant Gary C. Gitto hereby moves that the Court extend the time for him to respond

to the Plaintiff's Motion for Summary Judgment and Entry of Separate and Final Judgment on

Count V of the First Amendment Complaint for Breach of Guarantee until March 18, 2005.  In

support thereof, Defendant Gitto says that he needs further time in order to respond to the motion

and that this request is assented to by the plaintiff.

Respectfully Submitted,
Gary C. Gitto,
By his attorney
/s/ Max D. Stern
Max D. Stern
BBO No. 479560
Stern, Shapiro, Weissberg & Garin, LLP
90 Canal Street, Suite 500
Assented to:                              Boston, MA 02114-2022
/s/ Christopher J. Panos
Christopher J. Panos
Craig & Macauley, P.C.
Federal Reserve Plaza
600 Atlantic Avenue
Boston, MA 02210

Dated: March 3, 2005
G:\SSWG\Gitto\LaSalle Business Credit\LaSalle v. Gitto\Assented to motion to extend time.wpd