IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LASALLE BUSINESS CREDIT, LLC f/k/a )<br>LASALLE BUSINESS CREDIT, INC.,   )<br>                                                                )<br>                           Plaintiff,                 )<br>           v.                                                )<br>GARY C. GITTO, et al.,                         )<br>                                                                )<br>                           Defendants,           )<br>     and                                                     )<br>                                                                )<br>FLEET NATIONAL BANK, et al.,          )<br>                                                                )<br>           Trustee Process Defendants,  )<br>                                                                )<br>     and                                                     )<br>                                                                )<br>FIDELITY INVESTMENTS, INC.,          )<br>et al.,                                                       )<br>                                                                )<br>           Reach-and-Apply Defendants.    ) | Case No. 04-12227-DPW |

**ORDER APPROVING EQUITABLE
ATTACHMENTS IN THE FORM OF REACH-AND-APPLY INJUNCTIONS**
[Maria Miller]

Upon motion made by plaintiff LaSalle Business Credit, LLC f/k/a LaSalle Business Credit, Inc. ("LaSalle") in the *Motion For Equitable Attachments In The Form Of Reach-And-Apply Injunctions,* together will all supporting papers and after a hearing conducted on March 14, 2005, the Court finds that there is a reasonable likelihood that the plaintiff will recover judgment against in an amount equal to or greater than the amount of the attachment over and above any liability insurance known or reasonably believed to be available and that good cause appears for granting the relief sought:

IT IS ORDERED that reach-and-apply defendants TD WATERHOUSE and FIDELITY INVESTMENTS, INC. are hereby:

a. enjoined from paying in whole or in part, offsetting, assigning, alienating, selling, transferring, pledging, encumbering, concealing, hypothecating or otherwise disposing of any money, property or payments owed to MARIA MILLER;

b. enjoined from making any payment or transfer, directly or indirectly, to MARIA MILLER arising from his interest in or held by TD WATERHOUSE or FIDELITY INVESTMENTS; and

It is further ORDERED that MARIA MILLER is hereby enjoined from accepting any payments on account of any interest she may have in or held by TD WATERHOUSE or FIDELITY INVESTMENTS, and from selling, transferring, pledging, encumbering, concealing, hypothecating or otherwise disposing of any money, property or payments received on account of any interest in or held by TD WATERHOUSE or FIDELITY INVESTMENTS, and that MARIA MILLER or TD WATERHOUSE or FIDELITY INVESTMENTS, or any other person in possession of certificated securities belonging to or for benefit of MARIA MILLER, is hereby appointed keeper of those certificated securities for benefit of LaSalle pending further order of this Court.

Dated: March 14, 2005

_____
United States District Judge