IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LASALLE BUSINESS CREDIT, LLC f/k/a )<br>LASALLE BUSINESS CREDIT, INC., )<br>)<br>Plaintiff, )<br>v. )<br>GARY C. GITTO, et al., )<br>)<br>Defendants, )<br>and )<br>)<br>FLEET NATIONAL BANK, et al., )<br>)<br>Trustee Process Defendants, )<br>)<br>and )<br>)<br>FIDELITY INVESTMENTS, INC., )<br>et al., )<br>)<br>Reach-and-Apply Defendants. ) | Case No. 04-12227-DPW |

## WRIT OF ATTACHMENT

To the Sheriffs of the several counties of the Commonwealth of Massachusetts and their Deputies:

We command you to attach the goods or estate of defendant Maria Miller, to the value of $30,000,000, as prayed for by plaintiff LaSalle Business Credit, LLC of Chicago, Illinois, whose attorney is Christopher J. Panos, Craig and Macauley Professional Corporation, of 600 Atlantic Ave., Boston, Massachusetts., in an action brought by said plaintiff LaSalle Business Credit, LLC against said defendant Maria Miller in the United States District Court for the District of Massachusetts, and make due return of this writ with your doings thereon.

The complaint in this case was filed on December 31, 2004. The attachment was approved on _March 14, 2005_, by Judge Douglas P. Woodlock, in the amount of $30,000,000.

Dated: March 14, 2005

_____
United States District Judge