IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

LASALLE BUSINESS CREDIT, LLC f/k/a )
LASALLE BUSINESS CREDIT, INC.,    )
                                  )
            Plaintiff,             )
     v.                            )   Case No. 04-12227-DPW
GARY C. GITTO, et al.,             )
                                  )
            Defendants,            )
     and                           )
                                  )
FLEET NATIONAL BANK, et al.,       )
                                  )
     Trustee Process Defendants,   )
                                  )
     and                           )
                                  )
FIDELITY INVESTMENTS, INC.,        )
et al.,                            )
                                  )
     Reach-and-Apply Defendants.   )

## [PROPOSED] FINDING AND ORDER OF APPROVAL OF ATTACHMENT OF REAL PROPERTY

Upon a *Motion for Approval of Attachment*, and upon consideration thereof, with all supporting papers, the court hereby finds that there is a reasonable likelihood that the plaintiff will recover judgment, including interest and costs, in an amount equal to or greater than the amount of the attachment approved herein over and above any liability insurance available to satisfy a judgment.

WHEREUPON the Court hereby approves the attachment of any right, title or interest of defendant Maria Miller in or to any real property located in the Commonwealth of Massachusetts in the amount of $30,000,000.

Dated: March 14, 2005

_____
United States District Judge