## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LASALLE BUSINESS CREDIT, LLC f/k/a )<br>LASALLE BUSINESS CREDIT, INC.,       )<br>                                                                )<br>                            Plaintiff,              )<br>         v.                                             )<br>GARY C. GITTO, FRANK MILLER,      )<br>CHARLES N. GITTO, JR., NANCY      )<br>GITTO PANAGIOTES, JOHN D.           )<br>TERSIGNI, KATHLEEN M. CARLAND, )<br>WILLIAM DEAKIN, JANICE CHAISSON,)<br>HELEN KOZAK, KINGSDALE CORP.    )<br>d/b/a J&J CHEMICAL DISTRIBUTORS, )<br>and TRADEX CORPORATION,             )<br>                                                                )<br>                            Defendants,         )<br>         and                                             )<br>                                                                )<br>FLEET NATIONAL BANK, CLINTON  )<br>SAVINGS BANK, SOVEREIGN BANK, )<br>COMMERCE BANK & TRUST            )<br>COMPANY, FIDELITY COOPERATIVE )<br>BANK, BANKNORTH, N.A.,                  )<br>FIDELITY INVESTMENTS, INC.,         )<br>LEOMINSTER CREDIT UNION, and   )<br>LEHMAN BROTHERS, INC.,                 )<br>                                                                )<br>       Trustee Process Defendants,        )<br>                                                                )<br>         and                                             )<br>                                                                )<br>FIDELITY INVESTMENTS, INC.,         )<br>DIRECT WOOD & PAPER PRODUCTS, )<br> INC.,GITTO SALES CORPORATION,   )<br>J-TAN SALES & MARKETING, INC.,   )<br>HEMISPHERE DISTRIBUTION            )<br>CORPORATION, LEHMAN BROTHERS, )<br>INC., and AWG, LLC,                           )<br>                                                                )<br>       Reach-and-Apply Defendants.      ) | Case No. 04-12227-DPW |

### PRELIMINARY INJUNCTION PRESERVING THE STATUS QUO
[Maria Miller]

Upon motion made by plaintiff LaSalle Business Credit, LLC f/k/a LaSalle Business Credit, Inc. ("LaSalle") and after a hearing held on March 14, 2005, and by agreement of the parties:

IT IS ORDERED that Maria Miller ("Miller") and each of her officers, agents, servants, employees, attorneys, beneficiaries and all persons in active concert or participation with them who receive actual notice of this Order, by personal service or otherwise, are restrained from assigning, alienating, selling, transferring, pledging, encumbering, concealing, hypothecating or disposing of any of her assets pending further order of this Court; provided, however, that notwithstanding any other provision of this Order to the contrary, Defendant Maria Miller may spend (i) up to $2,800 per month of funds that she has saved or earned as compensation from any third-party, unaffiliated employer (or that she has borrowed on an unsecured basis (as to assets of defendant) or received as gifts from third parties), provided that such funds are used solely to pay mortgage or rental obligations of Maria Miller and (ii) up to $9,200 per month of funds that she has saved or earned as compensation from any third-party, unaffiliated employer (or that she has borrowed on an unsecured basis (as to assets of defendant) or received as gifts from third parties), provided that such funds are used solely to pay legal expenses or ordinary and necessary living expenses consisting of food, pre-existing credit card debt, utilities, tuition and other current school expenses, clothing, medical expenses, insurance, spousal or child support obligations by order of a probate court, necessary maintenance of real property and motor vehicles, vehicle leases, taxes, travel to and from Boston, and fuel for heating or motor vehicles. Maria Miller may pay amounts in excess of the amounts provided herein only with the written consent of LaSalle or by further order of this Court.

This ORDER shall be without prejudice to either LaSalle or Miller seeking modification at any time.

Dated: March  17 , 2005

_____
United States District Judge