# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| LASALLE BUSINESS CREDIT, LLC f/k/a<br>LASALLE BUSINESS CREDIT, INC.,<br><br>      Plaintiff,<br><br>v.<br><br>GARY C. GITTO, FRANK MILLER, CHARLES<br>N. GITTO, JR., NANCY GITTO-PANAGIOTES,<br>JOHN D. TERSIGNI, KATHLEEN M. CARLAND,<br>WILLIAM DEAKIN, JANICE CHAISSON, HELEN<br>KOZAK, KINGSDALE CORP. d/b/a J&J CHEMICAL<br>DISTRIBUTORS, and TRADEX CORPORATION,<br><br>      Defendants, | Case No. 04-12227 DPW |

### ASSENTED TO MOTION TO EXTEND TIME IN WHICH DEFENDANT NANCY GITTO-PANAGIOTES MUST ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT

The defendant Nancy Gitto-Panagiotes, with the assent of the plaintiff LaSalle Business Credit, LLC hereby moves for an Order extending the time in which she must answer or otherwise respond to the Complaint in this matter an additional sixty days, that is, up to and including May 16, 2005. LaSalle and Gitto-Panagiotes have agreed to prior extensions and ask this Court to endorse an additional extension to allow these parties to continue to discuss a resolution to the claims brought by LaSalle against Gitto-Panagiotes without the necessity of incurring additional legal fees involved in filing an answer or motion to dismiss.

**Wherefore**, Nancy Gitto-Panagiotes, with the assent of LaSalle, hereby respectfully request that this Court grant her an additional sixty day extension in which to answer or otherwise respond to the Complaint in this matter.

NANCY GITTO-PANAGIOTES

By her attorney,

/s/ Ian Crawford
_____
Ian Crawford (BBO#544475)
Todd & Weld LLP
28 State Street
Boston, MA  02109
(617) 720-2626

DATED:  March 16, 2005

ASSENTED TO:

LASALLE BUSINESS CREDIT, LLC
F/K/A LASALLE BUSINESS CREDIT, INC.

By its attorney,

/s/ Eric Rein
_____
Eric Rein
Schwartz, Cooper, Greenberger & Krauss, Chtd.
180 N. LaSalle Street, Suite 2700
Chicago, IL  60601
(312) 346-1300