IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LASALLE BUSINESS CREDIT, LLC f/k/a<br>LASALLE BUSINESS CREDIT, INC.,<br><br>          Plaintiff,<br>v.<br>GARY C. GITTO, et al.,<br><br>          Defendants,<br>  and<br><br>FLEET NATIONAL BANK, et al.,<br><br>    Trustee Process Defendants,<br><br>  and<br><br>FIDELITY INVESTMENTS, INC.,<br>et al.,<br><br>    Reach-and-Apply Defendants. | Case No. 04-12227-DPW |

**FINDINGS AND ORDER FOR APPROVAL
OF ATTACHMENTS ON TRUSTEE PROCESS**
[Goods, Effects or Credits of Maria Miller]

Upon a *Motion for Approval of Attachments on Trustee Process*, and upon consideration thereof, the Court hereby finds that there is a reasonable likelihood that the plaintiff will recover judgment in an amount equal to or greater than the amount of the attachment over and above any liability insurance known or reasonably believed to be available.

Therefore, the Court hereby approves the attachment on trustee process in the amount of $30,000,000 subject to all applicable exemptions and limitations provided by law, of all goods, effects or credits of Maria Miller up to the amount of $30,000,000 deposited with or in the control of TD Waterhouse or its affiliate, National Investor Services Corp., Fleet National Bank, Clinton Savings Bank, or Fidelity Investments, Inc. The Court ORDERS that Trustee

summonses shall issue forthwith.

Dated: *March 14, 2005*

_____
United States District Judge