UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No. 04-12227 (DPW)

|  |  |
|---|---|
| LASALLE BUSINESS CREDIT, LLC f/k/a LASALLE BUSINESS CREDIT, INC. | ) ) ) ) |
| Plaintiff, | ) |
| v. | ) ) |
| GARY C. GITTO, et al, | ) ) |
| Defendants | ) ) |

**GARY C. GITTO'S OPPOSITION TO PLAINTIFF'S MOTION TO SEPARATE AND FINAL JUDGMENT ON COUNT V**

Defendant Garry C. Gitto opposes the entry of separate and final judgment on Count V under F.R.Civ.P. 54(b). The remedy is reserved for the "infrequently harsh case." Consolidated Rail Corp. v. Fore River Railway Co., 861 F.2d 322, 325 (1st Cir. 1988). Here the plaintiff has not shown how it is not fully protected by the injunctions and attachments it has already obtained.

The plaintiff will not be harmed by awaiting final judgment in the whole case, in the normal course. Accordingly, the Court should not grant a separate and final judgment.

Gary C. Gitto,
By his attorneys,

/s. *Max D. Stern*
Max D. Stern, BBO #479560
Stern, Shapiro, Weissberg & Garin, LLP
90 Canal Street, 5th Floor
Boston, MA 02114
(617) 742-5800

Dated: March 18, 2005

G:\SSWG\Gitto\LaSalle Business Credit\LaSalle v. Gitto\separate & final opp.wpd