

# National Registered Agents, Inc.
..."NRAI, the best choice for statutory representation"

FILED
2005 MAR -8 4 7
U.S. DISTRICT COURT
DISTRICT OF MASS

March 8, 2005

Patrick Manzo
Craig and Macauley Professional Corporation
Federal Reserve Plaza
600 Atlantic Avenue
Boston, MA 02210

RE: Title of Action: LaSalle Business Credit, LLC et al. v. Gary C. Gitto et al.
    Entity Served: Legg Mason, Inc.
    Case/Docket Number: 04-12227-DPW

Dear Mr. Manzo,

Legal documents in the above titled action have been received for one of the defendants listed therein by National Registered Agents, Inc. (NRAI) and state that you are named as counsel for the Plaintiff.

NRAI's ability to receive the documents on behalf of the defendant requires that

[X] the name of the entity must be identical to that of the State Authority responsible for maintaining the records of this type entity transacting business in the state.

[ ] the status (active on the records of the state authority responsible for maintaining said records) of the entity must permit service on the registered agent and the registered agent's authority to receive service must not have been withdrawn.

[ ] the legal documents must clearly state which entity you are serving and sufficient copies of the documents must be provided if serving one or more of the defendants listed in the above titled action. When more than one defendant is named and service is being made on multiple parties, sufficient copies of the documents must be provided to the registered agent to send to all parties being served.

[X] other: "Legg Mason, Inc." is not the proper nanem of an entity in Massachusetts. Please specify which "Legg Mason" company/entity you are trying to serve.

Therefore, the legal documents served are being returned to you for the above stated reason(s).

Very truly yours,


Lisa Mogan
Legal Secretary

Enclosures
CC: Court Having Jurisdiction: United States District Court ✓
    NRAI - D. Howarth