IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| LASALLE BUSINESS CREDIT, LLC f/k/a )<br>LASALLE BUSINESS CREDIT, INC., )<br>　　　　　Plaintiff, )<br>　v. )<br>GARY C. GITTO, et al. )<br>　　　　　Defendants, )<br>　and )<br>　 )<br>FLEET NATIONAL BANK, et al. )<br>　　　Trustee Process Defendants, )<br>　 )<br>　and )<br>　 )<br>FIDELITY INVESTMENTS, et al. )<br>　　Reach-and-Apply Defendants ) | Case No. 04-12227-DPW |

## CERTIFICATION OF DEFENDANT WILLIAM F. DEAKIN PURSUANT TO LOCAL RULE 16.1(D)(3)

This is to certify that defendant William F. Deakin and his counsel, William T.

Harrington, have conferred to establish a budget for the full litigation of the above-referenced

matter as well as a budget for various alternative courses, and have also conferred to consider the

resolution of the litigation through the use of alternative dispute resolution programs such as

those outlined in Local Rule 16.4.

Respectfully Submitted,

William T. Harrington (BBO No 564445)
Glynn, Landry, Harrington, & Rice, LLP
10 Forbes Road, Suite 270
Braintree, MA 02184
(781) 356-1749

William F. Deakin

Dated: March 21, 2005