IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LASALLE BUSINESS CREDIT, LLC f/k/a<br>LASALLE BUSINESS CREDIT, INC., | )<br>) |
| Plaintiff, | )<br>) Case No. 04-12227-DPW<br>) |
| v. | )<br>) |
| GARY C. GITTO, FRANK MILLER, MARIA MILLER,<br>CHARLES N. GITTO, JR., NANCY GITTO<br>PANAGIOTES, LOUIS J. PELLEGRINE, JR., JOHN D.<br>TERSIGNI, KATHLEEN M. CARLAND, WILLIAM<br>DEAKIN, JANICE CHAISSON, HELEN KOZAK,<br>KINGSDAEL CORP. d/b/a J&J CHEMICAL<br>DISTRIBUTORS, TRADEX INTERNATIONAL<br>CORPORATION, and TRADEX CORPORATION, | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| Defendants, | ) |
| and | ) |
| FLEET NATIONAL BANK, CLINTON SAVINGS<br>BANK, SOVEREIGN BANK, COMMERCE BANK &<br>TRUST COMPANY, FIDELITY COOPERATIVE<br>BANK, BANKNORTH, N.A., LEOMINSTER<br>CREDIT UNION, FIDELITY INVESTMENTS, INC.,<br>LEHMAN BROTHERS, INC., TD WATERHOUSE,<br>and LEGG MASON, INC., | )<br>)<br>)<br>)<br>)<br>) |
| Trustee Process Defendants, | ) |
| and | ) |
| DIRECT WOOD & PAPER PRODUCTS, INC., GITTO<br>SALES CORPORATION, J-TAN SALES &<br>MARKETING, INC., HEMISPHERE DISTRIBUTION<br>CORP., FIDELITY INVESTMENTS, INC., AWG, LLC,<br>LEHMAN BROTHERS, INC., TD WATERHOUSE,<br>SUPERIOR POLYMERS CORPORATION, and<br>LEGG MASON, INC., | )<br>)<br>)<br>)<br>)<br>)<br>) |
| Reach and Apply Defendants. | ) |

**ANSWER OF TRUSTEE PROCESS AND REACH AND APPLY DEFENDANT
TD WATERHOUSE TO THE FIRST AMENDED COMPLAINT**

## ANSWER OF TRUSTEE PROCESS AND REACH AND APPLY DEFENDANT TD WATERHOUSE TO THE FIRST AMENDED COMPLAINT

Defendant TD Waterhouse Investor Services, Inc. ("TD Waterhouse") files this Answer to LaSalle Business Credit, LLC's First Amended Complaint ("Complaint").

1-26. TD Waterhouse lacks sufficient information to either admit or deny the allegations contained in Paragraphs 1-26 of the Complaint.

27. TD Waterhouse denies that it is corporation organized under the laws of Delaware and admits the remaining allegations contained in Paragraph 27 of the Complaint.

28-35. TD Waterhouse lacks sufficient information to either admit or deny the allegations contained in Paragraphs 28-35 of the Complaint.

36. TD Waterhouse denies that it is corporation organized under the laws of Delaware and admits the remaining allegations contained in Paragraph 36 of the Complaint.

37-54. TD Waterhouse lacks sufficient information to either admit or deny the allegations contained in Paragraphs 37-54 of the Complaint.

55. In response to Paragraph 55, TD Waterhouse restates and incorporates by reference its answers contained in the previous paragraphs as if fully set forth herein.

56-153. TD Waterhouse lacks sufficient information to either admit or deny the allegations contained in Paragraphs 56-153 of the Complaint.

154. In response to Paragraph 154, TD Waterhouse restates and incorporates by reference its answers contained in the previous paragraphs as if fully set forth herein.

155-75. TD Waterhouse lacks sufficient information to either admit or deny the allegations contained in Paragraphs 155-75 of the Complaint.

176. In response to Paragraph 176, TD Waterhouse restates and incorporates by reference its answers contained in the previous paragraphs as if fully set forth herein.

177-95. TD Waterhouse lacks sufficient information to either admit or deny the allegations contained in Paragraphs 177-95 of the Complaint.

196. In response to Paragraph 196, TD Waterhouse restates and incorporates by reference its answers contained in the previous paragraphs as if fully set forth herein.

197-209. TD Waterhouse lacks sufficient information to either admit or deny the allegations contained in Paragraphs 197-209 of the Complaint.

210. In response to Paragraph 210, TD Waterhouse restates and incorporates by reference its answers contained in the previous paragraphs as if fully set forth herein.

211-216. TD Waterhouse lacks sufficient information to either admit or deny the allegations contained in Paragraphs 211-16 of the Complaint.

217. In response to Paragraph 217, TD Waterhouse restates and incorporates by reference its answers contained in the previous paragraphs as if fully set forth herein.

218-223. TD Waterhouse lacks sufficient information to either admit or deny the allegations contained in Paragraphs 218-23 of the Complaint.

224. In response to Paragraph 224, TD Waterhouse restates and incorporates by reference its answers contained in the previous paragraphs as if fully set forth herein.

225-26. TD Waterhouse lacks sufficient information to either admit or deny the allegations contained in Paragraphs 225-26 of the Complaint.

227. In response to Paragraph 227, TD Waterhouse restates and incorporates by reference its answers contained in the previous paragraphs as if fully set forth herein.

228-29. TD Waterhouse lacks sufficient information to either admit or deny the allegations contained in Paragraphs 228-29 of the Complaint.

230. In response to Paragraph 230, TD Waterhouse restates and incorporates by reference its answers contained in the previous paragraphs as if fully set forth herein.

231-32. TD Waterhouse lacks sufficient information to either admit or deny the allegations contained in Paragraphs 231-32 of the Complaint.

233. In response to Paragraph 233, TD Waterhouse restates and incorporates by reference its answers contained in the previous paragraphs as if fully set forth herein.

234-35. TD Waterhouse lacks sufficient information to either admit or deny the allegations contained in Paragraphs 234-35 of the Complaint.

236. In response to Paragraph 236, TD Waterhouse restates and incorporates by reference its answers contained in the previous paragraphs as if fully set forth herein.

237-38. TD Waterhouse lacks sufficient information to either admit or deny the allegations contained in Paragraphs 237-38 of the Complaint.

239. In response to Paragraph 239, TD Waterhouse restates and incorporates by reference its answers contained in the previous paragraphs as if fully set forth herein.

240-41. TD Waterhouse lacks sufficient information to either admit or deny the allegations contained in Paragraphs 240-41 of the Complaint.

242. In response to Paragraph 242, TD Waterhouse restates and incorporates by reference its answers contained in the previous paragraphs as if fully set forth herein.

243-44. TD Waterhouse lacks sufficient information to either admit or deny the allegations contained in Paragraphs 243-44 of the Complaint.

245. In response to Paragraph 245, TD Waterhouse restates and incorporates by reference its answers contained in the previous paragraphs as if fully set forth herein.

246-47. TD Waterhouse lacks sufficient information to either admit or deny the allegations contained in Paragraphs 246-47 of the Complaint.

248. In response to Paragraph 248, TD Waterhouse restates and incorporates by reference its answers contained in the previous paragraphs as if fully set forth herein.

249-50. TD Waterhouse lacks sufficient information to either admit or deny the allegations contained in Paragraphs 249-50 of the Complaint.

251. In response to Paragraph 251, TD Waterhouse restates and incorporates by reference its answers contained in the previous paragraphs as if fully set forth herein.

252-53. TD Waterhouse lacks sufficient information to either admit or deny the allegations contained in Paragraphs 252-53 of the Complaint.

254. In response to Paragraph 254, TD Waterhouse restates and incorporates by reference its answers contained in the previous paragraphs as if fully set forth herein.

255-56. TD Waterhouse lacks sufficient information to either admit or deny the allegations contained in Paragraphs 255-56 of the Complaint.

257. In response to Paragraph 257, TD Waterhouse restates and incorporates by reference its answers contained in the previous paragraphs as if fully set forth herein.

258-59. TD Waterhouse lacks sufficient information to either admit or deny the allegations contained in Paragraphs 258-59 of the Complaint.

260. In response to Paragraph 260, TD Waterhouse restates and incorporates by reference its answers contained in the previous paragraphs as if fully set forth herein.

261-62. TD Waterhouse lacks sufficient information to either admit or deny the allegations contained in Paragraphs 261-62 of the Complaint.

263. In response to Paragraph 263, TD Waterhouse restates and incorporates by reference its answers contained in the previous paragraphs as if fully set forth herein.

264-65. TD Waterhouse lacks sufficient information to either admit or deny the allegations contained in Paragraphs 264-65 of the Complaint.

266. In response to Paragraph 266, TD Waterhouse restates and incorporates by reference its answers contained in the previous paragraphs as if fully set forth herein.

267-68. TD Waterhouse lacks sufficient information to either admit or deny the allegations contained in Paragraphs 267-68 of the Complaint.

269. In response to Paragraph 269, TD Waterhouse restates and incorporates by reference its answers contained in the previous paragraphs as if fully set forth herein.

270-71. TD Waterhouse lacks sufficient information to either admit or deny the allegations contained in Paragraphs 270-71 of the Complaint.

272. In response to Paragraph 272, TD Waterhouse restates and incorporates by reference its answers contained in the previous paragraphs as if fully set forth herein.

273-74. TD Waterhouse lacks sufficient information to either admit or deny the allegations contained in Paragraphs 273-74 of the Complaint.

275. In response to Paragraph 275, TD Waterhouse restates and incorporates by reference its answers contained in the previous paragraphs as if fully set forth herein.

276-77. TD Waterhouse lacks sufficient information to either admit or deny the allegations contained in Paragraphs 276-77 of the Complaint.

278. In response to Paragraph 278, TD Waterhouse restates and incorporates by reference its answers contained in the previous paragraphs as if fully set forth herein.

279-80. TD Waterhouse lacks sufficient information to either admit or deny the allegations contained in Paragraphs 279-80 of the Complaint.

281. In response to Paragraph 281, TD Waterhouse restates and incorporates by reference its answers contained in the previous paragraphs as if fully set forth herein.

282-83. TD Waterhouse lacks sufficient information to either admit or deny the allegations contained in Paragraphs 282-83 of the Complaint.

284. In response to Paragraph 284, TD Waterhouse restates and incorporates by reference its answers contained in the previous paragraphs as if fully set forth herein.

285-86. TD Waterhouse lacks sufficient information to either admit or deny the allegations contained in Paragraphs 285-86 of the Complaint.

287. In response to Paragraph 287, TD Waterhouse restates and incorporates by reference its answers contained in the previous paragraphs as if fully set forth herein.

288-89. TD Waterhouse lacks sufficient information to either admit or deny the allegations contained in Paragraphs 288-89 of the Complaint.

290. In response to Paragraph 290, TD Waterhouse restates and incorporates by reference its answers contained in the previous paragraphs as if fully set forth herein.

291. TD Waterhouse admits that it maintains the following accounts registered to Frank Miller, which have been frozen pursuant to the Order Approving Equitable Attachments in the Form of Reach-and-Apply Injunctions entered by the Court on February 25, 2005.

- Account No. 301-03286 Frank Miller & Maria C. Miller JT TEN......$10.48
- Account No. 463-95749 Frank Miller IRA.............................$10,743.10
- Account No. 463-95765 Frank Miller SEP IRA.......................$72,292.51

TD Waterhouse further admits that National Investor Services Corporation acts as the clearing firm for those accounts.

292. Paragraph 292 contains a prayer for relief and, therefore, does not necessitate a response.

293. In response to Paragraph 293, TD Waterhouse restates and incorporates by reference its answers contained in the previous paragraphs as if fully set forth herein.

294. TD Waterhouse admits that it maintains the following account registered to Maria Miller, which has been frozen pursuant to the Order Approving Equitable Attachments in the Form of Reach-and-Apply Injunctions entered by the Court on February 25, 2005.

> ➢ Account No. 301-03286 Frank Miller & Maria C. Miller JT TEN........$10.48

TD Waterhouse further admits that National Investor Services Corporation acts as the clearing firm for that account.

295. Paragraph 295 contains a prayer for relief and, therefore, does not necessitate a response.

296. In response to Paragraph 296, TD Waterhouse restates and incorporates by reference its answers contained in the previous paragraphs as if fully set forth herein.

297-98. TD Waterhouse lacks sufficient information to either admit or deny the allegations contained in Paragraphs 297-298 of the Complaint.

299. In response to Paragraph 299, TD Waterhouse restates and incorporates by reference its answers contained in the previous paragraphs as if fully set forth herein.

300-02. TD Waterhouse lacks sufficient information to either admit or deny the allegations contained in Paragraphs 300-02 of the Complaint.

303. In response to Paragraph 303, TD Waterhouse restates and incorporates by reference its answers contained in the previous paragraphs as if fully set forth herein.

304-06.   TD Waterhouse lacks sufficient information to either admit or deny the allegations contained in Paragraphs 304-06 of the Complaint.

307.   In response to Paragraph 307, TD Waterhouse restates and incorporates by reference its answers contained in the previous paragraphs as if fully set forth herein.

308-10.   TD Waterhouse lacks sufficient information to either admit or deny the allegations contained in Paragraphs 308-10 of the Complaint.

311.   In response to Paragraph 311, TD Waterhouse restates and incorporates by reference its answers contained in the previous paragraphs as if fully set forth herein.

312-14.   TD Waterhouse lacks sufficient information to either admit or deny the allegations contained in Paragraphs 312-14 of the Complaint.

315.   In response to Paragraph 315, TD Waterhouse restates and incorporates by reference its answers contained in the previous paragraphs as if fully set forth herein.

316-18.   TD Waterhouse lacks sufficient information to either admit or deny the allegations contained in Paragraphs 316-18 of the Complaint.

319.   In response to Paragraph 319, TD Waterhouse restates and incorporates by reference its answers contained in the previous paragraphs as if fully set forth herein.

320-22.   TD Waterhouse lacks sufficient information to either admit or deny the allegations contained in Paragraphs 320-22 of the Complaint.

323.   In response to Paragraph 323, TD Waterhouse restates and incorporates by reference its answers contained in the previous paragraphs as if fully set forth herein.

324-26.   TD Waterhouse lacks sufficient information to either admit or deny the allegations contained in Paragraphs 324-26 of the Complaint.

327. In response to Paragraph 327, TD Waterhouse restates and incorporates by reference its answers contained in the previous paragraphs as if fully set forth herein.

328. In response to Paragraph 328, TD Waterhouse states that the allegation that "Frank Miller and Maria Miller has [sic] an interest in TD Waterhouse" is too vague and ambiguous for TD Waterhouse to formulate a proper response and, therefore, is denied. TD Waterhouse admits only that Frank and Maria Miller maintain accounts at TD Waterhouse, which have been frozen pursuant to the Order Approving Equitable Attachments in the Form of Reach-and-Apply Injunctions entered by the Court on February 25, 2005. TD Waterhouse further refers Plaintiff to its response to Paragraphs 291 and 294.

329. Paragraph 329 contains legal opinions and conclusions to which no response is required. By way of further response, TD Waterhouse admits that it maintains accounts registered to Frank and Maria Miller, which have been frozen pursuant to the Order Approving Equitable Attachments in the Form of Reach-and-Apply Injunctions entered by the Court on February 25, 2005.

330. Paragraph 330 contains a prayer for relief and, therefore, does not necessitate a response.

331. In response to Paragraph 331, TD Waterhouse restates and incorporates by reference its answers contained in the previous paragraphs as if fully set forth herein.

332-34. TD Waterhouse lacks sufficient information to either admit or deny the allegations contained in Paragraphs 332-34 of the Complaint.

335. In response to Paragraph 335, TD Waterhouse restates and incorporates by reference its answers contained in the pervious paragraphs as if fully set forth herein.

336-38.    TD Waterhouse lacks sufficient information to either admit or deny the allegations contained in Paragraphs 336-38 of the Complaint.

Signed under the pains and penalties of perjury this /8th day of March, 2005.

_____
Janis Campanella, Esq.
Senior Vice President
Deputy General Counsel
TD Waterhouse Investor Services, Inc.
555 N. Federal Highway, #18-20
Boca Raton, FL 33432


Counsel for TD Waterhouse:
Pete S. Michaels
psm@michaelsward.com
Derek C. Anderson
dca@michaelsward.com
Deborah Gale Evans
dge@michaelsward.com

MICHAELS & WARD, LLP
One Liberty Square
Boston, Massachusetts 02109
(617) 350-4040
(617) 350-4050 (facsimile)