**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| LASALLE BUSINESS CREDIT, LLC f/k/a )<br>LASALLE BUSINESS CREDIT, INC.,    )<br>                                                                )<br>              Plaintiff,                              )<br>    v.                                                      )     Case No. 04-12227-DPW<br>                                                                )<br>GARY GITTO, et al.,                              )<br>                                                                )<br>              Defendants.                       )<br>_____) | |

**PLAINTIFF'S REPLY TO OPPOSITION OF GARY C. GITTO TO
PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT AND ENTRY OF SEPARATE
AND FINAL JUDGMENT AS TO DEFENDANT GARY C. GITTO ON COUNT V
OF THE FIRST AMENDED COMPLAINT FOR BREACH OF GUARANTY**

Pursuant to Rules 56 and 54(b) of the Federal Rules of Civil Procedure Plaintiff, LaSalle Business Credit, LLC ("LaSalle"), by its attorneys, renews its motion for summary judgment and entry of separate and final judgment on Count V against Defendant Gary C. Gitto ("Gary Gitto") and replies to the Opposition to that motion filed by Gary Gitto. Gitto argues, in his opposition, that entry of separate and final judgment is reserved for the "infrequently harsh case" and that LaSalle is adequately protected by pre-judgment security orders. In response, LaSalle refers the court to its motion for summary judgment, which LaSalle believes addresses Mr. Gitto's objection. LaSalle further states that, as described in LaSalle's motion, LaSalle is in a race with other creditors to recover assets. To the extent that LaSalle's claim against Mr. Gitto is not reduced to a judgment, LaSalle is limited in its ability to recover assets beyond the geographic reach of this Court. Further, LaSalle will be prejudiced by its inability to avail itself of discovery available to judgment creditors and the ability to obtain court orders only available to judgment creditors.

- 2 -

**Reservation of Rights**

By bringing this motion on Count V of the First Amended Complaint only, LaSalle reserves all of its rights and remedies as to all other claims against Gary Gitto and all other persons or entities.

**Prayer for Relief**

WHEREFORE, for the reasons stated and upon the authorities cited herein Plaintiff, LaSalle Business Credit LLC, requests that this Court:

(1)     Enter summary judgment against Defendant, Gary Gitto, in the amount of $2.5 million, plus costs of collection, pursuant to Count V of the First Amended Complaint;

(2)     Direct the entry of a final judgment against Defendant, Gary Gitto, in the amount of $2.5 million, plus costs of collection, pursuant to Count V of the First Amended Complaint;

(3)     Make an express determination that there is no just reason for delay in entry of that judgment; and

(4)     Grant such other and further relief as is just.

- 3 -

Dated: March 24, 2005                              Respectfully submitted,

                                                   LASALLE BUSINESS CREDIT, LLC


                                                   By:_____/s/ Patrick W. Manzo_____
                                                           One of its attorneys

Christopher J. Panos (BBO# 555273)
Patrick W. Manzo (BBO# 651891)
Craig and Macauley Professional Corporation
Federal Reserve Plaza
600 Atlantic Avenue
Boston, MA  02210
Phone: (617) 367-9500, Fax: (617) 742-1788

Eric S. Rein
John L. Conlon
Bethany N. Schols
Schwartz, Cooper, Greenberger & Krauss, Chtd.
180 N. LaSalle Street, Suite 2700
Chicago, IL  60601
Phone:  (312) 346-1300, Fax:  (312) 782-8416