# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LASALLE BUSINESS CREDIT, LLC f/k/a ) <br> LASALLE BUSINESS CREDIT, INC., ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> GARY GITTO, et al., ) <br> ) <br> Defendants. ) <br> ) | Case No. 04-12227-DPW |

## [PROPOSED] SEPARATE AND FINAL JUDGMENT ON COUNTS V AND VI OF THE FIRST AMENDED COMPLAINT FOR BREACH OF GUARANTY

It is hereby ORDERED, ADJUDGED, and DECREED:

1. That judgment enter in favor of plaintiff LaSalle Business Credit, LLC ("LaSalle") on Count V of its First Amended Complaint against Gary C. Gitto;

2. LaSalle shall recover from Gary C. Gitto the sum of $2,500,000, with interest, plus costs of collection.

3. That judgment enter in favor of LaSalle on Count VI of its First Amended Complaint against Frank Miller;

4. LaSalle shall recover from Frank Miller the sum of $2,500,000, with interest, plus costs of collection.

5. This Judgment shall in no way affect LaSalle's ability to prosecute the remaining claims in its First Amended Complaint or to obtain the full measure of damages otherwise recoverable thereunder.

Dated: _____

_____

United States District Judge