**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| LASALLE BUSINESS CREDIT, LLC f/k/a )<br>LASALLE BUSINESS CREDIT, INC., )<br> )<br>Plaintiff, )<br>v. )<br> )<br>GARY C. GITTO, et al., )<br> )<br>Defendants. )<br>_____ ) | <br><br><br><br>Case No. 04-12227-DPW |

**STIPULATED SIXTH MODIFICATION OF INJUNCTION
PRESERVING THE STATUS QUO AND ORDER
[AS TO GARY GITTO]**

LaSalle Business Credit, LLC ("LaSalle") and Gary C. Gitto, by and through their respective counsel hereby stipulate and agree that the *Preliminary Injunction Preserving the Status Quo* entered on November 5, 2004, as amended, (the "Injunction") is hereby modified as follows:

1.      Notwithstanding any other provision of the Injunction to the contrary, Defendant Gary Gitto may borrow money on an unsecured basis (as to assets of defendant) or receive cash gifts from third parties and spend up to $5000 per week of such funds or of funds that he has earned as compensation from any third-party, unaffiliated employer, provided that such funds are used solely to pay legal expenses or ordinary and necessary living expenses consisting of food, utilities, mortgage payments, tuition and other current school expenses, clothing, medical expenses, insurance, spousal or child support obligations, necessary maintenance of real property and motor vehicles, vehicle leases, fuel for heating or motor vehicles.  Nothing in the Injunction shall be construed to prohibit Gary Gitto from borrowing money on an unsecured basis (as to

assets of defendant) or receiving cash gifts from third parties who are aware of this order where

such funds are paid directly by the lender or gift giver to a third party providing goods or

services to defendant or to a family member of defendant.  Gary Gitto may pay amounts in

excess of the amounts provided herein only with the written consent of LaSalle or by further

order of this Court.

2.    Gary Gitto may cause $75,000 to be withdrawn from the "Individual Retirement

Account" (No. 844-90574-17) held in the name of Gary C. Gitto (the "IRA Account") by

Lehman Brothers, Inc. and be paid to his undersigned counsel on account of attorneys' fees and

expenses.  Both LaSalle and Gitto do not waive and expressly reserve all arguments, rights and

remedies with respect to whether the funds in the IRA Account are or are not subject to

exemption from attachment or levy; provided, however, that, if only a portion of the funds

maintained as of this date in the IRA Account are determined to be subject to such an exemption,

the $75,000 permitted to be withdrawn hereunder shall be deemed to have been "exempt funds"

thereby reducing the amount subject to any exemption.

3.    In entering into this stipulation, LaSalle has relied on certain representations

regarding assets made by Gary Gitto in the form of an affidavit delivered to LaSalle. The parties

acknowledge that such affidavit was delivered to LaSalle only to permit it to determine whether

it was willing to agree to his request to modify the existing preliminary injunction to allow him

to withdraw funds from his IRA account to pay counsel fees.  LaSalle agrees that by making and

submitting this affidavit to it, Gitto does not waive any Fifth Amendment privilege that he

otherwise may have, and LaSalle agrees that it will in no event argue that delivery of the

affidavit constituted a waiver of privilege.  Both LaSalle and Gitto do not waive and expressly

reserve all arguments, rights and remedies as to whether the information contained in the

affidavit or the delivery thereof would have been subject to any privilege.


Dated:  March 29, 2005

Respectfully submitted,                                  Respectfully submitted,

GARY C. GITTO                                            LASALLE BUSINESS CREDIT, LLC


By: _____/s/ Max D. Stern_____        By: _____/s/ Patrick W. Manzo_____
    Max D. Stern (BBO #479560)                                One of its attorneys
    Stern, Shapiro, Weissberg & Garin, LLP
    90 Canal Street, Suite 500
    Boston,  MA  02114-2022
                                                         Christopher J. Panos (BBO# 555273)
                                                         Patrick W. Manzo (BBO# 651891)
                                                         Craig and Macauley Professional Corporation
                                                         Federal Reserve Plaza
                                                         600 Atlantic Avenue
                                                         Boston, MA  02210
                                                         Phone: (617) 367-9500, Fax: (617) 742-1788

                                                         Eric S. Rein
                                                         John L. Conlon
                                                         Bethany N. Schols
                                                         Schwartz, Cooper, Greenberger & Krauss,
                                                         Chtd.
                                                         180 N. LaSalle Street, Suite 2700
                                                         Chicago, IL  60601
                                                         Phone:  (312) 346-1300, Fax:  (312) 782-8416



**SO ORDERED:**


_____
**United States District Judge**