Commonwealth of Massachusetts

Civil Action No. 04-12227 DPW

Suffolk, ss

LaSalle Business Credit, LLC

Plaintiff(s)

Answer of Trustee
Fleet National Bank

vs.

Maria Miller

Defendant(s)

and

Fleet National Bank

Trustee

---

And now the Fleet National Bank, a national banking association summoned as trustee of the defendent(s) in the above-entitled action, appears Sandra Allen authorized official, who makes an answer that at the time of service the plaintiff's writ upon it, Fleet National Bank is holding $0.00 in the name of Maria Miller.

Signed under the pains and penalties of perjury.

Fleet National Bank

By _____   Date: 3/24/05
Sandra Allen
Legal Order Processing
5701 Horatio Street
Utica, NY 13502