IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

LASALLE BUSINESS CREDIT, LLC f/k/a )
LASALLE BUSINESS CREDIT, INC.,   )
                                 )
              Plaintiff,          )
v.                                )   Case No. 04-12227-DPW
                                 )
GARY C. GITTO, et al.,            )
                                 )
              Defendants.         )
_____ )

## STIPULATED SIXTH MODIFICATION OF INJUNCTION PRESERVING THE STATUS QUO AND ORDER
### [AS TO GARY GITTO]

LaSalle Business Credit, LLC ("LaSalle") and Gary C. Gitto, by and through their respective counsel hereby stipulate and agree that the *Preliminary Injunction Preserving the Status Quo* entered on November 5, 2004, as amended, (the "Injunction") is hereby modified as follows:

1.    Notwithstanding any other provision of the Injunction to the contrary, Defendant Gary Gitto may borrow money on an unsecured basis (as to assets of defendant) or receive cash gifts from third parties and spend up to $5000 per week of such funds or of funds that he has earned as compensation from any third-party, unaffiliated employer, provided that such funds are used solely to pay legal expenses or ordinary and necessary living expenses consisting of food, utilities, mortgage payments, tuition and other current school expenses, clothing, medical expenses, insurance, spousal or child support obligations, necessary maintenance of real property and motor vehicles, vehicle leases, fuel for heating or motor vehicles. Nothing in the Injunction shall be construed to prohibit Gary Gitto from borrowing money on an unsecured basis (as to

assets of defendant) or receiving cash gifts from third parties who are aware of this order where such funds are paid directly by the lender or gift giver to a third party providing goods or services to defendant or to a family member of defendant. Gary Gitto may pay amounts in excess of the amounts provided herein only with the written consent of LaSalle or by further order of this Court.

2. Gary Gitto may cause $75,000 to be withdrawn from the "Individual Retirement Account" (No. 844-90574-17) held in the name of Gary C. Gitto (the "IRA Account") by Lehman Brothers, Inc. and be paid to his undersigned counsel on account of attorneys' fees and expenses. Both LaSalle and Gitto do not waive and expressly reserve all arguments, rights and remedies with respect to whether the funds in the IRA Account are or are not subject to exemption from attachment or levy; provided, however, that, if only a portion of the funds maintained as of this date in the IRA Account are determined to be subject to such an exemption, the $75,000 permitted to be withdrawn hereunder shall be deemed to have been "exempt funds" thereby reducing the amount subject to any exemption.

3. In entering into this stipulation, LaSalle has relied on certain representations regarding assets made by Gary Gitto in the form of an affidavit delivered to LaSalle. The parties acknowledge that such affidavit was delivered to LaSalle only to permit it to determine whether it was willing to agree to his request to modify the existing preliminary injunction to allow him to withdraw funds from his IRA account to pay counsel fees. LaSalle agrees that by making and submitting this affidavit to it, Gitto does not waive any Fifth Amendment privilege that he otherwise may have, and LaSalle agrees that it will in no event argue that delivery of the affidavit constituted a waiver of privilege. Both LaSalle and Gitto do not waive and expressly

reserve all arguments, rights and remedies as to whether the information contained in the affidavit or the delivery thereof would have been subject to any privilege.

Dated: March 29, 2005

Respectfully submitted,

GARY C. GITTO

By: ___/s/ Max D. Stern___
Max D. Stern (BBO #479560)
Stern, Shapiro, Weissberg & Garin, LLP
90 Canal Street, Suite 500
Boston, MA 02114-2022

Respectfully submitted,

LASALLE BUSINESS CREDIT, LLC

By: ___/s/ Patrick W. Manzo___
One of its attorneys

Christopher J. Panos (BBO# 555273)
Patrick W. Manzo (BBO# 651891)
Craig and Macauley Professional Corporation
Federal Reserve Plaza
600 Atlantic Avenue
Boston, MA 02210
Phone: (617) 367-9500, Fax: (617) 742-1788

Eric S. Rein
John L. Conlon
Bethany N. Schols
Schwartz, Cooper, Greenberger & Krauss, Chtd.
180 N. LaSalle Street, Suite 2700
Chicago, IL 60601
Phone: (312) 346-1300, Fax: (312) 782-8416

SO ORDERED:

___[signature]___
United States District Judge

March 29, 2005

- 3 -