IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LASALLE BUSINESS CREDIT, LLC f/k/a LASALLE BUSINESS CREDIT, INC., <br><br> Plaintiff, <br><br> v. <br><br> GARY C. GITTO, et al., <br><br> Defendants, <br><br> and <br><br> FLEET NATIONAL BANK, et al., <br><br> Trustee Process Defendants, <br><br> and <br><br> FIDELITY INVESTMENTS, INC., et al., <br><br> Reach-and-Apply Defendants. | Case No. 04-12227-DPW |

I hereby certify on 3/14/05 that the foregoing document is true and correct copy of the
☐ electronic docket in the captioned case
☐ electronically filed original filed on _____
☒ original filed in my office on 3/14/05
Sarah A. Thornton
Clerk, U.S. District Court
District of Massachusetts
By: _____
Deputy Clerk

## WRIT OF ATTACHMENT

To the Sheriffs of the several counties of the Commonwealth of Massachusetts and their Deputies:

We command you to attach the goods or estate of defendant Maria Miller, to the value of $30,000,000, as prayed for by plaintiff LaSalle Business Credit, LLC of Chicago, Illinois, whose attorney is Christopher J. Panos, Craig and Macauley Professional Corporation, of 600 Atlantic Ave., Boston, Massachusetts., in an action brought by said plaintiff LaSalle Business Credit, LLC against said defendant Maria Miller in the United States District Court for the District of Massachusetts, and make due return of this writ with your doings thereon.

The complaint in this case was filed on December 31, 2004. The attachment was approved on _March 14, 2005_, by Judge Douglas P. Woodlock, in the amount of $30,000,000.

Dated: *March 14, 2005*

*[signature]*
United States District Judge

## Proof of Attachment and Service

Barnstable ss.

March 17, 2005

By virtue of this writ, I this day at **12:30pm** attached all the right, title and interest that the within named defendant **Maria Miller** now has in and to any and all real estate, situate within the County of Barnstable, not exempt by law from levy or attachment. And on **March 17, 2005** I deposited a true and attested copy of this writ, with my said attachment endorsed thereon at the Barnstable Registry of Deeds. And afterward on **March 28, 2005** I mailed via U.S. First Class Mail, a true and attested copy of this writ with my said attachment endorsed thereon to the said defendant at **95 Kettle Hole Road Bolton, MA 01740.**

| | |
|---|---|
| Service | 20.00 |
| Copies | 15.00 |
| Travel | 3.20 |
| Postage & Handling | 4.50 |
| Registry Fee | 75.50 |
| | 118.20 |

*[signature]*
Kerry Kennedy-Murphy
Deputy Sheriff