IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE
2005 APR -1 P 12: 38
U.S. DISTRICT COURT
DISTRICT OF MASS

CASE NO. 04-11227 DPW

|  |
|---|
| LASALLE BUSINESS CREDIT, LLC f/k/a LASALLE BUSINESS CREDIT, INC., Plaintiff, |
| v. |
| GARY C. GITTO, FRANK MILLER, CHARLES N. GITTO, JR., NANCY GITTO PANAGIOTES, JOHN D. TERSIGNI, KATHLEEN M. CARLAND, WILLIAM DEAKIN, JANICE CHAISSON, HELEN KOZAK, KINGSDALE CORP. d/b/a J&J CHEMICAL DISTRIBUTORS, and TRADEX CORPORATION, Defendant, |
| and |
| CLINTON SAVINGS BANK, et al., Trustee Process Defendants, |
| and |
| FIDELITY INVESTMENTS, INC., et al., Reach-and-Apply Defendants. |

**ANSWER OF TRUSTEE**

NOW COMES Clinton Savings Bank, Trustee in this matter, and says that at the time of the service of the Trustee Summons, it had no goods, effects or credits of Maria Miller in its possession available for the Plaintiff.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS 25th DAY OF MARCH, 2005.

CLINTON SAVINGS BANK

By: _____
Vice President

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| LASALLE BUSINESS CREDIT, LLC f/k/a LASALLE BUSINESS CREDIT, INC., <br> Plaintiff, <br> v. <br><br> GARY C. GITTO, FRANK MILLER, CHARLES N. GITTO, JR., NANCY GITTO PANAGIOTES, JOHN D. TERSIGNI, KATHLEEN M. CARLAND, WILLIAM DEAKIN, JANICE CHAISSON, HELEN KOZAK, KINGSDALE CORP. d/b/a J&J CHEMICAL DISTRIBUTORS, and TRADEX CORPORATION, <br> Defendant, <br><br> and <br><br> CLINTON SAVINGS BANK, et al., <br> Trustee Process Defendants, <br><br> and <br><br> FIDELITY INVESTMENTS, INC., et al., <br> Reach-and-Apply Defendants. | CASE NO. 04-12227 DPW |

## CERTIFICATE OF SERVICE

I, Paul J. O'Riordan, hereby certify that on the 31st day of March, 2005, I caused the Answer of Clinton Savings Bank to Trustee Summons to be served by mailing same first-class mail, postage prepaid to Christopher J. Panos, Esq., CRAIG & MACCAULEY, P.C., 600 Atlantic Avenue, Boston, MA 02210.

CLINTON SAVINGS BANK
By its attorneys,

_____
J. Robert Seder (BBO# 450260)
Paul J. O'Riordan (BBO# 552786)
SEDER & CHANDLER
339 Main Street
Worcester, MA 01608
(508) 757-7721