IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| LASALLE BUSINESS CREDIT, LLC f/k/a LASALLE BUSINESS CREDIT, INC., <br><br> Plaintiff, <br><br> v. <br><br> GARY C. GITTO, *et al* <br><br> Defendants, <br> and <br><br> FLEET NATIONAL BANK, *et al* <br><br> Trustee Process Defendants, <br><br> and <br><br> FIDELITY INVESTMENTS, INC., *et al* <br><br> Reach-and-Apply Defendants. | Case No. 04-12227-DPW |

## NOTICE OF APPEARANCE

Please enter the appearance of Gina M. McCreadie, of Nixon Peabody LLP, 100 Summer Street, Boston, Massachusetts 02110, as an attorney representing Defendant Louis J. Pellegrine, Jr. along with Robert P. Sherman of Nixon Peabody LLP in the above-captioned action.

By: /s/ Gina M. McCreadie
Gina M. McCreadie (BBO# 661107)
Nixon Peabody LLP
100 Summer Street
Boston, MA 02110
(617) 345-1000

Dated: April 4, 2005

BOS1480674.1