**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

LASALLE BUSINESS CREDIT, LLC f/k/a )
LASALLE BUSINESS CREDIT, INC.,     )
                                     )
             Plaintiff,      )
      v.                         )     Case No. 04-12227-DPW
                                     )
GARY GITTO, et al.,         )
                                   )
            Defendants.    )
_____ )

<u>JOINT STATEMENT FOR LOCAL RULE 16.1 CONFERENCE</u>

      Pursuant to Local Rule 16.1, the undersigned parties have conferred and state as follows:

I.    <u>PROPOSED DISCOVERY PLAN</u>

      The parties propose the following discovery plan:

    A.  Exchange Rule 26(a)(1) information.  **May 1, 2005**.

    B.  Maximum Substantive Interrogatories, including subparts: **25**.  Due within 30 days of service; served no later than **January 1, 2006**.

    C.  Maximum requests for admissions, including subparts: **40**.  Due within 30 days of service, served no later than **March 1, 2006**.

    D.  Maximum requests for production of documents, including subparts: **25**.  Due within 30 days of services, served no later than **January 1, 2006**.

    E.  Maximum depositions, exclusive of parties:  **10 per party**.  The deposition of a corporate designee shall count as one deposition, regardless of number of witnesses produced.  Keeper or Records depositions shall not count towards the total of 10 per party.

    F.  Lay witness depositions must be completed no later than **April 1, 2006**.

    G.  Reports for experts due:  **May 1, 2006** (Plaintiff) **and June 1, 2006** (Defendants).

    H.  Expert Witness depositions must be completed by **July 1, 2006**.

II.     PROPOSED SCHEDULE FOR FILING MOTIONS

    A.  To join other parties and to amend the pleadings.  **September 1, 2005**.

    B.  To file motions for summary judgment.  **August 4, 2006**

III.    PRETRIAL CONFERENCE

The parties propose a final pretrial conference in **November, 2006**.

IV.     CERTIFICATIONS OF COUNSEL AND PARTIES

The parties will file certifications (or copies thereof if already filed) separately.

V.      OTHER MATTERS

    A.    This joint statement is submitted after the date established in Local Rule 16.1(D) because of the difficulty in obtaining consensus among the large number of parties.

    B.    This statement is submitted without waiving any party's right to move the Court for amendment of the schedule proposed herein, or to seek a stay of this action.

    C.    Proposed agenda for the April 6, 2005, conference:

        1.  Review of foregoing discovery plan and establishment of schedule.

        2.  The parties have not consented to trial by a Magistrate Judge.

Dated: April 5, 2005                         Respectfully submitted,

LASALLE BUSINESS CREDIT, LLC          GARY C. GITTO


By:___/s/ Patrick W. Manzo_____    By:___/s/ Max Stern_____
       One of Its Attorneys                      One of His Attorneys

CHARLES N. GITTO, JR.                    NANCY GITTO PANAGIOTES


By:_____    By:___/s/ Ian Crawford_____
       One of His Attorneys                      One of Her Attorneys

JOHN D. TERSIGNI                          KATHLEEN CARLAND


By:_____    By:___/s/ Michelle R. Peirce_____
                           One of Her Attorneys

WILLIAM DEAKIN                            JANICE CHAISSON


By:___/s/ William T. Harrington_____    By:___/s/ Edward W. McIntyre_____
       One of His Attorneys                      One of Her Attorneys

HELEN KOZAK                               KINGSDALE CORP. d/b/a J&J CHEMICAL
                                          DISTRIBUTORS

By:___/s/ David T. Losier_____
       One of Her Attorneys                      By:_____
                                                 One of Its Attorneys

TRADEX CORPORATION                        LOUIS J. PELLEGRINE, JR.


By:_____    By:___/s/ Gina McCreadie_____
       One of Its Attorneys                      One of His Attorneys