IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| LASALLE BUSINESS CREDIT, LLC f/k/a LASALLE BUSINESS CREDIT, INC., <br><br> Plaintiff, <br><br> v. <br><br> GARY C. GITTO, *et al* <br><br> Defendants, <br> and <br><br> FLEET NATIONAL BANK, *et al* <br><br> Trustee Process Defendants, <br><br> and <br><br> FIDELITY INVESTMENTS, INC., *et al* <br><br> Reach-and-Apply Defendants. | Case No. 04-12227-DPW |

## RULE 16.1(D)(3) CERTIFICATION OF DEFENDANT LOUIS J. PELLEGRINE, JR.

We, the undersigned, hereby certify that we have conferred in this matter:

(a)     with a view to establishing a budget for the costs of conducting the full course and various alternative courses of the litigation; and

(b)     to consider the resolution of the litigation through the use of alternative dispute resolution programs, such as those outlined in Local Rule 16.4.

BOS1480678.1

Respectfully submitted,

LOUIS J. PELLEGRINE, JR.

By:

*/s/ Louis J. Pellegrine, Jr.*
Louis J. Pellegrine, Jr.

By His Attorneys:

*/s/ Gina M. McCreadie*
Robert P. Sherman (BBO # 458540)
Gina M. McCreadie (BBO # 661107)
NIXON PEABODY LLP
100 Summer Street
Boston, MA 02110
(617) 345-1000

Dated: April 6, 2005

BOS1480678.1

2