# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LASALLE BUSINESS CREDIT, LLC f/k/a<br>LASALLE BUSINESS CREDIT, INC.,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>GARY C. GITTO, FRANK MILLER, CHARLES<br>N. GITTO, JR., NANCY GITTO-PANAGIOTES,<br>JOHN D. TERSIGNI, KATHLEEN M. CARLAND,<br>WILLIAM DEAKIN, JANICE CHAISSON, HELEN<br>KOZAK, KINGSDALE CORP. d/b/a J&J CHEMICAL<br>DISTRIBUTORS, and TRADEX CORPORATION,<br><br>　　　　　Defendants,<br><br>and<br><br>FLEET NATIONAL BANK, CLINTON SAVINGS<br>BANK, SOVEREIGN BANK, COMMERCE BANK<br>& TRUST COMPANY, FIDELITY COOPERATIVE<br>BANK, BANKNORTH, N.A., FIDELITY<br>INVESTMENTS, INC., LEOMINSTER CREDIT<br>UNION, and LEHMAN BROTHERS, INC.,<br><br>　　　　　Trustee Process Defendants,<br><br>and<br><br>FIDELITY INVESTMENTS, INC., DIRECT WOOD<br>& PAPER PRODUCTS, INC., GITTO SALES<br>CORPORATION, J-TAN SALES & MARKETING,<br>INC., HEMISPHERE DISTRIBUTION<br>CORPORATION, LEHMAN BROTHERS, INC., and<br>AWG, LLC,<br><br>　　　　　Reach-and-Apply-Defendants. | Case No. 04-12227DPW |

## DEFENDANT HELEN KOZAK'S
## CERTIFICATION UNDER LOCAL RULE 16.1(D)(3)

Defendant Helen Kozak ("Kozak") and undersigned counsel for Kozak certify that they have conferred with a view to establishing a budget for the costs of conducting the full course – and various alternative courses – of this litigation and have conferred to consider the resolution of this litigation through the use of alternative dispute resolutions programs such as those outlined in Local Rule 16.4.

Respectfully submitted,

*[signature]*

David M. Losier, BBO #516690
Burns & Levinson LLP
125 Summer Street
Boston, MA 02110-1624
617-345-3000

Dated: April 6, 2005
J:\Docs\26975\00000\00918323.DOC

HELEN KOZAK,

By: *[signature]*
Helen Kozak