UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No. 04-12227 (DPW)

LASALLE BUSINESS CREDIT, LLC f/k/a )
LASALLE BUSINESS CREDIT, INC. )

        Plaintiff,

v.

GARY C. GITTO, et al,

        Defendants

## DEFENDANT GARY C. GITTO'S CERTIFICATION UNDER LOCAL RULE 16.1(D)(3)

Defendant Gary Gitto and undersigned counsel for defendant certify that they have conferred with a view to establishing a budget for the costs of conducting the full course - and various alternative courses - of this litigation and have conferred to consider the resolution of this litigation through the use of alternative dispute resolutions programs such as outlined in Local Rule 16.4.

Gary C. Gitto
By: *[signature]*

Respectfully submitted,
Gary C. Gitto,
By his attorneys,

*[signature]*
Max D. Stern, BBO #479560
Stern, Shapiro, Weissberg & Garin, LLP
90 Canal Street, 5th Floor
Boston, MA 02114
(617) 742-5800

Dated: April 6, 2005

G:\SSWG\Gitto\LaSalle Business Credit\LaSalle v. Gitto\Rule 16.1 Certification.wpd