**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

LASALLE BUSINESS CREDIT, LLC f/k/a )    Case No. 04-12227-DPW
LASALLE BUSINESS CREDIT, INC.,    )
                                  )
                  Plaintiff,      )
         v.                       )
                                  )
GARY GITTO, et al.,               )
                                  )
                  Defendants.     )
_____ )

TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS:

        LaSalle Business Credit, LLC ("LaSalle")  requests that the Clerk of this Court

enter the default of Defendant Frank Miller as to count VI of LaSalle's First Amended

Complaint for failure to plead or otherwise defend in a timely manner, as provided by

Rule 55 (a) of the Federal Rules of Civil Procedure.

        This request is based on LaSalle's previously filed *Motion for Default Judgment*

*and Entry of Separate and Final Judgment on Counts V and VI of the First Amended*

*Complaint* [#188] and the Addenda thereto [#199 & #226] which show:

        1.      Frank Miller was served with LaSalle's Complaint and summons on

October 26, 2004.

        2.      The Return of Service filed with this Court on November 3, 2004

establishes that service was proper pursuant to the Federal Rules of Civil Procedure.

        3.      Frank Miller has failed to plead or otherwise respond to LaSalle's

Complaint.

        4.      The applicable time limit for responding has expired.

        5.      Frank Miller is not an infant nor an incompetent person.

        6.      Frank Miller is not in military service.

Dated:  April 7, 2005                        Respectfully submitted,

                                             LASALLE BUSINESS CREDIT, LLC


                                             By: _____/s/ Patrick W. Manzo_____
                                                         One of its attorneys

Christopher J. Panos (BBO# 555273)
Patrick W. Manzo (BBO# 651891)
Craig and Macauley Professional Corporation
Federal Reserve Plaza
600 Atlantic Avenue
Boston, MA  02210
Phone: (617) 367-9500
Fax:    (617) 742-1788

Eric S. Rein
John L. Conlon
Bethany N. Schols
Schwartz, Cooper, Greenberger & Krauss, Chtd.
180 N. LaSalle Street, Suite 2700
Chicago, IL  60601
Phone:  (312) 346-1300
Fax:  (312) 782-8416