UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
LASALLE BUSINESS CREDIT, LLC, f/k/a  )
LASALLE BUSINESS CREDIT, INC.,       )  CIVIL ACTION NO.
     Plaintiff,                      )  04-12227-DPW
                                     )
         v.                          )
                                     )
GARY GITTO, ET AL.,                  )
     Defendants.                     )
```

**NOTICE OF DEFAULT**

WOODLOCK, D.J.

Upon application of the Plaintiff for an Order of Default for failure of the Defendant, **FRANK MILLER** to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure, notice is hereby given that the Defendant has been defaulted **April 8, 2005.**

                                   BY THE COURT,

                                   /s/ Michelle Rynne
                                   Deputy Clerk

April 8, 2005


cc:  Frank Miller
     95 Kettle Hole Road
     Bolton, MA 01740