UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
LASALLE BUSINESS CREDIT, LLC, f/k/a  )
LASALLE BUSINESS CREDIT, INC.,       )   CIVIL ACTION NO.
     Plaintiff,                      )   04-12227-DPW
                                     )
          v.                         )
                                     )
GARY GITTO, ET AL.,                  )
     Defendants.                     )
```

MEMORANDUM AND ORDER
April 8, 2005

In this complex and wide ranging action alleging a variety of theories of liability involving multiple defendants arising out of claims of bank fraud in a loan relationship with an entity now in bankruptcy, Count V of the complaint alleges liability on a contractual guaranty claim against defendant Gary Gitto. The plaintiff has moved (# 198) for summary judgment on Count V. Finding there to be no genuine issue of material fact regarding the plaintiff's right to recover on the guaranty, I GRANT the motion.

The guaranty claim is sufficiently distinct and separate from the remaining claims in the complaint that this grant of summary judgment is as a practical matter a final determination of this aspect of the dispute between the parties. Given the potential that -- notwithstanding the practical finality of this discrete determination -- extended litigation on the remaining independent claims in the complaint will severely compromise the

ability of the plaintiff to recover on Count V -- principally because it will be disadvantaged in the race among numerous other creditors of Gary Gitto to obtain executable judgments and the correlative means for assuring liquidation of the guaranty -- I find that unique hardship would be visited on plaintiff by delay in the entry of judgment on Count V.

    Thus, I conclude not merely is there no just reason to delay entry of final judgment on Count V, I also conclude that to delay separate judgment would result in a likely frustration of the vindication of plaintiff's claim.  Under these circumstances I find that the requirements of Fed. R. Civ. P. 54(b) are met.

/s/ Douglas P. Woodlock

_____
DOUGLAS P. WOODLOCK
UNITED STATES DISTRICT JUDGE