UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LASALLE BUSINESS CREDIT, LLC, f/k/a ) <br> LASALLE BUSINESS CREDIT, INC., ) <br>     Plaintiff, ) <br> ) <br>     v. ) <br> ) <br> GARY GITTO, ) <br>     Defendant. ) | CIVIL ACTION NO. <br> 04-12227-DPW |

SEPARATE AND FINAL JUDGMENT ON COUNT V OF THE
FIRST AMENDED COMPLAINT FOR BREACH OF GUARANTY
April 8, 2005

The court having allowed plaintiff's motion for summary judgment as to defendant Gary C. Gitto on Count V of the First Amended Complaint for breach of guaranty and there being no just reason for delay for the reasons set forth in the Memorandum and Order of this date,

It is hereby ORDERED, ADJUDGED, AND DECREED:

That final judgment enter pursuant to Fed. R. Civ. P. 54 (b) in favor of plaintiff LaSalle Business Credit, LLC ("LaSalle") on the single substantive breach of guaranty claim set forth on Count V of its First Amended Complaint against Gary C. Gitto under which LaSalle shall recover from Gary C. Gitto the sum of $2,500,000.00, with interest.

/s/ Douglas P. Woodlock

_____
DOUGLAS P. WOODLOCK
UNITED STATES DISTRICT JUDGE