IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LASALLE BUSINESS CREDIT, LLC f/k/a )<br>LASALLE BUSINESS CREDIT, INC.,     )<br>                                                             )<br>                          Plaintiff,            )<br>      v.                                                  )<br>                                                             )<br>GARY GITTO, et al.,                          )<br>                                                             )<br>                          Defendants.     )<br>_____) | Case No. 04-12227-DPW |

TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS:

LaSalle Business Credit, LLC ("LaSalle") requests that the Clerk of this Court enter a default judgment against Frank Miller in the amount of $2,500,000, as authorized by Rule 55(b)(1) of the Federal Rules of Civil Procedure. In support of this request, LaSalle states:

1.      The Clerk of this Court has already entered the default of Frank Miller as a consequence of his failure to timely plead or otherwise respond in this action. The default was entered on April 8, 2005, as indicated by the Court's docket [#242].

2.      The claim of LaSalle is for a sum certain or a sum that, by computation, can be made certain.

3.      Defendant is not a minor or an incompetent person.

4.      Defendant is not currently in the military service.

5.      The amount of the judgment to be entered, as indicated in the Affidavit of Eric S. Rein filed herewith and the Affidavit of James Thompson filed on or about February 18, 2005 is justly due and owing, and no costs are sought to be taxed in connection with the requested default judgment.

Dated: April 14, 2005                                    Respectfully submitted,

                                                 LASALLE BUSINESS CREDIT, LLC


                                                 By:  ____/s/ Patrick W. Manzo_____
                                                          One of its attorneys

Christopher J. Panos (BBO# 555273)
Patrick W. Manzo (BBO# 651891)
Craig and Macauley Professional Corporation
Federal Reserve Plaza
600 Atlantic Avenue
Boston, MA  02210
Phone: (617) 367-9500
Fax:    (617) 742-1788

Eric S. Rein
John L. Conlon
Bethany N. Schols
Schwartz, Cooper, Greenberger & Krauss, Chtd.
180 N. LaSalle Street, Suite 2700
Chicago, IL  60601
Phone:  (312) 346-1300
Fax:  (312) 782-8416