IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LASALLE BUSINESS CREDIT, LLC f/k/a )<br>LASALLE BUSINESS CREDIT, INC.,    )<br>                                                           )<br>             Plaintiff,                              )<br>v.                                                       )<br>                                                           )<br>GARY GITTO, et al.,                         )<br>                                                           )<br>             Defendants.                       )<br>                                                           ) | Case No. 04-12227-DPW |

**AFFIDAVIT OF ERIC S. REIN REGARDING ENTRY OF DEFAULT**

Eric S. Rein, being duly sworn, deposes and states:

1. My name is Eric S. Rein.

2. I am over 18 years of age. I am a principal of Schwartz, Cooper, Greenberger and Krauss, Chtd. located at 180 N. LaSalle Street, Suite 2700, Chicago, IL 60601. I am fully competent to make this affidavit and I have personal knowledge of the facts stated in this affidavit.

3. I am the attorney for the plaintiff in this action.

4. My review of the Court's records in this action indicate that the Clerk of this Court entered the default of Defendant, Frank Miller, on Count VI of the First Amended Complaint in this action on April 8, 2005.

5. The defendant is not an infant or an incompetent person. I know this on the basis of interviewing Gitto Global Corporation's employees and conversations with Defendants' attorneys.

6. On information and belief, the defendant, Frank Miller, is not currently in military service.

297631.1 042314-34311

7. The claim asserted in Count VI of the First Amended Complaint is for a "sum certain" or a sum that may be made certain within the meaning of Rule 55(b)(1) of the Federal Rules of Civil Procedure. The claim is for breach of a guaranty. The specific amount due, together with interest and costs of suit, is established below, and further attested to in the Affidavit of James D. Thompson filed on or about February 18, 2005.

8. Frank Miller owes LaSalle Business Credit, LLC the sum certain amount of $2,500,000 on account of a guaranty of a loan made to Gitto Global Corporation.

9. The amount described above is justly due and now owing, and no part has been paid.

Signed by me on the 14th day of April, 2005 at Chicago, Illinois.

_____
Eric S. Rein

Subscribed and sworn to before me
this 14th day of April, 2005.

_____
Notary Public

"OFFICIAL SEAL"
TONI L. RUCKMAN
COMMISSION EXPIRES 08/22/05

297631.1 042314-34311