IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LASALLE BUSINESS CREDIT, LLC f/k/a ) <br> LASALLE BUSINESS CREDIT, INC., ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> GARY GITTO, et al., ) <br> ) <br> Defendants. ) <br> ) | Case No. 04-12227-DPW |

FORM OF
DEFAULT JUDGMENT

Defendant Frank Miller having failed to plead or otherwise defend in this action and his default having been entered,

Now, upon application of plaintiff and affidavit demonstrating that defendant owes plaintiff the sum of $2,500,000; that defendant is not an infant or incompetent person or in the military service of the United States, and that plaintiff is not claiming costs in connection with the Count upon which this Judgment is based, it is hereby

ORDERED, ADJUDGED AND DECREED that plaintiff recover from defendant Frank Miller the sum of $2,500,000, with interest as provided by law.

_____
Deputy Clerk

Date: _____