UNITED STATES DISTRICT COURT
For The
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LASALLE BUSINESS CREDIT, LLC f/k/a<br>LASALLE BUSINESS CREDIT, INC.,<br>   Plaintiff<br><br>v.<br><br>GARY C. GITTO, et al.,<br>    Defendants<br><br>and<br><br>FLEET NATIONAL BANK, et al.<br><br>    Trustee Process Defendants<br><br>and<br><br>FIDELITY INVESTMENTS, INC., et al<br><br>    Reach and Apply Defendants | Case No. 04CV12227DPW |

## STIPULATED SEVENTH MODIFICATION TO PRELIMINARY INJUNCTION PRESERVING THE STATUS QUO AND ORDER
### [AS TO CHARLES GITTO]

By Agreement of the affected parties it is hereby ORDERED that the Preliminary Injunction Preserving the Status Quo ("Injunction") entered on November 5, 2004, is hereby modified to include the following:

Notwithstanding any other provision of the Injunction to the contrary, Legg Mason shall cause to be made the following expenditures in the following amounts from the following account:

1. Eighty One Thousand Five Hundred Thirty Nine ($81,539) Dollars made Payable to the United States Treasury to be withdrawn from Legg Mason Account Number 396-76629. ("IRA Account")

2. Seven Thousand Five Hundred Ninety Five ($7,595) Dollars made payable to the Commonwealth of Massachusetts to be withdrawn from Legg Mason Account Number 396-76629. ("IRA Account")

3. In addition, Christa Gitto shall execute all documents necessary to transfer cash and/or securities totaling $269,742.00 in value from Legg Mason Account Number 396-00898 to Legg Mason Account Number 396-02621.

4. Both LaSalle and Charles Gitto do not waive and expressly reserve all arguments, rights and remedies with respect to the withdrawals referenced in paragraphs 1 and 2 including, but not limited to, whether the funds in the accounts are or are not subject to exemption from attachment or levy; provided however, that, if only a portion of the funds maintained as of this date in the IRA account are determined to be subject to such an exemption,

the sums withdrawn hereunder shall be deemed to have been "exempt funds" thereby reducing the amount subject to any exemption.

| RESPECTFULLY SUBMITTED: | RESPECTFULLY SUBMITTED: |
|---|---|
| Charles N. Gitto, Jr., | LaSalle Business Credit, LLC |

By: \_\_\_\_\_/s/ Juliane Balliro\_\_\_\_\_
Juliane Balliro (BBO# 028010)
Perkins Smith & Cohen LLP
One Beacon Street
Boston, MA  02108
(617) 854-4000

By: \_\_\_\_\_/s/Eric S. Rein\_\_\_\_\_
Eric S. Rein
Schwartz, Cooper, Greenberger
& Krause, Chtd.
180 N. LaSalle Street, Suite 2700
Chicago, Ill 60601

Dated: April 15, 2005

So Ordered:

*/s/ Douglas P. Woodlock*

United States District Judge

Date: April 15, 2005