IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

LASALLE BUSINESS CREDIT, LLC f/k/a )
LASALLE BUSINESS CREDIT, INC.,    )
                                  )
            Plaintiff,            )
    v.                            )   Case No. 04-122227-DPW
                                  )
GARY C. GITTO, et al,             )
                                  )

### DEFENDANT JANICE CHAISSON'S CERTIFICATION UNDER LOCAL RULES 16.1 (D.) (3)

Defendant Janice Chaisson and undersigned counsel for defendant, certify that they have conferred with the view to establishing a budget for the cost of conducting the full course-and various alternative courses-of this litigation and have conferred to consider the resolution of this litigation for the use of alternative dispute resolution programs such as outlined in Local Rule 16.4.

Janice Chaisson

*/s/ Janice Chaisson*

Date: April 12, 2005

Respectfully Submitted,
Janice Chaisson
By Her Attorney,

*/s/ Edward W. McIntyre*

EDWARD W. MCINTYRE,
BBO 335770
162 CHURCH STREET
CLINTON, MA 01510
978-368-1251, EXT. 12
978-368-8132, FAX
EDWARDWMCINTYRE@COMCAST.NET