IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LASALLE BUSINESS CREDIT, LLC f/k/a LASALLE BUSINESS CREDIT, INC., <br><br> Plaintiff, <br><br> v. <br><br> GARY C. GITTO, et al., <br><br> Defendants, <br><br> and <br><br> FLEET NATIONAL BANK, et al., <br><br> Trustee Process Defendants, <br><br> and <br><br> FIDELITY INVESTMENTS, INC., et al., <br><br> Reach-and-Apply Defendants. | Case No. 04-12227-DPW |

**JOINT MOTION FOR ENTRY OF AN EIGHTH ORDER SUPPLEMENTING
THE PRELIMINARY INJUNCTION PRESERVING THE STATUS QUO**

Plaintiff LaSalle Business Credit f/k/a LaSalle Business Credit, Inc. ("LaSalle") and Defendant Helen Kozak ("Kozak") request that the Court enter an Order, in the form submitted herewith, supplementing the *Preliminary Injunction Preserving the Status Quo* entered by the Court on November 5, 2004. In support hereof, LaSalle states the following:

1. On November 5, 2004, Judge Woodlock entered an injunction to preserve the status quo of Kozak's assets. The injunction allowed Kozak to make certain specific uses of her assets in order to pay usual and ordinary living and legal expenses.

2. Ms. Kozak has, with the consent of LaSalle and the Court, recently sold certain real estate. The Court has previously modified the preliminary injunction to allow Kozak to use $15,000 of proceeds from that sale to defray certain legal expenses. Kozak

      now proposes to use an additional $10,000 of proceeds from that sale to defray additional legal fees. LaSalle has no objection to this proposal.

    3.    Kozak and LaSalle have agreed upon the terms and language of the attached eighth supplement to the *Preliminary Injunction Preserving the Status Quo*.

Wherefore, LaSalle requests that the Court enter an Order supplementing the *Preliminary Injunction Preserving the Status Quo* in the form attached hereto.

April 19, 2005                                      Respectfully submitted,

| **LASALLE BUSINESS CREDIT, LLC** | **HELEN KOZAK** |
|---|---|
| By: /s/ Patrick W. Manzo | By: /s/ David M. Losier |
| Christopher J. Panos (BBO# 555273) | David M. Losier, Esq. |
| Patrick W. Manzo (BBO# 651891) | Burns & Levinson LLP |
| Craig and Macauley Professional Corporation | 125 Summer Street |
| Federal Reserve Plaza | Boston, MA 02110-1624 |
| 600 Atlantic Avenue | Phone: 617-345-3694 |
| Boston, MA 02210 | Fax: 617-345-3299 |
| Phone: (617) 367-9500 | |
| Fax:   (617) 742-1788 | |
| | |
| Eric S. Rein | |
| Bret A. Rappaport | |
| Bethany N. Schols | |
| Schwartz, Cooper, Greenberger & Krauss, Chtd. | |
| 180 N. LaSalle Street, Suite 2700 | |
| Chicago, IL 60601 | |
| Phone: (312) 346-1300 | |
| Fax: (312) 782-8416 | |

2

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LASALLE BUSINESS CREDIT, LLC f/k/a ) <br> LASALLE BUSINESS CREDIT, INC.,  ) <br> ) <br> Plaintiff,  ) <br> v.  ) <br> GARY C. GITTO, et al.,  ) <br> ) <br> Defendants,  ) <br> and  ) <br> ) <br> FLEET NATIONAL BANK, et al.,  ) <br> ) <br> Trustee Process Defendants,  ) <br> ) <br> and  ) <br> ) <br> FIDELITY INVESTMENTS, INC., ) <br> et al.,  ) <br> ) <br> Reach-and-Apply Defendants.  ) | Case No. 04-12227-DPW |

### EIGHTH SUPPLEMENT TO PRELIMINARY
### INJUNCTION PRESERVING THE STATUS QUO

By agreement of the affected parties it is hereby ORDERED that the *Preliminary Injunction Preserving the Status Quo* ("Injunction") entered on November 5, 2004, is hereby modified to include the following:

Notwithstanding any other provision of the Injunction to the contrary, Defendant Helen Kozak may spend up to $10,000 of proceeds derived from the sale of her primary residence, located at 87 Greenwood Place, Gardner, Massachusetts, on or about December 1, 2004, provided that such expenditure is solely to pay legal expenses. This amount is in addition to the $15,000 expenditure previously authorized in the *Third Supplement to Preliminary Injunction Preserving the Status Quo.*

Dated:_____

_____
United States District Judge