**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| LASALLE BUSINESS CREDIT, LLC f/k/a ) <br> LASALLE BUSINESS CREDIT, INC., ) <br> ) <br> Plaintiff, ) <br> v. ) <br> GARY C. GITTO, et al., ) <br> ) <br> Defendants, ) <br> and ) <br> ) <br> FLEET NATIONAL BANK, et al., ) <br> ) <br> Trustee Process Defendants, ) <br> ) <br> and ) <br> ) <br> DIRECT WOOD & PAPER PRODUCTS, et al., ) <br> ) <br> Reach-and-Apply Defendants. ) | Case No. 04-12227-DPW |

**MOTION TO AMEND COMPLAINT**

LaSalle Business Credit, LLC ("LaSalle") has filed herewith its Proposed Second Amended Complaint and respectfully moves this Court to enter an order granting leave to LaSalle to amend its complaint pursuant to Fed. R. Civ. P. 15(a). LaSalle requests to amend its complaint in order to add a count requesting an equitable attachment in the form of a reach and apply injunction to reach Charles N. Gitto Jr.'s interest in Defendant Tradex Corporation. Further, LaSalle wishes to correct or revise the corporate names of certain of the trustee process and reach and apply defendants.

As grounds thereof, LaSalle states as follows:

1. A party may amend its pleadings at any time by leave of court. Fed. R. Civ. P. 15(a).

2. LaSalle wishes to include a count to reach and apply the interest of Charles N. Gitto, Jr. in Defendant Tradex Corporation.

3. Tradex Corporation is currently the debtor in a case pending in Bankruptcy Court. Concurrent with this motion, LaSalle has filed a motion in the bankruptcy court seeking relief from stay in order to request that this court approve the equitable attachment in the form of a reach and apply injunction against Charles N. Gitto, Jr.'s interest in Tradex Corporation.

4. Other than certain of the Trustee Process / Reach and Apply Defendants, and Defendant Kathleen Carland, no defendant has yet filed a responsive pleading to LaSalle's Complaint.

WHEREFORE, LaSalle respectfully requests that this court allow LaSalle Business Credit, LLC to amend its complaint in the form attached hereto.

Dated: May 4, 2005

Respectfully submitted,

LASALLE BUSINESS CREDIT, LLC

By: ___/s/ Patrick W. Manzo___
        One of its attorneys

Christopher J. Panos (BBO# 555273)
Patrick W. Manzo (BBO# 651891)
Craig and Macauley Professional Corporation
Federal Reserve Plaza
600 Atlantic Avenue
Boston, MA  02210
Phone: (617) 367-9500
Fax:   (617) 742-1788

Eric S. Rein
John L. Conlon
Bethany N. Schols
Schwartz, Cooper, Greenberger & Krauss, Chtd.
180 N. LaSalle Street, Suite 2700
Chicago, IL  60601
Phone:  (312) 346-1300
Fax:  (312) 782-8416