# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LASALLE BUSINESS CREDIT, LLC f/k/a ) <br> LASALLE BUSINESS CREDIT, INC., ) <br> ) <br>         Plaintiff, ) <br>    v. ) <br> GARY C. GITTO, et al., ) <br> ) <br>         Defendant, ) <br>    and ) <br> ) <br> FLEET NATIONAL BANK, et al., ) <br> ) <br>    Trustee Process Defendants, ) <br> ) <br>    and ) <br> ) <br> DIRECT WOOD & PAPER PRODUCTS, et al., ) <br> ) <br> <u>   Reach and Apply Defendants.   </u>) | Case No. 04-12227-DPW |

**[PROPOSED] ORDER APPROVING AN EQUITABLE
<u>ATTACHMENT IN THE FORM OF A REACH-AND-APPLY INJUNCTION</u>**

Upon a showing made by plaintiff LaSalle Business Credit, LLC f/k/a LaSalle Business Credit, Inc. ("LaSalle") in the *Motion for Equitable Attachments in the Form of Reach-And-Apply Injunctions Regarding the Interest of Charles N. Gitto, Jr. in Tradex Corporation,* together will all supporting papers, the Court finds that there is a reasonable likelihood that the plaintiff will recover judgment against in an amount equal to or greater than the amount of the attachment over and above any liability insurance known or reasonably believed to be available.

<u>CHARLES N. GITTO, JR./ TRADEX</u>

IT IS ORDERED that defendant TRADEX CORPORATION shall:

a.  be enjoined from paying in whole or in part, offsetting, assigning, alienating, selling, transferring, pledging, encumbering, concealing, hypothecating or otherwise disposing of any money, property, interests or payments owed to CHARLES N. GITTO, JR. or taking any action to consent to or otherwise facilitate or permit a transfer of CHARLES N. GITTO, JR.'s interest in Tradex;

b.  be enjoined from making any payment or transfer, directly or indirectly, to CHARLES N. GITTO, JR. arising from his interest in, or interests held by, TRADEX CORPORATION; and

Further, that CHARLES N. GITTO, JR. shall be enjoined from accepting any payments on account of any interest in or held by TRADEX CORPORATION, and from selling, transferring, pledging, encumbering, concealing, hypothecating or otherwise disposing of his interests in TRADEX CORPORATION, or any money, property or payments received on account of any interest in or held by TRADEX CORPORATION, and any other person in possession of certificated securities of TRADEX CORPORATION belonging to or for benefit of CHARLES N. GITTO, JR. is hereby appointed keeper of those certificated securities for benefit of LaSalle and that person shall hold such certificates for the benefit of LaSalle hereunder or deposit them into Court pending further order of the Court.

DATED: _____

_____
United States District Judge