IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| LASALLE BUSINESS CREDIT, LLC<br>f/k/a LASALLE BUSINESS CREDIT, INC.,<br>    Plaintiff, | )<br>)<br>)<br>)<br>) |  |
| v. | ) | Case No. 04-12227-DPW |
| GARY C. GITTO, et al.,<br>    Defendant, | )<br>)<br>)<br>) |  |
| and | ) |  |
| FLEET NATIONAL BANK, et al.,<br>    Trustee Process Defendant, | )<br>)<br>)<br>) |  |
| and | ) |  |
| DIRECT WOOD & PAPER PRODUCTS, et al.,<br>    Reach & Apply Defendants. | )<br>)<br>)<br>) |  |

**NOTICE OF APPEARANCE OF M. ELLEN CARPENTER, CHAPTER 11 TRUSTEE IN
BANKRUPTCY FOR THE DEFENDANT TRADEX CORP.**

Please enter the appearance of M. Ellen Carpenter, Esq., Roach & Carpenter, P.C., 24 School Street, Boston, Massachusetts 02108 as she is the Chapter 11 Trustee in bankruptcy for Tradex Corp., Case No. 05-40748-JBR, a named defendant in this action.

The undersigned hereby requests that she be served with copies of all pleadings, notices, and all other documents that are filed with the Court in this proceeding.

/s/ M. Ellen Carpenter
M. Ellen Carpenter (BBO # 554142)
ROACH & CARPENTER, P.C.
24 School Street
Boston, MA 02108
(617) 720-1800
mec@rc-law.com

Dated: May 4, 2005