**CRAIG AND MACAULEY** | PROFESSIONAL CORPORATION
COUNSELLORS AT LAW

*www.craigmacauley.com*

FEDERAL RESERVE PLAZA
600 ATLANTIC AVENUE
BOSTON, MASSACHUSETTS 02210

TEL (617) 367-9500
FAX (617) 742-1788

May 23, 2005

**BY HAND**

Ms. Michelle Rynne
John Joseph Moakley Courthouse
United State District Court
1 Courthouse Way
Suite 2300
Boston, MA 02210

    RE:    <u>LaSalle Business Credit, LLC v. Gary Gitto, et al. 04-12227-DPW</u>

Dear Ms. Rynne:

    I have enclosed, as a courtesy, a copy of an order entered by Judge Rosenthal of the Bankruptcy Court for the District of Massachusetts granting LaSalle Business Credit, LLC's motion to relief from stay in order to amend its complaint in the referenced case and reach and apply Charles N. Gitto, Jr.'s interest in Tradex Corporation.

    The enclosed is informational and related to the Motion to Amend Complaint [#254] and Motion for Preliminary Injunction Approving an Equitable Attachment of the Interest of Charles N. Gitto, Jr. in Tradex Corporation [#255] filed on May 4, 2005.

    Thank you for your assistance.

                    Best regards,

                    Patrick W. Manzo

Enclosures
PWM/jlt

cc:    All counsel of record and unrepresented parties on the attached service list (by electronic mail or U.S. Mail)

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

FILED
IN CLERK'S OFFICE

2005 MAY 23 P 3:09

U.S. DISTRICT COURT
DISTRICT OF MASS.

In re:

TRADEX CORPORATION,

Debtor.

Chapter 11
Case No. 05-40748-JBR

ORDER GRANTING LASALLE BUSINESS
CREDIT, LLC RELIEF FROM STAY FOR THE PURPOSE OF SEEKING
AN ATTACHMENT OF CHARLES GITTO'S INTEREST IN THE DEBTOR

Upon consideration of a Motion by LaSalle Business Credit, LLC ("LaSalle") a good cause shown, it is hereby ORDERED effective immediately:

1. The Motion is GRANTED;

2. Relief from stay is granted to LaSalle Business Credit, LLC for the express and exclusive purpose of naming the debtor as a reach and apply defendant for the purpose of seeking certain attachments of Charles N. Gitto, Jr.'s interest in Debtor, Tradex Corporation, in a case styled LaSalle Business Credit, LLC v. Gitto, et al. 04-12227-DPW, currently pending in the United States District Court for the District of Massachusetts, and reaching and applying such interests as may be ordered by that Court.

Dated: _____

*Joel B. Rosenthal*
_____
05/18/2005

Joel B. Rosenthal
United States Bankruptcy Judge