IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LASALLE BUSINESS CREDIT, LLC f/k/a ) <br> LASALLE BUSINESS CREDIT, INC., ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> GARY C. GITTO, et al., ) <br> ) <br> Defendants. ) <br> _____ ) | Case No. 04-12227-DPW |

<u>NOTICE OF DISMISSAL OF DEFENDANT NANCY GITTO PANAGIOTES</u>

Plaintiff, LaSalle Business Credit, LLC hereby gives notice, pursuant to Fed. R. Civ. P. Rule 41(a)(1)(i), of its voluntary dismissal of defendant Nancy Gitto Panagiotes, without prejudice and without costs.  Ms. Panagiotes has not filed an answer or motion for summary judgment.

-2-

| | |
|---|---|
| Dated: June 2, 2005 | Respectfully submitted, |
| | LASALLE BUSINESS CREDIT, LLC |
| | By: /s/ Patrick W. Manzo |
| | One of its attorneys |

Christopher J. Panos (BBO# 555273)
Patrick W. Manzo (BBO# 651891)
Craig and Macauley Professional Corporation
Federal Reserve Plaza
600 Atlantic Avenue
Boston, MA  02210
Phone: (617) 367-9500
Fax:   (617) 742-1788

Eric S. Rein
John L. Conlon
Bethany N. Schols
Schwartz, Cooper, Greenberger & Krauss, Chtd.
180 N. LaSalle Street, Suite 2700
Chicago, IL  60601
Phone:  (312) 346-1300
Fax:  (312) 782-8416