IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LASALLE BUSINESS CREDIT, LLC f/k/a <br> LASALLE BUSINESS CREDIT, INC., <br>    Plaintiff <br><br> v. <br><br> GARY C. GITTO, et al. <br>    Defendants <br><br> and <br><br> FLEET NATIONAL BANK, et al. <br> and <br> FIDELITY INVESTMENTS, INC., et al. <br>    Reach-and-Apply-Defendants | Case No. 04-12227-DPW |

## DEFENDANT, CHARLES N. GITTO, JR.'S, MOTION TO DISMISS SECOND AMENDED COMPLAINT UNDER FEDERAL RULES OF CIVIL PROCEDURE 12(B)(6)

Pursuant to Fed. R. Civ. P. 12(b)(6), defendant, Charles N. Gitto, Jr., hereby moves to dismiss the Plaintiff's Second Amended Complaint for failure to state a claim upon which relief may be granted.

This motion should be allowed since the Complaint fails to set forth any facts, even when viewed in a light most favorable to the plaintiff, that defendant Charles Gitto committed predicate acts of racketerring or substantially assisted in furtherance of a tortious plan, as required to prove participation in a civil conspiracy.

In support of this Motion, the defendant directs the Court's attention to the memorandum of law filed herewith.

Respectfully submitted,

Charles N. Gitto, Jr.
By his attorney,

/s/ Juliane Balliro
Juliane Balliro (BBO #028010)
Perkins Smith & Cohen LLP
One Beacon Street
Boston, MA  02108
617) 854-4000

Dated: June 7, 2005