UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LASALLE BUSINESS CREDIT, LLC f/k/a LASALLE BUSINESS CREDIT, INC.,<br><br>    Plaintiff,<br><br>  v.<br><br>GARY C. GITTO, FRANK MILLER, MARIA MILLER, CHARLES N. GITTO, JR., NANCY GITTO PANAGIOTES, LOUIS J. PELLEGRINE, JR., JOHN D. TERSIGNI, KATHLEEN M. CARLAND, WILLIAM DEAKIN, JANICE CHAISSON, HELEN KOZAK, KINGSDALE CORP. d/b/a J&J CHEMICAL DISTRIBUTORS, TRADEX INTERNATIONAL CORPORATION, and TRADEX CORPORATION,<br><br>    Defendants,<br>  and<br><br>FLEET NATIONAL BANK, CLINTON SAVINGS BANK, SOVEREIGN BANK, COMMERCE BANK & TRUST COMPANY, FIDELITY COOPERATIVE BANK, BANKNORTH, N.A., LEOMINSTER CREDIT UNION, FIDELITY INVESTMENTS, INC., FIDELITY BROKERAGE SERVICES, LLC, LEHMAN BROTHERS, INC., TD WATERHOUSE, TD WATERHOUSE INVESTOR SERVICES, INC., LEGG MASON, INC. and LEGG MASON WOOD WALKER, INC.<br><br>    Trustee Process Defendants,<br><br>  and<br><br>DIRECT WOOD & PAPER PRODUCTS, INC., GITTO SALES CORPORATION, J-TAN SALES & MARKETING, INC., HEMISPHERE DISTRIBUTION CORP., FIDELITY INVESTMENTS, INC., FIDELITY BROKERAGE SERVICES, LLC, AWG, LLC, LEHMAN BROTHERS, INC., TD WATERHOUSE, TD WATERHOUSE INVESTOR SERVICES, INC., SUPERIOR POLYMERS CORPORATION, LEGG MASON, INC., LEGG MASON WOOD WALKER, INC., and TRADEX CORPORATION,<br><br>    Reach-and-Apply Defendants. | Case No. 04-12227-DPW |

<u>**STIPULATION TO DISCHARGE ATTACHMENT OF REAL PROPERTY OF
KATHLEEN M. CARLAND AND FOR MODIFICATION TO PRELIMINARY
INJUNCTION PRESERVING THE STATUS QUO AND ORDER**</u>
**[AS TO KATHLEEN M. CARLAND]**

By Agreement of the affected parties, it is hereby ORDERED that the Preliminary Injunction Preserving the Status Quo ("Injunction") entered on November 5, 2004 is hereby modified to include the following:

Notwithstanding any other provision of the Injunction to the contrary, Kathleen M. Carland may sell certain property, owned in her capacity as trustee, located at 11 South Street, Auburn, Massachusetts and distribute the proceeds of the sale to the trust beneficiaries.

By Agreement of the affected parties, it is further ORDERED that the above-named property is released from the Attachment of Real Property of Kathleen M. Carland, dated October 25, 2004, and that plaintiff LaSalle Business Credit, LLC will discharge the Writ of Attachment, dated October 27, 2004, on the above-named property. Except as allowed herein, the attachment remains in full force and effect.

RESPECTFULLY SUBMITTED:

LASALLE BUSINESS CREDIT LLC

By: /s/ Patrick W. Manzo
    Christopher J. Panos
    Patrick W. Manzo
    Craig and Macauley P.C.
    Federal Reserve Plaza
    600 Atlantic Avenue
    Boston, MA 02210
    (617) 367-9500

Dated: June 13, 2005

RESPECTFULLY SUBMITTED:

KATHLEEN M. CARLAND,

By: /s/ Michelle R. Peirce
    Bruce A. Singal, BBO #464420
    Michelle R. Peirce, BBO #557316
    Donoghue, Barrett & Singal, P.C.
    One Beacon Street, Suite 1320
    Boston, MA 02108
    (617) 720-5090

SO ORDERED:

_____
United States District Judge

Date: