**EXHIBIT A**



# Statement Of Account With
# Goldman, Sachs & Co.
85 Broad Street  New York, NY 10004

```
BILL CORBIN                          CHARLES N. GITTO, JR.
CORBIN & TAPASES, P.C.               IRA ROLLOVER
PO BOX 499                           18 NANCY CT
W SPRINGFIELD MA 01090-0499          LEOMINSTER MA   01453-3480
```

| ACCOUNT NO | SOC SEC/TAX ID | DOMICILE | STATEMENT PERIOD | PAGE |
|---|---|---|---|---|
| 005-00194-6-148 | 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 | MASSACHUSETTS | FROM SEP. 1 TO SEP. 30, 1997 | 1 OF 5 |

| ACCOUNT STATUS AS OF | 8-29-97 | 9-30-97 | ACCOUNT ACTIVITY SUMMARY | DEBIT | CREDIT |
|---|---|---|---|---|---|
| CASH BALANCE | $178,405.24 | $28,987.41 | RECEIVES/DELIVERS | | |
| | | | RECEIVES | | $.00 |
| MKT VALUE OF PORTFOLIO: | | | | | |
| CORP. CONVERTIBLE | $26,937.50 | $26,500.00 | FUNDS DEPOSITED | | $150,000.00 |
| CORPORATE | $45,500.00 | $42,750.00 | FUNDS WITHDRAWN | $150,000.00 | |
| COMMON STOCK | $221,637.50 | $232,034.38✓ | INCOME RECEIVED | | $582.17 |
| EQUITY MUTUAL FUNDS | $.00 | $2,429.28 | OTHER ACTIVITY | $150,000.00 | |
| FI MUTUAL FUNDS | $.00 | $151,804.80 | | | |
| TOTAL PRICED LONG INVESTMENTS | $294,075.00 | $455,518.46 | | | |
| TOTAL ACCOUNT VALUE | $472,480.24 | $484,505.87 | | | |

| CONTRIBUTIONS/DISTRIBUTIONS | CURRENT MONTH | YEAR-TO-DATE |
|---|---|---|
| NET TOTAL | $.00 | $.00 |

If this statement is not correct, please notify us immediately. It should be retained for your future reference.

GOC325-0                                    DUPLICATE ACCOUNT  C04202104   1-0007508



**Statement Of Account With**

# Goldman, Sachs & Co.
85 Broad Street  New York, NY 10004

| ACCOUNT NO | SOC SEC/TAX ID | DOMICILE | STATEMENT PERIOD | PAGE |
|---|---|---|---|---|
| 005-00194-6-148 | 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 | MASSACHUSETTS | FROM SEP. 1 TO SEP. 30, 1997 | 2 OF 5 |

## SECURITY POSITION ANALYSIS

PRICES, SOME OF WHICH ARE PROVIDED BY PRICING SERVICES, ARE NOT GUARANTEED FOR ACCURACY, OR AS REALIZABLE VALUES. PRICING METHOD INFO AVAILABLE UPON REQUEST.

| EST.ANNUAL INCOME | CURR. YIELD | SECURITY DESCRIPTION | QUANTITY | PRICE | MARKET VALUE | A/C TYPE |
|---|---|---|---|---|---|---|
| | | **CORP. CONVERTIBLE** | | | | |
| $1,375 | | COMCAST CORP SUB DEB CONV 5 1/2 09/09/2005   MS CALLABLE DATE = 09/09/98 MOODY RATING: BA3 | 25,000 | 106 | $26,500.00 | 1 |
| $1,375 | | TOTAL VALUE CORP. CONVERTIBLE | | | $26,500.00 | |
| | | **CORPORATE** | | | | |
| | | ENRON CORP 6.25% AUTOMATIC COMMON EXCH SECURITIES DUE 12/13/98 MOODY RATING: BAA2 | 2,000 | 21 3/8 | $42,750.00 | 1 |
| | | TOTAL VALUE CORPORATE | | | $42,750.00 | |
| | | **COMMON STOCK** | | | | |
| | | ANADIGICS INC. COMMON STOCK | 750 | 49 5/16 | $36,984.38 | 1 |
| $1,050 | 1.56% | CITICORP | 500 | 133 15/16 | $66,968.75 | 1 |
| | | POLO RALPH LAUREN CORPORATION CLASS A COMMON STOCK | 1,500 | 26 3/16 | $39,281.25 | 1 |
| $2,136 | 2.40% | ROYAL DUTCH PETROLEUM COMPANY (NEW) | 1,600 | 55 1/2 | $88,800.00 | 1 |
| $3,186 | | TOTAL VALUE COMMON STOCK | | | $232,034.38 | |
| | | **EQUITY MUTUAL FUNDS** | | | | |
| | | 1000THS/GS HIGH YIELD BD FD CL A | 241 | 10.08 | $2,429.28 | 1 |
| | | TOTAL VALUE EQUITY MUTUAL FUNDS | | | $2,429.28 | |
| | | **FIXED INCOME MUTUAL FUNDS** | | | | |
| | | GS HIGH YIELD BD FD CL A | 15,060 | 10.08 | $151,804.80 | 1 |

If this statement is not correct, please notify us immediately. It should be retained for your future reference.

G0C026-0    DUPLICATE ACCOUNT  C04202104    1-0007509



**Statement Of Account With**
# Goldman, Sachs & Co.
85 Broad Street  New York, NY 10004

| ACCOUNT NO | SOC SEC/TAX ID | DOMICILE | STATEMENT PERIOD | PAGE |
|---|---|---|---|---|
| 005-00194-6-148 | 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 | MASSACHUSETTS | FROM SEP. 1 TO SEP. 30, 1997 | 3 OF 5 |

## SECURITY POSITION ANALYSIS

PRICES, SOME OF WHICH ARE PROVIDED BY PRICING SERVICES, ARE NOT GUARANTEED FOR ACCURACY, OR AS REALIZABLE VALUES. PRICING METHOD INFO AVAILABLE UPON REQUEST.

| EST. ANNUAL INCOME | CURR. YIELD | SECURITY DESCRIPTION | QUANTITY | PRICE | MARKET VALUE | A/C TYPE |
|---|---|---|---|---|---|---|
| | | FIXED INCOME MUTUAL FUNDS | | | | |
| | | TOTAL VALUE FI MUTUAL FUNDS | | | $151,804.80 | |
| | | TOTAL | | | | |
| $4,561 | | TOTAL PRICED LONG INVESTMENTS | | | $455,518.46 | |

## ACCOUNT ACTIVITY - SECURITIES PURCHASED AND SOLD

| TRADE DATE | SETTLE DATE | | QUANTITY | DESCRIPTION | PRICE OR EXPLANATION | DEBIT | CREDIT | A/C TYPE |
|---|---|---|---|---|---|---|---|---|
| | | | | CORPORATE | | | | |
| AUG28* | SEP03 | SELL | 25,000 | HOST MAR TRAVEL PLAZA SERIES B 9 1/2 05/15/2005  MN | 104 | | $26,712.50 | 1 |
| | | | | ACCRUED INTEREST: | $712.50 | | | |
| AUG28* | SEP03 | SELL | 50,000 | NORWEST FINL INC 8.375%01/15/2000  JJ SR NT | 102.364 | | $51,740.33 | 1 |
| | | | | ACCRUED INTEREST: | $558.33 | | | |
| | | | TOTAL CORPORATE PURCHASED TOTAL CORPORATE SOLD | | | $.00 $.00 | | |

## ACCOUNT ACTIVITY - NON PURCHASES AND SALES

| SETTLE DATE | QUANTITY | DESCRIPTION | PRICE OR EXPLANATION | DEBIT | CREDIT | A/C TYPE |
|---|---|---|---|---|---|---|
| | | EQUITY MUTUAL FUNDS | | | | |
| SEP04 RECV | 241 | 1000THS/GS HIGH YIELD BD | | | | 1 |

* ACTIVITY OCCURRED PRIOR TO STATEMENT PERIOD.  AMOUNT IS NOT INCLUDED IN SUMMARY TOTAL.

If this statement is not correct, please notify us immediately. It should be retained for your future reference.

G0C026-0  DUPLICATE ACCOUNT  C04202104  1-0007510



Statement Of Account With

# Goldman, Sachs & Co.
85 Broad Street   New York, NY 10004

| ACCOUNT NO | SOC SEC/TAX ID | DOMICILE | STATEMENT PERIOD | PAGE |
|---|---|---|---|---|
| 005-00194-6-148 | 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 | MASSACHUSETTS | FROM SEP. 1 TO SEP. 30, 1997 | 4 OF 5 |

## ACCOUNT ACTIVITY - NON PURCHASES AND SALES

| SETTLE DATE | QUANTITY | DESCRIPTION | PRICE OR EXPLANATION | DEBIT | CREDIT | A/C TYPE |
|---|---|---|---|---|---|---|
|  |  | **EQUITY MUTUAL FUNDS** |  |  |  |  |
|  |  | FD CL A TO ADJUST |  |  |  |  |
|  | TOTAL EQUITY MUTUAL FUNDS DELIVERED |  |  | $.00 |  |  |
|  | TOTAL EQUITY MUTUAL FUNDS RECEIVED |  |  | $.00 |  |  |
|  |  | **FIXED INCOME MUTUAL FUNDS** |  |  |  |  |
| SEP04 RECV | 15,060 | GS HIGH YIELD BD FD CL A TO ADJUST |  |  |  | 1 |
|  | TOTAL FI MUTUAL FUNDS DELIVERED |  |  | $.00 |  |  |
|  | TOTAL FI MUTUAL FUNDS RECEIVED |  |  | $.00 |  |  |
|  |  | **FUNDS DEPOSITED** |  |  |  |  |
| SEP04 |  | TO ADJUST IRA DISTRIBUTION BUCKETS |  |  | $150,000.00 | 1 |
|  | TOTAL FUNDS DEPOSITED |  |  |  | $150,000.00 |  |
|  |  | **FUNDS WITHDRAWN** |  |  |  |  |
| SEP03 |  | STATE STREET BANK AND TRUST 99046047 HIGH YIELD BOND FUND- CL A 5001946 CHARLES N. GITTO, JR. IRA ROLLOVER FED FUNDS | | $150,000.00 |  | 1 |
|  | TOTAL FUNDS WITHDRAWN |  |  | $150,000.00 |  |  |
|  |  | **INCOME RECEIVED** |  |  |  |  |
| SEP09 |  | COMCAST CORP SUB DEB CONV 3 3/8 09/09/2005  MS INTEREST ON   25,000 a    .016875000 |  |  | $421.88 | 3 |
| SEP30 |  | INTEREST PAID |  |  | $160.29 | 3 |

If this statement is not correct, please notify us immediately. It should be retained for your future reference.
G0CS26-0                                                                            DUPLICATE ACCOUNT  C04202104     1-0007511

**Statement Of Account With**

**Goldman, Sachs & Co.**
85 Broad Street   New York, NY 10004

| ACCOUNT NO | SOC SEC/TAX ID | DOMICILE | STATEMENT PERIOD | PAGE |
|---|---|---|---|---|
| 005-00194-6-148 | 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 | MASSACHUSETTS | FROM SEP. 1 TO SEP. 30, 1997 | 5 OF 5 |

## ACCOUNT ACTIVITY - NON PURCHASES AND SALES

| SETTLE DATE | QUANTITY | DESCRIPTION | PRICE OR EXPLANATION | DEBIT | CREDIT | A/C TYPE |
|---|---|---|---|---|---|---|
| | | TOTAL INCOME RECEIVED | | | $582.17 | |
| | | **OTHER ACTIVITY** | | | | |
| SEP04 | | TO ADJUST IRA DISTRIBUTION BUCKETS | | $150,000.00 | | 1 |
| | | TOTAL OTHER ACTIVITY | | $150,000.00 | | |

## CALCULATION OF INTEREST ON NET BALANCES

INTEREST PERIOD FROM AUG. 29 TO SEP. 29, 1997

| START DATE | END DATE | NET BALANCE | DESCRIPTION | RATE PAID/CHARGED | DEBIT | CREDIT |
|---|---|---|---|---|---|---|
| AUG29 | SEP01 | 99,669.27CR USD | INTEREST PAID | 4.62000% | | 51.16 USD |
| SEP02 | SEP02 | 99,952.41CR USD | INTEREST PAID | 4.62000% | | 12.83 USD |
| SEP03 | SEP08 | 28,405.24CR USD | INTEREST PAID | 4.57000% | | 21.64 USD |
| SEP09 | SEP15 | 28,827.12CR USD | INTEREST PAID | 4.51000% | | 25.28 USD |
| SEP16 | SEP22 | 28,827.12CR USD | INTEREST PAID | 4.41000% | | 24.72 USD |
| SEP23 | SEP29 | 28,827.12CR USD | INTEREST PAID | 4.40000% | | 24.66 USD |
| | | TOTAL INTEREST PAID ON 32 DAYS | | | | 160.29 USD |

********** END OF ACCOUNT STATEMENT **********

If this statement is not correct, please notify us immediately. It should be retained for your future reference.

GOCS26-0   DUPLICATE ACCOUNT   C04202104   1-0007512



**Statement Of Account With**
# Goldman, Sachs & Co.
85 Broad Street   New York, NY 10004

```
BILL CORBIN                         CHARLES N. GITTO, JR.
CORBIN & TAPASES, P.C.              IRA ROLLOVER
PO BOX 499                          18 NANCY CT
W SPRINGFIELD MA 01090-0499         LEOMINSTER MA   01453-3480
```

| ACCOUNT NO | SOC SEC/TAX ID | DOMICILE | STATEMENT PERIOD | PAGE |
|---|---|---|---|---|
| 005-00194-6-148 | 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 | MASSACHUSETTS | FROM OCT. 1 TO OCT. 31, 1997 | 1 OF 5 |

### ACCOUNT STATUS

| AS OF | 9-30-97 | 10-31-97 |
|---|---|---|
| CASH BALANCE | $28,987.41 | $26,268.42 |
| MKT VALUE OF PORTFOLIO: | | |
| GOV'T AND AGENCY | $.00 | $4,996.88 |
| CORP. CONVERTIBLE | $26,500.00 | $.00 |
| CORPORATE | $42,750.00 | $.00 |
| COMMON STOCK | $232,034.38 | $241,631.25 |
| MISC. EQUITIES | $.00 | $41,750.00 |
| EQUITY MUTUAL FUNDS | $2,429.28 | $2,402.77 |
| FI MUTUAL FUNDS | $151,804.80 | $150,148.20 |
| TOTAL PRICED LONG INVESTMENTS | $455,518.46 | $440,929.10 |
| TOTAL ACCOUNT VALUE | $484,505.87 | $467,197.52 |

### ACCOUNT ACTIVITY SUMMARY

| | DEBIT | CREDIT |
|---|---|---|
| SECURITIES PURCHASED | | |
| GOVERNMENT AND AGENCY | $5,128.63 | |
| TOTAL PURCHASED | $5,128.63 | |
| RECEIVES/DELIVERS | | |
| RECEIVES | | $.00 |
| DELIVERS | | $.00 |
| FUNDS DEPOSITED | | $.00 |
| INCOME RECEIVED | | $1,564.24 |
| OTHER ACTIVITY | | $845.40 |

### CONTRIBUTIONS/DISTRIBUTIONS

| | CURRENT MONTH | YEAR-TO-DATE |
|---|---|---|
| NET TOTAL | $.00 | $.00 |

If this statement is not correct, please notify us immediately. It should be retained for your future reference.

G0CG25-0                                    DUPLICATE ACCOUNT  C04202104    1-0007609



Statement Of Account With

# Goldman, Sachs & Co.
85 Broad Street   New York, NY 10004

| ACCOUNT NO | SOC SEC/TAX ID | DOMICILE | STATEMENT PERIOD | PAGE |
|---|---|---|---|---|
| 005-00194-6-148 | 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 | MASSACHUSETTS | FROM OCT. 1 TO OCT. 31, 1997 | 2 OF 5 |

## SECURITY POSITION ANALYSIS

PRICES, SOME OF WHICH ARE PROVIDED BY PRICING SERVICES, ARE NOT GUARANTEED FOR ACCURACY, OR AS REALIZABLE VALUES. PRICING METHOD INFO AVAILABLE UPON REQUEST.

| EST.ANNUAL INCOME | CURR. YIELD | SECURITY DESCRIPTION | QUANTITY | PRICE | MARKET VALUE | A/C TYPE |
|---|---|---|---|---|---|---|
| | | **GOVERNMENT AND AGENCY** | | | | |
| $315 | | FNMA GLOBAL CA 6.30% 11/13/2000-97MN CALLABLE DATE = 11/13/97 | 5,000 | 99 15/16 | $4,996.88 | 1 |
| $315 | | TOTAL VALUE GOVERNMENT AND AGENCY | | | $4,996.88 | |
| | | **COMMON STOCK** | | | | |
| | | ANADIGICS INC. COMMON STOCK | 750 | 37 | $27,750.00 | 1 |
| $1,050 | 1.67% | CITICORP | 500 | 125 1/16 | $62,531.25 | 1 |
| $94 | .33% | COMCAST CP NEW CL-A SPECIAL | 1,020 | 27 1/2 | $28,050.00 | 1 |
| | | POLO RALPH LAUREN CORPORATION CLASS A COMMON STOCK | 1,500 | 26 | $39,000.00 | 1 |
| $1,993 | 2.36% | ROYAL DUTCH PETROLEUM COMPANY (NEW) | 1,600 | 52 11/16 | $84,300.00 | 1 |
| $3,137 | | TOTAL VALUE COMMON STOCK | | | $241,631.25 | |
| | | **MISC. EQUITIES** | | | | |
| | | ENRON CORP 6.25% AUTOMATIC COMMON EXCH SECURITIES DUE 12/13/98 | 2,000 | 20 7/8 | $41,750.00 | 1 |
| | | TOTAL VALUE MISC. EQUITIES | | | $41,750.00 | |
| | | **EQUITY MUTUAL FUNDS** | | | | |
| | | 1000THS/GS HIGH YIELD BD FD CL A | 241 | 9.97 | $2,402.77 | 1 |
| | | TOTAL VALUE EQUITY MUTUAL FUNDS | | | $2,402.77 | |
| | | **FIXED INCOME MUTUAL FUNDS** | | | | |
| | | GS HIGH YIELD BD FD CL A | 15,060 | 9.97 | $150,148.20 | 1 |

If this statement is not correct, please notify us immediately. It should be retained for your future reference.

GOCS26-0    DUPLICATE ACCOUNT  C04202104    1-0007610

**Goldman Sachs**

Statement Of Account With
## Goldman, Sachs & Co.
85 Broad Street   New York, NY 10004

| ACCOUNT NO | SOC SEC/TAX ID | DOMICILE | STATEMENT PERIOD | PAGE |
|---|---|---|---|---|
| 005-00194-6-148 | 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 | MASSACHUSETTS | FROM OCT. 1 TO OCT. 31, 1997 | 3 OF 5 |

### SECURITY POSITION ANALYSIS

PRICES, SOME OF WHICH ARE PROVIDED BY PRICING SERVICES, ARE NOT GUARANTEED FOR ACCURACY, OR AS REALIZABLE VALUES. PRICING METHOD INFO AVAILABLE UPON REQUEST.

| EST.ANNUAL INCOME | CURR. YIELD | SECURITY DESCRIPTION | QUANTITY | PRICE | MARKET VALUE | A/C TYPE |
|---|---|---|---|---|---|---|
| | | **FIXED INCOME MUTUAL FUNDS** | | | | |
| | | TOTAL VALUE FI MUTUAL FUNDS | | | $150,148.20 | |
| | | **TOTAL** | | | | |
| $3,452 | | TOTAL PRICED LONG INVESTMENTS | | | $440,929.10 | |

### ACCOUNT ACTIVITY - SECURITIES PURCHASED AND SOLD

| TRADE DATE | SETTLE DATE | | QUANTITY | DESCRIPTION | PRICE OR EXPLANATION | DEBIT | CREDIT | A/C TYPE |
|---|---|---|---|---|---|---|---|---|
| | | | | **GOVERNMENT AND AGENCY** | | | | |
| OCT09 | OCT10 | BUY | 5,000 | FNMA GLOBAL CA 6.30% 11/13/2000-97MN ACCRUED INTEREST: | 100 $128.63 | $5,128.63 | | 1 |
| | | | | TOTAL GOVERNMENT AND AGENCY PURCHASED | | $5,128.63 | | |
| | | | | TOTAL GOVERNMENT AND AGENCY SOLD | | $.00 | | |

### ACCOUNT ACTIVITY - NON PURCHASES AND SALES

| SETTLE DATE | QUANTITY | DESCRIPTION | PRICE OR EXPLANATION | DEBIT | CREDIT | A/C TYPE |
|---|---|---|---|---|---|---|
| | | **CORP. CONVERTIBLE** | | | | |
| OCT10 DELV | 25,000 | COMCAST CORP SUB DEB CONV 5 1/2 09/09/2005   MS CONVERSION | | | | 1 |

If this statement is not correct, please notify us immediately. It should be retained for your future reference.

GOCS26-0                                                                                   DUPLICATE ACCOUNT C04202104   1-0007611

Statement Of Account With
# Goldman, Sachs & Co.
85 Broad Street   New York, NY 10004

| ACCOUNT NO | SOC SEC/TAX ID | DOMICILE | STATEMENT PERIOD | PAGE |
|---|---|---|---|---|
| 005-00194-6-148 | 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 | MASSACHUSETTS | FROM OCT. 1 TO OCT. 31, 1997 | 4 OF 5 |

## ACCOUNT ACTIVITY - NON PURCHASES AND SALES

| SETTLE DATE | QUANTITY | DESCRIPTION | PRICE OR EXPLANATION | DEBIT | CREDIT | A/C TYPE |
|---|---|---|---|---|---|---|
| | | TOTAL CORP. CONVERTIBLE DELIVERED | | $.00 | | |
| | | TOTAL CORP. CONVERTIBLE RECEIVED | | $.00 | | |
| | | **COMMON STOCK** | | | | |
| OCT10 RECV | 1,020 | COMCAST CP NEW CL-A SPECIAL | | | | 1 |
| | | TOTAL COMMON STOCK DELIVERED | | $.00 | | |
| | | TOTAL COMMON STOCK RECEIVED | | $.00 | | |
| | | **FUNDS DEPOSITED** | | | | |
| OCT01 | | GS MANAGED FUND DISTRIBUTION FED FUNDS | | | $845.40 | 2 |
| OCT02 | | TO ADJUST IRA CONTRIBUTION BUCKETS | | $845.40 | | 1 |
| | | TOTAL FUNDS DEPOSITED | | | $.00 | |
| | | **INCOME RECEIVED** | | | | |
| OCT01 | | FOREIGN SOURCE INCOME ON 1,600 SHS @ .650666660 ROYAL DUTCH PETROLEUM COMPANY (NEW) | | | $1,041.07 | 3 |
| OCT01 | | FOREIGN TAX WITHHELD ON 1,600 SHS @ 15.000000000% ROYAL DUTCH PETROLEUM COMPANY (NEW) | | $156.16 | | 3 |
| OCT01 | | ROYAL DUTCH PETROLEUM COMPANY (NEW) 10.0000% RECLAIMABLE TAX ON    1,600 SHS | | $104.11 | | 3 |
| OCT31 | | INTEREST PAID | | | $103.75 | 3 |
| OCT31 | | ENRON CORP 6.25% AUTOMATIC COMMON EXCH SECURITIES DUE 12/13/98 INTEREST ON    2,000 @ .339843000 | | | $679.69 | 3 |
| | | TOTAL INCOME RECEIVED | | | $1,564.24 | |

If this statement is not correct, please notify us immediately. It should be retained for your future reference.

GOCS26-0                                             DUPLICATE ACCOUNT  C04202104   1-0007612

Statement Of Account With

# Goldman, Sachs & Co.
85 Broad Street  New York, NY 10004

| ACCOUNT NO | SOC SEC/TAX ID | DOMICILE | STATEMENT PERIOD | PAGE |
|---|---|---|---|---|
| 005-00194-6-148 | 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 | MASSACHUSETTS | FROM OCT. 1 TO OCT. 31, 1997 | 5 OF 5 |

## ACCOUNT ACTIVITY - NON PURCHASES AND SALES

| SETTLE DATE | QUANTITY | DESCRIPTION | PRICE OR EXPLANATION | DEBIT | CREDIT | A/C TYPE |
|---|---|---|---|---|---|---|
| | | OTHER ACTIVITY | | | | |
| OCT02 | | TO ADJUST IRA CONTRIBUTION BUCKETS | | | $845.40 | 1 |
| | | TOTAL OTHER ACTIVITY | | | $845.40 | |

## CALCULATION OF INTEREST ON NET BALANCES

INTEREST PERIOD FROM SEP. 30 TO OCT. 30, 1997

| START DATE | END DATE | NET BALANCE | DESCRIPTION | RATE PAID/CHARGED | DEBIT | CREDIT |
|---|---|---|---|---|---|---|
| SEP30 | SEP30 | 28,827.12CR USD | INTEREST PAID | 4.43000% | | 3.55 USD |
| OCT01 | OCT09 | 30,613.61CR USD | INTEREST PAID | 4.43000% | | 33.90 USD |
| OCT10 | OCT14 | 25,484.98CR USD | INTEREST PAID | 4.43000% | | 15.68 USD |
| OCT15 | OCT20 | 25,484.98CR USD | INTEREST PAID | 4.48000% | | 19.03 USD |
| OCT21 | OCT27 | 25,484.98CR USD | INTEREST PAID | 4.46000% | | 22.10 USD |
| OCT28 | OCT30 | 25,484.98CR USD | INTEREST PAID | 4.47000% | | 9.49 USD |
| | | TOTAL INTEREST PAID ON 31 DAYS | | | | 103.75 USD |

********** END OF ACCOUNT STATEMENT **********

If this statement is not correct, please notify us immediately. It should be retained for your future reference.

GOCS26-0                                                                                      DUPLICATE ACCOUNT  C04202104    1-0007613