IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LASALLE BUSINESS CREDIT, LLC f/k/a <br> LASALLE BUSINESS CREDIT, INC., <br><br> Plaintiff, <br><br> v. <br><br> GARY C. GITTO, FRANK MILLER, CHARLES N. GITTO, JR., NANCY GITTO PANAGIOTES, JOHN D. TERSIGNI, KATHLEEN M. CARLAND, WILLIAM DEAKIN, JANICE CHAISSON, HELEN KOZAK, KINGSDALE CORP. d/b/a J & J CHEMICAL DISTRIBUTORS, and TRADEX CORPORATION, <br><br> Defendants, <br><br> FLEET NATIONAL BANK, CLINTON SAVINGS BANK, SOVEREIGN BANK, COMMERCE BANK & TRUST COMPANY, FIDELITY COOPERATIVE BANK, BANKNORTH, N.A., FIDELITY INVESTMENTS, INC., LEOMINSTER CREDIT UNION, LEHMAN BROTHERS, INC., DIRECT WOOD & PAPER PRODUCTS, INC. GITTO SALES CORPRATION, J-TAN SALES & MARKETING, INC., HEMISPHERE DISTRICUTION CORPORATION, and AWG, LLC, <br><br> Reach and Apply and Trustee Defendants. | CIVIL ACTION <br> NO. 04 CV 12227 DPW |

### ANSWER OF TRUSTEE AND REACH AND APPLY DEFENDANT FIDELITY BROKERAGE SERVICES LLC TO SECOND AMENDED COMPLAINT

Defendant, FIDELITY BROKERAGE SERVICES LLC ("Fidelity") hereby answers the Second Amended Complaint of Plaintiff, LASALLE BUSINESS CREDIT, LLC:

1. – 24. Fidelity lacks sufficient information and belief to answer the allegations of these paragraphs and, basing its denial on that ground, denies each and every allegation contained therein.

25. Fidelity admits that it has a places of business throughout the Commonwealth of Massachusetts and maintains an office at 82 Devonshire Street, Boston, Massachusetts. Fidelity further admits that it maintains the following accounts: 1) a securities brokerage account registered to Frank Miller as Trustee of the Frank Miller Money Purchase Plan; 2) a traditional individual retirement account

LITDOCS:291434.1

("IRA") registered to Maria C. Miller; and 3) a Roth IRA registered to Maria C. Miller. The values of each of these accounts may fluctuate with the market as they contain securities. Fidelity further states that each of these accounts are retirement accounts under the Internal Revenue Code and therefore may be exempt from attachment pursuant to applicable law. Fidelity leaves it to litigation between the parties to determine if the accounts are subject to attachment, but will deem such accounts exempt from attachment unless a court orders otherwise.

26. – 277.   Fidelity lacks sufficient information and belief to answer the allegations of these paragraphs and, basing its denial on that ground, denies each and every allegation contained therein.

278.   No response to this allegation is necessary. To the extent a response is required, Fidelity denies the allegations contained therein.

279.   Fidelity admits that it maintains a securities brokerage account registered to Frank Miller as Trustee of the Frank Miller Money Purchase Plan.

280.   This paragraph contains prayers for relief and as such, no response is required. To the extent a response is required, Fidelity denies the allegations contained therein and states that the account registered to Frank Miller is a retirement account and therefore may be exempt from attachment under applicable law.

281.   No response to this allegation is necessary. To the extent a response is required, Fidelity denies the allegations contained therein.

282.   Fidelity admits that it maintains securities brokerage accounts registered to Maria C. Miller.

283.   This paragraph contains prayers for relief and as such, no response is required. To the extent a response is required, Fidelity denies the allegations contained therein and states that the accounts registered to Maria C. Miller are retirement accounts and therefore may be exempt from attachment under applicable law.

284. – 311.   Fidelity lacks sufficient information and belief to answer the allegations of these paragraphs and, basing its denial on that ground, denies each and every allegation contained therein.

-3-

312. No response to this allegation is necessary. To the extent a response is required, Fidelity denies the allegations contained therein.

313. Fidelity admits that it maintains securities brokerage accounts registered to Frank Miller and Maria C. Miller.

314. This paragraph contains a legal conclusion and thus no response is necessary. To the extent a response is required, Fidelity denies the allegations contained therein and states that the accounts registered to Frank Miller and Maria C. Miller are retirement accounts and therefore may be exempt from attachment under applicable law.

315. This paragraph contains prayers for relief and as such, no response is required. To the extent a response is required, Fidelity denies the allegations contained therein and states that the accounts registered to Frank Miller and Maria C. Miller are retirement accounts and therefore may be exempt from attachment under applicable law.

316. – 339. Fidelity lacks sufficient information and belief to answer the allegations of these paragraphs and, basing its denial on that ground, denies each and every allegation contained therein.

                                                    **FIDELITY BROKERAGE SERVICES LLC**
                                                    **By its attorney,**

_____
Colleen A. Hankins  BBO# 640011
FMR Corp.
82 Devonshire St., Mailzone F6B
Boston, MA 02109
(617) 563-6415

Dated: June 13, 2005

-4-

## CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that a true and correct copy of the foregoing and attachments hereto, if any, has been served on the following by first-class mail, postage prepaid, this 13th day of June, 2005:

Christopher J. Panos
Craig and Maccauley
Federal Reserve Plaza
600 Atlantic Avenue
Boston, MA 02210

Frank and Maria Miller

*/s/ Colleen A. Hankins*
Colleen A. Hankins