UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LASALLE BUSINESS CREDIT, LLC f/k/a ) <br> LASALLE BUSINESS CREDIT, INC., ) <br>         Plaintiff ) <br> ) <br> v. ) <br> ) <br> GARY C. GITTO, et als, ) <br>         Defendants ) <br> ) <br> and ) <br> ) <br> FLEET NATIONAL BANK, et al. ) <br>         Trustee Process Defendants ) <br> ) <br> and ) <br> ) <br> FIDELITY INVESTMENTS, INC., et al ) <br>         Reach and Apply Defendants ) <br> ) | Case No. 04CV12227DPW |

## NINTH SUPPLEMENT TO PRELIMINARY INJUNCTION PRESERVING THE STATUS QUO

By Agreement of the affected parties it is hereby ORDERED that the Preliminary Injunction Preserving the Status Quo ("Injunction") entered on November 5, 2004, is hereby modified to include the following:

CHARLIES N. GITTO, JR:

Notwithstanding any other provision of the Injunction to the contrary, Defendant Charles N. Gitto, Jr. may make the following expenditures in the following amounts and for the following purposes:

    1.    Twenty Five Thousand ($25,000) Dollars made payable to Perkins Smith & Cohen LLP for outstanding legal fees to be paid from Legg Mason Account Number 396-76629 ("IRA Account").

2. Eighteen Thousand ($18,000) made payable to Charles N. Gitto, Jr., to be paid from Mr. Gitto's Legg Mason Account Number 396-02621 for payment of ordinary and necessary living expenses for the months of April and May 2005.

3. Nine Thousand ($9,000) per month, commencing on June 1, 2005, made payable to Charles N. Gitto, Jr. to be paid from Mr. Gitto's Legg Mason Account Number 396-02621 to be used solely to pay ordinary and necessary living expenses such as food, utilities, mortgage payments, clothing, dry cleaning, medical expenses, insurance, necessary maintenance of real property and motor vehicle expenses and necessary business related expenses.

4. Nothing in this injunction shall be construed to prohibit Charles N. Gitto, Jr. from borrowing money on an unsecured basis (as to assets of defendant) or receiving cash gifts from third parties who are aware of this order where such funds are paid directly by the lender or gift giver to a third party providing goods or services to defendant or to a family member of defendant.

| RESPECTFULLY SUBMITTED: | RESPECTFULLY SUBMITTED: |
|---|---|
| Charles N. Gitto, Jr., | LaSalle Business Credit, LLC |
| By: ___/s/ Juliane Balliro___<br>Juliane Balliro (BBO# 028010)<br>Perkins, Smith & Cohen, LLP<br>Greenberger<br>One Beacon Street<br>Boston, MA 02108<br>(617) 854-4000 | By: ___/s/Eric S. Rein___<br>Eric S. Rein<br>Schwartz, Cooper,<br>& Krause, Chtd.<br>180 N. LaSalle Street, Suite 2700<br>Chicago, Ill 60601 |

Dated: June 20, 2005

So Ordered:

___[signature]___
United States District Judge
Date: June 21, 2005