IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LASALLE BUSINESS CREDIT, LLC<br>f/k/a LASALLE BUSINESS CREDIT, INC.,<br>    Plaintiff,<br><br>    v.<br><br>GARY C. GITTO, et al.,<br>    Defendant,<br><br>    and<br><br>FLEET NATIONAL BANK, et al.,<br>    Trustee Process Defendant,<br><br>    and<br><br>DIRECT WOOD & PAPER PRODUCTS, et al.,<br>    Reach & Apply Defendants. | Case No. 04-12227-DPW |

### M. ELLEN CARPENTER, CHAPTER 11 TRUSTEE IN BANKRUPTCY FOR THE DEFENDANT TRADEX CORP.'S ASSENTED-TO MOTION FOR EXTENSION OF TIME TO FILE A RESPONSE TO SECOND AMENDED COMPLAINT

M. Ellen Carpenter, as she is the Chapter 11 Trustee in bankruptcy for Tradex Corp., hereby moves, through counsel, pursuant to Fed. R. Civ. P. 6(b) for an extension of time by which she may file a responsive pleading to Plaintiff's Second Amended Complaint. As grounds for her motion, the Trustee states:

1. The Second Amended Complaint was filed on June 1, 2005 (Docket #259), is 75 pages, and contains 339 numbered paragraphs.

2. Tradex Corp. is a named defendant in Count I ("Civil RICO"), Count II ("Conspiracy to Defraud"), Count IV ("Civil Conspiracy to Defraud"), and as reach and apply defendant named in Count XLI.

3. The Trustee filed a notice of appearance in this case on May 4, 2005.

4. The Trustee requires additional time to investigate and to draft an appropriate response to the 339-paragraph Complaint, which contains numerous factual allegations. Further time is also required for the Trustee to obtain and review previously filed pleadings and to obtain any documents that may have been exchanged between the parties prior to her entering an appearance before filing a response to the Second Amended Complaint.

5. Allowing this motion will not prejudice any party to this action, and the interests of justice will be furthered by permitting the Trustee to file a responsive pleading to the Second Amended Complaint, allowing the case to be resolved on its merits.

Wherefore: The Trustee respectfully requests this Honorable Court allow her motion to extend time to file a responsive pleading, and set the date for such pleading to be due on or before July 29, 2005.

Respectfully submitted,

/s/ M. Ellen Carpenter
M. Ellen Carpenter (BBO # 554142)
Eve A. Piemonte Stacey (BBO# 628883)
ROACH & CARPENTER, P.C.
24 School Street
Boston, MA 02108
(617) 720-1800
mec@rc-law.com

Dated: July 5, 2005