IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LASALLE BUSINESS CREDIT, LLC<br>f/k/a LASALLE BUSINESS CREDIT, INC.,<br>    Plaintiff,<br><br>v.<br><br>GARY C. GITTO, et al.,<br>    Defendant,<br><br>and<br><br>FLEET NATIONAL BANK, et al.,<br>    Trustee Process Defendant,<br><br>and<br><br>DIRECT WOOD & PAPER PRODUCTS, et al.,<br>    Reach & Apply Defendants. | Case No. 04-12227-DPW |

## M. ELLEN CARPENTER, CHAPTER 11 TRUSTEE IN BANKRUPTCY FOR THE DEFENDANT TRADEX CORP.'S LOCAL RULE 7.1 CERTIFICATION

I hereby certify, pursuant to Local Rule 7.1(A)(2), I conferred with Patrick Manzo, counsel for the Plaintiff in the above-entitled action, by telephone, in a good faith attempt to resolve or narrow the issues raised by the instant motion, and that counsel for the Plaintiff assents to Tradex Corp.'s Motion for Extension of Time to File A Response to Second Amended Complaint.

          Respectfully submitted,


          /s/ Eve A. Piemonte Stacey
          M. Ellen Carpenter (BBO # 554142)
          Eve A. Piemonte Stacey (BBO# 628883)
          ROACH & CARPENTER, P.C.
          24 School Street
          Boston, MA 02108
          (617) 720-1800
          mec@rc-law.com


Dated: July 5, 2005