**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| LASALLE BUSINESS CREDIT, LLC f/k/a <br> LASALLE BUSINESS CREDIT, INC., <br><br> Plaintiff, <br> v. <br> GARY C. GITTO, et al., <br><br> Defendant, <br> and <br><br> FLEET NATIONAL BANK, et al., <br><br> Trustee Process Defendants, <br><br> and <br><br> DIRECT WOOD & PAPER PRODUCTS, et al., <br><br> <u>Reach and Apply Defendants.</u> | ) <br> ) <br> ) <br> ) <br> ) <br> ) Case No. 04-12227-DPW <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**PROTECTIVE MOTION FOR CLARIFICATION AND,**
**IF NECESSARY, ENTRY OF A TENTH ORDER SUPPLEMENTING**
<u>**THE PRELIMINARY INJUNCTION PRESERVING THE STATUS QUO**</u>

Plaintiff LaSalle Business Credit f/k/a LaSalle Business Credit, Inc. ("LaSalle") files this Motion in an abundance of caution seeking clarification, if necessary, that collection action by LaSalle with respect to judgments entered by this Court will not violate the language or spirit of the *Preliminary Injunction Preserving the Status Quo* (as amended, the "Preliminary Injunction") entered by the Court on November 5, 2004. In support hereof, LaSalle states the following:

1. On November 5, 2004, this Court entered an injunction prohibiting the transfers or dissipation of assets of, among others, Gary C. Gitto and Frank Miller. The injunction was later supplemented to allow Mr. Gitto to make certain specific uses of after-acquired funds in order to pay usual and ordinary living and legal expenses.

2. On or about April 19, 2005, this Court entered a default judgment against Mr. Miller in LaSalle's favor in the amount of $2.5 million on a personal guaranty count in the instant action (the "Miller Judgment").

3. On April 8, 2005, this Court ordered entry of separate and final judgment against Mr. Gitto in LaSalle's favor in the amount of $2.5 million on a certain count in the instant action (the "Gitto Judgment", and together with the Miller Judgment, the "Judgments").

4. On June 1, 2005, this Court issued an execution with respect to the Gitto Judgment. On June 9, 2005, the Miller Judgment was registered in the United States District Court for the Central District of California because Mr. Miller had recently moved to Irvine, California..

5. LaSalle is in the process of attempting to collect on the Judgments and intends to pursue any and all non-exempt income and assets of Messrs. Gitto and Miller that it may locate in order to satisfy the Judgments.

6. LaSalle does not believe that any such collection activity, whether by garnishment, levy or additional actions in this or other courts, would be inconsistent in any way with the Preliminary Injunction. This is true even if such efforts frustrate the ability of Mr. Gitto to spend funds on ordinary living expenses in the amount permitted by this Court under the Preliminary Injunction.

7. Counsel to Mr. Gitto has indicated a contrary view in response to the initiation of certain of LaSalle's collection efforts. LaSalle requests that this Court modify the Preliminary Injunction, if necessary, to permit it the full range of remedies available to it as a judgment creditor.

<u>Certification Pursuant to Local Rule 7.1</u>

Counsel for LaSalle certifies that counsel for the affected parties have conferred and have attempted in good faith to resolve the issue presented by this motion.

Wherefore, LaSalle requests that the Court enter an Order supplementing the *Preliminary Injunction Preserving the Status Quo* as described herein if the Court deems that necessary or appropriate.

Dated: July 5, 2005                                    Respectfully submitted,

                                                       LASALLE BUSINESS CREDIT, LLC


                                                       By:    /s/ Patrick W. Manzo
                                                                One of its attorneys

Christopher J. Panos (BBO# 555273)
Patrick W. Manzo (BBO# 651891)
Craig and Macauley Professional Corporation
Federal Reserve Plaza
600 Atlantic Avenue
Boston, MA  02210
Phone: (617) 367-9500
Fax:   (617) 742-1788

Eric S. Rein
John L. Conlon
Bethany N. Schols
Schwartz, Cooper, Greenberger & Krauss, Chtd.
180 N. LaSalle Street, Suite 2700
Chicago, IL  60601
Phone:  (312) 346-1300
Fax:  (312) 782-8416