# **EXHIBIT A**

# LEHMAN BROTHERS

**Brokerage account** ▮5209

GARY C. GITTO
September 1 - September 30, 2004

## ACTIVITY

### Security transactions

| Security transactions | Type | Trade date | Settlement date | Quantity | Price | Amount | Comment |
|---|---|---|---|---|---|---|---|
| ENRON CORP | Sold | 03 Sep 2004 | 09 Sep 2004 |  |  | $ 12.59 |  |
| FREDDIE MAC-VOTING COMMON (FORMERLY FEDERAL HOME LOAN MORTGAGE CORP) | Sold | 03 Sep 2004 | 09 Sep 2004 | -1,250 | 68.906 | 84,835.63 | AVG PRICE SHOWN-DETAILS ON REQ PROCESSED 09/08/04 |
| INTEL CORP | Sold | 03 Sep 2004 | 09 Sep 2004 | -1,000 | 20.01 | 19,705.68 | [ARCA] PROCESSED 09/08/04 |
| OWENS ILLINOIS INC NEW | Sold | 03 Sep 2004 | 09 Sep 2004 | -3,000 | 16.672 | 49,260.97 | AVG PRICE SHOWN-DETAILS ON REQ PROCESSED 09/08/04 |
| PEPSICO INC | Sold | 03 Sep 2004 | 09 Sep 2004 | -350 | 50.96 | 17,564.19 | PROCESSED 09/08/04 |
| SUNOCO LOGISTICS PARTNERS LP COM UNITS | Sold | 03 Sep 2004 | 09 Sep 2004 | -1,000 | 38.465 | 37,884.24 | AVG PRICE SHOWN-DETAILS ON REQ PROCESSED 09/08/04 |
| MASSACHUSETTS ST G/O CONS LN-SER C | Sold | 07 Sep 2004 | 10 Sep 2004 | -100,000 | 106.26 | 106,390.53 | DUE 09/01/2014 05.375% MS 01 YIELD 2.599% -PREREFUND090106 PRE-REF 09/01/06 AT 101.000 ACCRUED INT REC $ 134.38 |
| **Total USD security transactions** |  |  |  |  |  | **$ 315,653.83** |  |

*Note: ENRON CORP row: quantity -300, price $0.042*

### Deposits

| | Date | | | | | Amount | Comment |
|---|---|---|---|---|---|---|---|
| FR▮574 | 30 Sep 2004 |  |  |  |  | $ 455.23 |  |

### Withdrawals

| | Date | Tracking code | | | Reference No. | Amount | Comment |
|---|---|---|---|---|---|---|---|
| TO▮574 | 15 Sep 2004 |  |  |  |  | -$ 157,729.17 |  |

### Interest

| | Date | Taxable amt. | Tax withheld | Non-taxable amt. | | Amount | Comment |
|---|---|---|---|---|---|---|---|
| MASSACHUSETTS ST G/O CONS LN-SER C | 01 Sep 2004 |  |  | $ 2,687.50 |  | $ 2,687.50 | DUE 09/01/2014  5.375 REG INT ON 100000 BND REC 08/31/04 PAY 09/01/04 |
| LEHMAN BANK CASH DEPOSIT ACCT | 17 Sep 2004 | 18.08 |  |  |  | 18.08 | INTEREST PAYMENT |
| **Total USD interest** |  | **$ 18.08** |  | **$ 2,687.50** |  | **$ 2,705.58** |  |
| **Total USD interest - 2004** |  | **$ 18.08** |  | **$ 2,687.50** |  |  |  |

*The taxable and non-taxable designations provided above refer to the US income tax treatment of distributions from your securities. The designations are accurate to the best of our knowledge. Clients should consult with a tax advisor regarding the tax treatment of their investments.*

### Dividends

| | Date | Taxable amt. | Tax withheld | Non-taxable amt. | | Amount | Comment |
|---|---|---|---|---|---|---|---|
| INTEL CORP | 01 Sep 2004 | $ 40.00 |  |  |  | $ 40.00 | CASH DIV ON 1000 SHS REC 08/07/04 PAY 09/01/04 |

*The taxable and non-taxable designations provided above refer to the US income tax treatment of distributions from your securities. The designations are accurate to the best of our knowledge. Clients should consult with a tax advisor regarding the tax treatment of their investments.*

# LEHMAN BROTHERS

Brokerage account ▊▊▊5465

GARY C GITTO
September 1 - September 30, 2004

## ACTIVITY

### Withdrawals

| | Date | Tracking code | Reference No. | Amount | Comment |
|---|---|---|---|---|---|
| TO ▊▊0574 | 20 Sep 2004 | | | -34,401.57 | |
| Total USD withdrawals | | | | -$ 34,542.99 | |

### Interest

| | Date | Taxable amt. | Tax withheld | Non-taxable amt. | Amount | Comment |
|---|---|---|---|---|---|---|
| LEHMAN BANK CASH DEPOSIT ACCT | 17 Sep 2004 | $ 1.12 | | | $ 1.12 | MONTHLY INTEREST FOR PERIOD 08/20/04-09/16/04 28 DAYS AVERAGE YIELD 0.97 % |
| LEHMAN BANK CASH DEPOSIT ACCT | 22 Sep 2004 | 0.16 | | | 0.16 | INTEREST PAYMENT |
| Total USD interest | | $ 1.28 | | | $ 1.28 | |
| Total USD interest - 2004 | | $ 1.28 | | | | |

The taxable and non-taxable designations provided above refer to the US Income tax treatment of distributions from your securities. The designations are accurate to the best of our knowledge. Clients should consult with a tax advisor regarding the tax treatment of their investments.

### Dividends

| | Date | Taxable amt. | Tax withheld | Non-taxable amt. | Amount | Comment |
|---|---|---|---|---|---|---|
| ROBERT HALF INTERNATIONAL INC | 15 Sep 2004 | $ 0.54 | | | $ 0.54 | CASH DIV ON 9 SHS REC 08/25/04 PAY 09/15/04 |
| CORPORATE EXECUTIVE BOARD CO | 30 Sep 2004 | 2.25 | | | 2.25 | CASH DIV ON 30 SHS REC 09/15/04 PAY 09/30/04 |
| Total USD dividends | | $ 2.79 | | | $ 2.79 | |
| Total USD dividends - 2004 | | $ 2.79 | | | | |

The taxable and non-taxable designations provided above refer to the US Income tax treatment of distributions from your securities. The designations are accurate to the best of our knowledge. Clients should consult with a tax advisor regarding the tax treatment of their investments.

# **EXHIBIT B**

| FORM 1040 | Department of the Treasury – Internal Revenue Service<br>**U.S. Individual Income Tax Return** | **2000** | (99) | IRS Use Only – Do not write or staple in this space. |
|---|---|---|---|---|

For the year Jan. 1 – Dec. 31, 2000, or other tax year beginning _____, 2000, ending _____, 20___    OMB No. 1545-0074

| Label<br>(See Instructions on page 19.)<br>Use the IRS label.<br>Otherwise, please print or type. | Your first name and initial: GARY C      Last name: GITTO<br>If a joint return, spouse's first name and initial: LORI ANN      Last name: GITTO<br>Home address (number and street). If you have a P.O. box, see page 19.      Apt. no.<br>24 NANCY COURT<br>City, town or post office, state, and ZIP code. If you have a foreign address, see page 19.<br>LEOMINSTER, MA 01453 | Your social security number: [redacted]<br>Spouse's social security number: [redacted]<br>▲ **IMPORTANT!** ▲<br>You must enter your SSN(s) above. |
|---|---|---|

**Presidential Election Campaign** (See page 19.)  Note. Checking "Yes" will not change your tax or reduce your refund.
Do you, or your spouse if filing a joint return, want $3 to go to this fund? ▶    You: ☐ Yes ☒ No    Spouse: ☐ Yes ☒ No

**Filing Status**
Check only one box.
1. ☐ Single
2. ☒ Married filing joint return (even if only one had income)
3. ☐ Married filing separate return. Enter spouse's soc. sec. no. above & full name here ▶ _____
4. ☐ Head of household (with qualifying person). (See page 19.) If the qualifying person is a child but not your dependent, enter this child's name here ▶ _____
5. ☐ Qualifying widow(er) with dependent child (year spouse died ▶ ____). (See page 19.)

**Exemptions**
6a ☒ Yourself. If your parent (or someone else) can claim you as a dependent on his or her tax return, do not check box 6a.
b ☒ Spouse
  No. of boxes checked on 6a and 6b: **2**

c Dependents:
| (1) First Name   Last name | (2) Dependent's social security number | (3) Dependent's relationship to you | (4) Chk if qualifying child for child tax credit (see page 20) |
|---|---|---|---|
| [redacted] | [redacted] | DAUGHTER | X |
| [redacted] | [redacted] | DAUGHTER | X |
| [redacted] | [redacted] | DAUGHTER | X |

No. of your children on 6c who:
• lived with you: **3**
• did not live with you due to divorce or separation (see page 20): ___
Dependents on 6c not entered above: ___
Add numbers entered on lines above ▶ **5**

If more than six dependents, see page 20.

d Total number of exemptions claimed ................................

**Income**
Attach Forms W-2 and W-2G here. Also attach Form 1099-R if tax was withheld.

| 7 | Wages, salaries, tips, etc. Attach Form(s) W-2 | 7 | 280,562 |
| 8a | Taxable interest. Attach Schedule B if required | 8a | 182 |
| b | Tax-exempt interest. Do not include on line 8a  |  8b | |
| 9 | Ordinary dividends. Attach Schedule B if required | 9 | 28,906 |
| 10 | Taxable refunds, credits, or offsets of state and local income taxes (see page 22) | 10 | 1,074 |
| 11 | Alimony received | 11 | |
| 12 | Business income or (loss). Attach Schedule C or C-EZ | 12 | |
| 13 | Capital gain or (loss). Attach Schedule D if required. If not required, check here ▶ ☐ | 13 | 85,360 |
| 14 | Other gains or (losses). Attach Form 4797 | 14 | |
| 15a | Total IRA distributions......  15a _____  b Taxable amount (see pg. 23) | 15b | 14 |
| 16a | Total pensions and annuities  16a _____  b Taxable amount (see pg. 23) | 16b | 10,819 |
| 17 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E | 17 | -1,266 |
| 18 | Farm income or (loss). Attach Schedule F | 18 | |
| 19 | Unemployment compensation | 19 | |
| 20a | Social security benefits.....  20a _____  b Taxable amount (see page 25) | 20b | |
| 21 | Other income. P S 58 COST OF L I PREMIUMS | 21 | 108 |
| 22 | Add the amounts in the far right column for lines 7 through 21. This is your **total income** ▶ | 22 | 405,759 |

If you did not get a W-2, see page 21.

Enclose, but do not attach any payment. Also, please use Form 1040-V.

**Adjusted Gross Income**

| 23 | IRA deduction (see page 27) | 23 | |
| 24 | Student loan interest deduction (see page 27) | 24 | |
| 25 | Medical savings account deduction. Attach Form 8853 | 25 | |
| 26 | Moving expenses. Attach Form 3903 | 26 | |
| 27 | One-half of self-employment tax. Attach Schedule SE | 27 | |
| 28 | Self-employed health insurance deduction (see page 29) | 28 | |
| 29 | Self-employed SEP, SIMPLE, and qualified plans | 29 | |
| 30 | Penalty on early withdrawal of savings | 30 | |
| 31a | Alimony paid.  b Recipient's SSN ▶ _____ | 31a | |
| 32 | Add lines 23 through 31a | 32 | 0 |
| 33 | Subtract line 32 from line 22. This is your **adjusted gross income** ▶ | 33 | 405,759 |

LPCPA00303

KFA For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see page 56.    IF0US1 11/07/00    Form **1040** (2000)

| Form **1040** | Department of the Treasury — Internal Revenue Service<br>**U.S. Individual Income Tax Return** **2001** | (99) | IRS use only — Do not write or staple in this space. |
|---|---|---|---|

For the year Jan 1 - Dec 31, 2001, or other tax year beginning , 2001, ending , 20

OMB No. 1545-0074

**Label** (See instructions.)

Your First Name: GARY  MI: C  Last Name: GITTO

Your Social Security Number: [redacted]

**Use the IRS label. Otherwise, please print or type.**

If a Joint Return, Spouse's First Name: LORI ANN  Last Name: GITTO

Spouse's Social Security Number: [redacted]

Home Address (number and street). If You Have a P.O. Box, See Instructions.  Apartment No.
24 NANCY COURT

▲ **Important!** ▲
You must enter your social security number(s) above.

City, Town or Post Office. If You Have a Foreign Address, See Instructions.  State  ZIP Code
LEOMINSTER, MA 01453

**Presidential Election Campaign** (See instructions.)
▶ Note: Checking 'Yes' will not change your tax or reduce your refund. Do you, or your spouse if filing a joint return, want $3 to go to this fund? ▶
You: ☐ Yes  ☒ No     Spouse: ☐ Yes  ☒ No

**Filing Status**
Check only one box.
1 ☐ Single
2 ☒ Married filing joint return (even if only one had income)
3 ☐ Married filing separate return. Enter spouse's SSN above & full name here... ▶
4 ☐ Head of household (with qualifying person). (See instructions.) If the qualifying person is a child but not your dependent, enter this child's name here ▶
5 ☐ Qualifying widow(er) with dependent child (year spouse died ▶ ). (See instructions.)

**Exemptions**
6a ☒ Yourself. If your parent (or someone else) can claim you as a dependent on his or her tax return, do not check box 6a.
b ☒ Spouse
c Dependents:

| (1) First name  Last name | (2) Dependent's social security number | (3) Dependent's relationship to you | (4) ✓ if qualifying child for child tax credit (see instrs) |
|---|---|---|---|
| [redacted] | [redacted] | DAUGHTER | X |
| [redacted] | [redacted] | DAUGHTER | X |
| [redacted] | [redacted] | DAUGHTER | X |

If more than six dependents, see instructions.

No. of boxes checked on 6a and 6b: 2
No. of your children on 6c who:
• lived with you: 3
• did not live with you due to divorce or separation (see instrs)
Dependents on 6c not entered above
Add numbers entered on lines above ▶ 5

d Total number of exemptions claimed

**Income**
Attach Forms W-2 and W-2G here. Also attach Form(s) 1099-R if tax was withheld.

If you did not get a W-2, see instructions.

Enclose, but do not attach, any payment. Also, please use Form 1040-V.

| 7 | Wages, salaries, tips, etc. Attach Form(s) W-2 | 7 | 321,564. |
| 8a | Taxable interest. Attach Schedule B if required | 8a | 342. |
| b | Tax-exempt interest. Do not include on line 8a | 8b | |
| 9 | Ordinary dividends. Attach Schedule B if required | 9 | 7,063. |
| 10 | Taxable refunds, credits, or offsets of state and local income taxes (see instructions) | 10 | 36. |
| 11 | Alimony received | 11 | |
| 12 | Business income or (loss). Attach Schedule C or C-EZ | 12 | |
| 13 | Capital gain or (loss). Attach Schedule D if required. If not required, check here ▶ ☐ | 13 | -3,000. |
| 14 | Other gains or (losses). Attach Form 4797 | 14 | -29,569. |
| 15a | Total IRA distributions  15a  b Taxable amount (see instrs) | 15b | |
| 16a | Total pensions & annuities  16a  b Taxable amount (see instrs) | 16b | |
| 17 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E | 17 | -15,478. |
| 18 | Farm income or (loss). Attach Schedule F | 18 | |
| 19 | Unemployment compensation | 19 | |
| 20a | Social security benefits  20a  b Taxable amount (see instrs) | 20b | |
| 21 | Other income  P S 58 COST OF L I PREMIUMS | 21 | 108. |
| 22 | Add the amounts in the far right column for lines 7 through 21. This is your total income. ▶ | 22 | 281,066. |

**Adjusted Gross Income**

| 23 | IRA deduction (see instructions) | 23 | |
| 24 | Student loan interest deduction (see instructions) | 24 | |
| 25 | Archer MSA deduction. Attach Form 8853 | 25 | |
| 26 | Moving expenses. Attach Form 3903 | 26 | |
| 27 | One-half of self-employment tax. Attach Schedule SE | 27 | |
| 28 | Self-employed health insurance deduction (see instructions) | 28 | |
| 29 | Self-employed SEP, SIMPLE, and qualified plans | 29 | |
| 30 | Penalty on early withdrawal of savings | 30 | |
| 31a | Alimony paid  b Recipient's SSN ▶ | 31a | |
| 32 | Add lines 23 through 31a | 32 | 0. |
| 33 | Subtract line 32 from line 22. This is your **adjusted gross income** ▶ | 33 | 281,066. |

BAA For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see instructions.
FDIA0112L  12/10/01

Form 1040 (2001)

LPCPA00370

FROM THE GITTO/GLOBAL CORP   TION          (MON) APR 19 2004 16:10/ST. 16:10/NO. 6319467267 P 2

# Form 1040 U.S. Individual Income Tax Return 2002

Department of the Treasury — Internal Revenue Service

For the year Jan 1 - Dec 31, 2002, or other tax year beginning , 2002, ending , 20

OMB No. 1545-0074

**Label** (See instructions.)
Use the IRS label. Otherwise, please print or type.

Your first name: GARY C   Last name: GITTO
If a joint return, spouse's first name: LORI ANN   Last name: GITTO
Home address: P O BOX 583
City: LUNENBURG, MA 01453

Your social security number: [redacted]

**Important!** You must enter your social security number(s) above.

**Presidential Election Campaign** (See instructions.)
Note: Checking 'Yes' will not change your tax or reduce your refund.
Do you, or your spouse if filing a joint return, want $3 to go to this fund?
You: [ ] Yes [X] No    Spouse: [ ] Yes [X] No

**Filing Status** — Check only one box.
1. [ ] Single
2. [X] Married filing jointly (even if only one had income)
3. [ ] Married filing separately. Enter spouse's SSN above & full name here
4. [ ] Head of household (with qualifying person). (See instructions.) If the qualifying person is a child but not your dependent, enter this child's name here
5. [ ] Qualifying widow(er) with dependent child (year spouse died ). (See instructions.)

**Exemptions**
6a [X] Yourself. If your parent (or someone else) can claim you as a dependent on his or her tax return, do not check box 6a.
b [X] Spouse
c Dependents:

| (1) First name   Last name | (2) Dependent's social security number | (3) Dependent's relationship to you | (4) ✓ if qualifying child for child tax credit |
|---|---|---|---|
| [redacted] | [redacted] | DAUGHTER | [X] |
| [redacted] | [redacted] | DAUGHTER | [X] |
| [redacted] | [redacted] | DAUGHTER | [X] |

No. of boxes checked on 6a and 6b: 2
No. of children on 6c who lived with you: 3

d Total number of exemptions claimed: 5

**Income**
Attach Forms W-2 and W-2G here. Also attach Form(s) 1099-R if tax was withheld.

| Line | Description | Amount |
|---|---|---|
| 7 | Wages, salaries, tips, etc. Attach Form(s) W-2 | 311,562. |
| 8a | Taxable interest. Attach Schedule B if required | 1,107. |
| 8b | Tax-exempt interest. Do not include on line 8a | |
| 9 | Ordinary dividends. Attach Schedule B if required | 6,004. |
| 10 | Taxable refunds, credits, or offsets of state and local income taxes | 1,384. |
| 11 | Alimony received | |
| 12 | Business income or (loss). Attach Schedule C or C-EZ | |
| 13 | Capital gain or (loss). Att Sch D if reqd. If not reqd, ck here | -3,000. |
| 14 | Other gains or (losses). Attach Form 4797 | -4,000. |
| 15a | IRA distributions   b Taxable amount | |
| 16a | Pensions and annuities   b Taxable amount | |
| 17 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E | -8,681. |
| 18 | Farm income or (loss). Attach Schedule F | |
| 19 | Unemployment compensation | |
| 20a | Social security benefits   b Taxable amount | |
| 21 | Other income SEE STATEMENT 2 | 6,758. |
| 22 | Add the amounts in the far right column for lines 7 through 21. This is your total income. | 311,134. |

**Adjusted Gross Income**

| Line | Description | Amount |
|---|---|---|
| 23 | Educator expenses | |
| 24 | IRA deduction | |
| 25 | Student loan interest deduction | |
| 26 | Tuition and fees deduction | |
| 27 | Archer MSA deduction. Attach Form 8853 | |
| 28 | Moving expenses. Attach Form 3903 | |
| 29 | One-half of self-employment tax. Attach Schedule SE | 9. |
| 30 | Self-employed health insurance deduction | |
| 31 | Self-employed SEP, SIMPLE, and qualified plans | |
| 32 | Penalty on early withdrawal of savings | |
| 33a | Alimony paid   b Recipient's SSN | |
| 34 | Add lines 23 through 33a | 9. |
| 35 | Subtract line 34 from line 22. This is your adjusted gross income | 311,125. |

BAA For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see instructions.   FDIA0112L 12/26/02   Form 1040 (2002)

**FILE COPY**

Form **1040** | Department of the Treasury — Internal Revenue Service
**U.S. Individual Income Tax Return** **2003** | (99) IRS Use Only — Do not write or staple in this space.

For the year Jan 1 - Dec 31, 2003, or other tax year beginning , 2003, ending , 20
OMB No. 1545-0074

**Label** (See instructions)
Your first name MI Last name: **GARY C GITTO**
Your social security number: [redacted]

**Use the IRS label. Otherwise, please print or type.**
If a joint return, spouse's first name MI Last name: **LORI ANN GITTO**
Spouse's social security number: [redacted]

Home address (number and street). If you have a P.O. box, see instructions. Apartment no.
**P O BOX 583**

▲ **Important!** ▲ You must enter your social security number(s) above.

City, town or post office. If you have a foreign address, see instructions. State ZIP code
**LUNENBURG, MA 01453**

**Presidential Election Campaign** (See instructions)
Note: Checking 'Yes' will not change your tax or reduce your refund. Do you, or your spouse if filing a joint return, want $3 to go to this fund?
You: ☐ Yes ☒ No    Spouse: ☐ Yes ☒ No

**Filing Status** Check only one box.
1. ☐ Single
2. ☒ Married filing jointly (even if only one had income)
3. ☐ Married filing separately. Enter spouse's SSN above & full name here ▶
4. ☐ Head of household (with qualifying person). (See instructions.) If the qualifying person is a child but not your dependent, enter this child's name here ▶
5. ☐ Qualifying widow(er) with dependent child. (See instructions.)

**Exemptions**
6a ☒ Yourself. If your parent (or someone else) can claim you as a dependent on his or her tax return, do not check box 6a.
b ☒ Spouse
No. of boxes checked on 6a and 6b: **2**

c Dependents:
| (1) First name  Last name | (2) Dependent's social security number | (3) Dependent's relationship to you | (4) ✓ if qualifying child for child tax credit (see instrs) |
|---|---|---|---|
| [redacted] | [redacted] | DAUGHTER | ☒ |
| [redacted] | [redacted] | DAUGHTER | ☒ |
| [redacted] | [redacted] | DAUGHTER | ☒ |

No. of children on 6c who:
• lived with you: **3**
• did not live with you due to divorce or separation (see instrs)
Dependents on 6c not entered above
Add numbers on lines above ▶ **5**

If more than five dependents, see instructions.

d Total number of exemptions claimed

**Income**

Attach Forms W-2 and W-2G here. Also attach Form(s) 1099-R if tax was withheld.

If you did not get a W-2, see instructions.

Enclose, but do not attach, any payment. Also, please use Form 1040-V.

| | | |
|---|---|---|
| 7 Wages, salaries, tips, etc. Attach Form(s) W-2 | 7 | 396,679. |
| 8a Taxable interest. Attach Schedule B if required | 8a | 2,854. |
| b Tax-exempt interest. Do not include on line 8a | 8b | |
| 9a Ordinary dividends. Attach Schedule B if required | 9a | 5,692. |
| b Qualfd divs (see instrs) | 9b  5,677. | |
| 10 Taxable refunds, credits, or offsets of state and local income taxes (see instructions) | 10 | 1,419. |
| 11 Alimony received | 11 | |
| 12 Business income or (loss). Attach Schedule C or C-EZ | 12 | |
| 13a Capital gain or (loss). Att Sch D if reqd. If not reqd, ck here ▶ ☐ | 13a | -3,000. |
| b If box on 13a is checked, enter post-May 5 capital gain distributions | 13b | |
| 14 Other gains or (losses). Attach Form 4797 | 14 | |
| 15a IRA distributions 15a | b Taxable amount (see instrs) | 15b | |
| 16a Pensions and annuities 16a | b Taxable amount (see instrs) | 16b | 6,077. |
| 17 Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E | 17 | |
| 18 Farm income or (loss). Attach Schedule F | 18 | |
| 19 Unemployment compensation | 19 | |
| 20a Social security benefits 20a | b Taxable amount (see instrs) | 20b | |
| 21 Other income  1099MISC-LAWSON, MIRINO, BERTERA | 21 | 839. |
| 22 Add the amounts in the far right column for lines 7 through 21. This is your total income. ▶ | 22 | 410,560. |

**Adjusted Gross Income**

| | | |
|---|---|---|
| 23 Educator expenses (see instructions) | 23 | |
| 24 IRA deduction (see instructions) | 24 | |
| 25 Student loan interest deduction (see instructions) | 25 | |
| 26 Tuition and fees deduction (see instructions) | 26 | |
| 27 Moving expenses. Attach Form 3903 | 27 | |
| 28 One-half of self-employment tax. Attach Schedule SE | 28 | 11. |
| 29 Self-employed health insurance deduction (see instrs) | 29 | |
| 30 Self-employed SEP, SIMPLE, and qualified plans | 30 | |
| 31 Penalty on early withdrawal of savings | 31 | |
| 32a Alimony paid  b Recipient's SSN ▶ | 32a | |
| 33 Add lines 23 through 32a | 33 | 11. |
| 34 Subtract line 33 from line 22. This is your adjusted gross income ▶ | 34 | 410,549. |

BAA For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see instructions.   FDIA0112L 01/16/04   Form 1040 (2003)

LPCPA00889

| a Control number 001549 MRL | Void ☐ | OMB No. 1545-0008 MRL | 008020 | 001549 |
|---|---|---|---|---|
| b Employer identification number 04-2874191 | | 1 Wages, tips, other compensation 352782.72 | 2 Federal income tax withheld 109315.80 | |
| c Employer's name, address, and ZIP code GITTO GLOBAL CORP 140 LEOMINSTER SHIRLEY LUNENBURG MA 01462 | | 3 Social security wages 87900.00 | 4 Social security tax withheld 5449.80 | |
| | | 5 Medicare wages and tips 352782.72 | 6 Medicare tax withheld 5115.35 | |
| | | 7 Social security tips | 8 Allocated tips | |
| d Employee's social security number | | 9 Advance EIC payment | 10 Dependent care benefits | |
| e Employee's first name and initial  Last name GARY                                GITTO P O BOX 583 LUNENBURG, MA 01462 | | 11 Nonqualified plans | 12a See instructions for box 12 | |
| | | 13 Statutory employee ☐  Retirement plan ☐  Third-party sick pay ☐ | 12b | |
| | | 14 Other | 12c | |
| | | | 12d | |
| f Employee's address and ZIP code | | | | |

| 15 State  Employer's state ID number MA   042-874-191 09 | 16 State wages, tips, etc. 352782.72 | 17 State income tax 18591.33 | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|

Form **W-2** Wage and Tax Statement     2004     Department of the Treasury—Internal Revenue Service
Copy D—For Employer.                                                         For Privacy Act and Paperwork Reduction Act Notice, see back of Copy D.

---

| a Control number | Void ☐ | | | |
|---|---|---|---|---|
| b Employer identification number | | 1 Wages, tips, other compensation | 2 Federal income tax withheld | |
| c Employer's name, address, and ZIP code GITTO GLOBAL CORP 140 LEOMINSTER SHIRLEY LUNENBURG MA 01462 | | 3 Social security wages | 4 Social security tax withheld | |
| | | 5 Medicare wages and tips | 6 Medicare tax withheld | |
| | | 7 Social security tips | 8 Allocated tips | |
| d Employee's social security number | | 9 Advance EIC payment | 10 Dependent care benefits | |
| e Employee's first name and initial   Last name | | 11 Nonqualified plans | 12a See instructions for box 12 D | |
| | | 13 Statutory employee ☐  Retirement plan ☒  Third-party sick pay ☐ | 12b | |
| | | 14 Other | 12c | |
| | | | 12d | |
| f Employee's address and ZIP code | | | | |

| 15 State  Employer's state ID number | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|

Form **W-2** Wage and Tax Statement     2004     Department of the Treasury—Internal Revenue Service
Copy D—For Employer.                                                         For Privacy Act and Paperwork Reduction Act Notice, see back of Copy D.