UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No. 04-12227 (DPW)

|  |  |
|---|---|
| LASALLE BUSINESS CREDIT, LLC f/k/a LASALLE BUSINESS CREDIT, INC.,<br><br>          Plaintiff,<br><br>v.<br><br>GARY C. GITTO, et al,<br><br>          Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**ASSENTED-TO MOTION OF GARY C. GITTO TO EXTEND THE TIME
TO RESPOND TO MOTIONS**

Defendant Gary C. Gitto hereby moves to extend the time to respond to Plaintiff's Motion for Determination that Certain Funds Held in Gary Gitto's Retirement Account are Not Exempt from Execution and for an Order Reaching and Applying Funds and Plaintiff's Protective Motion For Clarification until July 25, 2005. In support thereof, defendant says:

1. The time requested is necessary to prepare an adequate response to these motions.

2. The plaintiff has assented to this request.

Gary C. Gitto,

By his attorneys,

 /s/ *Max D. Stern*
Max D. Stern, BBO #479560
Stern, Shapiro, Weissberg & Garin, LLP
90 Canal Street, 5th Floor
Boston, MA 02114
(617) 742-5800

July 11, 2005

G:\SSWG\Gitto\LaSalle Business Credit\LaSalle v. Gitto\Motion to extend time.wpd