IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LASALLE BUSINESS CREDIT, LLC f/k/a LASALLE BUSINESS CREDIT, INC., <br><br>Plaintiff, <br><br>v. <br><br>GARY C. GITTO, FRANK MILLER, MARIA MILLER, CHARLES N. GITTO, JR., NANCY GITTO PANAGIOTES, LOUIS J. PELLEGRINE, JR., JOHN D. TERSIGNI, KATHLEEN M. CARLAND, WILLIAM DEAKIN, JANICE CHAISSON, HELEN KOZAK, KINGSDAEL CORP. d/b/a J&J CHEMICAL DISTRIBUTORS, TRADEX INTERNATIONAL CORPORATION, and TRADEX CORPORATION, <br><br>Defendants, <br><br>and <br><br>FLEET NATIONAL BANK, CLINTON SAVINGS BANK, SOVEREIGN BANK, COMMERCE BANK & TRUST COMPANY, FIDELITY COOPERATIVE BANK, BANKNORTH, N.A., LEOMINSTER CREDIT UNION, FIDELITY INVESTMENTS, INC., LEHMAN BROTHERS, INC., TD WATERHOUSE, and LEGG MASON, INC., <br><br>Trustee Process Defendants, <br>and <br><br>DIRECT WOOD & PAPER PRODUCTS, INC., GITTO SALES CORPORATION, J-TAN SALES & MARKETING, INC., HEMISPHERE DISTRIBUTION CORP., FIDELITY INVESTMENTS, INC., AWG, LLC, LEHMAN BROTHERS, INC., TD WATERHOUSE, SUPERIOR POLYMERS CORPORATION, and LEGG MASON, INC., <br><br>Reach and Apply Defendants. | Case No. 04-12227-DPW |

**ANSWER OF TRUSTEE PROCESS AND REACH AND APPLY DEFENDANT
TD WATERHOUSE TO THE SECOND AMENDED COMPLAINT**

**ANSWER OF TRUSTEE PROCESS AND REACH AND APPLY DEFENDANT
TD WATERHOUSE INVESTMENT SERVICES, INC.,
TO THE SECOND AMENDED COMPLAINT**

Defendant TD Waterhouse Investor Services, Inc. ("TD Waterhouse") files this Answer to LaSalle Business Credit, LLC's Second Amended Complaint ("Complaint").

1-26.  TD Waterhouse lacks sufficient information to either admit or deny the allegations contained in Paragraphs 1-26 of the Complaint.

27.  TD Waterhouse admits the remaining allegations contained in Paragraph 27 of the Complaint.

28-51.  TD Waterhouse lacks sufficient information to either admit or deny the allegations contained in Paragraphs 28-51 of the Complaint.

52.  In response to Paragraph 52, TD Waterhouse restates and incorporates by reference its answers contained in the previous paragraphs as if fully set forth herein.

53-150.  TD Waterhouse lacks sufficient information to either admit or deny the allegations contained in Paragraphs 53-150 of the Complaint.

151.  In response to Paragraph 151, TD Waterhouse restates and incorporates by reference its answers contained in the previous paragraphs as if fully set forth herein.

152-172.  TD Waterhouse lacks sufficient information to either admit or deny the allegations contained in Paragraphs 152-172 of the Complaint.

173.  In response to Paragraph 173, TD Waterhouse restates and incorporates by reference its answers contained in the previous paragraphs as if fully set forth herein.

174-192.  TD Waterhouse lacks sufficient information to either admit or deny the allegations contained in Paragraphs 174-192 of the Complaint.

193. In response to Paragraph 193, TD Waterhouse restates and incorporates by reference its answers contained in the previous paragraphs as if fully set forth herein.

194-206. TD Waterhouse lacks sufficient information to either admit or deny the allegations contained in Paragraphs 194-206 of the Complaint.

207. In response to Paragraph 207, TD Waterhouse restates and incorporates by reference its answers contained in the previous paragraphs as if fully set forth herein.

208-213. TD Waterhouse lacks sufficient information to either admit or deny the allegations contained in Paragraphs 208-213 of the Complaint.

214. In response to Paragraph 214, TD Waterhouse restates and incorporates by reference its answers contained in the previous paragraphs as if fully set forth herein.

215-220. TD Waterhouse lacks sufficient information to either admit or deny the allegations contained in Paragraphs 215-220 of the Complaint.

221. In response to Paragraph 221, TD Waterhouse restates and incorporates by reference its answers contained in the previous paragraphs as if fully set forth herein.

222-223. TD Waterhouse lacks sufficient information to either admit or deny the allegations contained in Paragraphs 222-223 of the Complaint.

224. In response to Paragraph 224, TD Waterhouse restates and incorporates by reference its answers contained in the previous paragraphs as if fully set forth herein.

225-226. TD Waterhouse lacks sufficient information to either admit or deny the allegations contained in Paragraphs 225-226 of the Complaint.

227. In response to Paragraph 227, TD Waterhouse restates and incorporates by reference its answers contained in the previous paragraphs as if fully set forth herein.

228-229.  TD Waterhouse lacks sufficient information to either admit or deny the allegations contained in Paragraphs 228-229 of the Complaint.

230.  In response to Paragraph 230, TD Waterhouse restates and incorporates by reference its answers contained in the previous paragraphs as if fully set forth herein.

231-232.  TD Waterhouse lacks sufficient information to either admit or deny the allegations contained in Paragraphs 231-232 of the Complaint.

233.  In response to Paragraph 233, TD Waterhouse restates and incorporates by reference its answers contained in the previous paragraphs as if fully set forth herein.

234-235.  TD Waterhouse lacks sufficient information to either admit or deny the allegations contained in Paragraphs 234-235 of the Complaint.

236.  In response to Paragraph 236, TD Waterhouse restates and incorporates by reference its answers contained in the previous paragraphs as if fully set forth herein.

237-238.  TD Waterhouse lacks sufficient information to either admit or deny the allegations contained in Paragraphs 237-238 of the Complaint.

239.  In response to Paragraph 239, TD Waterhouse restates and incorporates by reference its answers contained in the previous paragraphs as if fully set forth herein.

240-241.  TD Waterhouse lacks sufficient information to either admit or deny the allegations contained in Paragraphs 240-241 of the Complaint.

242.  In response to Paragraph 242, TD Waterhouse restates and incorporates by reference its answers contained in the previous paragraphs as if fully set forth herein.

243-244.  TD Waterhouse lacks sufficient information to either admit or deny the allegations contained in Paragraphs 243-244 of the Complaint.

245. In response to Paragraph 245, TD Waterhouse restates and incorporates by reference its answers contained in the previous paragraphs as if fully set forth herein.

246-247. TD Waterhouse lacks sufficient information to either admit or deny the allegations contained in Paragraphs 246-247 of the Complaint.

248. In response to Paragraph 248, TD Waterhouse restates and incorporates by reference its answers contained in the previous paragraphs as if fully set forth herein.

249-250. TD Waterhouse lacks sufficient information to either admit or deny the allegations contained in Paragraphs 249-250 of the Complaint.

251. In response to Paragraph 251, TD Waterhouse restates and incorporates by reference its answers contained in the previous paragraphs as if fully set forth herein.

252-253. TD Waterhouse lacks sufficient information to either admit or deny the allegations contained in Paragraphs 252-253 of the Complaint.

254. In response to Paragraph 254, TD Waterhouse restates and incorporates by reference its answers contained in the previous paragraphs as if fully set forth herein.

255-256. TD Waterhouse lacks sufficient information to either admit or deny the allegations contained in Paragraphs 255-256 of the Complaint.

257. In response to Paragraph 257, TD Waterhouse restates and incorporates by reference its answers contained in the previous paragraphs as if fully set forth herein.

258-259. TD Waterhouse lacks sufficient information to either admit or deny the allegations contained in Paragraphs 258-259 of the Complaint.

260. In response to Paragraph 260, TD Waterhouse restates and incorporates by reference its answers contained in the previous paragraphs as if fully set forth herein.

261-262. TD Waterhouse lacks sufficient information to either admit or deny the allegations contained in Paragraphs 261-262 of the Complaint.

263. In response to Paragraph 263, TD Waterhouse restates and incorporates by reference its answers contained in the previous paragraphs as if fully set forth herein.

264-265. TD Waterhouse lacks sufficient information to either admit or deny the allegations contained in Paragraphs 264-265 of the Complaint.

266. In response to Paragraph 266, TD Waterhouse restates and incorporates by reference its answers contained in the previous paragraphs as if fully set forth herein.

267-268. TD Waterhouse lacks sufficient information to either admit or deny the allegations contained in Paragraphs 267-268 of the Complaint.

269. In response to Paragraph 269, TD Waterhouse restates and incorporates by reference its answers contained in the previous paragraphs as if fully set forth herein.

270-271. TD Waterhouse lacks sufficient information to either admit or deny the allegations contained in Paragraphs 270-271 of the Complaint.

272. In response to Paragraph 272, TD Waterhouse restates and incorporates by reference its answers contained in the previous paragraphs as if fully set forth herein.

273-274. TD Waterhouse lacks sufficient information to either admit or deny the allegations contained in Paragraphs 273-274of the Complaint.

275. In response to Paragraph 275, TD Waterhouse restates and incorporates by reference its answers contained in the previous paragraphs as if fully set forth herein.

276-277. TD Waterhouse lacks sufficient information to either admit or deny the allegations contained in Paragraphs 276-277 of the Complaint.

278.  In response to Paragraph 278, TD Waterhouse restates and incorporates by reference its answers contained in the previous paragraphs as if fully set forth herein.

279-280.  TD Waterhouse lacks sufficient information to either admit or deny the allegations contained in Paragraphs 279-280 of the Complaint.

281.  In response to Paragraph 281, TD Waterhouse restates and incorporates by reference its answers contained in the previous paragraphs as if fully set forth herein.

282-283.  TD Waterhouse lacks sufficient information to either admit or deny the allegations contained in Paragraphs 282-283 of the Complaint.

284.  In response to Paragraph 284, TD Waterhouse restates and incorporates by reference its answers contained in the previous paragraphs as if fully set forth herein.

285-286.  TD Waterhouse lacks sufficient information to either admit or deny the allegations contained in Paragraphs 285-286 of the Complaint.

287.  In response to Paragraph 287, TD Waterhouse restates and incorporates by reference its answers contained in the previous paragraphs as if fully set forth herein.

288.  TD Waterhouse admits that it maintains the following accounts registered to Frank Miller, which have been frozen pursuant to the Order Approving Equitable Attachments in the Form of Reach-and-Apply Injunctions entered by the Court on February 25, 2005.

- Account No. 301-03286 Frank Miller & Maria C. Miller JT TEN......$10.48
- Account No. 463-95749 Frank Miller IRA.............................$10,743.10
- Account No. 463-95765 Frank Miller SEP IRA........................$72,292.51

TD Waterhouse further admits that National Investor Services Corporation acts as the clearing firm for those accounts.

289.  Paragraph 289 contains a prayer for relief and, therefore, does not necessitate a response.

290.   In response to Paragraph 290, TD Waterhouse restates and incorporates by reference its answers contained in the previous paragraphs as if fully set forth herein.

291.   TD Waterhouse admits that it maintains the following account registered to Maria Miller, which has been frozen pursuant to the Order Approving Equitable Attachments in the Form of Reach-and-Apply Injunctions entered by the Court on February 25, 2005.

➢ Account No. 301-03286 Frank Miller & Maria C. Miller JT TEN……..$10.48

TD Waterhouse further admits that National Investor Services Corporation acts as the clearing firm for that account.

292.   Paragraph 292 contains a prayer for relief and, therefore, does not necessitate a response.

293.   In response to Paragraph 293, TD Waterhouse restates and incorporates by reference its answers contained in the previous paragraphs as if fully set forth herein.

294-295.   TD Waterhouse lacks sufficient information to either admit or deny the allegations contained in Paragraphs 294-295 of the Complaint.

296.   In response to Paragraph 296, TD Waterhouse restates and incorporates by reference its answers contained in the previous paragraphs as if fully set forth herein.

297-299.   TD Waterhouse lacks sufficient information to either admit or deny the allegations contained in Paragraphs 297-299 of the Complaint.

300.   In response to Paragraph 300, TD Waterhouse restates and incorporates by reference its answers contained in the previous paragraphs as if fully set forth herein.

301-303.   TD Waterhouse lacks sufficient information to either admit or deny the allegations contained in Paragraphs 301-303 of the Complaint.

304.   In response to Paragraph 304, TD Waterhouse restates and incorporates by reference its answers contained in the previous paragraphs as if fully set forth herein.

305-307. TD Waterhouse lacks sufficient information to either admit or deny the allegations contained in Paragraphs 305-307 of the Complaint.

308. In response to Paragraph 308, TD Waterhouse restates and incorporates by reference its answers contained in the previous paragraphs as if fully set forth herein.

309-311. TD Waterhouse lacks sufficient information to either admit or deny the allegations contained in Paragraphs 309-311 of the Complaint.

312. In response to Paragraph 312, TD Waterhouse restates and incorporates by reference its answers contained in the previous paragraphs as if fully set forth herein.

313-315. TD Waterhouse lacks sufficient information to either admit or deny the allegations contained in Paragraphs 313-315 of the Complaint.

316. In response to Paragraph 316, TD Waterhouse restates and incorporates by reference its answers contained in the previous paragraphs as if fully set forth herein.

317-319. TD Waterhouse lacks sufficient information to either admit or deny the allegations contained in Paragraphs 317-319 of the Complaint.

320. In response to Paragraph 320, TD Waterhouse restates and incorporates by reference its answers contained in the previous paragraphs as if fully set forth herein.

321-323. TD Waterhouse lacks sufficient information to either admit or deny the allegations contained in Paragraphs 321-323 of the Complaint.

324. In response to Paragraph 324, TD Waterhouse restates and incorporates by reference its answers contained in the previous paragraphs as if fully set forth herein.

325. In response to Paragraph 325, TD Waterhouse states that the allegation that "Frank Miller and Maria Miller has [sic] an interest in TD Waterhouse" is too vague and ambiguous for TD Waterhouse to formulate a proper response and, therefore, is denied. TD

Waterhouse admits only that Frank and Maria Miller maintain accounts at TD Waterhouse, which have been frozen pursuant to the Order Approving Equitable Attachments in the Form of Reach-and-Apply Injunctions entered by the Court on February 25, 2005. TD Waterhouse further refers Plaintiff to its response to Paragraphs 288 and 291.

326. Paragraph 326 contains legal opinions and conclusions to which no response is required. By way of further response, TD Waterhouse admits that it maintains accounts registered to Frank and Maria Miller, which have been frozen pursuant to the Order Approving Equitable Attachments in the Form of Reach-and-Apply Injunctions entered by the Court on February 25, 2005.

327. Paragraph 327 contains a prayer for relief and, therefore, does not necessitate a response.

328. In response to Paragraph 328, TD Waterhouse restates and incorporates by reference its answers contained in the previous paragraphs as if fully set forth herein.

329-331. TD Waterhouse lacks sufficient information to either admit or deny the allegations contained in Paragraphs 329-331 of the Complaint.

332. In response to Paragraph 332, TD Waterhouse restates and incorporates by reference its answers contained in the pervious paragraphs as if fully set forth herein.

333-335. TD Waterhouse lacks sufficient information to either admit or deny the allegations contained in Paragraphs 333-335 of the Complaint.

336. In response to Paragraph 336, TD Waterhouse restates and incorporates by reference its answers contained in the pervious paragraphs as if fully set forth herein.

337-339. TD Waterhouse lacks sufficient information to either admit or deny the allegations contained in Paragraphs 337-339 of the Complaint.

Signed under the pains and penalties of perjury this 6th day of July, 2005.

_____
Janis Campanella, Esq.
Senior Vice President and Deputy General Counsel
TD Waterhouse Investor Services, Inc.
555 N. Federal Highway, #18-20
Boca Raton, FL  33432


Counsel for TD Waterhouse:
Pete S. Michaels
psm@michaelsward.com
Derek C. Anderson
dca@michaelsward.com
Deborah Gale Evans
dge@michaelsward.com

MICHAELS & WARD, LLP
One Liberty Square
Boston, Massachusetts  02109
(617) 350-4040
(617) 350-4050 (facsimile)

## CERTIFICATION

I hereby certify that on the 8 day of June, 2005 I served a copy of the foregoing Answer to Plaintiff's Second Amended Complaint by United States mail on

Patrick Manzo
Craig and Macauley Professional Corporation
Federal Reserve Plaza
600 Atlantic Avenue
Boston, MA 02210

_____
Derek C. Anderson
MICHAELS & WARD, LLP
One Liberty Square
Boston, Massachusetts 02109
dca@michaelsward.com
(617) 350-4040
Fax: (617) 350-4050