UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LASALLE BUSINESS CREDIT, LLC<br>f/k/a LASALLE BUSINESS CREDIT, INC.,<br>    Plaintiff,<br><br>    v.<br><br>GARY C. GITTO, et al.,<br>    Defendant,<br><br>    and<br><br>FLEET NATIONAL BANK, et al.,<br>    Trustee Process Defendant,<br><br>    and<br><br>DIRECT WOOD & PAPER PRODUCTS, et al.,<br>    Reach & Apply Defendants. | Case No. 04-12227-DPW |

**ANSWER OF M. ELLEN CARPENTER, CHAPTER 11
TRUSTEE IN BANKRUPTCY FOR DEFENDANTS TRADEX CORP.
AND TRADEX INTERNATIONAL CORP,
TO PLAINTIFF'S SECOND AMENDED COMPLAINT**

M. Ellen Carpenter, Chapter 11 Trustee in bankruptcy for Tradex International Corp. and Tradex Corp. ("Tradex"), by her undersigned counsel, hereby answers the Plaintiff's Second Amended Complaint ("Complaint") as follows:

1.-2.   Admitted.

3.-6.   Tradex is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraphs 3-6.

7.      Admitted.

8.-15.  Tradex is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraphs 8-15.

16. Admitted.

17. Tradex admits the first two sentences of paragraph 17. Tradex admits it owns the property at 140 Leominster-Shirley Road, Lunenburg, and denies Gitto Global's business is located at the property. Tradex is without knowledge or information sufficient to form a belief as to the remaining allegations contained in paragraph 17.

18.-49. Tradex is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraphs 18-49.

50. Admitted.

51. Tradex is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 51.

## COUNT I
## CIVIL RICO

52. Tradex incorporates, as though fully set forth herein, its answers to paragraphs 1-51.

53.-54. Tradex is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraphs 53-54.

55. Denied as to Tradex. Tradex is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in paragraph 55.

56. Admitted as to Tradex. Tradex is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in paragraph 56.

57. Denied as to Tradex. Tradex is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in paragraph 57.

58. Denied as to Tradex. Tradex is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in paragraph 58.

59.-89. Tradex is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraphs 59-89.

90.     Tradex admits that Charles Gitto, as President and Treasurer of Tradex, provided Clinton Savings Bank, as security for a line of credit, a limited non-recourse guaranty, a mortgage on the property occupied by Gitto Global, and a security interest in inventory. Tradex is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in paragraph 90.

91.     Tradex is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 91.

92.     Tradex admits Charles Gitto gave guarantees from Tradex and himself to Clinton Savings Bank. Tradex is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in paragraph 92.

93.-118.    Tradex is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraphs 93-118.

119.    Denied as to Tradex. Tradex is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in paragraph 119.

120.    Denied as to Tradex. Tradex is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in paragraph120.

121.-150.   Tradex is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraphs 121-150.

## COUNT II
## CONSPIRACY TO DEFRAUD

151. Tradex incorporates, as though fully set forth herein, its answers to paragraphs 1-150.

152. Denied as to Tradex. Tradex is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in paragraph 152.

153. Denied as to Tradex. Tradex is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in paragraph 153.

154.-168. Tradex is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraphs 154-168.

169. Denied as to Tradex. Tradex is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in paragraph 169.

170.-172. Tradex is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraphs 170-172.

## COUNT III
## USE OF DECEPTIVE PRACTICES
## IN VIOLATION OF MASS. GEN. L. C. 93A, §2

173. Tradex incorporates, as though fully set forth herein, its answers to paragraphs 1-172.

174.-192. The allegations contained in paragraphs 174-192 are not directed against Tradex, and thus no response is required. To the extent a response is required, Tradex is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraphs 174-192.

## COUNT IV
## CIVIL CONSPIRACY TO DEFRAUD

193. Tradex incorporates, as though fully set forth herein, its answers to paragraphs 1-192.

194. Denied as to Tradex. Tradex is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in paragraph 194.

195.-201. Tradex is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraphs 195-201.

202. Denied as to Tradex. Tradex is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in paragraph 202.

203.-204. Tradex is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraphs 203-204.

205. Tradex admits that Charles Gitto is the sole owner and stockholder of Tradex. Tradex is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in paragraph 205.

206. Tradex is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 206.

## COUNT V
## BREACH OF GUARANTY

207. Tradex incorporates, as though fully set forth herein, its answers to paragraphs 1-206.

208.-210. The allegations contained in paragraphs 208-210 are not directed against Tradex, and thus no response is required. To the extent a response is required, Tradex is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraphs 208-210.

211. Admitted.

212.-213. The allegations contained in paragraphs 212-213 are not directed against Tradex, and thus no response is required. To the extent a response is required, Tradex is

without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraphs 212-213.

## COUNT VI
## BREACH OF GUARANTEES

214.    Tradex incorporates, as though fully set forth herein, its answers to paragraphs 1-213.

215.-217.    The allegations contained in paragraphs 215-217 are not directed against Tradex, and thus no response is required.  To the extent a response is required, Tradex is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraphs 215-217.

218.    Admitted.

219.-220.    The allegations contained in paragraphs 219-220 are not directed against Tradex, and thus no response is required.  To the extent a response is required, Tradex is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraphs 219-220.

## COUNT VII
## TRUSTEE PROCESS

221.    Tradex incorporates, as though fully set forth herein, its answers to paragraphs 1-220.

222.-223.    The allegations contained in paragraphs 222-223 are not directed against Tradex, and thus no response is required.  To the extent a response is required, Tradex is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraphs 222-223.

## COUNT VIII
## TRUSTEE PROCESS

224.    Tradex incorporates, as though fully set forth herein, its answers to paragraphs 1-223.

225.-226.  The allegations contained in paragraphs 225-226 are not directed against Tradex, and thus no response is required. To the extent a response is required, Tradex is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraphs 225-226.

### COUNT IX
### TRUSTEE PROCESS

227.  Tradex incorporates, as though fully set forth herein, its answers to paragraphs 1-226.

228.-229.  The allegations contained in paragraphs 228-229 are not directed against Tradex, and thus no response is required. To the extent a response is required, Tradex is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraphs 228-229.

### COUNT X
### TRUSTEE PROCESS

230.  Tradex incorporates, as though fully set forth herein, its answers to paragraphs 1-229.

231.-232.  The allegations contained in paragraphs 231-232 are not directed against Tradex, and thus no response is required. To the extent a response is required, Tradex is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraphs 231-232.

### COUNT XI
### TRUSTEE PROCESS

233.  Tradex incorporates, as though fully set forth herein, its answers to paragraphs 1-232.

234.-235.  The allegations contained in paragraphs 234-235 are not directed against Tradex, and thus no response is required. To the extent a response is required, Tradex is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraphs 234-235.

## COUNT XII
## TRUSTEE PROCESS

236. Tradex incorporates, as though fully set forth herein, its answers to paragraphs 1-235.

237.-238. The allegations contained in paragraphs 237-238 are not directed against Tradex, and thus no response is required. To the extent a response is required, Tradex is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraphs 237-238.

## COUNT XIII
## TRUSTEE PROCESS

239. Tradex incorporates, as though fully set forth herein, its answers to paragraphs 1-238.

240.-241. The allegations contained in paragraphs 240-241 are not directed against Tradex, and thus no response is required. To the extent a response is required, Tradex is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraphs 240-241.

## COUNT XIV
## TRUSTEE PROCESS

242. Tradex incorporates, as though fully set forth herein, its answers to paragraphs 1-241.

243.-244. The allegations contained in paragraphs 243-244 are not directed against Tradex, and thus no response is required. To the extent a response is required, Tradex is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraphs 243-244.

## COUNT XV
## TRUSTEE PROCESS

245. Tradex incorporates, as though fully set forth herein, its answers to paragraphs 1-244.

246.-247.    The allegations contained in paragraphs 246-247 are not directed against Tradex, and thus no response is required.  To the extent a response is required, Tradex is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraphs 246-247.

## COUNT XVI
## TRUSTEE PROCESS

248.    Tradex incorporates, as though fully set forth herein, its answers to paragraphs 1-247.

249.-250.    The allegations contained in paragraphs 249-250 are not directed against Tradex, and thus no response is required.  To the extent a response is required, Tradex is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraphs 249-250.

## COUNT XVII
## TRUSTEE PROCESS

251.    Tradex incorporates, as though fully set forth herein, its answers to paragraphs 1-250.

252.-253.    The allegations contained in paragraphs 252-253 are not directed against Tradex, and thus no response is required.  To the extent a response is required, Tradex is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraphs 252-253.

## COUNT XVIII
## TRUSTEE PROCESS

254.    Tradex incorporates, as though fully set forth herein, its answers to paragraphs 1-253.

255.-256.    The allegations contained in paragraphs 255-256 are not directed against Tradex, and thus no response is required.  To the extent a response is required, Tradex is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraphs 255-256.

## COUNT XIX
## TRUSTEE PROCESS

257. Tradex incorporates, as though fully set forth herein, its answers to paragraphs 1-256.

258.-259. The allegations contained in paragraphs 258-259 are not directed against Tradex, and thus no response is required. To the extent a response is required, Tradex is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraphs 258-259.

## COUNT XX
## TRUSTEE PROCESS

260. Tradex incorporates, as though fully set forth herein, its answers to paragraphs 1-259.

261.-262. The allegations contained in paragraphs 261-262 are not directed against Tradex, and thus no response is required. To the extent a response is required, Tradex is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraphs 261-262.

## COUNT XXI
## TRUSTEE PROCESS

263. Tradex incorporates, as though fully set forth herein, its answers to paragraphs 1-262.

264.-265. The allegations contained in paragraphs 264-265 are not directed against Tradex, and thus no response is required. To the extent a response is required, Tradex is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraphs 264-265.

## COUNT XXII
## TRUSTEE PROCESS

266. Tradex incorporates, as though fully set forth herein, its answers to paragraphs 1-265.

267.-268.    The allegations contained in paragraphs 267-268 are not directed against Tradex, and thus no response is required. To the extent a response is required, Tradex is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraphs 267-268.

## COUNT XXIII
## TRUSTEE PROCESS

269.    Tradex incorporates, as though fully set forth herein, its answers to paragraphs 1-268.

270.-271.    The allegations contained in paragraphs 270-271 are not directed against Tradex, and thus no response is required. To the extent a response is required, Tradex is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraphs 270-271.

## COUNT XXIV
## TRUSTEE PROCESS

272.    Tradex incorporates, as though fully set forth herein, its answers to paragraphs 1-271.

273.-274.    The allegations contained in paragraphs 273-274 are not directed against Tradex, and thus no response is required. To the extent a response is required, Tradex is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraphs 273-274.

## COUNT XXV
## TRUSTEE PROCESS

275.    Tradex incorporates, as though fully set forth herein, its answers to paragraphs 1-274.

276.-277.    The allegations contained in paragraphs 276-277 are not directed against Tradex, and thus no response is required. To the extent a response is required, Tradex is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraphs 276-277.

## COUNT XXVI
## TRUSTEE PROCESS

278.   Tradex incorporates, as though fully set forth herein, its answers to paragraphs 1-277.

279.-280.   The allegations contained in paragraphs 279-280 are not directed against Tradex, and thus no response is required.  To the extent a response is required, Tradex is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraphs 279-280.

## COUNT XXVII
## TRUSTEE PROCESS

281.   Tradex incorporates, as though fully set forth herein, its answers to paragraphs 1-280.

282.-283.   The allegations contained in paragraphs 282-283 are not directed against Tradex, and thus no response is required.  To the extent a response is required, Tradex is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraphs 282-283.

## COUNT XXVIII
## TRUSTEE PROCESS

284.   Tradex incorporates, as though fully set forth herein, its answers to paragraphs 1-283.

285.-286.   The allegations contained in paragraphs 285-286 are not directed against Tradex, and thus no response is required.  To the extent a response is required, Tradex is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraphs 285-286.

## COUNT XXIX
## TRUSTEE PROCESS

287.   Tradex incorporates, as though fully set forth herein, its answers to paragraphs 1-286.

288.-289.    The allegations contained in paragraphs 288-289 are not directed against Tradex, and thus no response is required. To the extent a response is required, Tradex is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraphs 288-289.

## COUNT XXX
## TRUSTEE PROCESS

290.    Tradex incorporates, as though fully set forth herein, its answers to paragraphs 1-289.

291.-292.    The allegations contained in paragraphs 291-292 are not directed against Tradex, and thus no response is required. To the extent a response is required, Tradex is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraphs 291-292.

## COUNT XXXI
## TRUSTEE PROCESS

293.    Tradex incorporates, as though fully set forth herein, its answers to paragraphs 1-292.

294.-295.    The allegations contained in paragraphs 294-295 are not directed against Tradex, and thus no response is required. To the extent a response is required, Tradex is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraphs 294-295.

## COUNT XXXII
## TRUSTEE PROCESS

296.    Tradex incorporates, as though fully set forth herein, its answers to paragraphs 1-295.

297.-299.    The allegations contained in paragraphs 297-299 are not directed against Tradex, and thus no response is required. To the extent a response is required, Tradex is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraphs 297-299.

## COUNT XXXIII
## TRUSTEE PROCESS

300.    Tradex incorporates, as though fully set forth herein, its answers to paragraphs 1-299.

301.-303.    The allegations contained in paragraphs 301-303 are not directed against Tradex, and thus no response is required.  To the extent a response is required, Tradex is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraphs 301-303.

## COUNT XXXIV
## TRUSTEE PROCESS

304.    Tradex incorporates, as though fully set forth herein, its answers to paragraphs 1-303.

305.-307.    The allegations contained in paragraphs 305-307 are not directed against Tradex, and thus no response is required.  To the extent a response is required, Tradex is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraphs 305-307.

## COUNT XXXV
## TRUSTEE PROCESS

308.    Tradex incorporates, as though fully set forth herein, its answers to paragraphs 1-307.

309.-311.    The allegations contained in paragraphs 309-311 are not directed against Tradex, and thus no response is required.  To the extent a response is required, Tradex is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraphs 309-311.

## COUNT XXXVI
## TRUSTEE PROCESS

312.    Tradex incorporates, as though fully set forth herein, its answers to paragraphs 1-311.

313.-315.   The allegations contained in paragraphs 313-315 are not directed against Tradex, and thus no response is required. To the extent a response is required, Tradex is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraphs 313-315.

**COUNT XXXVII**
**TRUSTEE PROCESS**

316.   Tradex incorporates, as though fully set forth herein, its answers to paragraphs 1-315.

317.-319.   The allegations contained in paragraphs 317-319 are not directed against Tradex, and thus no response is required. To the extent a response is required, Tradex is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraphs 317-319.

**COUNT XXXVIII**
**TRUSTEE PROCESS**

320.   Tradex incorporates, as though fully set forth herein, its answers to paragraphs 1-319.

321.-323.   The allegations contained in paragraphs 321-323 are not directed against Tradex, and thus no response is required. To the extent a response is required, Tradex is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraphs 321-323.

**COUNT XXXIX**
**TRUSTEE PROCESS**

324.   Tradex incorporates, as though fully set forth herein, its answers to paragraphs 1-323.

325.-327.   The allegations contained in paragraphs 325-327 are not directed against Tradex, and thus no response is required. To the extent a response is required, Tradex is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraphs 325-327.

## COUNT XL
## TRUSTEE PROCESS

328.    Tradex incorporates, as though fully set forth herein, its answers to paragraphs 1-327.

329.-331.    The allegations contained in paragraphs 329-331 are not directed against Tradex, and thus no response is required.  To the extent a response is required, Tradex is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraphs 329-331.

## COUNT XLI
## TRUSTEE PROCESS

332.    Tradex incorporates, as though fully set forth herein, its answers to paragraphs 1-331.

333.-335.    The allegations contained in paragraphs 333-335 are not directed against Tradex, and thus no response is required.  To the extent a response is required, Tradex is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraphs 333-335.

## COUNT XLI [sic]
## TRUSTEE PROCESS

336.    Tradex incorporates, as though fully set forth herein, its answers to paragraphs 1-335.

337.    Admitted.

338.    This paragraph contains Plaintiff's legal conclusions, to which no response is required.  To the extent a response is required, Tradex denies the allegations.

339.    This paragraph contains Plaintiff's prayer for relief, to which no response is required.  To the extent a response is required, Tradex denies the allegations.

## AFFIRMATIVE DEFENSES

### First Affirmative Defense

Answering further, the Defendant states that the Plaintiff's Complaint fails to state a claim upon which relief may be granted.

### Second Affirmative Defense

Answering further, the Defendant states that the execution of a mortgage and guaranty as security was a transaction beyond the scope of authority of Tradex Corp., and an ultra vires act.

### Third Affirmative Defense

Answering further, the Defendant states that there was a lack of consideration for the mortgage and guaranty provided by Charles Gitto on behalf of Tradex Corp.

### Fourth Affirmative Defense

Answering further, the Defendant states that execution of the mortgage and guaranty by Charles Gitto on behalf of Tradex Corp. constitutes a breach of fiduciary duty.

    Respectfully submitted,

/s/ M. Ellen Carpenter
M. Ellen Carpenter (BBO # 554142)
ROACH & CARPENTER, P.C.
24 School Street
Boston, MA 02108
(617) 720-1800
mec@rc-law.com

Dated: July 29, 2005