# EXHIBIT B

```
   From: Max D. Stern <mdstern@sswg.com>
     To: panos@craigmacauley.com <panos@craigmacauley.com>
   Date: Thursday, June 23, 2005 1:55:51 PM
Subject: Gary Gitto bank account
 Folder: Inbox - Known/Max D. Stern
```

This is to confirm that Sovereign account 59204948547 is Gary Gitto's
only bank account.  This is further to confirm that we will obtain and
provide to you all statements and cancelled checks from this account
from the time the funds from the Gitto Sales account were deposited
into this account.


Max D. Stern
Stern Shapiro Weissberg & Garin LLP
90 Canal St.
5th Floor
Boston, MA 02114
617.742.5800
(fax) 617.742.5858
mdstern@sswg.com
www.sswg.com