# EXHIBIT C

**CRAIG AND MACAULEY** | PROFESSIONAL CORPORATION  
COUNSELLORS AT LAW

*www.craigmacauley.com*

FEDERAL RESERVE PLAZA  
600 ATLANTIC AVENUE  
BOSTON, MASSACHUSETTS 02210

TEL (617) 367-9500  
FAX (617) 742-1788

June 23, 2005

**VIA HAND DELIVERY – ROUND TRIP**

Clerk of the Court  
Suffolk County Superior Court  
Suffolk County Court House, 14th Floor  
Three Pemberton Square  
Boston, MA 02108

    Re:   <u>LaSalle Business Credit, LLC v. Gary C. Gitto</u>  
           <u>v. Sovereign Bank Suffolk Superior Court CA No. 05-02488</u>

Dear Sir/Madam:

    I enclose for filing in the referenced matter the following documents:

    1.   *Notice of Amendment to Complaint, Motion for Trustee Process and Affidavit of James Thompson*; and

    2.   *Notice of Dismissal.*

    Please indicate your receipt and filing of these pleadings by date-stamping the enclosed copies and returning them to the waiting messenger.

    Thank you.

                                      Sincerely,

                                      Patrick W. Manzo

PWM/jlt  
Enclosures

cc:   Christopher J. Panos, Esq.  
       Eric S. Rein, Esq.  
       Max D. Stern, Esq.

COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, ss

SUPERIOR COURT DEPT.
OF THE TRIAL COURT
CIVIL ACTION NO. 05-02488

LASALLE BUSINESS CREDIT, LLC,

    Judgment Creditor,

v.

GARY C. GITTO,

    Judgment Debtor,

v.

SOVEREIGN BANK,

    Trustee Process Defendant.

## NOTICE OF DISMISSAL

Pursuant to Rule 41(a)(1), Mass. R. Civ. P., LaSalle Business Credit, LLC ("LaSalle") hereby dismisses the Complaint against Defendant Gary C. Gitto and Trustee Process Defendant Sovereign Bank, without prejudice.

No Answer or dispositive motion has been filed by either of Gary C. Gitto or Sovereign Bank.

LASALLE BUSINESS CREDIT, LLC

By its attorneys,

Dated: June 23, 2005

_____
Christopher J. Panos (BBO#555273)
Patrick W. Manzo (BBO#651891)
Craig and Macauley
  Professional Corporation
Federal Reserve Plaza
600 Atlantic Avenue
Boston, Massachusetts 02210
(617) 367-9500

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the each other party or an attorney for each other party by hand on June 23, 2005.

_____
Patrick W. Manzo

2

COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, ss                                                SUPERIOR COURT DEPT.
                                                           OF THE TRIAL COURT
                                                           CIVIL ACTION NO. 05-02488

LASALLE BUSINESS CREDIT, LLC,

    Judgment Creditor,

v.

GARY C. GITTO,

    Judgment Debtor,

v.

SOVEREIGN BANK,

    Trustee Process Defendant.

## NOTICE OF AMENDMENT TO COMPLAINT, MOTION FOR TRUSTEE PROCESS AND AFFIDAVIT OF JAMES THOMPSON

Judgment Creditor LaSalle Business Credit, LLC ("LaSalle"), hereby amends its *Complaint*, as well as the *Motion for Trustee Process* (the "Motion") and supporting *Affidavit of James Thompson* (the "Affidavit") filed on June 20, 2005. Each of the Complaint (¶11), the Motion (¶8) and the Affidavit (¶10) incorrectly stated that Judgment Debtor Gary C. Gitto had "previously contributed (by roll-over) non-exempt funds to an Individual Retirement Account in an effort to frustrate LaSalle's attempt to collect on [a judgment held by LaSalle] and to defeat certain attachments granted in [a civil suit brought by LaSalle against Mr. Gitto]."

On September 15 and 20, 2004, upon information and belief, Mr. Gitto transferred a sum in excess of $190,000 from two brokerage accounts to an Individual Retirement Account. LaSalle believes that these funds were non-exempt funds and that the transfer to the IRA account was for the purpose of defeating the anticipated collection efforts of Mr. Gitto's creditors, including LaSalle. However, as the attachments referenced were not entered until October of 2004, and the judgment referenced did not issue until April of 2005, the transfers could not have been made to defeat any of the attachments or the judgment.

Accordingly, LaSalle hereby amends each of the Complaint ¶11, the Motion for Trustee Process ¶8 and the Affidavit of James Thompson ¶10 to read as follows:

"LaSalle believes that the Judgment Debtor has previously contributed (by roll-over) non-exempt funds to an Individual Retirement Account in an effort to frustrate the collection efforts of the Judgment Debtor's creditors, including LaSalle."

2

                        LASALLE BUSINESS CREDIT, LLC

                        By its attorneys,

Dated: June 23, 2005

                        Christopher J. Panos (BBO#555273)
                        Patrick W. Manzo (BBO#651891)
                        Craig and Macauley
                          Professional Corporation
                        Federal Reserve Plaza
                        600 Atlantic Avenue
                        Boston, Massachusetts 02210
                        (617) 367-9500

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the each other party or an attorney for each other party by hand on June 23, 2005.

                        Patrick W. Manzo