# EXHIBIT D

**CRAIG AND MACAULEY** | PROFESSIONAL CORPORATION

COUNSELLORS AT LAW

*www.craigmacauley.com*

FEDERAL RESERVE PLAZA
600 ATLANTIC AVENUE
BOSTON, MASSACHUSETTS 02210

TEL (617) 367-9500
FAX (617) 742-1788

June 23, 2005

**Via Hand Delivery**

Sovereign Bank
ATTN: Legal Department
One Federal Street
Boston, MA 02211

      Re:    LaSalle Business Credit, LLC v. Gary C. Gitto and Sovereign Bank,
               Trustee Process Defendant, SUCV 05-02488

Dear Madam or Sir:

    This firm represents LaSalle Business Credit, LLC ("LaSalle"), the judgment creditor/plaintiff in the referenced action. On June 20, 2005, upon LaSalle's application, the court issued an attachment on trustee process of all goods, effects and credits of Defendant Gary C. Gitto in the hands of Sovereign Bank.

    LaSalle has agreed with Mr. Gitto to dismiss the referenced case and release the trustee process attachment. A copy of the Notice of Dismissal filed by LaSalle with the Court is enclosed herein.

    Please release the attachment on Mr. Gitto's funds immediately.

    I am available to discuss any questions you may have regarding this request. Thank you for your cooperation.

                                Sincerely,

                                Patrick W. Manzo

cc:    Christopher J. Panos, Esq.
       Eric S. Rein, Esq.
       Max Stern, Esq.