# EXHIBIT A

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No. 04-12227 (DPW)

LASALLE BUSINESS CREDIT, LLC f/k/a )
LASALLE BUSINESS CREDIT, INC. )
)
Plaintiff, )
)
v. )
)
GARY C. GITTO, et al, )
)
Defendants )

### AFFIDAVIT OF GARY C. GITTO IN OPPOSITION TO PLAINTIFF'S MOTION TO REACH AND APPLY HIS INDIVIDUAL RETIREMENT ACCOUNT

I, Gary C. Gitto, hereby depose and say, under the penalties of perjury:

1. I am a defendant in the above-entitled case.

2. My IRA account at Lehman Brothers, Inc. was established by rollover of a pre-existing retirement account to which I had contributed during my employment at Gary Chemical Corporation.

3. I have made no contributions to the IRA since it was established in 2000. Exhibit B, attached to the Opposition, is a true copy of the February 2000 account statement showing its establishment by IRA rollover.

4. I did withdraw funds from the IRA in the summer of 2004 and within sixty days thereafter repaid a total of $192,130.74 of the funds withdrawn. Exhibits C and D are true copies of the July 2004 and September 2004 statements.

*Gary C. Gitto*

Dated: 8/1-05

G:\SSWG\Gitto\LaSalle Business Credit\LaSalle v. Gitto\Affidavit of Gary Gitti in opp to reach & apply of IRA.wpd

-2-