# EXHIBIT B

J3586349057400283

# LEHMAN BROTHERS INC.
Individual Retirement Account

February 29, 2000

Page 1 of 3

0358
0574-
SC#
SS #

MR GARY CHARLES GITTO
IRA ROLLOVER CUSTODIAN
24 NANCY COURT
LEOMINSTER MA 01453-3480

Your Investment Representative    Account number

JOHN HAGE
LEHMAN BROTHERS INC.
260 FRANKLIN STREET
14TH. FLOOR
BOSTON MA 02110
800-343-2976

| Account value | Last period | This period |
|---|---|---|
| Cash balance | $0.00 | $169,402.41 |
| Money funds | 0.00 | 167,431.55 |
| Net value this period | | $336,833.96 |
| Bulletin board | | |

Please visit our website at www.lehman.com
Please take note that if, for any reason, you are unable to get through to the local office handling your account(s), you may call our general client information number at 1-888-LEHMAN9 or any of our other offices at the following numbers:

Atlanta 1-800-241-0638, Buenos Aires (call Miami) 001-305-789-8700, Boston 1-800-343-2976, Chicago 1-800-621-2246, Dallas 1-800-297-5705, London 44171-260-1701, Los Angeles 1-800-582-4904, Miami 1-800-627-7806, New York 1-800-392-5000, Palm Beach 1-800-924-0148, Philadelphia 1-877-204-6438, San Francisco 1-800-227-3325, Santiago (call Miami) 1230-020-2335.

03586349057400283

0358

LEHMAN BROTHERS INC.
Individual Retirement Account

February 29, 2000

xxx GARY CHARLES GITTO

Account number    0574

## Cash and money funds balance

|                 | This period   | This year     |
|-----------------|---------------|---------------|
| Opening balance | $ 0.00        |               |
| Deposits        | 336,853.96    | 336,853.96    |
| Closing balance | $ 336,853.96  |               |

## IRA activity summary

### Deposit summary

The IRS requires that we report only the total amount contributed to your IRA during the calendar year. It is your responsibility to determine which contributions, if any, are deductible when you calculate your income tax. The designations shown below are based on information you provided to your Investment Representative.

### Contributions

| Description              | Deductible portion | Non-deductible portion | Unspecified | Total  |
|--------------------------|--------------------|------------------------|-------------|--------|
| Contributions for 2000   | $ 0.00             | $ 0.00                 | $ 0.00      | $ 0.00 |

## Portfolio details

This section shows the holdings in your account. It reflects values as of the close of business on 02/29/00.

### Money funds

| Description                        | No. of shares | Market value |
|------------------------------------|---------------|--------------|
| xxAUTOMATED CASH MGMT TRUST II     | 167,431.55    | $ 167,431.55 |
| Total value of money funds         |               | $ 167,431.55 |

## Transaction details

### Deposits

| Date     | Description                     | Comment | Amount     |
|----------|---------------------------------|---------|------------|
| 02/28/00 | 101000028 STATE STREET BAN      |         | $ 51,858.31 |
|          | IRA TRANSFER                    |         |            |
| 02/28/00 | 101000028 STATE STREET BAN      |         | 73,972.51  |
|          | IRA TRANSFER                    |         |            |
| 02/28/00 | 101000028 STATE STREET BAN      |         | 41,600.73  |
|          | IRA TRANSFER                    |         |            |

0035835490574000283

LEHMAN BROTHERS INC.  
Individual Retirement Account

Page 3 of 3

February 29, 2000

xxx GARY CHARLES GITTO

Account number    0574

0358

**Deposits - continued**

| Date | Description | Amount |
|---|---|---|
| 02/29/00 | 101000028 STATE STREET BAN IRA TRANSFER | $ 292.39 |
| 02/29/00 | 101000028 STATE STREET BAN IRA TRANSFER | 169,110.02 |
| | Total deposits | $ 336,833.96 |

**Money funds activity**

Opening money funds balance    $ 0.00  All transactions are traded at 1.00 USD ($) per share.

| Date | Activity Description | Activity Amount | Description | Closing balance |
|---|---|---|---|---|
| 02/29/00 | Investment | xxAUTOMATED CASH MGMT TRUST II FROM CASH ACCOUNT BALANCE | 167,431.55 | |

Amount  
$ 167,431.55