# EXHIBIT C

# LEHMAN BROTHERS

## Individual retirement account

****0574

*** GARY CHARLES GITTO
July 1 - July 31, 2004

**Your investment representative:**
JOHN HAGE
LEHMAN BROTHERS INC.
260 FRANKLIN STREET
14TH. FLOOR
BOSTON  MA 02110
TEL: 877-535-9267

Copies of this statement have been sent to:
LOUIS LELLEGRINE, JR. CPA, PC
834-80574

*** GARY CHARLES GITTO
ROLLOVER CUST
P.O. BOX 563
LUNENBURG MA  01462-0583

### Portfolio summary

3. Account value
4. Change in account value
   Contribution summary
   Distribution summary
5. Tax spotlight
6. Holdings
7. Activity
8. Cash investment summary
9. Tax lots
   Realized gains and losses

### Valuation summary:

Valuation currency: USD
Last period account value
  548,257.49
This period account value
  150,484.06

All transaction dates appearing on this statement are settlement dates, unless otherwise labeled.

### Bulletin board *(continued on pg. 4)*

At May 31, 2004, Lehman Brothers Inc.'s (LBI) regulatory net capital, as defined, of $2,418 million exceeded the minimum requirement by $2,161 million. At June 30, 2004, LBI's regulatory net capital, as defined, of $1,986 million exceeded the minimum requirement by $1,721 million.

For additional information, LBI and Subsidiaries' Unaudited Consolidated Statement of Financial Condition as of May 31, 2004, is available at no cost by accessing the Lehman Brothers Website, http://www.lehman.com or https://live.lehman.com, or by calling the toll-free number 1-800-688-9826 and entering extension 50858.

NASD Regulation Public Disclosure Info: nasd.com or (800) 289-9999. NASD Brochure also available from your IR.

LehmanLive provides 24 hour access to your account information. You will have access to your account summary, positions, statements, trade confirmations and year-end tax reports. Contact your investment Representative for assistance in accessing LehmanLive.

Member SIPC

The Multi-tone area of this document changes gradually from light to dark. Heat sensitive "SECURITY MARK" on front of the document turns from Grey to Clear when heat is applied.

page 1 of 9
CS-83466209

1/5/2005 2:16  PAGE 2/10  LEHMAN BROTHERS  LEHMAN BROTHERS

# LEHMAN BROTHERS

**Individual retirement account**

\*\*\* GARY CHARLES GITTO
July 1 – July 31, 2004

0574

## Understanding your portfolio statement

Client Services Department. Within the U.S. 800-253-4626
International 201-524-5300
Please contact us immediately to report any errors, omissions or discrepancies you find in your statement. Please send written inquiries to your investment representative or to:

Lehman Brothers Inc.
Compliance Division
399 Park Avenue, 11th Floor
New York, NY 10022-3763

If you have any questions about your statement or you have a material change in your investment objectives or financial situation, please call us.

A financial statement of Lehman Brothers Inc. is available for your personal inspection at our offices, or a copy of it will be mailed upon your written request.

Transaction charges Details of transaction charges and commissions are displayed on transaction confirmations, which have been mailed separately to you. We will also send you this information upon request.

Client order policy We route client orders to the market where we believe clients receive the best execution, taking into account price, reliability, market depth, quality of service, speed and efficiency. Ordinarily, we will route orders only to markets where there is an opportunity for them to be executed at better prices than the quoted bid or offer. Lehman Brothers does not accept hard-dollar payment for directing customer orders to particular broker/dealers or market centers. However, we may receive discounts, rebates, reductions of fees or credits as a result of the overall volume of our trading activity or directing certain orders. But these benefits will generally not be sufficient to offset the cost of directing orders to such broker/dealers or market centers. If your statement indicates that a security was delivered to you or your designated representative, and you have not received it within three weeks, you must notify your branch office immediately. If you do not receive your branch office within 5 months of the statement delivery date, Lehman Brothers Inc. will not be responsible for the cost of posting a replacement bond.

Pricing and foreign exchange rates We obtain pricing and foreign exchange rates from various outside sources and do not guarantee the accuracy, reliability, completeness or attainability of this information. The prices and rates in this statement indicate values as of the close of business on the last business day of the month only.

Cost basis The unit cost for securities have been obtained from various outside sources, including, where applicable, supplied by you. We do not guarantee the accuracy, reliability or completeness of this information. Cost basis and associated realized gain and loss information has been provided to you as a courtesy. Such information may not reflect all adjustments necessary for tax reporting purposes. You should verify cost basis and corresponding gain/loss information against your own records when calculating responsible for the accuracy of cost basis and gain/loss information reported to federal, state and other taxing authorities.

## Understanding Research Ratings

Your statement may contain ratings for equity securities that are covered by Lehman Brothers' research. The ratings reflect the current ratings as of the end of the applicable reporting period. In addition to Lehman Brothers' research ratings, we provide ratings from an Independent Research Provider ("IRP"), for U.S. companies and non-U.S. companies for which the U.S. is the principal equity trading market and certain other companies with significant U.S. trading volume. BNY Jaywalk Inc. serves as an intermediary to provide coverage from a variety of IRPs. An Independent Consultant selects the IRP whose ratings appear on your statement based upon a variety of factors, including the IRP's record of recommendations, consistency of performance and frequency of ratings changes and other factors. The IRP ratings (1-Buy, 2-Hold, 3-Sell) appear with the Lehman Brothers rating in the HOLDINGS section of your statement, under the heading "Comment/Research Rating". The IRP ratings differ from Lehman Brothers' ratings. A guide to the Lehman Brothers rating system is listed below.

### Research Ratings

| | |
|---|---|
| 1 - Overweight: | The stock is expected to outperform the unweighted expected total return of the industry sector over a 12 month investment horizon. |
| 2 - Equal Weight: | The stock is expected to perform in line with the unweighted expected total return of the industry sector over a 12 month investment horizon. |
| 3 - Underweight: | The stock is expected to underperform the unweighted expected total return of the industry sector over a 12 month investment horizon. |
| RS Rating Suspended: | The stock rating and target price have been suspended temporarily to comply with applicable regulations and/or firm policies in certain circumstances including when Lehman Brothers Inc. is acting in an advisory capacity in a merger or strategic transaction involving the company. |

### Industry Ratings

| | |
|---|---|
| 1 - Pos / Positive: | Sector fundamentals/valuations are improving. |
| 2 - Neu / Neutral: | Sector fundamentals are neither improving nor deteriorating. |
| 3 - Neg / Negative: | Sector fundamentals/valuations are deteriorating. |

Taxes For tax reporting purposes, you should rely on the official tax forms we send you after the end of the year.

Funds and securities Clients funds and securities are held at Lehman Brothers. We will pay you a free credit balance in any account, except if for regulated commodity accounts, on demand. These funds may be used for our business purposes and are properly accounted for on our record book.

Late charges If you purchase securities in your cash account and do not make payment by the settlement day, you may have to pay a late charge.

Interest charges Any interest you are charged is generally calculated from the 21st day of each month through the 20th day of the following month. When the 20th day falls on a weekend or holiday, the interest is calculated through that weekend or holiday, and the next business day is the start of the next interest period.

To calculate interest charges, we do the following:
Net average debit balance x interest rate x number of days the debit was outstanding x 1/360

We charge you interest on the debit balance in your account. Interest charges that are not paid will be added to the opening balance debit balance in your account for the next interest period.

Credit balances In accordance with New York Stock Exchange Rule 436, it is our understanding that any free credit balances in your account are being maintained for the purpose of investing those amounts through us.

General information All transactions are subject to the constitutions, rules, regulations, customs, usages, rulings and interpretations of the pertinent exchanges, markets, self-regulatory organizations and clearing houses, as well as the terms and conditions set forth on the reverse side of Lehman's trade confirmation. All balances are subject to verification. Post-settlement statements and other differences may appear on subsequent statements. We and our affiliates trade for our own accounts, including as odd lot dealers, block positioners or arbitrageurs. At the time of any transaction in your account, we or our affiliates may have a long or short position in the same security and our positions may be completely or partially hedged. This statement should be preserved, as it may be necessary for the preparation and subsequent examination of your income tax return and to verify interest charges that may appear on your next statement.
We are required by law to report to the Internal Revenue Service certain dividends, bond interest and the net proceeds of certain transactions. For tax reporting purposes, you should rely on the 1099 forms that you will receive from us after the end of the year.

Member of SIPC Lehman Brothers Inc. is a member of the Securities Investor Protection Corporation (SIPC). Under SIPC regulations, Lehman Brothers Inc. must protect the securities and cash held in client accounts up to $500,000 per client (including up to $100,000 for claims for cash). In addition to the coverage required by SIPC, Lehman Brothers Inc. carries coverage protection from the Customer Asset Protection Company. Thus, the securities and cash held by clients by Lehman Brothers Inc. are protected up to each client's net equity. This coverage does not protect against changes in market value. Securities lending, borrowing transactions (including repurchase and reverse repurchase agreements), and private equity may not be protected by SIPC. Sweep funds in the Lehman Brothers Bank Cash Deposit Account are also not covered by SIPC.

# LEHMAN BROTHERS

**Individual retirement account**

▇▇▇ 0574

\*\*\* GARY CHARLES GITTO

July 1 – July 31, 2004

## Account value

| | Last period | This period | % change |
|---|---|---|---|
| Equities | $342,211.00 | $0.00 | -100.0% |
| Fixed income | 49,250.00 | 0.00 | -100.0 |
| Cash and cash equivalents | 156,796.43 | 150,484.06 | -4.0 |
| **Total account value** | **$548,257.43** | **$150,484.06** | **-72.5%** |

## Contribution summary

| | This period | This year |
|---|---|---|
| Contributions made for 2004 | $0.00 | $0.00 |

The IRS requires that we report only the total amount contributed to your retirement fund during the calendar year. It is your responsibility to determine which contributions, if any, are deductible. The designations shown above are based on information you have provided to your investment representative.

## Distribution summary

| | This period | This year |
|---|---|---|
| Gross distributions | $386,877.19 | $386,877.19 |

## Change in account value

Interest and dividends for this year include all income received in 2004. Please see the Tax Spotlight section for a summary of income that may be reportable in 2004.

| | This period | This year |
|---|---|---|
| Opening portfolio value | $548,257.43 | $430,974.66 |
| Withdrawals | -386,877.19 | -386,912.19 |
| Interest | 27.41 | 1,843.56 |
| Dividends | 0.00 | 200.00 |
| Other income | 0.00 | 1,233.00 |
| Change in market value\* | -10,923.59 | 40,145.03 |
| **Closing portfolio value** | **$150,484.06** | |

You sold or redeemed -$380,077.58 of securities this statement period.

\* May include securities transferred in or out of your account.

# LEHMAN BROTHERS

**Individual retirement account**

▮▮▮574

*** GARY CHARLES GITTO
July 1 – July 31, 2004

page 4 of 9

## Tax spotlight

This is not a tax document. *This information is being provided for your convenience and is for informational purposes only. For tax reporting, you should rely on your official tax documents. Transactions requiring tax consideration should be reviewed with your accountant or tax advisor.*

### Reportable Income

|  | This period | This year |
|---|---|---|
| Dividends | $0.00 | $200.00 |
| Interest | 27.41 | 36.43 |
| Other | 0.00 | 1,233.00 |
| **Total** | **$27.41** | **$1,469.43** |

### Realized capital gains and losses

| Long-term gains and losses | $165,717.51 | $165,717.51 |
|---|---|---|

### Non-reportable Income

| Non-taxable interest earned | $0.00 | $1,806.57 |
|---|---|---|

### Additional Information

| Proceeds from sales | $380,077.58 | $380,077.58 |
|---|---|---|

*Cash In Lieu (C-I-L) proceeds from fractional shares are not included in this section. The IRS does not require reporting on C-I-L under $20. Higher amounts will appear on your year end tax form based on your tax reporting status.*

## Bulletin board *(continued from pg. 1)*

Lehman Brothers is committed to complying with various customer identification and verification obligations. We may ask you to provide documentation or additional information, as necessary, to enable Lehman Brothers to comply with these requirements. We may also screen your name against various databases to verify your identity. This verification applies to both new accounts and when changes are made to existing accounts. Please be assured that this information and documentation will be treated with the highest regard to your personal privacy.

# LEHMAN BROTHERS

**Individual retirement account**

\*\*\* GARY CHARLES GITTO

July 1 - July 31, 2004

▮0574

## HOLDINGS

*In instances where prices of securities are not readily available, securities have no values, securities have not been actively traded or where other factors prevent the pricing of securities, "--" appears in the market price column, the market value for the security is not computed and the total equity in your account does not reflect the long or short market value (if any) of those securities. Please also note that totals may differ from the sum on individual components due to rounding.*
*Unrealized gains/loss total reflects all positions for which a cost basis is available. Please review the Tax Lot section for details regarding cost basis.*

### Cash and cash equivalents

| Cash Investments | Quantity | | Market value | | Comment |
|---|---|---|---|---|---|
| LEHMAN BANK CASH DEPOSIT ACCT | 24.23 | | $ 24.23 | | |

*Funds on deposit with Lehman Brothers Bank Cash Deposit Account are not covered by SIPC or the Firm's supplemental insurance policies. These funds will be insured by the FDIC up to $100,000 per depositor in each insurable capacity (e.g. individual/joint account, IRA, etc.) when aggregated with other deposits held in the same capacity at Lehman Brothers Bank. Funds in excess of the applicable deposit insurance limit will not be insured by FDIC.*

| SAVRs | Par | Market price | Market value<br>Accrued interest | Comment |
|---|---|---|---|---|
| VOLUSIA CNTY FLA INDL DEV AUTH<br>REV SAVRS-RFDG-CONV<br>N/A 8/3/2004<br>DUE 01 DEC 2028 @ 3.740%<br>ISIN: US928837AB17<br>VARIABLE RATE | $ 150,000 | $ 100.00 | $ 150,000.00<br>459.83 | In cash account<br>Moody's N.R. |

| | | | Market value (USD)<br>Accrued int. (USD) | |
|---|---|---|---|---|
| **Total Cash and cash equivalents** | | | $ 150,024.23<br>$ 459.83<br>$ 150,484.06 | |

# LEHMAN BROTHERS

**Individual retirement account**

\*\*\* GARY CHARLES GITTO
[REDACTED]0574
July 1 - July 31, 2004

## ACTIVITY

### Security transactions

| Security | Type | Trade date | Settlement date | Quantity | Price | Amount | Comment |
|---|---|---|---|---|---|---|---|
| AMC ENTERTAINMENT INC | Sold | 19 Jul 2004 | 22 Jul 2004 | -5,000 | $14.502 | $71,779.35 | AVG PRICE SHOWN- DETAILS ON REQ |
| DAVITA INC | Sold | 19 Jul 2004 | 22 Jul 2004 | -3,000 | 31.95 | 94,887.40 | AVG PRICE SHOWN- DETAILS ON REQ |
| FORD MOTOR CO DEL PAR $0.01 | Sold | 20 Jul 2004 | 22 Jul 2004 | -1,000 | 14.26 | 14,113.21 | |
| KINDER MORGAN ENERGY PARTNERS LP-UNITS LTD PARTNERSHIP INT | Sold | 19 Jul 2004 | 22 Jul 2004 | -900 | 44.24 | 39,413.05 | |
| LBH SPX SUNS 2 66% PART SUNS ON S&P 500 INDEX 100% MIN REDEMPTION DEC06-MAT | Sold | 19 Jul 2004 | 22 Jul 2004 | -50,000 | 97.38 | 48,686.15 | DUE 12/26/2006 YIELD 1.097% TO MATY |
| OWENS ILLINOIS INC NEW | Sold | 19 Jul 2004 | 22 Jul 2004 | -5,000 | 15.743 | 77,924.13 | AVG PRICE SHOWN- DETAILS ON REQ |
| WESCO INTERNTIONAL INC | Sold | 19 Jul 2004 | 22 Jul 2004 | -2,000 | 16.807 | 33,274.21 | AVG PRICE SHOWN- DETAILS ON REQ |
| FORD MOTOR CO DEL PAR $0.01 | Cancel sell | 20 Jul 2004 | 23 Jul 2004 | 1,000 | 14.26 | -14,113.21 | ORIGINAL SETTLEMENT 07/22/04 TO CXL PREVIOUS SELL |
| FORD MOTOR CO DEL PAR $0.01 | Sold | 20 Jul 2004 | 23 Jul 2004 | -1,000 | 14.26 | 14,113.21 | ORIGINAL S/D 07/22/04 PROCESSED 07/23/04 |
| **Total USD security transactions** | | | | | | **$ 380,077.58** | |

### Withdrawls

| | Date | Tracking code | Reference No. | Amount | Comment |
|---|---|---|---|---|---|
| REF ID:0723B1OGC04O004572 FUNDS WIRED TO CLINTON SAVINGS BANK GARY C GITTO | 23 Jul 2004 | | | $386,877.19 | |

### Interest

| | Date | Taxable amt. | Tax withheld | Non-taxable amt | Amount | Comment |
|---|---|---|---|---|---|---|
| LEHMAN BANK CASH DEPOSIT ACCT | 16 Jul 2004 | $3.18 | | | $3.18 | MONTHLY INTEREST FOR PERIOD 06/16/04-07/15/04 28 DAYS AVERAGE YIELD 0.63 % |
| LEHMAN BANK CASH DEPOSIT ACCT | 27 Jul 2004 | 24.23 | | | 24.23 | INTEREST PAYMENT |
| **Total USD interest** | | **$ 27.41** | | | **$ 27.41** | |
| Total USD interest - 2004 | | $ 27.41 | | | | |

The taxable and non-taxable designations provided above refer to the US income tax treatment of distributions from your securities. The designations are accurate to the best of our knowledge. Clients should consult with a tax advisor regarding the tax treatment of their investments.

page 6 of 9

# LEHMAN BROTHERS

**Individual retirement account**
\*\*\* GARY CHARLES GITTO
July 1 - July 31, 2004

Account ending 0574

## Cash investment summary

| | Type | Date | Amount | Comment |
|---|---|---|---|---|
| **Opening balance** | | | $ 6,367.54 | |
| LEHMAN BANK CASH DEPOSIT ACCT | Transfer-in | 01 Jul 2004 | 426.89 | |
| LEHMAN BANK CASH DEPOSIT ACCT | Transfer-in | 16 Jul 2004 | 3.18 | REINVEST |
| LEHMAN BANK CASH DEPOSIT ACCT | Transfer-in | 23 Jul 2004 | 380,077.56 | |
| LEHMAN BANK CASH DEPOSIT ACCT | Transfer-out | 26 Jul 2004 | -386,877.19 | |
| LEHMAN BANK CASH DEPOSIT ACCT | Transfer-in | 28 Jul 2004 | 24.23 | |
| **Closing balance** | | | $ 24.23 | |

# LEHMAN BROTHERS

**Individual retirement account**

*** GARY CHARLES GITTO
July 1 - July 31, 2004

page 8 of 9

## TAX LOTS

** Term: S = Short, L = Long, L/S = (60% long; 40% short)
*** Please contact your Investment Representative to find out how to update your cost basis information.

### Cash and cash equivalents

| | Quantity or Par | Settle date | Unit cost | Total cost | Market price | Market value | Unrealized gain/loss | Term ** |
|---|---|---|---|---|---|---|---|---|
| SAVRs - long | | | | | | | | |
| VOLUSIA CNTY FLA INDL DEV AUTH REV SAVRS-RFDG-CONV N/A 8/3/2004 RMD 3.74 12/01/2028 | 10,000 | | Not available*** | | $ 100.00 | $ 10,000.00 | N/A | |
| | 140,000 | | | 100.00 | 140,000.00 | | | |
| | | | | 100.00 | 140,000.00 | | N/A | |

# LEHMAN BROTHERS

**Individual retirement account**

*** GARY CHARLES GITTO
July 1 - July 31, 2004

D574

## REALIZED GAINS AND LOSSES

*Cash-in-lieu transactions are not included in this figure. This may cause the value of your realized gains or losses to differ from the value of your gross proceeds or your total amount sold or redeemed. Realized gain/loss is calculated using adjusted unit cost. Please consult your tax advisor to determine if your situation requires that you use unit cost for your realized gain/loss.*

### US Dollar (USD)

| | Settlement date | Quantity | Unit cost Adj. unit cost | Total cost Adj. total cost | Price | Gross proceeds | Days held | Realized gain/loss Short-term | Long-term |
|---|---|---|---|---|---|---|---|---|---|
| AMC ENTERTAINMENT INC | 22 Jul 2004 | 2,000 | $ 5.22 | $ 10,453.85 | $ 14.36 | $28,711.74 | 1,232 | | $ 18,257.89 |
| AMC ENTERTAINMENT INC | 22 Jul 2004 | 3,000 | 5.27 | 15,828.85 | 14.35 | 43,067.61 | 1,232 | | 27,238.76 |
| AMC ENTERTAINMENT INC | 22 Jul 2004 | 3,000 | 11.85 | 35,571.69 | 31.62 | 94,887.48 | 1,241 | | 59,315.79 |
| DAVITA INC | 22 Jul 2004 | 1,000 | 25.98 | 25,960.39 | 14.11 | 14,113.21 | 1,373 | | -11,847.18 |
| FORD MOTOR CO DEL | 22 Jul 2004 | 900 | 39.35 | 35,415.00 | 43.79 | 39,413.05 | 422 | | 3,998.05 |
| KINDER MORGAN ENERGY PARTNERS | 22 Jul 2004 | 500 | 100.00 | 50,003.85 | 97.37 | 48,686.15 | 946 | N/A | N/A |
| ***LBH SPX SUNS 2 | 22 Jul 2004 | 5,000 | 6.57 | 32,878.29 | 15.58 | 77,924.13 | 1,373 | | 45,045.84 |
| OWENS ILLINOIS INC NEW | 22 Jul 2004 | 100 | 7.68 | 768.65 | 16.63 | 1,663.71 | 897 | | 894.86 |
| WESCO INTERNATIONAL INC | 22 Jul 2004 | 1,900 | 4.63 | 8,797.00 | 16.63 | 31,610.50 | 897 | | 22,813.50 |
| Total USD realized gains and losses | | | | | | $ 380,077.58 | | $0.00 | $ 165,717.51 |
| **Total realized gains and losses** | | | | | | **$ 380,077.58** | | **$0.00** | **$ 165,717.51** |
| **Total realized gains and losses year-to-date** | | | | | | **$ 380,077.58** | | **$0.00** | **$ 165,717.51** |