# EXHIBIT G

COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.                                                          SUPERIOR COURT
                                                                      CIVIL ACTION NO. 04-04414

| | |
|---|---|
| ORIX FINANCIAL SERVICES, INC., <br> Plaintiff, <br><br> v. <br><br> GARY C. GITTO and FRANK MILLER, <br> Defendants <br><br> and <br><br> DIRECT WOOD & PAPER PRODUCTS, INC. and LEHMAN BROTHERS, INC. <br><br> Reach and Apply Defendant <br><br> and <br> FLEET BANK, N.A. and LEHMAN BROTHERS, INC. <br> Trustees | **STIPULATION REGARDING MOTION TO CHARGE TRUSTEES** |

The undersigned hereby stipulate that the Plaintiff's Motion to Charge Trustees be resolved as follows:

1. The Trustee Fleet Bank, N.A. may be charged and be ordered to pay over to the Plaintiff any amounts held by it; and

2. The Trustee and Reach and Apply Defendant Lehman Brothers, Inc. be charged on its Answer and be ordered to pay to Plaintiff the sum of $40,000.00 out of the Individual Retirement Account # 834-90574 in the name of Gary C. Gitto.

3. The Trustee Lehman Brothers, Inc. hereby withdraws its opposition to the motion to

1.

charge Trustees, as does the Defendant Gary Gitto.

| | |
|---|---|
| ORIX Financial Services, Inc.<br>By its attorneys, | Gary Gitto<br>By his attorney |

_____
Richard E. Gentilli
BBO # 189080
Bartlett Hackett Feinberg P.C.
10 High Street- Suite 920
Boston, MA 02110
617/422-0200

_____
David M. Nickless
BBO # 371920
Nickless & Phillips
495 Main Street
Fitchburg, MA 01420
978/342-4590

Lehman Brother, Inc.
by its attorney

_____
Christopher P. Litterio
BBO # 551098
Ruberto, Israel & Weiner, P.C.
100 North Washington Street
Boston, MA 02114
617/742-4200

DATED:    February 7, 2005

2

charge Trustees, as does the Defendant Gary Gitto.

| | |
|---|---|
| ORIX Financial Services, Inc.<br>By its attorneys,<br><br>/s/ Richard E. Gentilli<br>Richard E. Gentilli<br>BBO # 189080<br>Bartlett Hackett Feinberg P.C.<br>10 High Street- Suite 920<br>Boston, MA 02110<br>617/422-0200 | Gary Gitto<br>By his attorney<br><br>_____<br>David M. Nickless<br>BBO # 371920<br>Nickless & Phillips<br>495 Main Street<br>Fitchburg, MA 01420<br>978/342-4590 |
| Lehman Brother, Inc.<br>by its attorney<br><br>_____<br>Christopher P. Litterio<br>BBO # 551098<br>Ruberto, Israel & Weiner, P.C.<br>100 North Washington Street<br>Boston, MA 02114<br>617/742-4200 | |

DATED:   February 9, 2005

2

charge Trustees, as does the Defendant Gary Gitto.

| ORIX Financial Services, Inc.<br>By its attorneys, | Gary Gitto<br>By his attorney |
|---|---|

Richard E. Gentilli
BBO # 189080
Bartlett Hackett Feinberg P.C.
10 High Street- Suite 920
Boston, MA 02110
617/422-0200

David M. Nickless
BBO # 371920
Nickless & Phillips
495 Main Street
Fitchburg, MA 01420
978/342-4590

Lehman Brother, Inc.
by its attorney

Christopher P. Litterio
BBO # 551098
Ruberto, Israel & Weiner, P.C.
100 North Washington Street
Boston, MA 02114
617/742-4200

DATED: February 7, 2005

2