IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LASALLE BUSINESS CREDIT, LLC f/k/a<br>LASALLE BUSINESS CREDIT, INC.,<br><br>        Plaintiff,<br>v.<br>GARY C. GITTO, et al.,<br><br>        Defendant,<br>    and<br><br>FLEET NATIONAL BANK, et al.,<br><br>    Trustee Process Defendants,<br><br>    and<br><br>DIRECT WOOD & PAPER PRODUCTS, et al.,<br><br>    Reach and Apply Defendants. | Case No. 04-12227-DPW |

**JOINT MOTION FOR ENTRY OF A TENTH ORDER SUPPLEMENTING
THE PRELIMINARY INJUNCTION PRESERVING THE STATUS QUO**

Plaintiff LaSalle Business Credit f/k/a LaSalle Business Credit, Inc. ("LaSalle") and Defendant Frank Miller request that the Court enter an Order, in the form submitted herewith, supplementing the *Preliminary Injunction Preserving the Status Quo* (the "Preliminary Injunction") entered by the Court on November 5, 2004. In support hereof, LaSalle states the following:

1. On November 5, 2004, the Court entered the Preliminary Injunction to preserve the status quo of the assets of certain defendants, including Mr. Miller.

2. Mr. Miller has, through counsel, represented to LaSalle that a certain automobile titled in his name was, in part, paid for by Mr. Miller's son. Mr. Miller's counsel has further informed LaSalle that the value of this automobile is modest.

3. Mr. Miller has requested that LaSalle consent to a modification of the Preliminary

Injunction to allow Mr. Miller to transfer record ownership of the automobile to his son.

To facilitate such consent and future similar requests by defendants, LaSalle requests that the Court modify the Preliminary Injunction such that assets belonging to any of the defendants in this case may be released from the restrictions of the Preliminary Injunction by written consent of LaSalle. This request would avoid burdening the parties and Court with modification requests that are uncontested by LaSalle.

Wherefore, LaSalle requests that the Court enter an Order supplementing the *Preliminary Injunction Preserving the Status Quo* in the form attached hereto.

Dated: August 3, 2005                                Respectfully submitted,

                                                    LASALLE BUSINESS CREDIT, LLC


                                                    By:      /s/ Patrick W. Manzo
                                                              One of its attorneys

Christopher J. Panos (BBO# 555273)
Patrick W. Manzo (BBO# 651891)
Craig and Macauley Professional Corporation
Federal Reserve Plaza
600 Atlantic Avenue
Boston, MA  02210
Phone: (617) 367-9500
Fax:   (617) 742-1788

Eric S. Rein
John L. Conlon
Bethany N. Schols
Schwartz, Cooper, Greenberger & Krauss, Chtd.
180 N. LaSalle Street, Suite 2700
Chicago, IL  60601
Phone:  (312) 346-1300
Fax:  (312) 782-8416

2

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| LASALLE BUSINESS CREDIT, LLC f/k/a ) | |
| LASALLE BUSINESS CREDIT, INC., ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Case No. 04-12227-DPW |
| GARY C. GITTO, et al., ) | |
| ) | |
| Defendant, ) | |
| and ) | |
| ) | |
| FLEET NATIONAL BANK, et al., ) | |
| ) | |
| Trustee Process Defendants, ) | |
| ) | |
| and ) | |
| ) | |
| DIRECT WOOD & PAPER PRODUCTS, et al., ) | |
| ) | |
| Reach and Apply Defendants. ) | |

**TENTH SUPPLEMENT TO PRELIMINARY**
**INJUNCTION PRESERVING THE STATUS QUO**

It is hereby ORDERED that the *Preliminary Injunction Preserving the Status Quo* ("Injunction") entered on November 5, 2004, is hereby modified to include the following:

From this date forward, not withstanding any other provision of the Injunction, any defendant may assign, alienate, sell, transfer, pledge, encumber, conceal, hypothecate or dispose any asset with the written consent of LaSalle Business Credit, LLC.

Dated: _____    _____
United States District Judge