IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LASALLE BUSINESS CREDIT, LLC f/k/a LASALLE BUSINESS CREDIT, INC., <br><br> Plaintiff, <br> v. <br> GARY C. GITTO, et al., <br><br> Defendant, <br> and <br><br> FLEET NATIONAL BANK, et al., <br><br> Trustee Process Defendants, <br><br> and <br><br> DIRECT WOOD & PAPER PRODUCTS, et al., <br><br> Reach and Apply Defendants. | Case No. 04-12227-DPW |

### TENTH SUPPLEMENT TO PRELIMINARY INJUNCTION PRESERVING THE STATUS QUO

It is hereby ORDERED that the *Preliminary Injunction Preserving the Status Quo* ("Injunction") entered on November 5, 2004, is hereby modified to include the following:

From this date forward, not withstanding any other provision of the Injunction, any defendant may assign, alienate, sell, transfer, pledge, encumber, conceal, hypothecate or dispose any asset with the written consent of LaSalle Business Credit, LLC.

Dated: *August 4, 2005*

*[signature]*
United States District Judge

3