UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No. 04-12227 (DPW)

|  |  |
|---|---|
| LASALLE BUSINESS CREDIT, LLC f/k/a <br> LASALLE BUSINESS CREDIT, INC. <br><br> Plaintiff, <br><br> v. <br><br> GARY C. GITTO, et al, <br><br> Defendants | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**DEFENDANT GARY GITTO'S MOTION
TO WITHDRAW FUNDS FROM HIS IRA**

Defendant Gary C. Gitto moves that the Court permit him to withdraw $75,000 from his Lehman Brothers Individual Retirement Account, for ongoing legal expenses. Defendant says, in support, as follows:

1. Defendant's IRA is currently subject to the Court's preliminary injunction.

2. The IRA is also the subject of plaintiff's motion to reach and apply $192,000 of that IRA.

3. The defendant has a likelihood of success on his opposition to said motion. Moreover, even if the plaintiff were to prevail, there would be sufficient funds remaining to allow this motion. Defendant, pending resolution of the outstanding motion to reach and apply, agrees, a previously agreed in the Stipulated Sixth Modification of the preliminary injunction, to allocate the withdrawal to the "exempt" portion of the funds if the Court ever determines that only a portion of the funds in the IRA account are exempt.

WHEREFORE, defendant prays that this Court enter an order stating that notwithstanding any other order to the contrary, defendant may cause $75,000 to be withdrawn from the "Individual Retirement Account" held in the name of Gary C. Gitto by Lehman Brothers, Inc. and paid to his undersigned counsel on account of attorneys' fees and expenses.

    Gary C. Gitto,

    By his attorneys,

    /s/ *Max D. Stern*
    Max D. Stern, BBO #479560
    Stern, Shapiro, Weissberg & Garin, LLP
    90 Canal Street, 5th Floor
    Boston, MA 02114
    (617) 742-5800

Dated: August 17, 2005

G:\SSWG\Gitto\LaSalle Business Credit\LaSalle v. Gitto\IRA atty's fees motion.wpd