IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LASALLE BUSINESS CREDIT, LLC f/k/a ) <br> LASALLE BUSINESS CREDIT, INC., ) <br> ) <br>       Plaintiff, ) <br>   v. ) <br> GARY C. GITTO, et al., ) <br> ) <br>       Defendant, ) <br>   and ) <br> ) <br> FLEET NATIONAL BANK, et al., ) <br> ) <br>     Trustee Process Defendants, ) <br> ) <br>   and ) <br> ) <br> DIRECT WOOD & PAPER PRODUCTS, et al., ) <br> ) <br>     Reach and Apply Defendants. ) | Case No. 04-12227-DPW |

### NOTICE OF WITHDRAWAL OF MOTION

Plaintiff LaSalle Business Credit f/k/a LaSalle Business Credit, Inc. ("LaSalle") hereby withdraws its *Motion For Determination That Certain Funds Held In Gary C. Gitto's Individual Retirement Account Are Not Exempt From Execution And For An Order Reaching And Applying Funds In That Account And Charging Trustee* [#277] (the "Motion"). LaSalle further states:

1. On or about June 8, 2005 counsel for LaSalle sent counsel for Mr. Gitto correspondence regarding Mr. Gitto's IRA account. That correspondence contained substantially the facts alleged and the argument advanced in the Motion and asked for information supporting a contrary position.

2. Counsel for Mr. Gitto did not respond to that letter. Accordingly, LaSalle filed the Motion.

3.   Mr. Gitto has opposed the Motion [#283].

4.   After reviewing the opposition and confirming with counsel to Mr. Gitto, LaSalle has determined that it will withdraw the Motion.

Dated: August 17, 2005                              Respectfully submitted,

                                                    LASALLE BUSINESS CREDIT, LLC


                                                    By:    /s/ Patrick W. Manzo
                                                              One of its attorneys

Christopher J. Panos (BBO# 555273)
Patrick W. Manzo (BBO# 651891)
Craig and Macauley Professional Corporation
Federal Reserve Plaza
600 Atlantic Avenue
Boston, MA  02210
Phone: (617) 367-9500
Fax:   (617) 742-1788

Eric S. Rein
John L. Conlon
Bethany N. Schols
Schwartz, Cooper, Greenberger & Krauss, Chtd.
180 N. LaSalle Street, Suite 2700
Chicago, IL  60601
Phone:  (312) 346-1300
Fax:  (312) 782-8416