**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| LASALLE BUSINESS CREDIT, LLC f/k/a )<br>LASALLE BUSINESS CREDIT, INC., )<br> )<br>　　　　　Plaintiff, )<br>　v. )<br>GARY C. GITTO, et al., )<br> )<br>　　　　　Defendant, )<br>　and )<br> )<br>FLEET NATIONAL BANK, et al., )<br> )<br>　　Trustee Process Defendants, )<br> )<br>　and )<br> )<br>DIRECT WOOD & PAPER PRODUCTS, et al., )<br> )<br>　　Reach and Apply Defendants. 　　　　　) | Case No. 04-12227-DPW |

**MOTION FOR ORDER THAT LIVING**
**EXPENSES BE DRAWN FROM EXEMPT ASSETS AND**
**WITHDRAWAL OF OPPOSITION TO CHARLES GITTO'S**
**RENEWED MOTION TO DISSOLVE ATTACHMENT ON IRA ACCOUNT**

Plaintiff, LaSalle Business Credit, LLC ("LaSalle"), hereby withdraws its opposition to Charles Gitto's *Renewed Motion for Order Directing Legg Mason to Release Attachment or "Freeze" on Charles N. Gitto, Jr.'s Legg Mason IRA Account* [# 257].

At hearings held on March 14 and May 31, 2005, LaSalle's counsel indicated to the Court that it opposed dissolution of the attachment of what has been described as Mr. Gitto's IRA account (the "Charles Gitto IRA Account") unless Mr. Gitto could demonstrate that funds held in that were in fact *bona fide* retirement funds deposited therein in compliance with law. Mr. Gitto's counsel had indicated that Mr. Gitto would be willing to provide LaSalle with a "roadmap," along with supporting documents, identifying the sources of the funds in the Charles

Gitto IRA Account, but has now indicated that Mr. Gitto has limited memory and no supporting documents.

LaSalle has diligently attempted to unearth the details of the Charles Gitto IRA Account and has issued several subpoenas in order to trace the flow of funds into the account. LaSalle has been unable to completely trace the origin of the funds in Mr. Gitto's IRA Account. At this time, LaSalle withdraws its opposition to Mr. Gitto's motion.

LaSalle also moves for an order that Mr. Gitto shall be required to use funds from the IRA account to pay his living expenses and other expenses allowed by the Court.

In order to preserve the value of the attachments and preliminary injunction authorized by the Court, Mr. Gitto should be required to use assets that are exempt from attachment to satisfy his living and other expenses and thereby preserve non-exempt assets for the benefit of judgment creditors. Mr. Gitto is required by law to withdraw a percentage of funds from the IRA Account in any year. Those funds should be used to pay any expenses permitted by the Court. If Mr. Gitto demonstrates that there is any prejudice to him in requiring him to pay allowed expenses from the IRA Account, this Court should condition Mr. Gitto's use of non-exempt funds on an agreement by Mr. Gitto that he will waive any exemption with respect to funds on deposit in the IRA Account to the extent of any non-exempt assets used in the period between this date and the date of judgment.

LaSalle has attached a form of Order for the convenience of the Court.

- 3 -

Dated August 17, 2005                               Respectfully submitted,

                                                    LASALLE BUSINESS CREDIT, LLC


                                                    By:_____/s/ Patrick W. Manzo_____
                                                              One of its attorneys

Christopher J. Panos (BBO# 555273)
Patrick W. Manzo (BBO# 651891)
Craig and Macauley Professional Corporation
Federal Reserve Plaza
600 Atlantic Avenue
Boston, MA  02210
Phone: (617) 367-9500, Fax: (617) 742-1788

Eric S. Rein
John L. Conlon
Bethany N. Schols
Schwartz, Cooper, Greenberger & Krauss, Chtd.
180 N. LaSalle Street, Suite 2700
Chicago, IL  60601
Phone:  (312) 346-1300, Fax:  (312) 782-8416

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| LASALLE BUSINESS CREDIT, LLC f/k/a ) <br> LASALLE BUSINESS CREDIT, INC., ) <br> ) <br>          Plaintiff, ) <br>   v. ) <br> GARY C. GITTO, et al., ) <br> ) <br>          Defendant, ) <br>   and ) <br> ) <br> FLEET NATIONAL BANK, et al., ) <br> ) <br>      Trustee Process Defendants, ) <br> ) <br>   and ) <br> ) <br> DIRECT WOOD & PAPER PRODUCTS, et al., ) <br> ) <br>      Reach and Apply Defendants. ) | Case No. 04-12227-DPW |

**ORDER DISSOLVING ATTACHMENT ON IRA ACCOUNT**

The attachment on Charles Gitto's Individual Retirement Account (No. 396-76629), held by Legg Mason, Inc., or its affiliates (the "IRA Account"), is hereby DISSOLVED.

Mr. Gitto shall pay any living or other expenses authorized by this Court from the IRA Account, or other assets that are exempt from attachment.

This Order shall not alter the amount that Mr. Gitto is permitted to expend for living or other expenses authorized by this Court.

Date:_____
                                                                                     United States District Judge