IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LASALLE BUSINESS CREDIT, LLC f/k/a )<br>LASALLE BUSINESS CREDIT, INC.,  )<br>                                                                )<br>                    Plaintiff,                              )<br>         v.                                                     )    Case No. 04-12227-DPW<br>GARY C. GITTO, et al.,                            )<br>                                                                )<br>                    Defendants,                        )<br>         and                                                 )<br>                                                                )<br>FLEET NATIONAL BANK, et al.,              )<br>                                                                )<br>         Trustee Process Defendants,         )<br>                                                                )<br>         and                                                 )<br>                                                                )<br>DIRECT WOOD & PAPER PRODUCTS, et al.,  )<br>                                                                )<br>         Reach-and-Apply Defendants.        ) | |

## MOTION TO AMEND COMPLAINT

LaSalle Business Credit, LLC ("LaSalle") has filed herewith its Proposed Third Amended Complaint and respectfully moves this Court to enter an order granting leave to LaSalle to amend its complaint pursuant to Fed. R. Civ. P. 15(a). LaSalle requests to amend its complaint in order to add a count requesting an equitable attachment in the form of a reach and apply injunction to reach John Tersigni's interest in certain litigation pending in Worcester Superior Court and styled *Tersigni v. East Coast Trading, Inc*.

As grounds thereof, LaSalle states as follows:

1. A party may amend its pleadings at any time by leave of court. Fed. R. Civ. P. 15(a).

2. LaSalle wishes to include a count to reach and apply the interest of John Tersigni in certain litigation pending in Worcester Superior Court and styled *Tersigni v. East Coast Trading, Inc*.

3. Other than certain of the Trustee Process / Reach and Apply Defendants, and Defendant Kathleen Carland, no defendant has yet filed a responsive pleading to LaSalle's Complaint.

WHEREFORE, LaSalle respectfully requests that this court allow LaSalle Business Credit, LLC to amend its complaint in the form attached hereto.

Dated: September 1, 2005                          Respectfully submitted,

                                                                    LASALLE BUSINESS CREDIT, LLC

                                                                    By:     /s/ Patrick W. Manzo
                                                                            One of its attorneys

Christopher J. Panos (BBO# 555273)
Patrick W. Manzo (BBO# 651891)
Craig and Macauley Professional Corporation
Federal Reserve Plaza
600 Atlantic Avenue
Boston, MA  02210
Phone: (617) 367-9500
Fax:    (617) 742-1788

Eric S. Rein
John L. Conlon
Bethany N. Schols
Schwartz, Cooper, Greenberger & Krauss, Chtd.
180 N. LaSalle Street, Suite 2700
Chicago, IL  60601
Phone: (312) 346-1300
Fax: (312) 782-8416