UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No. 04-12227 (DPW)

|  |  |
|---|---|
| LASALLE BUSINESS CREDIT, LLC f/k/a <br> LASALLE BUSINESS CREDIT, INC. <br><br> Plaintiff, <br> v. <br><br> GARY C. GITTO, et al, <br><br> Defendants | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**DEFENDANT GARY C. GITTO'S UNOPPOSED MOTION
TO DISSOLVE ALL ORDERS PERTAINING TO HIS
INDIVIDUAL RETIREMENT ACCOUNT**

Defendant Gary C. Gitto hereby moves that the Court dissolve so much of any order, including the preliminary injunction, any modification to it and any attachment, which attaches, enjoins, or restrains the defendant's Individual Retirement Account (Lehman Brothers account no. X0574).  A proposed order is attached.  In support thereof, defendant says:

1. The funds in the account are exempt from attachment and execution by M.G.L. c.235, §34A.

2. Plaintiff's counsel, Christopher Panos, has represented to counsel that plaintiff does not oppose this motion.

Gary C. Gitto,
By his attorneys,

/s/ Max D. Stern
Max D. Stern, BBO #479560
Stern, Shapiro, Weissberg & Garin, LLP
Dated:  September 16, 2005. 90 Canal Street, 5th Floor
Boston, MA 02114
G:\SSWG\Gitto\LaSalle Business Credit\LaSalle v. Gitto\IRA dissolve motion.wpd  (617) 742-5800