UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No. 04-12227 (DPW)

|  |  |
|---|---|
| LASALLE BUSINESS CREDIT, LLC f/k/a<br>LASALLE BUSINESS CREDIT, INC.<br><br>             Plaintiff,<br><br>v.<br><br>GARY C. GITTO, et al,<br><br>             Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## **ORDER**

So much of any previous order which attaches, enjoins or restrains the Individual Retirement Account of Gary C. Gitto (Lehman Brothers account no. ending in "0574") is hereby dissolved. Notwithstanding any previous provision to the contrary, no order of this Court attaches, enjoins or restrains the funds in said account.

                                                                      Douglas P. Woodlock
                                                                      United States District Judge

Dated:

G:\SSWG\Gitto\LaSalle Business Credit\LaSalle v. Gitto\Order dissolving IRA orders.wpd