UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Case No.  04CV12227DPW

| | |
|---|---|
| LASALLE BUSINESS CREDIT, LLC f/k/a<br>LASALLE BUSINESS CREDIT, IN.,<br>    Plaintiff<br><br>v.<br><br>GARY C. GITTO, et al,<br>    Defendants<br><br>and<br><br>FLEET NATIONAL BANK, et als<br>    Trustee Process Defendants<br><br>and<br><br>FIDELITY INVESTMENTS, INC., et al<br>    Reach and Apply Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

DEFENDANT CHARLES GITTO'S MOTION FOR LEAVE TO FILE OPPOSITION TO PLAINTIFF'S MOTION FOR ORDER THAT LIVING EXPENSES BE DRAWN FROM EXEMPT ASSETS ONE DAY LATE

The Defendant Charles Gitto, hereby moves for leave to file his opposition to so much of the Plaintiff LaSalle's *Motion For Order That Living Expenses Be Drawn From Exempt Assets and Withdrawal Of Opposition To Charles Gitto's Renewed Motion To Dissolve Attachment on IRA Account* as would permit Charles Gitto's living expenses to be drawn from exempt assets one day late.

BOS:14439.1/tra135-227049

- 2 -

In support of the within motion, counsel for Gitto states that she was unable to electronically file the within opposition on Friday, September 30, 2005 due to technical difficulties.

Respectfully submitted,

___/s/ Juliane Balliro_____
Juliane Balliro (BBO# 028010)
WOLFBLOCK
One Boston Place
Boston, MA 02108
(617) 226-4000

Dated: October 3, 2005