**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| LASALLE BUSINESS CREDIT, LLC f/k/a ) <br> LASALLE BUSINESS CREDIT, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> GARY C. GITTO, et al., ) <br> ) <br> Defendant, ) <br> and ) <br> ) <br> FLEET NATIONAL BANK, et al., ) <br> ) <br> Trustee Process Defendants, ) <br> ) <br> and ) <br> ) <br> DIRECT WOOD & PAPER PRODUCTS, et al., ) <br> ) <br> Reach and Apply Defendants. ) | Case No. 04-12227-DPW |

## MOTION FOR LEAVE TO TAKE ADDITIONAL DEPOSITIONS

Plaintiff LaSalle Business Credit, LLC f/k/a LaSalle Business Credit, Inc. ("LaSalle") hereby requests that this Court grant leave to take seven additional depositions beyond those requested in the parties' Joint Statement prepared for the Local Rule 16.1 conference.

In support, LaSalle states:

1.  On April 5, 2005 certain parties to this litigation submitted a *Joint Statement for Local Rule 16.1 Conference* [#234] (the "Statement). That Statement proposed that each party be allowed to take ten depositions.

2.     On April 8, 2005 this court issued a *Scheduling Order* [#241] establishing certain case deadlines. The *Scheduling Order* did not set a limit on the number of depositions.

3.     LaSalle has diligently pursued discovery in this case, and has taken ten depositions.

4.     It is apparent to LaSalle that it will need to take additional depositions in order to properly prove the allegations in its Complaint. These additional depositions are necessary because of additional information which has come to light through LaSalle's investigation of the case, and additional witnesses LaSalle has identified.

5.     Accordingly, although not specifically limited by the *Scheduling Order*, LaSalle, in an abundance of caution, requests leave of court to take up to seven additional depositions, to a total of seventeen.

6.     No other parties to this litigation have noticed any depositions.

7.     Granting this request will not prejudice any other party to this litigation, nor will it require alteration of the deadlines established in the *Scheduling Order*.

<u>Certification of Conference pursuant to LR 7.1</u>

Counsel for LaSalle sent a letter to the defendants enclosing a draft of this motion and requesting a conference to resolve or narrow the issues presented by this litigation. Counsel for Janice Chaisson, William Deakin, Gary Gitto, Helen Kozak, Charles Gitto, Kathleen Carland, Louis J. Pellegrine, Jr., and the Chapter 11 Trustee for Tradex have all indicated either their assent to the motion or that they will not oppose the motion. Counsel for LaSalle has had no other responses to the request to confer.

WHEREFORE, LaSalle Business Credit, LLC respectfully requests that this Court grant LaSalle leave to take an additional seven depositions beyond the ten already taken in this action.

Dated: October 7, 2005                    Respectfully submitted,

                                          LASALLE BUSINESS CREDIT, LLC


                                          By:      /s/ Patrick W. Manzo
                                                    One of its attorneys

Christopher J. Panos (BBO# 555273)
Patrick W. Manzo (BBO# 651891)
Craig and Macauley Professional Corporation
Federal Reserve Plaza
600 Atlantic Avenue
Boston, MA  02210
Phone: (617) 367-9500
Fax:   (617) 742-1788

Eric S. Rein
John L. Conlon
Bethany N. Schols
Schwartz, Cooper, Greenberger & Krauss, Chtd.
180 N. LaSalle Street, Suite 2700
Chicago, IL  60601
Phone:  (312) 346-1300
Fax:  (312) 782-8416

3