AO 458 (Rev. 10/95) Appearance

FILED<br>Clerk's Office<br>USDC, Mass.<br>Date 10/28/05<br>By _nR_<br>Deputy Clerk

# UNITED STATES DISTRICT COURT

### DISTRICT OF

## APPEARANCE

Case Number: 04-12227

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for   Charles Gitto

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 10/28/05 | _[Signature]_ |
| Date | Signature |
| | Frank Mondano   031540 |
| | Print Name   Bar Number |
| | 99 Sumner St Suite 1700 |
| | Address |
| | Boston   MA   02110 |
| | City   State   Zip Code |
| | 617-737-7442   617-737-8443 |
| | Phone Number   Fax Number |