UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LASALLE BUSINESS CREDIT, LLC f/k/a LASALLE BUSINESS CREDIT, INC.,<br><br>Plaintiff,<br><br>v.<br><br>GARY C. GITTO, FRANK MILLER, MARIA MILLER, CHARLES N. GITTO, JR., LOUIS J. PELLEGRINE, JR., JOHN D. TERSIGNI, KATHLEEN M. CARLAND, WILLIAM DEAKIN, JANICE CHAISSON, HELEN KOZAK, KINGSDALE CORP. d/b/a J&J CHEMICAL DISTRIBUTORS, TRADEX INTERNATIONAL CORPORATION and TRADEX CORPORATION,<br><br>Defendants,<br><br>and<br><br>FLEET NATIONAL BANK, CLINTON SAVINGS BANK, SOVEREIGN BANK, COMMERCE BANK & TRUST COMPANY, FIDELITY COOPERATIVE BANK, BANKNORTH, N.A., LEOMINSTER CREDIT UNION, FIDELITY INVESTMENTS, INC., FIDELITY BROKERAGE SERVICES, LLC, LEHMAN BROTHERS, INC., TD WATERHOUSE, TD WATERHOUSE INVESTOR SERVICES, LEGG MASON, INC, and LEGG MASON WOOD WALKER, INC.,<br><br>Trustee Process Defendants,<br><br>and<br><br>DIRECT WOOD & PAPER PRODUCTS, INC., GITTO SALES CORPORATION, J-TAN SALES & MARKETING, INC., HEMISPHERE DISTRIBUTION CORP., FIDELITY INVESTMENTS, INC., FIDELITY BROKERAGE SERVICES, LLC, AWG, LLC, LEHMAN BROTHERS, INC., TD WATERHOUSE, TD WATERHOUSE INVESTOR SERVICES, INC., SUPERIOR POLYMERS CORPORATION, LEGG MASON, INC., LEGG MASON WOOD WALKER, INC., TRADEX CORPORATION and EAST COAST TRADING, INC.<br><br>Reach-and-Apply Defendants. | Case No. 04-12227-DPW |

**ANSWER OF DEFENDANT KATHLEEN M. CARLAND**
**TO PLAINTIFF'S THIRD AMENDED COMPLAINT**

Defendant Kathleen M. Carland ("Carland") responds to the Third Amended Complaint of plaintiff LaSalle Business Credit, LLC f/k/a LaSalle Business Credit, Inc. ("LaSalle") by adopting by reference her previous Answers to LaSalle's Complaints. The Third Amended Complaint contains no apparent substantive changes concerning Carland, and, therefore, she repeats and realleges her previous responses and affirmative defenses.

KATHLEEN M. CARLAND,
By her attorneys,

____/s/  Michelle R. Peirce____
Bruce A. Singal, BBO #464420
Michelle R. Peirce, BBO #557316
Donoghue, Barrett & Singal, P.C.
One Beacon Street, Suite 1320
Boston, MA  02108
(617) 720-5090

Dated:   November 15, 2005

CERTIFICATE OF SERVICE

I, Michelle R. Peirce, hereby certify that I have caused copies of Answer of Defendant Kathleen M. Carland to Plaintiff's Third Amended Complaint to be served upon counsel of record this 15th day of November, 2005.

____/s/  Michelle R. Peirce____
Michelle R. Peirce