IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LASALLE BUSINESS CREDIT, LLC f/k/a LASALLE BUSINESS CREDIT, INC., )<br><br>Plaintiff, )<br>v. )<br>GARY C. GITTO, et al., )<br><br>Defendant, )<br>and )<br><br>FLEET NATIONAL BANK, et al., )<br><br>Trustee Process Defendants, )<br><br>and )<br><br>DIRECT WOOD & PAPER PRODUCTS, et al., )<br><br>Reach and Apply Defendants. ) | Case No. 04-12227-DPW |

## STIPULATION AND ORDER
## REGARDING PAYMENT OF LIVING EXPENSES

LaSalle Business Credit, LLC ("LaSalle") and Charles Gitto hereby stipulate and agree:

1. The attachment on Charles Gitto's Individual Retirement Account (No. 396-76629) maintained with Legg Mason Wood Walker, Inc., or its affiliates (the "IRA Account") shall be dissolved.

2. Mr. Gitto may pay any living or other expenses from the IRA Account. Mr. Gitto's expenditures from the IRA Account shall not be limited and shall be entirely at Mr. Gitto's discretion.

3. Mr. Gitto agrees that he will not expend any funds or assets, other than funds presently in the IRA Account, without written permission of LaSalle or further order of the court. The Preliminary Injunction Preserving the Status Quo, as amended by, among other

amendments, the First Supplement to Preliminary Injunction Preserving the Status Quo date November 10, 2004, the Stipulated Seventh Modification to Preliminary Injunction Preserving the Status Quo and Order [as to Charles Gitto] dated April 15, 2005, and the Ninth Supplement to Preliminary Injunction Preserving the Status Quo dated June 20, 2005, is hereby modified such that Charles N. Gitto, Jr. and any of his agents, servants, employees, attorneys, beneficiaries and all persons in active concert or participation with him who receive actual notice of this Order, by personal service or otherwise, are restrained from assigning, alienating, selling, transferring, pledging, encumbering, concealing, hypothecating or disposing of any of his assets, other than funds presently held in Individual Retirement Account (No. 396-76629) maintained with Legg Mason Wood Walker, Inc., or its affiliates, and interest and investment returns earned from funds in that account, pending further order of this Court.

4.   This stipulation shall be without prejudice to any party seeking further modification of the Status Quo Injunction or contesting the exempt status of any asset or any other matter.

LASALLE BUSINESS CREDIT, LLC                CHARLES GITTO

_____               _____
By:  Patrick W. Manzo, Esq.                  By: Frank Mondano, Esq.
     Counsel to LaSalle Business                 Counsel to Charles Gitto
SO ORDERED.  Credit, LLC


Date:_____                          _____
                                             United States District Judge