UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| LASALLE BUSINESS CREDIT, LLC<br>f/k/a LASALLE BUSINESS CREDIT, INC.,<br>    Plaintiff,<br><br>v.<br><br>GARY C. GITTO, et al.,<br>    Defendant,<br><br>and<br><br>FLEET NATIONAL BANK, et al.,<br>    Trustee Process Defendant,<br><br>and<br><br>DIRECT WOOD & PAPER PRODUCTS, et al.,<br>    Reach & Apply Defendants. | Case No. 04-12227-DPW |

**ANSWER OF M. ELLEN CARPENTER, CHAPTER 11
TRUSTEE IN BANKRUPTCY FOR DEFENDANTS TRADEX CORP.
AND TRADEX INTERNATIONAL CORP,
TO PLAINTIFF'S THIRD AMENDED COMPLAINT**

M. Ellen Carpenter, Chapter 11 Trustee in bankruptcy for Tradex International Corp. and Tradex Corp. ("Tradex"), by her undersigned counsel, hereby answers the Plaintiff's Third Amended Complaint ("Complaint") as follows:

1.-2.   Admitted.

3.-6.   Tradex is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraphs 3-6.

7.   Admitted.

8.-14.   Tradex is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraphs 8-14.

15. Admitted.

16. Tradex admits the first two sentences of paragraph 16. Tradex admits it owned the property at 140 Leominster-Shirley Road, Lunenburg, and denies Gitto Global's business is located at the property. Tradex is without knowledge or information sufficient to form a belief as to the remaining allegations contained in paragraph 16.

17.-49. Tradex is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraphs 17-49.

50. Admitted.

51. Tradex is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 51.

## COUNT I
## CIVIL RICO

52. Tradex incorporates, as though fully set forth herein, its answers to paragraphs 1-51.

53.-54. Tradex is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraphs 53-54.

55. Denied as to Tradex. Tradex is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in paragraph 55.

56. Admitted as to Tradex. Tradex is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in paragraph 56.

57. Denied as to Tradex. Tradex is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in paragraph 57.

58. Denied as to Tradex. Tradex is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in paragraph 58.

59.-89. Tradex is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraphs 59-89.

90. Tradex admits that Charles Gitto, as President and Treasurer of Tradex, provided Clinton Savings Bank, as security for a line of credit for Gitto Global, a limited non-recourse guaranty, a mortgage on the property occupied by Gitto Global, and a security interest in certain inventory. Tradex is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in paragraph 90.

91. Tradex is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 91.

92. Tradex admits Charles Gitto gave guarantees from Tradex and himself to Clinton Savings Bank. Tradex is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in paragraph 92.

93.-118. Tradex is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraphs 93-118.

119. Denied as to Tradex. Tradex is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in paragraph 119.

120. Denied as to Tradex. Tradex is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in paragraph120.

121.-150. Tradex is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraphs 121-150.

## COUNT II
## CONSPIRACY TO DEFRAUD

151.   Tradex incorporates, as though fully set forth herein, its answers to paragraphs 1-150.

152.   Denied as to Tradex.  Tradex is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in paragraph 152.

153.   Denied as to Tradex.  Tradex is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in paragraph 153.

154.-168.   Tradex is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraphs 154-168.

169.   Denied as to Tradex.  Tradex is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in paragraph 169.

170.-172.   Tradex is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraphs 170-172.

## COUNT III
## USE OF DECEPTIVE PRACTICES
## IN VIOLATION OF MASS. GEN. L. C. 93A, §2

173.   Tradex incorporates, as though fully set forth herein, its answers to paragraphs 1-172.

174.-192.   The allegations contained in paragraphs 174-192 are not directed against Tradex, and thus no response is required.  To the extent a response is required, Tradex is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraphs 174-192.

## COUNT IV
## CIVIL CONSPIRACY TO DEFRAUD

193.   Tradex incorporates, as though fully set forth herein, its answers to paragraphs 1-192.

194.    Denied as to Tradex.  Tradex is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in paragraph 194.

195.-201.    Tradex is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraphs 195-201.

202.    Denied as to Tradex.  Tradex is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in paragraph 202.

203.    Tradex is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraphs 203-204.

204.    Tradex admits that Charles Gitto is the sole owner and stockholder of Tradex.  Tradex is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in paragraph 205.

205.    Tradex is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 206.

## COUNT V
## BREACH OF GUARANTY

206.    Tradex incorporates, as though fully set forth herein, its answers to paragraphs 1-205.

207.-209.    The allegations contained in paragraphs 207-209 are not directed against Tradex, and thus no response is required.  To the extent a response is required, Tradex is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraphs 207-209.

210.    Admitted.

211.-212.    The allegations contained in paragraphs 211-212 are not directed against Tradex, and thus no response is required.  To the extent a response is required, Tradex is

without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraphs 211-212.

## COUNT VI
## BREACH OF GUARANTEES

213.    Tradex incorporates, as though fully set forth herein, its answers to paragraphs 1-212.

214.-216.    The allegations contained in paragraphs 214-216 are not directed against Tradex, and thus no response is required.  To the extent a response is required, Tradex is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraphs 214-216.

217.    Admitted.

218.-219.    The allegations contained in paragraphs 218-219 are not directed against Tradex, and thus no response is required.  To the extent a response is required, Tradex is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraphs 218-219.

## COUNT VII
## TRUSTEE PROCESS

220.    Tradex incorporates, as though fully set forth herein, its answers to paragraphs 1-219.

221.-222.    The allegations contained in paragraphs 221-222 are not directed against Tradex, and thus no response is required.  To the extent a response is required, Tradex is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraphs 221-222.

## COUNT VIII
## TRUSTEE PROCESS

223.    Tradex incorporates, as though fully set forth herein, its answers to paragraphs 1-222.

224.-225.    The allegations contained in paragraphs 224-225 are not directed against Tradex, and thus no response is required. To the extent a response is required, Tradex is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraphs 224-225.

## COUNT IX
## TRUSTEE PROCESS

226.    Tradex incorporates, as though fully set forth herein, its answers to paragraphs 1-225.

227.-228.    The allegations contained in paragraphs 227-228 are not directed against Tradex, and thus no response is required. To the extent a response is required, Tradex is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraphs 227-228.

## COUNT X
## TRUSTEE PROCESS

229.    Tradex incorporates, as though fully set forth herein, its answers to paragraphs 1-228.

230.-231.    The allegations contained in paragraphs 230-231 are not directed against Tradex, and thus no response is required. To the extent a response is required, Tradex is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraphs 230-231.

## COUNT XI
## TRUSTEE PROCESS

232.    Tradex incorporates, as though fully set forth herein, its answers to paragraphs 1-231.

233.-234.    The allegations contained in paragraphs 233-234 are not directed against Tradex, and thus no response is required. To the extent a response is required, Tradex is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraphs 233-234.

## COUNT XII
## TRUSTEE PROCESS

235. Tradex incorporates, as though fully set forth herein, its answers to paragraphs 1-234.

236.-237. The allegations contained in paragraphs 236-237 are not directed against Tradex, and thus no response is required. To the extent a response is required, Tradex is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraphs 236-237.

## COUNT XIII
## TRUSTEE PROCESS

238. Tradex incorporates, as though fully set forth herein, its answers to paragraphs 1-237.

239.-240. The allegations contained in paragraphs 239-240 are not directed against Tradex, and thus no response is required. To the extent a response is required, Tradex is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraphs 239-240.

## COUNT XIV
## TRUSTEE PROCESS

241. Tradex incorporates, as though fully set forth herein, its answers to paragraphs 1-240.

242.-243. The allegations contained in paragraphs 242-243 are not directed against Tradex, and thus no response is required. To the extent a response is required, Tradex is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraphs 242-243.

## COUNT XV
## TRUSTEE PROCESS

244. Tradex incorporates, as though fully set forth herein, its answers to paragraphs 1-243.

245.-246.   The allegations contained in paragraphs 245-246 are not directed against Tradex, and thus no response is required.  To the extent a response is required, Tradex is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraphs 245-246.

## COUNT XVI
## TRUSTEE PROCESS

247.   Tradex incorporates, as though fully set forth herein, its answers to paragraphs 1-246.

248.-249.   The allegations contained in paragraphs 248-249 are not directed against Tradex, and thus no response is required.  To the extent a response is required, Tradex is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraphs 248-249.

## COUNT XVII
## TRUSTEE PROCESS

250.   Tradex incorporates, as though fully set forth herein, its answers to paragraphs 1-249.

251.-252.   The allegations contained in paragraphs 251-252 are not directed against Tradex, and thus no response is required.  To the extent a response is required, Tradex is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraphs 251-252.

## COUNT XVIII
## TRUSTEE PROCESS

253.   Tradex incorporates, as though fully set forth herein, its answers to paragraphs 1-252.

254.-255.   The allegations contained in paragraphs 254-255 are not directed against Tradex, and thus no response is required.  To the extent a response is required, Tradex is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraphs 254-255.

## COUNT XIX
## TRUSTEE PROCESS

256.     Tradex incorporates, as though fully set forth herein, its answers to paragraphs 1-255.

257.-258.     The allegations contained in paragraphs 257-258 are not directed against Tradex, and thus no response is required.  To the extent a response is required, Tradex is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraphs 257-258.

## COUNT XX
## TRUSTEE PROCESS

259.     Tradex incorporates, as though fully set forth herein, its answers to paragraphs 1-258.

260.-261.     The allegations contained in paragraphs 260-261 are not directed against Tradex, and thus no response is required.  To the extent a response is required, Tradex is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraphs 260-261.

## COUNT XXI
## TRUSTEE PROCESS

262.     Tradex incorporates, as though fully set forth herein, its answers to paragraphs 1-261.

263.-264.     The allegations contained in paragraphs 263-264 are not directed against Tradex, and thus no response is required.  To the extent a response is required, Tradex is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraphs 263-264.

## COUNT XXII
## TRUSTEE PROCESS

265.     Tradex incorporates, as though fully set forth herein, its answers to paragraphs 1-264.

266.-267.    The allegations contained in paragraphs 266-267 are not directed against Tradex, and thus no response is required.  To the extent a response is required, Tradex is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraphs 266-267.

**COUNT XXIII**
**TRUSTEE PROCESS**

268.    Tradex incorporates, as though fully set forth herein, its answers to paragraphs 1-267.

269.-270.    The allegations contained in paragraphs 269-270 are not directed against Tradex, and thus no response is required.  To the extent a response is required, Tradex is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraphs 269-270.

**COUNT XXIV**
**TRUSTEE PROCESS**

271.    Tradex incorporates, as though fully set forth herein, its answers to paragraphs 1-270.

272.-273.    The allegations contained in paragraphs 272-273 are not directed against Tradex, and thus no response is required.  To the extent a response is required, Tradex is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraphs 272-273.

**COUNT XXV**
**TRUSTEE PROCESS**

274.    Tradex incorporates, as though fully set forth herein, its answers to paragraphs 1-273.

275.-276.    The allegations contained in paragraphs 275-276 are not directed against Tradex, and thus no response is required.  To the extent a response is required, Tradex is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraphs 275-276.

**COUNT XXVI**
**TRUSTEE PROCESS**

277.    Tradex incorporates, as though fully set forth herein, its answers to paragraphs 1-276.

278.-279.    The allegations contained in paragraphs 278-279 are not directed against Tradex, and thus no response is required. To the extent a response is required, Tradex is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraphs 278-279.

**COUNT XXVII**
**TRUSTEE PROCESS**

280.    Tradex incorporates, as though fully set forth herein, its answers to paragraphs 1-279.

281.-282.    The allegations contained in paragraphs 281-282 are not directed against Tradex, and thus no response is required. To the extent a response is required, Tradex is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraphs 281-282.

**COUNT XXVIII**
**TRUSTEE PROCESS**

283.    Tradex incorporates, as though fully set forth herein, its answers to paragraphs 1-282.

284.-285.    The allegations contained in paragraphs 284-285 are not directed against Tradex, and thus no response is required. To the extent a response is required, Tradex is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraphs 284-285.

**COUNT XXIX**
**TRUSTEE PROCESS**

286.    Tradex incorporates, as though fully set forth herein, its answers to paragraphs 1-285.

287.-288.   The allegations contained in paragraphs 287-288 are not directed against Tradex, and thus no response is required. To the extent a response is required, Tradex is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraphs 287-288.

## COUNT XXX
## REACH AND APPLY

289.   Tradex incorporates, as though fully set forth herein, its answers to paragraphs 1-287.

290.-292.   The allegations contained in paragraphs 290-292 are not directed against Tradex, and thus no response is required. To the extent a response is required, Tradex is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraphs 290-292.

## COUNT XXXI
## REACH AND APPLY

293.   Tradex incorporates, as though fully set forth herein, its answers to paragraphs 1-292.

294.-296.   The allegations contained in paragraphs 294-296 are not directed against Tradex, and thus no response is required. To the extent a response is required, Tradex is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraphs 294-296.

## COUNT XXXII
## REACH AND APPLY

297.   Tradex incorporates, as though fully set forth herein, its answers to paragraphs 1-296.

298.-300.   The allegations contained in paragraphs 298-300 are not directed against Tradex, and thus no response is required. To the extent a response is required, Tradex is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraphs 298-300.

## COUNT XXXIII
## REACH AND APPLY

301.    Tradex incorporates, as though fully set forth herein, its answers to paragraphs 1-300.

302.-304.    The allegations contained in paragraphs 302-304 are not directed against Tradex, and thus no response is required.  To the extent a response is required, Tradex is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraphs 302-304.

## COUNT XXXIV
## REACH AND APPLY

305.    Tradex incorporates, as though fully set forth herein, its answers to paragraphs 1-304.

306.-308.    The allegations contained in paragraphs 306-308 are not directed against Tradex, and thus no response is required.  To the extent a response is required, Tradex is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraphs 306-308.

## COUNT XXXV
## REACH AND APPLY

309.    Tradex incorporates, as though fully set forth herein, its answers to paragraphs 1-308.

310.-312.    The allegations contained in paragraphs 310-312 are not directed against Tradex, and thus no response is required.  To the extent a response is required, Tradex is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraphs 310-312.

## COUNT XXXVI
## REACH AND APPLY

313.    Tradex incorporates, as though fully set forth herein, its answers to paragraphs 1-312.

314.-316.     The allegations contained in paragraphs 314-316 are not directed against Tradex, and thus no response is required. To the extent a response is required, Tradex is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraphs 314-316.

**COUNT XXXVII**
**REACH AND APPLY**

317.    Tradex incorporates, as though fully set forth herein, its answers to paragraphs 1-316.

318.-320.     The allegations contained in paragraphs 318-320 are not directed against Tradex, and thus no response is required. To the extent a response is required, Tradex is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraphs 318-320.

**COUNT XXXVIII**
**REACH AND APPLY**

321.    Tradex incorporates, as though fully set forth herein, its answers to paragraphs 1-320.

322.-324.     The allegations contained in paragraphs 322-324 are not directed against Tradex, and thus no response is required. To the extent a response is required, Tradex is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraphs 322-324.

**COUNT XXXIX**
**REACH AND APPLY**

325.    Tradex incorporates, as though fully set forth herein, its answers to paragraphs 1-324.

326.-328.     The allegations contained in paragraphs 326-326 are not directed against Tradex, and thus no response is required. To the extent a response is required, Tradex is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraphs 326-326.

## COUNT XL
## REACH AND APPLY

329. Tradex incorporates, as though fully set forth herein, its answers to paragraphs 1-328.

330. Admitted.

331. This paragraph contains Plaintiff's legal conclusions, to which no response is required. To the extent a response is required, Tradex denies the allegations.

332. This paragraph contains Plaintiff's prayer for relief, to which no response is required. To the extent a response is required, Tradex denies the allegations.

## COUNT XLI
## REACH AND APPLY

333. Tradex incorporates, as though fully set forth herein, its answers to paragraphs 1-332.

334.-337. The allegations contained in paragraphs 334-337 are not directed against Tradex, and thus no response is required. To the extent a response is required, Tradex is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraphs 334-337.

## AFFIRMATIVE DEFENSES

### First Affirmative Defense

Answering further, the Defendant states that the Plaintiff's Complaint fails to state a claim upon which relief may be granted.

### Second Affirmative Defense

Answering further, the Defendant states that the execution of a mortgage and guaranty as security was a transaction beyond the scope of authority of Tradex Corp., and an *ultra vires* act.

### Third Affirmative Defense

Answering further, the Defendant states that there was a lack of consideration for the mortgage and guaranty provided by Charles Gitto on behalf of Tradex Corp.

### Fourth Affirmative Defense

Answering further, the Defendant states that execution of the mortgage and guaranty by Charles Gitto on behalf of Tradex Corp. constitutes a breach of fiduciary duty.

Respectfully submitted,

/s/ M. Ellen Carpenter
M. Ellen Carpenter (BBO # 554142)
ROACH & CARPENTER, P.C.
24 School Street
Boston, MA 02108
(617) 720-1800
mec@rc-law.com

Dated: November 21, 2005