IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| LASALLE BUSINESS CREDIT, LLC f/k/a <br> LASALLE BUSINESS CREDIT, INC., <br><br> Plaintiff, <br><br> v. <br><br> GARY C. GITTO, *et al* <br><br> Defendants, <br> and <br><br> FLEET NATIONAL BANK, *et al* <br><br> Trustee Process Defendants, <br><br> and <br><br> FIDELITY INVESTMENTS, INC., *et al* <br><br> Reach-and-Apply Defendants. | Case No. 04-12227-DPW |

**NOTICE OF WITHDRAWAL OF APPEARANCE**

TO THE CLERK OF THE ABOVE COURT:

Please withdraw the appearance of Gina M. McCreadie, of Nixon Peabody LLP, 100 Summer Street, Boston, Massachusetts 02110, as an attorney representing Defendant Louis J. Pellegrine, Jr. in the above-captioned case. Robert P. Sherman will remain as counsel for Mr. Pellegrine.

By: /s/ Gina M. McCreadie
Gina M. McCreadie (BBO# 661107)
Nixon Peabody LLP
100 Summer Street
Boston, MA 02110
(617) 345-1000

Dated: November 22, 2005

BOS1546420.1