IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LASALLE BUSINESS CREDIT, LLC f/k/a<br>LASALLE BUSINESS CREDIT, INC.,<br><br>      Plaintiff,<br><br>v.<br><br>GARY C. GITTO, *et al*<br><br>      Defendants,<br>and<br><br>FLEET NATIONAL BANK, *et al*<br><br>  Trustee Process Defendants,<br><br>and<br><br>FIDELITY INVESTMENTS, INC., *et al*<br><br>  Reach-and-Apply Defendants. | Case No. 04-12227-DPW |

## NOTICE OF CHANGE OF ADDRESS

Please be advised that the following counsel has changed his business address and will continue to represent Louis J. Pellegrine, Jr., C.P.A., in the above-referenced matter.

Robert P. Sherman, Esq.
DLA Piper Rudnick Gray Cary LLP
One International Place
Boston, MA 02110
(617) 406-6035

By:  */s/ Robert P. Sherman*
   Robert P. Sherman (BBO #458540)
   Nixon Peabody LLP
   100 Summer Street
   Boston, MA 02110
   (617) 345-1000

Dated: November 22, 2005

## CERTIFICATE OF SERVICE

I hereby certify that on November 22, 2005, I filed electronically the above *Notice of Change of Address* with the United States District Court for the District of Massachusetts and I caused a copy of the within document to be served by U.S. mail on the following:

John L. Conlon
Schwartz, Cooper, Greenberger, & Krauss, Chartered
180 N. LaSalle St. Suite 2700
Chicago, IL 60601

Deborah G. Evans
Skadden, Arps, Slate, Meagher & Flom
One Beacon Street
31st Floor
Boston, MA 02108

Colleen A. Hankins
FMR Corp.
82 Devonshire Street, F6B
Boston, MA 02109

Bret A. Rappaport
Schwartz, Cooper, Greenberger & Krauss, Chartered
180 N. LaSalle Street
Suite 2700
Chicago, IL 6061

Bethany Schols
Schwartz, Cooper, Greenberger & Krauss, Chartered
180 N. LaSalle Street
Suite 2700
Chicago, IL 60601