IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LASALLE BUSINESS CREDIT, LLC f/k/a <br> LASALLE BUSINESS CREDIT, INC., <br><br> Plaintiff, <br><br> v. <br><br> GARY C. GITTO, FRANK MILLER, MARIA MILLER, CHARLES N. GITTO, JR., LOUIS J. PELLEGRINE, JR., JOHN D. TERSIGNI, KATHLEEN M. CARLAND, WILLIAM DEAKIN, JANICE CHAISSON, HELEN KOZAK, KINGSDAEL CORP. d/b/a J&J CHEMICAL DISTRIBUTORS, TRADEX INTERNATIONAL CORPORATION, and TRADEX CORPORATION, <br><br> Defendants, <br><br> and <br><br> FLEET NATIONAL BANK, CLINTON SAVINGS BANK, SOVEREIGN BANK, COMMERCE BANK & TRUST COMPANY, FIDELITY COOPERATIVE BANK, BANKNORTH, N.A., LEOMINSTER CREDIT UNION, FIDELITY INVESTMENTS, INC., FIDELITY BROKERAGE SERVICES, LLC, LEHMAN BROTHERS, INC., TD WATERHOUSE, TD WATERHOUSE INVESTOR SERVICES, INC., LEGG MASON, INC., LEGG MASON WOOD WALKER, INC., TRADEX CORPORATION and EAST COAST TRADING, INC. <br><br> Trustee Process Defendants, <br> and <br><br> DIRECT WOOD & PAPER PRODUCTS, INC., GITTO SALES CORPORATION, J-TAN SALES & MARKETING, INC., HEMISPHERE DISTRIBUTION CORP., FIDELITY INVESTMENTS, INC., AWG, LLC, LEHMAN BROTHERS, INC., TD WATERHOUSE, SUPERIOR POLYMERS CORPORATION, and LEGG MASON, INC., <br><br> <u>Reach and Apply Defendants.</u> | Case No. 04-12227-DPW |

**ANSWER OF TRUSTEE PROCESS AND REACH AND APPLY DEFENDANT
TD WATERHOUSE INVESTMENT SERVICES, INC.,
<u>TO THE THIRD AMENDED COMPLAINT</u>**

Defendant TD Waterhouse Investor Services, Inc. ("TD Waterhouse") files this Answer to LaSalle Business Credit, LLC's Third Amended Complaint ("Complaint").

1-25. TD Waterhouse lacks sufficient information to either admit or deny the allegations contained in Paragraphs 1-25 of the Complaint.

26. TD Waterhouse admits the allegations contained in Paragraph 26 of the Complaint.

27-51. TD Waterhouse lacks sufficient information to either admit or deny the allegations contained in Paragraphs 27-51 of the Complaint.

52. In response to Paragraph 52, TD Waterhouse restates and incorporates by reference its answers contained in the previous paragraphs as if fully set forth herein.

53-150. TD Waterhouse lacks sufficient information to either admit or deny the allegations contained in Paragraphs 53-150 of the Complaint.

151. In response to Paragraph 151, TD Waterhouse restates and incorporates by reference its answers contained in the previous paragraphs as if fully set forth herein.

152-172. TD Waterhouse lacks sufficient information to either admit or deny the allegations contained in Paragraphs 152-172 of the Complaint.

173. In response to Paragraph 173, TD Waterhouse restates and incorporates by reference its answers contained in the previous paragraphs as if fully set forth herein.

174-192. TD Waterhouse lacks sufficient information to either admit or deny the allegations contained in Paragraphs 174-192 of the Complaint.

193. In response to Paragraph 193, TD Waterhouse restates and incorporates by reference its answers contained in the previous paragraphs as if fully set forth herein.

194-205. TD Waterhouse lacks sufficient information to either admit or deny the allegations contained in Paragraphs 194-205 of the Complaint.

206. In response to Paragraph 206, TD Waterhouse restates and incorporates by reference its answers contained in the previous paragraphs as if fully set forth herein.

207-212. TD Waterhouse lacks sufficient information to either admit or deny the allegations contained in Paragraphs 207-212 of the Complaint.

213. In response to Paragraph 213, TD Waterhouse restates and incorporates by reference its answers contained in the previous paragraphs as if fully set forth herein.

214-219. TD Waterhouse lacks sufficient information to either admit or deny the allegations contained in Paragraphs 214-219 of the Complaint.

220. In response to Paragraph 220, TD Waterhouse restates and incorporates by reference its answers contained in the previous paragraphs as if fully set forth herein.

221-222. TD Waterhouse lacks sufficient information to either admit or deny the allegations contained in Paragraphs 221-222 of the Complaint.

223. In response to Paragraph 223, TD Waterhouse restates and incorporates by reference its answers contained in the previous paragraphs as if fully set forth herein.

224-225. TD Waterhouse lacks sufficient information to either admit or deny the allegations contained in Paragraphs 224-225 of the Complaint.

226. In response to Paragraph 226, TD Waterhouse restates and incorporates by reference its answers contained in the previous paragraphs as if fully set forth herein.

227-228.    TD Waterhouse lacks sufficient information to either admit or deny the allegations contained in Paragraphs 227-228 of the Complaint.

229.    In response to Paragraph 229, TD Waterhouse restates and incorporates by reference its answers contained in the previous paragraphs as if fully set forth herein.

230-231.    TD Waterhouse lacks sufficient information to either admit or deny the allegations contained in Paragraphs 230-231 of the Complaint.

232.    In response to Paragraph 232, TD Waterhouse restates and incorporates by reference its answers contained in the previous paragraphs as if fully set forth herein.

233-234.    TD Waterhouse lacks sufficient information to either admit or deny the allegations contained in Paragraphs 233-234 of the Complaint.

235.    In response to Paragraph 235, TD Waterhouse restates and incorporates by reference its answers contained in the previous paragraphs as if fully set forth herein.

236-237.    TD Waterhouse lacks sufficient information to either admit or deny the allegations contained in Paragraphs 236-237 of the Complaint.

238.    In response to Paragraph 238, TD Waterhouse restates and incorporates by reference its answers contained in the previous paragraphs as if fully set forth herein.

239-240.    TD Waterhouse lacks sufficient information to either admit or deny the allegations contained in Paragraphs 239-240 of the Complaint.

241.    In response to Paragraph 241, TD Waterhouse restates and incorporates by reference its answers contained in the previous paragraphs as if fully set forth herein.

242-243.    TD Waterhouse lacks sufficient information to either admit or deny the allegations contained in Paragraphs 242-243 of the Complaint.

244. In response to Paragraph 244, TD Waterhouse restates and incorporates by reference its answers contained in the previous paragraphs as if fully set forth herein.

245-246. TD Waterhouse lacks sufficient information to either admit or deny the allegations contained in Paragraphs 245-246 of the Complaint.

247. In response to Paragraph 247, TD Waterhouse restates and incorporates by reference its answers contained in the previous paragraphs as if fully set forth herein.

248-249. TD Waterhouse lacks sufficient information to either admit or deny the allegations contained in Paragraphs 248-249 of the Complaint.

250. In response to Paragraph 250, TD Waterhouse restates and incorporates by reference its answers contained in the previous paragraphs as if fully set forth herein.

251-252. TD Waterhouse lacks sufficient information to either admit or deny the allegations contained in Paragraphs 251-252 of the Complaint.

253. In response to Paragraph 253, TD Waterhouse restates and incorporates by reference its answers contained in the previous paragraphs as if fully set forth herein.

254-255. TD Waterhouse lacks sufficient information to either admit or deny the allegations contained in Paragraphs 254-255 of the Complaint.

256. In response to Paragraph 256, TD Waterhouse restates and incorporates by reference its answers contained in the previous paragraphs as if fully set forth herein.

257-258. TD Waterhouse lacks sufficient information to either admit or deny the allegations contained in Paragraphs 257-258 of the Complaint.

259. In response to Paragraph 259, TD Waterhouse restates and incorporates by reference its answers contained in the previous paragraphs as if fully set forth herein.

260-261.   TD Waterhouse lacks sufficient information to either admit or deny the allegations contained in Paragraphs 260-261 of the Complaint.

262.   In response to Paragraph 262, TD Waterhouse restates and incorporates by reference its answers contained in the previous paragraphs as if fully set forth herein.

263-264.   TD Waterhouse lacks sufficient information to either admit or deny the allegations contained in Paragraphs 263-264 of the Complaint.

265.   In response to Paragraph 265, TD Waterhouse restates and incorporates by reference its answers contained in the previous paragraphs as if fully set forth herein.

266-267.   TD Waterhouse lacks sufficient information to either admit or deny the allegations contained in Paragraphs 266-267 of the Complaint.

268.   In response to Paragraph 268, TD Waterhouse restates and incorporates by reference its answers contained in the previous paragraphs as if fully set forth herein.

269-270.   TD Waterhouse lacks sufficient information to either admit or deny the allegations contained in Paragraphs 269-270 of the Complaint.

271.   In response to Paragraph 271, TD Waterhouse restates and incorporates by reference its answers contained in the previous paragraphs as if fully set forth herein.

272-273.   TD Waterhouse lacks sufficient information to either admit or deny the allegations contained in Paragraphs 272-273 of the Complaint.

274.   In response to Paragraph 274, TD Waterhouse restates and incorporates by reference its answers contained in the previous paragraphs as if fully set forth herein.

275-276.   TD Waterhouse lacks sufficient information to either admit or deny the allegations contained in Paragraphs 275-276 of the Complaint.

277.    In response to Paragraph 277, TD Waterhouse restates and incorporates by reference its answers contained in the previous paragraphs as if fully set forth herein.

278-279.    TD Waterhouse lacks sufficient information to either admit or deny the allegations contained in Paragraphs 278-279 of the Complaint.

280.    In response to Paragraph 280, TD Waterhouse restates and incorporates by reference its answers contained in the previous paragraphs as if fully set forth herein.

281.    TD Waterhouse admits that it maintains the following accounts registered to Frank Miller, which have been frozen pursuant to the Order Approving Equitable Attachments in the Form of Reach-and-Apply Injunctions entered by the Court on February 25, 2005.

- Account No. 301-03286 Frank Miller & Maria C. Miller JT TEN......$10.48
- Account No. 463-95749 Frank Miller IRA..............................$10,743.10
- Account No. 463-95765 Frank Miller SEP IRA........................$72,292.51

TD Waterhouse further admits that National Investor Services Corporation acts as the clearing firm for those accounts.

282.    Paragraph 282 contains a prayer for relief and, therefore, does not necessitate a response.

283.    In response to Paragraph 283, TD Waterhouse restates and incorporates by reference its answers contained in the previous paragraphs as if fully set forth herein.

284.    TD Waterhouse admits that it maintains the following account registered to Maria Miller, which has been frozen pursuant to the Order Approving Equitable Attachments in the Form of Reach-and-Apply Injunctions entered by the Court on February 25, 2005.

- Account No. 301-03286 Frank Miller & Maria C. Miller JT TEN........$10.48

TD Waterhouse further admits that National Investor Services Corporation acts as the clearing firm for that account.

285. Paragraph 285 contains a prayer for relief and, therefore, does not necessitate a response.

286. In response to Paragraph 286, TD Waterhouse restates and incorporates by reference its answers contained in the previous paragraphs as if fully set forth herein.

287-288. TD Waterhouse lacks sufficient information to either admit or deny the allegations contained in Paragraphs 287-288 of the Complaint.

289. In response to Paragraph 289, TD Waterhouse restates and incorporates by reference its answers contained in the previous paragraphs as if fully set forth herein.

290-292. TD Waterhouse lacks sufficient information to either admit or deny the allegations contained in Paragraphs 290-292 of the Complaint.

293. In response to Paragraph 293, TD Waterhouse restates and incorporates by reference its answers contained in the previous paragraphs as if fully set forth herein.

294-296. TD Waterhouse lacks sufficient information to either admit or deny the allegations contained in Paragraphs 294-296 of the Complaint.

297. In response to Paragraph 297, TD Waterhouse restates and incorporates by reference its answers contained in the previous paragraphs as if fully set forth herein.

298-300. TD Waterhouse lacks sufficient information to either admit or deny the allegations contained in Paragraphs 298-300 of the Complaint.

301. In response to Paragraph 301, TD Waterhouse restates and incorporates by reference its answers contained in the previous paragraphs as if fully set forth herein.

302-304. TD Waterhouse lacks sufficient information to either admit or deny the allegations contained in Paragraphs 302-304 of the Complaint.

305.　In response to Paragraph 305, TD Waterhouse restates and incorporates by reference its answers contained in the previous paragraphs as if fully set forth herein.

306-308.　TD Waterhouse lacks sufficient information to either admit or deny the allegations contained in Paragraphs 306-308 of the Complaint.

309.　In response to Paragraph 309, TD Waterhouse restates and incorporates by reference its answers contained in the previous paragraphs as if fully set forth herein.

310-312.　TD Waterhouse lacks sufficient information to either admit or deny the allegations contained in Paragraphs 310-312 of the Complaint.

313.　In response to Paragraph 313, TD Waterhouse restates and incorporates by reference its answers contained in the previous paragraphs as if fully set forth herein.

314-316.　TD Waterhouse lacks sufficient information to either admit or deny the allegations contained in Paragraphs 314-316 of the Complaint.

317.　In response to Paragraph 317, TD Waterhouse restates and incorporates by reference its answers contained in the previous paragraphs as if fully set forth herein.

318.　In response to Paragraph 318, TD Waterhouse states that the allegation that "Frank Miller and Maria Miller has [sic] an interest in TD Waterhouse" is too vague and ambiguous for TD Waterhouse to formulate a proper response and, therefore, is denied. TD Waterhouse admits only that Frank and Maria Miller maintain accounts at TD Waterhouse, which have been frozen pursuant to the Order Approving Equitable Attachments in the Form of Reach-and-Apply Injunctions entered by the Court on February 25, 2005. TD Waterhouse further refers Plaintiff to its response to Paragraphs 281 and 284.

319.　Paragraph 319 contains legal opinions and conclusions to which no response is required. By way of further response, TD Waterhouse admits that it maintains accounts

registered to Frank and Maria Miller, which have been frozen pursuant to the Order Approving Equitable Attachments in the Form of Reach-and-Apply Injunctions entered by the Court on February 25, 2005.

320.    Paragraph 320 contains a prayer for relief and, therefore, does not necessitate a response.

321.    In response to Paragraph 321, TD Waterhouse restates and incorporates by reference its answers contained in the previous paragraphs as if fully set forth herein.

322-324.    TD Waterhouse lacks sufficient information to either admit or deny the allegations contained in Paragraphs 322-324 of the Complaint.

325.    In response to Paragraph 325, TD Waterhouse restates and incorporates by reference its answers contained in the previous

paragraphs as if fully set forth herein.

326-328.    TD Waterhouse lacks sufficient information to either admit or deny the allegations contained in Paragraphs 326-328 of the Complaint.

329.    In response to Paragraph 329, TD Waterhouse restates and incorporates by reference its answers contained in the previous paragraphs as if fully set forth herein.

330-332.    TD Waterhouse lacks sufficient information to either admit or deny the allegations contained in Paragraphs 330-332 of the Complaint.

333.    In response to Paragraph 333, TD Waterhouse restates and incorporates by reference its answers contained in the previous paragraphs as if fully set forth herein.

334-337    TD Waterhouse lacks sufficient information to either admit or deny the allegations contained in Paragraphs 334-337 of the Complaint.

Signed under the pains and penalties of perjury this 9th day of December, 2005.

                                                               Janis Campanella, Esq.
Senior Vice President
Deputy General Counsel
TD Waterhouse Investor Services, Inc.
555 N. Federal Highway, #18-20
Boca Raton, FL 33432

Counsel for TD Waterhouse:
Pete S. Michaels
psm@michaelsward.com
Derek C. Anderson
dca@michaelsward.com
Deborah Gale Evans
dge@michaelsward.com

MICHAELS & WARD, LLP
One Liberty Square
Boston, Massachusetts 02109
(617) 350-4040
(617) 350-4050 (facsimile)

## CERTIFICATION

    I hereby certify that on the 12th day of December, 2005 a copy of the foregoing *Answer to the Third Amended Complaint* was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

    /s/ Derek C. Anderson