IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LASALLE BUSINESS CREDIT, LLC f/k/a ) <br> LASALLE BUSINESS CREDIT, INC., ) <br> ) <br> Plaintiff, ) <br> v. ) <br> GARY C. GITTO, et al., ) <br> ) <br> Defendant, ) <br> and ) <br> ) <br> FLEET NATIONAL BANK, et al., ) <br> ) <br> Trustee Process Defendants, ) <br> ) <br> and ) <br> ) <br> DIRECT WOOD & PAPER PRODUCTS, et al., ) <br> ) <br> Reach and Apply Defendants. ) | Case No. 04-12227-DPW |

ORDER APPROVING AN EQUITABLE
ATTACHMENT IN THE FORM OF A REACH-AND-APPLY INJUNCTION

Upon a showing made by plaintiff LaSalle Business Credit, LLC f/k/a LaSalle Business Credit, Inc. ("LaSalle") in the Motion for Equitable Attachments in the Form of Reach-And-Apply Injunctions Regarding the Interest of John Tersigni in Litigation Claims, together will all supporting papers, the Court finds that there is a reasonable likelihood that the plaintiff will recover judgment against in an amount equal to or greater than the amount of the attachment over and above any liability insurance known or reasonably believed to be available.

IT IS ORDERED that East Coast Trading, Inc., and its agents, servants, employees, attorneys, beneficiaries, successors, assigns and all persons in active concert

1

or participation with it who receive actual notice of this Order, by personal service or otherwise are:

a. enjoined from paying in whole or in part, offsetting, assigning, alienating, selling, transferring, pledging, encumbering, concealing, hypothecating or otherwise disposing of any money, property or payments owed to John Tersigni by East Coast Trading, Inc. ("Claims") on account of a civil case pending in the Worcester Superior Court and styled Tersigni v. East Coast Trading, Inc. (the "Litigation"), or taking any act to consent to or otherwise facilitate or permit the transfer of John Tersigni's interest in the Claims;

b. enjoined from making any payment or transfer, directly or indirectly, to John Tersigni, arising from his interest in the Claims; and

c. shall reach and apply, and pay directly to LaSalle any amounts due to LaSalle as a result of the Claims underlying the Complaint filed in this case.

Further, John Tersigni is enjoined from accepting any payments on account of the Claims and from selling, transferring, pledging, encumbering, concealing, hypothecating or otherwise disposing of any money, property or payments received on account of any interest in the Claims, or any interest in the Claims, pending further order of this Court.

Dated: *December 7, 2005*                  *[signature]*
                                           United States District Judge