IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LASALLE BUSINESS CREDIT, LLC f/k/a <br> LASALLE BUSINESS CREDIT, INC., <br><br> Plaintiff, <br> v. <br> GARY C. GITTO, et al., <br><br> Defendant, <br> and <br><br> FLEET NATIONAL BANK, et al., <br><br> Trustee Process Defendants, <br><br> and <br><br> DIRECT WOOD & PAPER PRODUCTS, et al., <br><br> Reach and Apply Defendants. | Case No. 04-12227-DPW |

## STATUS REPORT

As ordered by the Court, plaintiff LaSalle Business Credit, LLC f/k/a LaSalle Business Credit, Inc. ("LaSalle") hereby reports the following status of the captioned case, as well as certain related cases.

The text of this report was circulated to all counsel by LaSalle, and comments were received from certain parties. This report was then re-circulated with certain revisions. Due to the filing deadline, however, this report was filed prior to receiving any additional feedback from the other parties in the case with the exception of counsel for Helen Kozak, who had no further comment. Accordingly, this status report is filed as LaSalle's report.

LaSalle v. Gitto, et al.

1. Discovery is continuing in accord with the court's scheduling order, and will close on April 1, 2006.

2. Certain of defendants have agreed to waive their 5th Amendment privilege and provide testimony to LaSalle. Defendants Charles Gitto, Gary Gitto, Frank Miller, Maria Miller, Helen Kozak and Louis Pellegrine continue to assert their 5th amendment privilege.

3. Defendant Garry Gitto continues to have the benefit of a "carve out" from the status quo injunction entered by this court permitting him to spend borrowed or earned funds in an amount not to exceed $20,000 per month on certain specified expenses.

4. LaSalle has no information regarding the progress of the United States Attorney's investigation into this matter.

LaSalle v. Clinton Savings Bank 05-CV-10268-DPW

5. Discovery closed on January 2, 2006.

6. LaSalle's expert report is due on February 1, 2006. Expert depositions will be completed by April 15, 2006.

LaSalle v. Vitrotech, et al. 05-cv-12150-DPW

7. Defendant Jess Rae Booth was served with the First Amended Complaint on November 7, 2005. Counsel for LaSalle was contacted by Attorney O'Regan of Burns and Levinson regarding his possible representation of Mr. Booth. LaSalle indicated that if believed such representation represented a conflict of interest because of Burns and Levinson's representation of Helen Kozak, a defendant in the related *Gitto* case. Neither

Mr. O'Regan nor any other attorney has yet to enter an appearance for Mr. Booth.

8.  Defendant Vitrotech Corporation was served with the First Amended Complaint on November 1, 2005. Vitrotech Corporation has not answered LaSalle's First Amended Complaint.

Dated: January 9, 2006  

Respectfully submitted,

LASALLE BUSINESS CREDIT, LLC


By: ____/s/ Patrick W. Manzo_____  
        One of its attorneys

Christopher J. Panos (BBO# 555273)  
Patrick W. Manzo (BBO# 651891)  
Craig and Macauley Professional Corporation  
Federal Reserve Plaza  
600 Atlantic Avenue  
Boston, MA 02210  
Phone: (617) 367-9500  
Fax:   (617) 742-1788  

Eric S. Rein  
John L. Conlon  
Bethany N. Schols  
Schwartz, Cooper, Greenberger & Krauss, Chtd.  
180 N. LaSalle Street, Suite 2700  
Chicago, IL 60601  
Phone: (312) 346-1300  
Fax:  (312) 782-8416