IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____
                                                    )
LASALLE BUSINESS CREDIT, LLC f/k/a  )
LASALLE BUSINESS CREDIT, INC.,         )
                          Plaintiff,              )
                                                    )          Case No. 04-12227-DPW
            v.                                    )
                                                    )
GARY C. GITTO, et al.,                      )
                          Defendants.         )
_____)

## NOTICE OF DISMISSAL OF DEFENDANT WILLIAM DEAKIN

Plaintiff, LaSalle Business Credit, LLC hereby gives notice, pursuant to Fed.

R. Civ. P. Rule 41(a)(1)(i), of its voluntary dismissal of defendant William Deakin,

with prejudice and without costs.  Mr. Deakin has not filed an answer or motion for

summary judgment.

Respectfully submitted,

LASALLE BUSINESS CREDIT, LLC


_____/s/ Patrick W. Manzo_____
One of its attorneys

Dated:  January 26, 2006

Christopher J. Panos (BBO# 555273)
Patrick W. Manzo (BBO# 651891)
Craig and Macauley Professional Corporation
Federal Reserve Plaza
600 Atlantic Avenue
Boston, MA  02210
Phone:  (617) 367-9500

Eric S. Rein
John L. Conlon
Bethany N. Schols
Schwartz, Cooper, Greenberger & Krauss, Chtd.
180 N. LaSalle Street, Suite 2700
Chicago, IL  60601
Phone:  (312) 346-1300

<u>Certificate of Service</u>

     I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on January 26, 2006.

                                        /s/ Patrick W. Manzo