IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LASALLE BUSINESS CREDIT, LLC f/k/a LASALLE BUSINESS CREDIT, INC.,<br><br>        Plaintiff,<br>v.<br><br>GARY C. GITTO, et al.,<br><br>        Defendant,<br>and<br><br>FLEET NATIONAL BANK, et al.,<br><br>  Trustee Process Defendants,<br><br>and<br><br>DIRECT WOOD & PAPER PRODUCTS, et al.,<br><br>  Reach and Apply Defendants. | Case No. 04-12227-DPW |

## STATUS REPORT

As ordered by the Court, plaintiff LaSalle Business Credit, LLC f/k/a LaSalle Business Credit, Inc. ("LaSalle") and Defendant Louis Pellegrine, Jr. report that they continue to work towards a possible settlement and request an additional three weeks to conclude, if possible, such discussions.

The parties will report the status of these settlement discussions to the Court on or before March 7, 2006.

Dated: February 13, 2006

Respectfully submitted,

| | |
|---|---|
| LASALLE BUSINESS CREDIT, LLC | LOUIS PELLEGRINE, JR |
| By: ___/s/ Patrick W. Manzo___<br>One of its attorneys | By: ___/s/ Robert P. Sherman___ |
| Christopher J. Panos (BBO# 555273)<br>Patrick W. Manzo (BBO# 651891)<br>Craig and Macauley Professional Corporation<br>Federal Reserve Plaza<br>600 Atlantic Avenue<br>Boston, MA 02210<br>Phone: (617) 367-9500<br>Fax:   (617) 742-1788 | Robert P. Sherman (BBO# 458540)<br>DLA Piper Rudnick Gray Cary US LLP<br>One International Place<br>Boston, MA 02110<br>(617) 406-6035<br>Fax (617) 406-6135 |
| Eric S. Rein<br>John L. Conlon<br>Bethany N. Schols<br>Schwartz, Cooper, Greenberger & Krauss, Chtd.<br>180 N. LaSalle Street, Suite 2700<br>Chicago, IL 60601<br>Phone: (312) 346-1300<br>Fax: (312) 782-8416 | |

Certificate of Service

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on February 13, 2006.

/s/ Patrick W. Manzo