UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No. 04-12227 (DPW)

| | |
|---|---|
| LASALLE BUSINESS CREDIT, LLC f/k/a LASALLE BUSINESS CREDIT, INC. | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| GARY C. GITTO, et al, | ) ) ) |
| Defendants | ) ) |

**MOTION TO EXTEND THE TIME TO RESPOND TO
REQUEST FOR ORDER TO SHOW CAUSE**

The defendant Gary C. Gitto moves the court to extend the time to report his response to the plaintiffs Request for Order to Show Cause as to why he should not be held in contempt until Friday, February 24, 2006. In support thereof he states that his counsel needs the time to prepare the response and that the plaintiff has assented to this request.

Respectfully submitted,

Assented to: /s/ Patrick W. Manzo
            Patrick W. Manzo

/s/ Max D. Stern
Max D. Stern
BBO NO. 479560
Stern, Shapiro, Weissberg
   & Garin, LLP
90 Canal Street, Suite 500
Boston, MA 02114-2022
(617) 742-5800

Dated: February 15, 2006

**CERTIFICATE OF SERVICE**

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on February 15, 2006.

                                     /s/ Max D. Stern
                                     Max D. Stern