UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No. 04-12227 (DPW)

|  |  |
|---|---|
| LASALLE BUSINESS CREDIT, LLC f/k/a LASALLE BUSINESS CREDIT, INC. | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| GARY C. GITTO, et al, | ) ) ) |
| Defendants | ) ) |

**MOTION FOR FURTHER EXTENSION OF TIME TO RESPOND TO REQUEST FOR ORDER TO SHOW CAUSE**

The defendant Gary C. Gitto moves the court to further extend the time to prepare his response to the plaintiffs Request for Order to Show Cause as to why he should not be held in contempt until Friday, March 3, 2006. In support thereof he states that his counsel needs further time to prepare the response and that the plaintiff has assented to this request.

Respectfully submitted,

/s/ Max D. Stern
Max D. Stern
BBO NO. 479560
Stern, Shapiro, Weissberg
   & Garin, LLP
90 Canal Street, Suite 500
Boston, MA 02114-2022
(617) 742-5800

Assented to: /s/ Eric Rein
         Eric Rein

Dated: February 22, 2006

**CERTIFICATE OF SERVICE**

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on February 22, 2006.

                                      /s/ Max D. Stern
                                      Max D. Stern