B



SOVEREIGN BANK NEW ENGLAND
*A Division of Sovereign Bank*

November 3, 2005

Mr. Gary Gillis
P.O Box 2858
Acton, Ma 01720-6858

Dear Mr. Gillis:

Sovereign Bank's Loss Prevention and Security Department recently discovered that an individual impersonating a Sovereign Employee was able to obtain information about your accounts at Sovereign Bank.

Upon careful review of your accounts it does not appear that any fraud was perpetrated against your accounts.

As a precautionary measure, your accounts have been frozen. Please be assured that if you incur a loss to your Sovereign accounts, we will reimburse your account in full. We are in the process of closing your current accounts and establishing new accounts with new numbers.

Please visit your local Sovereign Community Banking Office to complete the documentation necessary to close your accounts and open new accounts as quickly as possible.

On behalf of Sovereign Bank, please accept my sincerest apology for any inconvenience this has caused.

If you have any questions or if I can be of any further assistance feel free to contact me at the telephone below.

Sincerely,

Laura Boulay
Investigations Manager
603-894-7106

Single Narrative

| INCIDENT LOCAL # PRIORITY ACC REP | ACTIVITY ADDRESS (JURISDICTION) DISPOSITION | OFFICER(S) | RECEIVED DISPATCHED ARRIVED CLEARED | DISPATCHER SUPERVISOR NATURE INCIDENT TYPE |
|---|---|---|---|---|
| I0519483 9 No   Yes | CALL FOR SERVICE SOVEREIGN BANK 307 MAIN ST Cross: MASSACHUSETTS AV ROUTE 2 @345 ACTON, MA, 01720 (01) REPORT | HEFFERNAN | 12/05/2005, 13:36 12/05/2005, 13:36 12/05/2005, 13:36 12/05/2005, 13:36 | CANN LAWTON SUSP ACTIVITY SUSP ACTIVITY CT: CANN |

   Reported as: **SUSP ACTIVITY**      Found as: **SUSP ACTIVITY**
Domestic Abuse: **No**

Dispatcher Remarks:
      GARY GITTO REPORTED UNKNOWN SUBJECT OBTAINED ACCOUNT INFO FROM ABOVE, SEE
      62KH REPORT.

REPORTER   GITTO, GARY                           License: S83463978   (MA)
(Male)     51 MEYER HILL DR
M0403584   ACTON  MA   01720
           Phone: 978-660-2036   Race: W        DOB: 01/17/1962 Age: 43
           Commt: REPORTS SUSPICIOUS ACTIVITY AT SOV BANK

OTHER      BOULAY, LAURA                         License: None
(Female)
M0505252   SALEM  NH
           Phone: 603-894-7106                   DOB: None Recorded
           Commt: SOVEREIGN INVESTIGATIONS MANAGER


Narrative(s):

Narr.  1: PTL. KEVIN HEFFERNAN    Division: **None**    Status: **Open**    [I0519483]
   Title: **INCIDENT REPORT**     Entered: **PTL. KEVIN HEFFERNAN**   Date: 12/05/05
                                  Reviewed: **No officer**            Edit: 12/06/05

      On November 14, 2005, I received a phone call from a Laura Boulay who
      identified herself as a Investigations Manager from Sovereign Bank.  Ms. Boulay
      reported to me that a customer's account information was given out by a staff
      member at Sovereign's Acton branch within the last week.  She informed me that
      the customer, identified as Gary Gitto, was very upset and she was looking for
      information on where she should direct him.  I then asked her to explain the
      situation how the customer's account was compromised and she informed me that a
      subject had called the bank and told the answering employee at the Acton branch
      that he was Tim Johnson, manager of the Hollis, New Hampshire branch of
      Sovereign Bank.  Ms. Boulay informed me that this subject then related that the
      computers at their branch were down, and he wished to obtain account
      information for Mr. Gitto and his business accounts, Triple G Enterprises.  Ms.
      Boulay informed me that the Acton employee then gave this subject Mr. Gitto's
      EIN and balance information to his accounts, without verifying who they were
      speaking to.  The Acton employee was suspicious after this conversation and
      attempted to contact the Hollis Branch and found that there was no one there by

| | | | | |
|---|---|---|---|---|
| December 6, 2005 | | Acton Police Department<br>Incident Report | | Tuesday 09:10 |

**Single Narrative**

| INCIDENT<br>LOCAL #<br>PRIORITY<br>ACC REP | ACTIVITY<br>ADDRESS (JURISDICTION)<br>DISPOSITION | | OFFICER(S) | RECEIVED<br>DISPATCHED<br>ARRIVED<br>CLEARED | DISPATCHER<br>SUPERVISOR<br>NATURE<br>INCIDENT TYPE |
|---|---|---|---|---|---|

Narrative    1 (continued)   By: **PTL. KEVIN HEFFERNAN**       Incident I0519483

that name and no one from the office had contacted the Acton branch.

After hearing this account from Boulay, I informed her that if Mr. Gitto wished to report this incident, the Acton Police would have jurisdiction. I added that at this time, I could see no criminal activity, only a case of suspicious activity. I informed her that she should contact Mr. Gitto and have him report the incident in case any fraudulent activity comes from the information being given out. She stated that she would do this.

On December 5, 2005, I received a phone call from Gary Gitto. Gary explained that he would like to meet with me and file a report regarding his account information being given out by Sovereign Bank. We agreed to meet at the Police Station at 1:00 PM.

At 1:00 PM, I met with Mr. Gitto in the public interview room of the Police Station. I explained to Mr. Gitto that I had an overview of what had occurred and asked him to explain it further if he could. He explained that in mid November of 2005, he found that several checks that he had written were bouncing. Knowing that these accounts had adequate funds, he contacted Sovereign Bank to see what the problem was. He was then was informed that his account information had been given out by mistake and the bank had frozen the account in question for protection.

He then explained that he believes that he has an idea of who may have been involved in obtaining the account information. He then informed me that he is currently involved in court case involving Lasalle Business Credit LLC of Chicago, Illinois. He informed me that he believes that a private investigator that works for LaSalle made the call to obtain the information on his accounts. He informed me that through his attorney, he believes the investigator to be a Steven Snyder of Snyder and Associates. He provided a phone number for this subject, 781-344-3706. He added that shortly after he was made aware that his account information was given out, lawyers for Lasalle Business Credit LCC filed a subpena for his Sovereign accounts. I checked the number provided by Gitto through Verizon's web site and found that it was registered to Frank Snyder Associates Inc of Lynnfield, MA.