# C

AO88 (Rev. 1/94) Subpoena in a Civil Case

## Issued by the
## UNITED STATES DISTRICT COURT

DISTRICT OF     MASSACHUSETTS

LASALLE BUSINESS CREDIT, LLC f/k/a
LASALLE BUSINESS CREDIT, INC.

V.

GARY C. GITTO, et al.

**SUBPOENA IN A CIVIL CASE**

Case Number:[1]  04-12227-DPW

TO: Sovereign Bank
      75 State Street
      Boston, MA 02109

☐ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  |  |
|  | DATE AND TIME |
|  |  |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
|  |  |

☒ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

Any and all account statements from March 2005 to the present for the accounts of Gary Gitto (SS No. 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), Gitto Sales Inc., and Triple G Enterprises, Inc. Following review of the statements, LaSalle will identify additional documents. In addition, any and all account opening records for Triple G Enterprises, Inc.

| PLACE Craig and Macauley Professional Corporation, 600 Atlantic Avenue, 29th Fl., Boston, MA 02210 | DATE AND TIME 12/14/2005 |
|---|---|

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
|  |  |

    Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTFF OR DEFENDANT) | DATE |
|---|---|
| [signature] Attorney for Plaintiff, LaSalle Business Credit, LLC | 11/21/05 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER Patrick W. Manzo, Esq., Craig and Macauley Professional Corporation
Federal Reserve Plaza, 600 Atlantic Avenue, Boston, MA 02210

[1] If action is pending in district other than district of issuance, state district under case number.