# D



**SOVEREIGN BANK NEW ENGLAND**
*A Division of Sovereign Bank*

November 23, 2005

Mr. Gary Gitto
P.O. Box 2858
Acton, Ma 01720

Dear Sir:

Please accept this letter as formal notification of our intentions to terminate your account relationship (s) with Sovereign Bank. Please do not make any further deposits, nor would we recommend issuing additional checks.

Since we realize that some items may remain outstanding, your checks will continue to be honored, providing the funds are available, until December 7, 2005. We will close your account(s) on December 8, 2005. Any remaining balance will be forwarded to your address of record in the form of an Official Check. Checks presented after such time will not be honored. You are however free to close the account(s) yourself prior to the above mentioned date.

Please feel free to contact the undersigned should you have any further questions. Thank you.

Very truly yours,

Laura Boulay
New England External Investigations Manager