**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

LASALLE BUSINESS CREDIT, LLC f/k/a )
LASALLE BUSINESS CREDIT, INC., )
                                  )
             Plaintiff, )
     v.                        )     Case No. 04-12227-DPW
                                    )
GARY C. GITTO, et al.,         )
                                    )
           Defendants.     )
                                    )

**PLAINTIFF'S MOTION FOR LEAVE TO REPLY TO DEFENDANT GARY C.
GITTO'S OPPOSITION TO PLAINTIFF'S REQUEST FOR ORDER TO SHOW CAUSE**

       Plaintiff, LaSalle Business Credit, LLC ("LaSalle"), by its attorneys, moves the Court for

leave to file a Reply, in the form attached hereto, to Defendant Gary C. Gitto's *Opposition to*

*Request for Order to Show Cause and Motion to Modify Preliminary Injunction* (the

"Opposition").  In support of that request, LaSalle states as follows:

       1.       On March 3, 2006, Defendant Gary C. Gitto filed the Opposition.

       2.       The Opposition contains a number of allegations regarding the purported conduct

of an investigator engaged by LaSalle that are contradicted by an affidavit signed by that

investigator.  LaSalle wishes to file that affidavit in response to the Opposition so that the record

is complete.

       WHEREFORE, Plaintiff, LaSalle Business Credit, LLC, requests that the Court grant

LaSalle leave to file its Reply to the Opposition in substantially the form attached hereto.

Dated:  March 8, 2006                          Respectfully submitted,

                                               LASALLE BUSINESS CREDIT, LLC


                                               By:_____/s/ Patrick W. Manzo_____
                                                       One of its attorneys

Christopher J. Panos (BBO# 555273)
Patrick W. Manzo (BBO# 651891)
Craig and Macauley Professional Corporation
Federal Reserve Plaza
600 Atlantic Avenue
Boston, MA  02210
Phone:  (617) 367-9500

Eric S. Rein
John L. Conlon
Bethany N. Schols
Schwartz, Cooper, Greenberger & Krauss, Chtd.
180 N. LaSalle Street, Suite 2700
Chicago, IL  60601
Phone:  (312) 346-1300


                                <u>Certificate of Service</u>

       I hereby certify that this document(s) filed through the ECF system will be sent
electronically to the registered participants as identified on the Notice of Electronic Filing (NEF)
and paper copies will be sent to those indicated as non registered participants on March 8, 2006.

                                        /s/ Patrick W. Manzo_____