UNITED STATES DISTRICT COURT, DISTICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-12227(DPW)

---

LASALLE BUSINESS CREDIT, LLC f/k/a LASALLE CREDIT, INC.,

Plaintiff,

vs.

GARY C. GITTO, ET AL,

Defendants.

---

### AFFIDAVIT OF STEVEN SNYDER

---

The Affiant, Steven Snyder, upon being duly sworn hereby states the following.

1. The Affiant is over the age of 18 years, a resident of Colorado and not a party to this action.

2. The Affiant is the President of Steven Snyder & Associates, Inc., a Colorado corporation, specializing in civil and criminal fraud investigations. The Affiant has operated the private investigative agency in Colorado since 1983. The affiant has provided professional services throughout the United States continuously since 1979.

3. In September 2004, the Affiant was retained by legal counsel for the Plaintiff, LaSalle Business Credit, LLC, to provide investigative services in relation to the collection and civil litigation in this case.

4. At no time during the course of this investigation has the Affiant or anyone within his employ contacted employees of Sovereign Bank under false or misleading circumstances to obtain information from the Bank regarding Gary Gitto, Gary Gitto's deposit accounts or any other information from the Bank. I have never impersonated a Sovereign Bank employee to obtain account information.

5. I have never claimed to be Tim Johnson, never claimed to anyone at Sovereign Bank that I was an employee of the Bank who needed information because the Bank's computer systems were not working and I have never contacted the Acton Branch of Sovereign Bank.

6. I have no relation to, any knowledge of and have never heard of Frank Snyder Associates of Lynnfield, Massachusetts or any similar captioned individual or entity.

7. At no time during this investigation or at any other time during the past twenty-five years has the Affiant or anyone within his employ utilized pretext methods or impersonation methods to obtain information.

THE AFFIANT FURTHER SAYETH NOT.

_____
Steven Snyder

Sworn to and subscribed before me this ___ day of March, 2006, by Steven Snyder.

Witness my hand and official seal.

My commission expires: 10-30-2007.

[SEAL]

_____
Notary Public

```
KEVEN SUZUKI
NOTARY PUBLIC
STATE OF COLORADO
```
My Commission Expires 10/30/2007