# Attachment A

AO88 (Rev. 1/94) Subpoena in a Civil Case

# Issued by the
# UNITED STATES DISTRICT COURT

DISTRICT OF _____

| La Salle Business Credit, LLC | **SUBPOENA IN A CIVIL CASE** |
|---|---|
| V. | |
| Gary C. Gitto, et al. | Case Number:[1]  04-12227-DPW |

TO: Leonard Lewin
Gadsby Hanah LLP
225 Franklin Street
Boston, MA 02110

☐ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| | |
| | DATE AND TIME |
| | |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| | |

☒ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

All financial sttements made or filed on behalf of Frank Miller in the matter of Frank Miller v. Gail Miller, Probate and Family Court #90D-0447-D2

| PLACE  Stern, Shapiro, Weissberg & Garin LLP, 90 Canal Street, Boston, MA 02114 | DATE AND TIME  3/22/2006 9:00 am |
|---|---|

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
| | |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) *[signature] Max D. Stern* | DATE  3/6/06 |
|---|---|

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
Max D. Stern; Stern, Shapiro, Weissberg & Garin LLP; 90 Canal Street; Boston, MA 02114; 617-742-5800

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on next page)

[1] If action is pending in district other than district of issuance, state district under case number.

I hereby certify and return that today, March 13, 2006, at 11:20 AM, I summoned the within named witness Leonard Lewin to appear and give testimony (*or produce*) as within directed, by delivering in hand to Leonard Lewin, a true and attested copy of the within United States District Court Subpoena. Said service was effected at: Gadsby Hanah LLP, 225 Franklin Street, Boston, MA 02110.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing information is true and correct. Executed on March 13, 2006.

_____
**Francis Davis,** Constable, City of Boston
& Disinterested Person over Age 18.

Service: $45.00

**Butler and Witten**
Boston, MA
(617) 325-6455 ,