# Attachment B





865 PROVIDENCE HIGHWAY
DEDHAM, MA 02026-6825
TEL: (781) 251-0500
FAX: (781) 251-9454
WWW.AVRATINLAW.COM

MICHAEL S. AVRATIN
GARY S. AVRATIN
ADAM S. AVRATIN

Monday, March 13, 2006

Stern, Shapiro, Weissberg & Garin LLP
Max D. Stern, Esquire
90 Canal Street
Boston, MA 02114

MAR 1 4 2006

Dear Attorney Stern:

I am in receipt of your subpoena for records relating back to 1990.

All my files (33 years) were destroyed in October 1996 by a flood and water damage at this address.

The court would have copies of all Financial Statements.

If I can be of any further assistance please advise.

Very truly yours,

Michael S. Avratin

MSA/jb