UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Case No.  04CV12227DPW

_____
LASALLE BUSINESS CREDIT, LLC f/k/a            )
LASALLE BUSINESS CREDIT, IN.,                 )
    Plaintiff                                )
                                              )
v.                                            )
                                              )
GARY C. GITTO, FRANK MILLER, CHARLES          )
N. GITTO, JR., NANCY GITTO PANAGIOTES,        )
JOHN D. TERSIGNI, KATHLEEN M. CARLAND,        )
WILLIAM DEAKIN, JANICCE CHAISSON,             )
HELEN KOZAK, KINGSDALE CORP. d/b/a            )
J&J CHEMICAL DISTRIBUTORS, and                )
TRADEX CORPORATION,                           )
    Defendants                               )
                                              )
and                                           )
                                              )
FLEET NATIONAL BANK, CLINTON                  )
SAVINGS BANK, SOVEREIGN BANK,                 )
COMMERCE BANK & TRUST COMPANY,                )
BANKNORTH, N.A., FIDELITY INVESTMENTS         )
INC., LEOMINISTER CREDIT UNION, and           )
LEHMAN BROTHERS, INC.,                        )
    Trustee Process Defendants               )
                                              )
and                                           )
                                              )
FIDELITY INVESTMENTS, INC., DIRECT            )
WOOD & PAPER PRODUCTS, INC., GITTO            )
SALES CORPORATION, J-TAN SALES &              )
MARKETING, INC., HEMISPHERE                   )
DISTRIBUTION CORPORATION, LEHMAN              )
BROTHERS, INC., and AWG, LLC,                 )
    Reach and Apply Defendants               )
_____           )

NOTICE OF WITHDRAWAL

Please notice my withdrawal as counsel of record for Charles N. Gitto, Jr. in the above-captioned matter.

Respectfully submitted,

    /s/ Juliane Balliro
Juliane Balliro (BBO# 028010)
WolfBlock
One Boston Place
Boston, MA 02108
617-226-4000

Dated: April 11, 2006