IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LASALLE BUSINESS CREDIT, LLC f/k/a LASALLE BUSINESS CREDIT, INC., <br><br> Plaintiff, <br> v. <br><br> GARY C. GITTO, et al., <br><br> Defendant, <br> and <br><br> FLEET NATIONAL BANK, et al., <br><br> Trustee Process Defendants, <br><br> and <br><br> DIRECT WOOD & PAPER PRODUCTS, et al., <br><br> Reach and Apply Defendants. | Case No. 04-12227-DPW |

## STATUS REPORT

As ordered by the Court, plaintiff LaSalle Business Credit, LLC f/k/a LaSalle Business Credit, Inc. ("LaSalle") and Defendant Louis Pellegrine, Jr. report that they have been unable to conclude a settlement.

Counsel for Mr. Pellegrine, Attorney Sherman, intends to submit a motion to withdraw due to a conflict of interest.

Dated: April 19, 2006

Respectfully submitted,

| LASALLE BUSINESS CREDIT, LLC | LOUIS PELLEGRINE, JR |
|---|---|
| By:   /s/ Patrick W. Manzo<br>One of its attorneys | By:   /s/ Robert P. Sherman |
| Christopher J. Panos (BBO# 555273)<br>Patrick W. Manzo (BBO# 651891)<br>Craig and Macauley Professional Corporation<br>Federal Reserve Plaza<br>600 Atlantic Avenue<br>Boston, MA 02210<br>Phone: (617) 367-9500<br>Fax:   (617) 742-1788 | Robert P. Sherman (BBO# 458540)<br>DLA Piper Rudnick Gray Cary US LLP<br>One International Place<br>Boston, MA 02110<br>(617) 406-6035<br>Fax (617) 406-6135 |

Eric S. Rein
John L. Conlon
Bethany N. Schols
Schwartz, Cooper, Greenberger & Krauss, Chtd.
180 N. LaSalle Street, Suite 2700
Chicago, IL 60601
Phone: (312) 346-1300
Fax: (312) 782-8416

Certificate of Service

    I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on April 20, 2006.

    /s/ Patrick W. Manzo