UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

LASALLE BUSINESS CREDIT, LLC f/k/a
LASALLE BUSINESS CREDIT, INC.,

     *Plaintiff,*

v.

GARY C. GITTO, et. al.

     *Defendants.*

and

FLEET NATIONAL BANK, et al.

     *Trustee Process Defendants,*

and

DIRECT WOOD & PAPER PRODUCTS, et al.,

     *Reach-and-Apply Defendants.*

CASE NO. 04-12227-DPW

## MOTION TO WITHDRAW AS COUNSEL FOR LOUIS J. PELLEGRINE, JR.

Robert P. Sherman and the law firm of DLA Piper Rudnick Gray Cary US LLP hereby move to withdraw as counsel to Louis J. Pellegrine, Jr. In support of this motion, undersigned counsel states as follows that:

1.     On or about January 14, 2005, I entered my appearance for Louis J. Pellegrine, Jr. who was named as a defendant in the Amended Complaint filed by plaintiff LaSalle Business Credit, LLC on December 31, 2004. At the time of the entry of my appearance, I was a partner in the law firm of Nixon Peabody LLP.

2.     On November 28, 2005, I withdrew as a partner in Nixon Peabody LLP and joined the law firm of DLA Piper Rudnick Gray Cary US LLP as a partner.

~BOST1:417985.v1
359881-1

3.     DLA Piper Rudnick Gray Cary US LLP has a long standing client relationship with the plaintiff LaSalle Business Credit LLC.  This client relationship has created a conflict of interest with respect to my continued representation of Mr. Pellegrine in the above-referenced action, and the plaintiff has indicated that it will not waive such conflict.

4.     In an effort to avoid the necessity of my withdrawing as counsel for Mr. Pellegrine, plaintiff's counsel and I have engaged in substantial discussions in an attempt to resolve its claim against Mr. Pellegrine.  Those efforts have not been successful.

5.     Accordingly, I am compelled to withdraw as counsel to Mr. Pellegrine in the above-referenced matter.

6.     I have discussed the conflict with Mr. Pellegrine and have also discussed this motion with Mr. Pellegrine and he has authorized me to communicate to the Court that he consents to my withdrawal as counsel for him in the above matter.

WHEREFORE, Robert P. Sherman and the law firm of DLA Piper Rudnick Gary Cary US LLP move to withdraw as counsel for Louis J. Pellegrine, Jr.


           /s/ Robert P. Sherman
           Robert P. Sherman, Esq. (BBO #458540)
           DLA PIPER RUDNICK GRAY CARY US LLP
           33 Arch Street, 26th Floor
           Boston, MA  02110-1447
           (617) 406-6000 (telephone)
           (617) 406-6100 (fax)

Dated:  May 9, 2006