IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LA SALLE BUSINESS CREDIT, LLC f/k/a<br>LA SALLE BUSINESS CREDIT, INC.,<br><br>        Plaintiff,<br>v.<br><br>GARY C. GITTO, et al.,<br><br>        Defendants,<br>and<br><br>FLEET NATIONAL BANK, et al.,<br><br>        Trustee Process Defendants,<br><br>and<br><br>FIDELITY INVESTMENTS, INC., et al.,<br><br>        Reach-and-Apply Defendants. | Case No. 04-12227-DPW |

NOTICE OF APPEARNCE

Kindly enter the appearance of Attorney Maria Luise, as co-counsel on behalf of the defendant, Charles Gitto, in the above-captioned matter.

                                                           Respectfully submitted

                                                           /s/  Maria A. Luise

                                                           Maria A. Luise, Esquire
                                                           BBO # 557353
                                                           BALLIRO & MONDANO
                                                           99 Summer Street, Suite 1800
                                                           Boston, MA 02110
                                                           (617) 737-8442

DATED: May 9, 2006

## Certificate of Service

    I, Frank Mondano, hereby certify that on December 15, 2005 a true copy of the above document was served upon each party or counsel of record for each party.

                                                                 _____
                                                                  Frank Mondano