IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LASALLE BUSINESS CREDIT, LLC f/k/a <br> LASALLE BUSINESS CREDIT, INC., <br><br> Plaintiff, <br><br> v. <br><br> GARY C. GITTO, FRANK MILLER, MARIA MILLER, <br> CHARLES N. GITTO, JR., LOUIS J. PELLEGRINE, JR., <br> JOHN D. TERSIGNI, KATHLEEN M. CARLAND, <br> WILLIAM DEAKIN, JANICE CHAISSON, HELEN <br> KOZAK, KINGSDAEL CORP. d/b/a J&J CHEMICAL <br> DISTRIBUTORS, TRADEX INTERNATIONAL <br> CORPORATION, and TRADEX CORPORATION, <br><br> Defendants, <br><br> and <br><br> FLEET NATIONAL BANK, CLINTON SAVINGS <br> BANK, SOVEREIGN BANK, COMMERCE BANK & <br> TRUST COMPANY, FIDELITY COOPERATIVE <br> BANK, BANKNORTH, N.A., LEOMINSTER <br> CREDIT UNION, FIDELITY INVESTMENTS, INC., <br> FIDELITY BROKERAGE SERVICES, LLC, LEHMAN <br> BROTHERS, INC., TD WATERHOUSE, TD <br> WATERHOUSE INVESTOR SERVICES, INC., <br> LEGG MASON, INC., LEGG MASON WOOD <br> WALKER, INC., TRADEX CORPORATION and <br> EAST COAST TRADING, INC. <br><br> Trustee Process Defendants, <br> and <br><br> DIRECT WOOD & PAPER PRODUCTS, INC., GITTO <br> SALES CORPORATION, J-TAN SALES & <br> MARKETING, INC., HEMISPHERE DISTRIBUTION <br> CORP., FIDELITY INVESTMENTS, INC., AWG, LLC, <br> LEHMAN BROTHERS, INC., TD WATERHOUSE, <br> SUPERIOR POLYMERS CORPORATION, and <br> LEGG MASON, INC., <br><br> <u>Reach and Apply Defendants.</u> | Case No. 04-12227-DPW |

## NOTICE OF FIRM ADDRESS CHANGE

Please be advised that Michaels & Ward, LLP, counsel for Defendant TD Waterhouse Investment Services, Inc., has moved to a new location. This firm will continue to represent TD Waterhouse Investment Services, Inc. and can be contacted at the following address:

> **Pete S. Michaels, Esq.**
> **Derek C. Anderson, Esq.**
> **MICHAELS & WARD, LLP**
> **12 Post Office Square, 4th Floor**
> **Boston, MA  02109**
> **Tel: (617) 350-4040**
> **Fax: (617) 350-4050**

Please direct all future correspondence and pleadings to this address.

TD Waterhouse Investment Services, Inc.

By its attorneys,

/s/ Derek C. Anderson, Esq.
Pete S. Michaels, Esq.
psm@michaelsward.com
Derek C. Anderson, Esq
dca@michaelsward.com

MICHAELS & WARD, LLP
12 Post Office Square, 4th Floor
Boston, Massachusetts 02109
(617) 350-4040

Dated: May 10, 2006

## CERTIFICATE OF SERVICE

      I hereby certify that on the 10th day of May, 2006, a copy of the foregoing **NOTICE OF FIRM ADDRESS CHANGE** was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's Electronic Filing System. Parties may access this filing through the Court's system.

      /s/ Derek C. Anderson
      Derek C. Anderson, Esq.