IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LASALLE BUSINESS CREDIT, LLC f/k/a ) <br> LASALLE BUSINESS CREDIT, INC., ) <br> ) <br>           Plaintiff, ) <br>   v. ) <br> GARY C. GITTO, et al., ) <br> ) <br>           Defendant, ) <br>   and ) <br> ) <br> FLEET NATIONAL BANK, et al., ) <br> ) <br>   Trustee Process Defendants, ) <br> ) <br>   and ) <br> ) <br> DIRECT WOOD & PAPER PRODUCTS, et al., ) <br> ) <br>   Reach and Apply Defendants. ) | Case No. 04-12227-DPW |

PROPOSED SUMMARY JUDGMENT BRIEFING SCHEDULE

As ordered by the Court, plaintiff LaSalle Business Credit, LLC f/k/a LaSalle Business Credit, Inc. ("LaSalle") hereby submits the following proposed summary judgment briefing schedule. Eric S. Rein, counsel for LaSalle, has conferred with counsel for defendants Charles Gitto and Gary Gitto regarding this schedule.

LaSalle, Charles Gitto and Gary Gitto have agreed, subject to approval by the Court, that LaSalle shall file a Motion for Summary Judgment on or before **July 28, 2006**. Responses to that Motion shall be due on or before **September 5, 2006.** LaSalle's Reply brief shall be due on or before **September 18, 2006**.

2

| | |
|---|---|
| Dated: May 26, 2006 | Respectfully submitted, |
| | LASALLE BUSINESS CREDIT, LLC |
| | By:   /s/ Patrick W. Manzo<br>          One of its attorneys |

Christopher J. Panos (BBO# 555273)
Patrick W. Manzo (BBO# 651891)
Craig and Macauley Professional Corporation
Federal Reserve Plaza
600 Atlantic Avenue
Boston, MA  02210
Phone: (617) 367-9500
Fax:   (617) 742-1788

Eric S. Rein
John L. Conlon
Bethany N. Schols
Schwartz, Cooper, Greenberger & Krauss, Chtd.
180 N. LaSalle Street, Suite 2700
Chicago, IL  60601
Phone:  (312) 346-1300
Fax:  (312) 782-8416


### Certificate of Service

    I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on May 26, 2006.

                                            /s/ Patrick W. Manzo