UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

LASALLE BUSINESS CREDIT LLC
f/k/a LASALLE BUSINESS CREDIT, INC.,
    Plaintiff

CIVIL ACTION NO. 04-12227-DPW

v.

GARY GITTO, ET AL.
    Defendant

## ORDER TO SHOW CAUSE

WOODLOCK, District Judge

    This case was called for hearing on June 5, 2006.  Defendant Louis Pellegrine, Jr. failed to appear as directed in an electronic notice of hearing issued on May 22, 2006.

    Accordingly, **DEFENDANT LOUIS PELLEGRINE, JR.** is hereby ORDERED TO SHOW CAUSE why he should not be held in contempt for failure to appear at the scheduled hearing.  The parties shall appear for a hearing in respect of this show cause order and the course of this litigation at **9:00 A.M.** on **JUNE 7, 2006** in Courtroom 1 on the 3rd floor, of the John Joseph Moakley Federal Courthouse, United States District Court, District of Massachusetts, One Courthouse Way, Boston, MA.  **Attorney Robert P. Sherman shall forthwith serve a copy of the Order on Mr. Pellegrine.**

                      BY THE COURT,

                        /s/ Michelle Rynne

DATED: June 5, 2006                                                            Deputy Clerk