IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LASALLE BUSINESS CREDIT, LLC f/k/a LASALLE BUSINESS CREDIT, INC.,<br><br>        Plaintiff,<br><br>  v.<br><br>GARY C. GITTO, et al.,<br><br>        Defendant,<br>and<br><br>FLEET NATIONAL BANK, et al.,<br><br>  Trustee Process Defendants,<br><br>and<br><br>DIRECT WOOD & PAPER PRODUCTS, et al.,<br><br>  Reach and Apply Defendants. | Case No. 04-12227-DPW |

STATEMENT OF PLAINTIFF'S PRESENT INTENT
REGARDING SCOPE OF SUMMARY JUDGMENT

As ordered by the Court, plaintiff LaSalle Business Credit, LLC f/k/a LaSalle Business Credit, Inc. ("LaSalle") hereby submits this statement regarding the scope of its anticipated summary judgment motion. LaSalle presently intends to file (in accordance with the schedule set by the Court) a motion seeking summary judgment as to all remaining claims and defendants in the case.

Dated: June 6, 2006                                 Respectfully submitted,

                                                                            LASALLE BUSINESS CREDIT, LLC

                                                                            By:    /s/ Patrick W. Manzo
                                                                                      One of its attorneys

Christopher J. Panos (BBO# 555273)
Patrick W. Manzo (BBO# 651891)
Craig and Macauley Professional Corporation
Federal Reserve Plaza
600 Atlantic Avenue
Boston, MA  02210
Phone: (617) 367-9500
Fax:   (617) 742-1788

Eric S. Rein
John L. Conlon
Bethany N. Schols
Schwartz, Cooper, Greenberger & Krauss, Chtd.
180 N. LaSalle Street, Suite 2700
Chicago, IL  60601
Phone:  (312) 346-1300
Fax:  (312) 782-8416

Certificate of Service

      I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on June 6, 2006.

                                                                                 /s/ Patrick W. Manzo