IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| LASALLE BUSINESS CREDIT, LLC f/k/a | ) | |
| LASALLE BUSINESS CREDIT, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. 04-12227-DPW |
| GARY C. GITTO, et al., | ) | |
| | ) | |
| Defendant, | ) | |
| and | ) | |
| | ) | |
| FLEET NATIONAL BANK, et al., | ) | |
| | ) | |
| Trustee Process Defendants, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| DIRECT WOOD & PAPER PRODUCTS, et al., | ) | |
| | ) | |
| Reach and Apply Defendants. | ) | |

**MOTION TO EXCEED THE PAGE LIMIT**

Pursuant to Local Rule 7.1(B)(4), Plaintiff LaSalle Business Credit, LLC

("LaSalle") respectfully moves for leave to submit a Motion for Summary Judgment in

excess of the twenty page limit. In support of this request, Plaintiff states that this case is

a complex matter involving five remaining defendants and the additional space is needed

in order to fully brief those defendants' liability. The Motion shall not exceed 30 pages.

///

///

///

Dated: July 26, 2006                        Respectfully submitted,

                                            LASALLE BUSINESS CREDIT, LLC


                                            By:  _____ /s/ Patrick W. Manzo _____
                                                        One of its attorneys

Christopher J. Panos (BBO# 555273)
Patrick W. Manzo (BBO# 651891)
Craig and Macauley Professional Corporation
Federal Reserve Plaza
600 Atlantic Avenue
Boston, MA  02210
Phone: (617) 367-9500
Fax:   (617) 742-1788

Eric S. Rein
John L. Conlon
Bethany N. Schols
Schwartz, Cooper, Greenberger & Krauss, Chtd.
180 N. LaSalle Street, Suite 2700
Chicago, IL  60601
Phone:  (312) 346-1300
Fax:  (312) 782-8416


                        Certificate of Service

        I hereby certify that this document(s) filed through the ECF system will be sent
electronically to the registered participants as identified on the Notice of Electronic Filing
(NEF) and paper copies will be sent to those indicated as non-registered participants on
July 26, 2006.

                                            /s/ Patrick W. Manzo _____