IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| LASALLE BUSINESS CREDIT, LLC f/k/a <br> LASALLE BUSINESS CREDIT, INC., <br>         Plaintiff, <br><br> v. <br><br> GARY C. GITTO, et al., <br>         Defendants. | Case No. 04-12227-DPW |

NOTICE OF DISMISSAL OF DEFENDANT JOHN D. TERSIGNI

Plaintiff, LaSalle Business Credit, LLC hereby gives notice, pursuant to Fed. R. Civ. P. Rule 41(a)(1)(i), of its voluntary dismissal of defendant John D. Tersigni, with prejudice and without costs. Mr. Tersigni has not filed an answer or motion for summary judgment.

Respectfully submitted,

LASALLE BUSINESS CREDIT, LLC


     /s/ Patrick W. Manzo
     One of its attorneys

Dated: July 28, 2006

Christopher J. Panos (BBO# 555273)
Patrick W. Manzo (BBO# 651891)
Craig and Macauley Professional Corporation
Federal Reserve Plaza
600 Atlantic Avenue
Boston, MA  02210
Phone: (617) 367-9500

Eric S. Rein
John L. Conlon
Bethany N. Schols
Schwartz, Cooper, Greenberger & Krauss, Chtd.
180 N. LaSalle Street, Suite 2700
Chicago, IL  60601
Phone: (312) 346-1300

Certificate of Service

  I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on July 28, 2006.

                /s/ Patrick W. Manzo