IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LASALLE BUSINESS CREDIT, LLC f/k/a ) | |
| LASALLE BUSINESS CREDIT, INC., ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Case No. 04-12227-DPW |
| GARY C. GITTO, et al., ) | |
| ) | |
| Defendant, ) | |
| and ) | |
| ) | |
| FLEET NATIONAL BANK, et al., ) | |
| ) | |
| Trustee Process Defendants, ) | |
| ) | |
| and ) | |
| ) | |
| DIRECT WOOD & PAPER PRODUCTS, et al., ) | |
| ) | |
| Reach and Apply Defendants. ) | |

NOTICE OF MANUAL FILING

Notice is hereby given that the *Affidavit of Eric S. Rein in Support of LaSalle Business Credit's Motion for Summary Judgment*, dated July 28, 2006, has been manually filed with the Court and is available in paper form only.

The original document is maintained in the case file in the Clerk's Office.

///
///

Dated:  July 28, 2006                              Respectfully submitted,

                                                   LASALLE BUSINESS CREDIT, LLC


                                                   By:_____/s/ Patrick W. Manzo_____
                                                          One of its attorneys

Christopher J. Panos (BBO# 555273)
Patrick W. Manzo (BBO# 651891)
Craig and Macauley Professional
Corporation
Federal Reserve Plaza
600 Atlantic Avenue
Boston, MA  02210
Phone: (617) 367-9500
Fax:    (617) 742-1788

Eric S. Rein
John L. Conlon
Bethany N. Schols
Schwartz Cooper Chartered
180 N. LaSalle Street, Suite 2700
Chicago, IL  60601
Phone:  (312) 346-1300
Fax:  (312) 782-8416

## CERTIFICATE OF SERVICE

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on July 28, 2006.

                                                   _____/s/ Patrick W. Manzo_____