IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LASALLE BUSINESS CREDIT, LLC f/k/a<br>LASALLE BUSINESS CREDIT, INC.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>GARY C. GITTO, FRANK MILLER, MARIA<br>MILLER, CHARLES N. GITTO, JR., NANCY<br>GITTO PANAGIOTES, LOUIS J. PELLEGRINE,<br>JR., JOHN D. TERSIGNI, KATHLEEN M. CARLAND,<br>WILLIAM DEAKIN, JANICE CHAISSON, HELEN<br>KOZAK, KINGSDALE CORP. d/b/a J&J CHEMICAL<br>DISTRIBUTORS, TRADEX INTERNATIONAL<br>CORPORATION, and TRADEX CORPORATION,<br><br>　　　　　Defendants,<br>　　and<br><br>FLEET NATIONAL BANK, CLINTON SAVINGS<br>BANK, SOVEREIGN BANK, COMMERCE BANK<br>& TRUST COMPANY, FIDELITY COOPERATIVE<br>BANK, BANKNORTH, N.A., LEOMINSTER CREDIT<br>UNION, FIDELITY INVESTMENTS, INC.,<br>LEHMAN BROTHERS, INC., TD WATERHOUSE,<br>and LEGG MASON, INC.,<br><br>　　　Trustee Process Defendants,<br><br>　　and<br><br>DIRECT WOOD & PAPER PRODUCTS, INC.,<br>GITTO SALES CORPORATION, J-TAN SALES<br>& MARKETING, INC., HEMISPHERE<br>DISTRIBUTION CORP., FIDELITY INVESTMENTS,<br>Inc., AWG, LLC, LEHMAN BROTHERS, INC.,<br>TD WATERHOUSE, SUPERIOR POLYMERS<br>CORPORATION, and LEGG MASON, INC.,<br><br>　　　Reach-and-Apply Defendants. | Case No. 04-12227-DPW |

## NOTICE OF SUBSTITUTION OF COUNSEL

Notice is hereby given that Derek C. Anderson is no longer counsel of record for Defendant TD Waterhouse Investment Services, Inc. Please enter the appearance of Deborah G. Evans who shall be substituted as counsel for [client] in place of Mr. Anderson, in the above-captioned matter. Attorney Evans can be contacted at the following address:

**Deborah G. Evans, Esq.**
**dge@michaelsward.com**
**MICHAELS & WARD, LLP**
**12 Post Office Square**
**4th Floor**
**Boston, MA 02109**
**Tel: (617) 350-4040**
**Fax: (617) 350-4050**

Please direct all future correspondence and pleadings to this address.

Respectfully submitted,

/s/Deborah G. Evans
Deborah G. Evans
dge@michaelsward.com
MICHAELS & WARD, LLP
12 Post Office Square, 4th floor
Boston, Massachusetts 02109
(617) 350-4040

## CERTIFICATE OF SERVICE

I hereby certify that on the __3rd__ day of August a true and correct copy of the foregoing *Notice of Substitution of Counsel* was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's System.

/s/Deborah G. Evans
Deborah G. Evans

2