UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No. 04-12227 (DPW)

|  |  |
|---|---|
| LASALLE BUSINESS CREDIT, LLC f/k/a LASALLE BUSINESS CREDIT, INC. | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| GARY C. GITTO, et al, | ) ) |
| Defendants | ) ) ) |

**DEFENDANT GARY GITTO'S MOTION TO COMPEL
SUBPOENAED PARTY TO PRODUCE DOCUMENTS**

Defendant Gary Gitto moves, pursuant to F.R.Civ.P. 45(c)(2)(B), that the Court order a subpoenaed party, Norfolk County Register of Probate Patrick W. McDermott, to produce certain documents. In support thereof, defendant says, as follows:

1. Defendant issued a subpoena, pursuant to F.R.Civ.P. 45 to Norfolk County Register of Probate Patrick W. McDermott to produce "[a]ll financial statement made or filed on behalf of Frank Miller in the matter of Frank Miller v. Gail Miller, Probate and Family Court #90D-0447-D2." (Exhibit A).

2. Frank Miller was the President and 50% stockholder of the Gitto-Global Co. There has been voluminous deposition testimony in this case that Miller concocted and executed a fraud upon the plaintiff bank in this case, by creating phony invoices, falsifying inventory, and so forth. None of the deponents, however, have testified to any such acts committed by Gary Gitto, who was CEO and 40% stockholder of the company. Plaintiff contends that Miller took

these actions at the direction of Gary Gitto, and that Miller profited less than Gary Gitto. Defendant Gitto contends that, on the contrary, Miller created and executed this scheme on his own, and was motivated by the profits he siphoned from the company. In order to establish the profits made by Miller, it is important for defendant to prove what assets Miller had before and after he perpetrated the fraud. Miller was divorced from his former wife, Gail Miller, in 1995, by decree of the Norfolk County Probate and Family Court. In connection with that action, Miller filed one or more financial statements. These statements will enable defendant to establish what assets Miller had in 1995.

3. The financial statements are not public record. They are impounded by virtue of Supplemental Probate Court Rule 401, which provides that financial statement "shall be impounded or kept separate from other papers in the case and shall not be available for public inspection." Defendant issued subpeonas to produce the statements to the attorneys for both parties, Attorney Michael Avaratin, (then counsel for Frank Miller) and Attorney Lewin (then counsel for Gail Miller). Attorney Avratin responded that his file had been destroyed. Attorney Lewin objected to production on the ground that the document is impounded, and that he was not sure that his copy of the document existed and objected to being made to search for it.

4. Previously the defendant moved that the Court order Attorney Lewin to produce the document. At a hearing, the Court indicated that the defendant would be better advised to issue a subpoena directly to the Register of Probate. Then, if there is objection, the Court would be in a position to issue an appropriate protective order to preserve the confidentiality of the documents. See Clerk's Notes for May 8, 2006.

5. The Register of Probate has not responded to the subpoena either by compliance or

objection.  Defendant has been unable to identify or contact anyone in the office of the Register of Probate to discuss this matter.

                Gary C. Gitto,

                By his attorneys,

                /s/ Max D. Stern
                Max D. Stern, BBO #479560
                Stern, Shapiro, Weissberg & Garin, LLP
                90 Canal Street, 5th Floor
                Boston, MA 02114
                (617) 742-5800

Dated:  August 4, 2006

G:\SSWG\GITTO\LaSalle Business Credit\LaSalle v. Gitto\Register of probate production motion.wpd

## CERTIFICATE OF SERVICE

     I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on August 4, 2006A paper copy has been served on the subpoenaed party Register of Probate Patrick W. McDermott, 25 Shawmut Road, Canton, MA 02021, and to the General Counsel of the Trial Court of Massachusetts, 2 Center Plaza, Suite 540, Boston, MA 02108

                /s/ Max D. Stern
                Max D. Stern