IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LASALLE BUSINESS CREDIT, LLC f/k/a ) <br> LASALLE BUSINESS CREDIT, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> GARY C. GITTO, et al., ) <br> ) <br> Defendant, ) <br> and ) <br> ) <br> FLEET NATIONAL BANK, et al., ) <br> ) <br> Trustee Process Defendants, ) <br> ) <br> and ) <br> ) <br> DIRECT WOOD & PAPER PRODUCTS, et al., ) <br> ) <br> <u>Reach and Apply Defendants.</u> ) | Case No. 04-12227-DPW |

## NOTICE OF APPEARANCE

TO THE CLERK OF THIS COURT AND TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

Please enter the appearance of Richard A. Sugarman of Craig and Macauley Professional Corporation as attorney for plaintiff LaSalle Business Credit, LLC f/k/a LaSalle Business Credit, Inc. in the above-captioned action.

2

Dated: August 10, 2006                                    Respectfully submitted,

                                                          By:    /s/ Richard A. Sugarman
                                                          Richard A. Sugarman (BBO# 646791)
                                                          Craig and Macauley Professional Corporation
                                                          Federal Reserve Plaza
                                                          600 Atlantic Avenue
                                                          Boston, MA  02210
                                                          Phone: (617) 367-9500
                                                          Fax:   (617) 742-1788


                                    Certificate of Service

     I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on August 10, 2006.

                                                          /s/ Richard A. Sugarman
                                                          Richard A. Sugarman