IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LA SALLE BUSINESS CREDIT, LLC f/k/a<br>LA SALLE BUSINESS CREDIT, INC., | Case No. 04-12227-DPW |
| Plaintiff, | |
| v. | |
| GARY C. GITTO, et al., | |
| Defendants,<br>and | |
| FLEET NATIONAL BANK, et al., | |
| Trustee Process Defendants,<br>and | |
| FIDELITY INVESTMENTS, INC., et al., | |
| Reach-and-Apply Defendants. | |

**<u>Defendant Charles Gitto's Assented to Motion for an Extension to File Opposition
to Plaintiff's Motion for Summary Judgment</u>**

Now comes the Defendant, Charles Gitto, and respectfully moves this Honorable Court for a brief extension of time in which to file his Opposition to Plaintiff's Motion For Summary Judgment.

As grounds therefore, the Defendant states as follows:

1. The motion seeking summary judgment focuses on all claims against the Defendant, Charles Gitto.

2. The scope of materials involved in the case is extensive and requires the copying of numerous exhibits. The defendant requires a brief extension in order to compile the necessary materials.

3. Attorney Frank Mondano, who is lead counsel for the Defendant, has been out of the office for the past two weeks.

-2-

4. The Defendant is seeking a brief extension of only a few days, to September 8, 2006 and Plaintiff's counsel, Attorney Eric Rein, has assented to this motion.

Accordingly, the Defendant moves for an extension of time within which to file Defendant's Opposition to Plaintiff's Motion for Summary Judgment from September 5, 2006 to September 8, 2006.

RESPECTFULLY SUBMITTED:

/s/ *Maria A. Luise*
Frank Mondano, Esquire, BBO # 351540
Maria A. Luise, Esquire, BBO # 557353
BALLIRO & MONDANO
99 Summer Street, Suite 1800
Boston, MA 02110
(617) 737-8442

**Certificate Pursuant to Local Rule 7.1(A)(2)**

I hereby certify pursuant to Local Rule 7.1(A)(2) that prior to filing this motion, Attorney Frank Mondano conferred with Plaintiff's counsel in a reasonable good faith effort to resolve and or narrow the issues addressed herein and that Plaintiff's counsel indicated his assent to this motion.

/s/ *Maria A. Luise*
Maria A. Luise

**Certificate of Service**

I, hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on September 5, 2006.

/s/ *Maria A. Luise*