UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| LASALLE BUSINESS CREDIT, LLC, f/k/a, )<br>LASALLE BUSINESS CREDIT, INC. )<br>  )<br>　　　　　　Plaintiff )<br>  )<br>v. )<br>  )<br>GARY C. GITTO, et al., )<br>  )<br>　　　　　　Defendants ) | Case No. 04-12227-DPW |

**DEFENDANT GARY GITTO'S ASSENTED TO MOTION FOR AN EXTENSION OF TIME TO RESPOND TO LASALLE BUSINESS CREDIT, LLC'S MOTION FOR <u>SUMMARY JUDGMENT</u>**

Defendant Gary Gitto moves this Court for a brief extension of time until September 12, 2006 to respond to LaSalle Business Credit, LLC's ("LaSalle") Motion for Summary Judgment. In support thereof, plaintiff states as follows:

　　1. Pursuant to this Court's Order of May 26, 2006, plaintiff LaSalle filed its Motion for Summary Judgment on July 28, 2006.

　　2. Pursuant to the May 26, 2006 Order, defendant Gary Gitto's response is due on September 5, 2006.

　　3. Max Stern, lead counsel for defendant, has been out of the office since August 21, 2006.

　　4. The other attorneys assigned to this matter have also been on vacation during the drafting of the response.

　　5. The record in this matter is voluminous, and the legal matters complex, thus defendant requires one additional week to complete and file a response.

6. Eric S. Rein, counsel for LaSalle, assents to this motion.

Wherefore, Defendant Gary Gitto moves for an extension of time from September 5, 2006 until September 12, 2006 to respond to Plaintiff's Motion for Summary Judgment.

Dated this 5th day of September, 2006.

>Respectfully submitted,
>
>Gary Gitto,
>
>By his attorneys,
>
>/s/ Kenneth M. Resnik
>Max D. Stern, BBO No. 479560
>Kenneth M. Resnik, BBO No. 637527
>Stern, Shapiro, Weissberg & Garin, LLP
>90 Canal Street, 5th Floor
>Boston, MA  02114-2022
>(617) 742-5800

**CERTIFICATE OF SERVICE**

I hereby certify that this document(s) filed through ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on September 5, 2006.

/s/Kenneth M. Resnik
Kenneth M. Resnik