IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LA SALLE BUSINESS CREDIT, LLC f/k/a<br>LA SALLE BUSINESS CREDIT, INC.,<br><br>    Plaintiff,<br><br> v.<br><br>GARY C. GITTO, et al.,<br><br>    Defendants,<br> and<br><br>FLEET NATIONAL BANK, et al.,<br><br> Trustee Process Defendants,<br><br> and<br><br>FIDELITY INVESTMENTS, INC., et al.,<br><br> Reach-and-Apply Defendants. | Case No. 04-12227-DPW |

**<u>Defendant Charles Gitto's Assented to Motion for an Extension to File Opposition
to Plaintiff's Motion for Summary Judgment</u>**

  Now comes the Defendant, Charles Gitto, and respectfully moves this Honorable Court for an extension of an additional day in which to file his Opposition to Plaintiff's Motion For Summary Judgment.

  As grounds therefore, the Defendant states as follows:

1.  The motion seeking summary judgment focuses on all claims against the Defendant, Charles Gitto.

2.  The legal issues in this case are complex and the scope of materials is extensive. There have also been numerous depositions and exhibits to compile and review. Therefore, the Defendant is seeking a brief extension.

-2-

4. The Defendant is seeking an extension of only one day, to September 11, 2006 and Plaintiff's counsel, Attorney Eric Rein, has assented to this motion.

Accordingly, the Defendant moves for an extension of time within which to file Defendant's Opposition to Plaintiff's Motion for Summary Judgment from September 8, 2006 to September 11, 2006.

RESPECTFULLY SUBMITTED:

/s/ *Maria A. Luise*
Frank Mondano, Esquire, BBO # 351540
Maria A. Luise, Esquire, BBO # 557353
BALLIRO & MONDANO
99 Summer Street, Suite 1800
Boston, MA 02110
(617) 737-8442

**Certificate Pursuant to Local Rule 7.1(A)(2)**

I hereby certify pursuant to Local Rule 7.1(A)(2) that prior to filing this motion, Attorney Frank Mondano conferred with Plaintiff's counsel in a reasonable good faith effort to resolve and or narrow the issues addressed herein and that Plaintiff's counsel indicated his assent to this motion.

/s/ *Maria A. Luise*
Maria A. Luise

**Certificate of Service**

I, hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on September 11, 2006.

/s/ *Maria A. Luise*