IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LA SALLE BUSINESS CREDIT, LLC f/k/a ) <br> LA SALLE BUSINESS CREDIT, INC., ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> GARY C. GITTO, et al., ) <br> ) <br> Defendants, ) <br> and ) <br> ) <br> FLEET NATIONAL BANK, et al., ) <br> ) <br> Trustee Process Defendants, ) <br> ) <br> and ) <br> ) <br> FIDELITY INVESTMENTS, INC., et al., ) <br> ) <br> Reach-and-Apply Defendants. ) | Case No. 04-12227-DPW |

NOTICE OF MANUAL FILING

Notice is hereby given that the *Affidavit of Maria A. Luise*, filed in support of Defendant Charles Gitto's Opposition to Plaintiffs' Motion for Summary Judgment, dated September 7, 2006, has been manually filed with the Court and is available in paper form only.

The original document is maintained in the case file in the Clerk's Office.

Respectfully submitted,

CHARLES GITTO,

By his attorneys,

*/s/ Maria A. Luise*
Frank Mondano (BBO#351540)
Maria A. Luise (BBO#557353)
Balliro & Mondano
99 Summer Street, Suite 1800
Boston, MA  02110
(617) 737-8442

Dated:  September 12, 2006

## Certificate of Service

      I, hereby certify that this document with attached memorandum filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on September 12, 2006.

      /s/ *Maria A. Luise*