UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LASALLE BUSINESS CREDIT, LLC, f/k/a, )<br>LASALLE BUSINESS CREDIT, INC. )<br>            )<br>            Plaintiff )<br>            ) Case No. 04-12227-DPW<br>    v.      )<br>            )<br>GARY C. GITTO, et al.,  )<br>            )<br>            Defendants )<br>            ) | |

**MOTION OF DEFENDANT GARY C. GITTO FOR LEAVE TO FILE**
**MEMORANDUM OF LAW IN EXCESS OF TWENTY (20) PAGES**

Pursuant to Local Rule 7.1(B)(4), Defendant Gary C. Gitto respectfully moves for leave to file a Memorandum in Opposition to Plaintiff's Motion for Summary Judgement in excess of the twenty page limit. In support of this request, Defendant states that this is a complex matter with numerous claims and the additional pages are needed in order to address the plaintiff's claims against Gary C. Gitto. The memorandum shall not exceed 26 pages.

            Respectfully submitted,
            Gary C. Gitto
            By his attorneys,

             /s/ Kenneth M. Resnik
            Max D. Stern, BBO No. 479560
            Kenneth M. Resnik, BBO No: 637527
            Stern, Shapiro, Weissberg & Garin, LLP
            90 Canal Street, 5th Floor
            Boston, MA  02114-2022
            (617) 742-5800

Dated: September 12 , 2006

<u>Certificate of Service</u>

      I hereby certify that this document(s) filed through the EFT system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on September 12, 2006.

                                          <u>/s/ Kenneth M. Resnik</u>