UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LASALLE BUSINESS CREDIT, LLC, f/k/a, LASALLE BUSINESS CREDIT, INC.<br><br>Plaintiff<br><br>v.<br><br>GARY C. GITTO, et al.,<br><br>Defendants | Case No. 04-12227-DPW |

**AFFIDAVIT OF MAX D. STERN**

I, Max D. Stern, hereby state under the penalties of perjury, as follows:

1. I am the attorney for defendant Gary C. Gitto in this case.

2. I have been informed by Assistant United States Attorney Lori Holik that the government expects that the grand jury investigation into the subject matter of this case will be completed some time in the Fall of this year.

2. If the grand jury does not return any indictment against Gary Gitto, I expect that he will be in a position to waive his Fifth Amendment rights at that time and to give testimony concerning the allegations against him. If he is indicted, then I expect that he will similarly be in a position to give testimony after trial proceedings are concluded.

3. Exhibits attached hereto, with the exception of Exhibits 2, 5, and 16, represent true and correct copies of pages of transcripts of depositions and exhibits taken in connection with this civil action and in connection with <u>LaSalle Business Credit v. Clinton Savings Bank</u>, Civil Action No. 05-10268-DPW.

4. Exhibits 2 and 5 are true and correct copies of documents filed in <u>In re: Gitto Global Corp.</u>, Bankruptcy Action No. 04-45386-JBR.

5. Exhibit 16 is a true and correct copy of a letter I sent to Assistant United States Attorney Lori Holik on November 24, 2004.

6. Attached is an index of exhibits.

/s/ Max D. Stern
Max D. Stern

Dated: September 12, 2006

| Exhibit No. | Description |
| --- | --- |
| 1 | Deposition of Thomas Furst |
| 2 | Examiners Report |
| 3 | Email from Joseph Costanza to Matthew Stillwell Dated:9/18/04 |
| 4 | Senior Loan Committee Request for Loan Approval Furst Deposition Ex. D |
| 5 | Order Approving Motion to Sell Assets |
| 6 | LaSalle Motion to Foreclose |
| 7 | Deposition of Helen Kozak |
| 8 | Deposition of Janice Chaisson |
| 9 | Deposition of William Deakin |
| 10 | Deposition of Rita Bartlett |
| 11 | Deposition of Martin Miller |
| 12 | Deposition of Steven Elbaum |
| 13 | Deposition of Walter Carlson |
| 14 | Affidavit of Nancy Gitto-Panagiotes |
| 15 | Deposition of Steven Cash |
| 16 | Letter from Max Stern to AUSA Lori Holik |
| 17 | Deposition of Joseph Guercio |
| 18 | LaSalle Memorandum to Credit File From Thomas Furst Furst Deposition Ex. V |