IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LASALLE BUSINESS CREDIT, LLC f/k/a<br>LASALLE BUSINESS CREDIT, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>GARY C. GITTO, et al.,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)     Case No. 04-12227-DPW<br>)<br>)<br>)<br>) |

### Assented to Motion for an Extension for Filing
### Plaintiff's Summary Judgment Reply Brief

Plaintiff LaSalle Business Credit, LLC f/k/a LaSalle Business Credit, Inc. ("LaSalle" or "Plaintiff") respectfully moves this Court for an extension until September 25, 2006, to file its Summary Judgment Reply Brief. In support thereof, LaSalle states:

1. Defendants Gary C. Gitto and Chales N. Gitto, Jr. ("Defendants") filed lengthy Oppositions to Plaintiff's Motion for Summary Judgment on September 12, 2006 ("Oppositions").

2. Under the current summary judgment briefing schedule, LaSalle's Reply Brief is due on September 18, 2006.

4. LaSalle is seeking an extension to file its Reply Brief until September 25, 2006, which would provide LaSalle with the same thirteen days to file its Reply Brief following the filing of Defendants' Oppositions as provided for in the summary judgment briefing schedule.

5. Counsel for Defendants have assented to this motion.

///

///

Dated: September 13, 2006　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　LASALLE BUSINESS CREDIT, LLC


　　　　　　　　　　　　　　　　　　　By:　__/s/ Richard A. Sugarman__
　　　　　　　　　　　　　　　　　　　　　　One of its attorneys

Christopher J. Panos (BBO# 555273)
Richard A. Sugarman (BBO# 646791)
Craig and Macauley Professional Corporation
Federal Reserve Plaza
600 Atlantic Avenue
Boston, MA  02210
Phone: (617) 367-9500
Fax:　 (617) 742-1788

Eric S. Rein
John L. Conlon
Bethany N. Schols
Schwartz, Cooper, Greenberger & Krauss, Chtd.
180 N. LaSalle Street, Suite 2700
Chicago, IL  60601
Phone:  (312) 346-1300
Fax:  (312) 782-8416


## Certificate of Service

　　　I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on September 13, 2006.

　　　　　　　　　　　　　　　　　　　/s/ Richard A. Sugarman