UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No. 04-12227 (DPW)

_____ )
LASALLE BUSINESS CREDIT, LLC f/k/a        )
LASALLE BUSINESS CREDIT, INC.             )
                                          )
                                          )
                          Plaintiff,      )       **Notice of Appearance**
             v.                           )
                                          )
GARY C. GITTO, et al.,                    )
                                          )
                          Defendants      )
_____ )

Please docket my appearance as counsel on behalf of Norfolk County Register of

Probate Patrick W. McDermott in the above referenced matter.

NORFOLK COUNTY REGISTER OF
PROBATE PATRICK W. MCDERMOTT
By his attorneys,

/s/ Brian T. Mulcahy
Brian T. Mulcahy, BBO No. 548588
Administrative Office of the Trial Court
Two Center Plaza, Room 540
Boston, Massachusetts 02108
(617) 878-0383

Date: September 14, 2006

**<u>Certificate of Service</u>**

I hereby certify that this document filed through the ECF system will be sent
electronically to the registered participants as identified on the Notice of Electronic
Filing (NEF) and paper copies will be sent on September 13, 2006 by first-class mail,
postage pre-paid to those indicated as non-registered participants.

/s/ Brian T. Mulcahy
Brian T. Mulcahy