IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LASALLE BUSINESS CREDIT, LLC f/k/a<br>LASALLE BUSINESS CREDIT, INC.,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>GARY C. GITTO, et al.,<br><br>　　　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>) Case No. 04-12227-DPW<br>)<br>)<br>)<br>)<br>) |

**AFFIDAVIT OF ERIC S. REIN IN SUPPORT OF
LASALLE BUSINESS CREDIT'S RESPONSE TO GARY GITTO'S
COUNTERSTATEMENT OF MATERIAL FACTS AND RESPONSE
TO CHARLES GITTO'S COUNTERSTATEMENT OF MATERIAL FACTS**

Eric S. Rein, being duly sworn on oath, states and affirms the following facts:

1.  I, Eric S. Rein, am a principal of Schwartz Cooper Chartered, located at 180 N. LaSalle Street, Suite 2700, Chicago, IL 60601, attorneys for the Plaintiff in this civil action.

2.  The information set forth herein is of my own personal knowledge, except where stated to be on information and belief, which information I believe to be true. I make this affidavit in connection with Plaintiff's Response to Gary Gitto's Counterstatement of Material Facts and Response to Charles Gitto's Counterstatement of Material Facts.

3.  Exhibit A represents true and correct copies of checks from The Gitto/Global Corporation signed by Gary Gitto and payable to Direct Chem or Direct Wood.

4.  Exhibit B represents true and correct copies of pages of transcripts of depositions taken in connection with this civil action and in connection with *In re: Gitto/Global Corporation*, Chapter 11, Case No. 04-45386-JBR.

5.  Exhibit C represents a true and correct copy of the Supplemental Affidavit of Joseph R. Costanza.

385877.1 042314-34311

6. I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 22, 2006.

*[signature]*

**Eric S. Rein**

| Exhibit Number | Description of Document |
|---|---|
| A | Gitto/Global Corporation Checks signed by Gary Gitto and payable to Direct Chem or Direct Wood |
| B | Pages from Deposition of Dr. Alfred L. Arcidi<br><br>Pages from Deposition of Rita Bartlett<br><br>Pages from Deposition of Walter Carlson<br><br>Pages from Deposition of Janice M. Chaisson<br><br>Pages from Deposition of Steven S. Elbaum<br><br>Pages from Deposition of Nancy Gitto-Panagiotes<br><br>Pages from Deposition of George Karfunkel<br><br>Pages from Deposition of Helen Kozak<br><br>Pages from Deposition of Stephen Merry |
| C | Affidavit of Joseph R. Costanza |