

CHECK NO 079832

**BankBoston**
BankBoston Maine, N.A.
South Portland, ME

CHECK AMOUNT
$50,000.00

The
Gitto/Global
Corporation

CHECK NO: 79832   CHECK DATE: 4/21/98   VENDOR NO: 1420

PAY FIFTY THOUSAND DOLLARS AND 00 CENTS

PAY
TO THE
ORDER OF       DIRECT CHEM

THIS DOCUMENT HAS A COLORED BACKGROUND AND A FOIL STAMPED LOGO

⑈079832⑈ ⑈011201539⑈ 80 051 099⑈

DIRECT WOOD AND PAPER PRODUCTS
P.O. BOX 583
LUNENBURG, MA 01462

DEPOSIT TICKET

CASH ▶

CHECKS ▶    50,000.
                    50,000.

**BANK OF BOSTON**

⑈5112⑈50139⑈ 511 768 29⑈

FDW 0100



FDW 0101



The Gitto/Global Corporation
1401 Leominster Shirley Road, Leominster Park
P.O. Box 120, Lunenburg, MA 01462

CHECK NO. 079419

BankBoston
BankBoston Maine, N.A.
South Portland, ME

92-168
112

CHECK AMOUNT
$50,000.00

CHK NO. | CHECK DATE | VENDOR NO.
79419 | 4/03/98 | 1420

PAY FIFTY THOUSAND DOLLARS AND 00 CENTS

PAY
TO THE
ORDER OF    DIRECT CHEM

THIS DOCUMENT HAS A COLORED BACKGROUND AND A FOIL STAMPED LOGO

⑈079419⑈ ⑈011201539⑈ 80 053 099⑈

DIRECT WOOD AND PAPER PRODUCTS
P.O. BOX 583
LUNENBURG, MA 01462

DATE 4/7/98

DEPOSIT TICKET

BANK OF BOSTON

CASH ▶
CHECKS ▶ $

⑈511250391⑈ 531 568749⑈

50 000.

FDW 0092



FDW 0093

12/16/2004   Page 2

**Enterprise Bank and Trust Company**   (978)459-9000

| CHECK NO. | CHECK DATE | VENDOR NO |
|-----------|------------|-----------|
| 85130 | 12/03/98 | 1420 |



The
Gitto/Global
Corporation
140 Leominster Shirley Road, Gionna Park
P.O. Box 120, Lunenburg, MA 01462

CHECK NO. 085130

**BankBoston**
BankBoston Maine, N.A.
South Portland, ME

52-153
112

PAY ONE HUNDRED SEVENTY SEVEN THOUSAND TWO HUNDRED DOLLARS AND 00 CENTS

CHECK AMOUNT
$177,200.00

PAY
TO THE
ORDER OF

DIRECT CHEM

THIS DOCUMENT HAS A COLORED BACKGROUND AND A FOIL STAMPED LOGO

⑈085130⑈ ⑈011201539⑈ 80 053 099⑈           ⑈0017720000⑈

| Serial# | Post Date | Amount($) |
|---------|-----------|-----------|
| | 12/03/1998 | 177200.00 |

0010130 01140031460 120398 03     161143  >011302742

03

DEC -98

0339

5 7 6 7

L⑈113027⑈
WEST CO...
⑈
⑈01130774

Direct Chem + Equip

**Enterprise Bank and Trust Company   (978)459-9000**

---

| CHECK NO | CHECK DATE | VENDOR NO |
|----------|------------|-----------|
| 85145 | 12/04/98 | 1420 |



The
Gitto/Global
Corporation
140 Leominster Shirley Road, Guanus Park
P.O. Box 120, Lunenburg, MA 01462

CHECK NO. 085145

**BankBoston**
BankBoston Maine, N.A.
South Portland, ME

52-153

PAY TWO HUNDRED FIFTY NINE THOUSAND FIVE HUNDRED TWENTY DOLLARS AND 00 CENTS

| CHECK AMOUNT |
|--------------|
| $259,520.00 |

PAY
TO THE
ORDER OF     DIRECT CHEM

THIS DOCUMENT HAS A COLORED BACKGROUND AND A FOIL STAMPED LOGO

⑈085145⑈ ⑆011201539⑇ 80 053 099⑈          ⑈0025952000⑈

---

**Serial#      Post Date      Amount($)**
              12/04/1998     259520.00

0016170 01140042140 120498 03      161143  >011302742

12/17/2004   Page 2

**Enterprise Bank and Trust Company   (978)459-9000**



| CHECK NO. | CHECK DATE | VENDOR NO. |
|---|---|---|
| 85959 | 1/12/99 | 1420 |

**The Gitto/Global Corporation**
140 Leominster Shirley Road, Gannes Park
P.O. Box 120, Lunenburg, MA 01462

CHECK NO. 085959

**BankBoston**
BankBoston Maine, N.A.
South Portland, ME
52-153
112

PAY ONE HUNDRED THIRTY THOUSAND DOLLARS AND 00 CENTS

CHECK AMOUNT
$130,000.00

PAY TO THE ORDER OF    DIRECT CHEM

THIS DOCUMENT HAS A COLORED BACKGROUND AND A FOIL STAMPED LOGO

⑈085959⑈ ⑆011201539⑆ 80 053 099⑈    ⑈0013000000⑈

**Serial#     Post Date     Amount($)**
01/12/1999    130000.00

0010137 01140018850 011299 03      161143  >011302742

12/17/2004   Page 2

**Enterprise Bank and Trust Company   (978)459-9000**

---

| CHECK NO. | CHECK DATE | VENDOR NO. |
|-----------|------------|------------|
| 86929 | 3/02/99 | 1420 |

*The*
**Gitto/Global**
***Corporation***
140 Leominster Shirley Road, Gunns Park
P.O. Box 120, Lunenburg, MA 01462

CHECK NO. 086929

**BankBoston**
BankBoston Maine, N.A.
South Portland, ME

52-153
112

CHECK NO. 086929

PAY  THREE HUNDRED TWENTY ONE THOUSAND  TWO HUNDRED DOLLARS AND  00  CENTS

CHECK AMOUNT
$321,200.00

PAY
TO THE
ORDER OF

DIRECT CHEM

THIS DOCUMENT HAS A COLORED BACKGROUND AND A FOIL STAMPED LOGO

⑈086929⑈ ⑆011201539⑆ 80 053 099⑈          ⑈0032120000⑈

| Serial# | Post Date | Amount($) |
|---------|-----------|-----------|
| | 03/02/1999 | 321200.00 |

0010138 01150024550 030299 03     161143  >011302742

02 MAR-99

0333-2 305

12/17/2004   Page 2

**Enterprise Bank and Trust Company**   **(978)459-9000**

| CHECK NO. | CHECK DATE | VENDOR NO. |
|-----------|-----------|-----------|
| 87138 | 3/05/99 | 1420 |



The
Gitto/Global
Corporation
140 Leominster Shirley Road, Gitomi Park
P.O. Box 120, Lunenburg, MA 01462

CHECK NO. 087138

**BankBoston**
BankBoston Maine, N.A.
South Portland, ME

52-153
112

CHECK NO. 087138

PAY THREE HUNDRED ONE THOUSAND FOUR HUNDRED FORTY DOLLARS AND 00 CENTS

CHECK AMOUNT
$301,440.00

PAY
TO THE
ORDER OF    DIRECT CHEM

THIS DOCUMENT HAS A COLORED BACKGROUND AND A FOIL STAMPED LOGO

⑈087138⑈ ⑆011201539⑆ 80 053 099⑈    ⑈0030144000⑈

| Serial# | Post Date | Amount($) |
|---------|-----------|-----------|
| | 03/05/1999 | 301440.00 |

0010184 01140040750 030599 03    161143 >011302742

05-MAR-99    0114-9369

12/17/2004   Page 2

**Enterprise Bank and Trust Company   (978)459-9000**

| CHECK NO. | CHECK DATE | VENDOR NO. |
|---|---|---|
| 87749 | 3/29/99 | 1420 |



The
Gitto/Global
Corporation
140 Lovemaster Shirley Road, Greater Park
PO Box 120, Lunenburg, MA 01462

CHECK NO. 087749

**BankBoston**
BankBoston Maine, N.A.
South Portland, ME

52-153
112

PAY ONE HUNDRED FIFTY FIVE THOUSAND FORTY DOLLARS AND 00 CENTS

CHECK AMOUNT
$155,040.00

PAY
TO THE
ORDER OF    DIRECT CHEM

THIS DOCUMENT HAS A COLORED BACKGROUND AND A FOIL STAMPED LOGO

⑈087749⑈ ⑆011201539⑆ 80 053 099⑈    ⑈0015504000⑈

| Serial# | Post Date | Amount($) |
|---|---|---|
| | 03/29/1999 | 155040.00 |

0010232 01230015140 032999 03    161143  >011302742

29
MAR
99

445
5
4
6
2



FDW 0094



FDW 0097



FDW 0092



FDW 0093



FDW 0096



FDW 0100

12/17/2004   Page 2

**Enterprise Bank and Trust Company   (978)459-9000**

| CHECK NO. | CHECK DATE | VENDOR NO. |
|---|---|---|
| 88261 | 4/21/99 | 1420 |

**The Gitto/Global Corporation**
140 Leominster Shirley Road, Gunna Park
P.O. Box 130, Lunenburg, MA 01462

CHECK NO. 088261

**BankBoston**
BankBoston Maine, N.A.
South Portland, ME
52-153
112

PAY  ONE  HUNDRED  FORTY  THREE  THOUSAND  FORTY  DOLLARS  AND  00  CENTS

CHECK AMOUNT
$143,040.00

PAY
TO THE
ORDER OF     DIRECT CHEM

THIS DOCUMENT HAS A COLORED BACKGROUND AND A FOIL STAMPED LOGO

⑈088261⑈ ⑆011201539⑆ 80 053 099⑈             ⑈0014304000⑈

| Serial# | Post Date | Amount($) |
|---|---|---|
| | 04/21/1999 | 143040.00 |

0010121 01120008790 042199 03      161143  >011302742

12/17/2004   Page 2

**Enterprise Bank and Trust Company   (978)459-9000**

| CHECK NO. | CHECK DATE | VENDOR NO. |
|-----------|------------|------------|
| 88325 | 4/22/99 | 1420 |

*The*
**Gitto/Global**
*Corporation*
140 Leominster Shirley Road, Gamma Park
P.O. Box 120, Lunenburg, MA 01462

CHECK NO. 088325

**BankBoston**
BankBoston Maine, N.A.
South Portland, ME

52-153

CHECK NO. 088325

PAY ONE HUNDRED EIGHTY FIVE THOUSAND FIVE HUNDRED SIXTY EIGHT DOLLARS AND OO CENTS

CHECK AMOUNT
$185,568.00

PAY
TO THE
ORDER OF     DIRECT CHEM

THIS DOCUMENT HAS A COLORED BACKGROUND AND A FOIL STAMPED LOGO

⑈088325⑈ ⑆011201539⑆ 80 053 099⑈              ⑈0018556800⑈

**Serial#      Post Date      Amount($)**
             04/22/1999     185568.00

0010121 01120019780 042299 03      161143   >011302742

12/17/2004   Page 2

**Enterprise Bank and Trust Company   (978)459-9000**

| CHECK NO | CHECK DATE | VENDOR NO |
|----------|------------|-----------|
| 88356 | 4/23/99 | 1420 |



*The*
**Gitto/Global**
*Corporation*
140 Leominster Shirley Road, Gumax Park.
P.O. Box 130, Lunenburg, MA 01462

CHECK NO. **088356**

**BankBoston**
BankBoston Maine, N.A.
South Portland, ME
52-153

PAY ONE HUNDRED FIFTY SIX THOUSAND ONE HUNDRED SIXTY DOLLARS AND OO CENTS

| CHECK AMOUNT |
|--------------|
| $156,160.00 |

PAY
TO THE
ORDER OF          DIRECT CHEM

THIS DOCUMENT HAS A COLORED BACKGROUND AND A FOIL STAMPED LOGO

⑅088356⑅ ⑉011201539⑉ 80 053 099⑅               ⑉0015616000⑅

**Serial#        Post Date      Amount($)**
                04/23/1999    156160.00

0010143 01190029640 092399 03      161143   >011302742

12/17/2004   Page 2

**Enterprise Bank and Trust Company   (978)459-9000**

---

| CHECK NO. | CHECK DATE | VENDOR NO. |
|-----------|-----------|-----------|
| 89517 | 6/17/99 | 1420 |



*The*
**Gitto/Global**
*Corporation*
140 Leominster-Shirley Road, Gianna Park
P.O. Box 120, Lunenburg, MA 01462

CHECK NO. 089517

**BankBoston**
BankBoston Maine, N.A.
South Portland, ME

52-153

PAY TWO HUNDRED NINETY ONE THOUSAND THREE HUNDRED SIXTY DOLLARS AND 00 CENTS

| CHECK AMOUNT |
|---|
| $291,360.00 |

PAY
TO THE
ORDER OF    DIRECT CHEM

THIS DOCUMENT HAS A COLORED BACKGROUND AND A FOIL STAMPED LOGO

⑈089517⑈ ⑆011201539⑈ 80 053 099⑈        ⑈00291360000⑈

---

**Serial#**       **Post Date**       **Amount($)**
                  06/17/1999         291360.00

0010131 01130012730 061799 03      161143  >011302742

0331 0 6 9 7

JUN 1 7 99





FM-01-20833



The Gitto Global Corporation
140 Leominster Shirley Road, Gitano Park
P.O. Box 120, Lunenburg, MA 01462

CHECK NO.    CHECK DATE    VENDOR NO.
90341        8/01/99       2041

PAY FIFTY THOUSAND DOLLARS AND 00 CENTS

PAY
TO THE
ORDER OF        DIRECT WOOD

FM-01-20700

CHECK NO. 090341

BankBoston
BankBoston Maine N.A.
South Portland, ME
53/112
112

CHECK AMOUNT
$50,000.00

0309120543 06 7889 6504 0606099

"090341"  ":011201539:  80 053 099"

"0005000000"



FM-01-20701



CHECK NO. | CHECK DATE | VENDOR NO.
92938 | 11/05/99 | 1420

**The Gitto/Global Corporation**
140 Leominster Shirley Road, Gitanna Park
P.O. Box 120, Lunenburg, MA 01462

FM-01-20762

PAY THIRTY THOUSAND NINE HUNDRED NINETY TWO DOLLARS AND 00 CENTS

PAY
TO THE
ORDER OF          DIRECT CHEM

CHECK NO. 092938

BankBoston
BankBoston Maine, N.A.
South Portland, ME
52-183
112

CHECK AMOUNT
$30,992.00

030025158 01 6400 6499 11 15 99
070064172 05 2100 2110 111599

THIS DOCUMENT HAS A COLORED BACKGROUND AND A FOIL STAMPED LOGO

⑆092938⑆ ⑈011201539⑇ 80 053 099⑆



FM-01-20763



DIRECT WOOD _PAPER PRODUCTS


SUBPOENA MJB


REF NUMBER            3211-08MAR
ACCOUNT NUMBER        53156879
TYPE                  OFFSETBB
REELAY NUMBER         04994-09MAR05
35703144   17-APR-00



FDW 0127



DIRECT WOOD _PAPER PRODUCTS


SUBPOENA MJB


REF NUMBER            3211-08MAR
ACCOUNT NUMBER        53156879
TYPE                  OFFSETBB
REELAY NUMBER         04995-09MAR05
33801428   01-MAY-00



3309801429
05012000
2 MORRISSEY BLVD BOST.MA
FNBB@0110003994 05
3309801428
05012000
2 MORRISSEY BLVD BOST.MA
FNBB@0110003994 17
531-56879 $0.00 $25,000.00 T
00400DEPCHKG CBT0935 00338 0001 C05/01/2000 P05/01/2000 02:40PM

DIRECT WOOD _PAPER PRODUCTS

SUBPOENA MJB

REF NUMBER          3211-08MAR
ACCOUNT NUMBER      53156879
TYPE                OFFSETBB
REELAY NUMBER       04996-09MAR05
37445918   09-MAY-00

FDW 0130



DIRECT WOOD _PAPER PRODUCTS

SUBPOENA MJB

REF NUMBER            3211-08MAR
ACCOUNT NUMBER        53156879
TYPE                  OFFSETBB
REELAY NUMBER         04998-09MAR05
03748604   16-MAY-00

12/23/2004   Page 2

**Enterprise Bank and Trust Company** **(978)459-9000**

| CHECK NO. | CHECK DATE | VENDOR NO. |
|-----------|-----------|-----------|
| 97178 | 5/18/00 | 1420 |



*The*
**Gitto/Global**
*Corporation*
140 Leominster Shirley Road, Gianna Park
P.O. Box 120, Lunenburg, MA 01462

CHECK NO. 097178
**BankBoston**
BankBoston Maine, N.A.
South Portland, ME
52-153
112

PAY THREE HUNDRED THIRTY FIVE THOUSAND FIFTY SIX DOLLARS AND 00 CENTS

| CHECK AMOUNT |
|--------------|
| $335,056.00 |

PAY
TO THE
ORDER OF     DIRECT CHEM

THIS DOCUMENT HAS A COLORED BACKGROUND AND A FOIL STAMPED LOGO

⑈097178⑈ ⑆011201539⑆ 80 053 099⑈          ⑈0033505600⑈

---

**Serial#**    **Post Date**    **Amount($)**
97178         05/18/2000       335056.00

12/23/2004   Page 2

**Enterprise Bank and Trust Company   (978)459-9000**

| CHECK NO. | CHECK DATE | VENDOR NO. |
|-----------|------------|------------|
| 97779     | 6/09/00    | 1420       |



The
Gitto/Global
Corporation
140 Leominster Shirley Road, Gianna Park
P.O. Box 120, Lunenburg, MA 01462

CHECK NO. 097779

**BankBoston**
BankBoston Maine, N.A.
South Portland, ME

52-153
112

PAY FIFTY THREE THOUSAND FOUR HUNDRED FIFTY SIX DOLLARS AND 00 CENTS

| CHECK AMOUNT |
|--------------|
| $53,456.00   |

PAY
TO THE
ORDER OF      DIRECT CHEM

THIS DOCUMENT HAS A COLORED BACKGROUND AND A FOIL STAMPED LOGO

⑈097779⑈ ⑈011201539⑈ 80 053 099⑈            ⑈0005345600⑈

**Serial#      Post Date      Amount($)**
97779        06/09/2000     53456.00





| CHECK NO. | CHECK DATE | VENDOR NO. |
|---|---|---|
| 01269 | 7/14/00 | 2041 |

The
Gitto/Global
Corporation

CHECK NO. 001269

Mellon Bank

PAY TWENTY FIVE THOUSAND DOLLARS AND 00 CENTS

CHECK AMOUNT
$25,000.00

PAY TO THE ORDER OF    DIRECT WOOD

THIS DOCUMENT HAS A COLORED BACKGROUND

⑈001269⑈ ⑆043301601⑆ 054⑈8359⑈    ⑈0002500000⑈

DIRECT WOOD AND PAPER PRODUCTS

SUBPOENAS

REF NUMBER          9975-16FEB05
ACCOUNT NUMBER      53156879
TYPE                SUBOFF
REELAY NUMBER       08962-07MAR05
45738185  17-JUL-00

**FDW 0146**



DIRECT WOOD AND PAPER PRODUCTS

SUBPOENAS

REF NUMBER              9975-16FEB05
ACCOUNT NUMBER          53156879
TYPE                    SUBOFF
REELAY NUMBER           08963-07MAR05
46587852  19-JUL-00

FDW 0148



CHECK NO. 001271

Ⓜ️ **Mellon Bank**

80-190
433

The **Gitto/Global Corporation**

140 Leominster Shirley Road, Gimma Park
P.O. Box 120, Lunenburg, MA 01462

| CHECK NO | CHECK DATE | VENDOR NO |
|----------|-----------|-----------|
| 01271 | 7/14/00 | 2041 |

PAY TWENTY FIVE THOUSAND DOLLARS AND 00 CENTS

CHECK AMOUNT
$25,000.00

PAY
TO THE
ORDER OF       DIRECT WOOD

THIS DOCUMENT HAS A COLORED BACKGROUND

FM-01-23282

⑊001271⑊ ⑊043301601⑊ 054⑊8359⑊

⑊000250000⑊



FM-01-23283

1554     64156



| CHECK NO. | CHECK DATE | VENDOR NO. |
|---|---|---|
| 01272 | 7/14/00 | 2041 |

The Gitto/Global Corporation
140 Leominster Shirley Road, Gianna Park
P.O. Box 120, Lunenburg, MA 01462

CHECK NO. 001272

Mellon Bank

60-180
433

PAY TWENTY FIVE THOUSAND DOLLARS AND 00 CENTS

CHECK AMOUNT
$25,000.00

PAY
TO THE
ORDER OF DIRECT WOOD

THIS DOCUMENT HAS A COLORED BACKGROUND

FM-01-23284

⑈001272⑈ ⑆043301601⑆ 054⑈8359⑈ ⑈0002500000⑈

Direct Wood



FM-01-23285





07/20/2000 - $135,856.00



07/20/2000 - $135,856.00



07/20/2000 - 1483 - $135,856.00



07/20/2000 - 1483 - $135,856.00





CHECK NO. 002173

MELLON BANK, NA
Pittsburgh, PA

60-160
433

The
Gitto/Global
Corporation

140 Leominster Shirley Road, Glamss Park
P.O. Box 120, Lunenburg, MA 01462

PAY ONE HUNDRED FIFTY FOUR THOUSAND ONE HUNDRED SIXTY DOLLARS AND 00 CENTS

CHECK AMOUNT

$154,160.00

| CHECK NO | CHECK DATE | VENDOR NO |
|----------|-----------|-----------|
| 02173 | 8/16/00 | 1420 |

FM-01-23505

PAY
TO THE
ORDER OF

DIRECT CHEM

030112209 8 7432 64/31 081700

2201 99550 2201 955-00 0017- .00

THIS DOC......AS A COLORED BACKGROUND AND A OIL STAMPF ) OGO

⑈"000000 2ⅰ73"⑈ ⑆:0Ⅰ330Ⅰ60ⅰ:⑆ 054⑈"8359"⑈

"00 Ⅰ54Ⅰ6000⑈"



Dep Only
Direct Chem
# 161.-143

FOR DEPOSIT ONLY
Direct Chem
Account 161143

I|II    4.3 2 1 6

FM-01-23506



CHECK NO. 003544

MELLON BANK, NA
Pittsburgh, PA
60-160
433

The
Gitto/Global
Corporation

140 Leominster Shirley Road, Giama Park
P.O. Box 120, Lunenburg, MA 01462

CHECK AMOUNT

$150,150.00    10-23-00

PAY ONE HUNDRED FIFTY THOUSAND ONE HUNDRED FIFTY DOLLARS AND 00 CENTS

020151074  27 6300 6355  10-23-00

| CHECK NO. | CHECK DATE | VENDOR NO. |
|-----------|-----------|-----------|
| 03544     | 10/20/00  | 1420      |

FM-01-22657

PAY
TO THE
ORDER OF

DIRECT CHEM

250047954 250047954 00  10-23-00

THIS DOCUMENT HAS A COLORED BACKGROUND AND A FCL STAMPED LOGO

⑈"000000354 4‖"  ⑈04330160 1⑈⑈  054⑈"8359‖"     ⑈"0050150000⑈"

**FOR DEPOSIT ONLY**
**Direct Chem**
**Account 824005442 3**

FM-01-22658

5650        $ 2 5 5 7



CHECK NO. 003585

MELLON BANK, NA
Pittsburgh, PA

60-160
433

**The Gitto/Global Corporation**

140 Leominster Shirley Road, Ginna Park
P.O. Box 120, Lunenburg, MA 01462

PAY ONE HUNDRED FIFTY THOUSAND ONE HUNDRED FIFTY DOLLARS AND 00 CENTS

| CHECK AMOUNT |
| --- |
| $150,150.00 |

FM-01-22655

| CHECK NO | CHECK DATE | VENDOR NO |
| --- | --- | --- |
| 03585 | 10/23/00 | 1420 |

PAY
TO THE
ORDER OF

DIRECT CHEM

0300544409 08 7300 7305 102500
0501186216 06 6136 61136 102400

THIS DOCUMENT HAS A COLORED BACKGROUND AND A PADESTAMPED LOGO

⑈"00000 3 585⑈"  ⑊:043301 60⑊:  054⑈"8354⑈"

⑈"00 i 50 i 5000⑈"

*Dep Only (Direct)*

*#824005442 3*

**FOR DEPOSIT ONLY**
**Direct Chem**
**Account 824005442 3**

FM-01-22656

5 5 5 8      6 2 8 ‹ 4

▶211370545◀
FLEET NAOB BANK
HAVERHILL MA 01830
▶211370545◀

OCT 27 00



| CHECK NO. | CHECK DATE | VENDOR NO. |
|---|---|---|
| 03650 | 10/24/00 | 2041 |

**The Gitto/Global Corporation**
140 Leominster Shirley Road, Clinton Park
P.O. Box 120, Lunenburg, MA 01462

CHECK NO. **003650**

MELLON BANK, NA
Pittsburgh, PA

60-160
433

PAY  TWENTY FIVE THOUSAND DOLLARS AND 00 CENTS

CHECK AMOUNT
$25,000.00

PAY
TO THE
ORDER OF

DIRECT WOOD

THIS DOCUMENT HAS A COLORED BACKGROUND AND A FOIL STAMPED LOGO

⑈000000 3650⑈ ⑊043301601⑊ 054⑈8359⑈ ⑈0002500000⑈

---

DIRECT WOOD AND PAPER PRODUCTS

SUBPOENAS

| | |
|---|---|
| REF NUMBER | 9975-16FEB05 |
| ACCOUNT NUMBER | 53156879 |
| TYPE | SUBOFF |
| REELAY NUMBER | 08968-07MAR05 |
| 52246008  25-OCT-00 | |



Dep Only
# 824005442 3

**FOR DEPOSIT ONLY**
**Direct Chem**
**Account 824005442 3**

FM-01-22618

6158     9 4 0 2 3

▶211570545◀
HFS: COMBANK
HAVER  LMS 01830
▶211370545◀

NOV 30 00

FIRST MASS    >211370545<
0110-0001-5
05025442 01300 000000
05025147 0430 00261
0430-0030-0
2401787866
2401787866



| CHECK NO. | CHECK DATE | VENDOR NO. |
|---|---|---|
| 04736 | 12/14/00 | 1420 |

CHECK NO. 004736

MELLON BANK, NA
Pittsburgh, PA

60-160
433

**The Gitto/Global Corporation**

140 Leominster Shirley Road, Gianna Park
P.O. Box 120, Lunenburg, MA 01462

PAY ONE HUNDRED TWENTY SIX THOUSAND SEVEN HUNDRED FIFTY DOLLARS AND 00 CENTS

$125,750.00

CHECK AMOUNT
$125,750.00

PAY
TO THE
ORDER OF

DIRECT CHEM
75 TYNGSBORO ROAD
WESTFORD

FM-01-22699

12-15-00

THIS DOCUMENT HAS A COLORED BACKGROUND AND A FOIL STAMPED LOGO

⑈"000004736"⑈ ⑈:043301601: 054⑈8359⑈

MA 01886
25034360

⑈"001267 5000"⑈

*For Dep Only*
*# 8240054423*

**FOR DEPOSIT ONLY**
**Direct Chem**
**Account 824005442  3**

FM-01-22700

6158    35156

▶211370545◀
FIRST MASS BANK
HAVERHILL MA 01830
▶211370545◀

DEC 14 90



CHECK NO. 006204

MELLON BANK, NA
Pittsburgh, PA

60-160
433

| CHECK NO. | CHECK DATE | VENDOR NO |
|-----------|------------|-----------|
| 06204 | 2/22/01 | 1420 |

The
Gitto/Global
Corporation

140 Leominster Shirley Road, Gianna Park
P.O. Box 120, Lunenburg, MA 01462

PAY TWO HUNDRED THIRTY FOUR THOUSAND DOLLARS AND 00 CENTS

CHECK AMOUNT
$234,000.00

PAY
TO THE
ORDER OF

DIRECT CHEM
75 TYNGSBORO ROAD
WESTFORD        MA  01885

FM-01-22713

THIS DOCUMENT HAS A COLORED BACKGROUND AND A FOIL STAMPED LOGO

⑆06204⑆ ⑈043301600⑈ 054⁓8359⑈

⑆002340000⑈

for Dep Only

# 8240054423

**FOR DEPOSIT ONLY**
**Direct Chem**
**Account 824005442 3**

$116     10258

FM-01-22714

FIRST MASS   >211370545<

0110-0001-5
01021544  0110-0001-5
01021544  02-27-01.

22039155  02-27-01

043000261



CHECK NO. 006187

MELLON BANK, NA
Pittsburgh, PA
60-160
433

The
Gitto Global
Corporation

140 Leominster Shirley Road, Glenn Park
P.O. Box 120, Lunenburg, MA 01462

CHECK AMOUNT
$234,000.00

PAY TWO HUNDRED THIRTY FOUR THOUSAND DOLLARS AND 00 CENTS

| CHECK NO. | CHECK DATE | VENDOR NO |
|---|---|---|
| 06187 | 2/21/01 | 1420 |

PAY
TO THE
ORDER OF

DIRECT CHEM
75. TYNGSBORO ROAD
WESTFORD                      MA  01886

FM-01-22715        THIS DOCUMENT HAS A COLORED BACKGROUND AND A FULL STAMPED LOGO

⑈006187⑈ ⑆043301160⑈ 054⸺8359⑈

*for Dep Only*

*# 8240054423*

**FOR DEPOSIT ONLY**
**Direct Chem**
**Account 824005442 3**

FM-01-22716

5061    9 9 4 9 5

FIRST MASS  >211370545<

605603838  022101  02  8240054423

0110-0402  75632   0430-0030-0
01027459  27068A-08042501
01027469  04000261   166,166,166

2739-002   02222001



CHECK NO. 006111

MELLON BANK, NA
Pittsburgh, PA
60-160
433

The
Gitto/Global
Corporation

140 Leominster Shirley Road, Gitano Park
P.O. Box 120, Lunenburg, MA 01462

CHECK AMOUNT

$234,000.00

CHECK NO    CHECK DATE    VENDOR NO.
06111    2/20/01    1420

PAY TWO HUNDRED THIRTY FOUR THOUSAND DOLLARS AND 00 CENTS

PAY
TO THE
ORDER OF

DIRECT CHEM
75 TYNGSBORO ROAD
WESTFORD                         MA  01885

THIS DOCUMENT HAS A COLORED BACKGROUND AND AN OIL STAINED LOGO

FM-01-22723

⑈006111⑈ ⑆043301601⑆ 054⑈8359⑈

for Dep Only
# 824005442 3

FOR DEPOSIT ONLY
Direct Chem
Account 824005442 3

FM-01-22724

6158      8 7 4 1 3

▶211370545◀
HRST MASS BANK
HAVERHILL, MA 01830
▶211370545◀

B 20 01

FIRST MASS    >211370545<    02 824005442 3

602503702  022001

0110-0001-5
0110-0001-5
050206162  02-20490-0030-0
21023480421-105-166
21023480421-105-166
21023480421-01

275-402    683208-1

010007657



CHECK NO. 006187

MELLON BANK, NA
Pittsburgh, PA

59-160
433

The
Gitto Global
Corporation

140 Leominster Shirley Road, Glenna Park
P.O. Box 120, Lunenburg, MA 01462

CHECK AMOUNT
$234,000.00

PAY TWO HUNDRED THIRTY FOUR THOUSAND DOLLARS AND 00 CENTS

| CHECK NO. | CHECK DATE | VENDOR NO. |
|-----------|------------|------------|
| 06187     | 2/21/01    | 1420       |

PAY
TO THE
ORDER OF

DIRECT CHEM
75 TYNGSBORO ROAD
WESTFORD          MA  01886

FM-01-2715

THIS DOCUMENT HAS A COLORED BACKGROUND AND A FOIL STAMPED LOGO

⑈006187⑈ ⑆043301⑇0⑈ 054⑈8359⑈

25027 0492 25027 0492 06955 022204

⑈00234000000⑈

*for Dep Only*

# 824005442 3

**FOR DEPOSIT ONLY**
**Direct Chem**
**Account 824005442 3**

FM-01-22716

5561     9 9 4 0 5

FIRST MASS  >211370545<
605603838  022101  02  824005442J

0110-0502-75632  0430-0030-0
01027459270650-0802250166,166
01027469  3500261
2739-982    02222001



CHECK NO. 006204

MELLON BANK, NA
Pittsburgh, PA
60-180
433

**The**
**Gitto/Global**
**Corporation**
140 Leominster Shirley Road, Glenna Park
P.O. Box 120, Lunenburg, MA 01462

CHECK NO. 05204    CHECK DATE 2/22/01    VENDOR NO. 1420

PAY TWO HUNDRED THIRTY FOUR THOUSAND DOLLARS AND 00 CENTS

CHECK AMOUNT
$234,000.00

PAY
TO THE
ORDER OF
DIRECT CHEM
75 TYNGSBORO ROAD
WESTFORD    MA 01885

THIS DOCUMENT HAS A COLORED BACKGROUND AND A FOIL STAMPED LOGO

FM-01-22713

⑆06204⑆ ⑆04330160⑈ 054⸺8359⑈

for Dep Only

# 8240054423

**FOR DEPOSIT ONLY**
**Direct Chem**
**Account 824005442 3**

2116    10258

FM-01-22714

FIRST MASS    >211370545<
220391155  02-27-01

0110-0001-5
010221544  02-27-01.

0430000261