IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LASALLE BUSINESS CREDIT, LLC f/k/a )<br>LASALLE BUSINESS CREDIT, INC.,       )<br>                                                                )<br>                           Plaintiff,              )<br>         v.                                              )     Case No. 04-12227-DPW<br>                                                                )<br>GARY C. GITTO, et al.,                       )<br>                                                                )<br>                           Defendants.        )<br>_____) | |

## SUPPLEMENTAL AFFIDAVIT OF JOSEPH R. COSTANZA

Joseph R. Costanza, being duly sworn on oath, states and affirms the following facts:

1.     I, Joseph R. Costanza, am a group senior vice-president, Mid-Atlantic region, for LaSalle Business Credit, LLC ("LaSalle") and have held that position since 2002.

2.     If sworn as a witness, I could competently testify to the facts stated herein.

3.     I am a keeper of the books and records of LaSalle and those books and records are made and maintained in the ordinary course of LaSalle's business. I oversee and supervise indebtedness owed by Gitto Global Corporation to LaSalle and have done so since 2002.

4.     The proceeds received by LaSalle from the sale of the assets of Gitto Global in its bankruptcy proceeding was $6,799,980.60, which amount was applied to the loan on December 28 and 29, 2004 and January 4, 2005. The loan balance set forth in my original affidavit was after application of the foregoing proceeds.

5.     Although the stay was lifted to sell the Vitrolite product, no buyer could be located for the product and therefore, no sale proceeds were ever received by LaSalle.

6.     I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____, 2006.                    *Joseph R. Costanza /WdS*
                                                                                    Joseph R. Costanza

386414.1 042314-34311