IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| LASALLE BUSINESS CREDIT, LLC f/k/a LASALLE BUSINESS CREDIT, INC., | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) | Case No. 04-12227-DPW |
| GARY C. GITTO, et al., | ) ) | |
| Defendant, | ) ) | |
| and | ) ) | |
| FLEET NATIONAL BANK, et al., | ) ) | |
| Trustee Process Defendants, | ) ) | |
| and | ) ) | |
| DIRECT WOOD & PAPER PRODUCTS, et al., | ) ) | |
| Reach and Apply Defendants. | ) | |

## MOTION TO EXCEED THE PAGE LIMIT

Pursuant to Local Rule 7.1(B)(4), Plaintiff LaSalle Business Credit, LLC ("LaSalle"), respectfully moves for leave to submit a Reply Brief in excess of the twenty page limit. In support of this request, Plaintiff states that it is filing one Reply Brief in response to two Opposition Briefs filed separately by Defendants Gary C. Gitto and Charles N. Gitto, Jr. Defendant Gary C. Gitto's Opposition Brief was twenty-seven pages in length and Defendant Charles N. Gitto, Jr.'s Opposition Brief was twenty pages in length. In order to adequately reply to these two Opposition Briefs, LaSalle finds it necessary to file a Reply Brief in excess of twenty pages, but not more than twenty-five pages.

///

///

Dated: September 25, 2006                    Respectfully submitted,

                                             LASALLE BUSINESS CREDIT, LLC


                                             By:      /s/ Richard A. Sugarman
                                                      One of its attorneys

Christopher J. Panos (BBO# 555273)
Richard A. Sugarman (BBO# 646791)
Craig and Macauley Professional Corporation
Federal Reserve Plaza
600 Atlantic Avenue
Boston, MA  02210
Phone: (617) 367-9500
Fax:   (617) 742-1788

Eric S. Rein
John L. Conlon
Bethany N. Schols
Schwartz, Cooper, Greenberger & Krauss, Chtd.
180 N. LaSalle Street, Suite 2700
Chicago, IL  60601
Phone:  (312) 346-1300
Fax:  (312) 782-8416


                         Certificate of Service

        I hereby certify that this document(s) filed through the ECF system will be sent
electronically to the registered participants as identified on the Notice of Electronic Filing
(NEF) and paper copies will be sent to those indicated as non-registered participants on
September 25, 2006.

                                             /s/ Richard A. Sugarman