IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LASALLE BUSINESS CREDIT, LLC, f/k/a ) <br> LASALLE BUSINESS CREDIT, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> GARY GITTO, et al., ) <br> ) <br> Defendants. ) <br> ) | Case No. 04-12227-DPW |

**PLAINTIFF'S RESPONSE TO GARY GITTO'S
COUNTERSTATEMENT OF MATERIAL FACTS**

LaSalle Business Credit, LLC, f/k/a LaSalle Business Credit, Inc. ("LaSalle"), by its attorneys, hereby submits its Response to Defendant Gary Gitto's ("Gary") Counterstatement of Material Facts, pursuant to local rule 56.1.

4.   Frank Miller owned 50% of the stock of Gitto Global, making him the majority shareholder. See Stem Affidavit, Exhibit 14 (same as Gitto shares). He was also the President of the Company. Id.

**RESPONSE**: LaSalle denies that Frank Miller was the majority shareholder of Gitto Global. Rather, Nancy Gitto Panagiotes testified that she did not have an ownership in Gitto Global, and that the company was owned by Gary Gitto and Frank Miller equally. (Panagiotes Dep. p.8:15-21.)

8.   Deakin never discussed phony invoices with Gitto. Deakin dep., at 233.

**RESPONSE**: Denied because Gary Gitto misstates the testimony. Instead, Deakin testified at page 233 as follows:

> Q:   Did you ever discuss the phony inventories with Gary?
>
> A:   No, I had no reason to. Well, actually, other than the time that I went up there and told him we had – those three times that I had mentioned earlier, I told him that we had that

>> inventory in there and the prebills were going on. I did say it that time.

In addition, as LaSalle points out in paragraph 116 of its Undisputed Facts, in November 2003, Deakin brought to Gary Gitto in his office a receivable aging report covering only the fictitious invoices. Deakin stated that "We've got phony invoices at sixteen and a half million." It had gotten so high "it was mind boggling." (Deakin Dep. p.105:1-22.)

     10.    Kozak maintained, and had physical control of, checkbooks for Gitto's personal and business accounts, including Direct Wood. Kozak dep. at 28-29. She signed numerous documents with Gary Gitto's signature, including but not limited to checks. Id. at 77, 106.

     **RESPONSE**: LaSalle denies any inference that Kozak was signing Gary Gitto's signature without his authority. Kozak testified that every time she signed on Gary's behalf, it was with the understanding that she had his authorization. Moreover, there is no testimony that Kozak signed Gitto Global checks. From 1998-2001, Gary Gitto signed 64 checks from Gitto Global payable to Direct Chem or Direct Wood. (Kozak Dep. p.80:1-8; Rein Aff., ¶3.)

     12.    From time to time, however, Miller would communicate with Gitto in order to ask him to put up money for Gitto Global. Miller would then communicate directly with Helen Kozak, providing her instructions as to when and where to wire the money. Kozak dep., at 110, 116-17, 215-16.

     **RESPONSE**: LaSalle denies the inference that Miller would communicate with Kozak without Gary Gitto knowing. Instead, Gary Gitto often would tell Kozak that Frank Miller was going to give her wiring instructions pertaining to Gary's accounts. (Kozak Dep. p.118:4-14.)

Dated: September 25, 2006                    Respectfully submitted,

                                             LASALLE BUSINESS CREDIT, LLC


                                             By:_____Richard A. Sugarman_____
                                                      One of its attorneys

Christopher J. Panos (BBO# 555273)
Richard A. Sugarman (BBO# 646791)
Craig and Macauley Professional Corporation
Federal Reserve Plaza
600 Atlantic Avenue
Boston, MA  02210
Phone: (617) 367-9500
Fax:   (617) 742-1788

Eric S. Rein
John L. Conlon
Bethany N. Schols
Schwartz Cooper Chartered
180 N. LaSalle Street, Suite 2700
Chicago, IL  60601
Phone: (312) 346-1300
Fax: (312) 782-8416

**CERTIFICATE OF SERVICE**

    I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on September 25, 2006.

                                                                                     /s/ Richard A. Sugarman

Case 1:04-cv-12227-DPW    Document 355    Filed 09/25/2006    Page 4 of 4