UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|   |   |
|---|---|
| LASALLE BUSINESS CREDIT, LLC, f/k/a, <br> LASALLE BUSINESS CREDIT, INC. <br><br> Plaintiff <br><br> v. <br><br> GARY C. GITTO, et al., <br><br> Defendants | ) <br> ) <br> ) <br> ) <br> ) <br> ) Case No. 04-12227-DPW <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**DEFENDANT'S MOTION FOR LEAVE TO FILE A SUR-REPLY TO PLAINTIFF'S REPLY MEMORANDUM IN SUPPORT OF ITS MOTION FOR SUMMARY <u>JUDGMENT</u>**

Defendant hereby moves for leave to file a sur-reply to Plaintiff's Reply Memorandum in Support of its Motion for Summary Judgment. In support thereof, defendants states that this is a complicated case involving complex issues, and a brief sur-reply is necessary to address certain arguments raised by plaintiff in its Reply Memorandum. The sur-reply is less than five pages in length.

Respectfully submitted,

Gary Gitto,

By his attorney,

 /s/ Max D. Stern
Max D. Stern, BBO No. 479560
Kenneth M. Resnik, BBO. No. 637527
Alexandra Deal, BBO No. 660645
Stern, Shapiro, Weissberg & Garin, LLP
90 Canal Street, 5th Floor
Boston, MA  02114-2022
(617) 742-5800

Dated: October 5, 2006

Certificate of Service

I hereby certify that this document(s) filed through the EFT system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on October 5, 2006.

/s/ Kenneth M. Resnik

.