Page 1

ORIGINAL

VOLUME: I
PAGES: 1 - 138
EXHIBITS: Per index

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

Case No. 04-12227-DPW

*************************************

LASALLE BUSINESS CREDIT, LLC )
f/k/a LASALLE BUSINESS CREDIT, )
INC., )
    Plaintiff )
)
vs. )
)
)
GARY C. GITTO, et al., )
    Defendants )
)
    and )
)
FLEET NATIONAL BANK, et al., )
    Trustee Process Defendants, )
)
    and )
)
FIDELITY INVESTMENTS, INC., et al., )
    Reach-and-Apply Defendants. )

*************************************

DEPOSITION OF JANICE M. CHAISSON
JANUARY 12, 2006
TEN O'CLOCK A.M.

G&M Court Reporters, Ltd.
800-655-3663 - www.gmcourtreporters.com

1              J & J checks, I think it was?
2      A.      Uh-huh..
3      Q.      You never gave one of those to Gary Gitto;
4              did you?
5      A.      No.
6      Q.      Did you ever have a discussion with Gary
7              Gitto concerning Direct Wood?
8      A.      No.
9      Q.      Did you ever have a discussion with him
10             concerning Direct Chemical?
11     A.      No.
12     Q.      Did you ever have a discussion with him
13             about J & J?
14     A.      No.
15     Q.      In fact, you never had any discussion with
16             Gary Gitto about any of these fraudulent
17             activities that you've described?
18     A.      I have had a discussion with him on one
19             occasion, that I can remember.
20     Q.      What occasion was that?
21     A.      One of the invoices that was fictitious was
22             mailed out to Hitachi Cable.
23     Q.      When was that?
24     A.      I would say within the last year of

1       business.
2   Q.  In 2004?
3   A.  I think so.
4   Q.  And when in 2004?
5   A.  I don't remember the date.
6   Q.  You can't tell us?
7   A.  I can't remember the date, no, that it
8       happened.
9   Q.  Can you tell us what happened then?
10  A.  One of the invoices got mailed out to
11      Hitachi.  Ron Ruggerio called Gary asking
12      him what it was, because it was such a large
13      amount, and Gary had called me and related
14      the message that Ron had given him, and he
15      said to me, "Is that one of those phoney
16      invoices," and I told him "Yes, it was and I
17      took care of it."
18  Q.  Did you see the invoice?
19  A.  I'm sure I saw it.
20  Q.  What do you remember about that invoice?
21  A.  Just the large amount.
22  Q.  How much was the amount?
23  A.  It would have been over a hundred thousand.
24  Q.  What was the size of the customary Hitachi

1   invoices?
2   A.  Thirty-three thousand, forty thousand, in
3       that vicinity, was the highest, I would
4       say.  Fifty-six thousand.  In that vicinity.
5   Q.  So if it was over a hundred thousand
6       dollars, that was clearly a phoney invoice?
7   A.  Yes.
8   Q.  All right, and somehow, this came into
9       possession of Gary Gitto because Ron
10      Ruggerio showed it to him or sent it to him;
11      is that right?
12  A.  Called him about it.
13  Q.  And he called you to ask you whether this
14      was a phoney invoice; is that right?
15  A.  Yes.
16  Q.  And that was sometime in 2004?
17  A.  Yes.
18  Q.  Did you have any other conversations with
19      Gary Gitto at any time about phoney
20      invoices?
21  A.  Not to my recollection.  I can't recall
22      any.
23  Q.  Now, you told us that, as part of this
24      scheme, there were checks that were written

## SERVICE LIST

| | |
|---|---|
| Robert M. Buchanan, Jr., Esq.<br>Choate, Hall & Stewart<br>Two International Place<br>100-150 Oliver Street<br>Boston, MA  02110 | Janis Campanella<br>TD Waterhouse Investor Services, Inc.<br>555 N. Federal Highway # 18-20<br>Boca Raton, FL  33432 |
| M. Ellen Carpenter, Esq.<br>Roach & Carpenter, P.C.<br>8th Floor<br>24 School Street<br>Boston, MA  02108 | Tyler E. Chapman, Esq.<br>Tood & Weld LLP<br>31st Floor<br>28 State Street<br>Boston, MA  02109 |
| John L. Conlon, Esq.<br>Schwartz, Cooper, Greenberger & Krauss, Chtd.<br>180 N. LaSalle Street, Suite 2700<br>Chicago, IL  60601 | Ian Crawford, Esq.<br>Todd & Weld LLP<br>28 State Street<br>31st Floor<br>Boston, MA  02109 |
| Deborah G. Evans, Esq.<br>Michaels & Ward, LLP<br>12 Post Office Square<br>4th Floor<br>Boston, MA  02109 | Brian K. French, Esq.<br>Ruberto, Israel & Weiner, P.C.<br>100 North Washington Street<br>Boston, MA  02114 |
| Charles L. Glerum, Esq.<br>Choate, Hall & Stewart<br>Two International Place<br>Boston, MA  02110 | Barbara S. Green Whitbeck, Esq.<br>Burns & Levinson LLP<br>One Beacon Street<br>30th Floor<br>Boston, MA  02108 |
| Colleen A. Hankins<br>FMR Corp.<br>82 Devonshire Street, F6B<br>Boston, MA  02109 | William T. Harrington, Esq.<br>Glynn, Landry, Harrington & Rice, LLP<br>Ten Forbes Road<br>Suite 270<br>Braintree, MA  02184 |
| Lisa E. Herrington, Esq.<br>Choate, Hall & Stewart<br>Exchange Place<br>53 State Street<br>Boston, MA  02109 | Christopher P. Litterio, Esq.<br>Ruberto, Israel & Weiner, P.C.<br>100 North Washington Street<br>Boston, MA  02114 |

| | |
|---|---|
| David M. Losier, Esq.<br>Burns & Levinson<br>125 Summer Street<br>Boston, MA 02110 | Maria A. Luise, Esq.<br>Balliro & Mondano<br>99 Summer Street<br>Suite 1800<br>Boston, MA 02110 |
| Edward W. McIntyre, Esq.<br>Attorney at Law<br>162 Church Street<br>Clinton, MA 01510 | Pete S. Michaels, Esq.<br>Murphy & Michaels LLP<br>12 Post Office Square<br>4th Floor<br>Boston, MA 02109 |
| Frank Mondano, Esq.<br>Balliro & Mondano<br>99 Summer Street<br>Suite 1800<br>Boston, MA 02110 | Brian T. Mulcahy<br>Administrative Office of the Trial Court<br>Two Center Plaza<br>Room 540<br>Boston, MA 02108 |
| Paul J. O'Riodan<br>Seder & Chandler<br>Burnside Building<br>339 Main Street<br>Worcester, MA 01608 | Michelle R. Pierce, Esq.<br>Donoghue, Barrett & Singal, PC<br>One Beacon Street<br>Boston, MA 02108-3113 |
| Eve A. Piemonte-Stacey, Esq.<br>Roach & Carpenter, P.C.<br>24 School Street<br>Boston, MA 02108 | Bert A. Rappaport, Esq.<br>Schwartz, Cooper, Greenberger & Krauss, Chtd.<br>180 N. LaSalle Street<br>Suite 2700<br>Chicago, IL 60601 |
| Eric S. Rein, Esq.<br>Schwartz, Cooper, Greenberger & Krauss, Chtd.<br>180 N. LaSalle Street<br>Suite 2700<br>Chicago, IL 60601 | Kenneth M. Resnik, Esq.<br>Stern, Shapiro, Weissberg & Garin<br>90 Canal Street<br>5th Floor<br>Boston, MA 02114 |
| Bathany Schols, Esq.<br>Schwartz, Cooper, Greenberger & Krauss, Chtd.<br>180 N. LaSalle Street<br>Suite 2700<br>Chicago, IL 60601 | J. Robert Seder, Esq.<br>Seder & Chandler<br>339 Main Street<br>Suite 300<br>Worcester, MA 01608 |