**CRAIG AND MACAULEY** | PROFESSIONAL CORPORATION
COUNSELLORS AT LAW

www.craigmacauley.com

FEDERAL RESERVE PLAZA
600 ATLANTIC AVENUE
BOSTON, MASSACHUSETTS 02210

TEL (617) 367-9500
FAX (617) 742-1788

October 13, 2006

**VIA HAND DELIVERY**

Ms. Michelle Rynne
Courtroom Clerk
Courtroom #1
John Joseph Moakley Courthouse
United State District Court
1 Courthouse Way
Suite 2300
Boston, MA  02210

RE:    LaSalle Business Credit, LLC v. Gary Gitto, et al. 04-12227-DPW

Dear Ms. Rynne:

At the October 11, 2006, hearing on Lasalle Business Credit, LLC's ("Lasalle") motion for summary judgment in the above-captioned matter, the Court and Eric S. Rein, counsel for Lasalle, referenced deposition testimony by William Deakin concerning a statement made by Janice Chaisson about "phony invoices" that was discussed in Lasalle's brief.  The referenced deposition testimony, however, actually was provided by Ms. Chaisson, not Mr. Deakin.  The relevant pages of Ms. Chaisson's deposition are attached to this letter.  The attached deposition testimony should be included as an additional citation to Paragraph 116 of Lasalle Business Credit, LLC's Statement of Material Undisputed Facts in Support of Its Motion for Summary Judgment.

Thank you very much.

Best regards,

Richard A. Sugarman

Enclosure
cc:    Christopher J. Panos, Esq.
       Eric S. Rein, Esq.
       See Attached Service List