Page 1



VOLUME: I
PAGES: 1 - 138
EXHIBITS: Per index

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

Case No. 04-12227-DPW
*********************************

LASALLE BUSINESS CREDIT, LLC )
f/k/a LASALLE BUSINESS CREDIT, )
INC., )
    Plaintiff )
)
vs. )
)
)
GARY C. GITTO, et al., )
    Defendants )
)
    and )
)
FLEET NATIONAL BANK, et al., )
    Trustee Process Defendants, )
)
    and )
)
FIDELITY INVESTMENTS, INC., et al., )
    Reach-and-Apply Defendants. )
*************************************

DEPOSITION OF JANICE M. CHAISSON
JANUARY 12, 2006
TEN O'CLOCK A.M.

G&M Court Reporters, Ltd.
800-655-3663 - www.gmcourtreporters.com

1
2   DEPOSITION OF JANICE M. CHAISSON,
3   taken on behalf of the Plaintiff, pursuant
4   to the applicable provisions of the
5   Federal Rules of Civil Procedure, before
6   Denise M. Rae, a Certified Shorthand
7   Reporter and Notary Public within and for
8   the Commonwealth of Massachusetts, at the
9   Law Offices of Craig and Macauley, P.C.,
10  600 Atlantic Avenue, Boston, Massachusetts,
11  on Thursday, January 12, 2006, commencing at
12  9:04 a.m.
13
14
15
16
17
18
19
20
21
22
23
24

1   interviewed by Mr. Rein here?  Did you talk
2   to him before today?
3 A. No.
4 Q. Have you been interviewed by any person
5   about the matters you've discussed here
6   today, other than your own attorney, before
7   today?
8 A. Yes.
9 Q. All right.  Who did you talk to?
10 A. The Attorney General.  No.
11 Q. The United States Attorney's office?
12 A. Yes.
13 Q. Who was that; a man or woman?
14 A. It was a woman.
15 Q. Laurie Holik, H-o-l-i-k?
16 A. Yes, yes.
17 Q. When was that?
18 A. I don't remember if it was last December.
19   I think, November or December.  I think it
20   was December.  I'm not positive.
21 Q. Okay, and what did you discuss with her?
22 A. I more or less discussed it with Mr. Grady.
23   She just sat in.
24 Q. Kevin Grady?

1   A.  I don't know what he was objecting to.
2   Q.  Well, they told you he objected to it; is
3       that right?
4   A.  Right.
5   Q.  Now, you have a document in front of you and
6       this is a Settlement Agreement that you
7       signed today?
8   A.  Yes.
9   Q.  I take it that you have agreed with LaSalle
10      that, if you waive your Fifth Amendment
11      privilege and you come and testify at this
12      deposition today, they will drop the lawsuit
13      against you; is that right?
14  A.  Yes.
15          MR. STERN:  No further questions.
16                  CROSS-EXAMINATION
17  by Mr. McIntyre:
18  Q.  How were you compensated when you went to
19      work for Gitto Global?  Weekly, hourly?
20  A.  Weekly.
21  Q.  Weekly.  What was your compensation when you
22      were hired by Gitto Global?
23  A.  I think it was like thirty-three thousand.
24  Q.  And when they went into the tank in 2004,