IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| LASALLE BUSINESS CREDIT, LLC f/k/a<br>LASALLE BUSINESS CREDIT, INC.,<br>　　　　　Plaintiff,<br><br>　　v.<br><br>GARY C. GITTO, et al.,<br>　　　　　Defendants. | )<br>)<br>)<br>)<br>)　Case No. 04-12227-DPW<br>)<br>)<br>)<br>)<br>) |

NOTICE OF DISMISSAL OF DEFENDANTS TRADEX INTERNATIONAL
CORPORATION AND KINGSDALE CORP. d/b/a J&J CHEMICAL DISTRIBUTORS

Pursuant to Fed. R. Civ. P. Rule 41(a)(1)(i), Plaintiff LaSalle Business Credit, LLC hereby gives notice, of its voluntary dismissal of defendants Tradex International Corporation ("Tradex") and Kingsdale Corporation d/b/a J&J Chemical Distributors ("Kingsdale"), without prejudice and without costs. Neither Tradex or Kingsdale have filed an answer or motion for summary judgment.

                                                Respectfully submitted,

                                                LASALLE BUSINESS CREDIT, LLC

                                                   /s/ Richard A. Sugarman
                                                     One of its attorneys

Dated:  October 25, 2006

Christopher J. Panos (BBO# 555273)
Richard A. Sugarman (BBO# 646791)
Craig and Macauley Professional Corporation
Federal Reserve Plaza
600 Atlantic Avenue
Boston, MA  02210
Phone:  (617) 367-9500

Eric S. Rein
John L. Conlon
Bethany N. Schols
Schwartz, Cooper, Greenberger & Krauss, Chtd.
180 N. LaSalle Street, Suite 2700
Chicago, IL  60601
Phone:  (312) 346-1300

## Certificate of Service

      I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on October 25, 2006.

                                               /s/ Richard A. Sugarman