## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

---

|  |  |  |
|---|---|---|
| LA SALLE BUSINESS CREDIT, LLC f/k/a | ) | |
| LA SALLE BUSINESS CREDIT, INC., | ) | Case No. 04-12227-DPW |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| GARY C. GITTO, et al., | ) | |
| | ) | |
| Defendants, | ) | |
| and | ) | |
| | ) | |
| LEGG MASON, INC. and LEGG MASON | ) | |
| WOOD WALKER, INC., | ) | |
| | ) | |
| Trustee Process Defendants, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| GITTO SALES CORPORATION, AWG, LLC, | ) | |
| SUPERIOR POLYMERS, CORPORATION, | ) | |
| LEGG MASON,INC., LEGG MASON WOOD | ) | |
| WALKER, INC., and TRADEX CORPORATION | ) | |
| | ) | |
| Reach-and-Apply Defendants. | ) | |

## CHARLES GITTO'S ANSWER TO FOURTH AMENDED COMPLAINT

The Defendant, Charles N. Gitto, Jr. ("Gitto"), answers the Fourth Amended
Complaint, without waiving is Fifth Amendment right against self-incrimination, as
follows:

### Jurisdiction and Venue

1.      This paragraph contains conclusions of law which do not require a
response.  However, in so far as the paragraph states allegations, such are denied.

2.      This paragraph contains conclusions of law which do not require a
response.  However, in so far as the paragraph states allegations, such are denied.

## Parties

**Plaintiffs**

3.    Gitto is without sufficient knowledge to admit or deny the allegations contained in this paragraph.

**Defendants**

4.    The allegations contained in this paragraph are not directed to Gitto and therefore, do not require a response.  To the extent that a response is required, Gitto states that he is without sufficient knowledge to admit or deny the allegations contained in this paragraph.

5.    The allegations contained in this paragraph are not directed to Gitto and therefore, do not require a response.  To the extent that a response is required, Gitto states that he is without sufficient knowledge to admit or deny the allegations contained in this paragraph.

6.    The allegations contained in this paragraph are not directed to Gitto and therefore, do not require a response.  To the extent that a response is required, Gitto states that he is without sufficient knowledge to admit or deny the allegations contained in this paragraph.

7.    Gitto admits the allegations contained in this paragraph.

8.    The allegations contained in this paragraph are not directed to Gitto and therefore, do not require a response.  To the extent that a response is required, Gitto states that he is without sufficient knowledge to admit or deny the allegations contained in this paragraph.

**Trustee Process Defendants**

9.     Gitto admits that Legg Mason holds goods, effects, or credits of Charles Gitto.  However, he is without sufficient knowledge to admit or deny the remaining allegations contained in this paragraph.

**Reach-and-Apply Defendants**

10.     The allegations contained in this paragraph are not directed to Gitto and therefore, do not require a response.  To the extent that a response is required, Gitto states that he is without sufficient knowledge to admit or deny the allegations contained in this paragraph.

11.     The allegations contained in this paragraph are not directed to Gitto and therefore, do not require a response.  To the extent that a response is required, Gitto states that he is without sufficient knowledge to admit or deny the allegations contained in this paragraph.

12.     The allegations contained in this paragraph are not directed to Gitto and therefore, do not require a response.  To the extent that a response is required, Gitto states that he is without sufficient knowledge to admit or deny the allegations contained in this paragraph.

13.     Gitto admits that Legg Mason hold goods, effects, or credits of Charles Gitto.  However, he is without sufficient knowledge to admit or deny the remaining allegations contained in this paragraph.

14.     Gitto admits the allegations contained in this paragraph.

## GENERAL FACTUAL ALLEGATIONS

**LaSalle Loan**

15.     Gitto is without sufficient knowledge to admit or deny the allegations contained in this paragraph.

16.     Gitto is without sufficient knowledge to admit or deny the allegations contained in this paragraph.  Gitto further states that the Loan Agreement speaks for itself.

17.     Gitto is without sufficient knowledge to admit or deny the allegations contained in this paragraph.  Gitto further states that the Revolving Note and Term Note speak for themselves.

18.     Gitto is without sufficient knowledge to admit or deny the allegations contained in this paragraph.  Gitto further states that the Limited Guaranty speaks for itself.

19.     Gitto is without sufficient knowledge to admit or deny the allegations contained in this paragraph.  Gitto further states that the Limited Guaranty speaks for itself.

20.     Gitto is without sufficient knowledge to admit or deny the allegations contained in this paragraph.  Gitto further states that the Loan Agreement speaks for itself.

21.     Gitto is without sufficient knowledge to admit or deny the allegations contained in this paragraph.  Gitto further states that the Blocked Account Agreement speaks for itself.

22.     Gitto is without sufficient knowledge to admit or deny the allegations contained in this paragraph.  Gitto further states that the Blocked Account Agreement speaks for itself.

23.     Gitto is without sufficient knowledge to admit or deny the allegations contained in this paragraph.  Gitto further states that the Blocked Account Agreement speaks for itself.

24.     Gitto is without sufficient knowledge to admit or deny the allegations contained in this paragraph.  Gitto further states that the Loan and Security Agreement speaks for itself.

25.     Gitto is without sufficient knowledge to admit or deny the allegations contained in this paragraph.

26.     Gitto is without sufficient knowledge to admit or deny the allegations contained in this paragraph.

27.     Gitto denies the allegations contained in this paragraph.

28.     Gitto is without sufficient knowledge to admit or deny the allegations contained in this paragraph.

29.     Gitto is without sufficient knowledge to admit or deny the allegations contained in this paragraph.

30.     Gitto admits the allegations contained in this paragraph.

31.     Gitto is without sufficient knowledge to admit or deny the allegations contained in this paragraph.

**COUNT I**
**CIVIL RICO CONSPIRACY (18 U.S.C. §1962(d), 1964(c)**
(Against Gary C. Gitto, Frank Miller, Maria Miller,
Charles N. Gitto, Jr., and Louis Pellegrine, Jr.)

32.    Gitto incorporates herein the responses to the allegations made in paragraphs 1 through 31 above.

33.    Gitto is without sufficient knowledge to admit or deny the allegations contained in this paragraph.

34.    This paragraph contains conclusions of law which do not require a response.  However, in so far as the paragraph states allegations, such are denied.

35.    Gitto denies the allegations contained in this paragraph.

36.    This paragraph contains conclusions of law which do not require a response.  However, in so far as the paragraph states allegations, such are denied.

37.    Gitto denies the allegations contained in this paragraph.

38.    Gitto denies the allegations contained in this paragraph.

**Evolution of the Fraud**

39.    Gitto is without sufficient knowledge to admit or deny the allegations contained in this paragraph.

40.    Gitto is without sufficient knowledge to admit or deny the allegations contained in this paragraph.

41.    Gitto is without sufficient knowledge to admit or deny the allegations contained in this paragraph.

42.    Gitto is without sufficient knowledge to admit or deny the allegations contained in this paragraph.

**Creation of J&J Chemical and Use to Inflate Sales Revenue**

43.     Gitto admits that he loaned $1,500,000 to Gary Gitto and Frank Miller. However, he is without sufficient knowledge to admit or deny the remaining allegations contained in this paragraph.

44.     Gitto is without sufficient knowledge to admit or deny the allegations contained in this paragraph.

**Borrowing Base Certificates**

45.     Gitto is without sufficient knowledge to admit or deny the allegations contained in this paragraph.

46.     Gitto is without sufficient knowledge to admit or deny the allegations contained in this paragraph.

47.     Gitto is without sufficient knowledge to admit or deny the allegations contained in this paragraph.

> **(a)     Sales Misrepresentations**

48.     Gitto is without sufficient knowledge to admit or deny the allegations contained in this paragraph.

49.     Gitto is without sufficient knowledge to admit or deny the allegations contained in this paragraph.

50.     Gitto is without sufficient knowledge to admit or deny the allegations contained in this paragraph.

51.     Gitto is without sufficient knowledge to admit or deny the allegations contained in this paragraph.

7

**(b)**    **Fictitious Customers**

52.    Gitto is without sufficient knowledge to admit or deny the allegations contained in this paragraph.

53.    Gitto is without sufficient knowledge to admit or deny the allegations contained in this paragraph.

54.    Gitto is without sufficient knowledge to admit or deny the allegations contained in this paragraph.

55.    Gitto is without sufficient knowledge to admit or deny the allegations contained in this paragraph.

56.    Gitto is without sufficient knowledge to admit or deny the allegations contained in this paragraph.

57.    Gitto admits that Hitachi is a company located in New Hampshire and a customer of Gitto Global.  However, he is without sufficient knowledge to admit or deny the remaining allegations contained in this paragraph.

58.    Gitto is without sufficient knowledge to admit or deny the allegations contained in this paragraph.

**(c)**    **Manipulation of the Process to Borrow Under LaSalle Revolving Loan**

59.    Gitto is without sufficient knowledge to admit or deny the allegations contained in this paragraph.

60.    Gitto is without sufficient knowledge to admit or deny the allegations contained in this paragraph.

61.    Gitto is without sufficient knowledge to admit or deny the allegations contained in this paragraph.

62.     Gitto is without sufficient knowledge to admit or deny the allegations contained in this paragraph.

63.     Gitto is without sufficient knowledge to admit or deny the allegations contained in this paragraph.

64.     Gitto is without sufficient knowledge to admit or deny the allegations contained in this paragraph.

**(d)     Creating Fictitious Sales**

65.     Gitto is without sufficient knowledge to admit or deny the allegations contained in this paragraph.

66.      Gitto is without sufficient knowledge to admit or deny the allegations contained in this paragraph.

67.     Gitto is without sufficient knowledge to admit or deny the allegations contained in this paragraph.

68.     Gitto is without sufficient knowledge to admit or deny the allegations contained in this paragraph.

**(e)     Inventory Misrepresentations**

69.     Gitto is without sufficient knowledge to admit or deny the allegations contained in this paragraph.

70.     Gitto is without sufficient knowledge to admit or deny the allegations contained in this paragraph.

71.     Gitto is without sufficient knowledge to admit or deny the allegations contained in this paragraph.

72.    Gitto is without sufficient knowledge to admit or deny the allegations contained in this paragraph.

73.    Gitto is without sufficient knowledge to admit or deny the allegations contained in this paragraph.

74.    Gitto denies the allegations contained in this paragraph.

75.    Gitto denies the allegations contained in this paragraph.

76.    Gitto is without sufficient knowledge to admit or deny the allegations contained in this paragraph.

**Daily Borrowing Base Certificate Fraud**

77.    Gitto is without sufficient knowledge to admit or deny the allegations contained in this paragraph.

78.    Gitto is without sufficient knowledge to admit or deny the allegations contained in this paragraph.

79.    Gitto is without sufficient knowledge to admit or deny the allegations contained in this paragraph.

80.    Gitto is without sufficient knowledge to admit or deny the allegations contained in this paragraph.

**Check Kite Scheme**

81.    Gitto is without sufficient knowledge to admit or deny the allegations contained in this paragraph.

82.    Gitto is without sufficient knowledge to admit or deny the allegations contained in this paragraph.

83.    Gitto is without sufficient knowledge to admit or deny the allegations contained in this paragraph.

84.    Gitto is without sufficient knowledge to admit or deny the allegations contained in this paragraph.

85.    Gitto denies the allegations contained in this paragraph.

86.    Gitto is without sufficient knowledge to admit or deny the allegations contained in this paragraph.

87.    Gitto is without sufficient knowledge to admit or deny the allegations contained in this paragraph.

88.    Gitto is without sufficient knowledge to admit or deny the allegations contained in this paragraph.

89.    Gitto is without sufficient knowledge to admit or deny the allegations contained in this paragraph.

90.    Gitto is without sufficient knowledge to admit or deny the allegations contained in this paragraph.

91.    Gitto is without sufficient knowledge to admit or deny the allegations contained in this paragraph.

92.    Gitto is without sufficient knowledge to admit or deny the allegations contained in this paragraph.

93.    Gitto is without sufficient knowledge to admit or deny the allegations contained in this paragraph.

94.    Gitto is without sufficient knowledge to admit or deny the allegations contained in this paragraph.

95.    Gitto admits that on July 23, 2004, Clinton Bank provided J&J Chemical with an $8,400,000 credit line.  However, he his without sufficient knowledge to admit or deny the remaining allegations contained in this paragraph.

96.    Gitto admits that he signed a limited, non-recourse guaranty, a security agreement on behalf of Tradex.  However, Gitto denies the remaining allegations contained in this paragraph.

97.    Gitto is without sufficient knowledge to admit or deny the allegations contained in this paragraph.

98.    Gitto is without sufficient knowledge to admit or deny the allegations contained in this paragraph.

99.    Gitto is without sufficient knowledge to admit or deny the allegations contained in this paragraph.

100.    Gitto admits that he executed a letter and a guaranty.  He further admits that Gary Gitto executed an unlimited guaranty and that Frank Miller and Maria Miller executed a third mortgage on their Bolton residence.  However, he denies the remaining allegations contained in this paragraph.

101.    Gitto admits that Clinton Savings Bank extended the credit agreement. However, he is without sufficient knowledge to admit or deny the remaining allegations contained in this paragraph.  Gitto further states that the credit agreement speaks for itself.

102.    Gitto is without sufficient knowledge to admit or deny the allegations contained in this paragraph.

103.    Gitto is without sufficient knowledge to admit or deny the allegations contained in this paragraph.

104.    Gitto is without sufficient knowledge to admit or deny the allegations contained in this paragraph.

**False Audit and Examination Information**

105.    Gitto is without sufficient knowledge to admit or deny the allegations contained in this paragraph.

106.    Gitto is without sufficient knowledge to admit or deny the allegations contained in this paragraph.

107.    Gitto is without sufficient knowledge to admit or deny the allegations contained in this paragraph.

108.    Gitto is without sufficient knowledge to admit or deny the allegations contained in this paragraph.

109.    Gitto is without sufficient knowledge to admit or deny the allegations contained in this paragraph.

110.    Gitto is without sufficient knowledge to admit or deny the allegations contained in this paragraph.

111.    Gitto is without sufficient knowledge to admit or deny the allegations contained in this paragraph.

112.    Gitto is without sufficient knowledge to admit or deny the allegations contained in this paragraph.

113.    Gitto is without sufficient knowledge to admit or deny the allegations contained in this paragraph.

114.    Gitto is without sufficient knowledge to admit or deny the allegations contained in this paragraph.

115.    Gitto is without sufficient knowledge to admit or deny the allegations contained in this paragraph.

116.    Gitto is without sufficient knowledge to admit or deny the allegations contained in this paragraph.

117.    Gitto is without sufficient knowledge to admit or deny the allegations contained in this paragraph.

**The Distribution of Funds**

118.    Gitto denies the allegations contained in this paragraph.

**Roles in the Submittal of False Borrowing Certificates**

119.    Gitto is without sufficient knowledge to admit or deny the allegations contained in this paragraph.

120.    Gitto is without sufficient knowledge to admit or deny the allegations contained in this paragraph.

121.    Gitto is without sufficient knowledge to admit or deny the allegations contained in this paragraph.

122.    Gitto is without sufficient knowledge to admit or deny the allegations contained in this paragraph.

123.    Gitto is without sufficient knowledge to admit or deny the allegations contained in this paragraph.

**Roles in the Check Kite Scheme**

124.    Gitto denies all allegations contained in this paragraph that are alleged against him.

125.    Gitto is without sufficient knowledge to admit or deny the allegations contained in this paragraph.

126.    Gitto is without sufficient knowledge to admit or deny the allegations contained in this paragraph.

127.    Gitto denies the allegations contained in this paragraph.

128.    Gitto denies all allegations contained in this paragraph that are alleged against him.

**Mail/Wire Fraud Employed During the Examination and Audit**

129.    Gitto is without sufficient knowledge to admit or deny the allegations contained in this paragraph.

130.    Gitto is without sufficient knowledge to admit or deny the allegations contained in this paragraph.

131.    Gitto is without sufficient knowledge to admit or deny the allegations contained in this paragraph.

132.    Gitto is without sufficient knowledge to admit or deny the allegations contained in this paragraph.

133.    Gitto is without sufficient knowledge to admit or deny the allegations contained in this paragraph.

134.    Gitto denies all allegations contained in this paragraph that are alleged against him.

135.    Gitto is without sufficient knowledge to admit or deny the allegations contained in this paragraph.

Gitto states that a response to Plaintiff's prayer for relief is not required. However, in so far as the paragraph states allegations, such are denied.  Gitto further denies that the Plaintiff's are entitled to the relief requested.

**COUNT II**
**CIVIL CONSPIRACY To DEFRAUD THROUGH CHECK-KITING SCHEME**
(Against Gary C. Gitto, Frank Miller, Maria Miller,
Charles N. Gitto, Jr., and Louis Pellegrine, Jr.)

136.    Gitto incorporates herein the responses to the allegations made in paragraphs 1 through 26 and 38 through 117 above.

137.    Gitto is without sufficient knowledge to admit or deny the allegations contained in this paragraph.

138.    Gitto denies all allegations contained in this paragraph that are alleged against him.

139.    Gitto is without sufficient knowledge to admit or deny the allegations contained in this paragraph.

140.    Gitto is without sufficient knowledge to admit or deny the allegations contained in this paragraph.

141.    Gitto is without sufficient knowledge to admit or deny the allegations contained in this paragraph.

142.    Gitto is without sufficient knowledge to admit or deny the allegations contained in this paragraph.

143.    Gitto denies all allegations contained in this paragraph that are alleged against him.

144.    Gitto is without sufficient knowledge to admit or deny the allegations contained in this paragraph.

145.    Gitto is without sufficient knowledge to admit or deny the allegations contained in this paragraph.

146.    Gitto denies the allegations contained in this paragraph.

147.    Gitto is without sufficient knowledge to admit or deny the allegations contained in this paragraph.

148.    Gitto is without sufficient knowledge to admit or deny the allegations contained in this paragraph.

149.    Gitto is without sufficient knowledge to admit or deny the allegations contained in this paragraph.

150.    Gitto is without sufficient knowledge to admit or deny the allegations contained in this paragraph.

Gitto states that a response to Plaintiff's prayer for relief is not required. However, in so far as the paragraph states allegations, such are denied. Gitto further denies that the Plaintiff's are entitled to the relief requested.

## COUNT III
## USE OF DECEPTIVE TRADE PRACTICES
## IN VIOLATION OG M.G.L.c. 93A, § 2
(Against Frank Miller, Maria Miller, and Louis Pellegrine, Jr.)

151.    Gitto incorporates herein the responses to the allegations made in paragraphs 1 through 26 and 38 through 117 above.

152.    The allegations contained in this paragraph are not directed to Gitto and therefore, do not require a response. To the extent that a response is required, Gitto states

that he is without sufficient knowledge to admit or deny the allegations contained in this paragraph.

153.    The allegations contained in this paragraph are not directed to Gitto and therefore, do not require a response.  To the extent that a response is required, Gitto states that he is without sufficient knowledge to admit or deny the allegations contained in this paragraph.

154.    The allegations contained in this paragraph are not directed to Gitto and therefore, do not require a response.  To the extent that a response is required, Gitto states that he is without sufficient knowledge to admit or deny the allegations contained in this paragraph.

155.    The allegations contained in this paragraph are not directed to Gitto and therefore, do not require a response.  To the extent that a response is required, Gitto states that he is without sufficient knowledge to admit or deny the allegations contained in this paragraph.

156.    The allegations contained in this paragraph are not directed to Gitto and therefore, do not require a response.  To the extent that a response is required, Gitto states that he is without sufficient knowledge to admit or deny the allegations contained in this paragraph.

157.    The allegations contained in this paragraph are not directed to Gitto and therefore, do not require a response.  To the extent that a response is required, Gitto states that he is without sufficient knowledge to admit or deny the allegations contained in this paragraph.

158.    The allegations contained in this paragraph are not directed to Gitto and therefore, do not require a response.  To the extent that a response is required, Gitto states that he is without sufficient knowledge to admit or deny the allegations contained in this paragraph.

159.    The allegations contained in this paragraph are not directed to Gitto and therefore, do not require a response.  To the extent that a response is required, Gitto states that he is without sufficient knowledge to admit or deny the allegations contained in this paragraph.

160.    The allegations contained in this paragraph are not directed to Gitto and therefore, do not require a response.  To the extent that a response is required, Gitto states that he is without sufficient knowledge to admit or deny the allegations contained in this paragraph.

161.    The allegations contained in this paragraph are not directed to Gitto and therefore, do not require a response.  To the extent that a response is required, Gitto states that he is without sufficient knowledge to admit or deny the allegations contained in this paragraph.

162.    The allegations contained in this paragraph are not directed to Gitto and therefore, do not require a response.  To the extent that a response is required, Gitto states that he is without sufficient knowledge to admit or deny the allegations contained in this paragraph.

163.    The allegations contained in this paragraph are not directed to Gitto and therefore, do not require a response.  To the extent that a response is required, Gitto states

that he is without sufficient knowledge to admit or deny the allegations contained in this paragraph.

Gitto states that a response to Plaintiff's prayer for relief is not required. However, in so far as the paragraph states allegations, such are denied. Gitto further denies that the Plaintiff's are entitled to the relief requested.

## COUNT IV
## CIVIL CONSPIRACY TO DEFRAUD
(Against Gary C. Gitto, Frank Miller, Maria Miller,
Charles N. Gitto, Jr., and Louis Pellegrine, Jr.)

164.    Gitto incorporates herein the responses to the allegations made in paragraphs 1 through 26 and 38 through 117 above.

165.    Gitto denies all allegations contained in this paragraph that are alleged against him.

166.    Gitto is without sufficient knowledge to admit or deny the allegations contained in this paragraph.

167.    Gitto is without sufficient knowledge to admit or deny the allegations contained in this paragraph.

168.    Gitto is without sufficient knowledge to admit or deny the allegations contained in this paragraph.

169.    Gitto is without sufficient knowledge to admit or deny the allegations contained in this paragraph.

170.    Gitto is without sufficient knowledge to admit or deny the allegations contained in this paragraph.

171.    Gitto is without sufficient knowledge to admit or deny the allegations contained in this paragraph.

172.    Gitto denies the allegations contained in this paragraph.

173.    The allegations contained in this paragraph are not directed to Gitto and therefore, do not require a response.  To the extent that a response is required, Gitto states that he is without sufficient knowledge to admit or deny the allegations contained in this paragraph.

174.    Gitto denies the allegations contained in this paragraph.

175.    The allegations contained in this paragraph are not directed to Gitto and therefore, do not require a response.  To the extent that a response is required, Gitto states that he is without sufficient knowledge to admit or deny the allegations contained in this paragraph.

176.    The allegations contained in this paragraph are not directed to Gitto and therefore, do not require a response.  To the extent that a response is required, Gitto states that he is without sufficient knowledge to admit or deny the allegations contained in this paragraph.

177.    The allegations contained in this paragraph are not directed to Gitto and therefore, do not require a response.  To the extent that a response is required, Gitto states that he is without sufficient knowledge to admit or deny the allegations contained in this paragraph.

178.    Gitto is without sufficient knowledge to admit or deny the allegations contained in this paragraph.

Gitto states that a response to Plaintiff's prayer for relief is not required. However, in so far as the paragraph states allegations, such are denied.  Gitto further denies that the Plaintiff's are entitled to the relief requested.

**COUNT V**
**BREACH OF GUARANTY**
(Against Gary C. Gitto)

179.    Gitto incorporates herein the responses to the allegations made in the paragraphs above.

180.    The allegations contained in this paragraph are not directed to Gitto and therefore, do not require a response.  To the extent that a response is required, Gitto states that he is without sufficient knowledge to admit or deny the allegations contained in this paragraph.  He further states that the document speaks for itself.

181.    The allegations contained in this paragraph are not directed to Gitto and therefore, do not require a response.  To the extent that a response is required, Gitto states that he is without sufficient knowledge to admit or deny the allegations contained in this paragraph.  He further states that the documents speak for themselves.

182.    The allegations contained in this paragraph are not directed to Gitto and therefore, do not require a response.  To the extent that a response is required, Gitto states that he is without sufficient knowledge to admit or deny the allegations contained in this paragraph.

183.    The allegations contained in this paragraph are not directed to Gitto and therefore, do not require a response.  To the extent that a response is required, Gitto admits that Gitto Global declared bankruptcy but denies the remaining allegations contained in this paragraph.

184.    The allegations contained in this paragraph are not directed to Gitto and therefore, do not require a response.  To the extent that a response is required, Gitto states

that he is without sufficient knowledge to admit or deny the allegations contained in this paragraph. He further states that the documents speak for themselves.

185.    The allegations contained in this paragraph are not directed to Gitto and therefore, do not require a response. To the extent that a response is required, Gitto states that he is without sufficient knowledge to admit or deny the allegations contained in this paragraph.

Gitto states that a response to Plaintiff's prayer for relief is not required. However, in so far as the paragraph states allegations, such are denied. Gitto further denies that the Plaintiff's are entitled to the relief requested.

### COUNT VI
### BREACH OF GUARANTY
(Against Frank Miller)

186.    Gitto incorporates herein the responses to the allegations made in the paragraphs above.

187.    The allegations contained in this paragraph are not directed to Gitto and therefore, do not require a response. To the extent that a response is required, Gitto states that he is without sufficient knowledge to admit or deny the allegations contained in this paragraph. He further states that the document speaks for itself.

188.    The allegations contained in this paragraph are not directed to Gitto and therefore, do not require a response. To the extent that a response is required, Gitto states that he is without sufficient knowledge to admit or deny the allegations contained in this paragraph. He further states that the documents speak for themselves.

189.    The allegations contained in this paragraph are not directed to Gitto and therefore, do not require a response. To the extent that a response is required, Gitto states

that he is without sufficient knowledge to admit or deny the allegations contained in this paragraph. He further states that the document speaks for itself.

190. The allegations contained in this paragraph are not directed to Gitto and therefore, do not require a response. To the extent that a response is required, Gitto admits that Gitto Global declared bankruptcy but denies the remaining allegations contained in this paragraph.

191. The allegations contained in this paragraph are not directed to Gitto and therefore, do not require a response. To the extent that a response is required, Gitto states that he is without sufficient knowledge to admit or deny the allegations contained in this paragraph. He further states that the document speaks for itself.

192. The allegations contained in this paragraph are not directed to Gitto and therefore, do not require a response. To the extent that a response is required, Gitto states that he is without sufficient knowledge to admit or deny the allegations contained in this paragraph.

Gitto states that a response to Plaintiff's prayer for relief is not required. However, in so far as the paragraph states allegations, such are denied. Gitto further denies that the Plaintiff's are entitled to the relief requested.

## COUNT VII
## TRUSTEE PROCESS
(Against Legg Mason, Inc. – Charles N. Gitto, Jr.)

193. Gitto incorporates herein the responses to the allegations made in the paragraphs above.

194. Gitto admits the allegations contained in this paragraph.

195.    Gitto states that a response to Plaintiff's prayer for relief is not required. However, in so far as the paragraph states allegations, such are denied.  Gitto further denies that the Plaintiff's are entitled to the relief requested.

## COUNT VIII
## REACH AND APPLY
(Gitto Sales Corporation)

196.    Gitto incorporates herein the responses to the allegations made in the paragraphs above.

197.    The allegations contained in this paragraph are not directed to Gitto and therefore, do not require a response.  To the extent that a response is required, Gitto states that he is without sufficient knowledge to admit or deny the allegations contained in this paragraph.

198.    This paragraph contains conclusions of law which do not require a response.  However, in so far as the paragraph states allegations, such are denied.

199.    Gitto states that a response to Plaintiff's prayer for relief is not required. However, in so far as the paragraph states allegations, such are denied.  Gitto further denies that the Plaintiff's are entitled to the relief requested.

## COUNT IX
## REACH AND APPLY
(AWG, LLC)

200.    Gitto incorporates herein the responses to the allegations made in the paragraphs above.

201.    The allegations contained in this paragraph are not directed to Gitto and therefore, do not require a response.  To the extent that a response is required, Gitto states that he is without sufficient knowledge to admit or deny the allegations contained in this paragraph.

202.    This paragraph contains conclusions of law which do not require a response.  However, in so far as the paragraph states allegations, such are denied.

203.    Gitto states that a response to Plaintiff's prayer for relief is not required.  However, in so far as the paragraph states allegations, such are denied.  Gitto further denies that the Plaintiff's are entitled to the relief requested.

## COUNT X
## REACH AND APPLY
### (Superior Polymers Corporation)

204.    Gitto incorporates herein the responses to the allegations made in the paragraphs above.

205.    The allegations contained in this paragraph are not directed to Gitto and therefore, do not require a response.  To the extent that a response is required, Gitto states that he is without sufficient knowledge to admit or deny the allegations contained in this paragraph.

206.    This paragraph contains conclusions of law which do not require a response.  However, in so far as the paragraph states allegations, such are denied.

207.    Gitto states that a response to Plaintiff's prayer for relief is not required.  However, in so far as the paragraph states allegations, such are denied.  Gitto further denies that the Plaintiff's are entitled to the relief requested.

## COUNT XI
## REACH AND APPLY
### (Legg Mason, Inc.)

208.    Gitto incorporates herein the responses to the allegations made in the paragraphs above.

209.    Gitto is without sufficient knowledge to admit or deny the allegations contained in this paragraph.

210.    This paragraph contains conclusions of law which do not require a response.  However, in so far as the paragraph states allegations, such are denied.

211.    Gitto states that a response to Plaintiff's prayer for relief is not required. However, in so far as the paragraph states allegations, such are denied.  Gitto further denies that the Plaintiffs are entitled to the relief requested.

**COUNT XII**
**REACH AND APPLY**
(Tradex)

212.    Gitto incorporates herein the responses to the allegations made in the paragraphs above.

213.    Gitto admits the allegations contained in this paragraph.

214.    This paragraph contains conclusions of law which do not require a response.  However, in so far as the paragraph states allegations, such are denied.

215.    Gitto states that a response to Plaintiff's prayer for relief is not required. However, in so far as the paragraph states allegations, such are denied.  Gitto further denies that the Plaintiffs are entitled to the relief requested.

WHEREFORE, the Defendant, Charles N. Gitto, Jr., respectfully requests that this Court dismiss Plaintiff's Fourth Amended Complaint with prejudice and for such other relief as this Court deems appropriate.

## **AFFIRMATIVE DEFENSES**

### First Defense

Gitto states that the Plaintiff's Complaint should be dismissed for failure to state a claim upon which relief can be granted.

### Second Defense

Gitto states that the Plaintiff's Complaint should be dismissed for lack of jurisdiction over the subject matter.

### Third Defense

Gitto states that the Plaintiff's Complaint should be dismissed for lack of jurisdiction over the person.

### Fourth Defense

Gitto states that the Plaintiff's Complaint should be dismissed for improper venue.

### Fifth Defense

Gitto states that the Plaintiff's Complaint should be dismissed for insufficiency of process.

### Sixth Defense

Gitto states that the Plaintiff's Complaint should be dismissed for insufficiency of service of process.

### Seventh Defense

Gitto states that the Plaintiff's Complaint should be dismissed for failure to join a party.

Eighth Defense

Gitto states that Plaintiff's claims are barred by the applicable statute of limitations.

**JURY DEMAND**

The Defendant, Charles N. Gitto, Jr requests a trial by jury on all issues so triable.

Respectfully submitted,

CHARLES GITTO,

By his attorneys,


/s/ Maria A. Luise
Frank Mondano (BBO#351540)
Maria A. Luise (BBO#557353)
Balliro & Mondano
99 Summer Street, Suite 1800
Boston, MA  02110
(617) 737-8442


Dated: November 9, 2006


**Certificate of Service**

I, hereby certify that this document with attached memorandum filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on November 9, 2006.

/s/ Maria A. Luise