IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LASALLE BUSINESS CREDIT, LLC f/k/a ) <br> LASALLE BUSINESS CREDIT, INC., ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> GARY C. GITTO, et al., ) <br> ) <br> Defendants. ) <br> ) | Case No. 04-12227-DPW |

MOTION TO DISMISS DEFENDANT KATHLEEN CARLAND

Plaintiff LaSalle Business Credit, LLC f/k/a LaSalle Business Credit, Inc. ("LaSalle") hereby moves this Court pursuant to Fed. R. Civ. P. 41(a)(2), to dismiss Defendant Kathleen Carland from this action with prejudice and without costs. In support of this motion, LaSalle states:

1.  All represented parties have assented to this motion and their counsel have affixed their names below.

2.  The only party who has not assented to this motion is Defendant Louis J. Pellegrine, Jr. Mr. Pellegrine currently is not represented by counsel in this matter. He has not filed any documents in this case since May 2006, when his counsel withdrew. On October 25, 2006, counsel for LaSalle sent a letter to Mr. Pellegrine along with a draft of a stipulation pursuant to Rule 41(a)(1)(ii) seeking his assent to dismiss Ms. Carland. A copy of that letter is attached hereto as Exhibit A. Mr. Pellegrine has not responded. LaSalle is unaware of any other contact information for Mr. Pellegrine than that which is provided on the Court's

ECF website.

<u>Certification of Conference pursuant to LR 7.1</u>

Counsel for LaSalle sent an email to the defendants enclosing a draft of this motion seeking their assent to this motion. Counsel for Gary Gitto, Charles Gitto, Kathleen Carland, and the Chapter 11 Trustee for Tradex all have indicated their assent to this motion. Louis J. Pellegrine, Jr., is not responding to attempts to contact him.

WHEREFORE, LaSalle Business Credit, LLC respectfully requests that this Court dismiss Defendant Kathleen Carland from this action with prejudice and without costs.

Respectfully submitted,

LASALLE BUSINESS CREDIT, LLC

By: /s/ Richard A. Sugarman
One of Its Attorneys

Assented To By:

| KATHLEEN M. CARLAND | GARY C. GITTO |
|---|---|
| By: /s/ Michelle R. Peirce<br>One of Her Attorneys | By: /s/ Kenneth M. Resnik<br>One of His Attorneys |
| CHARLES N. GITTO, JR. | TRADEX CORPORATION |
| By: /s/ Maria A. Luise<br>One of His Attorneys | By: /s/ M. Ellen Carpenter<br>One of Its Attorneys |

Dated: November 27, 2006

2