# CRAIG AND MACAULEY | PROFESSIONAL CORPORATION
## COUNSELLORS AT LAW

www.craigmacauley.com

FEDERAL RESERVE PLAZA
600 ATLANTIC AVENUE
BOSTON, MASSACHUSETTS 02210

TEL (617) 367-9500
FAX (617) 742-1788

October 25, 2006

**VIA FIRST CLASS MAIL**

Louis J. Pellegrine, Jr.
434 Old Connecticut Path
Framingham, MA 01701

RE: *Lasalle Business Credit, Inc. v. Gitto, et al.*

Dear Mr. Pellegrine:

    Our office represents Lasalle Business Credit, Inc. Enclosed please find stipulations of dismissal in the above-referenced case for Defendants Tradex Corporation and Kethleen Carland. We would appreciate it if you would sign the enclosed stipulations and return them to my attention. If you have any questions, please let me know. Thank you for your anticipated cooperation.

Very truly yours,

Richard A. Sugarman

Enclosures

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LASALLE BUSINESS CREDIT, LLC f/k/a ) <br> LASALLE BUSINESS CREDIT, INC., ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> GARY C. GITTO, et al., ) <br> ) <br> Defendants. ) <br> _____) | Case No. 04-12227-DPW |

STIPULATION DISMISSING DEFENDANT TRADEX CORPORATION

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), the undersigned parties[1] hereby stipulate that defendant Tradex Corporation is hereby dismissed from this action without prejudice and without costs. Tradex Corporation remains a reach and apply defendant in this matter.

Respectfully submitted,

LASALLE BUSINESS CREDIT, LLC          GARY C. GITTO

By:_____          By:_____
     One of Its Attorneys                   One of His Attorneys

CHARLES N. GITTO, JR.                 TRADEX CORPORATION

By:_____          By:_____
     One of His Attorneys                   One of Its Attorneys

---

[1] The undersigned represent all primary defendants who have entered an appearance in this case.

-2-

| LOUIS J. PELLEGRINE, JR. | KATHLEEN M. CARLAND |
|---|---|
| By:_____<br>    Louis J. Pellegrine, Jr. | By:_____<br>    One of Her Attorneys |

Dated: October ___, 2006

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LASALLE BUSINESS CREDIT, LLC f/k/a<br>LASALLE BUSINESS CREDIT, INC.,<br><br>    Plaintiff,<br>v.<br><br>GARY C. GITTO, et al.,<br><br>    Defendants. | Case No. 04-12227-DPW |

STIPULATION DISMISSING DEFENDANT KATHLEEN CARLAND

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), the undersigned parties[1] hereby stipulate that defendant Kathleen Carland is hereby dismissed from this action with prejudice and without costs.

Respectfully submitted,

LASALLE BUSINESS CREDIT, LLC     GARY C. GITTO

By:_____     By:_____
  One of Its Attorneys           One of His Attorneys

CHARLES N. GITTO, JR.        TRADEX CORPORATION

By:_____     By:_____
  One of His Attorneys           One of Its Attorneys

---

[1] The undersigned represent all primary defendants who have entered an appearance in this case.

2

| | |
|---|---|
| LOUIS J. PELLEGRINE, JR. | KATHLEEN M. CARLAND |
| By:_____<br>　　　Louis J. Pellegrine, Jr. | By:_____<br>　　　One of Her Attorneys |

Dated: October ___, 2006