**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| LASALLE BUSINESS CREDIT, LLC f/k/a LASALLE BUSINESS CREDIT, INC., | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) | Case No. 04-12227-DPW |
| | ) | |
| GARY C. GITTO, et al., | ) ) | |
| Defendants. | ) ) ) | |

<u>MOTION TO DISMISS DEFENDANT
TRADEX CORPORATION</u>

Plaintiff LaSalle Business Credit, LLC f/k/a LaSalle Business Credit, Inc.

("LaSalle") hereby moves this Court pursuant to Fed. R. Civ. P. 41(a)(2), to

dismiss Defendant Tradex Corporation ("Tradex") from this action without

prejudice and without costs.  In support of this motion, LaSalle states:

1.    LaSalle has filed a proof of claim in Tradex's pending bankruptcy

action.  The parties have agreed to litigate LaSalle's claim in that forum.

2.    All represented parties have assented to this motion and their

counsel have affixed their names below.

3.    The only party who has not assented to this motion is Defendant

Louis J. Pellegrine, Jr.   Mr. Pellegrine currently is not represented by counsel in

this matter.  He has not filed any documents in this case since May 2006, when

his counsel withdrew.  On October 25, 2006, counsel for LaSalle sent a letter to

Mr. Pellegrine along with a draft of a stipulation pursuant to Rule 41(a)(1)(ii)

seeking his assent to dismiss Tradex. A copy of that letter is attached hereto as Exhibit A. Mr. Pellegrine has not responded. LaSalle is unaware of any other contact information for Mr. Pellegrine than that which is provided on the Court's ECF website.

<u>Certification of Conference pursuant to LR 7.1</u>

Counsel for LaSalle sent an email to the defendants enclosing a draft of this motion seeking their assent to this motion. Counsel for Gary Gitto, Charles Gitto, Kathleen Carland, and the Chapter 11 Trustee for Tradex all have indicated their assent to this motion. Louis J. Pellegrine, Jr., is not responding to attempts to contact him.

WHEREFORE, LaSalle Business Credit, LLC respectfully requests that this Court dismiss Defendant Tradex Corporation from this action without prejudice and without costs.

Respectfully submitted,

LASALLE BUSINESS CREDIT, LLC

By:___/s/Richard A. Sugarman_____
One of Its Attorneys

Assented To By:

KATHLEEN M. CARLAND                    GARY C. GITTO


By:__/s/ Michelle R. Peirce_____    By:___/s/ Kenneth M. Resnik_____
One of Her Attorneys                    One of His Attorneys

CHARLES N. GITTO, JR.                    TRADEX CORPORATION


By: /s/ Maria A. Luise                    By: /s/ M. Ellen Carpenter
One of His Attorneys                       One of Its Attorneys


Dated:  November 27, 2006