UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LASALLE BUSINESS CREDIT, LLC f/k/a<br>LASALLE BUSINESS CREDIT, INC.,<br>                Plaintiff,<br><br>   v.<br><br>GARY C. GITTO, FRANK MILLER, MARIA MILLER<br>CHARLES N. GITTO, JR., NANCY GITTO<br>PANAGIOTES, LOUIS J. PELLEGRINE, JR., JOHN D.<br>TERSIGNI, KATHLEEN M. CARLAND, WILLIAM<br>DEAKIN, JANICE CHAISSON, HELEN KOZAK,<br>KINGSDALE CORP. d/b/a J&J CHEMICAL<br>DISTRIBUTORS, TRADEX INTERNATIONAL<br>CORPORATION and TRADEX CORPORATION,<br>                Defendants,<br><br>   and<br><br>FLEET NATIONAL BANK, CLINTON SAVINGS<br>BANK, SOVEREIGN BANK, COMMERCE BANK &<br>TRUST COMPANY, FIDELITY COOPERATIVE<br>BANK, BANKNORTH, N.A.., LEOMINSTER CREDIT<br>UNION, FIDELITY INVESTMENTS, INC., LEHMAN<br>BROTHERS, INC., TD WATERHOUSE, and LEGG<br>MASON, INC.,<br>                Trustee Process Defendants,<br><br>   and<br><br>DIRECT WOOD & PAPER PRODUCTS, INC., GITTO<br>SALES CORPORATION, J-TAN SALES &<br>MARKETING, INC., HEMISPHERE DISTRIBUTION<br>CORP., FIDELITY INVESTMENTS, INC., AWG, LLC,<br>LEHMAN BROTHERS, INC., TD WATERHOUSE,<br>SUPERIOR POLYMERS CORPORATION, and<br>LEGG MASON, INC.,<br>                Reach-and-Apply Defendants. | Case No. 04-12227-DPW |

**ASSENTED-TO MOTION TO REMOVE
ATTACHMENT ON TRUSTEE PROCESS**

Former Defendant Kathleen M. Carland ("Carland") hereby respectfully requests that this Honorable Court remove the attachment on Trustee BankNorth, N.A. ("BankNorth") of the goods, effects and credits of Carland. In support of this motion, Carland states as follows:

1. On October 25, 2004, Plaintiff LaSalle Business Credit, LLC ("LaSalle") filed an Ex Parte Motion, requesting that this Court enter an order authorizing the attachment on trustee process of the goods, effects or credits of all of the defendants, including Carland.

2. On October 25, 2004, the Court ordered the attachment on trustee in the amount of $30,000,000, subject to all applicable exemptions and limitations provided by law, of all goods, effects or credits of Carland deposited with or in the control of BankNorth. The Court issued a Trustee Summons to BankNorth.

3. On November 4, 2004, BankNorth filed an answer, stating that it had goods, effects, or credits of Carland in the amount of $2,828.30 available for attachment.

4. On November 27, 2006, LaSalle filed a Motion to Dismiss Carland with prejudice and without costs.

5. On November 29, 2006, this court allowed the Motion to Dismiss Carland with prejudice and without costs.

6. Counsel for LaSalle has assented to this motion.

WHEREFORE, undersigned counsel respectfully requests that this Honorable Court enter an order removing the attachment on Trustee BankNorth, N.A. of the goods, effects and credits of Kathleen M. Carland.

## LOCAL RULE 7.1 CERTIFICATION

I, Michelle R. Peirce, Esq., hereby certify that counsel for the Plaintiff, LaSalle Business Credit, LLC, has assented to this motion.

KATHLEEN M. CARLAND,
By her attorneys,

/s/   Michelle R. Peirce

Bruce A. Singal, BBO #464420
Michelle R. Peirce, BBO #557316
Donoghue, Barrett & Singal, P.C.
One Beacon Street, Suite 1320
Boston, MA  02108
(617) 720-5090

Dated:   March 9, 2007

### CERTIFICATE OF SERVICE

I, Michelle R. Peirce, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic filing on this 9th day of March, 2007.

/s/   Michelle R. Peirce
Michelle R. Peirce
