2

## COMMONWEALTH OF MASSACHUSETTS
## COURT: **MASSACHUSETTS DISTRICT COURT**

**BOSTON**                    Date of Service:  JUNE 8, 2007

D.B. ZWIRN SPECIAL OPPORTUNITIES FUND LP                    :
          Plaintiff                    :
                                 :
          vs.                    :
                                 :

VENUS CAPITAL MANAGEMENT LLC                    :
          Defendant                    :
                                 :    CA No.  04-12227 DPW
Citizens Bank of Massachusetts                    :
          Trustee                    :

### ANSWER OF TRUSTEE

    Citizens Bank of Massachusetts, 28 State Street, Boston, Massachusetts, summoned as trustee for the defendant, makes an answer that at the time of this service of the summons upon trustee it had in its possession goods, effects and credits in the amounts as follows:

| **Title** | **Balance Held** |
|---|---|
| VENUS CAPITAL MANAGEMENT | 125,075.20 |
| | 6,164.01 |

    On behalf of Citizens Bank of Massachusetts (the Bank) I have prepared the foregoing answer with the assistance of agents, employees and representatives of the Bank who ordinarily work on such records matters and are believed to have relevant and correct information and records upon which this answer is based.  Accordingly such answer, as set forth herein, is true to the best of my knowledge, information, and belief.

    Signed under oath this 8th day of JUNE, 2007

                          Citizens Bank of Massachusetts

                          By: *Vicki Dumsick Clerk*
                               **Vicki Dumsick**

3

**Title: Operations Clerk**
**Phone: 1 - 888 - 999 - 6884**

4

## CERTIFICATION

I hereby certify that on _____ , _____ , **2007**, I mailed a copy of the within answer to
the plaintiff's attorney, **CHRISTOPHER J PANOS**.

**Vicki Dumsick**