```
-----Original Message-----
From: Juliane Balliro <jballiro@pscboston.com>
To: Panos, Christopher <panos@craigmacauley.com>
Sent: Thu Mar 03 10:22:28 2005
Subject: Re: Gitto
```

I have a letter confirming the transfer that I will fax to you. I am in the process of taking care of the $30,000. i am going to have that moved from Christa's account. I had to go to Philly and just got back. I will try to get all of this done today. Sorry for the delay.

```
<panos@craigmacauley.com> writes:
>Juliane, please confirm whether this has been completed.  I know that as
>of our call on Friday you had not confirmed or seen any evidence.  It is
>now Wednesday.  Thank you.
>
>
>
>-----Original Message-----
>From: Panos, Christopher
>Sent: Wednesday, February 23, 2005 1:54 PM
>To: Juliane Balliro 'jballiro@pscboston.com'
>Cc: RRein@scgk.com; Manzo, Patrick
>Subject: Gitto
>
>
>
>Juliane, please confirm that all cash and securities have been
>transferred back to Charles Gitto's Legg Mason Account and fax or email
>evidence supporting this.
>
>
>
>Also, please confirm that $30,000 has been placed in your escrow account.
>
>
>
>Thank you.
>
>
>
>
>
>
>Christopher J. Panos
```

```
>CRAIG AND MACAULEY PROFESSIONAL CORPORATION
>COUNSELLORS AT LAW
>Federal Reserve Plaza
>600 Atlantic Avenue
>Boston, MA  02210
>Voice: 617-367-9500
>Fax:   617-742-1788
>http://www.craigmacauley.com
>
>***********************************************************
>***********************************************************
>The information contained in this electronic message is legally
>privileged and confidential under applicable law, and is intended only
>for the use of the individual or entity named above.  If the recipient of
>this message is not the above-named intended recipient, you are hereby
>notified that any dissemination, copy or disclosure of this communication
>is strictly prohibited.  If you have received this communication in
>error, please notify the sender, and purge the communication immediately
>without making any copy for distribution.
>
>***********************************************************
>***********************************************************
>
>
>
>
>
>
```