

&lt;panos@craigmacauley.com&gt;

03/11/2005 01:27 PM

To: &lt;jballiro@pscboston.com&gt;
cc: &lt;RRein@scgk.com&gt;, &lt;pmanzo@craigmacauley.com&gt;
Subject: LaSalle / Gitto

Juliane, I received your vm.

I understand from your message that the cash and securities were transferred back to the Charles Gitto Legg Mason account and that $30,000 has been placed with you in escrow with funds provided by Christa. I understand that you will forward a letter from Legg Mason confirming this and will send copies of monthly statements as received for the Legg Mason account.

I understand that early next week you will be producing a privilege log for any withheld or redacted Bowditch docs and that Bowditch will produce any docs not the subject of a claim of attorney client privilege (or portions thereof) by Charles G. or Tradex.

You requested access to the docs produced by Guaranty Bank. They are in Chicago, but Max has a set (other than a small amount produced at a later time by Guaranty, which we can copy and make available here).

We still have an issue with the motion seeking to modify the "ordinary living expenses" provisions of the status quo injunction. I will see you on Monday morning, but we will not be able to make any progress on an agreement without details of expenditures.

Thanks. Email me if you want to speak this weekend. We can schedule a time.

Christopher J. Panos
**CRAIG AND MACAULEY** PROFESSIONAL CORPORATION
COUNSELLORS AT LAW
Federal Reserve Plaza
600 Atlantic Avenue
Boston, MA 02210
Voice: 617-367-9500
Fax:   617-742-1788
http://www.craigmacauley.com

*************************************************
*************************************************
The information contained in this electronic message is legally privileged and confidential under applicable law, and is intended only for the use of the individual or entity named above. If the recipient of this message is not the above-named intended recipient, you are hereby notified that any dissemination, copy or disclosure of this communication is strictly prohibited. If you have received this communication in error, please notify the sender, and purge the communication immediately without making any copy for distribution.

*************************************************
*************************************************