

**PERKINS SMITH & COHEN**

Perkins Smith & Cohen LLP
Attorneys at Law

Juliane Balliro
617-854-4171
JBalliro@pscboston.com

March 16, 2005

BY HAND

Patrick W. Manzo, Esq.
Craig & Macauley
Federal Reserve Plaza
600 Atlantic Ave.
Boston, MA 02210

Re: LaSalle Business Credit, LLC v. Charles N. Gitto, et al.;
U.S.D.C. Case No. 04CV12227DPW

Dear Mr. Manzo:

Enclosed in the above-referenced matter, please find:

1. Confirmation of the $30,000 held in the Perkins Smith & Cohen escrow account;

2. Confirmation of the Legg Mason transfers; and

3. A copy of the Attorney/Client Privilege Log.

Sincerely,

*Juliane Balliro*
Juliane Balliro

enclosures
30822-5 ManzoencPrivLog.doc

One Beacon Street, 30ᵗʰ Floor, Boston, MA 02108-3106   Tel 617.854.4000   Fax 617.854.4040

Boston, MA    Washington, DC                                                www.pscboston.com