**CRAIG AND MACAULEY** | PROFESSIONAL CORPORATION
COUNSELLORS AT LAW

www.craigmacauley.com

FEDERAL RESERVE PLAZA
600 ATLANTIC AVENUE
BOSTON, MASSACHUSETTS 02210

TEL (617) 367-9500
FAX (617) 742-1788

April 12, 2005

**By Facsimile & U.S. Mail**

Juliane Balliro, Esq.
Perkins, Smith & Cohen LLP
1 Beacon Street
Boston, MA 02108

RE: LaSalle Business Credit, LLC v. Gary Gitto, et al.,
United States Dist. Court, Dist. of MA, Case No.: 04-122227-DPW

Dear Juliane:

As you are aware, we have been closely monitoring Charles Gitto's progress in complying with Judge Woodlock's instruction of February 15, 2005 to repatriate money transferred, in violation of a preliminary injunction, from his account with Legg Mason. We have sent numerous letters and e-mails to you inquiring as to the status of these transfers. Most recently, at the hearing on April 6, 2005, you indicated that you met with Joseph DiNicola, Mr. Gitto's account manager at Legg Mason in order to address the problem. It has been almost a week since that date, and we have heard nothing further from you regarding the matter.

Soon, LaSalle will have no choice but to renew its contempt motion.

Please call Rick Rein or me as soon as possible.

Sincerely,

Christopher J. Panos

cc: Patrick W. Manzo, Esq.
Eric S. Rein, Esq.