# BINGHAM

Christina N. Davilas
Direct Phone: 617.951.8890
Fax:           617.951.8736
christina.davilas@bingham.com

September 17, 2007

**By First-Class Mail and Facsimile**

Frank Mondano, Esq.
99 Summer Street, Suite 1800
Boston, MA  02110

Re:  *LaSalle Business Credit, LLC v. Gitto et al*, U.S.D.C. (Mass), No. 1:04-cv-12227 (DPW)

Dear Mr. Mondano:

Bingham McCutchen has been retained to represent Trustee, Citigroup Global Markets, Inc. f/k/a Legg Mason, Inc. ("Citigroup") in the above-referenced matter. I am writing to formalize the demand I have made in our recent telephone conversations.

In accordance with the Summons to Trustee dated March 7, 2005, Citigroup restricted the IRA account and the personal account of your client, Mr. Charles N. Gitto, Jr. Thereafter, the Ninth Supplement To Preliminary Injunction Preserving The Status Quo dated June 20, 2005 (the "Ninth Supplement") allowed Mr. Gitto to withdraw $9000.00 per month from his personal account at Citigroup. On November 21, 2005, the Court entered the Stipulation and Order Regarding Payment of Living Expenses (the "Stipulation"), which had been submitted to it by the parties. The Stipulation modified the Ninth Supplement and provided that the restriction on the IRA account was to be lifted and that Mr. Gitto agreed not to expend any funds or assets other than those in his IRA account.

In what can only be viewed as a knowing violation of that Stipulation which he had entered into through his counsel, Mr. Gitto subsequently requested the release of funds from his personal account. Specifically, through six separate requests, Mr. Gitto requested the release of a total of $119,000. In each request, Mr. Gitto represented to Citigroup that the Ninth Supplement was still in effect. Because Citigroup was under the impression that the Ninth Supplement was still in effect, it released the funds to him. As you requested, we have enclosed a copy of Mr. Gitto's first request for funds following the Stipulation, which reflects his representation that the Ninth Supplement was still in effect.

Boston
Hartford
Hong Kong
London
Los Angeles
New York
Orange County
San Francisco
Santa Monica
Silicon Valley
Tokyo
Walnut Creek
Washington

Bingham McCutchen LLP
150 Federal Street
Boston, MA 02110-1726

T 617.951.8000
F 617.951.8736
bingham.com

A/72171547.1/0999999-0000999999

Frank Mondano
September 17, 2007
Page 2

We demand that Mr. Gitto immediately deposit $119,000 in his personal account to replace the funds he improperly withdrew. Citigroup reserves all rights against Mr. Gitto should he fail to do so.

Please advise us in writing by September 24, 2007 of Mr. Gitto's intentions.

Sincerely yours,

*Christina Davilas*

Christina N. Davilas

cc:   Christopher J. Panos, Esq.
      David C. Boch, Esq.

Encl.