UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LASALLE BUSINESS CREDIT, LLC, f/k/a, <br> LASALLE BUSINESS CREDIT, INC. <br><br> Plaintiff <br><br> v. <br><br> GARY C. GITTO, et al., <br><br> Defendants | ) <br> ) <br> ) <br> ) <br> )    CASE NO. 04-12227-DPW <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**NOTICE OF APPEARANCE**

    I, Thomas J. Butters, hereby file my appearance as counsel for the Defendant, Charles N. Gitto, Jr., in the above-referenced matter.

                                           Charles N. Gitto, Jr.
                                           by his attorney,

.

                                           /s/ Thomas J. Butters_
                                           Thomas J. Butters
                                           BBO No. 068260
                                           Butters Brazilian LLP
                                           1 Exeter Plaza
                                           Boston, MA  02116
                                           (617)367-2600

September 25, 2007

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this date, including:


   /s/ Thomas J. Butters
       Thomas J. Butters