## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LA SALLE BUSINESS CREDIT, LLC f/k/a<br>LA SALLE BUSINESS CREDIT, INC., | Case No. 04-12227-DPW |
| Plaintiff, | |
| v. | |
| GARY C. GITTO, et al., | |
| Defendants,<br>and | |
| FLEET NATIONAL BANK, et al., | |
| Trustee Process Defendants,<br>and | |
| FIDELITY INVESTMENTS, INC., et al., | |
| Reach-and-Apply Defendants. | |

**<u>Notice of Attorneys Maria Luise and Frank Mondano of Withdrawal of Appearance
as Counsel for the Defendant Charles Gitto</u>**

Now come Maria Luise and Frank Mondano and respectfully give notice that they are withdrawing as counsel for the Defendant Charles Gitto in the above referenced matter. As reasons therefore undersigned counsel cites the appearance of successor counsel Thomas Butters of Butters Brazilian LLP filed September 25, 2007.

RESPECTFULLY SUBMITTED:

<u>/s/ *Frank Mondano*</u>
Frank Mondano, Esquire, BBO # 351540
Maria A. Luise, Esquire, BBO # 557353
BALLIRO & MONDANO
99 Summer Street, Suite 1800
Boston, MA 02110
(617) 737-8442

**Certificate Pursuant to Local Rule 7.1(A)(2)**

I hereby certify pursuant to Local Rule 7.1(A) (2) that prior to filing this motion, Attorney Frank Mondano conferred with Plaintiff's counsel in a reasonable good faith effort to resolve and or narrow the issues addressed herein and that Plaintiff's counsel indicated his assent to this motion.

/s/ *Frank Mondano*
Frank Mondano

**Certificate of Service**

I, hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on September 25, 2007.

/s/ *Frank Mondano*