IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LASALLE BUSINESS CREDIT, LLC f/k/a )<br>LASALLE BUSINESS CREDIT, INC.,           )<br>                                                                   )<br>             Plaintiff,                                        )<br>       v.                                                          )<br>GARY C. GITTO, et al.,                                )<br>                                                                   )<br>             Defendant,                                    )<br>       and                                                      )<br>                                                                   )<br>FLEET NATIONAL BANK, et al.,                )<br>                                                                   )<br>       Trustee Process Defendants,           )<br>                                                                   )<br>       and                                                      )<br>                                                                   )<br>DIRECT WOOD & PAPER PRODUCTS, et al., )<br>                                                                   )<br>       Reach and Apply Defendants.         ) | Case No. 04-12227-DPW |

**MOTION FOR WITHDRAWAL
OF APPEARANCE OF RICHARD A. SUGARMAN**

Pursuant to LR 83.5.2(c) the undersigned, a counsel of record for Plaintiff LaSalle Business Credit, LLC ("LaSalle"), respectfully moves the Court for an Order granting the withdrawal of his appearance in this matter.

The undersigned is leaving his position with Craig and Macauley Professional Corporation. LaSalle continues to be represented by Attorney Christopher Panos of Craig and Macauley, and by Attorneys Eric Rein, John Conlon, and Bethany Schols of Schwarz Cooper Greenberger and Kraus, all of whom have previously filed their appearances in this case.

Accordingly, for all of the reasons stated herein, the undersigned counsel respectfully requests that his Motion for Withdrawal of Appearance be granted.

Dated: September 26, 2007            Respectfully submitted,

                                                   By:      /s/ Richard A. Sugarman
                                                   Patrick W. Manzo (BBO# 646791)
                                                   Craig and Macauley Professional Corporation
                                                   Federal Reserve Plaza
                                                   600 Atlantic Avenue
                                                   Boston, MA  02210
                                                   Phone: (617) 367-9500
                                                   Fax:   (617) 742-1788


<u>Certificate of Service</u>

       I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on September 26, 2007.

                                                   /s/ Richard A. Sugarman