UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| LASALLE BUSINESS CREDIT, LLC, f/k/a, <br> LASALLE BUSINESS CREDIT, INC. <br><br> Plaintiff <br><br> v. <br><br> GARY C. GITTO, et al., <br><br> Defendants | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | CASE NO. 04-12227-DPW |

**OPPOSITION OF CHARLES N. GITTO, JR. TO LASALLE BUSINESS CREDIT, LLC'S CONTEMPT MOTION**

The Defendant CNG ("Gitto") opposes LaSalle Business Credit, LLC's ("LaSalle") Motion for Order, etc. As grounds therefor, Gitto states the following:

1. Counsel for Gitto has recently entered his appearance and has yet to receive Gitto's file from predecessor counsel. As a result, counsel is unable to inform the Court fully regarding the specifics of the misconduct alleged in LaSalle's Motion. Counsel did review the pleadings that were available on PACER, and has sought certain enclosures missing from the Exhibits to LaSalle's Motion from LaSalle and predecessor counsel. Counsel seeks leave of Court to supplement this Opposition once said material is received and reviewed;

2. Gitto does not recall receiving in writing any Order of the Court that is referenced in LaSalle's pleading;

3. Gitto made certain transfers from his personal brokerage account to his wife Christa's account, at the end of 2004. In February, 2005, Gitto and his wife

2

       signed authorizations allowing Legg, Mason (now known as Citigroup Global Markets, Inc.) to transfer funds or securities from Christa's account back to Gitto's account; and

4.      Regarding the transfer of $119,000 to Gitto at the end of 2006, and in early 2007, Gitto admits that he contacted Legg, Mason to ask for money at the end of 2006. The Legg, Mason representative dictated over the telephone a letter of authorization for Gitto to sign. Gitto signed the letter, sent it to Legg, Mason and, thereafter, the transfers were made.

As noted above, Gitto seeks leave of Court to supplement his Opposition.

                                                 Charles N. Gitto, Jr.
                                                 by his attorney,

.

                                                 /s/ Thomas J. Butters_
                                                 Thomas J. Butters
                                                 BBO No. 068260
                                                 BUTTERS BRAZILIAN LLP
                                                 One Exeter Plaza
                                                 Boston, MA  02116
                                                 (617)367-2600

Dated:  October 9, 2007

3

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this date, including:


    /s/ Thomas J. Butters
        Thomas J. Butters