UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LASALLE BUSINESS CREDIT, LLC f/k/a ) <br> LASALLE BUSINESS CREDIT, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> GARY GITTO, et al., ) <br> ) <br> Defendants, ) <br> ) <br> v. ) <br> ) <br> CITIGROUP GLOBAL MARKETS, INC., ) <br> f/k/a LEGG MASON WOOD WALKER, INC.. ) <br> ) <br> Trustee. ) <br> ) | C.A. No. <br> 04-12227-DPW |

## NOTICE OF APPEARANCE

David C. Boch and Christina N. Davilas of Bingham McCutchen LLP hereby notice their appearance as counsel to Trustee Citigroup Global Markets, Inc. in the above-captioned matter and request that they be added to the electronic service list in this case.

Respectfully Submitted,

CITIGROUP GLOBAL MARKETS, INC.,

By its attorneys,

/s/ Christina N. Davilas
David C. Boch, BBO # 047540
Christina N. Davilas, BBO # 655477
Bingham McCutchen LLP
150 Federal Street

A/72259998.1/0999999-0000999999

-2-

Dated: October 18, 2007

Boston, Massachusetts 02110
(617) 951-8000

-2-

A/72259998.1/0999999-0000999999

-3-

## CERTIFICATE OF SERVICE

    I hereby certify that a true copy of the above document was served upon counsel of record via the ECF/CM system on October 18, 2007.

                                       /s/ Christina N. Davilas