Christina N. Davilas
Direct Phone:  617-951-8890
Fax:                 (617) 951-8736
christina.davilas@bingham.com

October 18, 2007

**VIA ECF/CM**

United States District Court for the District of Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Boston, MA  02210
Attn:  Clerk's Office

**Re:**  *LaSalle Business Credit, LLC v. Gitto et al.,* **U.S.D.C. (Mass),**
**C.A. No. 1:04-cv-12227 (DPW)**

Dear Sir or Madam:

Please be advised that Citigroup Markets, Inc., having been served on October 18, 2007 with Plaintiff's Motion For Order To Show Cause Why Charles N. Gitto, Jr. And Citigroup Global Markets, Inc. F/K/A Legg Mason Wood Walker, Inc. Should Not Be Held In Contempt, will serve its Opposition by November 1, 2007 in accordance with the applicable local rule and with Plaintiff's agreement to same.

Very truly yours,


/s/ Christina N. Davilas


cc:      Kathleen A. Rahbany, Esq. (via ECF/CM)
          David C. Boch, Esq.