# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

LASALLE BUSINESS CREDIT, LLC, f/k/a)
LASALLE BUSINESS CREDIT, INC.,    )
                                                    )
            Plaintiff,          )
    v.                                      )   Case No. 04-12227-DPW
                                                    )
GARY C. GITTO, et al.,              )
                                                    )
           Defendants.      )

## NOTICE OF APPEARANCE

Pursuant to LR 83.5.2, the following attorney hereby appears on behalf of LaSalle Business Credit, LLC:

        Kathleen A. Rahbany
        Craig and Macauley Professional Corporation
        Federal Reserve Plaza
        600 Atlantic Avenue
        Boston, Massachusetts 02210
        (617) 367-9500
        fax (617) 742-1788.

The above-named attorney hereby requests that she be placed on the service list, and demands that all orders, pleadings, notices, motions, and all other documents and papers filed in connection with the above-captioned proceeding be served upon her at the office address set forth below.

                                        Respectfully submitted,

Dated: October 22, 2007         By: /s/ Kathleen A. Rahbany
                                             Kathleen A. Rahbany (BBO# 654322)
                                             Craig and Macauley Professional Corporation
                                             Federal Reserve Plaza
                                             600 Atlantic Avenue
                                             Boston, MA 02210
                                             Phone: (617) 367-9500
                                             Fax: (617) 742-1788