# PERKINS SMITH & COHEN

Perkins Smith & Cohen LLP
Attorneys at Law

Juliane Balliro
617-854-4171
JBalliro@pscboston.com

March 16, 2005

BY HAND

Patrick W. Manzo, Esq.
Craig & Macauley
Federal Reserve Plaza
600 Atlantic Ave.
Boston, MA 02210

Re:   LaSalle Business Credit, LLC v. Charles N. Gitto, et al.;
      U.S.D.C. Case No. 04CV12227DPW

Dear Mr. Manzo:

Enclosed in the above-referenced matter, please find:

1.   Confirmation of the $30,000 held in the Perkins Smith & Cohen escrow account;

2.   Confirmation of the Legg Mason transfers; and

3.   A copy of the Attorney/Client Privilege Log.

Sincerely,

Juliane Balliro

enclosures
30822-5 ManzoencPrivLog.doc



Legg Mason Wood Walker, Incorporated
125 High Street, 30th Floor, Boston, MA 02110
617 - 737 - 3530

Member New York Stock Exchange, Inc./Member SIPC

February 25, 2005

Juliane Balliro
Perkins, Smith & Cohen
Boston, MA
(617) 854-4271 fax

RE: Gitto

Dear Ms. Balliro,

Per Charles and Christa Gitto's request, Legg Mason has reconstructed their accounts to reflect respective valuations as of December 31, 2004. This was completed on February 22nd of this year by the authority of the accompanying documents. Changes in valuation are the result of market fluctuation and cash withdrawals. Please refer any questions to my office.

Sincerely,

Joseph C. DeNicola
Vice President & Portfolio Manager
(617) 951-9827

cc: gitto

enclosures

FEB 16 '05 01:02PM LEGG MASON                                          P.1

# FAXED COPY



ATTN: S. ROHDE Thank You

## Letter of Authorization To Transfer Securities and/or Funds

Please transfer the securities and / or funds listed below:

From: **Christa Gitto**      Account: 395-00855
To: **Charles Gitto**      Account: 395-02831
To: _____ Account: _____

In consideration of your accepting these instructions, I (we) hereby release and discharge Legg Mason Wood Walker, Inc. (Legg Mason) from any liability or claim in connection with the foregoing instructions and agree to indemnify and hold Legg Mason harmless against loss from any action, claim, or demand of any person as a result of Legg Mason complying with their instructions.

Amount of funds to be transferred:    DEBIT =    ($ 384,975.12)

| Quantity | Security Description and/or Other Instructions (including check and wiring instructions) |
|---|---|
| 1,000 | Sunoco Logistics |
| 35,000 | MA ST Health & EDL |
| 15,000 | Lunenburg MA G/O Due 6/1/08 |
| 2,500 | ACAS |

Additional Information: _____

I (we) hereby irrevocably relinquish all rights, title, and interest to the above listed asset. I (we) hereby acknowledge that I (we) have read and understand the terms of this request to transfer assets and further acknowledge that the terms of this request are binding regardless of any other agreement(s) between myself (us) and the recipient(s) of these assets.

Do not sign this document unless it is complete and you have read and understand its terms.

_____ 2/10/05      _____ 2/10/05
Signature    Date      Signature    Date

Christa Gitto          Charles Gitto
Print Name          Print Name

Joseph DeNicola         _____ 2/16/05
Financial Advisor    Date    Branch Manager    Date

Verbal Confirmation by: Kathyleen Wright   Kwright on 2/11/05
                                          Date

# Legg Mason

## Letter of Authorization To Transfer Securities and/or Funds

Please transfer the securities and / or funds listed below:

From: Christa Gitto     Account: 396-00898
To: Charles Gitto       Account: 396-02621
To: _____     Account: _____

In consideration of your accepting these instructions, I (we) hereby release and discharge Legg Mason Wood Walker, Inc. (Legg Mason) from any liability or claim in connection with the foregoing instructions and agree to indemnify and hold Legg Mason harmless against loss from any action, claim, or demand of any person as a result of Legg Mason complying with their instructions.

Amount of funds to be transferred: _____ ($ _____)

| Quantity | Security Description and/or Other Instructions (including check and wiring instructions) |
| --- | --- |
| 3,069.302 | HFOAX |
| 70,000 | Boston MA G/O due 1/1/2017 |
| 100,000 | MA ST Health |
| 50,000 | MA ST G/O Series D |

Additional Information:
25,000 (quantity) MA ST DEV FIN AG REV PARK SCH

I (we) hereby irrevocably relinquish all rights, title, and interest to the above listed asset. I (we) hereby acknowledge that I (we) have read and understand the terms of this request to transfer assets and further acknowledge that the terms of this request are binding regardless of any other agreement(s) between myself (us) and the recipient(s) of these assets.

Do not sign this document unless it is complete and you have read and understand its terms.

Signature: [signed] 2/10/05     Signature: [signed] 2/10/05
Date                            Date

Christa Gitto                   Charles Gitto
Print Name                      Print Name

Joseph DeNicola                 _____
Financial Advisor     Date      Branch Manager     Date

Verbal Confirmation by: Kathyleen Wright _____
                                          Date



## CITIZENS BANK

### OFFICIAL RECEIPT

PLEASE SAVE THIS RECEIPT UNTIL YOU HAVE VERIFIED YOUR ACCOUNT STATEMENT.

Funds from your deposit may not be available for immediate withdrawal. All transactions are subject to verification as outlined in the rules and regulations of the Bank. Thank you.

```
                              $0.00  CASH IN
TOTAL        $30,000.00       11MAR05   14:35
1103172376
1061E927997  12         $     250 CHECKING DEPOSIT
```

Member FDIC



2374
3/11/05
POSTED





## Perkins, Smith & Cohen, LLP

Deposit Instruction Form

---

**Deposit Attached Check To The Following Account:**      **Purpose:**

☐ **Clients Funds:**

     ☐ Non-Interest bearing (Iolta)      ☐ Retainer

          ☐ Clients Funds

     ☐ Interest Bearing *      ☐ Retainer

          ☐ Clients Funds

☑ **Escrow Funds ***

     ☑ Non-interest bearing

     ☐ Interest Bearing *

☐ **Conveyancing:**

     ☐ Citizens

     ☐ BankBoston

*Handwritten note:* There are 7 matters - I put in in 1 - It may have to be changed.

*Handwritten:* Tracey

Deposit Date: [illegible]