# EXHIBIT A

# LEGG MASON

## PREMIER ACCOUNT

**Legg Mason Wood Walker, Inc.**
Member New York Stock Exchange, Inc./Member SIPC

## ACCOUNT STATEMENT

PAGE 8 OF 25

ACCOUNT NO. 396-00898    CHRISTA GITTO    MARCH 1-MARCH 31, 2005

**YOUR FINANCIAL ADVISOR:**

JOSEPH C DENICOLA (JCD)
Legg Mason Wood Walker Inc
One InternationalPlace
28TH Floor
Boston, MA 02110-2602
(617) 737-3530   (800) 333-6673

CHRISTA GITTO
18 NANCY COURT
LEOMINSTER MA 01453-3480

**INVESTMENT OBJECTIVES:**

1. Long Term Growth          3. Speculation
2. Short Term Growth

If you have any questions concerning these objectives, your objectives have changed, or there have been changes in your financial situation, please contact your Financial Advisor promptly.

**APPROXIMATE ACCOUNT VALUE**

as of March 31, 2005         $358,623.12
as of February 28, 2005      $474,162.62

**MESSAGE**

The goal of Premier Perspective is to offer you educational information and expert insight that will further enhance your Legg Mason relationship. If you would like to offer suggestions and new article ideas, please send us an e-mail at NewsEditor@leggmason.com or contact your Legg Mason Financial Advisor.

Visit us at www.leggmason.com

See enclosed client statement disclosure for important information

TOP:3960421    SUB:39600898    PA:JCD    SRNAME:GITTO    CHRISTA    PERIOD:20050331    DATE:20050401

# LEGG MASON

## PREMIER ACCOUNT

ACCOUNT STATEMENT

Legg Mason Wood Walker, Inc.
Member New York Stock Exchange, Inc./Member SIPC

ACCOUNT NO. 396-00898  CHRISTA GITTO  MARCH 1–MARCH 31, 2005

PAGE 9 OF 25

### APPROXIMATE ACCOUNT VALUE

|  | as of 03/31/05 | as of 02/28/05 |
|---|---:|---:|
| Equities | $593,665.73 | $637,179.50 |
| Municipal Bonds | 29,167.80 | 30,004.50 |
| Limited Partnerships | 99,000.00 | 99,550.00 |
| Sub Total: | $721,833.53 | $766,734.00 |
| Cash Balance | (363,210.41) | (292,571.38) |
| TOTAL: | $358,623.12 | $474,162.62 |

### INCOME & DISTRIBUTION SUMMARY

|  | This Period | Year to Date |
|---|---:|---:|
| Dividends | $538.04 | $2,372.52 |
| Interest | 784.08 | 4,684.08 |
| Interest Sold | 0.00 | 4,027.78 |
| Partnership Distributions | 0.00 | 625.00 |
| TOTAL: | $1,322.12 | $11,709.38 |
| Taxable Income | 538.04 | 2,372.52 |
| Tax Exempt Income | 784.08 | 8,711.86 |
| Other Distributions | 0.00 | 625.00 |

### CASH ACTIVITY SUMMARY

|  | This Period | Year to Date |
|---|---:|---:|
| Beginning Cash & Money Market Fund Balance | ($292,571.38) | N/A |
| Income/Distributions Paid In Cash | 1,751.24 | 8,536.72 |
| Securities Bought | (54,006.00) | (455,806.00) |
| Securities Sold/Redeemed | 53,007.20 | 433,954.54 |
| Margin Interest Charged | (1,952.05) | (5,014.65) |
| Premier Checks | (68,472.26) | (262,800.09) |
| Reinvestments | (967.16) | (2,843.52) |
| Miscellaneous | 0.00 | 257,292.42 |
| Ending Cash & Money Market Fund Balance | ($363,210.41) | N/A |

### SECURED LINE OF CREDIT INFORMATION (MARGIN)

|  | as of 03/31/05 |
|---|---:|
| Outstanding Balance | (361,258.00) |
| Average Outstanding Balance | (351,404.00) |
| Interest Rate | 6.06% |
| Margin Interest This Period | (1,952.05) |
| Margin Interest YTD | (5,014.65) |

### GAIN / (LOSS) SUMMARY

UNREALIZED

|  | as of 03/31/05 |
|---|---:|
| Short Term Gain/(Loss) | ($35,949.00) |
| Long Term Gain/(Loss) | 0.00 |
| Net Unrealized Gain/(Loss) | ($35,949.00) |

TOP:19603421   SUB:39600898   FA:JCD   SHNAME:GITTO   CHRISTA   PERIOD:20050331   DATE:20050401



# LEGG MASON

## PREMIER ACCOUNT

**ACCOUNT STATEMENT**

Legg Mason Wood Walker, Inc.
Member New York Stock Exchange, Inc./Member SIPC

ACCOUNT NO. 396-00898  CHRISTA GITTO  MARCH 1-MARCH 31, 2005

### GAIN / (LOSS) SUMMARY (continued)

**REALIZED**

| | This Period | Year to Date |
|---|---|---|
| Short Term Gain/(Loss) | ($2,193.00) | ($2,193.00) |
| Net Realized Gain/(Loss) | ($2,193.00) | ($2,193.00) |

### PORTFOLIO SUMMARY

Bond Ratings are provided by Moody's/Standard & Poor's respectively. For more information about bond ratings please contact your Financial Advisor. The calculation of unrealized gains/losses is prepared from cost basis information provided by you, your Financial Advisor, or our transaction files. Please contact your Financial Advisor should you need to amend the reported information.

An 'L' next to the Unrealized Gain or Loss indicates a long term gain/loss, and 'S' indicates a short term gain/loss.

**CASH AND CASH EQUIVALENTS:** (101.28)% of Portfolio

| Cash Balance | Margin | Net Balance |
|---|---|---|
| Ending Balance | ($363,210.41) | ($363,210.41) |

**EQUITIES:** 165.54% of Portfolio

| Quantity | Description | Symbol | Unit Cost | Date Acquired | Total Cost Basis | Current Price | Market Value | Unrealized Gain/Loss | Estimated Annual Income | Current Yield |
|---|---|---|---|---|---|---|---|---|---|---|
| 1,000 | ACTUANT CORP CL A NEW | ATU | $54.01 | 02/25/05 | $54,006 | $44.92 | $44,920.00 | ($9,086) S | | |
| 5,000 | ASHFORD HOSPITALITY TR INC COM SHS | AHT | 9.62 | 01/13/05 | 48,100 | 10.20 | 51,000.00 | 2,900 S | 2,025 | 3.97% |
| 5,000 | COHEN & STEERS DIVIDEND MAJORS FUND INC | DVM | 20.00 | 01/26/05 | 100,000 | | 86,950.00 | (13,050) S | | |
| 3,000 | | | 20.00 | 01/26/05 | 60,000 | 17.39 | 52,170.00 | (7,830) S | | |
| 8,000 | SUB TOTAL | | 20 | | 160,000 | | 139,120.00 | (20,880) | 9,600 | 6.90% |
| 1,950 | EDUCATION REALTY TRUST INC | EDR | 16.00 | 01/25/05 | 31,200 | 16.63 | 32,428.50 | 1,229 S | | |

TOP:39601621   SUB:39600898   FA:JCD   SRNAME:GITTO   CITRISTA   PERIOD:20050331   DATE:20050401

# LEGG MASON

## PREMIER ACCOUNT

**ACCOUNT STATEMENT**

Legg Mason Wood Walker, Inc.
Member New York Stock Exchange, Inc./Member SIPC

PAGE 11 OF 25

ACCOUNT NO. 396-00898   CHRISTA GITTO   MARCH 1-MARCH 31, 2005

### EQUITIES (continued)

| Quantity | Description | Symbol | Unit Cost | Date Acquired | Total Cost Basis | Current Price | Market Value | Unrealized Gain/Loss | Estimated Annual Income | Current Yield |
|---|---|---|---|---|---|---|---|---|---|---|
| 2,000 | NFJ DIVID INT & PREM STRATEGY FD | NFJ | 25.00 | 02/23/05 | 50,000 | 25.01 | 50,020.00 | 20 S | | |
| 2,500 | NUVEEN EQUITY PREM OPPORTUNITY FUND | JSN | 20.00 | 01/26/05 | 50,000 | 19.49 | 48,725.00 | (1,275)S | 4,440 | 9.11% |
| 3,000 | NUVEEN EQUITY PREMIUM INCOME FUND | JPZ | 20.00 | 10/26/04 | 60,000 | | 59,790.00 | (210)S | | |
| 65.902 | REINVESTMENTS | | 13.02 | Various | 858 | | 1,313.44 | 455 S | | |
| 3,065.902 | SUB TOTAL | | 19.85 | | 60,858 | 19.93 | 61,103.44 | 245 | 5,224 | 8.54% |
| 2,500 | PIMCO FLOATING RATE STRATEGY FUND | PFN | 20.00 | 10/26/04 | 50,000 | | 47,100.00 | (2,900)S | | |
| 3,000 | REINVESTMENTS | | 20.00 | 10/26/04 | 60,000 | | 56,520.00 | (3,480)S | | |
| 81.411 | | | 12.58 | Various | 1,024 | | 1,533.79 | 510 S | | |
| 5,581.411 | SUB TOTAL | | 19.89 | | 111,024 | 18.84 | 105,153.79 | (5,870) | 6,776 | 6.44% |
| 500 | UNIVERSAL TRUCKLOAD SERVICES INC | UACL | 20.00 | 02/10/05 | 10,000 | 21.10 | 10,550.00 | 550 S | | |
| 3,500 | VALOR COMMUNICATIONS GROUP INC | VCG | 15.00 | 02/08/05 | 52,500 | 14.47 | 50,645.00 | (1,855)S | 2,520 | 4.97% |
| | MARKET VALUE OF EQUITIES | | | | | | $593,665.73 | ($34,022) | $30,585 | 5.15% |

### MUNICIPAL BONDS : 8.13% of Portfolio

| Quantity | Description | Bond Ratings | Unit Cost | Date Acquired | Total Cost Basis | Estimated Price | Estimated Market Value | Unrealized Gain/Loss | Estimated Annual Income | Current Yield |
|---|---|---|---|---|---|---|---|---|---|---|
| 25,000 | MASSACHUSETTS ST DEV FIN AGY REV PARK SCH DATED DATE 08/18/04 PAR CALL 09/01/2009 DUE 09/01/2029 4.875% MS 01 CUSIP 57583F5M9 | A3 S&P-N/A | $100.31 | 11/09/04 | $25,078 | | $24,306.50 | ($772)S | | |

TOP:39960341   SUB:39960898   FAJCD   SRNAME:GITTO   CHRISTA   PERIOD:20050331   DATE:20050401



# LEGG MASON — PREMIER ACCOUNT

## ACCOUNT STATEMENT

Legg Mason Wood Walker, Inc.
Member New York Stock Exchange, Inc./Member SIPC

PAGE 12 OF 25

ACCOUNT NO. 396-00898  CHRISTA GITTO  MARCH 1–MARCH 31, 2005

### MUNICIPAL BONDS (continued)

| Quantity | Description | Bond Ratings | Unit Cost | Date Acquired | Total Cost Basis | Estimated Price | Estimated Market Value | Unrealized Gain/Loss | Estimated Annual Income | Current Yield |
|---|---|---|---|---|---|---|---|---|---|---|
| 5,000 |  |  | 100.32 | 11/09/04 | 5,016 |  | 4,861.30 | (155)S | 1,463 | 5.01% |
| 30,000 | SUB TOTAL |  | 100.31 |  | 30,094 | 97.226 | 29,167.80 | (927) | 1,463 | 5.01% |

ESTIMATED MARKET VALUE OF MUNICIPAL BONDS   $29,167.80   ($927)

### LIMITED PARTNERSHIPS : 27.61% of Portfolio

| Quantity | Description | Symbol | Unit Cost | Date Acquired | Total Cost Basis | Current Price | Market Value | Unrealized Gain/Loss | Estimated Annual Income | Current Yield |
|---|---|---|---|---|---|---|---|---|---|---|
| 5,000 | FIDUCIARY/CLAYMORE MLP OPPORTUNITY FD | FMO | $20.00 | 12/22/04 | $100,000 | $19.80 | $99,000.00 | ($1,000)S | $6,250 | 6.31% |

MARKET VALUE OF LIMITED PARTNERSHIPS   $99,000.00   ($1,000)   $6,250   6.31%

The unrealized gain/loss shown does not necessarily represent the change in value versus your original investment because the cost basis may include additional shares that have been acquired through reinvestment. You or your tax advisor should verify data used for year-end tax reporting.
Purchases of securities may not be properly designated as Reinvestments and/or Systematic Purchases if you owned securities at Legg Mason prior to 02/1997 or have transferred securities into your account from another institution.

### TRADE ACTIVITY

| Date | Transaction | Quantity | Description | Price | Additions | Subtractions |
|---|---|---|---|---|---|---|
| 03/02 | YOU BOUGHT | 1,000 | ACTUANT CORP<br>CL A NEW<br>UNSOLICITED<br>DISCRETION NOT EXERCISED<br>AVG PRICE SHOWN-DETAILS ON REQ<br>TRADE MADE BY US AS YOUR AGENT | $53.757 |  | ($54,006.00) |

TDP:39602121   SUB:3960898   FA:JCD   SRNAME:GITTO   CHRISTA   PERIOD:20050331   DATE:20050401

# LEGG MASON

## PREMIER ACCOUNT

**ACCOUNT STATEMENT**

Legg Mason Wood Walker, Inc.
Member New York Stock Exchange, Inc./Member SIPC

PAGE 13 OF 25

ACCOUNT NO. 396-00898   CHRISTA GITTO   MARCH 1-MARCH 31, 2005

### TRADE ACTIVITY (continued)

| Date | Transaction | Quantity | Price | Description | Additions | Subtractions |
|---|---|---|---|---|---|---|
| 03/21 | YOU SOLD | 4,600- | 11.7 | GMH COMMUNITIES TRUST TRADE MADE BY US AS YOUR AGENT | 53,007.20 | ($54,006.00) |

TOTAL TRADE ACTIVITY:

Total Buys: (54,006.00)
Total Sells/Redemptions: 53,007.20

**NET TOTAL:** ($998.80)

### INCOME AND DISTRIBUTION ACTIVITY

| Date | Transaction | Quantity | Description | Additions | Subtractions |
|---|---|---|---|---|---|
| 03/01 | INTEREST | | MASSACHUSETTS ST DEV FIN AGY REV PARK SCH DUE 09/01/2029   4.875 REG INT ON 30000 BND REC 02/15/05 PAY 03/01/05 IFM 08/18/04 F/C 03/01/05 | $784.08 | |
| 03/07 | DIVIDEND | | NUVEEN EQUITY PREMIUM INCOME FUND CASH DIV ON 22.14293 SHS REC 02/15/05 PAY 03/01/05 | 3.14 | |
| 03/07 | DIVIDEND | | NUVEEN EQUITY PREMIUM INCOME FUND CASH DIV ON 0.06111 SHS REC 02/15/05 PAY 03/01/05 | 0.01 | |
| 03/07 | DIVIDEND | | NUVEEN EQUITY PREMIUM INCOME FUND SUBST PAY ON  3022 SHS REC 02/15/05 PAY 03/01/05 IN LIEU OF DIVIDEND | 429.12 | |
| 03/07 | REINVESTMENT | 21.69867 | NUVEEN EQUITY PREMIUM INCOME FUND REIN @ 19.9215 REC 02/15/05 PAY 03/01/05 | | (3.14) |

# LEGG MASON

## PREMIER ACCOUNT

**ACCOUNT STATEMENT**

Legg Mason Wood Walker, Inc.
Member New York Stock Exchange, Inc./Member SIPC

PAGE 14 OF 25

ACCOUNT NO. 396-00898   CHRISTA GITTO   MARCH 1-MARCH 31, 2005

### INCOME AND DISTRIBUTION ACTIVITY (continued)

| Date | Transaction | Quantity | Description | Additions | Subtractions |
|---|---|---|---|---|---|
| 03/07 | REINVESTMENT | | NUVEEN EQUITY PREMIUM INCOME FUND REIN @ 19.9215 REC 02/15/05 PAY 03/01/05 | | (429.13) |
| 03/09 | DIVIDEND | | PIMCO FLOATING RATE STRATEGY FUND CASH DIV ON 27.21960 SHS REC 02/18/05 PAY 03/04/05 | 2.62 | |
| 03/09 | DIVIDEND | | PIMCO FLOATING RATE STRATEGY FUND CASH DIV ON 5526.30398 SHS REC 02/18/05 PAY 03/04/05 | 532.27 | |
| 03/09 | REINVESTMENT | 27.8879 | PIMCO FLOATING RATE STRATEGY FUND REIN @ 19.1800 REC 02/18/05 PAY 03/04/05 | | (2.62) |
| 03/09 | REINVESTMENT | | PIMCO FLOATING RATE STRATEGY FUND REIN @ 19.1800 REC 02/18/05 PAY 03/04/05 | | (532.27) |

TOTAL INCOME AND DISTRIBUTION ACTIVITY:   $1,751.24   ($967.16)

Dividends & Interest:   1,322.12
Other Distributions:      429.12
Reinvestments:           (967.16)

**NET TOTAL:   $784.08**

TOP:19602421   SUB:39600898   FAJCD:   SHNAME:GITTO   CHRISTA   PERIOD:20050331   DATE:20050401



# PREMIER ACCOUNT

## ACCOUNT STATEMENT

Legg Mason Wood Walker, Inc.
Member New York Stock Exchange, Inc./Member SIPC

ACCOUNT NO. 396-00898   CHRISTA GITTO   MARCH 1-MARCH 31, 2005

PAGE 15 OF 25

## PREMIER CHECK ACTIVITY

| Date Posted | Check# | Check Date | Memo | Payee | Expense Code | Additions | Subtractions |
|---|---|---|---|---|---|---|---|
| 03/16 | 133 | 03/07 | | 140 SHIRLEY LLC | | | ($13,472.26) |
| 03/15 | 134 | 03/09 | | PERKINS SMITH + COHEN | | | (25,000.00) |
| 03/15 | 135 | 03/09 | | PERKINS SMITH AND COHEN | | | (30,000.00) |

SUBTOTAL:
TOTAL PREMIER CHECKS:   ($68,472.26)   $0.00   ($68,472.26)

## OTHER ACTIVITY

| Date | Transaction | Quantity | Description | Additions | Subtractions |
|---|---|---|---|---|---|
| 03/31 | INTEREST | | INT FR 02/26 THRU 03/30 @ 6.060% BAL 361,258  AVBAL 351,404 | | ($1,952.05) |

TOTAL OTHER ACTIVITY:
Margin Interest:   (1,952.05)   $0.00   ($1,952.05)

**NET TOTAL OTHER ACTIVITIES:**   **($1,952.05)**

TOP:39602421   SUB:39600898   FA:JCD   SHNAME:GITTO   CHRISTA   PERIOD:20050331   DATE:20050401

# LEGG MASON

## PREMIER ACCOUNT

## ACCOUNT STATEMENT

Legg Mason Wood Walker, Inc.
Member New York Stock Exchange, Inc./Member SIPC

ACCOUNT NO. 396-00898   CHRISTA GITTO   MARCH 1-MARCH 31, 2005

PAGE 16 OF 25

### REALIZED GAINS AND (LOSSES) THIS PERIOD

| Description | Sale Date | Date Acquired | Quantity | Cost | Net Proceeds | Realized Gain/(Loss) | Long/Short Term |
|---|---|---|---|---|---|---|---|
| GMH COMMUNITIES TRUST | 03/16/05 | 10/28/04 | 4,600- | $55,200 | $53,007.00 | ($2,193.00) | S |
| NET TOTAL: | | | | | | ($2,193.00) | |
| SHORT TERM: | | | | | | ($2,193.00) | |
| LONG TERM: | | | | | | $0.00 | |

Legg Mason is pleased to announce the relocation of the Boston office. Our new address is: One International Place, 28th Floor, Boston, MA 02110. Our main phone number remains the same, (617) 737-3530 as does our toll free number, (800) 333-6673. We look forward to serving your investment needs in our new office.

***** END OF STATEMENT FOR ACCOUNT 396-00898 *****

TOP:39602421   SUB:39600898   FA:JCD   SRNAME:GITTO   CHRISTA   PERIOD:20050331   DATE:20050401