# EXHIBIT B



**Legg Mason Wood Walker, Inc.**
Member New York Stock Exchange, Inc./Member SIPC

# ACCOUNT STATEMENT

PAGE 2 OF 28

ACCOUNT NO. 396-02621    CHARLES N GITTO JR    FEBRUARY 1-FEBRUARY 28, 2005

CHARLES N GITTO JR
18 NANCY COURT
LEOMINSTER MA 01453-3480

**YOUR FINANCIAL ADVISOR:**

JOE DENICOLA/KATHYLEEN WRIGHT (6JD)
Legg Mason Wood Walker Inc
125 High Street, 30TH FL
Boston, MA 02110-2704
(617) 737-3530   (800) 333-6673

**INVESTMENT OBJECTIVES:**

1. Income & Growth
2. Short Term Growth

If you have any questions concerning these objectives, your objectives have changed, or there have been changes in your financial situation, please contact your Financial Advisor promptly.

## APPROXIMATE ACCOUNT VALUE

| | |
|---|---|
| as of February 28, 2005 | $232,263.08 |
| as of January 31, 2005 | $0.00 |

## MESSAGE

Every month in Premier Perspective we offer you the specialized expertise of our Legg Mason Wealth Advisors. This month, our feature article is on Employee Stock Options and Restricted Stock. For more information on our featured articles, please contact your Legg Mason Financial Advisor.

Visit us at www.leggmason.com

See enclosed client statement disclosure for important information



# ACCOUNT STATEMENT

**Legg Mason Wood Walker, Inc.**
Member New York Stock Exchange, Inc./Member SIPC

ACCOUNT NO. 396-02621   CHARLES N GITTO JR   FEBRUARY 1-FEBRUARY 28, 2005

PAGE 3 OF 28

## APPROXIMATE ACCOUNT VALUE

|                      | as of 02/28/05 | as of 01/31/05 |
|----------------------|---------------:|---------------:|
| Equities             | $149,625.00    | $0.00          |
| Municipal Bonds      | 301,858.85     | 0.00           |
| Mutual Funds         | 55,384.53      | 0.00           |
| Limited Partnerships | 41,900.00      | 0.00           |
| Sub Total:           | $548,768.38    | $0.00          |
| Cash Balance         | (316,505.30)   | 0.00           |
| TOTAL:               | $232,263.08    | $0.00          |

## CASH ACTIVITY SUMMARY

|                                      | This Period   | Year to Date   |
|--------------------------------------|--------------:|---------------:|
| Beginning Cash & Money Market Fund Balance | $0.00   | N/A            |
| Securities Bought                    | (62,500.00)   | (62,500.00)    |
| Margin Interest Charged              | (450.50)      | (451.01)       |
| Miscellaneous                        | (253,554.80)  | (252,762.76)   |
| Ending Cash & Money Market Fund Balance | ($316,505.30) | N/A         |

## SECURED LINE OF CREDIT INFORMATION (MARGIN)

|                             | as of 02/28/05 |
|-----------------------------|---------------:|
| Outstanding Balance         | (253,554.00)   |
| Average Outstanding Balance | (86,193.00)    |
| Interest Rate               | 6.72%          |
| Margin Interest This Period | (450.50)       |
| Margin Interest YTD         | (451.01)       |

## GAIN / (LOSS) SUMMARY

UNREALIZED

|                             | as of 02/28/05 |
|-----------------------------|---------------:|
| Short Term Gain/(Loss)      | $20,024.00     |
| Long Term Gain/(Loss)       | 0.00           |
| Net Unrealized Gain/(Loss)  | $20,024.00     |

Note: Positions for which the original cost and/or acquired date are not known are not included in the above totals. Please refer to the Portfolio Summary and Realized Gain/Loss sections for more information.

**LEGG MASON**

ACCOUNT STATEMENT

Legg Mason Wood Walker, Inc.
Member New York Stock Exchange, Inc./Member SIPC

PAGE 4 OF 28

ACCOUNT NO. 396-02621   CHARLES N GITTO JR   FEBRUARY 1-FEBRUARY 28, 2005

## PORTFOLIO SUMMARY

Bond Ratings are provided by Moody's/Standard & Poor's respectively. For more information about bond ratings please contact your Financial Advisor. The calculation of unrealized gains/losses is prepared from cost basis information provided by you, your Financial Advisor, or our transaction files. Please contact your Financial Advisor should you need to amend the reported information.

Positions for which the original cost and/or acquisition date are not known will not be included in Unrealized Gain/Loss totals. These positions will be highlighted with letters "N/A" in the Unrealized Gain/Loss column.

An 'L' next to the Unrealized Gain or Loss indicates a long term gain/loss, and 'S' indicates a short term gain/loss.

**CASH AND CASH EQUIVALENTS:   (136.27)% of Portfolio**

| | Cash Balance | Margin | Net Balance |
|---|---|---|---|
| Ending Balance | ($316,505.30) | | ($316,505.30) |

**EQUITIES : 64.42% of Portfolio**

| | | | | | | | | | Estimated | |
|---|---|---|---|---|---|---|---|---|---|---|
| Quantity | Description | Symbol | Unit Cost | Date Acquired | Total Cost Basis | Current Price | Market Value | Unrealized Gain/Loss | Annual Income | Current Yield |
| 2,500 | AMERICAN CAPITAL STRATEGIES LTD | ACAS | $31.60 | 09/21/04 | $79,000 | $34.70 | $86,750.00 | $7,750 S | $7,300 | 8.41% |
| 2,500 | NFJ DIVID INT & PREM STRATEGY FD | NFJ | 25.00 | 02/23/05 | 62,500 | 25.15 | 62,875.00 | 375 S | | |
| | MARKET VALUE OF EQUITIES | | | | | | $149,625.00 | $8,125 | $7,300 | 4.87% |

**LEGG MASON**

**Legg Mason Wood Walker, Inc.**
Member New York Stock Exchange, Inc./Member SIPC

## ACCOUNT STATEMENT

PAGE 5 OF 28

ACCOUNT NO. 396-02621   CHARLES N GITTO JR   FEBRUARY 1-FEBRUARY 28, 2005

### MUNICIPAL BONDS :  129.96% of Portfolio

| Quantity | Description | Bond Ratings | Unit Cost | Date Acquired | Total Cost Basis | Estimated Price | Estimated Market Value | Unrealized Gain/Loss | Estimated Annual Income | Estimated Current Yield |
|---|---|---|---|---|---|---|---|---|---|---|
| 35,000 | MASSACHUSETTS ST HEALTH & EDL FACS AUTH REV WORCESTER ST COLLEGE<br>DATED DATE 12/01/02<br>AMBAC INSURED<br>DUE 11/01/2006 3.000% MN  01<br>CUSIP 57585KP44 | AAA<br>AAA | $102.89 | 05/07/04 | $36,010 | $100.949 | $35,332.15 | ($678)S | $1,050 | 2.97% |
| 15,000 | LUNENBURG MASS G/O<br>DATED DATE 06/01/03<br>FGIC INSURED<br>DUE 06/01/2008 2.500% JD  01<br>CUSIP 550408CE6 | AAA<br>AAA | 99.05 | 05/07/04 | 14,857 | 99.225 | 14,883.75 | 27 S | 375 | 2.51% |
| 70,000 | BOSTON MASS G/O SER A<br>DATED DATE 02/01/04<br>PAR CALL 01/01/2014<br>MBIA INSURED<br>DUE 01/01/2017 4.000% JJ  01<br>CUSIP 1008526R8 | AAA<br>AAA | 98.05 | 05/07/04 | 68,635 | 100.961 | 70,672.70 | 2,038 S | 2,800 | 3.96% |
| 100,000 | MASSACHUSETTS ST HEALTH & EDL FACS AUTH RFDG-CAREGROUP ISSUE-SER A<br>DATED DATE 01/15/98<br>PAR CALL 07/01/2010<br>MBIA INSURED<br>DUE 07/01/2025 5.000% JJ  01<br>CALL 07/01/08   102.000<br>CUSIP 57585KTZ1 | AAA<br>AAA | 100.00 | 05/17/04 | 100,000 | 103.588 | 103,588.00 | 3,588 S | 5,000 | 4.82% |
| 50,000 | MASSACHUSETTS ST G/O RFDG SERIES D<br>DATED DATE 10/23/03<br>PAR CALL 10/01/2013<br>DUE 10/01/2027 5.000% AO  01<br>CUSIP 57582NSS5 | AA2<br>AA- | 100.00 | 05/17/04 | 50,000 | 104.757 | 52,378.50 | 2,379 S | 2,500 | 4.77% |
| 25,000 | MASSACHUSETTS ST DEV FIN AGY REV PARK SCH<br>DATED DATE 08/18/04<br>PAR CALL 09/01/2009<br>DUE 09/01/2029 4.875% MS  01<br>CUSIP 57583F5M9 | A3<br>S&P rating-N/A | 100.31 | 11/09/04 | 25,078 | 100.015 | 25,003.75 | (74)S | 1,219 | 4.87% |

ESTIMATED MARKET VALUE OF MUNICIPAL BONDS         $301,858.85         $7,280         $12,944     4.28%



**Legg Mason Wood Walker, Inc.**
Member New York Stock Exchange, Inc./Member SIPC

## ACCOUNT STATEMENT

PAGE 6 OF 28

ACCOUNT NO. 396-02621  CHARLES N GITTO JR  FEBRUARY 1-FEBRUARY 28, 2005

### MUTUAL FUNDS : 23.85% of Portfolio

| Quantity | Description | Symbol | Unit Cost | Date Acquired | Total Cost Basis | Current Price | Market Value | Unrealized Gain/Loss | Estimated Annual Income | Current Yield |
|---|---|---|---|---|---|---|---|---|---|---|
| 3,052.503 | **HENDERSON INTERNATIONAL OPPORTUNITIES FUND CLASS A | HFOAX | $16.38 | 07/02/04 | $50,000 | | $54,548.23 | $4,548 S | | |
| 46.799 | REINVESTMENTS | | 16.35 | Various | 765 | | 836.30 | 71 S | | |
| 3,099.302 | SUB TOTAL | | 16.38 | | 50,765 | 17.87 | 55,384.53 | 4,619 | | |
| | MARKET VALUE OF MUTUAL FUNDS | | | | | | $55,384.53 | $4,619 | | |

### LIMITED PARTNERSHIPS : 18.04% of Portfolio

| Quantity | Description | Symbol | Unit Cost | Date Acquired | Total Cost Basis | Current Price | Market Value | Unrealized Gain/Loss | Estimated Annual Income | Current Yield |
|---|---|---|---|---|---|---|---|---|---|---|
| 1,000 | SUNOCO LOGISTICS PARTNERS LP COM UNITS | SXL | N/A | 02/06/04 | N/A | $41.90 | $41,900.00 | N/A L | $2,500 | 5.96% |
| | MARKET VALUE OF LIMITED PARTNERSHIPS | | | | | | $41,900.00 | $0 | $2,500 | 5.96% |

The unrealized gain/loss shown does not necessarily represent the change in value versus your original investment because the cost basis may include additional shares that have been acquired through reinvestment. You or your tax advisor should verify data used for year-end tax reporting.
Purchases of securities may not be properly designated as Reinvestments and/or Systematic Purchases if you owned securities at Legg Mason prior to 02/1997 or have transferred securities into your account from another institution.

**LEGG MASON**

ACCOUNT STATEMENT

Legg Mason Wood Walker, Inc.
Member New York Stock Exchange, Inc./Member SIPC

PAGE 7 OF 28

ACCOUNT NO. 396-02621  CHARLES N GITTO JR  FEBRUARY 1-FEBRUARY 28, 2005

## TRADE ACTIVITY

| Date | Transaction | Quantity | Description | Price | Additions | Subtractions |
|---|---|---|---|---|---|---|
| 02/28 | YOU BOUGHT | 2,500 | NFJ DIVID INT & PREM STRATEGY FD YOUR FINANCIAL ADVISOR RECEIVED COMPENSATION AS A RESULT OF THIS TRANSACTION. SEE THE PROSPECTUS FOR MORE INFORMATION TRADE MADE ON PRINCIPAL BASIS | $25 | | ($62,500.00) |

TOTAL TRADE ACTIVITY:
Total Buys: (62,500.00)
**NET TOTAL:** **($62,500.00)**  $0.00  ($62,500.00)

## OTHER ACTIVITY

| Date | Transaction | Quantity | Description | Additions | Subtractions |
|---|---|---|---|---|---|
| 02/16 | TRANSFER | | TFR FROM ACCT 396-00898-2 PER CLIENT LETTER GITTO | $384,975.12 | |
| 02/16 | TRANSFER | 2,500 | AMERICAN CAPITAL STRATEGIES LTD TFR FROM ACCT 396-00898-2 PER CLIENT LETTER GITTO | | |
| 02/16 | TRANSFER | 3,099.302 | **HENDERSON INTERNATIONAL OPPORTUNITIES FUND CLASS A TFR FROM ACCT 396-00898-2 PER CLIENT LETTER GITTO | | |
| 02/16 | TRANSFER | 1,000 | SUNOCO LOGISTICS PARTNERS LP COM UNITS TFR FROM ACCT 396-00898-2 PER CLIENT LETTER GITTO | | |

**LEGG MASON**

ACCOUNT STATEMENT

Legg Mason Wood Walker, Inc.
Member New York Stock Exchange, Inc./Member SIPC

PAGE 8 OF 28

ACCOUNT NO. 396-02621   CHARLES N GITTO JR   FEBRUARY 1-FEBRUARY 28, 2005

## OTHER ACTIVITY (continued)

| Date | Transaction | Quantity | Description | Additions | Subtractions |
|------|-------------|----------|-------------|-----------|--------------|
| 02/16 | TRANSFER | 50,000 | MASSACHUSETTS ST G/O RFDG SERIES D 5.000 DUE 10/01/27 TFR FROM ACCT 396-00898-2 PER CLIENT LETTER GITTO | | |
| 02/16 | TRANSFER | 15,000 | LUNENBURG MASS G/O TFR FROM ACCT 396-00898-2 2.500 DUE 06/01/08 PER CLIENT LETTER GITTO | | |
| 02/16 | TRANSFER | 70,000 | BOSTON MASS G/O SER A TFR FROM ACCT 396-00898-2 4.000 DUE 01/01/17 PER CLIENT LETTER GITTO | | |
| 02/16 | TRANSFER | 35,000 | MASSACHUSETTS ST HEALTH & EDL FACS AUTH REV WORCESTER ST 3.000 DUE 11/01/06 COLLEGE TFR FROM ACCT 396-00898-2 PER CLIENT LETTER GITTO | | |
| 02/16 | TRANSFER | 25,000 | MASSACHUSETTS ST DEV FIN AGY REV PARK SCH 4.875 DUE 09/01/29 TFR FROM ACCT 396-00898-2 PER CLIENT LETTER GITTO | | |
| 02/16 | TRANSFER | 100,000 | MASSACHUSETTS ST HEALTH & EDL FACS AUTH RFDG-CAREGROUP 5.000 DUE 07/01/25 ISSUE-SER A TFR FROM ACCT 396-00898-2 PER CLIENT LETTER GITTO | | |
| 02/17 | TRANSFER | | TFR TO ACCT 396-00898-1 REVERSE JOURNAL A/O 02/16/05 | | (384,975.12) |
| 02/17 | TRANSFER | | TFR FROM ACCT 396-00898-2 PER CLIENT LETTER GITTO | | (384,975.12) |
| 02/18 | TRANSFER | | TFR FROM TYPE 1 | | (253,554.80) |

**Legg Mason Wood Walker, Inc.**
Member New York Stock Exchange, Inc./Member SIPC

**ACCOUNT STATEMENT**

PAGE 9 OF 28

ACCOUNT NO. 396-02621   CHARLES N GITTO JR   FEBRUARY 1-FEBRUARY 28, 2005

## OTHER ACTIVITY (continued)

| Date | Transaction | Quantity | Description | Additions | Subtractions |
|---|---|---|---|---|---|
| 02/18 | TRANSFER | | TFR TO ACCT 396-00898-2 PARTIAL REV 2/16/05 GITTO | 131,420.32 | |
| 02/18 | TRANSFER | | TFR TO TYPE 2 | 253,554.80 | |
| 02/28 | INTEREST | | INT FR 01/29 THRU02/25@ 6.720% BAL 253,554 AVBAL 86,193 | | (450.50) |

TOTAL OTHER ACTIVITY:  $769,950.24   ($1,023,955.54)

Miscellaneous: (253,554.80)
Margin Interest: (450.50)

**NET TOTAL OTHER ACTIVITIES:**   **($254,005.30)**

***** END OF STATEMENT FOR ACCOUNT 396-02621 *****