# EXHIBIT C

# Charles N. Gitto, Jr
# 18 Nancy Court
# Leominster, MA 01453

December 21, 2006

Joseph C. DeNicola
Citigroup Smith Barney
One International Place
28th Floor
Boston, MA 02110

Dear Joe,

Per the court order you have on file, which allows me to $9,000.00 monthly withdrawal for ordinary living expenses, please send me a check in the amount of $50,000.00. This amount would represent payments for the months of December 2005, January 2006, February 2006, March 2006, April 2006 and May 2006.

Please forward check to the following address:

        Charles N. Gitto, Jr.
        18 Nancy Court
        Leominster, MA 01453

Thank you,

*[signature]*

Charles N. Gitto, Jr