# EXHIBIT D

-----Original Message-----
From: Ketchum, Stephanie W [SB]
Sent: Thursday, December 21, 2006 10:01 AM
To: Calla, Patricia [PVTC]; Munoz, Claudia P [SB]
Subject: FW: Fax Fax from - ( 6172172909 )

Patti - this looks good to me.

Claudia - I believe Kelly provided you with the court order on this account (11J-02621). Attached is an LOA from the client that references the court order and requests money for months in which he did not take withdrawals (as permitted by court order). Both the branch and I have reviewed the monthly statements to confirm that he has not taken the $9,000 withdrawals since his last one in November 2005.

This is ok to process. Please let me know when it has been approved on your end.

-----Original Message-----
From: Global Desktop Fax [mailto:non-deliverable-message@iuo.ssmb.com]
Sent: Thursday, December 21, 2006 9:53 AM
To: Ketchum, Stephanie W [SB]
Subject: Fax Fax from - ( 6172172909 )


Thank you for using the Global Desktop Fax service.

You have received a [2] page fax.

THIS E-MAIL IS SENT BY AN AUTOMATED SYSTEM. IT IS NON-RETURNABLE AND WILL NOT ACCOMMODATE REPLIES.

If you are experiencing a problem, please contact your local Help Desk.

Global Desktop Fax Team
Citigroup Inc.
Global Messaging, Directories and Document Management global.desktop.fax@iuo.ssmb.com

------------------------