UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| LASALLE BUSINESS CREDIT, LLC f/k/a<br>LASALLE BUSINESS CREDIT, INC.,<br><br>Plaintiff,<br><br>v.<br><br>GARY GITTO, et al.,<br><br>Defendants,<br><br>v.<br><br>CITIGROUP GLOBAL MARKETS, INC.,<br>f/k/a LEGG MASON WOOD WALKER, INC..<br><br>Trustee. | C.A. No.<br>04-12227-DPW |

**TRUSTEE CITIGROUP GLOBAL MARKETS, INC.'S**
**CORPORATE DISCLOSURE STATEMENT**

Trustee process defendant Citigroup Global Markets, Inc. ("Citigroup") files this Corporate Disclosure Statement pursuant to Rule 7.3(A) of the Local Rules of this Court.

Citigroup is a wholly owned subsidiary of Citigroup, Inc., which is a public company.

Respectfully Submitted,

CITIGROUP GLOBAL MARKETS, INC.,

By its attorneys,

/s/ Christina N. Davilas
David C. Boch, BBO # 047540
Christina N. Davilas, BBO # 655477
Bingham McCutchen LLP
150 Federal Street
Boston, Massachusetts 02110
(617) 951-8000

Dated:  November 13, 2007

A/72312735.1/0999999-0000999999

2

**CERTIFICATE OF SERVICE**

    I hereby certify that a true copy of the above document was served upon counsel of record via the ECF/CM system on November 13, 2007.

                              /s/ Christina N. Davilas