UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LASALLE BUSINESS CREDIT, LLC f/k/a LASALLE BUSINESS CREDIT, INC., <br><br> Plaintiff, <br><br> v. <br><br> GARY GITTO, et al., <br><br> Defendants, <br><br> v. <br><br> CITIGROUP GLOBAL MARKETS, INC., f/k/a LEGG MASON WOOD WALKER, INC.. <br><br> Trustee. | C.A. No. <br> 04-12227-DPW |

## MOTION TO AMEND ANSWER

In accordance with Fed. R. Civ. P. 13 and 15(a), Citigroup Global Markets, Inc., f/k/a Legg Mason Wood Walker, Inc. ("Citigroup"), and in light of Plaintiff's Motion For Contempt, Citigroup respectfully requests leave of Court to file its Amended Answer And Cross-Claim Against Charles N. Gitto, Jr. to assert affirmative defenses and bring a cross-claim against Mr. Gitto. In support of its Motion, Citigroup relies on its proposed Amended Answer And Cross-Claim (attached hereto as Exhibit A), Plaintiff's Motion For Contempt and Citigroup's Opposition thereto.

        Respectfully Submitted,

        CITIGROUP GLOBAL MARKETS, INC.,

        By its attorneys,

        /s/ Christina N. Davilas
        David C. Boch, BBO # 047540
        Christina N. Davilas, BBO # 655477
        Bingham McCutchen LLP
        150 Federal Street
        Boston, Massachusetts 02110
        (617) 951-8000

Dated: November 13, 2007

## CERTIFICATE OF SERVICE

     I hereby certify that a true copy of the above document was served upon counsel of record via the ECF/CM system on November 13, 2007.

     /s/ Christina N. Davilas

A/72312876.1/0999999-0000999999