**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| LASALLE BUSINESS CREDIT, LLC f/k/a )<br>LASALLE BUSINESS CREDIT, INC.,      )<br>                                                                )<br>                    Plaintiff,                       )<br>                                                                )<br>      v.                                                      )       Case No. 04-12227-DPW<br>                                                                )<br>GARY C. GITTO, et al.,                         )<br>                                                                )<br>                                                                )<br>                    Defendants.                  )<br>_____) | |

**MOTION BY DEFENDANT LASALLE BUSINESS CREDIT, LLC**
**FOR LEAVE TO FILE A REPLY MEMORANDUM**

Pursuant to L.R. D. Mass 7.1(B)(3), Plaintiff Lasalle Business Credit, LLC f/k/a Lasalle Business Credit, Inc. ("Plaintiff") hereby moves for leave to file a brief reply memorandum to address the legal standard set forth by Defendant Citigroup Global Markets, Inc., f/k/a Legg Mason Wood Walker, Inc. ("Citigroup"), as well as to clarify what should be a rather straightforward issue. A copy of the Reply Memorandum Plaintiff seeks leave to file is attached hereto as Exhibit A.

Pursuant to L.R. D.Mass. 7.1, counsel for Plaintiff attempted to contact counsel for Citigroup on November 21, 2007 to obtain their assent to this motion, but due to the holiday was unable to get in touch with counsel in order to narrow or resolve the issues presented in this motion.

- 2 -

Dated:  November 21, 2007  Respectfully submitted,

LASALLE BUSINESS CREDIT LLC


By: /s/ Joseph J. Koltun
 One of its attorneys

Christopher J. Panos (BBO No. 555273)
Kathleen A. Rahbany (BBO No. 654322)
Joseph J. Koltun (BBO No. 641117)
Craig and Macauley Professional Corporation
Federal Reserve Plaza
600 Atlantic Avenue
Boston, MA  02210
Phone:  (617) 367-9500
Fax:  (617) 742-1788

Eric S. Rein
John L. Conlon
Bethany N. Schols
Schwartz Cooper Chartered
180 N. LaSalle Street, Suite 2700
Chicago, IL  60601
Phone:  (312) 346-1300
Fax:  (312) 782-8416

- 3 -

## CERTIFICATE OF SERVICE

      I hereby certify that the foregoing documents was filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on November 21, 2007

                                              /s/ Joseph J. Koltun
                                              Joseph J. Koltun