IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LASALLE BUSINESS CREDIT, LLC, f/k/a ) <br> LASALLE BUSINESS CREDIT, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> GARY GITTO, et al., ) <br> ) <br> Defendants. ) <br> ) | Case No. 04-12227-DPW |

## STATUS REPORT

Counsel for Plaintiff[1], LaSalle Business Credit, LLC ("LaSalle"), states the following as its Status Report:

    A.    Status of the Case:  All discovery has been completed, and awaiting ruling on summary judgment motion against Gary Gitto, Charles Gitto, Frank Miller, Marcia Miller and Louis Pellegrine.  Also pending motion for rule to show cause against Charles Gitto and Citigroup.

    B.    Discovery Proceedings:  Discovery closed.

    C.    Settlement Discussions:  The parties have not engaged in settlement discussions because of possible criminal indictments.

    D.    Pending or Contemplated Motions:  Motion for Summary Judgment under advisement since October 11, 2006.  Motion for rule to show cause fully briefed.

    E.    Proposed Dates for Pretrial Conference and Trial:  At a date convenient for the Court and the parties.

---

[1] The Court ordered that status reports be filed by December 11, 2007.  LaSalle attempted to confer with counsel to the defendants with respect to filing a Joint Status Report.  However, as of the time of the filing of this report, no counsel to the defendants had provided LaSalle with any input.

- 2 -

| | |
|---|---|
| Dated:  December 11, 2007 | LASALLE BUSINESS CREDIT, LLC |

By:     /S/ Kathleen A. Rahbany
　　　　One of Its Attorneys

Christopher J. Panos (BBO# 555273)
Kathleen A. Rahbany (BBO# 654322)
Craig and Macauley Professional Corporation
Federal Reserve Plaza
600 Atlantic Avenue
Boston, MA  02210
Phone: (617) 367-9500
Fax:    (617) 742-1788