UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LASALLE BUSINESS CREDIT, LLC, f/k/a, ) <br> LASALLE BUSINESS CREDIT, INC. ) <br> ) <br> Plaintiff ) <br> ) Case No. 04-12227-DPW <br> v. ) <br> ) <br> GARY C. GITTO, et al., ) <br> ) <br> Defendants ) | |

## STATUS REPORT

Counsel for Defendant Gary Gitto states that defendant agrees with the Status Report filed by Lasalle Business Credit, LLC (Document 392) on this date.

                                              Respectfully submitted,

                                              Gary Gitto,

                                              By his attorney,

                                              /s/ Kenneth M. Resnik
                                              Max D. Stern, BBO No. 479560
                                              Kenneth M. Resnik, BBO. No. 637527
                                              Alexandra Deal, BBO No. 660645
                                              Stern, Shapiro, Weissberg & Garin, LLP
                                              90 Canal Street, 5th Floor
                                              Boston, MA  02114-2022
                                              (617) 742-5800

Dated: December 11, 2007

Certificate of Service

I hereby certify that this document(s) filed through the EFT system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on December 11, 2007.

                                              /s/ Kenneth M. Resnik.