UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LASALLE BUSINESS CREDIT, LLC, f/k/a, ) <br> LASALLE BUSINESS CREDIT, INC.            ) <br>                                                            ) <br>                         Plaintiff,                 ) <br>                                                            ) <br> v.                                                      ) <br>                                                            ) <br> GARY C. GITTO, et al.,                        ) <br>                                                            ) <br>                         Defendants.            ) <br>                                                            ) | CASE NO. 04-12227-DPW |

**PARTIALLY ASSENTED TO MOTION FOR LEAVE TO FILE AFFIDAVIT**

Pursuant to L.R. 7.1(B)(3), Defendant Charles N. Gitto, Jr. hereby moves for leave to file the *Affidavit of Christa Gitto* in support of Defendant Gitto's *Opposition to Plaintiff's Motion for Contempt*. A copy of the Affidavit is attached hereto as Exhibit 1.

Counsel for the Plaintiff, Kathleen A. Rahbany, assents to the allowance of this motion. Counsel for Gitto was unsuccessful in his attempt to contact counsel for Defendant Citigroup, Christina N. Davilas, regarding this motion.

                                                                                                                                     Respectfully submitted,
                                                                                                                                     CHARLES N. GITTO, JR.
                                                                                                                                     By his attorney,

                                                                                                                          /s/ Thomas J. Butters
                                                                                                                     Thomas J. Butters
                                                                                                                     B.B.O. #068260
                                                                                                                     BUTTERS BRAZILIAN LLP
                                                                                                                     One Exeter Plaza
                                                                                                                     Boston, MA  02116
                                                                                                                     (617) 367-2600

Dated: December 14, 2007

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this date.

      /s/ Thomas J. Butters
         Thomas J. Butters