UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LASALLE BUSINESS CREDIT, LLC, f/k/a, <br> LASALLE BUSINESS CREDIT, INC. <br><br> Plaintiff, <br><br> v. <br><br> GARY C. GITTO, et al., <br><br> Defendants | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) CASE NO. 04-12227-DPW |

### AFFIDAVIT OF CHRISTA GITTO

I, Christa Gitto, being sworn, state as follows:

1. I am the wife of Charles ("Charles") N. Gitto, Jr., a defendant in the above-entitled action.

2. I am the President of CGC Designs, Inc., an interior design company, located in Vero Beach, Florida.

3. I am aware that LaSalle Business Credit, LLC ("LaSalle") has brought a motion for contempt against Charles claiming that he violated orders of the Court on account of certain transactions regarding his accounts with Legg Mason Wood Walker, Inc. ("Legg Mason"), now known as Citigroup Global Markets, Inc.("Citigroup").

4. First, neither Charles nor I ever received a copy of any Court orders. I believe that Charles and I abided by every request of our lawyers concerning the transfer of funds held by Legg Mason. For example, in February, 2005, we signed authorizations, at the request of counsel, to transfer funds from my account back to Charles' account. A copy of this authorization and related documents is attached hereto as **Exhibit A**. Once this

transfer was made, we assumed the matter was settled, as we heard nothing further from the lawyer.

5. Next, at the end of 2006, Charles asked me to speak with Joseph DeNicola, our broker at Legg Mason. This conversation related to Charles' request to receive funds from his accounts. I got on the telephone with Mr. DeNicola, whom I knew, and he dictated a letter for Charles to sign and present to Legg Mason. A copy of this letter, that I typed verbatim from my conversation with Mr. DeNicola, is attached hereto as **Exhibit B**.

I have read the foregoing and swear to its truth under the pains and penalties of perjury this _13_ day of December, 2007.

Christa Gitto

STATE OF FLORIDA

_____, ss.                              December _13_, 2007

On this _13th_ day of December, 2007, before me, the undersigned notary public, personally appeared Christa Gitto, proved to me through satisfactory evidence of identification, which was _✓_ photographic identification with signature issued by a federal or state government agency, _✓_ oath or affirmation of a credible witness, _✓_ personal knowledge of the undersigned, to be the persons whose name is signed on the preceding document, and acknowledged to me that she signed it voluntarily for its stated purpose.

MARIE LYNN EVANS
MY COMMISSION # DD 710743
EXPIRES: September 3, 2011
Bonded Thru Notary Public Underwriters

Notary Public
My commission expires: 9-3-2011

Marie Lyn Evans

2





Perkins Smith & Cohen LLP
Attorneys at Law

Juliane Balliro
617-854-4171
JBalliro@pscboston.com

March 16, 2005

<u>BY HAND</u>

Patrick W. Manzo, Esq.
Craig & Macauley
Federal Reserve Plaza
600 Atlantic Ave.
Boston, MA 02210

Re:    LaSalle Business Credit, LLC v. Charles N. Gitto, et al.;
       U.S.D.C. Case No. 04CV12227DPW

Dear Mr. Manzo:

Enclosed in the above-referenced matter, please find:

1.    Confirmation of the $30,000 held in the Perkins Smith & Cohen escrow account;

2.    Confirmation of the Legg Mason transfers; and

3.    A copy of the Attorney/Client Privilege Log.

Sincerely,

Juliane Balliro

enclosures
30822-5 ManzoencPrivLog.doc



Legg Mason Wood Walker, Incorporated
125 High Street 30th Floor, Boston, MA 02110
617 • 737 • 3530

Member New York Stock Exchange, Inc./Member SIPC

February 25, 2005

Juliane Balliro
Perkins, Smith & Cohen
Boston, MA
(617) 854-4271 fax

RE: Gitto

Dear Ms. Balliro,

Per Charles and Christa Gitto's request, Legg Mason has reconstructed their accounts to reflect respective valuations as of December 31, 2004. This was completed on February 22nd of this year by the authority of the accompanying documents. Changes in valuation are the result of market fluctuation and cash withdrawals. Please refer any questions to my office.

Sincerely,

Joseph C. DeNicola
Vice President & Portfolio Manager
(617) 951-9827

cc: gitto

enclosures

p. 1

FEB 15 '05 01:02PM LEGG MASON P.1

 

ATTN:
S. ROHDE
Thank You

### Letter of Authorization To Transfer Securities and/or Funds

Please transfer the securities and / or funds listed below:

From: **Christa Gitto**     Account: **39S-00858**
To: **Charles Gitto**     Account: **39S-02821**
To:     Account:

In consideration of your accepting these instructions, I (we) hereby release and discharge Legg Mason Wood Walker, Inc. (Legg Mason) from any liability or claim in connection with the foregoing instructions and agree to indemnify and hold Legg Mason harmless against loss from any action, claim, or demand of any person as a result of Legg Mason complying with these instructions.

Amount of funds to be transferred:    DEBIT =    ($ 384,878.12 )

| Quantity | Security Description and/or Other Instructions (including check and wiring instructions) |
|---|---|
| 1,000 | Suneco Logistics |
| 35,000 | MA ST Health & EDL |
| 15,000 | Lunenburg MA G/O Due 6/1/08 |
| 2,500 | ACAS |

Additional Information:

I (we) hereby irrevocably relinquish all rights, title, and interest in the above listed asset. I (we) hereby acknowledge that I (we) have read and understand the terms of this request to transfer assets and further acknowledge that the terms of this request are binding regardless of any other agreement(s) between myself (us) and the recipient(s) of these assets.

Do not sign this document unless it is complete and you have read and understand its terms.

_____ 2/10/05     _____ 2/10/05
Signature    Date         Signature    Date

**Christa Gitto**          **Charles Gitto**
Print Name          Print Name

_____ 2/16/05
                       Branch Manager    Date

**Joseph DeNicola** _____
Financial Advisor    Date

Verbal Confirmation by: **Kathyleen Wright** Kwwright on 2/11/05
                                      Date



## Letter of Authorization To Transfer Securities and/or Funds

Please transfer the securities and / or funds listed below:

From: **Christa Gitto**                                          Account: **398-00898**

To: **Charles Gitto**                                          Account: **398-02621**

To: _____                     Account: _____

In consideration of your accepting these instructions, I (we) hereby release and discharge Legg Mason Wood Walker, Inc. (Legg Mason) from any liability or claim in connection with the foregoing instructions and agree to indemnify and hold Legg Mason harmless against loss from any action, claim, or demand of any person as a result of Legg Mason complying with their instructions.

Amount of funds to be transferred: _____ ($ _____ )

| Quantity | Security Description and/or Other Instructions (including check and wiring instructions) |
|----------|----------------------------------------------------------------------------------------|
| 3,049.302 | HFOAX |
| 70,000 | Boston MA G/O due 1/1/2017 |
| 100,000 | MA ST Health |
| 50,000 | MA ST G/O Series D |

Additional Information:
**25,000 (quantity) MA ST DEV FIN AG REV PARK SCH**

I (we) hereby irrevocably relinquish all rights, title, and interest to the above listed asset. I (we) hereby acknowledge that I (we) have read and understand the terms of this request to transfer assets and further acknowledge that the terms of this request are binding regardless of any other agreement(s) between myself (us) and the recipient(s) of these assets.

Do not sign this document unless it is complete and you have read and understand its terms.

| Signature ___ 2/10/05 | Signature ___ 2/10/05 |
|---|---|
| Date | Date |

**Christa Gitto**                                          **Charles Gitto**
Print Name                                                   Print Name

**Joseph DeNicola** _____              _____
Financial Adviser          Date                     Branch Manager          Date

Verbal Confirmation by: **Kathyleen Wright** _____
                                                                Date

10/09/2007 14:05 312-782-8416 SCHWARTZ COOPER PAGE 08/18

MAK. CU. ZUUL 1:55PM SEEGER & MACAULEY Case 1:04-cv-12227-DPW Document 394-2 Filed 12/14/2007 Page 8 of 14 NO. 2843 P. 18



# TIZENS BANK

## OFFICIAL RECEIPT

E SAVE THIS RECEIPT UNTIL YOU HAVE VERIFIED YOUR ACCOUNT STATEMENT.

on your deposit may not be available for immediate withdrawal. All transactions t to verification as outlined in the rules and regulations of the Bank. Thank you.

TOTAL      $30,000.00
1103172376   -&
1616I1F927997 12

$0.00 CASH IN
11MAR03      14435
25C CHECKING DEPOSIT

$



2374
3/11/05
POSTED



CHRISTA GITTO
18 NANCY COURT
LEOMINSTER, MA 01453

PREMIER 135

Date March 9/05          25-80/440

Pay to the order of  Perkins, Smith & Cohen          $ 30,000 00

Thirty Thousand &          00/100 Dollars

ACH INSTRUCTIONS
ABA:052001633 A/C 888880000039600898

Expense Code

For  Escrow account          Christa Gitto

⑆044008041⑆ 451995956857⑆ 135



DEPOSIT TICKET

DATE 3/11/05

| | DOLLARS | CENTS |
|---|---|---|
| CURRENCY | | |
| COINS | | |
| CHECKS SEPARATELY 1 25-85D | 30,000 | 00 |

TOTAL

S-7017/2110
711

TOTAL ITEMS  1

CHECKS AND OTHER ITEMS
ARE RECEIVED FOR DEPOSIT
SUBJECT TO THE PROVISIONS
OF THE UNIFORM COMMER-
CIAL CODE OR ANY APPLICA-
BLE COLLECTION AGREEMENT.
DEPOSITS MAY NOT BE AVAIL-
ABLE FOR IMMEDIATE WITH-
DRAWAL.

PERKINS SMITH & COHEN LLP
CLIENTS ESCROW FUNDS

CITIZENS BANK
Massachusetts

$ 30,000 00

⑆5110⑈1155⑆ 11031723376⑈

## Perkins, Smith & Cohen, LLP

### Deposit Instruction Form

**Deposit Attached Check To The Following Account:**          **Purpose:**

☐ **Clients Funds:**

    ☐ Non-Interest bearing     (Iolta)          ☐ Retainer

                                               ☐ Clients Funds

    ☐ Interest Bearing *          ☐ Retainer

                                               ☐ Clients Funds

☑ **Escrow Funds **

    ☑ Non-Interest bearing          *These are 7 matters - I put in on 1 - It may have to be changed (done)*

    ☐ Interest Bearing *

☐ **Conveyancing:**

    ☐ Citizens

    ☐ BankBoston     *Trade #*



Rick Rein/Chicago/SCGK
10/09/2007 09:18 AM

To   butters@buttersbrazilian.com
cc   panos@craigmacauley.com
bcc
Subject   Re: Gitto 

Tom:

In connection with your 10/5/07 letter, the 2/15/05 order is reflected only on the electronic docket, which I assume you can access. Further, attached is the letter and enclosures received from Balliro containing the confirmation from Legg Mason. We never received monthly statements as requested.

If you have any further questions, please let me know.

Rick


Fax.pdf

Rick Rein
Schwartz Cooper Chartered
180 N. LaSalle Street, Suite 2700
Chicago, IL 60601
(312) 845 - 5106
fax: (312) 264-2467

THIS EMAIL MESSAGE IS FOR THE EXCLUSIVE AND CONFIDENTIAL USE OF THE DESIGNATED AND INTENDED RECIPIENT, AND ANY OTHER DISTRIBUTION OR USE IS UNAUTHORIZED AND STRICTLY PROHIBITED.  IF YOU HAVE RECEIVED THIS EMAIL MESSAGE IN ERROR, PLEASE CONTACT THE SENDER BY TELEPHONE OR EMAIL AND DELETE THIS MESSAGE.  THANK YOU.

<panos@craigmacauley.com>

<panos@craigmacauley.com
>
10/09/2007 07:50 AM

To   <butters@buttersbrazilian.com>
cc   <rrein@schwartzcooper.com>
Subject   Gitto

Tom, I received your letter.  I am sorry that we were not able to connect by telephone.  I will be traveling a good part of this week again.

I have forwarded your letter to Rick Rein who is lead counsel on this matter.  Rick will provide you with information.  I have copied Rick on this email.

Christopher J. Panos
CRAIG AND MACAULEY PROFESSIONAL CORPORATION
COUNSELLORS AT LAW
Federal Reserve Plaza

600 Atlantic Avenue
Boston, MA 02210
Voice: 617-367-9500
Fax: 617-742-1788
http://www.craigandmacauley.com

*****************************************************
*****************************************************
The information contained in this electronic message is legally privileged and confidential under
applicable law, and is intended only for the use of the individual or entity named above. If the recipient
of this message is not the above-named intended recipient, you are hereby notified that any
dissemination, copy or disclosure of this communication is strictly prohibited. If you have received this
communication in error, please notify the sender, and purge the communication immediately without
making any copy for distribution.

IRS Circular 230 Notice: To ensure compliance with requirements imposed by the IRS, we inform you
that any U.S. tax advice contained in this communication is not intended or written to be used, and cannot
be used by any taxpayer, for the purpose of avoiding U.S. tax penalties or in connection with marketing
or promotional materials.

*****************************************************
*****************************************************

# B

# Charles N. Gitto, Jr
# 18 Nancy Court
# Leominster, MA  01453

December 21, 2006

Joseph C. DeNicola
Citigroup Smith Barney
One International Place
28th Floor
Boston, MA  02110

Dear Joe,

Per the court order you have on file, which allows me to $9,000.00 monthly withdrawal for ordinary living expenses, please send me a check in the amount of $50,000.00. This amount would represent payments for the months of December 2005, January 2006, February 2006, March 2006, April 2006 and May 2006.

Please forward check to the following address:

Charles N. Gitto, Jr.
18 Nancy Court
Leominster, MA  01453

Thank you,

Charles N. Gitto, Jr