UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| LASALLE BUSINESS CREDIT, LLC f/k/a ) <br> LASALLE BUSINESS CREDIT, INC., ) <br>  ) <br> Plaintiff, ) <br>  ) <br> v. ) <br>  ) <br> GARY GITTO, et al., ) <br>  ) <br> Defendants, ) <br>  ) <br> v. ) <br>  ) <br> CITIGROUP GLOBAL MARKETS, INC., ) <br> f/k/a LEGG MASON WOOD WALKER, INC.. ) <br>  ) <br> Trustee. ) <br>  ) | C.A. No. <br> 04-12227-DPW |

**RULE 15(a) STIPULATION CONCERNING THE FILING OF
TRUSTEE CITIGROUP GLOBAL MARKETS, INC.'S AMENDED ANSWER AND
<u>CROSS-CLAIM AGAINST CHARLES N. GITTO, JR.</u>**

Pursuant to Rule 15(a) of the Federal Rules of Civil Procedure, Plaintiff, Lasalle Business Credit, LLC, f/k/a Lasalle Business Credit, Inc. and Defendant Charles N. Gitto, Jr., hereby consent to the filing of Trustee Citigroup Global Markets, Inc.'s Amended Answer And Cross-Claim Against Charles N. Gitto, Jr.

Respectfully Submitted,                                         Respectfully Submitted,


LASALLE BUSINESS CREDIT, LLC                    CHARLES N. GITTO, JR.

By one of its attorneys,                                          By his attorney,

/s/Joseph J. Koltun                                                  /s/ Thomas J. Butters
Joseph J. Koltun                                                     Thomas J. Butters
jkoltun@craigmacauley.com                                 butters@butters.brazilian.com
Craig and Macauley Professional Corp.                Butters, Brazilian LLP
Federal Reserve Plaza                                            One Exeter Plaza
600 Atlantic Avenue                                               Boston, MA  02116
Boston, MA  02210                                                (617) 367-2600
(617) 367-9500

A/72355777.1/0442531-0000327921

2

Respectfully Submitted,

CITIGROUP GLOBAL MARKETS, INC.,

By its attorneys,

/s/ Christina N. Davilas
David C. Boch
Christina N. Davilas
christina.davilas@bingham.com
Bingham McCutchen LLP
150 Federal Street
Boston, Massachusetts 02110
(617) 951-8000


Dated:   December 19, 2007

**CERTIFICATE OF SERVICE**

    I hereby certify that a true copy of the above document was served upon counsel of record via the ECF/CM system on December 19, 2007.

                                      /s/ Christina N. Davilas