# CRAIG AND MACAULEY | PROFESSIONAL CORPORATION
## COUNSELLORS AT LAW

www.craigmacauley.com

FEDERAL RESERVE PLAZA
600 ATLANTIC AVENUE
BOSTON, MASSACHUSETTS 0221

TEL (617) 367-9500
FAX (617) 742-1788

February 23, 2005

**By Facsimile**
Juliane Balliro, Esq.
Perkins, Smith & Cohen LLP
1 Beacon Street
Boston, MA. 02108

RE:  LaSalle Business Credit, LLC v. Gary Gitto, et al.,
     United States Dist. Court, Dist. of MA, Case No.: 04-122227-DPW

Dear Juliane:

I write in response to your telephone call with Pat this afternoon. We attempted to arrange another call with you, but you were unavailable.

With regard to the forms of order distributed to you last Friday, LaSalle believes that these fairly represent the attachments allowed by the Court pursuant to LaSalle's motions. With the exception of deleting parties as to whom LaSalle's motions were not granted, these forms are essentially the same as those attached to the motions. If you disagree that we have accurately characterized the Court's ruling, we will be happy to discuss appropriate modifications. If you will not assent to the form of proposed orders, LaSalle will file them with the Court, indicate that you have objected to the form, and request an emergency hearing if that is deemed necessary by the Court.

You also informed us that Charles Gitto has yet to comply with Judge Woodlock's order to transfer all of the funds that were transferred from his Legg Mason account in violation of the preliminary injunction order back to that account and that he has not escrowed $30,000 with your firm as required by the Court on February 15, 2005.

A week has elapsed since entry of the Court's order, and LaSalle believes that this period afforded more than sufficient time to accomplish both the transfer and escrow of funds. In the event that Mr. Gitto is not able to quickly provide evidence that he has complied with the Court's order, LaSalle will have no choice but to seek further orders of the Court.

      I trust that we will be able to achieve a resolution of these issues without the Court's intervention. Please contact me to discuss the foregoing at your earliest convenience.

<div style="text-align:right">
Best regards,

*[signature]*

Christopher L. Panos
</div>

cc:  Patrick W. Manzo, Esq.
      Eric S. Rein, Esq.



&lt;panos@craigmacauley.com&gt;  
03/02/2005 09:15 AM

To: &lt;jballiro@pscboston.com&gt;  
cc: &lt;RRein@scgk.com&gt;, &lt;pmanzo@craigmacauley.com&gt;  
Subject: RE: Gitto

Juliane, please confirm whether this has been completed. I know that as of our call on Friday you had not confirmed or seen any evidence. It is now Wednesday. Thank you.

-----Original Message-----
**From:** Panos, Christopher
**Sent:** Wednesday, February 23, 2005 1:54 PM
**To:** Juliane Balliro 'jballiro@pscboston.com'
**Cc:** RRein@scgk.com; Manzo, Patrick
**Subject:** Gitto

Juliane, please confirm that all cash and securities have been transferred back to Charles Gitto's Legg Mason Account and fax or email evidence supporting this.

Also, please confirm that $30,000 has been placed in your escrow account.

Thank you.


Christopher J. Panos
**CRAIG AND MACAULEY** PROFESSIONAL CORPORATION
COUNSELLORS AT LAW
Federal Reserve Plaza
600 Atlantic Avenue
Boston, MA  02210
Voice: 617-367-9500
Fax:   617-742-1788
http://www.craigmacauley.com

***********************************************************
***********************************************************
The information contained in this electronic message is legally privileged and confidential under applicable law, and is intended only for the use of the individual or entity named above. If the recipient of this message is not the above-named intended recipient, you are hereby notified that any dissemination, copy or disclosure of this communication is strictly prohibited. If you have received this communication in error, please notify the sender, and purge the communication immediately without making any copy for distribution.

***********************************************************
***********************************************************

# CRAIG AND MACAULEY | PROFESSIONAL CORPORATION
## COUNSELLORS AT LAW

www.craigmacauley.com

FEDERAL RESERVE PLAZA
600 ATLANTIC AVENUE
BOSTON, MASSACHUSETTS 02210

TEL (617) 367-9500
FAX (617) 742-1788

March 3, 2005

**By Facsimile & U.S. Mail**

Juliane Balliro, Esq.
Perkins, Smith & Cohen LLP
1 Beacon Street
Boston, MA  02108

      RE:    <u>LaSalle Business Credit, LLC v. Gary Gitto, et al.,</u>
             <u>United States Dist. Court, Dist. of MA, Case No.:  04-122227-DPW</u>

Dear Juliane:

      Pursuant to your request, I have enclosed herewith documents produced by Sovereign Bank in response to LaSalle's subpoena. As a courtesy, I am providing these without any reproduction charge.

      I note that we have yet to receive the Tradex Corporation corporate documents that we have requested on numerous occasions over the past several months. On several occasions, you have told us that these documents were readily available. Please produce them immediately so that we may avoid referring this issue to the Court.

      Finally, and most troubling, we have yet to receive your confirmation that Mr. Gitto has complied with the Judge Woodlock's order of February 15, 2005 to repatriate money transferred from Legg Mason, and to escrow $30,000 with your firm. I have sent several letters and e-mails to you inquiring as to the status of these transfers. Absent your immediate response indicating that Mr. Gitto has complied with the Court's order, LaSalle will be forced to conclude that Mr. Gitto

CRAIG AND MACAULEY | PROFESSIONAL CORPORATION
COUNSELLORS AT LAW

---

has no intention of complying with the Court's order and will take appropriate action.

I look forward to your response.

Sincerely,

*[signature]*

Christopher J. Panos

Enclosures (via U.S. Mail only)

cc: Patrick W. Manzo, Esq. (w/o enclosures)
    Eric S. Rein, Esq. (w/o enclosures)

2