

Legg Mason Wood Walker, Incorporated
100 Light Street, P.O. Box 1476, Baltimore, MD 21203 - 1476
410 • 539 • 0000

Member New York Stock Exchange, Inc./Member SIPC

March 16, 2005

Patrick W. Manzo
Craig and MaCauley
600 Atlantic Avenue
Boston, MA 02210

   Re: LaSalle Business Credit, LLC v. Gary Gitto, et al.

Dear Mr. Manzo:

  We are in receipt of your Order addressed to Legg Mason Wood Walker, Incorporated (Legg Mason) dated February 25, 2005. Legg Mason currently maintains two brokerage accounts under the captioned name and social security number. The accounts are registered as follows:

| Account Title | Account Number |
|---|---|
| CHARLES N GITTO JR | 396-02621 |
| LMWW CUSTODIAN FBO CHARLES N GITTO JR ROLLOVER IRA | 396-76629 |

  As of March 15, 2005 account number 396-02621 has a balance of $229,980 and account number 396-76629 has a balance of $616,429. The assets in the above referenced accounts, which consist of securities, will remain in a frozen status until we receive further written instructions from the Court. Please keep in mind that the securities in the accounts are subject to fluctuations in value due to market forces and other extraneous factors. In the event that you have any questions, please do not hesitate to contact me directly.

                Very truly yours,

                Gretchen L. Klebasko
                Associate General Counsel
                410-454-5258

cc: CHARLES N GITTO JR
   JOE DENICOLA/KATHYLEEN WRIGHT