

Perkins Smith & Cohen LLP
Attorneys at Law

Juliane Balliro
617-854-4171
JBalliro@pscboston.com

March 16, 2005

BY HAND

Patrick W. Manzo, Esq.
Craig & Macauley
Federal Reserve Plaza
600 Atlantic Ave.
Boston, MA  02210

Re:    LaSalle Business Credit, LLC v. Charles N. Gitto, et al.;
       U.S.D.C. Case No. 04CV12227DPW

Dear Mr. Manzo:

Enclosed in the above-referenced matter, please find:

1.    Confirmation of the $30,000 held in the Perkins Smith & Cohen escrow account;

2.    Confirmation of the Legg Mason transfers; and

3.    A copy of the Attorney/Client Privilege Log.

Sincerely,

Juliane Balliro

enclosures
30822-5 ManzoencPrivLog.doc

One Beacon Street, 30th Floor, Boston, MA 02108-3106   Tel 617.854.4000   Fax 617.854.4040

Boston, MA   Washington, DC                                  www.pscboston.com



Legg Mason Wood Walker, Incorporated
125 High Street, 30th Floor, Boston, MA 02110
617 - 737 - 3530

Member New York Stock Exchange, Inc./Member SIPC

February 25, 2005

Juliane Balliro
Perkins, Smith & Cohen
Boston, MA
(617) 854-4271 fax

RE: Gitto

Dear Ms. Balliro,

Per Charles and Christa Gitto's request, Legg Mason has reconstructed their accounts to reflect respective valuations as of December 31, 2004. This was completed on February 22nd of this year by the authority of the accompanying documents. Changes in valuation are the result of market fluctuation and cash withdrawals. Please refer any questions to my office.

Sincerely,

Joseph C. DeNicola
Vice President & Portfolio Manager
(617) 951-9827

cc: gitto

enclosures

FEB 16 '05 01:02PM LEGG MASON                        P.1

ATTN:
S. ROHDE
Thank you

# FAXED By Date COPY



### Letter of Authorization To Transfer Securities and/or Funds

Please transfer the securities and / or funds listed below:

From: **Christa Gitto**                Account: 398-00898

To: **Charles Gitto**                Account: 398-02831

To: _____       Account: _____

In consideration of your accepting these instructions, I (we) hereby release and discharge Legg Mason Wood Walker, Inc. (Legg Mason) from any liability or claim in connection with the foregoing instructions and agree to indemnify and hold Legg Mason harmless against loss from any action, claim, or demand of any person as a result of Legg Mason complying with their instructions.

Amount of funds to be transferred:     DEBIT =      ($ 384,975.12 )

| Quantity | Security Description and/or Other Instructions (including check and wiring instructions) |
|---|---|
| 1,000 | Sunoco Logistics |
| 35,000 | MA ST Health & EDL |
| 15,000 | Lunenburg MA G/O Due 6/1/08 |
| 2,500 | ACAS |

Additional Information:

_____

I (we) hereby irrevocably relinquish all rights, title, and interest to the above listed asset. I (we) hereby acknowledge that I (we) have read and understand the terms of this request to transfer assets and further acknowledge that the terms of this request are binding regardless of any other agreement(s) between myself (us) and the recipient(s) of these assets.

Do not sign this document unless it is complete and you have read and understand its terms.

Signature _____ 2/10/05      Signature _____ 2/9/05
        Date                           Date

**Christa Gitto**                 **Charles Gitto**
Print Name                        Print Name

**Joseph DeNicola**                   _____ 2/16/05
Financial Advisor       Date        Branch Manager            Date

Verbal Confirmation by: **Kathyleen Wright**   K Wright on 2/11/05
                                           Date



### Letter of Authorization To Transfer Securities and/or Funds

Please transfer the securities and / or funds listed below:

| | | |
|---|---|---|
| From: | Christa Gitto | Account: 398-00898 |
| To: | Charles Gitto | Account: 398-02621 |
| To: | | Account: |

In consideration of your accepting these instructions, I (we) hereby release and discharge Legg Mason Wood Walker, Inc. (Legg Mason) from any liability or claim in connection with the foregoing instructions and agree to indemnify and hold Legg Mason harmless against loss from any action, claim, or demand of any person as a result of Legg Mason complying with their instructions.

Amount of funds to be transferred: _____ ($ _____ )

| Quantity | Security Description and/or Other Instructions (including check and wiring instructions) |
|---|---|
| 3,089.302 | HFOAX |
| 70,000 | Boston MA G/O due 1/1/2017 |
| 100,000 | MA ST Health |
| 50,000 | MA ST G/O Series D |

Additional Information:
25,000 (quantity) MA ST DEV FIN AG REV PARK SCH

I (we) hereby irrevocably relinquish all rights, title, and interest to the above listed asset. I (we) hereby acknowledge that I (we) have read and understand the terms of this request to transfer assets and further acknowledge that the terms of this request are binding regardless of any other agreement(s) between myself (us) and the recipient(s) of these assets.

Do not sign this document unless it is complete and you have read and understand its terms.

| Signature _____ 2/1005 | Signature _____ 2/10/05 |
|---|---|
| Date | Date |
| Christa Gitto | Charles Gitto |
| Print Name | Print Name |
| Joseph DeNicola | |
| Financial Advisor          Date | Branch Manager          Date |

Verbal Confirmation by: Kathyleen Wright

Date



ITIZENS BANK

OFFICIAL RECEIPT

E SAVE THIS RECEIPT UNTIL YOU HAVE VERIFIED YOUR ACCOUNT STATEMENT.

om your deposit may not be available for immediate withdrawal. All transactions
rt to verification as outlined in the rules and regulations of the Bank. Thank you.

$0.00 CASH IN
TOTAL $30,000.00 11MAR05 14:35
110317237B 250 CHECKING DEPOSIT
1016:11E927997 12 $

Member FDIC

Case 1:04-cv-12227-DPW Document 398-6 Filed 12/26/2007 Page 6 of 7



2374
3/11/05

**POSTED**



CHRISTA GITTO
18 NANCY COURT
LEOMINSTER, MA 01453

PREMIER 135

Date March 9/05

25-80/440

Pay to the order of _Perkins Smith &Cohen_ $30,000.00

_Thirty Thousand $_ xx/100 Dollars

LEGG MASON
BANK ONE, NA COLUMBUS OHIO 43271

Expense Code

ACH INSTRUCTIONS
ABA:052001633 A/C 86888000039600898

For _Escrow account_

⑈044000804⑈ 4519959568574⑈0135



DEPOSIT TICKET

DATE 3/11/05

| | CENTS |
|---|---|
| DOLLARS | 00 |
| CURRENCY | |
| COINS | |
| CHECKS | 3,0,000 |

PERKINS SMITH & COHEN LLP
CLIENTS ESCROW FUNDS

CITIZENS BANK
Massachusetts

5-7017/2110
711

TOTAL ITEMS    1

CHECKS AND OTHER ITEMS
ARE RECEIVED FOR DEPOSIT
SUBJECT TO THE PROVISIONS
OF THE UNIFORM COMMER-
CIAL CODE OR ANY APPLICA-
BLE COLLECTION AGREEMENT.
DEPOSITS MAY NOT BE AVAIL-
ABLE FOR IMMEDIATE WITH-
DRAWAL.

$ 30,000

⑈5110⑈1155⑈ 110317237B⑈

# Perkins, Smith & Cohen, LLP

## Deposit Instruction Form

**Deposit Attached Check To The Following Account:**                    **Purpose:**

☐ **Clients Funds:**

      ☐ Non-Interest bearing    (Iolta)          ☐ Retainer

                                       ☐ Clients Funds

      ☐ Interest Bearing *                        ☐ Retainer

                                         ☐ Clients Funds

☑ **Escrow Funds \*\***

      ☑ Non-interest bearing

      ☐ Interest Bearing *

☐ **Conveyancing:**

      ☐ Citizens

      ☐ BankBoston

*[handwritten note]* There are 7 matters - I put in in 1 - It may have to be chased. *[signature]*

Deposit Date