

Rick Rein/Chicago/SCGK
04/15/2005 11:43 AM

To  panos@craigmacauley.com, pmanzo@craigmacauley.com
cc  Gitto-LaSalle, Gitto-SCGK
bcc
Subject  Re: Legg Mason account

Talked with Balliro. Based upon the attached analysis, I am ok with Christa now transferring $269,741.53 back to Charlie's account. In other words, $559,721 was transferred to Christa last December. A total of $499,721 will be returned to the account. $30,000 remains in her client's trust account. That means that Charlie spent $30,000 improperly. He admitted that in court filings.

She will be sending us shortly today an order allowing Charlie's taxes to be paid out of the IRA. She will also shortly be asking for fees to be paid from the IRA. I have no problem with those requests as I don't think we can show that there are non-exempt assets in the IRA. She will further be getting to us a financial statement early next week to support Charlie's request for more money to pay expenses.

Rick Rein
Schwartz, Cooper, Greenberger & Krauss, Chtd.
180 N. LaSalle Street, Suite 2700
Chicago, IL 60601
(312) 845 - 5106
fax: (312) 264-2467
THIS EMAIL MESSAGE IS FOR THE EXCLUSIVE AND CONFIDENTIAL USE OF THE DESIGNATED AND INTENDED RECIPIENT, AND ANY OTHER DISTRIBUTION OR USE IS UNAUTHORIZED AND STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS EMAIL MESSAGE IN ERROR, PLEASE CONTACT THE SENDER BY TELEPHONE OR EMAIL AND DELETE THIS MESSAGE. THANK YOU.

"Juliane Balliro" <jballiro@pscboston.com>



"Juliane Balliro"
<jballiro@pscboston.com>
04/15/2005 09:29 AM

To  <rrein@scgk.com>, <panos@craigmacauley.com>, <pmanzo@craigmacauley.com>
cc
Subject

```
I have attached an analysis of the expenditure of funds from Christa
Gitto's Legg Mason account following the impermissible December transfers.
 Please call me when you have had an opportunity to review this
information.  It would be helpful if, when we speak, you have a copy of
the Legg Mason statements in front of you.

I will send a proposed order for limited release of the RO on the LEGG
Mason accounts under separate e-mail.
```


Analysis of Legg Mason St.doc

Analysis of Legg Mason Statements:.

On November 30, 2004, before any impermissible transfers were made, Christa had $330,177.11 in her Legg Mason Account. A total of $559,721.53 was transferred into her account in December 2004.

The disbursements made from Christa's Legg Mason Account should have been debited from her pre-transfer balance of $330, 177.11. Christa should also be credited with the $30,000 paid out of that account that was placed in escrow with PS&C, the $20,000.00 PS&C fee permitted under the original stipulation and the $10,000.00 expended for necessary medical expenses (encompassed in check #107) which Judge Woodlock did not order re-imbursed following the hearing on LaSalle's Motion For Order to Show Cause.

The following is a detailed list of the checks written and withdrawals made against Christa's account that must be deducted from the $330,177.11 she had in her Legg Mason Account in November, 2004:

| | |
|---|---|
| Starting Balance: | $330,177.11 |

Less:

| | |
|---|---|
| Check # 105 - Reassure America Life: | $3,837.60 |
| Check # 106 - Gitto Global | $1,164.60 |
| Check # 107 - Amex | $11,297.33 ($10,000 meds) |
| Check # 108 - PS & C | $25,000.00 |
| Check # 110 - Charles Gitto: | $5,000.00 |
| Check # 112- Charles Gitto: | $3,600.00 |
| Check # 111 - PS&C: | $25,000./00 |
| Check # 113 - Tradex Corp: | $3,600.00 |
| Check # 114 - MBNA America: | $6,000.00 |
| Check # 115 - American Express | $8,327.83 |
| Check # 116 - Tradex Corp: | $6,500.00 |
| Check # 117 - Charles Gitto: | $6,500.00 |
| Check # 119 - CGC Designs: | $3,000.00 |
| Check # 120: Christa Gitto: | $2,000.00 |
| Check # 121 - City of Leominster | $13,359.97 |
| Check # 122 - Dan Cronin | $61,640.03 |
| Check # 123 - Tradex Corp: | $12,000.00 |
| Check # 124 - PS & C: | $25,000.00 |
| Check # 131 - PS & C: | $25,000.00 |
| Check # 133 - 140 ShirleyLLC | $13,472.26 |
| Check # 134 - PS & C: | $25,000.00 |
| Check # 135 - PS &C: | $30,000.00 (escrow) |

| | |
|---|---|
| Total : | $316,299.62 |

|   |   |   |
|---|---|---|
| Less: | Payment to PS&C escrow Check # 135 | $30,000.00 (reimburse) |
|   | Permitted payment for legal fees | $20,000.00 |
|   | Amex payment to Lahey Clinic | $10,000.00 |

Total Credits:                                                    $60,000.00

Balance owed:                                                   $256,299.62


Transferred back to Charlie's Account:

  $229,980.00 By Legg Mason in March
 +$256,299.62 Total withdrawn against Charlie's funds after credits
 ―――――――
 $486,279.64
 +$60,000.00 Add back credits
 ―――――――
 $546,279.62

 $559,721.53 total transferred into Christa's Account in December 2004
 -$546,279.62 total withdrawn with credits added back
 ―――――――
   $13,441.91 balance remaining of Charlie's funds in Christa's account

 $256,299.62
 + $13,441.91
 ―――――――
 $269,741.53 total to be transferred from Christa account back to Charlie Account