# EXHIBIT I

# BINGHAM

Christina N. Davilas
Direct Phone: 617.951.8890
Fax:          617.951.8736
christina.davilas@bingham.com

September 17, 2007

**By First-Class Mail and Facsimile**

Frank Mondano, Esq.
99 Summer Street, Suite 1800
Boston, MA  02110

*Re:  LaSalle Business Credit, LLC v. Gitto et al, U.S.D.C. (Mass), No.
1:04-cv-12227 (DPW)*

Dear Mr. Mondano:

Bingham McCutchen has been retained to represent Trustee, Citigroup Global Markets,
Inc. f/k/a Legg Mason, Inc. ("Citigroup") in the above-referenced matter. I am writing to
formalize the demand I have made in our recent telephone conversations.

In accordance with the Summons to Trustee dated March 7, 2005, Citigroup restricted the
IRA account and the personal account of your client, Mr. Charles N. Gitto, Jr.
Thereafter, the Ninth Supplement To Preliminary Injunction Preserving The Status Quo
dated June 20, 2005 (the "Ninth Supplement") allowed Mr. Gitto to withdraw $9000.00
per month from his personal account at Citigroup. On November 21, 2005, the Court
entered the Stipulation and Order Regarding Payment of Living Expenses (the
"Stipulation"), which had been submitted to it by the parties. The Stipulation modified
the Ninth Supplement and provided that the restriction on the IRA account was to be
lifted and that Mr. Gitto agreed not to expend any funds or assets other than those in his
IRA account.

In what can only be viewed as a knowing violation of that Stipulation which he had
entered into through his counsel, Mr. Gitto subsequently requested the release of funds
from his personal account. Specifically, through six separate requests, Mr. Gitto
requested the release of a total of $119,000. In each request, Mr. Gitto represented to
Citigroup that the Ninth Supplement was still in effect. Because Citigroup was under the
impression that the Ninth Supplement was still in effect, it released the funds to him. As
you requested, we have enclosed a copy of Mr. Gitto's first request for funds following
the Stipulation, which reflects his representation that the Ninth Supplement was still in
effect.

Boston
Hartford
Hong Kong
London
Los Angeles
New York
Orange County
San Francisco
Santa Monica
Silicon Valley
Tokyo
Walnut Creek
Washington

Bingham McCutchen LLP
150 Federal Street
Boston. MA 02110-1726

T 617.951.8000
F 617.951.8736
bingham.com      A/72171547.1/0999999-0000999999

Frank Mondano
September 17, 2007
Page 2

We demand that Mr. Gitto immediately deposit $119,000 in his personal account to replace the funds he improperly withdrew. Citigroup reserves all rights against Mr. Gitto should he fail to do so.

Please advise us in writing by September 24, 2007 of Mr. Gitto's intentions.

Sincerely yours,

Christina N. Davilas

cc:     Christopher J. Panos, Esq.
        David C. Boch, Esq.

Encl.

# Charles N. Gitto, Jr
# 18 Nancy Court
# Leominster, MA 01453

December 21, 2006

Joseph C. DeNicola
Citigroup Smith Barney
One International Place
28th Floor
Boston, MA 02110

Dear Joe,

Per the court order you have on file, which allows me to $9,000.00 monthly withdrawal for ordinary living expenses, please send me a check in the amount of $50,000.00. This amount would represent payments for the months of December 2005, January 2006, February 2006, March 2006, April 2006 and May 2006.

Please forward check to the following address:

Charles N. Gitto, Jr.
18 Nancy Court
Leominster, MA 01453

Thank you,

Charles N. Gitto, Jr