Christina N. Davilas
Direct Phone:  617-951-8890
Fax:             (617) 951-8736
christina.davilas@bingham.com

January 8, 2008

**VIA ECF/CM**

United States District Court for the District of Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Boston, MA  02210
Attn:  Mr. Jarrett Lovett, Courtroom Deputy Clerk to the Honorable
       Douglas P. Woodlock

**Re:** *LaSalle Business Credit, LLC v. Gitto et al.,* **U.S.D.C. (Mass),
C.A. No. 1:04-cv-12227 (DPW)**

Dear Mr. Lovett:

Please be advised that Plaintiff's counsel has kindly agreed to give Citigroup Markets, Inc., a one week extension to respond to Plaintiff's Amended Motion For Order To Show Cause Why Charles N. Gitto, Jr. Christa Gitto And Citigroup Global Markets, Inc. f/k/a Legg Mason Wood Walker, Inc. Should Not Be Held In Contempt.  Citigroup will file its Opposition on or before January 16, 2008 accordingly.

Very truly yours,


/s/ Christina N. Davilas


cc:     Counsel of record (via ECF/CM)
        David C. Boch, Esq.