**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| LASALLE BUSINESS CREDIT, LLC, f/k/a) <br> LASALLE BUSINESS CREDIT, INC.,   ) <br>                                                          ) <br>                    Plaintiff,                       ) <br>      v.                                                ) <br>                                                          ) <br> GARY C. GITTO, et al.,                     ) <br>                                                          ) <br>                    Defendants.               ) | Case No. 04-12227-DPW |

**MOTION BY LASALLE BUSINESS CREDIT, LLC TO CONTINUE
TRIAL ON MOTION TO HOLD CERTAIN DEFENDANTS IN CONTEMPT
[ASSENTED TO BY CHARLES GITTO AND CITIGROUP]**

Plaintiff, LaSalle Business Credit, LLC, f/k/a LaSalle Business Credit, Inc. ("LaSalle"), moves this Court for an order continue the evidentiary hearing on LaSalle's Amend Motion for Order to Show Cause (the "Amended Motion") by Charles N. Gitto, Jr. ("Charles Gitto"), Christa Gitto and Trustee Process Defendant Citigroup Global Markets, Inc., f/k/a Citigroup Wood Walker, Inc. ("Citigroup"), should not be held in contempt for violating the Court's February 15, 2005 Order, the Stipulated Seventh Modification to Preliminary Injunction Preserving the Status Quo and Order dated April 15, 2005, and the Stipulation and Order Regarding Payment of Living Expenses dated November 21, 2005.  As grounds for this motion, LaSalle submits as follows:

     1.     On December 20, 3007, the Court held a hearing on LaSalle's Motion for Order to Show Cause (Docket No. 375) why Charles Gitto and Citigroup should not be held in contempt. At the hearing, the Court (i) permitted LaSalle to add Christa Gitto as an alleged contemnor, (ii) directed the parties to serve discovery on or before January 4, 2008, and (iii) scheduled an evidentiary hearing on LaSalle's motion for February 13, 2008 to February 15, 2008.

    2.    LaSalle prepared and filed an Amended Motion on December 26, 2007 (Docket No. 398), and the parties exchanged discovery requests on or before January 4, 2008 as directed by the Court.

    3.    On January 3, 2008, LaSalle attempted to serve Christa Gitto at 18 Nancy Ct., Leominster, Massachusetts, with (i) the Amended Motion, (ii) a subpoena requiring he to appear for a deposition and to produce documents, and (iii) various discovery requests to other parties, but was unsuccessful in finding her at that address. At the same time, LaSalle attempted to serve Christa Gitto at an alternate address located at 295 Riverway Drive, Vero Beach, Florida, but was again unsuccessful in effectuating service.

    4.    On January 28, 2008, LaSalle took the deposition of Charles Gitto, at which time it learned that Christa Gitto is likely currently residing at 1024 East Polo Grounds, Vero Beach, Florida, LaSalle is currently in the process of attempting to serve Christa Gitto at this address, but as of the filing of this motion LaSall has been unable to serve Christa Gitto, not has LaSalle been able to depose her in connection with the Amended Motion.

    5.    LaSalle and Citigroup are currently documenting an agreement, which when finalized will result in LaSalle not pursuing its contempt claims against Citigroup. Counsel to Citigroup has assented to the relief requested herein.

    6.    Counsel for Charles Gitto has assented to the relief requested in this Motion.

### **PRAYER FOR RELIEF**

WHEREFORE, Plaintiff, LaSalle Business Credit, LLC, f/k/a LaSalle Business Credit, Inc. respectfully requests that the Court enter an order continuing the trial of this matter for a period of one month or such time that is convenient for the Court, in order to allow LaSalle to serve Christa Gitto and take her duly noticed deposition.

Pursuant to L.R. D.Mass. 7.1 counsel for LaSalle meet and conferred in good faith with counsel for Charles Gitto and counsel for Citigroup in advance of making this motion, and both have assented to the relief sought in this motion.

Dated:  February 7, 2008

Respectfully submitted,

LASALLE BUSINESS CREDIT, LLC

By: /s/ Joseph J. Koltun
      One of its attorneys

Christopher J. Panos (BBO# 555273)
Kathleen A. Rahbany (BBO# 654322)
Joseph J. Koltun (BBO#641117)
Craig and Macauley Professional Corporation
Federal Reserve Plaza
600 Atlantic Avenue
Boston, MA  02210
Phone: (617) 367-9500
Fax:  (617) 742-1788

Eric S. Rein
John L. Conlon
Bethany N. Schols
Schwartz Cooper Chartered
180 N. LaSalle Street, Suite 2700
Chicago, IL  60601
Phone:  (312) 346-1300
Fax: (312) 782-8416

## CERTIFICATE OF SERVICE

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on

February 7, 2008

/s/ Joseph J. Koltun
Joseph J. Koltun