**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| LASALLE BUSINESS CREDIT, LLC f/k/a )<br>LASALLE BUSINESS CREDIT, INC.,  )<br>                                               )<br>          Plaintiff,           )<br>                                          )<br>v.                                )<br>                                          )<br>GARY C. GITTO, et al.,      )<br>                                          )<br>          Defendants.     )<br>                                          ) | Case No. 04-12227-DPW |

**MOTION TO APPEAR TELEPHONICALLY**
**[ASSENTED TO BY CHARLES GITTO AND CITIGROUP]**

Plaintiff, LaSalle Business Credit, LLC, f/k/a LaSalle Business Credit, Inc. ("LaSalle"), hereby request that Plaintiff's counsel Eric S. Rein be permitted to appear telephonically at the hearing presently scheduled for February 13, 2008 at 11:00 a.m. (the "Hearing"). In support hereof, LaSalle states that:

      1.     The Court originally scheduled a trial of LaSalle's motion to hold certain defendants in contempt for February 13-15, 2008.

      2.     On February 7, 2008, LaSalle filed an assented to motion to continue the trial date on the grounds that despite its efforts LaSalle had not yet been able to serve Christa Gitto or to take her noticed deposition.

      3.     The Court granted LaSalle's Februrary 7, 2008 motion, but ordered that the parties appear for the Hearing on February 13, 2008 at 11:00 a.m.

      4.     LaSalle's counsel is located in Chicago, Illinois, and LaSalle respectfully requests that Eric S. Rein be permitted to attend the Hearing telephonically. LaSalle's local counsel will appear in person at the Hearing.

2

.

5.    If this motion is allowed, LaSalle's counsel will provide the Court and the other parties to this proceeding with a conference call dial in number and guest code.

WHEREFORE, LaSalle respectfully request that Eric S. Rein be allowed to appear telephonically on February 13, 2008 at 11:00 a.m.

Pursuant to L.R. D.Mass. 7.1 counsel for LaSalle meet and conferred in good faith with counsel for Charles Gitto and counsel for Citigroup in advance of making this motion, and both have assented to the relief sought in this motion.

Dated: February 8, 2008                                Respectfully submitted,

                                                                       LASALLE BUSINESS CREDIT, LLC

                                                                       By: /s/ Joseph J. Koltun
                                                                             One of its attorneys

Christopher J. Panos (BBO# 555273)
Kathleen A. Rahbany (BBO# 654322)
Joseph J. Koltun (BBO#641117)
Craig and Macauley Professional Corporation
Federal Reserve Plaza
600 Atlantic Avenue
Boston, MA  02210
Phone: (617) 367-9500
Fax:  (617) 742-1788

Eric S. Rein
John L. Conlon
Bethany N. Schols
Schwartz Cooper Chartered
180 N. LaSalle Street, Suite 2700
Chicago, IL  60601
Phone:  (312) 346-1300
Fax:  (312) 782-8416

**CERTIFICATE OF SERVICE**

    I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on

| | |
|---|---|
| February 8, 2008 | /s/ Joseph J. Koltun |
| | Joseph J. Koltun |