```
UNITED STATES DISTRICT COURT
      OFFICE OF THE CLERK
   UNITED STATES COURTHOUSE
1 COURTHOUSE WAY, SUITE 2300
        BOSTON, MA 02210

        OFFICIAL BUSINESS
   PENALTY FOR PRIVATE USE $300
```



047J82009302

$00.41⁰
02/11/2008
Mailed From 02210
US POSTAGE

USMS SCREENED

1:04 cv 12227

Janis Campanella
TD Waterhouse Investor Services, Inc.
555 N. Federal Highway #18-20
Boca Raton, FL 33432

NIXIE        334  BC 1         76 02/14/08
            RETURN TO SENDER
  NOT DELIVERABLE AS ADDRESSED
           UNABLE TO FORWARD

BC: 02210302599     *0921-04748-11-43