UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
UNITED STATES COURTHOUSE
1 COURTHOUSE WAY, SUITE 2300
BOSTON, MA 02210

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

FILED
IN CLERKS OFFICE

2008 FEB 25 P 1:

U.S. DISTRICT COURT
DISTRICT OF MASS.

1:04cv12237

USMS SCREENED

Janis Campanella
TD Waterhouse Investor Services, Inc
555 N. Federal Highway #18-20
Boca Raton, FL 33432

33432+3998 C005



047J8
$00
02/0
Mailed Fr
US PO

NIXIE 334 SC 1 78 0
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSE
UNABLE TO FORWARD
BC: 02210302599 *0621-0964