UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
UNITED STATES COURTHOUSE
1 COURTHOUSE WAY, SUITE 2300
BOSTON, MA 02210

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

047J82009302

**$00.410**

02/15/2008

Mailed From 02210

**US POSTAGE**

SCREENED

U.S.M.S

1:04 CV 12227

Janis Campanella
TD Waterhouse Investor Services, Inc.
555 N. Federal Highway #18-20
Boca Raton, FL 33432

NIXIE        334    DE 1          00 02/22/08
                RETURN TO SENDER
        NOT DELIVERABLE AS ADDRESSED
                UNABLE TO FORWARD

BC: 0221030 2599      *0821-11870-15-43