UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LASALLE BUSINESS CREDIT, LLC f/k/a ) <br> LASALLE BUSINESS CREDIT, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> GARY GITTO, et al., ) <br> ) <br> Defendants, ) <br> ) <br> v. ) <br> ) <br> CITIGROUP GLOBAL MARKETS, INC., ) <br> f/k/a LEGG MASON WOOD WALKER, INC.. ) <br> ) <br> Trustee. ) <br> ) | C.A. No. <br> 04-12227-DPW |

## NOTICE OF CHANGE OF FIRM ADDRESSS

PLEASE TAKE NOTICE that effective immediately, the new address for counsel to

Trustee, Citigroup Global Markets, Inc. f/k/a Legg Mason Wood Walker, Inc., will be as follows:

David C. Boch
Christina N. Davilas
BINGHAM McCUTCHEN LLP
One Federal Street
Boston, MA 02110-1726

All pleadings, papers, notices and other documents filed or served in this matter going forward should be sent to the above address.

A/72550869.1

                    CITIGROUP GLOBAL MARKETS, INC.,

                    By its attorneys,

                    _/s/ Christina N. Davilas_____
                    David C. Boch
                    Christina N. Davilas
                    christina.davilas@bingham.com
                    Bingham McCutchen LLP
                    One Federal Street
                    Boston, Massachusetts 02110
                    (617) 951-8000

Dated:   June 2, 2008

## **CERTIFICATE OF SERVICE**

    I hereby certify that a true copy of the above document was served upon counsel of record via the ECF/CM system on June 2, 2008.


                                     /s/     Christina N. Davilas