# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LASALLE BUSINESS CREDIT, LLC, f/k/a) <br> LASALLE BUSINESS CREDIT, INC.,   ) <br>                                                              ) <br>              Plaintiff,                           ) <br>    v.                                                     )       Case No. 04-12227-DPW <br>                                                              ) <br> GARY C. GITTO, et al.,                    ) <br>                                                              ) <br>              Defendants.                       ) | |

## NOTICE OF CHANGE OF FIRM NAME AND ADDRESS

PLEASE TAKE NOTICE that effective immediately, the new address, telephone number and facsimile number for counsel to Plaintiff, LaSalle Business Credit, LLC, f/k/a LaSalle Business Credit, Inc. will be as follows:

Eric S. Rein
Bethany N. Schols
**Dykema Gossett PLLC**
10 South Wacker Drive, Suite 2300
Chicago, IL 60606
Phone: (312) 627-2279
Facsimile: (312) 627-2302

All pleadings, papers, notices and other documents filed or served in this matter should be sent to the above address.

Dated: July 18, 2008          LASALLE BUSINESS CREDIT, LLC

                                                 By: /s/ Joseph J. Koltun
                                                       One of its attorneys
                                                 Christopher J. Panos (BBO# 555273)
                                                 Joseph J. Koltun (BBO#641117)
                                                 Craig and Macauley Professional Corporation
                                                 Federal Reserve Plaza
                                                 600 Atlantic Avenue
                                                 Boston, MA  02210
                                                 Phone: (617) 367-9500
                                                 Facsimile:  (617) 742-1788

Eric S. Rein
Bethany N. Schols
**Dykema Gossett PLLC**
10 South Wacker Drive, Suite 2300
Chicago, IL 60606
Phone: (312) 627-2279
Facsimile (312) 627-2302

## CERTIFICATE OF SERVICE

I hereby certify that I caused the foregoing document to be served on the following parties electronically and/or by mail to the individuals listed below on July 18, 2008 at the following addresses:

**BY ELECTRONIC MAIL**

Robert M. Buchanan, Esq.
rbuchanan@choate.com

Thomas J. Butters, Esq.
butters@buttersbrazilian.com
messina@buttersbrazilian.com

Tyler E. Chapman, Esq.
tchapman@toddweld.com

Ian Crawford, Esq.
icrawford@toddweld.com

Christina Davilas, Esq.
christina.davilas@bingham.com

Deborah G. Evans, Esq.
dge@michaelsward.com

Edward W. McIntyre, Esq.
mcintyrefoxrun@comcast.net

Pete S. Michaels, Esq.
psm@michaelsward.com

Brian T. Mulcahy, Esq.
brian.mulcahy@jud.state.ma.us

Paul J. O'Riordan, Esq.
pjoriordan@sederlaw.com

J. Robert Seder, Esq.
jrseder@sederlaw.com

Max D. Stern, Esq.
mdstern@sswg.com

Brian K. French, Esq.
bfrench@nixonpeabody.com

Charles L. Glerum, Esq.
cglerum@choate.com

William T. Harrington, Esq.
wharrington@glhr@verizon.net

Lisa E. Harrington, Esq.
lherrington@choate.com

Christopher P. Litterio, Esq.
cpl@riw.com

David M. Losier, Esq.
dlosier@burnslev.com

Michelle R. Peirce, Esq.
mpeirce@dbslawfirm.com

Eve A. Piemonte-Stacey, Esq.
eps@rc-law.com

Eric S. Rein, Esq.
rrein@scgk.com

Kenneth M. Resnik, Esq.
kresnik@sswg.com

Bruce A. Singal, Esq.
bsingal@dbs.lawfirm.com

John F. Ventola, Esq.
jventola@choate.com

**BY REGULAR MAIL**

Colleen A. Hankins
FMR Corp.
82 Devonshire Street, F6B
Boston, MA 02109

Louis J. Pellegrine, Jr
434 Old Connecticut Path
Framingham, MA 01701

Janis Campanella, Esq.
TD Waterhouse Investor Services, Inc.
555 N. Federal Highway #18-20
Boca Raton, FL 33432

Barbara S. Green Whitbeck, Esq.
Burns & Levinson
125 Summer Street
Boston, MA 02205

Christa Gitto
18 Nancy Court
Leominster, MA 01453

    /s/ Joseph J. Koltun
    Joseph J. Koltun