UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| LASALLE BUSINESS CREDIT, LLC, f/k/a, <br> LASALLE BUSINESS CREDIT, INC. | ) <br> ) <br> ) | |
| Plaintiff, | ) <br> ) <br> ) | CASE NO. 04-12227-DPW |
| | ) | |
| v. | ) <br> ) | |
| GARY C. GITTO, et al., | ) <br> ) | |
| Defendants, | ) <br> ) | |
| v. | ) <br> ) | |
| CITIGROUP GLOBAL MARKETS INC., <br> f/k/a LEGG MASON WOOD WALKER, INC.. | ) <br> ) <br> ) | |
| Trustee. | ) <br> ) | |

## [PROPOSED] ORDER OF DISMISSAL

The parties having filed a Stipulation of Dismissal on December 11, 2008, this action is hereby dismissed, with prejudice and without costs.


_____
Douglas P. Woodlock
United States District Judge
District of Massachusetts


Dated: December 23, 2008

## **CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above document was served upon counsel of record via the ECF/CM system on December 23, 2008.

_    /s/ Thomas J. Butters____